MORRISON & FOERSTER LLP
Jessica L. Grant (CA SBN 178138)
JGrant@mofo.com
425 Market Street
San Francisco, CA  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

VENABLE LLP
Angel A. Garganta (SBN 163957)
agarganta@venable.com
Steven E. Swaney (SBN 221437)
seswaney@venable.com
Amit Rana (SBN 291912)
arana@venable.com
Antonia I. Stabile (SBN 329559)
aistabile@venable.com
101 California Street, Suite 3800
San Francisco, CA  94111
Telephone:  415.653.3750

Attorneys for Defendant
PREMIER NUTRITION COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FISHON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>Defendant. | Case No.    3:16-cv-06980-RS<br><br>**DECLARATION OF JESSICA L. GRANT IN SUPPORT OF PREMIER NUTRITION'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 1 OF 6 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING FDA DRUG OR SUPPLEMENT STANDARDS**<br><br>Date:     May 6, 2022<br>Time:     10:00 a.m.<br>Ctrm:     3 – 17th Floor<br>          Hon. Richard Seeborg<br><br>Complaint Filed:  December 5, 2016<br>Trial Date:        May 23, 2022 |

I, Jessica L. Grant, declare as follows:

1.     I am an attorney at law duly admitted to practice in the State of California and before this Court. I am a partner at Morrison & Foerster LLP, counsel of record for Defendant Premier Nutrition Company, LLC ("Premier") in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2.     Attached as Exhibit A is a true and correct copy of the FDA *Guidance for Industry: Substantiation for Dietary Supplement Claims Made Under Section 403(r)(6) of the Federal Food, Drug, and Cosmetic Act* (Jan. 2009).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 29th day of April, 2022, in Mill Valley, California.

_____
Jessica L. Grant

DECLARATION OF JESSICA L. GRANT IN SUPPORT OF PREMIER NUTRITION'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 1 OF 6
Case No. 3:16-cv-06980-RS

1