| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | Jessica L. Grant (SBN 178138) |
| 2 | JGrant@mofo.com |
| | 425 Market Street |
| 3 | San Francisco, CA  94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | VENABLE LLP |
| | Angel A. Garganta (SBN 163957) |
| 6 | agarganta@venable.com |
| | Steven E. Swaney (SBN 221437) |
| 7 | seswaney@venable.com |
| | Amit Rana (SBN 291912) |
| 8 | arana@venable.com |
| | Antonia I. Stabile (SBN 329559) |
| 9 | aistabile@venable.com |
| | 101 California Street, Suite 3800 |
| 10 | San Francisco, CA 94111 |
| | Telephone:   415.653.3750 |

Attorneys for Defendant
PREMIER NUTRITION COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated, | Case No.   3:16-cv-06980-RS |
| Plaintiff, | **PREMIER NUTRITION'S PROPOSED VOIR DIRE QUESTIONS** |
| v. | *CLASS ACTION* |
| PREMIER NUTRITION CORPORATION, | Trial Date: May 23, 2022 |
| Defendant. | Time:         9:00 a.m. |
| | Ctrm:        3 – 17th Floor |
| | Hon. Richard Seeborg |
| | Complaint Filed:  December 5, 2016 |

Premier Nutrition submits the following proposed jury *voir dire* questions.

Dated: May 3, 2022                    MORRISON & FOERSTER LLP

By: _____
    JESSICA L. GRANT

425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

VENABLE LLP
Angel A. Garganta
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: 415.653.3750

Attorneys for Defendant
PREMIER NUTRITION COMPANY, LLC

1. Do you have any training in holistic medicine?
2. Do you have any training in statistics or research methods?
3. Have you ever served in a leadership role in any social, civic, religious or other clubs or organizations?
4. Have you ever taken any prescribed medications for arthritis or joint pain?
5. Have you ever used any supplements for arthritis or joint pain?
6. Have you or somebody close to you ever had a negative experience with a corporation? If yes, given that negative experience, would you be inclined to come into this case thinking that perhaps the corporation here has done something wrong?
7. Because this case has gotten to the point where it is being tried in front of a jury, does anyone feel there must be some merit to the plaintiff's case? Does that suggest to you that the defendant must have done something wrong?
8. The plaintiff in this case has the burden to prove every element of her claims in order to prevail; do you think that requirement is too strict or unfair to the plaintiff?
9. Have you or a family member ever belonged to a labor union?
10. Is there anything about people suing a company in a class action that makes you assume there must be some merit to their claims because it is a large group of people?
11. When deciding on health products to buy, are product advertisements the most important factor you rely on?
12. Have you ever worked in a large company or corporation? Was there anything about that experience that makes you feel you were treated unfairly in any way?
13. Have you ever considered suing a manufacturer because you were dissatisfied with a product?
14. In a class action lawsuit, would you be inclined to favor people suing a corporation?
15. Have you ever purchased a product to improve your health and felt that the product did not help?
16. Have you or has someone close to you ever had a negative experience or been dissatisfied with any dietary supplement?

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 3, 2022                                        MORRISON & FOERSTER LLP

By: _____
JESSICA L. GRANT