1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY BETH MONTERA,

          Plaintiff,

    v.

PREMIER NUTRITION CORPORATION,

          Defendant.

Case No.  16-cv-06980-RS

**ORDER ON DEPOSITION
DESIGNATION OBJECTIONS**

Plaintiff plans to show designated portions of the video depositions of David Ritterbush
and Stewart Irving to the jury. Defendant brings objections to certain designations of these
depositions. As for the deposition of David Ritterbush, the objections to 8:22-9:3, 95:5-96:2,
96:12-97:2, 97:4-21, and 110:3-5 are sustained. The objection to 262:2-16 is overruled. As for the
deposition of Stewart Irving, the objections to 65:24-66:3, 69:2-70:2, 73:15-74:4, and 74:6-9 are
sustained.

**IT IS SO ORDERED**.

Dated: May 26, 2022

_____

RICHARD SEEBORG
Chief United States District Judge