UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BETH MONTERA,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>Defendant. | Case No. 16-cv-06980-RS<br><br>**VERDICT FORM** |

VERDICT FORM

**I.**

As you have been instructed, in order to establish a violation of New York General Business Law ("GBL") § 349, each of the following elements must be established by a preponderance of evidence: (1) that Premier Nutrition engaged in an act or practice that is deceptive or misleading in a material way; and (2) that Ms. Montera and the class suffered injury as a result.

Do you find that Plaintiff established each of the above elements by a preponderance of the evidence, and therefore that Premier Nutrition engaged in materially deceptive business practices?

Yes   __X__      No   _____

Please proceed to Question II on page 3.

II.

As you have been instructed, in order to establish a violation of GBL § 350, each of the following elements must be established by a preponderance of evidence: (1) that Premier Nutrition engaged in advertising that was deceptive or misleading in a material way; and (2) that Ms. Montera and the class suffered injury as a result.

Do you find that Plaintiff established each of the above elements by a preponderance of the evidence, and therefore that Premier Nutrition engaged in false advertising?

Yes __X__ No _____

If you answer YES to either or both of Question I or Question II, then proceed to Question III on page 4.

If you answered NO to both Question I and Question II, then proceed to the signature line on page 5.

**III.**

If you have found, by a preponderance of the evidence, that Premier Nutrition violated GBL § 349 or GBL § 350 by answering "YES" to Question I or Question II above, you must determine how much to award Plaintiff and the class in money damages.

As part of this determination, you are also asked to determine the number of Joint Juice units sold in the state of New York between December 5, 2013 and December 28, 2021, inclusive of those dates.

Total Number of Units Sold: 166,249

Total Damages: $1,488,078.49

VERDICT FORM
CASE NO. 16-cv-06980-RS

4

Please ensure that you have complied with the instructions in this form and answered all questions that these instructions directed you to complete. Then please have the foreperson sign and date this form below. After signing the form, please notify the Courtroom Deputy that a verdict has been reached.

Date: 6/7/2022

_____
Signature of Foreperson