UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BETH MONTERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>　　　　Defendant. | Case No.16-cv-06980-RS<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

　　　IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

　　　IT IS SO ORDERED.

Dated: 6/2/2022

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

*Rev.03/19*