BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-CV-06980 RS<br><br>**DECLARATION OF MARY BETH MONTERA IN SUPPORT OF MOTION FOR CLASS REPRESENTATIVE SERVICE AWARD**<br><br>**CLASS ACTION**<br><br>Judge:     Honorable Richard Seeborg<br>Courtroom:  Courtroom 3, 17th Floor<br><br>Complaint Filed:  December 5, 2016<br>Trial Date:     May 23, 2022 |

Case No. 3:16-cv-06980-RS

DECLARATION OF MARY BETH MONTERA IN SUPPORT OF MOTION FOR SERVICE AWARD

BLOOD HURST & O' REARDON, LLP

I, MARY BETH MONTERA, declare:

1.    I am the named plaintiff and Class Representative in the case called *Montera v. Premier Nutrition Corporation*, 3:16-CV-06980 RS (N.D. Cal.). I have personal knowledge of the facts stated below and, if called upon to testify, would be competent to do so.

2.    I previously submitted a declaration in support of the motion to appoint me as the Class Representative in this case. *See* Dkt. No. 106-5.

3.    I am a resident of the State of New York. I volunteered to be a plaintiff and to represent other purchasers in this class action because I believe it is wrong for companies to falsely advertise products. I understand that I was appointed by the Court to be the representative of the class, and it is my duty to act in the best interest of the class and to not put my interests ahead of theirs in this case. I believe that I have carried out this duty.

4.    I retained my attorneys in January 2022 and have kept in contact with them and stayed informed on the progress of the case. I have answered all of my attorneys' questions regarding my experience with Joint Juice. From the time I agreed to act as a class representative, I understood that trial was quickly approaching and that I would have to make myself available very quickly to meet the discovery and trial schedule.

5.    After I was appointed as the Class Representative by the Court, I have spent a lot of time and effort on this case. I spoke with my attorneys numerous times about my experience with Joint Juice, my need for something to help with my joint pain and joint health, Premier's discovery requests, my deposition, the case in general, and the jury trial.

6.    I reviewed and spoke with my attorneys about the interrogatories and request for documents that Premier served. I answered all the questions to the best of my knowledge and searched my home, emails, and other sources for any documentation related to Joint Juice. I sent my attorneys the bottles of Joint Juice that were in my possession. These bottles were eventually used during the trial. After the answers to the interrogatories and the responses to the request for documents were prepared by my attorneys, I reviewed them to make sure they were accurate. I signed a verification of my interrogatory answers swearing under the penalty of perjury that they were truthful to the best of my knowledge.

BLOOD HURST & O' REARDON, LLP

7.     In preparing for my deposition, I had several video conference meetings and phone calls with my attorneys where they asked me detailed questions about my background, my medical history, and the reasons why I purchased Joint Juice. I read the complaint and my previous interrogatories and request for production of documents answers. During the meetings we also went through a mock deposition where they would ask questions as if they were Premier's attorneys. On May 4, 2022, I attended the deposition. I had to answer all questions from Premier's attorneys under oath and subject to the penalty of perjury.

8.     On May 21, 2022, I flew out to San Francisco from my home in New York to prepare for, attend, and testify at the trial. I attended every day of the trial and did not leave San Francisco until June 8, 2022. Between May 21, 2022 and June 8, 2022, I spoke with my attorneys every day. I had several meetings to prepare to testify at the trial and discuss how the trial would work. I immersed myself in the case to ensure I was prepared to answer any questions from Premier's attorneys. I re-read the complaint, my interrogatory answers, and my deposition transcript several times to ensure my trial testimony would be accurate and truthful. I was very nervous to testify in front of everyone at the trial. I had never testified at a trial before but felt strongly about the case.

9.     On May 31, 2022, I was called to testify at the trial. My attorney questioned me first, then Premier's attorney asked me questions, my attorney then asked me more questions, and Premier's attorney asked me more questions after that. I answered everything to the best of my knowledge. On June 1, 2022, my attorneys notified me that I may need to testify again if I was willing. I told them I was willing to do anything to help hold Premier responsible for its actions. On June 2, 2022, I was willing and prepared to testify again in front of the jury, but I was not called to testify. I continue to communicate with my attorneys to get updates on the motions brought since the trial and the overall progress of the case. I remain committed to the case and will stay active and involved.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2022, at New York City, New York.

DocuSigned by:

*Mary Beth Montera*

E509551B0AC34A8...

MARY BETH MONTERA

BLOOD HURST & O' REARDON, LLP

00193761