# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-CV-06980 RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARD FOR CLASS REPRESENTATIVE**<br><br>**<u>CLASS ACTION</u>**<br><br>Judge:          Honorable Richard Seeborg<br>Courtroom:   Courtroom 3, 17th Floor<br><br>Complaint Filed:   December 5, 2016<br>Trial Date:          May 23, 2022 |

Case No. 3:16-cv-06980-RS

Having considered Plaintiff's Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award for Class Representative, and for good cause appearing, the Court hereby finds and orders as follows:

1.    Plaintiff's Counsel are entitled to reasonable attorneys' fees and reimbursement of expenses for their work, and the attorneys' fees and expenses requested are reasonable.

2.    Defendant shall pay to Plaintiff's Counsel the requested attorneys' fees in the amount of $6,806,031.96, plus reimbursement of expenses in the amount of $1,001,697.98.

3.    The Court hereby awards $25,000 to Mary Beth Montera as a service award in her capacity as Class Representative in the litigation.

**IT IS SO ORDERED.**

Dated:

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

Executed on August 26, 2022.

s/ *Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

2                                    Case No. 3:16-cv-06980-RS