VENABLE LLP
Angel A. Garganta (SBN 163957)
Email: agarganta@venable.com
Steven E. Swaney (SBN 221437)
seswaney@venable.com
Amit Rana (SBN 291912)
arana@venable.com
Antonia I. Stabile (329559)
Email: aistabile@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

MORRISON & FOERSTER LLP
Jessica L. Grant (178138)
Email: jgrant@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendant
PREMIER NUTRITION COMPANY, LLC

[ADDITONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>Defendant. | Case No. 3:16-cv-06980-RS<br><br>Hon. Richard Seeborg<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor<br><br>Complaint Filed:  December 5, 2016<br>Trial Date:            May 23, 2022 |

Pursuant to Local Rule 6-1 and 6-2, Plaintiff Mary Beth Montera and Defendant Premier Nutrition Company, LLC ("Premier"), through their counsel, enter into this stipulation regarding the briefing schedule on Plaintiff's motion for attorneys' fees and bill of costs as follows:

WHEREAS, on August 12, 2022, the Court entered judgment and ordered Plaintiff to file any motion for attorneys' fees no later than 14 days after entry of judgment;

WHEREAS, on August 26, 2022, Plaintiff filed its motion for attorneys' fees (ECF No. 296) and bill of costs (ECF No. 295);

WHEREAS, the hearing on Plaintiff's motion for attorneys' fees is scheduled for October 6, 2022;

WHEREAS, the Parties desire additional time to brief their respective positions on the pending motion for attorneys' fees and bill of costs;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The deadline for Premier to oppose Plaintiff's motion for attorneys' fees and object to Plaintiff's bill of costs shall be September 16, 2022;

2. The deadline for Plaintiff to file its reply and respond to any objections shall be September 30, 2022;

3. The hearing on Plaintiff's motion for attorneys' fees and bill of costs shall be October 20, 2022, or as soon thereafter as the Court is available.

Dated: September 6, 2022               VENABLE LLP

                                       By:   /s/ Steven E. Swaney
                                             Steven E. Swaney

                                       MORRISON & FOERSTER LLP
                                       Jessica L. Grant

                                       Attorneys for Defendant
                                       PREMIER NUTRITION COMPANY, LLC

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE
Case No. 3:16-cv-06980

| | |
|---|---|
| Dated:  September 6, 2022 | BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>LESLIE E. HURST (178432)<br>THOMAS J. O'REARDON (247952)<br>PAULA R. BROWN (254142)<br><br>By:   /s/ Thomas J. O'Reardon<br>          Thomas J. O'Reardon<br><br>*Attorneys for Plaintiff*<br>Mary Beth Montera |

**ORDER**

Pursuant to the above Joint Stipulation and Proposed Order Regarding Briefing and Hearing Schedule on Plaintiff's Motion for Attorneys' Fees and Bill of Costs, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

1. The deadline for Premier to oppose Plaintiff's motion for attorneys' fees and object to Plaintiff's bill of costs shall be September 16, 2022;
2. The deadline for Plaintiff to file its reply and respond to any objections shall be September 30, 2022;
3. The hearing on Plaintiff's motion for attorneys' fees and bill of costs shall be October 20, 2022 at 1:30 pm.

**IT IS SO ORDERED.**

Dated: 9/7/2022

Hon. Richard Seeborg
United States District Court Judge