# Exhibit A

**From:**      Tim Blood <TBlood@bholaw.com>
**Sent:**      Thursday, September 1, 2022 12:38 PM
**To:**      Swaney, Steven E.; Tommy O'Reardon
**Cc:**      Garganta, Angel A.; Grant, Jessica; Stabile, Antonia I.
**Subject:**      RE: Montera/Premier: Matters for Potential Stipulation

**Caution: External Email**

Steve - Detailed time records are generally not submitted with fee applications. I can only think of one time that it occurred, and it was years ago in a different jurisdiction under very different circumstances.

In the meantime, please let us know if defendant will provide all of its time records, as well. We wouldl also need to know if any  of the law firms provided defendant any discounts or other special fee arrangements.

**From:** Swaney, Steven E. <SESwaney@Venable.com>
**Sent:** Thursday, September 1, 2022 11:26 AM
**To:** Tommy O'Reardon <TOReardon@bholaw.com>; Tim Blood <TBlood@bholaw.com>
**Cc:** Garganta, Angel A. <AGarganta@Venable.com>; Grant, Jessica <JGrant@mofo.com>; Stabile, Antonia I. <AIStabile@Venable.com>
**Subject:** RE: Montera/Premier: Matters for Potential Stipulation

Tommy:

Sorry for the delay responding, and thanks for the accommodation. After a closer review of your filing, we note that the actual billing records to support your lodestar were not included. Tim's declaration indicates that those records were prepared contemporaneously by each timekeeper, and that he reviewed them in preparing the fee motion—so they should be readily available. We—and the Court—need those records to perform any kind of meaningful review or analysis of your claimed lodestar. Please provide those ASAP, and no later than COB tomorrow. Depending on the volume, we may need to push the briefing schedule a week or so.

Let us know. Thanks.

**Steven E. Swaney | Venable LLP**
**t** 415.653.3722 | **f** 415.653.3755 | **m** 202.302.8922

**From:** Tommy O'Reardon <TOReardon@bholaw.com>
**Sent:** Tuesday, August 30, 2022 2:26 PM
**To:** Swaney, Steven E. <SESwaney@Venable.com>; Tim Blood <TBlood@bholaw.com>
**Cc:** Garganta, Angel A. <AGarganta@Venable.com>; Grant, Jessica <JGrant@mofo.com>; Stabile, Antonia I. <AIStabile@Venable.com>
**Subject:** RE: Montera/Premier: Matters for Potential Stipulation

**Caution: External Email**

Hi Steve – Your proposal on the briefing schedule is fine.

Thanks.

**From:** Swaney, Steven E. <SESwaney@Venable.com>
**Sent:** Tuesday, August 30, 2022 1:23 PM
**To:** Tim Blood <TBlood@bholaw.com>; Tommy O'Reardon <TOReardon@bholaw.com>
**Cc:** Garganta, Angel A. <AGarganta@Venable.com>; Grant, Jessica <JGrant@mofo.com>; Stabile, Antonia I. <AIStabile@Venable.com>
**Subject:** RE: Montera/Premier: Matters for Potential Stipulation

Tim and Tommy:

Can you please let us know ASAP your position regarding the mutual one-week extensions for our opposition and reply briefs on the fee motion?

Thanks.

**Steven E. Swaney** | **Venable LLP**
**t** 415.653.3722 | **f** 415.653.3755 | **m** 202.302.8922

**From:** Swaney, Steven E.
**Sent:** Friday, August 26, 2022 1:40 PM
**To:** Tim Blood <TBlood@bholaw.com>; 'Tommy O'Reardon' <TOReardon@bholaw.com>
**Cc:** Garganta, Angel A. <AGarganta@Venable.com>; 'Grant, Jessica' <JGrant@mofo.com>; Stabile, Antonia I. <AIStabile@Venable.com>
**Subject:** Montera/Premier: Matters for Potential Stipulation

Tim and Tommy:

Per our discussion yesterday, please let us know your position on the following:

- Stipulation to extend the briefing schedule on plaintiffs' motion for fees and costs as follows—Premier's opposition due 9/16, plaintiffs' reply due 9/30. That's a one-week extension for us both.

- Stipulation to stay execution of the judgment pending appeal. This would avoiding Premier having to pay bonding costs, which could be shifted to plaintiffs if Premier is successful on appeal. *See* FRAP 39(e); *City of San Antonio, Tex. v. Hotels.com, L.P.*, 141 S.Ct. 1628 (2021).

- Stipulation to postpone briefing on claims administration process until after the Ninth Circuit rules on the appeal (per Seeborg's order, plaintiffs' opening brief is due 9/9). We think it makes little sense to brief this before knowing how the Ninth Circuit rules. It makes better sense for both the parties and the court to litigate how claims will be administered (if at all) after the appellate process has been completed.

Let us know if you agree, and we can draft up a proposed stipulation for the court. Thanks.

**Steven E. Swaney** | **Venable LLP**
**t** 415.653.3722 | **f** 415.653.3755 | **m** 202.302.8922
101 California Street, Suite 3800, San Francisco, CA 94111

SESwaney@Venable.com | www.Venable.com

**********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
**********************************************************************

**********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
**********************************************************************

3