# Exhibit B

**DEPOSITION COSTS - APPORTIONED**

| Deponent | Date | Taxable Costs Sought | Taxable Amount Apportioned | Additional Non-Taxable Costs Sought | Additional Non-Taxable Costs Apportioned |
|---|---|---|---|---|---|
| David Ritterbush | 6/6/2014 | $ 2,648.30 | $ 240.75 | $ 783.70 | $ 71.25 |
| Katrina Taft | 6/12/2014 | $ 1,602.85 | $ 145.71 | $ 407.00 | $ 37.00 |
| Kevin R. Stone | 6/26/2014 | $ 2,471.35 | $ 224.67 | $ 551.40 | $ 50.13 |
| Darcy Horn Davenport | 7/25/2014 | $ 2,768.10 | $ 251.65 | $ 121.25 | $ 11.02 |
| Lance Palumbo Vol. I | 11/18/2014 | $ 2,595.15 | $ 235.92 | $ 781.45 | $ 71.04 |
| Lance Palumbo Vol. II | 11/19/2014 | $ 2,349.90 | $ 213.63 | $ 401.90 | $ 36.54 |
| Stewart Irving | 12/5/2014 | $ 1,866.90 | $ 169.72 | $ 461.65 | $ 41.97 |
| Lance Palumbo Vol. III | 12/9/2014 | $ 2,479.35 | $ 225.40 | $ (155.40) | $ (14.13) |
| Stuart L. Silverman | 6/29/2017 | $ 513.50 | $ 46.68 | $ - | - |
| William S. Choi | 7/7/2017 | $ 2,493.15 | $ 226.65 | $ 403.20 | $ 36.65 |
| Stuart L. Silverman | 7/12/2017 | $ 3,012.20 | $ 273.84 | $ 30.20 | $ 2.75 |
| Timothy McAlindon | 7/14/2017 | $ 3,239.68 | $ 294.52 | $ - | - |
| Daniel A. Grande | 8/16/2017 | $ 2,407.05 | $ 218.82 | $ 896.20 | $ 81.47 |
| Darcy Horn Davenport | 1/9/2020 | $ 4,057.50 | $ 368.86 | $ 231.20 | $ 21.02 |
| Nicholas Stiritz | 1/16/2020 | $ 3,466.95 | $ 315.18 | $ 181.40 | $ 16.49 |
| Douglas Cornille | 1/31/2020 | $ 2,342.90 | $ 212.99 | $ 46.50 | $ 4.23 |
| Donna Imes | 2/13/2020 | $ 2,232.30 | $ 202.94 | $ 38.45 | $ 3.50 |
| Kevin R. Stone | 2/16/2022 | $ 2,454.95 | $ 223.18 | $ - | - |
| William S. Choi | 2/23/2022 | $ 3,843.65 | $ 349.42 | $ 857.80 | $ 77.98 |
| Daniel A. Grande | 2/24/2022 | $ 4,072.65 | $ 370.24 | $ 2,917.40 | $ 265.22 |
| Stuart L. Silverman | 3/2/2022 | $ 3,926.35 | $ 356.94 | $ 1,274.65 | $ 115.88 |
| Joel Steckel | 3/7/2022 | $ 2,007.75 | $ 182.52 | $ 994.45 | $ 90.40 |
| Farshid Guilak | 3/7/2022 | $ 1,073.60 | $ 97.60 | $ 623.00 | $ 56.64 |
| Timothy McAlindon | 3/8/2022 | $ 2,859.75 | $ 259.98 | $ - | - |
| Derek Rucker | 3/9/2022 | $ 1,740.40 | $ 158.22 | $ - | - |
| J. Michael Dennis | 3/10/2022 | $ 1,611.50 | $ 146.50 | $ - | - |
| | **TOTAL:** | **$ 66,137.73** | **$ 6,012.52** | **$ 11,847.40** | **$ 1,077.04** |

