# Exhibit B

**Testifying and Other Relevant Expert History of Steven A. Tasher**
**(Chief Executive Officer of Wyatt Partners)**
**Current as of September 16, 2022**

Engagements as Testifying Expert Witness at Trials and/or Depositions

1. *Seagate Technology LLC, Seagate Technology International, and Seagate Singapore International Headquarters PTE, LTD. v. National Union Fire Insurance Company of Pittsburgh, PA and Insurance Company of the State of Pennsylvania*, Case No. 09-04120 CV (United States District Court for the Northern District of California) (deposition taken).

2. *First Horizon National Corporation, et al., v. Certain Underwriters at Lloyds, et al.*, Civil Action No.: 2-11-cv-02608 (United States District Court for the Western District of Tennessee: Memphis Division) (deposition taken).

3. *In the Matter of the Arbitration Act of 1996 and In the Matter of an Arbitration Between GATX Rail Austria GmbH and Liberty Mutual Insurance Europe Limited* (arbitration hearing testimony provided on November 18, 2015).

4. *Diana Gladstone v. Robert Hacker*, Civil Action no. GD12-24308 (in the Court of Common Pleas, Allegheny County, Pennsylvania) (jury trial testimony provided on January 19, 2016).

5. *Joseph P. Nacchio, et al. v. Herbert J. Stern et al.*, Docket No. ESX-L-2825-11 (Superior Court of New Jersey, Law Division, Essex County) (deposition taken).

6. *IVM Corporation v. Zuellig Group et al.*, Civil Action No.: 2-13-cv-3902 (United States District Court for the District of New Jersey) (deposition taken).

7. *Lee David Auerbach, P.C., v. Richard DelGatto*, Index No. 69908/2015 (Supreme Court of the State of New York, Westchester County) (court hearing testimony provided).

8. *Fox Paine & Company, LLC and Saul A. Fox v. Houston Casualty Company, A Professional Indemnity Agency, Inc.*, Index No. 52607/2014 (Supreme Court of the State of New York, Westchester County) (deposition taken) (underlying cases involved Superior Court Claims and Private Arbitrations brought in the State of California in the Counties of San Francisco and San Mateo).

9. *Quinn Emanuel Urquhart & Sullivan, LLP v. Victoria Brooks, Andrew Brooks, and Elizabeth Brooks*, Case No.: 1425019922 (JAMS New York, JAMS Arbitration) (arbitration hearing testimony provided on May 23, 2017).

10. *Township of Millcreek v. Angela Cres Trust of June 25, 1998*, Case No. 12295-2005 (In the Court of Common Pleas of Erie County Pennsylvania) (court hearing testimony provided on December 20, 2017).

11. *Safeco Insurance Company of America v. M.E.S., Inc. et al*, Case No. 09-cv-3312 (PKC)(VMS) (In the United States District Court for the Eastern District of New York) (court hearing testimony provided on January 5, 2018).

12. *In the Matter of an Arbitration under the Arbitration Act of 1996 Between Sony Pictures Entertainment Inc. and Argo Re Ltd.* (arbitration hearing testimony provided on May 16, 2018) (underlying matters were Class Actions, one collective matter venued in the United States District Court for the Central District of California and four in Superior Court for the State of California, County of Los Angeles.

13. *Paramount Transportation Systems, Inc. d/b/a/ R&L Carriers v. Lasertone Corporation*, Index No. 028695-06 (In the Supreme Court of the State of New York, County of Queens) (court hearing testimony provided on October 23 – 24, 2018).

14. *Hemant Shah et. al., v. 20 East 64th Street LLC, et. al.*, Index Number 156305/2015 (Supreme Court of the State of New York, New York County) (court hearing testimony provided on April 25, 2019).

15. *Guzik v. Albright*, Case No. 1:16-cv-02257 (JPO)(DCF) (In the United States District Court for the Southern District of New York) (bench trial testimony provided on July 18, 2019).

16. *Kuhlman Electric Corp., et al., v. The Travelers Indemnity Co., et al.*, Cause No. 251-07-549 CIV (Circuit Court of the First Judicial District of Hinds County, Mississippi) (deposition taken).

