# Exhibit J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE ADOBE SYSTEMS, INC. PRIVACY LITIGATION | Case No. 13-CV-05226-LHK<br><br>**ORDER TO FILE MOTION FOR ATTORNEY'S FEES** |

The Court has reviewed Plaintiffs' submissions, including the Gibbs Declaration, ECF No. 86-5, and concludes that they provide an insufficient basis for the Court to approve Plaintiffs' award of $1.18 million in attorney's fees pursuant to the terms of the settlement.  Accordingly, the Court hereby ORDERS Plaintiffs to file a motion for attorney's fees containing, at a minimum, (1) contemporaneous billing records, including a breakdown of hours spent on specific tasks by each attorney in this matter; (2) each attorney's, paralegal's, and staff member's billing rates; and (3) justifications for those billing rates.  Plaintiffs' motion shall be filed no later than June 24, 2015.

**IT IS SO ORDERED.**

Dated: June 10, 2015                                    _____

LUCY H. KOH
United States District Judge

Case No. 13-CV-05226-LHK
ORDER TO FILE MOTION FOR ATTORNEY'S FEES