# Exhibit L



Home    The Firm    Expertise    Attorneys    Cases ⌄    Contact

 REPORT A CASE

Enforcing the Righ

# Welcome

Blood Hurst & O'Reardon, LLP is a nationally recognized consumer protection class action law firm dedicated to recovering money for those who have been cheated and fighting corporate wrongdoing. We have obtained record results on behalf of consumers, insurance policy holders, homeowners, employees, small businesses and investors in state and federal courts throughout the country.



# Areas of Expertise



Home    The Firm    Expertise    Attorneys    Cases ⌄    Contact



## Automobile Defects

Unsafe and Malfunctioning Vehicles

## Mortgage and Loan Fraud

Excessive Fees and Charges

## Consumer Product Defects

Dangerous and Defective Products

## Real Estate and Condominium:

Developer misrepresentations about condos and HOA overcharges

## Unfair and Unlawful Business Practices

Deceptive Business Practices

## Credit Card Fraud

Overcharges and Junk Fees

LEARN MORE

# Meet Our Attorneys





Home  The Firm  Expertise  Attorneys  Cases ∨  Contact


REPORT A CASE

## Leslie E. Hurst
*Co-Founding Partner*

Leslie Hurst is a co-founding partner of the firm. Previously, Ms. Hurst was a partner in the firm now known as Robbins Gellar Rudman and Dowd...

**READ PROFILE**

## Thomas J. O'Reardon II
*Co-Founding Partner*

Tommy O'Reardon is a co-founding partner of the firm. His practice focuses exclusively on complex class action lawsuits...

**READ PROFILE**

## Paula R.
*Partne*

Paula Brown is a the firm, focusing class action litiga tried class acti

**READ PRO**

# Settlements By The Numbers

Consumer Protection Class Action Law Firm | BHO Law



Home     The Firm     Expertise     Attorneys     Cases ⌄     Contact



LEARN MORE

# News





Home    The Firm    Expertise    Attorneys    Cases ⌄    Contact



# Are you aware of a consumer rip-off?

Don't hesitate to contact us....

| First Name* | | Subject* |
| Last Name* | | Message* |
| Email* | | |
| Phone* | | SUBMIT |



Home    The Firm    Expertise    Attorneys    Cases ⌄    Contact



Thomas J. O'Reardon II
Paula R. Brown
Jennifer L. MacPherson
Craig W. Straub
Aleksandr J. Yarmolinets

©2020 Blood Hurst & O'Reardon LLP | Legal Advertising | Disclaimer | Privacy Policy | Accessibility Statement

