BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-CV-06980 RS<br><br>**REPLY DECLARATION OF THOMAS J. O'REARDON II IN FURTHER SUPPORT OF PLAINTIFF'S BILL OF COSTS**<br><br>**DATE:**    **October 20, 2022**<br>**TIME:**    **1:30 p.m.**<br><br><u>**CLASS ACTION**</u><br><br>Judge:    Honorable Richard Seeborg<br>Courtroom:    Courtroom 3, 17th Floor<br><br>Complaint Filed:    December 5, 2016<br>Trial Date:    May 23, 2022 |

BLOOD HURST & O' REARDON, LLP

00194820

Case No. 3:16-cv-06980-RS

REPLY DECL OF THOMAS J. O'REARDON IN SUPPORT OF PLAINTIFF'S BILL OF COSTS

I, THOMAS J. O'REARDON II, declare:

1.    I am a partner at the law firm Blood Hurst & O'Reardon, LLP, Class Counsel and one of counsel for Plaintiff in this action. I have personal knowledge of the matters set forth in this declaration or believe them to be true based on facts and events made available to me and would be competent to testify as to them.

2.    I make this declaration in further support of Plaintiff's Bill of Costs pursuant to Civil L.R. 54-1 and 54-3, and 28 USC § 1920.

3.    Plaintiff's Counsel used the 2015 and 2017 depositions of Premier's expert Hal Poret to prepare for cross-examination and potential impeachment of Mr. Poret prior-to and during the jury trial.

4.    Attached hereto are true and correct copies of the following exhibits:

**Exhibit 1:**    Excerpts of the deposition transcript of Hal Poret, dated March 22, 2022; and

**Exhibit 2:**    Memorandum and Order on Costs, *Marmo v. Tyson Fresh Meats, Inc.*, No. 8:00-cv-00527 (D. Neb. July 7, 2005).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2022, at San Diego, California.

By:        *s/ Thomas J. O'Reardon*
           THOMAS J. O'REARDON II

BLOOD HURST & O' REARDON, LLP

1                                    Case No. 3:16-cv-06980-RS
REPLY DECL OF THOMAS J. O'REARDON IN SUPPORT OF PLAINTIFF'S BILL OF COSTS

BLOOD HURST & O' REARDON, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

Executed on September 30, 2022.

s/ *Thomas J. O'Reardon*
THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
toreardon@bholaw.com

00194820

2                                    Case No. 3:16-cv-06980-RS
REPLY DECL OF THOMAS J. O'REARDON IN SUPPORT OF PLAINTIFF'S BILL OF COSTS