BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-CV-06980 RS<br><br>**REPLY DECLARATION OF CRAIG W. STRAUB IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVE**<br><br>**DATE:       October 20, 2022**<br>**TIME:       1:30 p.m.**<br><br>**CLASS ACTION**<br><br>Judge:          Honorable Richard Seeborg<br>Courtroom:   Courtroom 3, 17th Floor<br><br>Complaint Filed:   December 5, 2016<br>Trial Date:          May 23, 2022 |

BLOOD HURST & O' REARDON, LLP

00195108

Case No. 3:16-cv-06980-RS

REPLY DECLARATION OF CRAIG STRAUB ISO PLTF'S MOTION FOR AWARD OF ATTORNEYS' FEES

I, CRAIG W. STRAUB, declare:

1.     I am an associate attorney at the law firm of Blood Hurst & O'Reardon, LLP, and am one of the counsel for Plaintiff. I am an attorney duly licensed to practice before all of the courts of the State of California. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     I make this reply declaration in further support of Plaintiff Mary Beth Montera's Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards for Class Representative.

3.     Out of the 2,302.50 hours which were included in my lodestar (*see* ECF No. 291-1 at 22), I have spent 27 hours communicating with class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2022, at San Diego, California.

By:          *s/ Craig W. Straub*
             CRAIG W. STRAUB

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

Executed on September 30, 2022.

s/ *Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BLOOD HURST & O' REARDON, LLP

00195108

2                                           Case No. 3:16-cv-06980-RS

REPLY DECLARATION OF CRAIG STRAUB ISO PLTF'S MOTION FOR AWARD OF ATTORNEYS' FEES