**EXHIBIT 3**

*Montera v. Premier Nutrition*, Case No. 3:16-CV-06980 RS
Blood Hurst & O'Reardon, LLP

Photocopying / Printing (in-house): $20,220.80

- 101,104 pages @ $0.20 per page

| Price/Page | Pages | Cost | Date Beg | Date End | Activity | Description |
|---|---|---|---|---|---|---|
| $0.20 | 261 | $52.20 | 3/1/2013 | 3/31/2013 | Copying-In | Photocopies |
| $0.20 | 19 | $3.80 | 4/1/2013 | 4/30/2013 | Copying-In | Photocopies |
| $0.20 | 261 | $52.20 | 5/1/2013 | 5/31/2013 | Copying-In | Photocopies |
| $0.20 | 124 | $24.80 | 6/1/2013 | 6/30/2013 | Copying-In | Photocopies |
| $0.20 | 21 | $4.20 | 7/1/2013 | 7/31/2013 | Copying-In | Photocopies |
| $0.20 | 1 | $0.20 | 9/1/2013 | 9/30/2013 | Copying-In | Photocopies |
| $0.20 | 6 | $1.20 | 10/1/2013 | 10/31/2013 | Copying-In | Photocopies |
| $0.20 | 194 | $38.80 | 11/1/2013 | 11/30/2013 | Copying-In | Photocopies |
| $0.20 | 76 | $15.20 | 12/1/2013 | 12/31/2013 | Copying-In | Photocopies |
| $0.20 | 20 | $4.00 | 1/1/2014 | 1/31/2014 | Copying-In | Photocopies |
| $0.20 | 119 | $23.80 | 2/1/2014 | 2/28/2014 | Copying-In | Photocopies |
| $0.20 | 4 | $0.80 | 3/1/2014 | 3/31/2014 | Copying-In | Photocopies |
| $0.20 | 2 | $0.40 | 4/1/2014 | 4/30/2014 | Copying-In | Photocopies |
| $0.20 | 62 | $12.40 | 5/1/2014 | 5/31/2014 | Copying-In | Photocopies |
| $0.20 | 5289 | $1,057.80 | 6/1/2014 | 6/30/2014 | Copying-In | Photocopies |
| $0.20 | 3771 | $754.20 | 7/1/2014 | 7/31/2014 | Copying-In | Photocopies |
| $0.20 | 5951 | $1,190.20 | 8/1/2014 | 8/31/2014 | Copying-In | Photocopies |
| $0.20 | 382 | $76.40 | 9/1/2014 | 9/30/2014 | Copying-In | Photocopies |
| $0.20 | 421 | $84.20 | 10/1/2014 | 10/31/2014 | Copying-In | Photocopies |
| $0.20 | 5914 | $1,182.80 | 11/1/2014 | 11/30/2014 | Copying-In | Photocopies |
| $0.20 | 2244 | $448.80 | 12/1/2014 | 12/31/2014 | Copying-In | Photocopies |
| $0.20 | 1363 | $272.60 | 1/1/2015 | 1/31/2015 | Copying-In | Photocopies |

| Price/Page | Pages | Cost | Date Beg | Date End | Activity | Description |
|---|---|---|---|---|---|---|
| $0.20 | 976 | $195.20 | 2/1/2015 | 2/28/2015 | Copying-In | Photocopies |
| $0.20 | 779 | $155.80 | 3/1/2015 | 3/31/2015 | Copying-In | Photocopies |
| $0.20 | 248 | $49.60 | 4/1/2015 | 4/30/2015 | Copying-In | Photocopies |
| $0.20 | 392 | $78.40 | 5/1/2015 | 5/31/2015 | Copying-In | Photocopies |
| $0.20 | 4742 | $948.40 | 6/1/2015 | 6/30/2015 | Copying-In | Photocopies |
| $0.20 | 1329 | $265.80 | 7/1/2015 | 7/31/2015 | Copying-In | Photocopies |
| $0.20 | 1549 | $309.80 | 8/1/2015 | 8/31/2015 | Copying-In | Photocopies |
| $0.20 | 2218 | $443.60 | 8/1/2015 | 4/30/2016 | Copying-In | Photocopies |
| $0.20 | 365 | $73.00 | 9/1/2015 | 9/30/2015 | Copying-In | Photocopies |
| $0.20 | 2042 | $408.40 | 10/1/2015 | 10/31/2015 | Copying-In | Photocopies |
| $0.20 | 1446 | $289.20 | 11/1/2015 | 11/30/2015 | Copying-In | Photocopies |
| $0.20 | 1399 | $279.80 | 12/1/2015 | 12/31/2015 | Copying-In | Photocopies |
| $0.20 | 545 | $109.00 | 1/1/2016 | 1/31/2016 | Copying-In | Photocopies |
| $0.20 | 13 | $2.60 | 2/1/2016 | 2/29/2016 | Copying-In | Photocopies |
| $0.20 | 86 | $17.20 | 4/1/2016 | 4/30/2016 | Copying-In | Photocopies |
| $0.20 | 218 | $43.60 | 5/1/2016 | 5/31/2016 | Copying-In | Photocopies |
| $0.20 | 1 | $0.20 | 6/1/2016 | 6/30/2016 | Copying-In | Photocopies |
| $0.20 | 29 | $5.80 | 7/1/2016 | 7/31/2016 | Copying-In | Photocopies |
| $0.20 | 4 | $0.80 | 8/1/2016 | 8/31/2016 | Copying-In | Photocopies |
| $0.20 | 30 | $6.00 | 9/1/2016 | 9/30/2016 | Copying-In | Photocopies |
| $0.20 | 69 | $13.80 | 10/1/2016 | 10/31/2016 | Copying-In | Photocopies |
| $0.20 | 817 | $163.40 | 11/1/2016 | 11/30/2016 | Copying-In | Photocopies |
| $0.20 | 635 | $127.00 | 12/1/2016 | 12/31/2016 | Copying-In | Photocopies |
| $0.20 | 266 | $53.20 | 1/1/2017 | 1/31/2017 | Copying-In | Photocopies |
| $0.20 | 10 | $2.00 | 2/1/2017 | 2/28/2017 | Copying-In | Photocopies |
| $0.20 | 512 | $102.40 | 3/1/2017 | 3/31/2017 | Copying-In | Photocopies |
| $0.20 | 65 | $13.00 | 4/1/2017 | 4/30/2017 | Copying-In | Photocopies |

