**EXHIBIT 5**

*Montera v. Premier Nutrition*, Case No. 3:16-CV-06980 RS
Blood Hurst & O'Reardon, LLP

Service of Process: $5,102.30



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Monday June 23,  2014 | *INVOICE* | thoore.142948 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  13CV01271RS
Court:  United States District Court - Northern District of California
Title:  Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents:  Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 05/22/14 03:40PM | Personal Service: Albertson, LLC, AT Business 250 E. Parkcenter Blvd. Boise, ID  83706, by serving: Karen Hopper, Sr. Litigation Specialist, Served By: Donalu Muir. | |
| 05/22/14 | Out of State Service | 150.00 |

**PLEASE PAY FROM THIS INVOICE**                                    **150.00**

M 7/16/14
#4144

P O Box 740, Penryn, CA  95663
Telephone: (916) 663-2562, FAX: (916) 663-4955, Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Monday June 23,  2014 | *INVOICE* | thoore.142949 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  13CV01271RS
Court:  United States District Court - Northern District of California
Title:  Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents:  Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 05/23/14 10:05AM | Personal Service: Costco Wholesale Corporation, AT Business 999 Lake Drive  Issaquah, WA  98027, by serving: Derek Snead, Person Authorized to Accept Service, Caucasian, Male, 30 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds, Served By: Peter Anderson. | |
| 05/23/14 | Out of State Service | 175.00 |

**PLEASE PAY FROM THIS INVOICE**                    175.00

M 7/16/14
#4144

P O Box 740,  Penryn, CA  95663
Telephone: (916) 663-2562, FAX: (916) 663-4955, Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Monday June 23, 2014 | *INVOICE* | thoore.142950 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  13CV01271RS
Court:  United States District Court - Northern District of California
Title:  Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents:  Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 05/23/14 10:00AM | Personal Service: CVS Caremark Corporation, AT Business One CVS Drive Woonsocket, RI  02895, by serving: Susan Schadone, Legal Department / Person Authorized to Accept Service, Caucasian, Female, 47 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 145 Pounds, Served By: James E. Mallinson. | |
| 05/23/14 | Out of State Service | 175.00 |

**PLEASE PAY FROM THIS INVOICE**                                                         175.00

pd 7/16/14
#4144

P O Box 740, Penryn, CA  95663
Telephone: (916) 663-2562, FAX: (916) 663-4955, Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Monday June 23, 2014 | **INVOICE** | thoore.142951 |
|---|---|---|

Client Matter #: Joint Juice
Case #: 13CV01271RS
Court: United States District Court - Northern District of California
Title: Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 05/23/14 10:00AM | Personal Service: Target Corporation, AT Business 1000 Nicollet Mall Minneapolis, MN  55403-2542, by serving: Hareesh Thati, Person Authorized to Accept Service, Asian, Male, 40 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds, Served By: Jeremy Fuchs. | |
| 05/23/14 | Out of State Service | 175.00 |

**PLEASE PAY FROM THIS INVOICE**                    175.00

*M 7/16/14*
*#4144*



# Class Action Research & Litigation Support Services, Inc.

Route #: jd

Bill to:
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Monday June 23, 2014 | *INVOICE* | thoore.143030 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  13CV01271RS
Court:  United States District Court - Northern District of California
Title:  Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents:  Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 05/29/14 02:21PM | Personal Service: Safeway, Inc., AT Business 5928 Stoneridge Mall Road Pleasanton, CA  94588, by serving: Pamela Capuchino, Legal Department / Person Authorized to Accept Service, Caucasian, Female, 50 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches, 165 Pounds, Served By: Chris M. Mori. | |
| 05/29/14 | Service of Process | 95.00 |

**PLEASE PAY FROM THIS INVOICE**                                    **95.00**

M 7/16/14
J#4144

P O Box 740, Penryn, CA  95663
Telephone: (916) 663-2562, FAX: (916) 663-4955, Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

**Bill to:**
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

**Work Completed For:**
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Monday June 23, 2014 | *INVOICE* | thoore.143029 |
|---|---|---|

