**EXHIBIT 7**

*Montera v. Premier Nutrition*, Case No. 3:16-CV-06980 RS
Blood Hurst & O'Reardon, LLP

Experts & Consultants: $609,582.93 (Nontaxed Amount Sought)

| Expert / Consultant | Total Cost | Total Sought | Nontaxed Sought |
|---|---|---|---|
| Timothy McAlindon, MD, MPH | $112,256.94 | $112,256.94 | $112,256.94 |
| Farshid Guilak, Ph.D. | $20,400.00 | $20,400.00 | $20,400.00 |
| Derek D. Rucker, Ph.D. | $98,700.75 | $98,700.75 | $98,700.75 |
| Colin B. Weir | $73,691.80 | $73,691.80 | $73,691.80 |
| J. Michael Dennis, Ph.D. | $87,516.50 | $87,516.50 | $87,516.50 |
| Steven R Graboff, M.D. | $40,612.50 | $40,612.50 | $40,612.50 |
| Jeremiah E. Silbert, M.D. | $58,692.50 | $58,692.50 | $58,692.50 |
| Lynn R. Willis, Ph.D. | $26,500.00 | $26,500.00 | $26,500.00 |
| Mark Keegan | $68,159.09 | $68,159.09 | $68,159.09 |
| Thomas J. Maronick, DBA, JD | $37,675.00 | $0 | $0 |
| Robert Wallace | $18,587.50 | $0 | $0 |
| VideoTrack Litigation & Trial Support | $49,140.07 | $49,140.07 | $45,379.10 |
| Hal Poret | $4,025.00 | $4,025.00 | $4,025.00 |
| Chopra Koonan | $5,236.25 | $5,236.25 | $5,236.25 |
| **Total** | $695,957.65 | $613,343.90 | **$609,582.93** |

Outlook.com Print Message

Print

## Joint Juice

From:  **Tommy O'Reardon** (TOReardon@bholaw.com)
Sent:  Wed 8/06/14 4:05 PM
To:    'Janet Harrison (msdalmation@msn.com)' (msdalmation@msn.com)
Cc:    Tim Blood (TBlood@bholaw.com); Janet Kohnenberger (jkohnenberger@bholaw.com)
       1 attachment
       [Signed] Jeramiah Silbert W-9 Form (00075764xBDE34).pdf (71.4 KB)

Please send a retainer check of $4,500 to Dr. Silbert.  His W9 is attached.  Thanks.

Ai rican Orthopaedic Associa, i
Surgical Medical Group
Steven R. Graboff, M.D. Inc.

### STATEMENT OF ACCOUNT

Attention: Thomas J. O'Reardon Esq.
Company Name: Thomas J. O'Reardon Esq.
Address 1: 701 B Street
Address 2: Suite 1700
City, State: San Diego, CA
Zip Code: 92101

Date: August 15, 2014
Patient/Case Name: Vincent Mullins
Account Number: 967747

JOINT JUICE

Previous Balance:
New Charges: $11,750.00

| BALANCE DUE: | $11,750.00 |
|---|---|

| Date | Itemized Description of Services | Cost |
|---|---|---|
| 08/06/14 | Retainer | -$2,500.00 |
| 08/15/14 | Review of Records 30Hr | $14,250.00 |
| | | 1175a10 |
| | This review was done over several days | |
| | TOTAL AMOUNT DUE IN OUR OFFICE  8-27-14 | |
| | TAX ID# 33-0194026 | |
| | Our New address starting September 1st 2014 will be: | |
| | 17742 Beach Blvd #355 | |
| | Huntington Beach, CA 92647 | |

pd 8/27/14
# 4234

17752 Beach Blvd, Suite 202
Huntington Beach, CA 92647

DrGraboff@gmail.com

(Tel) 714-843-0019
(Fax) 714-841-1280

Blood, Hurst & O'Reardon LLP
Steven R. Graboff, M.D.
5181 · CLIENT COSTS-OTHER          Initial Retainer

8/1/14

4177

2,500.00

*Just gone*

UNION BANK - GENE   Retainer - Mullins v. Premier Nutrition Corp.                    2,500.00

REORDER:(760)804-8088 NANCY WILSON   UCS#733570

Print

Close

# FW: Joint Juice

From: Tommy O'Reardon (TOReardon@bholaw.com)
Sent: Mon 8/04/14 9:46 AM
To: 'Janet Harrison (msdalmation@msn.com)' (msdalmation@msn.com)
Cc: Tim Blood (TBlood@bholaw.com)
        1 attachment
        Form W-9.pdf (2.0 MB)

Here's a W9 for an expert in Joint Juice. Can you please make out a retainer check to Dr. Willis for $5k?
Thanks.



From: Willis, Lynn R. [mailto:willisl@iupui.edu]
Sent: Monday, August 04, 2014 7:15 AM
To: Tommy O'Reardon
Subject: Re: Joint Juice

Tommy,

I've attached a signed copy of my W-9 form, and I'm looking forward to getting to work on the Joint
Juice case.

Lynn

To JJ O'Reardon

From JEREMIAH SILBERT

Enclosed is a copy of my HOURS.

Thanks

Re: Joint Guide

7/1 Telephone discussion 12-12:45 PM
7/22 Inspecting Joint Juice at store 10-11 AM

7/29 Reviewing information in the class action complaint  11-12 AM          1 hour
7/29 Examining and copying Joint Juice computer advertising and statements  6-7 PM          1 hour
8/1  Examining  Joint Juice expert statement in opposition  11-12 AM          1 hour
     Working on my statement 1-3 PM          2 hour
8/2          2-4, 8:30-10:30 PM          5 hour
8/3          2-5, 6-9:30 PM          6 hour
8/4  Finishing and checking   9-11 AM          2 hour

Total   18.0
x   450.00

8100.00
LESS RETAINER - 4500.00          PM 8/7/14  #4181

3600.00

PM 9/10/14
#4255

BLOOD HURST & O'REARDON
701 B STREET
SUITE 1700
SAN DIEGO, CA 92101

1500

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

_md 1/28/15 #4504_

CARRIER

PICA | | | | PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) X | (ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| MULLINS, VINCENT | 01 01 01 | M [M] F [ ] | MULLINS, VINCENT |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | Self [X] Spouse [ ] Child [ ] Other [ ] | |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| | | Single [ ] Married [ ] Other [X] | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| | ( ) | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | [ ] YES [N] NO | 01 01 01 | M [M] F [ ] |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY | M [ ] F [ ] | [ ] YES [ ] NO | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | [ ] YES [N] NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | [ ] YES [N] NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE 01 23 15

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
|---|---|---|
| BLOOD HURST & O'REARDON | 0 / 17b. NPI | |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? [ ] YES [N] NO | $ CHARGES 0.00 |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to item 24E by Line)
1. |_99999_|    3. |_____|
2. |_____|    4. |_____|

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 23 15 | 01 23 15 | 11 | 01 | C25 | | 1 | 950.00 | 2. | N | N NPI | |
| REVIEW OF RECORDS | | | | | | | | | | | |
| 01 23 15 | 01 23 15 | 11 | 01 | C221 | | 1 | 3562.50 | 7.50 | N | N NPI | |
| REVIEW EDIT CREATE DR. GRABOFF'S EXPERT Report | | | | | | | | | | | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? For govt. claims, see back | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 330194026 [ ][X] | 967747 | [Y] YES [ ] NO | $ 4512.50 | $ 0.00 | $ 4512.50 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # ( 714 ) 843-0019 |
|---|---|---|
| _(signature)_ STEVEN R GRABOFF MD | Steven R Graboff, M.D. 17742 Beach Blvd. Ste 355 Huntington Beach CA 92647 | STEVEN R GRABOFF MD INC 17742 BEACH BLVD., STE 355 HUNTINGTON BEACH, CA 92647 |
| SIGNED 01 23 15 DATE | b. | a. G45318 b. |

American Orthopaedic Associates
Surgical Medical Group
Steven R. Graboff, M.D. Inc.

## STATEMENT OF ACCOUNT

Attention: Thomas J. O'Reardon
Company Name: Blood, Hurst & O'Reardon
Address 1: 701 B Street
Address 2: Suite 1700
City, State: San Diego, CA
Zip Code: 92101

Date: December 12, 2014
Patient/Case Name: Vincent Mullins
Account Number: 967747

Previous Balance:
New Charges: $350.00

BALANCE DUE: **$350.00**

| Date | Itemized Description of Services | Cost |
|------|-------------------------------|------|
| 12/11/14 | Telephone Consult  0.50Hr | $350.00 |
| | TOTAL AMOUNT DUE IN OUR OFFICE NOW | |
| | Tax ID# 33-0194026 | |
| | Our new address is:<br>17742 Beach Blvd #355<br>Huntington Beach, CA 92647 | |

17742 Beach Blvd, Suite 355
Huntington Beach, CA 92647

DrGraboff@gmail.com

(Tel) 714-843-0019
(Fax) 714-841-1280

1500

BLOOD HURST & O'REARDON
701 B STREET
SUITE 1700
SAN DIEGO, CA 92101

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE

| | | PICA | | | | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
MULLINS, VINCENT

**3. PATIENT'S BIRTH DATE** MM 01 DD 01 YY 01   SEX M [M]  F [ ]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
MULLINS, VINCENT

**5. PATIENT'S ADDRESS (No., Street)**

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**7. INSURED'S ADDRESS (No., Street)**

CITY | STATE

**8. PATIENT STATUS**
Single [ ]  Married [ ]  Other [X]

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code) ( )

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE | TELEPHONE (Include Area Code) ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

a. EMPLOYMENT? (Current or Previous)
[ ] YES   [N] NO

**a. INSURED'S DATE OF BIRTH** MM 01 DD 01 YY 01   SEX M [M]  F [ ]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY   SEX M [ ]  F [ ]

b. AUTO ACCIDENT?   PLACE (State)
[ ] YES   [ ] NO

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

c. OTHER ACCIDENT?
[ ] YES   [N] NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
[ ] YES   [N] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE          DATE  12 05 14

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
BLOOD HURST & O'REARDON

17a. [ ]
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**
[ ] YES   [N] NO     $ CHARGES  0.00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)**
1. 99999
2.
3.
4.