1

**DEPOSITION COSTS NOT RECOVERABLE IN THIS ACTION**

| Deponent | Date | Total Amount Sought | Taxable Costs Sought |
|---|---|---|---|
| Mark Keegan | 6/10/2015 | $ 1,253.17 | $ 1,253.17 |
| Jeremiah E. Silbert | 7/2/2015 | $ 1,124.60 | $ 1,124.60 |
| Lynn R. Willis | 7/10/2015 | $ 1,204.56 | $ 1,204.56 |
| Steven R. Graboff | 7/28/2015 | $ 957.63 | $ 957.63 |
| Colin Weir | 7/20/2017 | $ 5,081.92 | $ 5,081.92 |
| Hal Poret | 6/11/2015 | $ 2,718.15 | $ 2,449.15 |
| Hal Poret | 7/19/2017 | $ 2,086.20 | $ 1,970.25 |
| Beverly Avery | 8/23/2019 | $ 1,588.75 | $ 1,296.25 |
| Sandra Dent | 9/17/2019 | $ 1,279.75 | $ 684.25 |
| Donna Lux | 9/18/2019 | $ 1,084.25 | $ 601.75 |
| Mary Trudeau | 9/19/2019 | $ 878.00 | $ 628.00 |
| Annette Ravinsky | 9/19/2019 | $ 425.00 | $ 50.00 |
| Susan Caiazzo | 9/20/2019 | $ 425.00 | $ 425.00 |
| Marilyn Spencer | 9/25/2019 | $ 1,279.75 | $ 684.25 |
| Patricia Bland | 5/5/2020 | $ 1,297.55 | $ 1,297.55 |
| Edward White | 5/6/2020 | $ 1,393.00 | $ 1,393.00 |
| Eric Fishon | 8/21/2019 | $ 1,384.66 | $ 1,384.66 |
| | **TOTAL:** | **$ 25,461.94** | **$ 22,485.99** |

2

**ADDITIONAL EXPENSES - APPORTIONED**

| Expense | Nontaxable Amount Sought | Apportioned Amount |
|---|---|---|
| Service of Process | $ 5,102.30 | $ 463.85 |
| Mediation Fees | $ 24,300.00 | $ 2,209.09 |
| Electronic Document Management | $ 113,276.62 | $ 10,297.87 |
| Postage/Fedex/Messenger (BHO) | $ 4,489.54 | $ 408.14 |
| Postage/Fedex/Messenger (Carpenter) | $ 342.74 | $ 31.16 |
| Online Research (BHO) | $ 13,055.57 | $ 1,186.87 |
| Online Research (Carpenter) | $ 1,191.00 | $ 108.27 |
| Conference Calls (BHO) | $ 303.25 | $ 27.57 |
| Conference Calls (Carpenter) | $ 336.00 | $ 30.55 |
| Transportation/Hotels/Meals (BHO) | $ 120,523.24 | $ 10,956.66 |
| Transportation/Hotels/Meals (Carpenter) | $ 4,177.76 | $ 379.80 |
| Miscellaneous | $ 1,077.98 | $ 98.00 |
| Class Notice and Outreach Advertisements | $ 8,300.00 | $ 754.55 |
| Reproduction/Duplication/Copies (Carpenter) | $ 2,662.30 | $ 242.03 |
| McAlindon Expert Fees | $ 121,256.95 | $ 11,023.36 |
| Guilak Expert Fees | $ 20,400.00 | $ 1,854.55 |
| Rucker Expert Fees | $ 98,700.75 | $ 8,972.80 |
| Dennis Expert Fees | $ 87,516.50 | $ 7,956.05 |
| **TOTAL:** | **$ 627,012.50** | **$ 57,001.14** |

**ADDITIONAL EXPENSES NOT RECOVERABLE IN THIS ACTION**

| Expense | Total Amount Sought |
|---|---|
| Dr. Graboff Expert Fees | $ 30,062.50 |
| Dr. Silbert Expert Fees | $ 37,655.00 |
| Dr. Willis Expert Fees | $ 26,500.00 |
| Mr. Keegan Expert Fees | $ 68,159.00 |
| Mr. Weir Expert Fees | $ 73,691.80 |
| **TOTAL:** | **$ 236,068.30** |