17. *McKee vs. Northville Lodge, et. al.*, Case No. 17-013425-NP (Circuit Court for the County of Wayne, State of Michigan) (court hearing testimony provided on December 4, 2020).

18. *Sutter Health, et al., v. Anthem Blue Cross Life and Health Ins. Co.*, Reference No. 1130006765 (JAMS California, JAMS Arbitration) (deposition taken) (fees pertained to two underlying Class Actions in California Superior Court, one in San Francisco County and one in Alameda County, both appealed to the California Court of Appeals).

19. *Balestriere Fariello vs. White Lilly, LLC, and Jonathan Bernstein*, Arbitration No. 01-18-003-5131 (American Arbitration Association) (arbitration hearing testimony provided on April 20, 2021).

20. *Fox Paine & Company, LLC and Saul A. Fox v. Equity Risk Partners, Inc and Hub International Insurance Services Inc.*, Index No. 52607/2014 (Supreme Court of the State of New York, County of Westchester) (jury trial testimony provided on August 3, 2021) (underlying cases involved Superior Court Claims and Private Arbitrations brought in the State of California in the Counties of San Francisco and San Mateo).

21. *SavaSeniorCare, LLC v. Starr Indemnity and Liability Co.*, et al., Case No. 1:18-cv-01991-SDG (In the United States District Court for the Northern District of Georgia) (deposition taken).

2

22. *Telebrands Corp. and Bulbhead.com, LLC v. Boies Schiller & Flexner, LLP, et al.*, JAMS Ref. No. 1410008543 (JAMS District of Columbia, JAMS Arbitration) (deposition taken).

23. *Hull & Company, Inc. v. B.W. Baker Insurance Services, Inc.*, Forum Arbitration Case No. FA200400188905658 (ADR Forum Arbitration International) (deposition taken) (underlying matter venued in Los Angeles County Superior Court).

24. *Hull & Company, Inc. v. B.W. Baker Insurance Services, Inc.*, Forum Arbitration Case No. FA200400188905658 (ADR Forum Arbitration International) (arbitration hearing testimony provided on November 2, 2021) (underlying matter venued in Los Angeles County Superior Court).

25. *Rosa Mazzone v. Alonso, Andalkar & Facher, P.C. et al.*, Index Number 152735/2019 (Supreme Court of the State of New York, New York County) (sworn written testimony entered into the record on Motion for Summary Judgment on January 26, 2022).

26. *Trevor Milton v. Nikola Corporation*, Arbitration No. 01-21-0004-8978 (American Arbitration Association) (arbitration hearing testimony provided on January 31, 2022).

27. *Attorney General of the Commonwealth v. New England Gas Company*, Docket No. D-11-54 (Commonwealth of Massachusetts, Department of Public Utilities) (pre-filed testimony submitted on July 11, 2022).

28. *Clayton Commercial Litigation, LLC vs. Nkansah*, Docket No. 200801675 (Court of Common Pleas, Philadelphia County) (jury trial testimony provided on July 21 – 22, 2022).

29. *Lawrence Simonetti v. Thomas Frank McCormick et al.*, Consolidated Case Nos. 19C1362/19C1686 (in the Fifth Circuit Court for Davidson County, Tennessee) (testimony provided to Court in bench hearing on September 7, 2022).

30. *Appian Corporation v. Pegasystems Inc. & Youyoung Zou*, Civ. Act. No. 2020-07216 (in the Circuit Court for Fairfax County, Virginia) (sworn written testimony entered into the record in hearing on Plaintiff's Motion for Fees and Costs on September 15, 2022).

Engagements in California for which I Offered Opinions by Declaration or other Writing

31. *In re Bluetooth Headset Products Liability Litigation* (I prepared an expert report on behalf of several companies (including Motorola and GTE) in a Class Action matter with a venue in the United States District Court for the Central District of California. The matter was resolved after my expert report was issued but prior to my testimony).

32. *Apax Quartz (Cayman) L.P. v. Endo Pharamceuticals Inc. and Endo Pharmaceuticals Hodlings, Inc.* (Opening and Rebuttal Reports provided in AAA Arbitration concerning toxic tort and product liability matters venued in California and Pennsylvania state courts). The matter was resolved after my expert report was issued but prior to my testimony.