| Price/Page | Pages | Cost | Date Beg | Date End | Activity | Description |
|---|---|---|---|---|---|---|
| $0.20 | 643 | $128.60 | 5/1/2017 | 5/31/2017 | Copying-In | Photocopies |
| $0.20 | 4212 | $842.40 | 6/1/2017 | 6/30/2017 | Copying-In | Photocopies |
| $0.20 | 4692 | $938.40 | 7/1/2017 | 7/31/2017 | Copying-In | Photocopies |
| $0.20 | 3492 | $698.40 | 8/1/2017 | 8/31/2017 | Copying-In | Photocopies |
| $0.20 | 408 | $81.60 | 9/1/2017 | 9/30/2017 | Copying-In | Photocopies |
| $0.20 | 626 | $125.20 | 10/1/2017 | 10/31/2017 | Copying-In | Photocopies |
| $0.20 | 177 | $35.40 | 11/1/2017 | 11/30/2017 | Copying-In | Photocopies |
| $0.20 | 417 | $83.40 | 12/1/2017 | 12/31/2017 | Copying-In | Photocopies |
| $0.20 | 349 | $69.80 | 1/1/2018 | 1/31/2018 | Copying-In | Photocopies |
| $0.20 | 53 | $10.60 | 2/1/2018 | 2/28/2018 | Copying-In | Photocopies |
| $0.20 | 129 | $25.80 | 3/1/2018 | 3/31/2018 | Copying-In | Photocopies |
| $0.20 | 53 | $10.60 | 4/1/2018 | 4/30/2018 | Copying-In | Photocopies |
| $0.20 | 202 | $40.40 | 5/1/2018 | 5/31/2018 | Copying-In | Photocopies |
| $0.20 | 76 | $15.20 | 6/1/2018 | 6/30/2018 | Copying-In | Photocopies |
| $0.20 | 131 | $26.20 | 7/1/2018 | 7/31/2018 | Copying-In | Photocopies |
| $0.20 | 116 | $23.20 | 8/1/2018 | 8/31/2018 | Copying-In | Photocopies |
| $0.20 | 823 | $164.60 | 9/1/2018 | 9/30/2018 | Copying-In | Photocopies |
| $0.20 | 574 | $114.80 | 10/1/2018 | 10/31/2018 | Copying-In | Photocopies |
| $0.20 | 687 | $137.40 | 12/1/2018 | 12/31/2018 | Copying-In | Photocopies |
| $0.20 | 1155 | $231.00 | 1/1/2019 | 1/31/2019 | Copying-In | Photocopies |
| $0.20 | 338 | $67.60 | 2/1/2019 | 2/28/2019 | Copying-In | Photocopies |
| $0.20 | 647 | $129.40 | 3/1/2019 | 3/31/2019 | Copying-In | Photocopies |
| $0.20 | 566 | $113.20 | 4/1/2019 | 4/30/2019 | Copying-In | Photocopies |
| $0.20 | 521 | $104.20 | 5/1/2019 | 5/31/2019 | Copying-In | Photocopies |
| $0.20 | 520 | $104.00 | 6/1/2019 | 6/30/2019 | Copying-In | Photocopies |
| $0.20 | 533 | $106.60 | 7/1/2019 | 7/31/2019 | Copying-In | Photocopies |
| $0.20 | 2244 | $448.80 | 8/1/2019 | 8/31/2019 | Copying-In | Photocopies |