Client Matter #: Joint Juice
Case #: 13CV01271RS
Court: United States District Court - Northern District of California
Title: Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 05/29/14 02:30PM | Personal Service: SuperValu, Inc, AT Business 7075 Flying Cloud Drive Eden Prairie, MN  55344, by serving: Kim Myrdahl, Vice President, Caucasian, Female, 50 Years Old, Brown Hair, 5 Feet 7 Inches, 150 Pounds, Served By: Stacey A. Stelzner. | |
| 05/29/14 | Out of State Service | 175.00 |

**PLEASE PAY FROM THIS INVOICE**                                             175.00

M 7/16/14
# 4144



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

<u>Bill to:</u>
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

<u>Work Completed For:</u>
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Monday June 23,  2014 | *INVOICE* | thoore.143028 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  13CV01271RS
Court:  United States District Court - Northern District of California
Title:  Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents:  Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 05/29/14 03:47PM | Personal Service: The Kroger Company, AT Business 1014 Vine Street Cincinnati, OH  45202, by serving: Carolyn Kleingers, Person Authorized to Accept Service, Served By: Kirk McCracken. | |
| 05/29/14 | Out of State Service | 175.00 |

**PLEASE PAY FROM THIS INVOICE**                                   **175.00**

M 7/16/14
#4144



# Class Action Research & Litigation Support Services, Inc.

Route #: jd

Bill to:
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA 92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA 92101

| Monday June 23, 2014 | *INVOICE* | thoore.143027 |
|---|---|---|

Client Matter #: Joint Juice
Case #: 13CV01271RS
Court: United States District Court - Northern District of California
Title: Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 05/29/14 02:25PM | Personal Service: BJ's Wholesale Club, Inc, AT Business 25 Research Drive Westborough, MA 01582, by serving: Mary Slattery, Legal Assistant / Person Authorized to Accept Service, Served By: Barry Sims. | |
| 05/29/14 | Out of State Service | 175.00 |

**PLEASE PAY FROM THIS INVOICE**                                        **175.00**

_jd 7/16/14_

_#4144/_

P O Box 740, Penryn, CA 95663
Telephone: (916) 663-2562, FAX: (916) 663-4955, Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.

Route #: jd

Bill to:
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Monday June 23,  2014 | *INVOICE* | thoore.142953 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  13CV01271RS
Court:  United States District Court - Northern District of California
Title:  Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents:  Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 05/23/14 03:00PM | Personal Service: Walgreen Company, AT Business Illinois Corporation Service 801 Adlai Stevenson Drive Springfield, IL  62703, by serving: Tyler Fuchs, Person Authorized to Accept Service, Caucasian, Male, 21 Years Old, Blond Hair, 5 Feet 8 Inches, 145 Pounds, Served By: Zach Higdon. | |
| 05/23/14 | Out of State Service | 175.00 |

**PLEASE PAY FROM THIS INVOICE**                     175.00

M 7/16/14

#4/14/

P O Box 740,  Penryn, CA  95663
Telephone: (916) 663-2562, FAX: (916) 663-4955, Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Monday June 23, 2014 | *INVOICE* | thoore.142952 |
| --- | --- | --- |

Client Matter #:  Joint Juice
Case #:  13CV01271RS
Court:  United States District Court - Northern District of California
Title:  Vincent Mullins vs. Premier Nutrition Corp., et al.
Documents:  Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A.

| Date | Description | Amount |
| --- | --- | --- |
| 05/22/14 03:20PM | Personal Service: Wal-Mart Stores, Inc., AT Business Legal Department 702 S.W. 8th Street Bentonville, AR  72716, by serving: Debbie Buckley, CMI Coordinator / Person Authorized to Accept Service, Served By: Roger White. | |
| 05/22/14 | Out of State Service | 175.00 |

**PLEASE PAY FROM THIS INVOICE**                                    **175.00**

M 7/16/14
#4144

P O Box 740, Penryn, CA  95663
Telephone: (916) 663-2562, FAX: (916) 663-4955, Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.