**22. MEDICAID RESUBMISSION CODE** | ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF | C. | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. | F. | G. | H. | I. | J. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID QUAL. | RENDERING PROVIDER ID # |
| 12 05 14 | 12 05 14 | 11 | 01 | C25 | | 1 | 475.00 | 1 | N | N NPI | |
| | REVIEW OF RECORDS | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

*(handwritten: pd 12/17/14 #4425)*

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 330194026 | [X] | 967747 | [Y] YES [ ] NO | $ 475.00 | $ 0.00 | $ 475.00 |

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
STEVEN R GRABOFF MD
Steven R Graboff, M.D.
17742 Beach Blvd.Ste 355
Huntington Beach CA 92647
12 05 14

**32. SERVICE FACILITY LOCATION INFORMATION**

**33. BILLING PROVIDER INFO & PH # ( 714 ) 843-0019**
STEVEN R GRABOFF MD INC
17742 BEACH BLVD., STE 355
HUNTINGTON BEACH, CA 92647
a. G45318   b.

SIGNED          DATE

*M: Joint Juice* [handwritten]

## Invoice for Consulting Services Rendered as an Expert Witness in Mullins vs. Premier Nutrition Corp.
### Lynn R. Willis, Ph.D.

### August 9, 2014 – January 30, 2015

Fee for service:  1) Critical review and evaluation of clinical studies of glucosamine/chondroitin (Joint Juice);
2) Review of clinical literature on glucosamine and chondroitin;
3) Review and analysis of declaration by David A. Grande, Ph.D.;
4) Review of references and other literature submitted by Premier Nutrition Corp.;
5) Review of plaintiff's exhibits, etc.;
6) Writing and submission of a Declaration for Plaintiff's Motion for Class Certification;
7) Writing and submission of a Supplemental Declaration assessing the merits of Defendant's promotional claims for Joint Juice and rebutting Dr. Grande's declaration.

Work on Class Certification Declaration
August 9, 2014 – August 26, 2014
18 hours @ $500 per hour ---------------- $  9,000.00
Work on Supplemental Declaration
January 13, 2015 – January 30, 2015
35 hours @ $500 per hour ---------------- $ 17,500.00
Total                                    $ 26,500.00
Less Retainer                            - $  5,000.00
Grand Total                              $ 21,500.00

Thank you,

Lynn R. Willis, Ph.D.
755 E. 96th Street
Indianapolis, IN  46240

*MM 2/11/15* [handwritten]

*# 4520* [handwritten]

**1500**

BLOOD HURST & O'REARDON
701 B STREET
SAN DIEGO, CA 92101

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE 01 01 01  SEX M[M] F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| MULLINS, VINCENT | | MULLINS, VINCENT |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED  Self [X] Spouse Child Other | 7. INSURED'S ADDRESS (No., Street) |

| CITY | STATE | 8. PATIENT STATUS  Single  Married  Other [X] | CITY | STATE |

| ZIP CODE | TELEPHONE (Include Area Code) ( ) | Employed  Full-Time Student  Part-Time Student | ZIP CODE | TELEPHONE (Include Area Code) ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  YES  [N] NO | a. INSURED'S DATE OF BIRTH 01 01 01  SEX M[M] F |

| b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX M F | b. AUTO ACCIDENT?  YES  NO  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  YES  [N] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  [N] NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE 01 30 15

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE BLOOD HURST & O'REARDON | 17a. 0 | 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  YES  [N] NO  $ CHARGES 0.00 |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 99999
2.
3.
4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE  From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 30 15 01 30 15 | 11 | 01 | C25 REVIEW OF RECORDS | | 1 | 1425.00 | 3. | N | N NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

*(handwritten: M 2/11/15  #4526)*

| 25. FEDERAL TAX I.D. NUMBER  330194026  SSN [ ] EIN [X] | 26. PATIENT'S ACCOUNT NO. 967747 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [Y] YES  NO | 28. TOTAL CHARGE $ 1425.00 | 29. AMOUNT PAID $ 0.00 | 30. BALANCE DUE $ 1425.00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)

*STEVEN R GRABOFF MD* (signed)

01 30 15

SIGNED  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Steven R Graboff, M.D.
17742 Beach Blvd. Ste 355
Huntington Beach CA 92647

33. BILLING PROVIDER INFO & PH #  (714) 843-0019
STEVEN R GRABOFF MD INC
17742 BEACH BLVD., STE 355
HUNTINGTON BEACH, CA 92647
G45318

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

KEEGAN & DONATO
CONSULTING, LLC

From

Keegan & Donato Consulting
LLC
31 Purchase Street, Suite 3-4
Rye, NY 10580
(914) 417-4942
mark@keegandonato.com
Tax ID: 45-2568702

*[handwritten: P/w 2/25/15 #4552 $21,643.25]*

| | | |
|---|---|---|
| Invoice ID | 10926 | |
| Issue Date | 12/16/2014 | |
| Due Date | 12/16/2014 (upon receipt) | |
| Subject | Vincent D. Mullins v. Premier Nutrition Corporation f/k/a/ Joint Juice, Inc. | |

Invoice For

Mr. Thomas J. O'Reardon II,
Esq.
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA 92101

| Type | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Consulting | 09/03/2014 - Tony Donato: Review case documents; Internal conference; Assistance with report drafting. | 4.10 | $275.00 | $1,127.50 |
| Consulting | 09/03/2014 - Mark Keegan: Document review; report drafting. | 2.84 | $350.00 | $994.00 |
| Consulting | 09/05/2014 - Tony Donato: Review case documents; Assistance with report drafting. | 2.32 | $275.00 | $638.00 |
| Consulting | 10/07/2014 - Tony Donato: Assistance with report drafting. | 1.31 | $275.00 | $360.25 |
| Consulting | 10/16/2014 - Tony Donato: Review case documents; Assistance with report drafting. | 2.89 | $275.00 | $794.75 |
| Consulting | 10/16/2014 - Mark Keegan: Conferencing; report drafting. | 3.86 | $350.00 | $1,351.00 |
| Consulting | 10/20/2014 - Tony Donato: Review case documents; Assistance with report. | 3.12 | $275.00 | $858.00 |
| Consulting | 10/22/2014 - Tony Donato: Assistance with report drafting; Review case documents. | 6.44 | $275.00 | $1,771.00 |
| Consulting | 10/23/2014 - Tony Donato: Assistance with report drafting. | 3.53 | $275.00 | $970.75 |
| Consulting | 10/28/2014 - Mark Keegan: Report drafting. | 1.19 | $350.00 | $416.50 |
| Consulting | 10/28/2014 - Tony Donato: Internal conferencing; Assistance with report drafting; Review case materials. | 3.39 | $275.00 | $932.25 |
| Consulting | 10/29/2014 - Tony Donato: Review case materials; Assistance with report drafting and editing. | 4.20 | $275.00 | $1,155.00 |
| Consulting | 10/30/2014 - Tony Donato: Assistance with report drafting. | 1.20 | $275.00 | $330.00 |

| Type | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Consulting | 10/31/2014 - Mark Keegan: Study review; report drafting. | 2.39 | $350.00 | $836.50 |
| Consulting | 10/31/2014 - Tony Donato: Internal conferencing; Assistance with report drafting. | 1.28 | $275.00 | $352.00 |
| Consulting | 11/03/2014 - Tony Donato: Assistance with report; Review case documents. | 3.32 | $275.00 | $913.00 |
| Consulting | 11/04/2014 - Mark Keegan: Report review and drafting. | 1.33 | $350.00 | $465.50 |
| Consulting | 11/04/2014 - Tony Donato: Assistance with report drafting; Review case documents. | 4.20 | $275.00 | $1,155.00 |
| Consulting | 11/05/2014 - Tony Donato: Assistance with report drafting; Internal conference. | 2.06 | $275.00 | $566.50 |
| Consulting | 11/06/2014 - Mark Keegan: Report drafting. | 0.69 | $350.00 | $241.50 |
| Consulting | 11/06/2014 - Tony Donato: Internal conferencing; Assistance with report drafting. | 2.25 | $275.00 | $618.75 |
| Consulting | 11/07/2014 - Mark Keegan: Report drafting. | 0.57 | $350.00 | $199.50 |
| Consulting | 12/08/2014 - Tony Donato: project assistance. | 1.08 | $275.00 | $297.00 |
| Consulting | 12/09/2014 - Mark Keegan: Report drafting. | 2.19 | $350.00 | $766.50 |
| Consulting | 12/09/2014 - Tony Donato: Assistance with report drafting & editing; Teleconference with Mr. O'Reardon, Mr. Blood. | 1.14 | $275.00 | $313.50 |
| Consulting | 12/10/2014 - Tony Donato: Assistance with report drafting. | 2.16 | $275.00 | $594.00 |
| Consulting | 12/11/2014 - Tony Donato: Assistance with report drafting; Internal conferencing. | 2.78 | $275.00 | $764.50 |
| Consulting | 12/11/2014 - Mark Keegan: Report writing. | 0.34 | $350.00 | $119.00 |
| Consulting | 12/12/2014 - Mark Keegan: Report drafting. | 1.02 | $350.00 | $357.00 |
| Consulting | 12/12/2014 - Tony Donato: Assistance with report drafting & editing. | 0.58 | $275.00 | $159.50 |
| Consulting | 12/15/2014 - Mark Keegan: Report drafting and finalization. | 1.10 | $350.00 | $385.00 |
| Consulting | 12/15/2014 - Tony Donato: Internal conferencing; Teleconference with Mr. O'Reardon, Assistance with declaration editing and finalization. | 3.20 | $275.00 | $880.00 |

**Amount Due**      **$21,683.25**

Summary of work and hours.