33. *Independent Sports & Entertainment, LLC v. Christen Dudley on behalf of Estate of Daniel Fegan* (Written Expert Testimony provided in JAMS Arbitration venued in Los Angeles on behalf of the *Estate of Daniel Fegan*. The underlying matters had three venues, Los Angeles County Superior Court, United States District Court for the Central District of California, and a private arbitration).

34. *Anthony Jordan v. SSA Terminals* (Declarations provided on behalf of Anthony Jordan to the Ninth Circuit Court of Appeals and Benefits Review Board). The matter resolved after the filing of my Declarations.

35. *Joseph Diaz v. SSA Terminals* (Declaration provided on behalf of Joseph Diaz to the Office of Workers Compensation Programs and Office of Administrative Law Judges). The matter resolved after the filing of my Declaration.

36. *James Sipe v. SSA Terminals* (Declaration provided on behalf of James Sipe to the Office of Workers Compensation Programs and Office of Administrative Law Judges). The matter resolved after the filing of my Declaration.

37. *Paul Villeggiante v. Ports America and Homeport Ins. Co*. (Declaration provided on behalf of Paul Villeggiante to the Office of Workers Compensation Programs and Office of Administrative Law Judges). The matter resolved after the filing of my Declaration.

38. *Robert Broe v. SSA Terminals* (Declarations provided on behalf of Robert Broe to the Office of Workers Compensation Programs and Office of Administrative Law Judges). Fees were awarded pursuant to a written decision in February, 2022.

39. *Alex Shepherd v. Central Valley AG Transport, Inc. and AIG c/o Gallagher Bassett Services*, (Declarations provided on behalf of Alex Shepherd to the Office of Workers Compensation Programs and Office of Administrative Law Judges). The matter is pending.

40. *Roman Nunez v. SSA Terminals* (Declaration provided on behalf of Roman Nunez to the Office of Workers Compensation Programs and Office of Administrative Law Judges). The matter is pending.

Certain Other Relevant Matters in California

41. *Northrop Grumman Corp. v. Aon Risk Services West, Inc*. (Engaged by Aon to review, evaluate, and opine on fees incurred by Northrop Grumman in matter in California Superior Court (County of Los Angeles). The fees pertained to a dispute originally in Los Angeles County Superior Court, removed to the United States District Court for the Central District of California, and the Ninth Circuit Court of Appeals. The matter was resolved after my disclosure but prior to my testimony).

4

42. *Panda Express* (I was engaged by Panda Express to review, evaluate, and opine on fees incurred in connection with a series of wage & hour claims brought against Panda Express in the State of California.  The matter was resolved prior to my testimony).

Consulting Engagements Pertaining to Legal Fees and Costs in California

43. *AXA S.A.* (I was engaged by AXA Insurance Company to review and evaluate the legal fees incurred by law firms around the country, including in California, on complex litigation matters).

44. *Cloud X Partners, LLC* (I was engaged by a private equity group to review and evaluate the legal fees incurred by law firms around the country, including in California, on complex litigation and transactional matters).

45. *Lumber Liquidators* (I was engaged by Lumber Liquidators to review and evaluate the legal fees incurred by law firms around the country, including in California, on complex litigation matters, including class actions venued in the United States District Court for the Northern District of California).

46. *Wellstat Management* (I was engaged by a pharmaceutical and therapeutics group of companies to review and evaluate the legal fees incurred by law firms around the country, including in California, on complex litigation matters).

Additional Class Action Experience Not Covered by the Preceding Matters

47. *KB Home Raleigh-Durham, Inc. v. Liberty Mutual Fire Insurance Co.* (I was engaged to prepare an expert report on behalf of KB Homes in a class action matter venued in North Carolina Superior Court pertaining to construction defects.  The matter was resolved after my expert report was issued but prior to my testimony).

48. *DeMaria v. Horizon Healthcare Servs.* (I was engaged to opine on the fees in a class action brought by chiropractors against Horizon Blue Cross Blue Shield concerning the Defendant's systemic denial of reimbursement for Plaintiffs' services.  I prepared a written Declaration in support, and a published decision granted the fees in full.  *DeMaria v. Horizon Healthcare Servs.* 2016 U.S. Dist. LEXIS 143941 (D.N.J. Oct. 18, 2016)).