| Price/Page | Pages | Cost | Date Beg | Date End | Activity | Description |
|---|---|---|---|---|---|---|
| $0.20 | 1306 | $261.20 | 9/1/2019 | 9/30/2019 | Copying-In | Photocopies |
| $0.20 | 579 | $115.80 | 10/1/2019 | 10/31/2019 | Copying-In | Photocopies |
| $0.20 | 575 | $115.00 | 12/1/2019 | 12/31/2019 | Copying-In | Photocopies |
| $0.20 | 4095 | $819.00 | 1/1/2020 | 1/31/2020 | Copying-In | Photocopies |
| $0.20 | 664 | $132.80 | 2/1/2020 | 2/29/2020 | Copying-In | Photocopies |
| $0.20 | 3367 | $673.40 | 3/1/2020 | 3/31/2020 | Copying-In | Photocopies |
| $0.20 | 44 | $8.80 | 4/1/2020 | 4/30/2020 | Copying-In | Photocopies |
| $0.20 | 182 | $36.40 | 5/1/2020 | 5/31/2020 | Copying-In | Photocopies |
| $0.20 | 697 | $139.40 | 6/1/2020 | 6/30/2020 | Copying-In | Photocopies |
| $0.20 | 338 | $67.60 | 7/1/2020 | 7/31/2020 | Copying-In | Photocopies |
| $0.20 | 1247 | $249.40 | 8/1/2020 | 8/31/2020 | Copying-In | Photocopies |
| $0.20 | 316 | $63.20 | 9/1/2020 | 9/30/2020 | Copying-In | Photocopies |
| $0.20 | 38 | $7.60 | 10/1/2020 | 10/31/2020 | Copying-In | Photocopies |
| $0.20 | 146 | $29.20 | 12/1/2020 | 12/31/2020 | Copying-In | Photocopies |
| $0.20 | 71 | $14.20 | 1/1/2021 | 1/31/2021 | Copying-In | Photocopies |
| $0.20 | 42 | $8.40 | 2/1/2021 | 2/28/2021 | Copying-In | Photocopies |
| $0.20 | 74 | $14.80 | 3/1/2021 | 3/31/2021 | Copying-In | Photocopies |
| $0.20 | 187 | $37.40 | 4/1/2021 | 4/30/2021 | Copying-In | Photocopies |
| $0.20 | 145 | $29.00 | 5/1/2021 | 5/31/2021 | Copying-In | Photocopies |
| $0.20 | 6 | $1.20 | 7/1/2021 | 7/31/2021 | Copying-In | Photocopies |
| $0.20 | 35 | $7.00 | 8/1/2021 | 8/31/2021 | Copying-In | Photocopies |
| $0.20 | 16 | $3.20 | 9/1/2021 | 9/30/2021 | Copying-In | Photocopies |
| $0.20 | 220 | $44.00 | 10/1/2021 | 10/31/2021 | Copying-In | Photocopies |
| $0.20 | 245 | $49.00 | 11/1/2021 | 11/30/2021 | Copying-In | Photocopies |
| $0.20 | 252 | $50.40 | 12/1/2021 | 12/31/2021 | Copying-In | Photocopies |
| $0.20 | 180 | $36.00 | 1/1/2022 | 1/31/2022 | Copying-In | Photocopies |
| $0.20 | 2674 | $534.80 | 2/1/2022 | 2/28/2022 | Copying-In | Photocopies |

| Price/Page | Pages | Cost | Date Beg | Date End | Activity | Description |
|---|---|---|---|---|---|---|
| $0.20 | 1426 | $285.20 | 3/1/2022 | 3/31/2022 | Copying-In | Photocopies |
| $0.20 | 3011 | $602.20 | 4/1/2022 | 4/30/2022 | Copying-In | Photocopies |
| $0.20 | 1811 | $362.20 | 5/1/2022 | 5/31/2022 | Copying-In | Photocopies |
| $0.20 | 127 | $25.40 | 6/1/2022 | 6/30/2022 | Copying-In | Photocopies |
| $0.20 | 241 | $48.20 | 7/1/2022 | 7/31/2022 | Copying-In | Photocopies |
| $0.20 | 640 | $128.00 | 8/1/2022 | 8/31/2022 | Copying-In | Photocopies |
| $0.20 | 1704 | $340.80 | 9/1/2022 | 9/30/2022 | Copying-In | Photocopies |
| $0.20 | 131 | $26.20 | 10/1/2022 | 10/31/2022 | Copying-In | Photocopies |
| $0.20 | 1144 | $228.80 | 11/1/2022 | 11/30/2022 | Copying-In | Photocopies |
| $0.20 | 1454 | $290.80 | 12/1/2022 | 12/31/2022 | Copying-In | Photocopies |