Route #: jd

Bill to:
Attention: Elle Chaseton
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

**Thursday August 31,  2017**          *INVOICE*          timblo.169525

Client Matter #:  Joint Juice
Case #:  C1301271RS
Court:  United States District Court - Northern District of California
Title:  Vincent D. Mullins, et al. vs. Premier Nutrition Corporation, et al.
Documents:  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action;
Correspondence to subject dated 8/15/17

| Date | Description | Amount |
|------|-------------|--------|
| 08/25/17 10:00AM | Returned Not Served: James Speed, AT Home 143 Cruickshank Drive Folsom, CA  95630  Partyin item 3a, Returned By: Mike Singh. | |
| 08/25/17 | Service of Process | 95.00 |

**PLEASE PAY FROM THIS INVOICE**                                    95.00

P O Box 740  Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.

Route #: jd

Bill to:
Attention: Elle Chaseton
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA 92101

Work Completed For:
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA 92101

| Friday September 08, 2017 | *INVOICE* | timblo.169423 |
|---|---|---|

Client Matter #: Joint Juice
Case #: C1301271RS
Court: United States District Court - Northern District of California
Title: Vincent D. Mullins, et al. vs. Premier Nutrition Corporation, et al.
Documents: Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action;
Correspondence to subject dated 8/15/17

| Date | Description | Amount |
|---|---|---|
| 08/21/17 10:59AM | Personal Service: Hal Poret, AT Home 142 Hunter Avenue Sleepy Hallow, NY 10591, by serving: Hal Poret, Personally, Caucasian, Male, 51-65 Years Old, Salt & Pepper Hair, 5' 7" - 5' 9", 140-150 Pounds, Served By: Naeem Price. | |
| 08/21/17 | Out of State Service | 200.00 |
| 08/21/17 | Witness Fees advanced | 40.00 |
| 08/21/17 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 4.00 |

PLEASE PAY FROM THIS INVOICE

244.00

pn 10/18/17
# 6319

P O Box 740 Penryn, CA 95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893

 # Class Action Research & Litigation Support Services, Inc.

Route #: jd

Bill to:
Attention: Elle Chaseton
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| **Friday September 08, 2017** | ***INVOICE*** | **timblo.169526** |
| --- | --- | --- |

Client Matter #:  Joint Juice
Case #:  C1301271RS
Court:  United States District Court - Northern District of California
Title:  Vincent D. Mullins, et al. vs. Premier Nutrition Corporation, et al.
Documents:  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action;
Correspondence to subject dated 8/15/17

| Date | Description | Amount |
| --- | --- | --- |
| 08/21/17 09:30AM | Returned Not Served: Kevin Stone, AT Home 1 Throckmorton Lane  Mill Valley, CA  94941  Party in item 3a, Returned By: Easteller Bruihl. | |
| 08/21/17 | CA Service of Process Fee  immediate weekend attempts on Dr. Stone | 125.00 |

**PLEASE PAY FROM THIS INVOICE**                                                   125.00

M 10/18/17
# 6319



# Class Action Research &
# Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Elle Chaseton
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Friday September 08,  2017 | *INVOICE* | timblo.169421 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  C1301271RS
Court:  United States District Court - Northern District of California
Title:  Vincent D. Mullins, et al. vs. Premier Nutrition Corporation, et al.
Documents:  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action;
Correspondence to subject dated 8/15/17

| Date | Description | Amount |
|---|---|---|
| 08/25/17 | Returned Not Served: David Ritterbush, AT Home 54 Torino Court  Danville, 10:00AM  CA  94526  party in item 3a, Returned By: Paul Norman. | |
| 08/25/17 | California Service of Process | 90.00 |

**PLEASE PAY FROM THIS INVOICE**    90.00

pd 10/18/17
#6319



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Elle Chaseton
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Friday September 08, 2017 | *I N V O I C E* | timblo.169419 |

Client Matter #:  Joint Juice
Case #:  C1301271RS
Court:  United States District Court - Northern District of California
Title:  Vincent D. Mullins, et al. vs. Premier Nutrition Corporation, et al.
Documents:  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action;
Correspondence to subject dated 8/15/17

| Date | Description | Amount |
|------|-------------|--------|
| 08/17/17 12:25PM | Personal Service: Eleven, Inc., Custodian of Records, AT Business c/o Kenneth Kula 500 Sansome Street, First Floor San Francisco, CA  94111, by serving: Kenneth Kula, Agent for Service of Process, Served By: Daniel Howell. | |
| 08/17/17 | California Service of Process | 90.00 |
| 08/17/17 | Witness Fees advanced | 42.00 |
| 08/17/17 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 4.20 |