January.

| | | |
|---|---|---|
| 14 | Received copy of Grande | |
| 15 | Reviewing previous, scanning Grande  2 - 3, 6 - 7:30 PM | 2-1/2 hours |
| 17 | Background, Qualifications  1 - 5 PM | 4 |
| 18 | preparing, sending, correcting   12 - 1 PM | 1 |
| 19 | Checking reprints for use, Grande references 3 - 6:30, 9 - 10:30 PM | 5 |
| | trip to Chatham for reprints   12 - 2 PM | - |
| 20 | Response to Grande  part I, producers, part III, IV  11-1, 2 - 5, 6 - 9  PM | 7 |
| 21 | Part IV critique continued  11 - 12 AM | 1 |
| | back to Boston      1 - 3 PM | - |
| 22 | Part IV critique, V Science critique Grande references   9 - 1:30, 2 - 7 PM | 8 -1/2 |
| 23 | Continued    3 - 7:30, 8:30 - 11 PM | 7 |
| 24 | Continued    10:30 - 1, 1:30 - 7 PM | 7 |
| 25 | Continued    10 - 1, 2 - 7, 8 - 10 PM (-3 hours typing problem) 10 - 3 | 6 |
| 26 | Continued    10 - 11 AM, 4 - 6, 6:30 - 8:30 PM | 5 |
| 27 | Finishing, proofing, sending  10 - 12 AM, 2 - 7 PM (-3 problems) 7 - 3 | 4 |

Total  58

Joint Juice

Dr. Jeremiah Silbert

58 hours × $450/hr

X 450.00

26,100.00

PM 3/10/15

# 4555

KEEGAN & DONATO
CONSULTING, LLC

From    Keegan & Donato
Consulting, LLC
31 Purchase Street, Suite 3-4
Rye, NY 10580
(914) 417-4942
mark@keegandonato.com
Tax ID: 45-2568702

| | | |
|---|---|---|
| Invoice ID | 10943 | |
| Issue Date | 02/12/2015 | |
| Due Date | 02/12/2015 (upon receipt) | |
| Subject | Vincent D. Mullins v. Premier Nutrition Corporation f/k/a/ Joint Juice, Inc. | |

Invoice For    **Mr. Thomas J. O'Reardon II, Esq.**
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA 92101

*M 3/25/15*
*# 4/589*

| Type | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Consulting | 01/07/2015 - Tony Donato: Review Poret report. | 1.29 | $375.00 | $483.75 |
| Consulting | 01/09/2015 - Mark Keegan: Review of Poret report. | 1.01 | $375.00 | $378.75 |
| Consulting | 01/12/2015 - Mark Keegan: Client conference. | 2.09 | $375.00 | $783.75 |
| Consulting | 01/12/2015 - Tony Donato: Review Poret report; Internal conferencing; Teleconference with Mr. O'Reardon. | 1.59 | $375.00 | $596.25 |
| Consulting | 01/20/2015 - Tony Donato: Review Poret study; Assistance with report drafting and editing. | 3.29 | $375.00 | $1,233.75 |
| Consulting | 01/21/2015 - Tony Donato: Assistance with report drafting and editing. | 6.34 | $375.00 | $2,377.50 |
| Consulting | 01/22/2015 - Tony Donato: Assistance with report drafting and editing. | 6.93 | $375.00 | $2,598.75 |
| Consulting | 01/23/2015 - Tony Donato: Assistance with report drafting. | 4.05 | $375.00 | $1,518.75 |
| Consulting | 01/26/2015 - Mark Keegan: Report drafting. | 3.52 | $375.00 | $1,320.00 |
| Consulting | 01/26/2015 - Tony Donato: Assistance with report drafting. | 5.60 | $375.00 | $2,100.00 |
| Consulting | 01/27/2015 - Mark Keegan: Report drafting. | 3.23 | $375.00 | $1,211.25 |
| Consulting | 01/27/2015 - Tony Donato: Assistance with rebuttal report. | 4.20 | $375.00 | $1,575.00 |
| Consulting | 01/28/2015 - Mark Keegan: Report drafting. | 4.30 | $375.00 | $1,612.50 |
| Consulting | 01/29/2015 - Tony Donato: Assistance with report drafting; Internal conferencing. | 5.12 | $375.00 | $1,920.00 |

| Type | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Consulting | 01/29/2015 - Mark Keegan: Report drafting. | 4.82 | $375.00 | $1,807.50 |
| Consulting | 01/29/2015 - Tony Donato: Assistance with report drafting; Teleconference with Mr. O'Reardon, Mr. Blood; Internal conferencing. | 5.59 | $375.00 | $2,096.25 |
| Consulting | 01/30/2015 - Tony Donato: Assistance with report finalization; Construction of report exhibits; Internal conferencing. | 2.43 | $375.00 | $911.25 |
| Consulting | 01/30/2015 - Mark Keegan: Final report review. | 1.08 | $375.00 | $405.00 |

**Amount Due**    **$24,930.00**

Notes

*This invoice may not reflect all courtesy time.*

CHECK DETAILS

| Account | Check number | Reference | Posted | Amount |
|---------|-------------|-----------|--------|--------|
| ▮▮▮▮ | 4741 | ▮▮▮▮ | 06/12/2015 | $4,025.00 |

**UnionBank**
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94104
(800) 238-4486  unionbank.com
16-40-6/1220
8250005440

4741

Blood, Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA 92101
(619)338-1100

PAY TO THE
ORDER OF    Hal Poret                                   $ 4,025.00

four thousand twenty-five & 0/100 cents                      DOLLARS

MEMO  6/11/15 Deposition                    AUTHORIZED SIGNATURE

A    *rican Orthopaedic Associa*  ;
*Surgical Medical Group*
*Steven R. Graboff, M.D. Inc.*

## STATEMENT OF ACCOUNT

Attention: Thomas J. O'Reardon
Company Name: Blood, Hurst & O'Reardon L.L.P.
Address 1: 701 B Street
Address 2: Suite #1700
City, State: San Diego, CA
Zip Code: 92101

Date: June 4, 2015
Patient/Case Name: Vincent Mullins
Account Number: 967747

Previous Balance:
New Charges: $6,625.00

| BALANCE DUE: | $6,625.00 |
|---|---|

| Date | Itemized Description of Services | Cost |
|---|---|---|
| 06/04/15 | Dr. Graboff's prep for deposition 11Hr | $5,225.00 |
| 06/04/15 | Pre meeting with Dr. Graboff & Attorney Thomas O'Reardon 2Hr | $1,400.00 |

Payment is due 1 week prior to the deposition, Please make sure the funds arrive on or before that date.

TOTAL AMOUNT DUE IN OUR OFFICE BY  7-20-15
Tax ID# 33-0194026

Our new address is:
17742 Beach Blvd #355
Huntington Beach, CA 92647

17742 Beach Blvd, Suite 355
Huntington Beach, CA 92647

DrGraboff@gmail.com

(Tel) 714-843-0019
(Fax) 714-841-1280



**KEEGAN & DONATO**
CONSULTING, LLC

From  Keegan & Donato
Consulting, LLC
31 Purchase Street, Suite 3-4
Rye, NY 10580
(914) 967-9421
mark@keegandonato.com
Tax ID: 45-2568702

| Invoice ID | 10959 |
| Issue Date | 06/23/2015 |
| Due Date | 06/23/2015 (upon receipt) |
| Subject | Vincent D. Mullins v. Premier Nutrition Corporation f/k/a/ Joint Juice, Inc. |

Invoice For  **Mr. Thomas J. O'Reardon II, Esq.**
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA 92101

*pd 10/27/15 #4983 $21,545.84*

| Item Type | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Consulting | 06/01/2015 - Tony Donato: Review case documents. | 2.13 | $400.00 | $852.00 |
| Consulting | 06/01/2015 - Mark Keegan: Case review. | 2.41 | $400.00 | $964.00 |
| Consulting | 06/02/2015 - Tony Donato: Review case documents; Internal conferencing. | 1.94 | $400.00 | $776.00 |
| Consulting | 06/02/2015 - Mark Keegan: Depositions review; research. | 1.97 | $400.00 | $788.00 |
| Consulting | 06/03/2015 - Tony Donato: Review case documents. | 1.49 | $400.00 | $596.00 |
| Consulting | 06/03/2015 - Mark Keegan: Review of report and supporting materials; rebuttal report review; data analysis. | 5.08 | $400.00 | $2,032.00 |
| Consulting | 06/04/2015 - Mark Keegan: Case review. | 5.03 | $400.00 | $2,012.00 |
| Consulting | 06/04/2015 - Tony Donato: Case conferencing; Review case documents. | 2.63 | $400.00 | $1,052.00 |
| Consulting | 06/05/2015 - Mark Keegan: Deposition preparation. | 3.90 | $400.00 | $1,560.00 |
| Consulting | 06/05/2015 - Tony Donato: Case conferencing: Review deposition transcripts; Review case documents. | 2.90 | $400.00 | $1,160.00 |
| Consulting | 06/08/2015 - Tony Donato: Review case documents; Review deposition transcripts; Internal conferencing. | 4.30 | $400.00 | $1,720.00 |
| Consulting | 06/08/2015 - Mark Keegan: Deposition preparation. | 5.05 | $400.00 | $2,020.00 |
| Consulting | 06/09/2015 - Mark Keegan: Deposition preparation. | 6.19 | $400.00 | $2,476.00 |

Page 2 of 2

| Item Type | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Consulting | 06/09/2015 - Tony Donato: Review case documents; Review Poret rebuttal declaration; Review deposition transcripts; Internal conferencing. | 4.69 | $400.00 | $1,876.00 |
| Consulting | 06/10/2015 - Mark Keegan: Deposition NYC | 11.07 | $400.00 | $4,428.00 |
| Expenses | 06/09/2015 - Purchase: Costco purchase - Joint Juice | 1.00 | $16.59 | $16.59 |
| Expenses | 06/10/2015 - Transportation: Train r/t | 1.00 | $29.75 | $29.75 |

|  |  |
|---|---|
| Subtotal | $24,358.34 |
| Retainer Payments | -$1,500.00 |
| Payments | -$1,312.50 |
| **Amount Due** | **$21,545.84** |