**PLEASE PAY FROM THIS INVOICE**                                     136.20

*m 10/18/17*
*# 6319*

P O Box 740 Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Elle Chaseton
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA 92101

Work Completed For:
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA 92101

| Friday September 08, 2017 | *INVOICE* | timblo.169422 |
| --- | --- | --- |

Client Matter #: Joint Juice
Case #: C1301271RS
Court: United States District Court - Northern District of California
Title: Vincent D. Mullins, et al. vs. Premier Nutrition Corporation, et al.
Documents: Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action;
Correspondence to subject dated 8/15/17

| Date | Description | Amount |
| --- | --- | --- |
| 08/19/17 10:21AM | Personal Service: Stewart Irving, AT Home 4414 Clarewood Drive  Oakland, CA  94618, by serving: Stewart Irving, Personally, Served By: Tim Ault. | |
| 08/19/17 | California Service of Process | 90.00 |
| 08/19/17 | Witness Fees advanced | 54.00 |
| 08/19/17 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 5.40 |

**PLEASE PAY FROM THIS INVOICE**                                                    149.40

ᴍ 10/18/17
# 6319

P O Box 740 Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

<u>Bill to:</u>
Attention: Elle Chaseton
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

<u>Work Completed For:</u>
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Friday September 08, 2017 | *I N V O I C E* | timblo.169527 |
| --- | --- | --- |

Client Matter #:  Joint Juice
Case #:  C1301271RS
Court:  United States District Court - Northern District of California
Title:  Vincent D. Mullins, et al. vs. Premier Nutrition Corporation, et al.
Documents:  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action;
Correspondence to subject dated 8/15/17

| Date | Description | Amount |
| --- | --- | --- |
| 08/21/17 11:15AM | Personal Service: William Choi, AT Business 580 California Street, Suite 2050  San Francisco, CA  94104, by serving: William Choi, Personally, Asian, Male, 40 Years Old, Black Hair, 5 Feet 9 Inches, 165 Pounds, Served By: Robert Wigersma. | |
| 08/21/17 | California Service of Process | 90.00 |
| 08/21/17 | Witness Fees advanced | 43.00 |
| 08/21/17 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 4.30 |

**PLEASE PAY FROM THIS INVOICE**                                    137.30

*pd 10/18/17*
*#6319*

 # Class Action Research & Litigation Support Services, Inc.

Route #: jd

Bill to:
Attention: Elle Chaseton
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

Work Completed For:
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego CA  92101

| Friday September 08, 2017 | *I N V O I C E* | timblo.169418 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  C1301271RS
Court:  United States District Court - Northern District of California
Title:  Vincent D. Mullins, et al. vs. Premier Nutrition Corporation, et al.
Documents:  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; Correspondence to subject dated 8/15/17

| Date | Description | Amount |
|---|---|---|
| 08/25/17 11:00AM | Returned Not Served: Dr. Kevin Stone, AT Business The Stone Clinic 3727 Buchanan Street, #300 San Francisco, CA  94123  Dr. Kevin Stone, Returned By: Daniel Howell. | |
| 08/25/17 | California Service of Process | 90.00 |

**PLEASE PAY FROM THIS INVOICE**                          90.00

*pn 10/18/17*
*#6319*



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

| Friday March 22, 2019 | *INVOICE* | thoore.188642 |
| --- | --- | --- |

Client Matter #:  Joint Juice
Case #:  16CV06685RS
Court:  United States District Court - Northern District of California
Title:  Susan Caiazzo, et al. vs. Premier Nutrition Corporation
Documents:  Subpoena to Testify at a Deposition in a Civil Action; Exhibit A; Stipulated Order Governing The Designation and Handling of Confidential Materials; Non-Disclosure Agreement

| Date | Description | Amount |
| --- | --- | --- |
| 02/21/19 02:50PM | Personal Service: CVS Pharmacy, Inc., AT Business C T Corporation 818 W. 7th Street Los Angeles, CA  90017, by serving: Daisy Montenegro, Service of Process Intake Clerk, Hispanic, Female, 25 Years Old, Black Hair, 5 Feet 5 Inches, 150 Pounds, Served By: S. Montufar. | |
| 02/21/19 | California Service of Process | 90.00 |
| 02/21/19 | Witness Fees advanced | 40.00 |
| 02/21/19 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 4.00 |