Notes

*This invoice may not reflect all courtesy time.*

## FW: Hours



From: jesilbert@aol.com [mailto:jesilbert@aol.com]
Sent: Wednesday, July 15, 2015 4:15 PM
To: Tommy O'Reardon; cksilbert@gmail.com
Subject: Hours

Tommy

These are the hours I spent before the deposition:

June 19  6:00 to 9:00 PM  3 hours

Examining Grande review, some comparison with his previous

June 20  2:00 to 4:30 PM  2 1/2 hours

Getting and examining work of Calamia that Grande quoted. Important

July 1  1:00 to 3:00 PM  2 hours

Discussions for next day deposition

A total of 7 1/2 hours   × 450.  = 3375.00
                                     80.00
                                   _____
                                   3455.00

1500
HEALTH INSURANCE CLAIM FORM

BLOOD HURST & O'REARDON
701 B STREET
Suite 1700
SAN DIEGO CA 92101

MULLINS, VINCENT

01 01 01    M

MULLINS, VINCENT

N

01 01 01    M

N

SIGNATURE ON FILE            07 27 15            SIGNATURE ON FILE

BLOOD HURST & O'REARDON        .0

N        0.00

99999

07 27 15 07 27 15 11 01  C39                    1        475.00 1. N  N
LITERATURE REVIEW

330194026            X    967747            Y                475.00        0.00    475.00
                          Steven R Graboff M.D.                    7148430019
                          17742 Beach Blvd.Ste 355    STEVEN R GRABOFF MD INC
STEVEN R GRABOFF MD  I  Huntington Beach CA 92647    17742 BEACH BLVD., STE 355
        07 27 15                                    HUNTINGTON BEACH, CA  92647
                                                    G45318

American Orthopaedic Associa :
Surgical Medical Group
Steven R. Graboff, M.D. Inc.

## STATEMENT OF ACCOUNT

Attention: Thomas O'Reardon Esq.
Company Name: Blood, Hurst & O'Reardon L.L.P.
Address 1: 701 B Street
Address 2: Suite #1700
City, State: San Diego, CA
Zip Code: 92101

Date: July 27, 2015
Patient/Case Name: Vincent Mullins
Account Number: 967747

Previous Balance:
New Charges: $525.00

*re: Joint Juice*

| BALANCE DUE: | $525.00 |
|---|---|

| Date | Itemized Description of Services | Cost |
|---|---|---|
| 07/27/15 | Pre Meeting With Attorney Thomas O'Reardon & Dr. Graboff 2.75 | $1,925.00 |
| 07/27/15 | PAID | -$1,400.00 |
| | | 525.00 |

TOTAL AMOUNT DUE IN OUR OFFICE NOW
Tax ID# 33-0194026

*PM 8/12/15*
*#4838*
*(2) = 1000.00*

Our new address is:
17742 Beach Blvd #355
Huntington Beach, CA 92647

17742 Beach Blvd, Suite 355          DrGraboff@gmail.com          (Tel) 714-843-0019
Huntington Beach, CA 92647                                       (Fax) 714-841-1280

# FW: invoice



*Re: Grant Juice*

**From:** McAlindon, Timothy [mailto:tmcalindon@tuftsmedicalcenter.org]
**Sent:** Friday, February 17, 2017 10:43 AM
**To:** Paula Brown <pbrown@bholaw.com>
**Cc:** 'tmcalindon@gmail.com' (tmcalindon@gmail.com) <tmcalindon@gmail.com>
**Subject:** invoice

Hi Paula:

Here is my log of time spent so far on the Mullins v. Premier Nutrition project:

| DATE | START | FINISH | HOURS |
|---|---|---|---|
| JAN 6 2017 | 900 | 1100 | 2 |
| JAN 9 2017 | 900 | 1000 | 1 |
| JAN 27 2017 | 1400 | 1600 | 2 |
| 30-Jan | 1500 | 1400 | 1 |
| 1-Feb | 1500 | 1600 | 1 |
| 2-Feb | 1400 | 1700 | 3 |
| 3-Feb | 1400 | 1600 | 2 |
| 4-Feb | 1030 | 1130 | 1 |
| 4-Feb | 1430 | 1630 | 2 |
| 5-Feb | 1030 | 1130 | 1 |
| 5-Feb | 1530 | 1630 | 1 |
| 13-Feb | 1700 | 1900 | 2 |
| 13-Feb | 2100 | 2300 | 2 |
| 15-Feb | 1730 | 1830 | 1 |
| 16-Feb | 1530 | 1830 | 3 |

PM 3/8/17
✓#5908

Total: 25 hours at $500/hour = $12,500

Not sure if I gave you my relevant information

# FW: invoice



From: timothy mcalindon [mailto:tmcalindon@gmail.com]
Sent: Monday, March 20, 2017 7:51 AM
To: Paula Brown <pbrown@bholaw.com>
Subject: Re: invoice

Hi Paula

Here is a log of the hours I worked on this project since my last invoice. Does this work?

Thank you

Tim

| | | | | | |
|---|---|---|---|---|---|
| 17-Feb | 1500 | 1700 | 2 | 1000 | |
| 6-Mar | 1500 | 1600 | 1 | 1500 | |
| 10-Mar | 1400 | 1600 | 2 | 2500 | |
| 13-Mar | 1500 | 1700 | 2 | 3500 | |
| 14-Mar | 1200 | 1500 | 3 | 5000 | |
| 16-Mar | 1530 | 1830 | 3 | 6500 | |
| 17-Mar | | | | 6500 | |
| 18-Mar | 1100 | 1700 | 5 | 9000 | |
| 19-Mar | 1200 | 1900 | 7 | 12500 | |
| TOTAL | | | 25 | 12500 | |

*PM 3/22/17*

*✓# 5945*

On Mar 14, 2017, at 12:55 PM, Paula Brown <pbrown@bholaw.com> wrote:

Hi Tim-

## FW: Joint Juice: April Invoice

Tommy O'Reardon <TOReardon@bholaw.com>

Tue 6/6/2017 4:46 PM

To:Janet Harrison <msdalmation@msn.com>;

1 attachments (18 KB)

201704-JointJuice.pdf;

Please pay this $5k invoice. Thanks!

**From:** Colin Weir [mailto:cweir@econtech.com]
**Sent:** Thursday, May 04, 2017 1:59 PM
**To:** Tommy O'Reardon <TOReardon@bholaw.com>
**Subject:** Joint Juice: April Invoice

Tommy,

Please see the attached.  Thank you.

-C

Colin B. Weir
Economics and Technology
One Washington Mall--15th Floor
Boston MA, 02108
+1-617-598-2226

THIS MESSAGE MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR COMMUNICATION OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY TELEPHONE AND DELETE THE MESSAGE.



ECO**╗** ╗MICS AND TECH**╗** ╗LOGY, INC.

ONE WASHINGTON MALL, 15th Floor
BOSTON, MASSACHUSETTS 02108   617-598-2200

April 30, 2017

Blood Hurst & O'Reardon, LLP
Attn: Timothy Blood
701 B Street, Stuite 1700
San Diego, CA 92101

In Reference To:   Joint Juice Litigation
Invoice # 201706685
Account # 2216.42831

| Week of | | Professional Services | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2017 | CBW | Review Order granting class certification; review order denying MSJ; review Maronick Declaration; review Poret report; teleconference with counsel. | 5.50 675.00/hr | 3,712.50 |
| | AJK | Review Choi Declaration; teleconference with CBW, T Blood, T O'Reardon. | 1.75 325.00/hr | 568.75 |
| 4/17/2017 | CBW | Review Document production. | 1.00 675.00/hr | 675.00 |

| | | |
|---|---|---|
| For professional services | 8.25 | $4,956.25 |
| Please replenish Client funds with | | $10,000.00 |
| Balance due | | $14,956.25 |

*5000.00 pd 6/28/17*
*#6094*

Professional time is reported on a weekly basis, dates shown represent week beginning dates

Blood, Hurst & O'Reardon LLP

6197

ECONOMICS AND TECHNOLOGY, INC.                                     8/9/17
5480 · PROFESSIONAL SERVICES          INV NO. 201706697                    27,806.25
5480 · PROFESSIONAL SERVICES          INV NO. 201706728                     1,787.50
5480 · PROFESSIONAL SERVICES          INV NO. 201708750                    14,985.55

UNION BANK - GENE   JOINT JUICE                                            44,579.30

REORDER (760)804-8088 NANCY WILSON    UCS#799148



# ECONOMICS AND TECHNOLOGY, INC.

ONE WASHINGTON MALL, 15th Floor
BOSTON, MASSACHUSETTS  02108  617-598-2200

May 31, 2017

Blood Hurst & O'Reardon, LLP
Attn: Timothy Blood
701 B Street, Stuite 1700
San Diego, CA 92101

In Reference To:  Joint Juice Litigation
Invoice # 201706697
Account # 2216.42831

Week of                    Professional Services

| Week of | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2017 | CBW | Review Document production; discussion with AJK. | 1.25 675.00/hr | 843.75 |
| | AJK | Review Choi production materials; conduct regression analysis. | 7.50 325.00/hr | 2,437.50 |
| 5/8/2017 | CBW | Review Poret report and materials; teleconference with T O'Reardon; draft Expert Declaration. | 3.25 675.00/hr | 2,193.75 |
| 5/15/2017 | CBW | Review Keegan, Maronick reports; analyze Poret data; teleconference with T O'Reardon; draft Expert Declaration. | 17.25 675.00/hr | 11,643.75 |
| | AJK | Assist with preparation of CBW Reply Declaration. | 23.75 325.00/hr | 7,718.75 |
| | LLS | Assist with preparation of CBW Declaration. | 2.00 675.00/hr | 1,350.00 |
| 5/22/2017 | CBW | Review Choi, Poret reply reports; communications with counsel. | 1.00 675.00/hr | 675.00 |
| 5/29/2017 | CBW | Teleconference with T O'Reardon; produce documents. | 0.50 675.00/hr | 337.50 |