**PLEASE PAY FROM THIS INVOICE**     134.00

M 5/15/19
# 7525

P O Box 740  Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA 92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA 92101

| Monday April 08, 2019 | *INVOICE* | thoore.188637 |
|---|---|---|

Client Matter #: Joint Juice
Case #: 16CV06685RS
Court: United States District Court - Northern District of California
Title: Susan Caiazzo, et al. vs. Premier Nutrition Corporation
Documents: Subpoena to Testify at a Deposition in a Civil Action; Exhibit A; Stipulated Order Governing The Designation and Handling of Confidential Materials; Non-Disclosure Agreement

| Date | Description | Amount |
|---|---|---|
| 02/26/19 09:00AM | Personal Service: Target Corporation, AT Business C T Corporation 1010 Dale Street North St Paul, MN 55117, by serving: Kaylee Feiock, Service of Process Intake Clerk, Served By: Greg Westerlund. | |
| 02/26/19 | Out of State Service | 175.00 |
| 02/26/19 | Witness Fees advanced | 41.00 |
| 02/26/19 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 4.10 |

**PLEASE PAY FROM THIS INVOICE** 220.10

_pd 5/15/19_
_# 7525_



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

| Friday March 22, 2019 | *INVOICE* | thoore.188643 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  16CV06685RS
Court:  United States District Court - Northern District of California
Title:  Susan Caiazzo, et al. vs. Premier Nutrition Corporation
Documents:  Subpoena to Testify at a Deposition in a Civil Action; Exhibit A; Stipulated Order Governing The Designation and Handling of Confidential Materials; Non-Disclosure Agreement

| Date | Description | Amount |
|---|---|---|
| 02/25/19 09:01AM | Personal Service: Rite Aid Corporation, AT Business 30 Hunter Lane  Camp Hill, PA  17011, by serving: Emily Filingeri, Legal Coordinator, Caucasian, Female, 30 Years Old, Dark Hair, Wearing Glasses, 5 Feet 3 Inches, 130 Pounds, Served By: Marc Jones. | |
| 02/25/19 | Out of State Service | 200.00 |
| 02/25/19 | Witness Fees advanced | 157.00 |
| 02/25/19 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 15.70 |

**PLEASE PAY FROM THIS INVOICE**                                                    372.70

*pd 4/3/19*
*#7472*

P O Box 740  Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

| Monday April 08, 2019 | *INVOICE* | thoore.188629 |
|---|---|---|

Client Matter #: Joint Juice
Case #: 16CV06685RS
Court: United States District Court - Northern District of California
Title: Susan Caiazzo, et al. vs. Premier Nutrition Corporation
Documents: Subpoena to Testify at a Deposition in a Civil Action; Exhibit A; Stipulated Order Governing The Designation and Handling of Confidential Materials; Non-Disclosure Agreement

| Date | Description | Amount |
|---|---|---|
| 02/22/19 03:29PM | Personal Service: Costco Wholesale Corporation, AT Business 999 Lake Drive  Issaquah, WA  98027, by serving: Jim Pruitt, Legal Counsel, Caucasian, Male, 60 Years Old, Gray Hair, 6 Feet, 200 Pounds, Served By: Anthony Concannon. | |
| 02/22/19 | Out of State Service | 175.00 |
| 02/22/19 | Witness Fees advanced | 57.00 |
| 02/22/19 | Document Preparation,  32.00 Copies, at $.15 | 4.80 |
| 02/22/19 | 10% of fees advanced, $2.00 minimum | 5.70 |