Professional time is reported on a weekly basis, dates shown represent week beginning dates

Blood Hurst & O'Reardon, LLP                                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/29/2017 AJK   Assist with preparation of Weir document production. |  | 2.00 325.00/hr | 650.00 |
| For professional services |  | 58.50 | $27,850.00 |
| Previous balance |  |  | $4,956.25 |
| Please replenish Client funds with |  |  | $10,000.00 |
| Balance due |  |  | $42,806.25 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $27,850.00 | $4,956.25 | $0.00 | $0.00 | $0.00 |



# ECONOMICS AND TECHNOLOGY, INC.

ONE WASHINGTON MALL, 15th Floor
BOSTON, MASSACHUSETTS  02108  617-598-2200

June 30, 2017

Blood Hurst & O'Reardon, LLP
Attn: Timothy Blood
701 B Street, Stuite 1700
San Diego, CA 92101

In Reference To:  Joint Juice Litigation
Invoice # 201706728
Account # 2216.42831

Week of                                 Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/12/2017 AJK    Assist with preparation for Choi deposition. | 5.50<br>325.00/hr | 1,787.50 |
| For professional services | 5.50 | $1,787.50 |
| Previous balance |  | $32,806.25 |
| Please replenish Client funds with |  | $10,000.00 |
| Balance due |  | $44,593.75 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $1,787.50 | $27,850.00 | $4,956.25 | $0.00 | $0.00 |

Professional time is reported on a weekly basis, dates shown represent week beginning dates



# ECONOMICS AND TECHNOLOGY, INC.

ONE WASHINGTON MALL, 15th Floor
BOSTON, MASSACHUSETTS 02108  617-598-2200

July 31, 2017

Blood Hurst & O'Reardon, LLP
Attn: Timothy Blood
701 B Street, Stuite 1700
San Diego, CA 92101

In Reference To:  Joint Juice Litigation
Invoice # 201706750
Account # 2216.42831

| Week of | | Professional Services | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/3/2017 | CBW | Teleconference with T O'Reardon; produce documents; assist with preparation for Choi deposition. | 1.50 675.00/hr | 1,012.50 |
| 7/10/2017 | CBW | Teleconference with T O'Reardon; assist with preparation for Poret deposition. | 2.75 675.00/hr | 1,856.25 |
| 7/17/2017 | CBW | Prepare for and testify at deposition. | 15.50 675.00/hr | 10,462.50 |
| | | **For professional services** | 19.75 | **$13,331.25** |

Additional Charges:

| | | | Expense | |
|---|---|---|---|---|
| 7/21/2017 | CBW | NYC 7/19-20, Deposition | 1,654.30 | 1,654.30 |
| | | **Total additional charges** | | **$1,654.30** |
| | | **Total amount of this bill** | | **$14,985.55** |
| | | **Previous balance** | | **$34,593.75** |

Professional time is reported on a weekly basis. dates shown represent week beginning dates

Blood Hurst & O'Reardon, LLP

| | Amount |
|---|---|
| Accounts receivable transactions | |
| 7/10/2017 Payment - Thank You. Check No. 6094 | ($5,000.00) |
| Total payments and adjustments | ($5,000.00) |
| Please replenish Client funds with | $10,000.00 |
| Balance due | $54,579.30 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $14,985.55 | $1,787.50 | $27,806.25 | $0.00 | $0.00 |

# Joint Juice invoice



From: McAlindon, Timothy [mailto:tmcalindon@tuftsmedicalcenter.org]
Sent: Friday, May 12, 2017 8:07 AM
To: Paula Brown <pbrown@bholaw.com>
Cc: 'tmcalindon@gmail.com' (tmcalindon@gmail.com) <tmcalindon@gmail.com>
Subject: RE: invoice

Hi Paula

Here is an update on the hours worked since the last invoice
14 hours; total = $7000

| | | | | | | |
|---|---|---|---|---|---|---|
| 20-Mar | 830 | 930 | 1 | | 500 | 500 |
| 21-Mar | | | | | 0 | 500 |
| 22-Mar | 1530 | 1630 | 1 | | 500 | 1000 |
| 25-Apr | | | 1 | | 500 | 1500 |
| 26-Apr | | | 3 | | 1500 | 3000 |
| 2-May | 1630 | 1730 | 1 | | 500 | 3500 |
| 8-May | 1430 | 1730 | 3 | | 1500 | 5000 |
| 9-May | 1530 | 1630 | 1 | | 500 | 5500 |
| 12-May | 1630 | 1930 | 3 | | 1500 | 7000 |

Thank you

Tim

**Tim McAlindon**
Rheumatology

## FW: invoice

Tommy O'Reardon <TOReardon@bholaw.com>

Thu 7/6/2017 11:22 AM

To Janet Harrison <msdalmation@msn.com>;

Can you please pay Dr. McAlindon for his $3k invoice below? And also Colin Weir for the $5k invoice from April.



**From:** McAlindon, Timothy
**Sent:** Friday, June 02, 2017 1:02 PM
**To:** 'Paula Brown'
**Cc:** "tmcalindon@gmail.com' (tmcalindon@gmail.com)'; 'Tommy O'Reardon'
**Subject:** RE: invoice

Hi Paula

Since the May 12th invoice I logged an additional 6 hours (below), however, I haven't received that one yet so I would like to check that I didn't miss it.

Thanks

Tim

| 14-May | 1530 | 1730 | 2 | | 1000 | 1000 |
|--------|------|------|---|--|------|------|

| 16-May | 1430 | 1630 | 2 | | 1000 | 2000 |
| 17-May | 1000 | 1100 | 1 | | 500 | 2500 |
| 19-May | 1100 | 1200 | 1 | | 500 | 3000 |

Tim

**Tim McAlindon**
**Rheumatology**

**From:** McAlindon, Timothy
**Sent:** Friday, May 12, 2017 11:07 AM
**To:** 'Paula Brown'
**Cc:** 'tmcalindon@gmail.com' (tmcalindon@gmail.com)
**Subject:** RE: invoice

Hi Paula

Here is an update on the hours worked since the last invoice
14 hours; total = $7000

| 20-Mar | 830 | 930 | 1 | | 500 | 500 |
| 21-Mar | | | | | 0 | 500 |
| 22-Mar | 1530 | 1630 | 1 | | 500 | 1000 |
| 25-Apr | | | 1 | | 500 | 1500 |
| 26-Apr | | | 3 | | 1500 | 3000 |
| 2-May | 1630 | 1730 | 1 | | 500 | 3500 |
| 8-May | 1430 | 1730 | 3 | | 1500 | 5000 |
| 9-May | 1530 | 1630 | 1 | | 500 | 5500 |
| 12-May | 1630 | 1930 | 3 | | 1500 | 7000 |

Thank you

Tim

**Tim McAlindon**
**Rheumatology**



## RE: invoice



*M Grint Gini*

*M 8/9/17*

Thanks!    *# 6195*

**From:** McAlindon, Timothy [mailto:tmcalindon@tuftsmedicalcenter.org]
**Sent:** Monday, July 17, 2017 9:52 AM
**To:** Tommy O'Reardon <TOReardon@bholaw.com>; Paula Brown <pbrown@bholaw.com>
**Cc:** "tmcalindon@gmail.com' (tmcalindon@gmail.com)' <tmcalindon@gmail.com>
**Subject:** RE: invoice

Hi Paula, Tommy

Here is the log of hours since my last invoice.

Thank you

| DATE | START | FINISH | HOURS | total | cumulative | |
|------|-------|--------|-------|-------|------------|---|
| 13-Jul | 1700 | 2000 | 3 | 1500 | 1500 | meeting with Tim Blood and Tommy O'Reardon |
| 14-Jul | 700 | 900 | 2 | 1000 | 2500 | reviewing deposition |
| 14-Jul | 930 | 1730 | 8 | 4000 | 6500 | DEPOSITION |

## RE: invoice





re: Joint Juice

pd 11/1/17

#6355

**From:** Tommy O'Reardon
**Sent:** Monday, October 02, 2017 10:39 AM
**To:** Janet Harrison <msdalmation@msn.com>
**Cc:** Paula Brown <pbrown@bholaw.com>
**Subject:** FW: invoice

Janet - Please cut a check for $3,000 to Dr. McAlindon in Joint Juice. Thanks.