**PLEASE PAY FROM THIS INVOICE**                                242.50

pd 5/15/19
# 7525

P O Box 740  Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

<u>Bill to:</u>
Attention: Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA 92101

<u>Work Completed For:</u>
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA 92101

| Friday March 22, 2019 | *INVOICE* | thoore.188634 |
|---|---|---|

Client Matter #: Joint Juice
Case #: 16CV06685RS
Court: United States District Court - Northern District of California
Title: Susan Caiazzo, et al. vs. Premier Nutrition Corporation
Documents: Subpoena to Testify at a Deposition in a Civil Action; Exhibit A; Stipulated Order Governing The Designation and Handling of Confidential Materials; Non-Disclosure Agreement

| Date | Description | Amount |
|---|---|---|
| 02/22/19 12:19PM | Personal Service: The Kroger Co., AT Business 1014 Vine Street Cincinnati, OH 45202, by serving: Tyler Barker, Security / Authorized to Accept Service, Caucasian, Male, 21-35 Years Old, Black Hair, 5' 4" - 5' 8", 161-200 Pounds, Served By: Brittian Daudelin. | |
| 02/22/19 | Out of State Service | 150.00 |
| 02/22/19 | Witness Fees advanced | 55.00 |
| 02/22/19 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 5.50 |
| 02/22/19 | Document Preparation, 32.00 Copies, at $.15 | 4.80 |

**PLEASE PAY FROM THIS INVOICE**                                215.30

P O Box 740 Penryn, CA 95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

| Friday March 22, 2019 | *INVOICE* | thoore.188630 |

Client Matter #:  Joint Juice
Case #:  16CV06685RS
Court:  United States District Court - Northern District of California
Title:  Susan Caiazzo, et al. vs. Premier Nutrition Corporation
Documents:  Subpoena to Testify at a Deposition in a Civil Action; Exhibit A; Stipulated Order Governing The Designation and Handling of Confidential Materials; Non-Disclosure Agreement

| Date | Description | Amount |
|------|-------------|--------|
| 02/22/19 10:30AM | Personal Service: Walgreen Co., AT Business 200 Wilmot Road  Deerfield, IL  60015, by serving: Leticia Mercado, Person Authorized to Accept Service, Served By: Kyle Clutter. | |
| 02/22/19 | Out of State Service | 175.00 |
| 02/22/19 | Witness Fees advanced | 80.00 |
| 02/22/19 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 8.00 |

**PLEASE PAY FROM THIS INVOICE**                                      263.00

*M 4/3/19*
*#7472*

P O Box 740  Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

**Bill to:**
Attention: Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

**Work Completed For:**
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

| Sunday March 10, 2019 | *INVOICE* | thoore.188632 |
|---|---|---|

Work Order #: 209918
Client Matter #: Joint Juice
Case #: 16CV06685RS
Court: United States District Court - Northern District of California
Title: Susan Caiazzo, et al. vs. Premier Nutrition Corporation
Documents: Subpoena to Testify at a Deposition in a Civil Action; Exhibit A;
Stipulated Order Governing The Designation and Handling of Confidential
Materials; Non-Disclosure Agreement

| Date | Description | Amount |
|---|---|---|
| 02/21/19 12:38PM | Personal Service: Wal-Mart Stores, Inc., AT Business Legal Department 702 S.W. 8th Street Bentonville, AR  72716, by serving: Pat Flake, Discovery Specialist, Served By: Carlos Adam Moreno. | |
| 02/21/19 | Out of State Service | 150.00 |
| 02/21/19 | Witness Fees advanced | 41.00 |
| 02/21/19 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 10.00 |
| 02/21/19 | Document Preparation,  32.00 Copies, at $.15 | 4.80 |

**PLEASE PAY FROM THIS INVOICE**                                              205.80

*jd 4/3/19*
*# 7472*

P O Box 740  Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

<u>Bill to:</u>
Attention: Dafne Maytorena
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