**From:** Tim McAlindon [mailto:tmcalindon@gmail.com]
**Sent:** Monday, October 02, 2017 10:17 AM
**To:** Paula Brown <pbrown@bholaw.com>
**Cc:** Tommy O'Reardon <TOReardon@bholaw.com>
**Subject:** Re: invoice

Hi Paula
Looking through my log and noticed some unbilled hours (below) - could I submit these for payment?
Thank you
Tim McAlindon

| 17-Aug | 1000 | 1430 | 4.5 | 2250 | 2250 |
| 1-Sep | 1430 | 1500 | 1.5 | 750 | 3000 |

| 19-May | 1100 | 1200 | 1 | | 500 | 3000 |
|--------|------|------|---|--|-----|------|

Tim

Tim McAlindon
Rheumatology

From: McAlindon, Timothy
Sent: Friday, May 12, 2017 11:07 AM
To: 'Paula Brown'
Cc: 'tmcalindon@gmail.com' (tmcalindon@gmail.com)
Subject: RE: invoice

Hi Paula

Here is an update on the hours worked since the last invoice
14 hours; total = $7000

<image001.png>

Thank you

Tim

Tim McAlindon
Rheumatology



From: McAlindon, Timothy [mailto:tmcalindon@tuftsmedicalcenter.org]
Sent: Friday, February 17, 2017 10:43 AM
To: Paula Brown <pbrown@bholaw.com>
Cc: 'tmcalindon@gmail.com' (tmcalindon@gmail.com)
<tmcalindon@gmail.com>
Subject: invoice

Hi Paula:

Here is my log of time spent so far on the Mullins v. Premier Nutrition project:

| DATE | START | FINISH | HOURS |
|------|-------|--------|-------|
| JAN 6 2017 | 900 | 1100 | 2 |
| JAN 9 2017 | 900 | 1000 | 1 |
| JAN 27 2017 | 1400 | 1600 | 2 |
| 30-Jan | 1500 | 1400 | 1 |
| 1-Feb | 1500 | 1600 | 1 |
| 2-Feb | 1400 | 1700 | 3 |
| 3-Feb | 1400 | 1600 | 2 |
| 4-Feb | 1030 | 1130 | 1 |
| 4-Feb | 1430 | 1630 | 2 |
| 5-Feb | 1030 | 1130 | 1 |
| 5-Feb | 1530 | 1630 | 1 |
| 13-Feb | 1700 | 1900 | 2 |
| 13-Feb | 2100 | 2300 | 2 |
| 15-Feb | 1730 | 1830 | 1 |
| 16-Feb | 1530 | 1830 | 3 |

Total: 25 hours at $500/hour = $12,500

Not sure if I gave you my relevant information

Address:
15 Hillsdale Rd
Arlington MA 02476

Is there any other info that you need?

Thanks,

Tim

**Tim McAlindon MD MPH**
Chief, Division of Rheumatology
Natalie V. Zucker and Milton O. Zucker Chair in Rheumatology
Tufts Medical Center, Box 406
800 Washington Street
Boston, MA 02111
617-636-5645

The information in this e-mail is intended only for the person to whom it is addressed. If you believe this e-mail was sent to you in error and the e-mail



Here is a report of the hours I spent on this so far:

| DATE | START | FINISH | HOURS | total | cumulative |
|------|-------|--------|-------|-------|------------|
| 8-Nov | 1530 | 1730 | 2 | 1000 | 1000 |
| 10-Nov | 1530 | 1700 | 1.5 | 750 | 1750 |
| 13-Nov | 1100 | 1200 | 1 | 500 | 2250 |
| 15-Nov | 1030 | 1130 | 1 | 500 | 2750 |
| 17-Nov | 1400 | 1530 | 1.5 | 750 | 3500 |
| 20-Nov | 1100 | 1200 | 1 | 500 | 4000 |
| 22-Nov | 1000 | 1130 | 1.5 | 750 | 4750 |
| 27-Nov | 1400 | 1600 | 2 | 1000 | 5750 |

Does it seem reasonable?

Thanks


Tim

Tim McAlindon
Rheumatology


From: Tommy O'Reardon [mailto:TOReardon@bholaw.com]
Sent: Friday, November 03, 2017 8:33 PM



Hi Tommy

Here is a log of the hours expended in the Joint Juice work during the period Aug 8th - 28th

| | | | | | |
|---|---|---|---|---|---|
| 15-Aug | 1000 | 1100 | 1 | 500 | joint juice |
| 18-Aug | 900 | 1100 | 2 | 1000 | joint juice |
| 26-Aug | 1400 | 1430 | 0.5 | 250 | telecon joint juice |
| 28-Aug | 745 | 815 | 0.5 | 250 | declaration checking signing joint juice |

Total = 4 hours

4.0
× 500.00
2000.

Thank you

Tim

Sent from Mail for Windows 10

pd 9/18/19

✓#7742



Hi Tommy

This is a log of my hours preparing the report for Joint Juice. Seem reasonable?

Let me know how I should format this.

| Date | hours | tot | cum total |
|------|-------|------|-----------|
| 18-Jan-22 | 3 | 1500 | 1500 |
| 21-Jan-22 | 2 | 1000 | 2500 |
| 22-Jan-22 | 6 | 3000 | 5500 |
| 23-Jan-22 | 3 | 1500 | 7000 |
| 24-Jan-22 | 1 | 500 | 7500 |
| TOTAL | | $ | 7500 ✓ |

*pd 2/1/22*
*#9024*

Best

Tim

Timothy McAlindon MD MPH

The information in this e-mail is intended only for the person to whom it is addressed. If you believe this e-mail was sent to you in error and the e-mail contains patient information, please contact the Tufts Medical Center HIPAA Hotline at (617) 636-4422. If the e-mail was sent to you in error but does not contain patient information, contact the sender and properly dispose of the e-mail.

Please consider the environment and the security of the information contained within or attached to this e-mail before printing or saving to an insecure location.

# JMDSTAT CONSULTING INC

February 14, 2022

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101

RE:  Invoice Reference # 1361 invoice in the *Joint Juice* litigation.

Below is my invoice for my expert report (consumer survey) filed on January 24, 2022.
The invoice is for all my labor and expenses through end of January 2022.

| DATE | | HOURS WORKED | NOTES |
|---|---|---|---|
| | 5/27/2021 | 1.25 | Telconference with Counsel; Preparation |
| | 11/7/2021 | 2 | Planning |
| | 11/10/2021 | 1 | Telconference with Counsel; Preparation |
| | 11/21/2021 | 0.75 | Project management |
| W/E 12/11/2021 | | 2 | CONSUMER SURVEY |
| W/E 12/18/2021 | | 2.5 | CONSUMER SURVEY |
| W/E 12/25/2021 | | 16 | CONSUMER SURVEY |
| W/E 1/1/2022 | | 23 | CONSUMER SURVEY |
| | 1/2/2022 | 2.5 | CONSUMER SURVEY |
| | 1/5/2022 | 2 | CONSUMER SURVEY |
| | 1/6/2022 | 3 | CONSUMER SURVEY |
| | 1/11/2022 | 3 | CONSUMER SURVEY |
| | 1/12/2022 | 2 | CONSUMER SURVEY |
| | 1/13/2022 | 3 | CONSUMER SURVEY |
| | 1/21/2022 | 3 | CONSUMER SURVEY |
| | 1/22/2022 | 8 | EXPERT REPORT |
| | 1/23/2022 | 9 | EXPERT REPORT |
| | 1/24/2022 | 5 | EXPERT REPORT |
| | 1/25/2022 | 1 | Project management |
| | 1/26/2022 | 1 | Rebuttal Decl work |
| Total Hours | | 91 | |
| Hourly Rate | | $425 | |
| Labor Costs | $ | 38,675.00 | |
| Vendor Costs | | $19,554 | |
| GRAND TOTAL | $ | 58,229.00 | |

**Total Invoice Amount to be paid to JMDSTAT Consulting Inc.: $ 58,229.00**

*[handwritten: Pd 3/1/22  # 9065  ② = 69,916.50]*

The invoices for my vendor expenses are available upon request. *My mailing address for your records: JMDSTAT Consulting Inc.* 274 Redwood Shores Parkway #529 Redwood City, CA 94065.

Best Regards,

J. Michael Dennis, Ph.D.

# JMDSTAT CONSULTING INC

February 15, 2022

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101

RE: Invoice Reference # 1362 invoice in the *Joint Juice* litigation.

Below is my invoice for my rebuttal expert report filed on February 14, 2022.

| DATE | HOURS WORKED | NOTES |
|---|---|---|
| Week of Jan 23, 2022 | 2.00 | Rebuttal Decl work |
| Week of Jan 30,2022 | 1.50 | Rebuttal Decl work |
| Week of Feb 6, 2022 | 9.25 | Rebuttal Decl work |
| 2/13/2022 | 12.50 | Rebuttal Decl work |
| 2/14/2022 | 2.25 | Rebuttal Decl work |
| Total Hours | 27.5 | |
| Hourly Rate | $425 | |
| Labor Costs | $ 11,687.50 | |
| Vendor Costs | | |
| GRAND TOTAL | $ 11,687.50 | |

**Total Invoice Amount to be paid to JMDSTAT Consulting Inc.: $ 11,687.50**
The invoices for my vendor expenses are available upon request. *My mailing address for your records: JMDSTAT Consulting Inc.* 274 Redwood Shores Parkway #529 Redwood City, CA 94065.

Best Regards,

J. Michael Dennis, Ph.D.

Janet Harrison

From: Derek Rucker <d-rucker@kellogg.northwestern.edu>
Sent: Thursday, February 3, 2022 4:44 PM
To: Tommy O'Reardon
Subject: Rucker December/January hours for Expert Work on Joint Juice Litigation

Hi Tommy,

Here is my invoice for December and January:

December 5.5 hours for a total of $4,950 dollars.
January 46.5 hours for a total of $41,850 dollars.

Best,

Derek

pd 3/1/22 #9060

(2) = 53,550.00

Home: 2210 Schiller Ave.
Wilmette, IL 60091

## Janet Harrison

| | |
|---|---|
| From: | Derek Rucker <d-rucker@kellogg.northwestern.edu> |
| Sent: | Monday, February 28, 2022 6:46 PM |
| To: | Tommy O'Reardon |
| Subject: | February Invoice |

Hi Tommy,

Here is my invoice for February:

7.5 hours for a total of 6,750 dollars.

Best,

Derek


Derek D. Rucker
Sandy & Morton Goldman Professor of Entrepreneurial Studies in Marketing

J. L. Kellogg School of Management at Northwestern University
2211 Campus Drive  |  Room 5353  |  Evanston, IL 60208
P 847.491.2714

Co-Editor, Consumer Psychology Review

1

Janet Harrison

| | |
|---|---|
| From: | McAlindon, Timothy <tmcalindon@tuftsmedicalcenter.org> |
| Sent: | Wednesday, February 16, 2022 6:46 AM |
| To: | Tommy O'Reardon |
| Cc: | McAlindon, Timothy |
| Subject: | Hours log |

Hi Tommy

Here is the log of my hours for the Joint Juice report since the last invoice.

| | | | |
|---|---|---|---|
| 4-Feb | 1 | 500 | 500 |
| 5-Feb | 8 | 4000 | 4500 |
| 6-Feb | 2 | 1000 | 5500 |
| 7-Feb | 4 | 2000 | 7500 |
| 10-Feb | 4 | 2000 | 9500 |
| 11-Feb | 1 | 500 | 10000 |
| 12-Feb | 3 | 1500 | 11500 |
| 13-Feb | 6 | 3000 | 14500 |
| 14-Feb | 3.5 | 1750 | 16250 |

Let me know if it looks OK.