<u>Work Completed For:</u>
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

| Friday July 26, 2019 | *INVOICE* | thoore.193762 |
|---|---|---|

Client Matter #:  Premier Nutrition
Case #:  19CV00875RS
Court:  United States District Court - Northern District of California
Title:  Patricia Bland vs. Premier Nutrition Corporation
Documents:  Subpoena to Testify at a Deposition in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 06/04/19 02:49PM | Personal Service: Costco Wholesale Corporation, AT Business 999 Lake Drive  Issaquah, WA  98027, by serving: Gary Swearingen, General Counsel, Served By: Christopher Ulin. | |
| 06/04/19 | Out of State Service | 175.00 |
| 06/04/19 | Witness Fees advanced | 57.00 |
| 06/04/19 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 5.70 |

**PLEASE PAY FROM THIS INVOICE**                                           237.70

*pd 8/7/19*
*#7688*

P O Box 740  Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Dafne Maytorena
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA 92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA 92101

**Thursday June 27, 2019**    *I N V O I C E*    **thoore.193764**

Client Matter #: Premier Nutrition
Case #: 19CV00875RS
Court: United States District Court - Northern District of California
Title: Patricia Bland vs. Premier Nutrition Corporation
Documents: Subpoena to Testify at a Deposition in a Civil Action; Exhibit A.

| Date | Description | Amount |
|---|---|---|
| 06/05/19 01:00PM | Personal Service: Wal-Mart Stores, Inc., AT Business Legal Department 702 S.W. 8th Street Bentonville, AR 72716, by serving: Pat Flake, Legal Department, Served By: Carlos Adam Moreno. | |
| 06/05/19 | Out of State Service | 130.00 |
| 06/05/19 | Witness Fees advanced | 40.00 |
| 06/05/19 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 4.00 |

**PLEASE PAY FROM THIS INVOICE**    **174.00**

*pd 7/10/19*
*#7632*

P O Box 740  Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

| Monday December 30, 2019 | *INVOICE* | thoore.199930 |
|---|---|---|

Client Matter #:  Joint Juice
Case #:  16CV06685RS
Court:  United States District Court - Northern District of California
Title:  Susan Caiazzo, et al. vs. Premier Nutrition Corporation
Documents:  Subpoena to Testify at a Deposition in a Civil Action; Exhibit A

| Date | Description | Amount |
|---|---|---|
| 11/20/19 10:00AM | Returned Not Served: Booker Lucas, AT Business Santa Cruz Nutritionals 2200 Delaware Avenue Santa Cruz, CA  95060  Booker Lucas, Returned By: Joaquin Casareno. | |
| 11/20/19 | Service of Process | 95.00 |
| 11/20/19 | Skip Trace / Locate  locate home address | 55.00 |

**PLEASE PAY FROM THIS INVOICE**                                                      150.00

*M 1/22/20*
*#7976*

P O Box 740  Penryn, CA  95663
Telephone: (916) 663-2562 , FAX: (916) 663-4955 Tax ID: 32-019-5893



# Class Action Research & Litigation Support Services, Inc.



Route #: jd

Bill to:
Attention: Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

Work Completed For:
Thomas J. O'Reardon, II, Esq.
Blood Hurst & O'Reardon LLP
501 W. Broadway, Suite 1490
San Diego CA  92101

| Monday December 30, 2019 | *INVOICE* | thoore.200758 |

Client Matter #:  Joint Juice
Case #:  16CV06685RS
Court:  United States District Court - Northern District of California
Title:  Susan Caiazzo, et al. vs. Premier Nutrition Corporation
Documents:  Subpoena to Testify at a Deposition in a Civil Action; Exhibit A

| Date | Description | Amount |
| --- | --- | --- |
| 11/19/19 06:54PM | Personal Service: Booker Lucas, AT Home 1119 River Rock Lane  Danville, CA  94526, by serving: Booker Lucas, Personally, African American, Male, 40-45 Years Old, 5 Feet 9 Inches, 200 Pounds, Bald, Served By: William Galdamez. | |
| 11/19/19 | Service of Process | 95.00 |
| 11/19/19 | Witness Fees advanced | 73.00 |
| 11/19/19 | Advance Fee Charge, 10 % of Advanced Amount, Or $2.00 Mininum | 7.30 |

**PLEASE PAY FROM THIS INVOICE**                                          175.30

*1/22/20*
*#7976*