Best


Tim

Timothy McAlindon
617-636-5645 direct phone
617-636-1058 conference line
617-636-5645 Admin Assistant

pd 3/1/22
# 9061

The information in this e-mail is intended only for the person to whom it is addressed. If you believe this e-mail was sent to you in error and the e-mail contains patient information, please contact the Tufts Medical Center HIPAA Hotline at (617) 636-4422. If the e-mail was sent to you in error but does not contain patient information, contact the sender and properly dispose of the e-mail.

Please consider the environment and the security of the information contained within or attached to this e-mail before printing or saving to an insecure location.

1

# JMDSTAT CONSULTING INC

March 11, 2022

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101

RE: Invoice Reference # 1363 invoice in the *Joint Juice* litigation.

Below is my invoice for the work I did leading up to my March 10, 2022 deposition and including my labor for the deposition itself.

| DATE | HOURS WORKED | NOTES |
|---|---|---|
| 2/28/2022 | 1 | Defendants' expert reports |
| 3/3/2022 | 2.00 | Defendants' expert reports |
| 3/4/2022 | 1.00 | Defendants' expert reports |
| 3/6/2022 | 2.00 | Defendants' expert reports |
| 3/9/2022 | 2.00 | Depo prep |
| 3/10/2022 | 2.00 | Depo prep |
| Total Hours | 10 | |
| Hourly Rate | $425 | |
| Labor Costs | $ 4,250.00 | |
| 3/10/2022 | 4.50 | Deposition labor hours (9:00 am to 2:00pm, less 30 minute break) |
| Hourly Rate for Depo Testimony | $600 | |
| Labor Costs | $ 2,700.00 | |
| GRAND TOTAL | $ 6,950.00 | |

**Total Invoice Amount to be paid to JMDSTAT Consulting Inc.: $ 6,950.00**

The invoices for my vendor expenses are available upon request. *My mailing address for your records: JMDSTAT Consulting Inc.* 274 Redwood Shores Parkway #529 Redwood City, CA 94065.

Best Regards,

J. Michael Dennis, Ph.D.

pd 3/14/22
# 9077



# ECONOMICS AND TECHNOLOGY, INC.

ONE WASHINGTON MALL, 7th Floor
BOSTON, MASSACHUSETTS  02108  617-598-2200

March 31, 2022

Blood Hurst & O'Reardon, LLP
Attn: Timothy Blood
501 West Broadway - Suite 1490
San Diego, CA 92101

In Reference To:  Fishon v. Premier Nutrition
Invoice # 202208147
Account # 2216.44536

Week of          Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/2022 CBW  Communications with counsel; prepare document production. | | 1.00 775.00/hr | 775.00 |
| 3/7/2022 CBW  Communications with counsel; prepare for and give deposition testimony. | | 6.25 775.00/hr | 4,843.75 |
| 3/21/2022 CBW  Communications with counsel; review deposition transcript, prepare errata. | | 0.50 775.00/hr | 387.50 |
| 3/28/2022 CBW  Review deposition transcript, prepare errata. | | 1.50 775.00/hr | 1,162.50 |

| | | |
|---|---|---|
| For professional services | 9.25 | $7,168.75 |
| Previous balance | | $1,356.25 |
| Balance due | | $8,525.00 |

*pd 4/26/22 /# 919 = 8525.00 (2)*

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $7,168.75 | $1,356.25 | $0.00 | $0.00 | $0.00 |

Professional time is reported on a weekly basis, dates shown represent week beginning dates



# ECONOMICS AND TECHNOLOGY, INC.

ONE WASHINGTON MALL, 7th Floor
BOSTON, MASSACHUSETTS   02108   617-598-2200

February 28, 2022

Blood Hurst & O'Reardon, LLP
Attn: Timothy Blood
501 West Broadway - Suite 1490
San Diego, CA 92101

In Reference To:  Fishon v. Premier Nutrition
Invoice # 202208123
Account # 2216.44536

| Week of | Professional Services | Hrs/Rate | Amount |
|---|---|---|---|
| 2/14/2022 CBW | Communications with counsel; analyze Choi report. | 1.75 775.00/hr | 1,356.25 |
| | For professional services | 1.75 | $1,356.25 |
| | Previous balance | | $11,431.25 |
| | Accounts receivable transactions | | |
| 3/7/2022 | Payment - Thank You. Check No. 9062 | | ($11,431.25) |
| | Total payments and adjustments | | ($11,431.25) |
| | Balance due | | $1,356.25 |

**RECEIVED APR 1 9 2022**

Professional time is reported on a weekly basis, dates shown represent week beginning dates



On Apr 7, 2022, at 11:30 AM, Derek Rucker <d-rucker@kellogg.northwestern.edu> wrote:

Hi Tommy,

Here is my invoice for March:

17.75 hours for a total of 15,975 dollars.

Best,

Derek

pd 5/10/22
#9139

**Derek D. Rucker**
**Sandy & Morton Goldman Professor of Entrepreneurial Studies in Marketing**

J. L. Kellogg School of Management at Northwestern University
2211 Campus Drive | Room 5353 | Evanston, IL 60208
P 847.491.2714

Co-Editor, Consumer Psychology Review



From: McAlindon, Timothy <tmcalindon@tuftsmedicalcenter.org>
Sent: Saturday, March 19, 2022 10:15 AM
To: Tommy O'Reardon <TOReardon@bholaw.com>
Cc: McAlindon, Timothy <tmcalindon@tuftsmedicalcenter.org>
Subject: log of hours regarding prep time for the JJ deposition

Hi Tommy

Here is my log of hours regarding prep time for the JJ deposition:

| 3-Mar | 1 | 500 | 500 |
| 7-Mar | 7 | 3500 | 4000 |

Thanks            4000.

Tim

Timothy McAlindon MD MPH
Chief, Division of Rheumatology, Allergy & Immunology
Natalie V. Zucker and Milton O. Zucker Chair in Rheumatology
Tufts Medical Center, Box 406
800 Washington Street
Boston, MA 02111
617-636-5645 direct phone
617-636-1058 conference line
617-636-5645 Admin Assistant

The information in this e-mail is intended only for the person to whom it is addressed. If you believe this e-mail was sent to you in error and the e-mail contains patient information, please contact the Tufts Medical Center HIPAA Hotline at (617) 636-4422. If the e-mail was sent to you in error but does not contain patient information, contact the sender and properly dispose of the e-mail.

Please consider the environment and the security of the information contained within or attached to this e-mail before printing or saving to an insecure location.

pd 4/26/22
#9124
(2) = 8250.00



From: McAlindon, Timothy <tmcalindon@tuftsmedicalcenter.org>
Sent: Saturday, March 19, 2022 10:14 AM
To: Tommy O'Reardon <TOReardon@bholaw.com>
Cc: McAlindon, Timothy <tmcalindon@tuftsmedicalcenter.org>
Subject: Invoice - Joint Juice deposition

Hi Tommy

I spent 8.5 hours in the deposition as below:

8-Mar       8.5       4250           deposition

Total: $4250

Thank you

Timothy McAlindon MD MPH
Chief, Division of Rheumatology, Allergy & Immunology
Natalie V. Zucker and Milton O. Zucker Chair in Rheumatology
Tufts Medical Center, Box 406
800 Washington Street
Boston, MA 02111
617-636-5645 direct phone
617-636-1058 conference line
617-636-5645 Admin Assistant

The information in this e-mail is intended only for the person to whom it is addressed. If you believe this e-mail was sent to you in error and the e-mail contains patient information, please contact the Tufts Medical Center HIPAA Hotline at (617) 636-4422. If the e-mail was sent to you in error but does not contain patient information, contact the sender and properly dispose of the e-mail.

Please consider the environment and the security of the information contained within or attached to this e-mail before printing or saving to an insecure location.

FARSHID GUILAK, PHD

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
THOMAS J. O'REARDON II
501 West Broadway, Suite 1490 San Diego, CA 92101

RE: Joint Juice Case

INVOICE for consulting services

| Date | Description | Time (hrs) | Expense ($500/hr) |
|---|---|---|---|
| 5/26/21 | Telephone discussion with Mr. O'Reardon | 0.5 | $250 |
| 12/21/21 | Telephone discussion with Mr. O'Reardon | 0.5 | $250 |
| 1/7/22 | Telephone discussion with Mr. O'Reardon | 0.5 | $250 |
| 1/18/22 | Document review | 1 | $500 |
| 1/23/22 | Document review | 0.5 | $250 |
| 12/26/19 | Document review | 0.5 | $250 |
| 2/3/22 | Document preparation | 3.5 | $1,750 |
| 2/13/22 | Document preparation | 6 | $3,000 |
| 2/13/22 | Telephone discussion with Mr. O'Reardon | 0.4 | $200 |
| 2/14/22 | Document preparation | 1 | $500 |
| 2/22/22 | Document review | 2 | $1,000 |
| 2/23/22 | Telephone discussion with Mr. O'Reardon | 1 | $500 |
| 3/5/22 | Binder review and discussion | 4 | $2,000 |
| 3/6/22 | Deposition preparation | 4 | $2,000 |
| 3/7/22 | Deposition preparation | 6 | $3,000 |
| 3/7/22 | Telephone discussion with Mr. O'Reardon | 1 | $500 |
| 3/7/22 | Deposition | 5 | $3,000 |
| 4/14/22 | Telephone discussion with Mr. O'Reardon | 0.4 | $200 |
| 4/15/22 | Document and slide preparation | 1 | $500 |
| 5/20/22 | Emails and preparation with Mr. O'Reardon | 0.5 | $250 |
| 5/30/22 | Emails and preparation with Mr. O'Reardon | 0.5 | $250 |
| | | | |
| Subtotal | | | $20,400 |

Please make payable to:

Farshid Guilak (EIN# 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)
8400 University Dr.
Clayton MO 63105

*PM 8/16/22*
*#9269*



From: Tim McAlindon <tmcalindon@gmail.com>
Sent: Monday, June 13, 2022 6:18 AM
To: Tommy O'Reardon <TOReardon@bholaw.com>; Tim McAlindon <tmcalindon@gmail.com>
Subject: Invoice Mar 3rd - May 25th

HI Tommy

Here is a log of my hours for that period and expenses. Let me know if there is anything else you need.

Best

Tim

| Date | Hours | Rate | Total | Note |
|---|---|---|---|---|
| 3-Mar | 1 | 500 | 500 | |
| 7-Mar | 7 | 3500 | 4000 | |
| 8-Mar | 8.5 | 4250 | 8250 | deposition |
| 13-Apr | 1.5 | 750 | 750 | |
| 19-Apr | 1 | 500 | 1250 | |
| 22-Apr | 1 | 500 | 1750 | |
| 28-Apr | 1.5 | 750 | 2500 | |
| 29-Apr | 1 | 500 | 3000 | |
| 13-May | 3 | 1500 | 4500 | |
| 17-May | 2 | 1000 | 5500 | |
| 20-May | 1 | 500 | 6000 | |
| 21-May | | 4000 | 10000 | Trip to SF |
| 22-May | | 4000 | 14000 | |
| 23-May | | 4000 | 18000 | |
| 24-May | | 4000 | 22000 | court appearance |
| 25-May | | 4000 | 26000 | court appearance |
| TOTAL | | | $26000 | |

*handwritten: pd 4/26/22 # 9124*

*handwritten: pd 6/21/22 # 9189*

*handwritten: 26,000.00*

Expenses
Hotel Room charge: $1817.18
Taxi fares:
05/26/22: $55.55
05/21/22: $59.35
05/21/22: $36.71
05/25/22: $38.15
Total Expenses: $2006.94

*handwritten: 2006.94*

*handwritten: 28,006.94*



From: Derek Rucker <d-rucker@kellogg.northwestern.edu>
Sent: Wednesday, June 1, 2022 8:47 AM
To: Tommy O'Reardon <TOReardon@bholaw.com>
Subject: Rucker May Invoice for Joint Juice

Hi Tommy,

Here is my invoice for work on the Joint Juice case in May:

30.5 hours for a total of $27,450 dollars.
Travel costs for trial of $1725.75

Total: $29175.75

Best,

Derek

Derek D. Rucker
Sandy & Morton Goldman Professor of Entrepreneurial Studies in Marketing

J. L. Kellogg School of Management at Northwestern University
2211 Campus Drive | Room 5353 | Evanston, IL 60208
P 847.491.2714

Co-Editor, Consumer Psychology Review

pd 6/21/22
# 9188

# JMDSTAT CONSULTING INC

June 9, 2022

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101

RE: Invoice Reference # 1370 invoice in the *Joint Juice* litigation.

Below is my invoice for my preparation for trial and for my testimony for trial day.

Trial prep at 18 hours X $425 = $7,650.00

Trial day at 5 hours X $600 = $3,000.00

Total = $10,650.00

**Total Invoice Amount to be paid to JMDSTAT Consulting Inc.: $ 10,650.00**

The invoices for my vendor expenses are available upon request. *My mailing address for your records: JMDSTAT Consulting Inc.* 274 Redwood Shores Parkway #529 Redwood City, CA 94065.

Best Regards,

J. Michael Dennis, Ph.D.



# ECONOMICS AND TECHNOLOGY, INC.

ONE WASHINGTON MALL, 7th Floor
BOSTON, MASSACHUSETTS  02108   617-598-2200

May 31, 2022

Blood Hurst & O'Reardon, LLP
Attn: Timothy Blood
501 West Broadway - Suite 1490
San Diego, CA 92101

In Reference To:  Fishon v. Premier Nutrition
Invoice # 202208180
Account # 2216.44536

| Week of | Professional Services | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/2022 CBW | Communications with counsel; analyze data. | 4.25 775.00/hr | 3,293.75 |
| 5/16/2022 CBW | Communications with counsel; analyze data; prepare supplement. | 1.50 775.00/hr | 1,162.50 |
| 5/23/2022 CBW | Communications with counsel; analyze data; prepare supplement. | 1.25 775.00/hr | 968.75 |
| 5/30/2022 CBW | Communications with counsel; prepare for and give testimony at trial. | 3.75 775.00/hr | 2,906.25 |

| | | | |
|---|---|---|---|
| For professional services | | 10.75 | $8,331.25 |
| Previous balance | | | $8,525.00 |

Accounts receivable transactions

| | |
|---|---|
| 4/30/2022 Payment - Thank You. Check No. 9119 | ($8,525.00) |
| Total payments and adjustments | ($8,525.00) |
| Balance due | $8,331.25 |

pd 6/21/22
# 9199

Professional time is reported on a weekly basis, dates shown represent week beginning dates


VideoTrack
Litigation & Trial Support

Timothy G. Blood, Esq.
Blood Hurst & O'Reardon, LLP
July 14, 2022
Page 14 of 15

Re:       Montera v. Premier Nutrition Corporation
          Account No. 22-6978.01              Taxpayer I.D. No. 45-0534276

---

## TRIAL EXHIBIT BINDER PREPARATION AND PRINTING:
1 Set of Plaintiff's Trial Exhibits for use in San Diego
1 Set of Defendant's Trial Exhibits shipped to San Francisco
Miscellaneous Printing: Deposition materials/video clip text reports,
trial exhibits and exhibit lists, emails/instructions, etc.

| | |
|---|---:|
| 4,346 Color pages printed x $0.65 per page | $ 2,824.90 |
| 4,835 B&W pages printed x $0.17 per page | 821.95 |
| 8,326 3-hole paper x $0.02 per page | 166.52 |
| 575 Legal Numbered Tabs x $0.35 per tab | 201.25 |
| 15 4" D-Ring White Binders x $20.00 per binder | 300.00 |
| 14 Assembly/Labor x $50.00 per hour | 700.00 |
| SUBTOTAL - BINDER PREPARATION/PRINTING | $ 5,014.62 |

## TRIAL PRESENTATION EQUIPMENT RENTAL:
**Courtroom Equipment:**                                             $ 1,560.00
  22" monitor, speaker, signal switcher, signal splitter
  wifi hot spot, printer/copier/scanner, cables and power supplies
**Hotel Equipment:**
  22" monitor, color printer/copier/scanner, cables and power supplies
**Installation/Removal/Travel (Local Vendor):**                        417.75
  Set Up on Friday, 05/20/22; removal on Tues., 06/07/22
          SUBTOTAL - EQUIPMENT RENTAL:                               $ 1,977.75

## TRAVEL EXPENSES/TRANSPORTATION:
| | |
|---|---:|
| Airfare - Roundtrip Travel to/from San Diego and San Francisco | $ 477.97 |
| Ground Transportation - to/from the airport, hotel, court and law office | 223.48 |
| SUBTOTAL - TRAVEL/TRANSPORTATION: | $ 701.45 |



VideoTrack
Litigation & Trial Support

Timothy G. Blood, Esq.
Blood Hurst & O'Reardon, LLP
July 14, 2022
Page 15 of 15

Re:     Montera v. Premier Nutrition Corporation
        Account No. 22-6978.01              Taxpayer I.D. No. 45-0534276

---

SUBTOTALS:

| | |
|---|---|
| Pre-Trial Preparation Services: 03/31/22 - 05/22/22<br>(Debbie Burk = 94.25 hours/$9,425.00; Shayne Davidson = 92.25 hours/$8,321.25) | $  17,746.25 |
| Trial Presentation Services:  05/23/22 - 06/08/22<br>(Debbie Burk = 145.00 hours/$19,900.00; Shayne Davidson = 38.00 hours/$3,800.00) | 23,700.00 |
| Trial Exhibit Binder Preparation And Printing: | 5,014.62 |
| Trial Presentation Equipment Rental: | 1,977.75 |
| Travel Expenses/Transportation: | 701.45 |
| TOTAL: | $  49,140.07 |
| Less Retainer Paid - 04/19/22 | -  10,000.00 |
| Less Retainer Paid - 05/18/22 | -  5,000.00 |
| TOTAL BALANCE DUE ON ACCOUNT: | $  34,140.07 |

Due Date:  UPON RECEIPT
Unpaid Balances Subject to Carrying Charge of 1.5% Per Month

PLEASE REMIT TO:     VideoTrack LLC
                     600 West Broadway, Suite 700
                     San Diego, CA 92101

PLEASE INCLUDE ACCOUNT NUMBER ON ALL PAYMENTS AND CORRESPONDENCE
THANK YOU FOR USING VIDEOTRACK!

600 West Broadway, Suite 700, San Diego, CA 92101   ▶ (619) 234 1990   ● www.videotracksd.com


CHOPRA KOONAN
Litigation Consulting

July 5, 2022

Eugene G. Iredale, Esq.
Grace Jun, Esq.
105 West F Street, Fourth Floor
San Diego, CA. 92101

Timothy G. Blood, Esq.
701 B Street, Suite 1700
San Diego, CA. 92101

Re:  Mullins v. Premier Nutrition Corp.

### BILLING STATEMENT

Professional Fees:

    Review case materials
    Telephone conference and correspondence with attorneys
    Meetings with attorneys and witnesses
    Review completed juror questionnaires
    In-court assistance with jury selection

    4.5 hours @ $425                                  $ 5,206.25

Expenses:
    Parking                                              30.00

        **BALANCE DUE:**                       **$ 5,236.25**

Please make checks payable to CHOPRA KOONAN LITIGATION CONSULTING