**EXHIBIT 8**

*Montera v. Premier Nutrition*, Case No. 3:16-CV-06980 RS
Blood Hurst & O'Reardon, LLP

Electronic Document Management: $110,682.95



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 809729

Invoice Date: 05/30/14

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Days | |
| SalesPerson | SAN BXT | |
| P.O. Number | | |

| | |
|---|---|
| Job No. | SDO14050005 |
| ESI Project No. | |
| Client / Matter No. | Mullins v. Premier |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1.00 | Technical Time (hr) | 150.00 | 150.00 |
| 46.06 | Relativity Loading Fee (GB) | 30.00 | 1,381.80 |
| 48.015 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,200.38 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 2,732.18 |
| Total Sales Tax: | 0.00 |
| Total: | 2,732.18 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  815570

Invoice Date:  06/30/14

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Days | |
| SalesPerson | SAN BXT | |
| P.O. Number | | |

Job No.    SDO14060009
ESI Project No.
Client / Matter No.   Mullins v. Premier

*JOINT JUICE*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Technical Time (hr) | 150.00 | 150.00 |
| 48.862 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,221.55 |

pd 7/16/14
#4145

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,371.55 |
| Total Sales Tax: | 0.00 |
| Total: | 1,371.55 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  820964

Invoice Date:  07/31/14

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | | |
|---|---|---|---|
| Customer ID | 31571 | Job No. | SDO1407292B |
| Terms | Net 30 Days | ESI Project No. | |
| SalesPerson | SAN BXT | Client / Matter No. | Mullins v. Premier JUICE |
| P.O. Number | | | JOINT |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

M 9/27/14
#4226

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 826519

Invoice Date: 08/31/14

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 |
| Terms | Net 30 Days |
| SalesPerson | SAN BXT |
| P.O. Number | |

| Job No. | SDO1408261 |
| ESI Project No. | |
| Client / Matter No. | Mullins v. Premier |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

*M 9/24/14*
*#4273*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435

**DTI**

**INVOICE**

501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

Invoice Number:  831248

Invoice Date:  09/30/14

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Days | |
| SalesPerson | SAN BWT | |
| P.O. Number | | |

| | | |
|---|---|---|
| Job No. | SDO1409284A | |
| ESI Project No. | | |
| Client / Matter No. | Mullins v. Premier | |

*JOINT JUICE*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

*11/5/14*
*#4337*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 835491

Invoice Date: 10/28/14

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 |
| Terms | Net 30 Days |
| SalesPerson | SAN BWT |
| P.O. Number | |

| Job No. | SDO1410228A |
| ESI Project No. | |
| Client / Matter No. | Mullins Premier JOINT JUICE |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

*pd 12/3/14*
*/#4391*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 841698

Invoice Date: 11/28/14

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | | |
|---|---|---|---|
| Customer ID | 31571 | Job No. | SDO1411231A |
| Terms | Net 30 Days | ESI Project No. | |
| SalesPerson | SAN BWT | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

*μ 12/17/04*

*#4420*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 847667

Invoice Date: 12/31/14

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | | | |
|---|---|---|---|---|
| Customer ID | 31571 | Job No. | SDO1412234A | |
| Terms | Net 30 Days | ESI Project No. | | |
| SalesPerson | SAN BWT | Client / Matter No. | Mullins v. Premier | |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |
| | Going forward, starting next month, we will no longer bill users for this case. | | |

pd 1/28/15
# 4520

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435

**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 854108

Invoice Date: 01/31/15

RECEIVED MAR 1 0 2015

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 | | Job No. | SDO1501276 |
| Terms | Net 30 Days | | ESI Project No. | |
| SalesPerson | SAN BWT | | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | | JOINT JUICE |

| Quantity | Description | Unit Price | Total Price |
|----------|-------------|------------|-------------|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

PD 3/11/15
CK #4571

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  859311

Invoice Date:  02/28/15

RECEIVED MAR 1 0 2015

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| Customer ID | 31571 |
| --- | --- |
| Terms | Net 30 Days |
| SalesPerson | SAN BWT |
| P.O. Number | |

| Job No. | SDO1502282 |
| --- | --- |
| ESI Project No. | |
| Client / Matter No. | Mullins v. Premier |

JOINT JUICE

| Quantity | Description | Unit Price | Total Price |
| --- | --- | --- | --- |
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

PD 3/11/15
CK #4571

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
| --- | --- |
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



## DTI

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 865285

Invoice Date: 03/31/15

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Days | |
| SalesPerson | SAN BWT | |
| P.O. Number | | |

| | | |
|---|---|---|
| Job No. | SDO1503289 | |
| ESI Project No. | | |
| Client / Matter No. | Mullins v. Premier | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

*M 4/22/15*
*#4639*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  873425

Invoice Date:  04/30/15

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Days | |
| SalesPerson | SAN BWT | |
| P.O. Number | | |

Job No.            SDO1504311
ESI Project No.
Client / Matter No.   Mullins v. Premier *JOINT JUICE*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

*pd 5/20/15*

*# 4694*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435

**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 877524

Invoice Date: 05/31/15

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | | |
|---|---|---|---|
| Customer ID | 31571 | Job No. | SDO1505253 |
| Terms | Net 30 Days | ESI Project No. | |
| SalesPerson | SAN BWT | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.431 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,210.78 |

pd 7/1/15 #4773

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,210.78 |
| Total Sales Tax: | 0.00 |
| Total: | 1,210.78 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 888897

Invoice Date: 07/31/15

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 |
| Terms | Net 30 Days |
| SalesPerson | SAN BWT |
| P.O. Number | |

| Job No. | SDO1507253 |
| ESI Project No. | |
| Client / Matter No. | Mullins v. Premier |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

pd 8/26/15
#4876

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**INVOICE**

**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

Invoice Number: 896938

Invoice Date: 08/31/15

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 | | Job No. | SDO1508256 |
|---|---|---|---|---|
| Terms | Net 30 Days | | ESI Project No. | |
| SalesPerson | SAN BWT | | Client / Matter No. | Mullins v. Premier  *JOINT JUICE* |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

*M 9/23/15*

*# 4923*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 903419

Invoice Date: 09/30/15

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 | | Job No. | SDO1509297 |
|---|---|---|---|---|
| Terms | Net 30 Days | | ESI Project No. | |
| SalesPerson | SAN BWT | | Client / Matter No. | Mullins v. Premier  *JOINT JUICE* |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

*pd 10/21/15*
*#4979*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 909008

Invoice Date: 10/31/15

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | | |
|---|---|---|---|
| Customer ID | 31571 | Job No. | SDO1510332 |
| Terms | Net 30 Days | ESI Project No. | |
| SalesPerson | SAN BWT | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

pd 11/18/15
#5033

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435

## DTI

501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 915089

Invoice Date: 11/30/15

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| Customer ID | 31571 | | Job No. | SDO1511255 |
| Terms | Net 30 Days | | ESI Project No. | |
| SalesPerson | SAN BWT | | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 920240

Invoice Date: 12/31/15

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | | | |
|---|---|---|---|---|
| Customer ID | 31571 | Job No. | SDO1512251 | |
| Terms | Net 30 Days | ESI Project No. | | |
| SalesPerson | SAN BWT | Client / Matter No. | Mullins v. Premier | |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

*pd 2/10/16
/#5189*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 925339

Invoice Date: 01/31/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Days | |
| SalesPerson | SAN BWT | |
| P.O. Number | | |

Job No.
ESI Project No.
Client / Matter No.   Mullins v. Premier

*Joint June*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

*pd 2/24/16*
*#5203*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435

**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 931426

Invoice Date: 02/29/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 |
| Terms | Net 30 Day] |
| SalesPerson | SAN BWT |
| P.O. Number | |

Job No.
ESI Project No.
Client / Matter No.    Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

PD 3/23/16
CK #5244

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 937671

Invoice Date: 03/31/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | |
|---|---|
| Customer ID | 31571 |
| Terms | Net 30 Day |
| SalesPerson | SAN BWT |
| P.O. Number | |

Job No.
ESI Project No.
Client / Matter No.    Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  944226

Invoice Date:  04/30/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| Customer ID | 31571 |
|---|---|
| Terms | Net 30 Day |
| SalesPerson | SAN BWT |
| P.O. Number | |

Job No.
ESI Project No.
Client / Matter No.   Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

*pd 5/18/16 /#535 7*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  948389

Invoice Date:  05/31/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| Customer ID | 31571 |
| Terms | Net 30 Day |
| SalesPerson | SAN BWT |
| P.O. Number | |

Job No.
ESI Project No.
Client / Matter No.  Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

PD 6/15/16
CK #5401

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 954334

Invoice Date: 06/30/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 | Job No. | |
|---|---|---|---|
| Terms | Net 30 Day | ESI Project No. | |
| SalesPerson | SAN BWT | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

*DINT JUICE*

*M  7/27/16*

*/# 5489*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 959979

Invoice Date: 07/31/16

| Bill To: | Ship To: |
|---|---|
| Blood Hurst & O'Reardon LLP | Blood Hurst & O'Reardon LLP |
| 701 B Street | 701 B Street |
| Suite 1700 | Suite 1700 |
| San Diego, CA 92101 | San Diego, CA 92101 |
| Tommy O'Reardon | |

| | | | |
|---|---|---|---|
| Customer ID | 31571 | Job No. | |
| Terms | Net 30 Day | ESI Project No. | |
| SalesPerson | SAN BWT | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

Pd 8/24/16
Ck #5544

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 967914

Invoice Date: 08/31/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 |
| Terms | Net 30 Day |
| SalesPerson | SAN BWT |
| P.O. Number | |

Job No.
ESI Project No.
Client / Matter No.    Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

*M 9/21/16*
*1#5596*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 973249

Invoice Date: 09/30/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | |
|---|---|
| Customer ID | 31571 |
| Terms | Net 30 Day |
| SalesPerson | SAN BWT |
| P.O. Number | |

Job No.
ESI Project No.
Client / Matter No.   Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

*pd 10/19/16*
*/#5646*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



# DTI

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 976187

Invoice Date: 10/31/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 |
|---|---|
| Terms | Net 30 Day |
| SalesPerson | SAN BWT |
| P.O. Number | |

Job No.
ESI Project No.
Client / Matter No.  Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 25.00 | 1,218.10 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,218.10 |
| Total Sales Tax: | 0.00 |
| Total: | 1,218.10 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  983359

Invoice Date:  11/30/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Day | |
| SalesPerson | SAN BWT | |
| P.O. Number | | |

Job No.
ESI Project No.
Client / Matter No.   Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 18.00 | 877.03 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 877.03 |
| Total Sales Tax: | 0.00 |
| Total: | 877.03 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435

**DTI**
501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  989061

Invoice Date:  12/31/16

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Day | |
| SalesPerson | SAN BWT | |
| P.O. Number | | |

Job No.
ESI Project No.     *JOINT JUICE*
Client / Matter No.   Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 48.724 | Relativity Monthly Storage Fee (GB) | 18.00 | 877.03 |

pd 1/25/17
# 5824

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 877.03 |
| Total Sales Tax: | 0.00 |
| Total: | 877.03 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :
Fed. ID No. :

# INVOICE

Invoice Number: 993877

Invoice Date: 01/31/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 | | Job No. | |
|---|---|---|---|---|
| Terms | Net 30 Day | | ESI Project No. | P-1018282 |
| SalesPerson | SAN BWT | | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 960.48 |
| Total Sales Tax: | 0.00 |
| Total: | 960.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number: 999643

Invoice Date: 02/28/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Day | |
| SalesPerson | SAN BWT | |
| P.O. Number | | |

Job No.
ESI Project No.    P-1018282
Client / Matter No.    Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |

Pd 8/9/17
Ck #6177

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 960.48 |
| Total Sales Tax: | 0.00 |
| Total: | 960.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number:  1006351

Invoice Date:  03/31/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | |
|---|---|
| Customer ID | 31571 |
| Terms | Net 30 Day |
| SalesPerson | SAN BWT |
| P.O. Number | |

| | |
|---|---|
| Job No. | |
| ESI Project No. | P-1018282 |
| Client / Matter No. | Mullins v. Premier |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |

Pd 8/9/17
Ck #6177

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 960.48 |
| Total Sales Tax: | 0.00 |
| Total: | 960.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number: 1011549

Invoice Date: 04/30/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 | | Job No. | |
|---|---|---|---|---|
| Terms | Net 30 Day | | ESI Project No. | P-1018282 |
| SalesPerson | SAN BWT | | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |

Pd 8/9/17
Ck #6177

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 960.48 |
| Total Sales Tax: | 0.00 |
| Total: | 960.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number: 1016961

Invoice Date: 05/31/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 | | Job No. | |
|---|---|---|---|---|
| Terms | Net 30 Day | | ESI Project No. | P-1018282 |
| SalesPerson | SAN BWT | | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |

Pd 8/23/17
Ck #6202

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | | |
|---|---|---|
| Subtotal: | 960.48 |
| Total Sales Tax: | 0.00 |
| Total: | 960.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number: 1021835

Invoice Date: 06/30/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | | |
|---|---|---|---|
| Customer ID | 31571 | Job No. | |
| Terms | Net 30 Day | ESI Project No. | P-1018282 |
| SalesPerson | SAN BWT | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |
| 1.5 | Project Management (hr) | 195.00 | 292.50 |

```
Pd 8/23/17
Ck #6202
```

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,537.98 |
| Total Sales Tax: | 0.00 |
| Total: | 1,537.98 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number: 1027379

Invoice Date: 07/31/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 | | Job No. | |
|---|---|---|---|---|
| Terms | Net 30 Day | | ESI Project No. | P-1018282 |
| SalesPerson | SAN BWT | | Client / Matter No. | Mullins v. Premier |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

**Pd 8/23/17**
**Ck #6202**

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number: 1033275

Invoice Date: 08/31/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 |
| Terms | Net 30 Day |
| SalesPerson | SAN BWT |
| P.O. Number | |

Job No.
ESI Project No.    P-1018282
Client / Matter No.    Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

*9/20/17  # 6262*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

|  |  |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



# DTI

501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number: 1017301

Invoice Date: 09/30/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Day | |
| Sales Rep | SAN BWT | |
| Sales Rep 2 | | |
| P.O. Number | | |

Job No.
ESI Project No.    P-1018282
Client / Matter No.   Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

PA 11/1/17
/#6343

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



# DTI

501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number:  1036173

Invoice Date:  10/31/17

RECEIVED DEC 1 3 2017

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Day | |
| Sales Rep | SAN BWT | |
| Sales Rep 2 | | |
| P.O. Number | | |

Job No.
ESI Project No.     P-1018282
Client / Matter No.   Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

pd 12/27/17
/# 6491

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



## DTI

501 West Broadway
Suite 400
San Diego, CA  92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number:  1045614

Invoice Date:  11/30/17

RECEIVED DEC 13 2017

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| Customer ID | 31571 | | Job No. | |
|---|---|---|---|---|
| Terms | Net 30 Day | | ESI Project No. | P-1018282 |
| Sales Rep | SAN BWT | | Client / Matter No. | Mullins v. Premier |
| Sales Rep 2 | | | | |
| P.O. Number | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

M 12/27/17
✓#6491

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435

**DTI**
501 West Broadway
Suite 400
San Diego, CA 92101
Phone : 619-234-0660
Fax :

# INVOICE

Invoice Number: 1050086

Invoice Date: 12/31/17

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 |
|---|---|
| Terms | Net 30 Day |
| Sales Rep | SAN BWT |
| Sales Rep 2 | |
| P.O. Number | |

| Job No. | |
|---|---|
| ESI Project No. | P-1018282 |
| Client / Matter No. | Mullins v. Premier |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

_1/24/18 #6544_

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

Remit To: DTI
PO Box 933435
Atlanta, GA 31193-3435



## Epiq eDiscovery Solutions

Two Ravinia Drive
Suite 850
Atlanta, GA  30346
Phone : 770-390-2700
Fax : 770-390-2705

# INVOICE

Invoice Number:  1056485

Invoice Date:  01/31/18

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| Customer ID | 31571 | | Job No. | |  |
|---|---|---|---|---|---|
| Terms | Net 30 Day | | ESI Project No. | P-1018282 | |
| Sales Rep | SAN BWT | | Client / Matter No. | Mullins v. Premier | |
| Sales Rep 2 | | | | | |
| P.O. Number | | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

ꝑM 2/21/18
J#6576

Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** Document Technologies, LLC
DBA Epiq eDiscovery Solutions
P.O. Box 933435
Atlanta, GA  31193-3435



## Epiq eDiscovery Solutions

Two Ravinia Drive
Suite 850
Atlanta, GA  30346
Phone : 770-390-2700
Fax : 770-390-2705

# INVOICE

Invoice Number:  1059775

Invoice Date:  02/28/18

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Day | |
| Sales Rep | SAN BWT | |
| Sales Rep 2 | | |
| P.O. Number | | |

| | | |
|---|---|---|
| Job No. | | |
| ESI Project No. | P-1018282 | |
| Client / Matter No. | Mullins v. Premier | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

*pd 3/21/18*
*#6629*

Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** Document Technologies, LLC
DBA Epiq eDiscovery Solutions
P.O. Box 933435
Atlanta, GA  31193-3435



**Epiq eDiscovery Solutions**

Two Ravinia Drive
Suite 850
Atlanta, GA 30346
Phone : 770-390-2700
Fax : 770-390-2705

# INVOICE

Invoice Number: 1067768

Invoice Date: 03/31/18

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| Customer ID | 31571 |
|---|---|
| Terms | Net 30 Day |
| Sales Rep | SAN BWT |
| Sales Rep 2 | |
| P.O. Number | |

| Job No. | |
|---|---|
| ESI Project No. | P-1018282 |
| Client / Matter No. | Mullins v. Premier |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

*p/1 4/18/18 #6661*

Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** Document Technologies, LLC
DBA Epiq eDiscovery Solutions
P.O. Box 933435
Atlanta, GA 31193-3435



## Epiq eDiscovery Solutions

Two Ravinia Drive
Suite 850
Atlanta, GA 30346
Phone : 770-390-2700
Fax : 770-390-2705

# INVOICE

Invoice Number:  1072362

Invoice Date:  04/30/18

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | | |
|---|---|---|---|
| Customer ID | 31571 | Job No. | |
| Terms | Net 30 Day | ESI Project No. | P-1018282 |
| Sales Rep | SAN BWT | Client / Matter No. | Mullins v. Premier |
| Sales Rep 2 | | | |
| P.O. Number | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

*M 6/27/18*
*√# 7012*

Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** Document Technologies, LLC
DBA Epiq eDiscovery Solutions
P.O. Box 933435
Atlanta, GA  31193-3435



**Epiq eDiscovery Solutions**

Two Ravinia Drive
Suite 850
Atlanta, GA 30346
Phone : 770-390-2700
Fax : 770-390-2705

# INVOICE

Invoice Number: 1074402

Invoice Date: 05/31/18

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA 92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Day | |
| Sales Rep | SAN BWT | |
| Sales Rep 2 | | |
| P.O. Number | | |

| | |
|---|---|
| Job No. | |
| ESI Project No. | P-1018282 |
| Client / Matter No. | Mullins v. Premier |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 18.00 | 960.48 |
| 3 | Relativity Monthly User Fee | 95.00 | 285.00 |

pd 6/13/18
√#6760

Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,245.48 |
| Total Sales Tax: | 0.00 |
| Total: | 1,245.48 |

Accepted By: _____

**Remit To:** Document Technologies, LLC
DBA Epiq eDiscovery Solutions
P.O. Box 933435
Atlanta, GA 31193-3435



# Epiq eDiscovery Solutions

Two Ravinia Drive
Suite 850
Atlanta, GA  30346
Phone : 770-390-2700
Fax : 770-390-2705

# INVOICE

Invoice Number:  1081736

Invoice Date:  06/30/18

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Day | |
| Sales Rep | SAN BWT | |
| Sales Rep 2 | | |
| P.O. Number | | |

Job No.
ESI Project No.     P-1018282
Client / Matter No.    Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Relativity Monthly Storage Fee (GB) | 5.00 | 266.80 |
| 0.5 | Project Management (hr) | 175.00 | 87.50 |

*pu 7/25/18*
*#7065*

Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 354.30 |
| Total Sales Tax: | 0.00 |
| Total: | 354.30 |

Accepted By: _____

**Remit To:** Document Technologies, LLC
DBA Epiq eDiscovery Solutions
P.O. Box 933435
Atlanta, GA  31193-3435



## Epiq eDiscovery Solutions

Two Ravinia Drive
Suite 850
Atlanta, GA  30346
Phone : 770-390-2700
Fax : 770-390-2705

# INVOICE

Invoice Number:  1086474

Invoice Date:  07/31/18

Bill To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101
Tommy O'Reardon

Ship To:
Blood Hurst & O'Reardon LLP
701 B Street
Suite 1700
San Diego, CA  92101

| | | |
|---|---|---|
| Customer ID | 31571 | |
| Terms | Net 30 Day | |
| Sales Rep | SAN BWT | |
| Sales Rep 2 | | |
| P.O. Number | | |

Job No.
ESI Project No.    P-1018282
Client / Matter No.   Mullins v. Premier

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 53.36 | Archive (No user access) | 5.00 | 266.80 |

*µ 8/22/18*
*/# 7110*

Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 266.80 |
| Total Sales Tax: | 0.00 |
| Total: | 266.80 |

Accepted By: _____

**Remit To:** Document Technologies, LLC
DBA Epiq eDiscovery Solutions
P.O. Box 933435
Atlanta, GA  31193-3435



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions
777 Third Ave, 12th FLoor
New York NY  10017

**Remit to**
Epiq eDiscovery Solutions
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:
ABA Routing:
Acct No:
SWIFT:

Silicon Valley Bank (Santa Clara, CA)
121140399
3300474842
SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway   Ste 1490
San Diego CA  92101-3536

| Information | |
|---|---|
| Invoice No. | 90262056 |
| Purchase Order No. | |
| Customer No. | 3008505 |
| Currency | USD |
| Contract No. | 40026364 |
| Contract Description | BHO0001 Mullins v. Premier |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | BHO0001 |
| Project Number | P-1018282 |
| Client Matter ID | Mullins v. Premier |

| | |
|---|---|
| Invoice Date | 09/08/2018 |

**Comments**
Services for the month of August 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST686 | Dormant - No User Access (Relativity) | 53.360 | GB | 5.0000 | 266.80 |

**Total Amount Due  (USD)**                                                                                                 266.80

*M 10/3/18*
*# 7177*

epiq

CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th FLoor
New York NY 10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                    Silicon Valley Bank (Santa Clara, CA)
ABA Routing:             121140399
Acct No:                 3300474842
SWIFT:                   SVBKUS6S

**Bill-To**
Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway   Ste 1490
San Diego CA 92101-3536

**Information**

| | |
|---|---|
| Invoice No. | 90271243 |
| Purchase Order No. | |
| Customer No. | 3008505 |
| Currency | USD |
| Contract No. | 40026364 |
| Contract Description | BHO0001 Mullins v. Premier |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | BHO0001 |
| Project Number | P-1018282 |
| Client Matter ID | Mullins v. Premier |

Invoice Date    10/08/2018

**Comments**
Services for the month of September 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST686 | Dormant - No User Access (Relativity) | 53.360 | GB | 5.0000 | 266.80 |

**Total Amount Due  (USD)**                                                                       266.80

M · 10/17/18
/# 7205



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:
ABA Routing:
Acct No:
SWIFT:

Silicon Valley Bank (Santa Clara, CA)
121140399
3300474842
SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway   Ste 1490
San Diego CA  92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90279195 | Invoice Date | 11/08/2018 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of October 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST686 | Dormant - No User Access (Relativity) | 53.360 | GB | 5.0000 | 266.80 |

**Total Amount Due  (USD)** 266.80



ePIQ

CONFIDENTIAL

# epiQ

# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                         Silicon Valley Bank (Santa Clara, CA)
ABA Routing:              121140399
Acct No:                    3300474842
SWIFT:                      SVBKUS6S

**Bill-To**
Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA  92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90288783 | Invoice Date | 12/08/2018 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of November 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST686 | Dormant - No User Access (Relativity) | 53.355 | GB | 5.0000 | 266.78 |

**Total Amount Due  (USD)**                                                                 266.78

**Open Items for Contract 40026364 as of 12/11/2018**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/08/2018 | Invoice | 90288783 | 01/07/2019 | 266.78 | USD |
| | | | Total: | 266.78 | USD |

pd 12/20/18
#7327

# epiQ

CONFIDENTIAL



*Pd 2/14/19*    # Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                       Silicon Valley Bank (Santa Clara, CA)
ABA Routing:                121140399
Acct No:                    3300474842
SWIFT:                      SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA  92101-3536

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90297361 | Invoice Date | 01/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of December 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST686 | Dormant - No User Access (Relativity) | 53.360 | GB | 5.0000 | 266.80 |
| | **Total Amount Due  (USD)** | | | | 266.80 |

**Open Items for Contract 40026364 as of 01/09/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 01/08/2019 | Invoice | 90297361 | 02/07/2019 | 266.80 | USD |
| | | | Total: | 266.80 | USD |

*Pd 2/20/19*
*# 7409*

epiq

CONFIDENTIAL

# epiq

**Invoice**

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                    Silicon Valley Bank (Santa Clara, CA)
ABA Routing:             121140399
Acct No:                 3300474842
SWIFT:                   SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA 92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90307362 | Invoice Date | 02/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

*pd 2/26/19*

**Comments**
Services for the month of January 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| PRO310 | Client Services Project Manager II | 2 | H | 225.0000 | 450.00 |
| HST146 | Third Party Loading per Hour | 4.750 | H | 15.0000 | 71.25 |
| HST756 | Document Review Hosting | 58.980 | GB | 18.0000 | 1,061.64 |

**Total Amount Due  (USD)**                                              1,582.89

**Open Items for Contract 40026364 as of 02/08/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 01/08/2019 | Invoice | 90297361 | 02/07/2019 | 266.80 | USD |
| 02/08/2019 | Invoice | 90307362 | 03/10/2019 | 1,582.89 | USD |
| | | | Total: | 1,849.69 | USD |

*pd 3/16/19*

*# 7439*

# epiq

CONFIDENTIAL

# Invoice

piq eDiscovery Solutions Inc
77 Third Ave, 12th Floor
ew York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                    Silicon Valley Bank (Santa Clara, CA)
ABA Routing:             121140399
Acct No:                 3300474842
SWIFT:                   SVBKUS6S

**ill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway   Ste 1490
San Diego CA  92101-3536

**Information**

| | |
|---|---|
| Invoice No. | 90316284 |
| Purchase Order No. | |
| Customer No. | 3008505 |
| Currency | USD |
| Contract No. | 40026364 |
| Contract Description | BHO0001 Mullins v. Premier |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | BHO0001 |
| Project Number | P-1018282 |
| Client Matter ID | Mullins v. Premier |

Invoice Date    03/08/2019

**omments**
ervices for the month of February 2019

| ode | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| RO310 | Client Services Project Manager II | 1 | H | 225.0000 | 225.00 |
| ST146 | Third Party Loading per Hour | 1.750 | H | 15.0000 | 26.25 |
| ST756 | Document Review Hosting | 61.720 | GB | 18.0000 | 1,110.96 |

**Total Amount Due  (USD)** 1,362.21

**pen Items for Contract 40026364 as of 03/08/2019**

| rans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 3/08/2019 | Invoice | 90316284 | 04/07/2019 | 1,362.21 | USD |
| | | | Total: | 1,362.21 | USD |

*rd 3/20/19*
*#7461*



# epiq

**Invoice**

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

| Remit to | |
|---|---|
| Epiq eDiscovery Solutions Inc Dept 0250 P.O. Box 120250 Dallas, TX 75312-0250 | For billing questions, call 913-621-9980 or billing@epiqglobal.com |
| Payment by Wire: Bank: ABA Routing: Acct No: SWIFT: | Silicon Valley Bank (Santa Clara, CA) 121140399 3300474842 SVBKUS6S |

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA  92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90325662 | Invoice Date | 04/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**

Services for the month of March 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST756 | Document Review Hosting | 61.720 | GB | 18.0000 | 1,110.96 |

**Total Amount Due  (USD)**                   1,110.96

**Open Items for Contract 40026364 as of 04/08/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/08/2019 | Invoice | 90325662 | 05/08/2019 | 1,110.96 | USD |
| | | | Total: | 1,110.96 | USD |



pd 4/17/19
# 7465

# epiq

CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                        Silicon Valley Bank (Santa Clara, CA)
ABA Routing:            121140399
Acct No:                   3300474842
SWIFT:                     SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA  92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90334867 | Invoice Date | 05/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of April 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| PRO310 | Client Services Project Manager II | 0.600 | H | 225.0000 | 135.00 |
| HST146 | Third Party Loading per Hour | 3.750 | H | 15.0000 | 56.25 |
| HST756 | Document Review Hosting | 80.651 | GB | 18.0000 | 1,451.72 |
| | **Total Amount Due  (USD)** | | | | 1,642.97 |

**Open Items for Contract 40026364 as of 05/08/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/08/2019 | Invoice | 90334867 | 06/07/2019 | 1,642.97 | USD |
| | | | Total: | 1,642.97 | USD |



# epiq

# Invoice

Page 1 of 2

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300474842 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA  92101-3536

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90344428 | Invoice Date | 06/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of May 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| PRO310 | Client Services Project Manager II | 0.900 | H | 225.0000 | 202.50 |
| HST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |

**Total Amount Due  (USD)** — 2,217.89

**Open Items for Contract 40026364 as of 06/10/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 06/08/2019 | Invoice | 90344428 | 07/08/2019 | 2,217.89 | USD |
| | | | Total: | 2,217.89 | USD |



jd 6/26/19
#7608

# epiq

CONFIDENTIAL

# epiq

**Invoice**

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                    Silicon Valley Bank (Santa Clara, CA)
ABA Routing:             121140399
Acct No:                 3300474842
SWIFT:                   SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA  92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90353100 | Invoice Date | 07/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of June 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |

**Total Amount Due  (USD)**                                                       2,015.39

**Open Items for Contract 40026364 as of 07/09/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 07/08/2019 | Invoice | 90353100 | 08/07/2019 | 2,015.39 | USD |
| | | | Total: | 2,015.39 | USD |





CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
'77 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                         Silicon Valley Bank (Santa Clara, CA)
ABA Routing:               121140399
Acct No:                     3300474842
SWIFT:                       SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway   Ste 1490
San Diego CA  92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90361605 | Invoice Date | 08/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of July 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| IST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |
| IST626 | User Fees | 2 | EA | 95.0000 | 190.00 |

**Total Amount Due  (USD)**                                                  2,205.39

**Open Items for Contract 40026364 as of 08/08/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 8/08/2019 | Invoice | 90361605 | 09/07/2019 | 2,205.39 | USD |
| | | | Total: | 2,205.39 | USD |

_M 8/21/19_

_# 7695_

# epiq

**Invoice**

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:
ABA Routing:
Acct No:
SWIFT:

Silicon Valley Bank (Santa Clara, CA)
121140399
3300474842
SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA  92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90370308 | Invoice Date | 09/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of August 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |

| | | | |
|---|---|---|---|
| **Total Amount Due  (USD)** | | | 2,015.39 |

**Open Items for Contract 40026364 as of 09/10/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 08/28/2019 | Payment | 90361605 | | 300.00- | USD |
| 09/08/2019 | Invoice | 90370308 | 10/08/2019 | 2,015.39 | USD |
| | | | Total: | 1,715.39 | USD |

pd 9/18/19
/#77411

# epiq

CONFIDENTIAL

# epiq

**Invoice**

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:
ABA Routing:
Acct No:
SWIFT:

Silicon Valley Bank (Santa Clara, CA)
121140399
3300474842
SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway   Ste 1490
San Diego CA 92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90379414 | Invoice Date | 10/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of September 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |

**Total Amount Due  (USD)**                                2,015.39

**Open Items for Contract 40026364 as of 10/08/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 10/08/2019 | Invoice | 90379414 | 11/07/2019 | 2,015.39 | USD |
| | | | Total: | 2,015.39 | USD |

_pul 10/16/19_

_#7793_

# epiq

CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300474842 |
| SWIFT: | SVBKUS6S |

**Bill-To**
Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA  92101-3536

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90388463 | Invoice Date | 11/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of October 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |

| | | |
|---|---|---|
| **Total Amount Due  (USD)** | | 2,015.39 |

**Open Items for Contract 40026364 as of 11/11/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/08/2019 | Invoice | 90388463 | 12/08/2019 | 2,015.39 | USD |
| | | | Total: | 2,015.39 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                 Silicon Valley Bank (Santa Clara, CA)
ABA Routing:          121140399
Acct No:              3300474842
SWIFT:                SVBKUS6S

**Bill-To**
Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway  Ste 1490
San Diego CA 92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90398313 | Invoice Date | 12/08/2019 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of November 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |

Total Amount Due (USD)                                              2,015.39

**Open Items for Contract 40026364 as of 12/09/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/08/2019 | Invoice | 90398313 | 01/07/2020 | 2,015.39 | USD |
| | | | Total: | 2,015.39 | USD |

pd 12/24/19

#7932



**Invoice**

Page 1 of 2

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

| **Remit to** | |
|---|---|
| Epiq eDiscovery Solutions Inc | |
| Dept 0250 | |
| P.O. Box 120250 | For billing questions, call 913-621-9980 |
| Dallas, TX 75312-0250 | or billing@epiqglobal.com |
| Payment by Wire: | |
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300474842 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway   Ste 1490
San Diego CA  92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90407246 | Invoice Date | 01/08/2020 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of December 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |
| PRO309 | Client Services Project Manager I | 0.500 | H | 225.0000 | 112.50 |

| | | |
|---|---|---|
| **Total Amount Due  (USD)** | | 2,127.89 |

**Open Items for Contract 40026364 as of 01/09/2020**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 01/08/2020 | Invoice | 90407246 | 02/07/2020 | 2,127.89 | USD |
| | | | Total: | 2,127.89 | USD |

*pm 1/22/20*

*# 19 7/*

CONFIDENTIAL

# Time Detail

| Employee | Code | Activity | Date | Hrs | Description |
|---|---|---|---|---|---|
| Divyusha Paladugula | PRO309 | PM1-Review Management | 12/04/2019 | 0.50 | Coordinate deactivation of users at the request of counsel. |
| | PRO309 | | | Total 0.50 | |

CONFIDENTIAL

# epiq

# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:              121140399
Acct No:                     3300474842
SWIFT:                       SVBKUS6S

**Bill-To**
Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway   Ste 1490
San Diego CA  92101-3536

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90416701 | Invoice Date | 02/08/2020 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of January 2020

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |
| | **Total Amount Due  (USD)** | | | | 2,015.39 |

**Open Items for Contract 40026364 as of 02/10/2020**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 02/08/2020 | Invoice | 90416701 | 03/09/2020 | 2,015.39 | USD |
| | | | Total: | 2,015.39 | USD |

pd 8/4/20

# 8230



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:
ABA Routing:
Acct No:
SWIFT:

Silicon Valley Bank (Santa Clara, CA)
121140399
3300474842
SVBKUS6S

**Bill-To**

Blood Hurst & O'Reardon LLP
ATTN: Tommy O'Reardon
501 W Broadway   Ste 1490
San Diego CA  92101-3536

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90425416 | Invoice Date | 03/31/2020 |
| Purchase Order No. | | | |
| Customer No. | 3008505 | | |
| Currency | USD | | |
| Contract No. | 40026364 | | |
| Contract Description | BHO0001 Mullins v. Premier | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | BHO0001 | | |
| Project Number | P-1018282 | | |
| Client Matter ID | Mullins v. Premier | | |

**Comments**
Services for the month of February 2020

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST756 | Document Review Hosting | 111.966 | GB | 18.0000 | 2,015.39 |
| PRO309 | Client Services Project Manager I | 0.500 | H | 225.0000 | 112.50 |

**Total Amount Due  (USD)**                                                    2,127.89

**Open Items for Contract 40026364 as of 03/25/2020**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 02/08/2020 | Invoice | 90416701 | 03/09/2020 | 2,015.39 | USD |
| 03/31/2020 | Invoice | 90425416 | 04/30/2020 | 2,127.89 | USD |
| | | | Total: | 4,143.28 | USD |



*H 4/15/20*
*# 8099*

epiq

CONFIDENTIAL

# Time Detail

| Employee | Code | Activity | Date | Hrs | Description |
|---|---|---|---|---|---|
| Divyusha Paladugula | PRO309 | PM1-Data Management | 02/27/2020 | 0.50 | Coordinate ARM export of Relativity and processing db deletion at the request of counsel. |
| | PRO309 | | | Total 0.50 | |

CONFIDENTIAL



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 07/20/2020 | CI-014231 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 08/16/2020 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

**RECEIVED**

AUG 13 2020

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 1,311.75 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | 1,311.75 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



## Other Charges and Fees

| | |
|---|---|
| Project # | **P-000973** |
| Invoice Date | **7/20/2020** |
| Invoice Number | **CI-DRAFT** |
| Professional Services Through | **6/30/2020** |

| Comment | Project Charges | Unit Quantity | Unit Type | Rate |
|---|---|---|---|---|
| Hosted Data - Qty 103.05 @ 10/GB | 1,030.50 | 103.05 | GB | 10.00 |
| Professional Services - Qty 1.25 @ 225/Hr. | 281.25 | 1.25 | Hours | 225.00 |
| Grand Total | 1,311.75 | | | |



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 08/12/2020 | CI-015632 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 30 | 09/11/2020 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: |
|---|
| Tommy O'Reardon<br>Blood Hurst & O'Reardon, LLP<br>501 W. Broadway<br>Suite 1490<br>San Diego, CA 92101<br>United States of America |

**Project Information:**

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| *Net Amount:* | | **1,030.50** |
| *Tax:* | | |
| ***Total Invoice Amount:*** | **USD** | **1,030.50** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



*Invoice Remittance*

| | |
|---:|:---|
| **Project #:** | **P-000973** |
| **Invoice Date:** | **8/11/2020** |
| **Invoice Number:** | **CI-015632** |
| **Professional Services Through:** | **7/31/2020** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Hosted Data - Qty 103.05 @ 10/GB | 103.05 | GB | 10.00 | $ 1,030.50 |

**Total** | | | | **$ 1,030.50**



**ankura** ⊙

COLLABORATION DRIVES RESULTS

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
| --- | --- |
| 09/24/2020 | CI-018060 |

| Payment Terms | Due Date |
| --- | --- |
| Net 30 | 10/24/2020 |

| FEIN NO.: | 47-2435218 |
| --- | --- |

| Bill To: |
| --- |
| Tommy O'Reardon |
| Blood Hurst & O'Reardon, LLP |
| 501 W. Broadway |
| Suite 1490 |
| San Diego, CA 92101 |
| United States of America |

| Project Information: | |
| --- | --- |
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

**RECEIVED DEC ⎯ 8 2020**

Enclosed is Ankura's invoice for professional fees and expenses during August 1, 2020 through August 31, 2020.

| | | |
| --- | --- | --- |
| **Net Amount:** | | 1,030.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 1,030.50 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
| --- |

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 12/22/20 # 8414

1



| | Project #: | P-000973 |
| --- | --- | --- |
| | Invoice Date: | 9/24/2020 |
| | Invoice Number: | CI-018060 |
| | Professional Services Through: | 8/31/2020 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
| --- | --- | --- | --- | --- | --- |
| Casepoint eDiscovery - Hosted Data | 103.05 | GB | 10.00 | $ | 1,030.50 |
| **Total** | | | | **$** | **1,030.50** |



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 10/19/2020 | CI-020045 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 11/18/2020 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **1,030.50** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **1,030.50** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

M 10/27/20
#8346

1



|  | Project #: | P-000973 |
|---|---|---|
|  | Invoice Date: | 10/16/2020 |
|  | Invoice Number: | CI-020045 |
|  | Professional Services Through: | 9/30/2020 |

### Miscellaneous Expenses

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 $ | 1,030.50 |
| **Total** |  |  | $ | **1,030.50** |


COLLABORATION DRIVES RESULTS

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 11/18/2020 | CI-021985 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 12/18/2020 |

| FEIN NO. | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 1,030.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | 1,030.50 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

M 11/24/20
# 8381



| | Project #: | P-000973 |
|---|---|---|
| | Invoice Date: | 11/18/2020 |
| | Invoice Number: | CI-021985 |
| | Professional Services Through: | 10/31/2020 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ | 1,030.50 |

**Total** $1,030.50



**ankura**
COLLABORATION DRIVES RESULTS

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 12/14/2020 | CI-023618 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 01/13/2021 |

| FEIN NO. | 47-2435218 |
|---|---|

## Bill To:

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

## Project Information:

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **1,030.50** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **1,030.50** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

## Remittance Information:

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

M 1/5/21 ✓# 8439

1



|  | Project #: | P-000973 |
|---|---|---|
|  | Invoice Date: | 12/14/2020 |
|  | Invoice Number: | CI-023618 |
|  | Professional Services Through: | 11/30/2020 |

### *Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

| Total | | | | $1,030.50 |
|---|---|---|---|---|



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
| --- | --- |
| 01/22/2021 | CI-026017 |

| Payment Terms | Due Date |
| --- | --- |
| Net 30 | 02/21/2021 |

| FEIN NO.: | 47-2435218 |
| --- | --- |

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

Project Name:     P-000973 Joint Juice (Mullins v Premier Nutrition)

Project Number:   P-000973

PO Number:

Professional Services rendered, see attached.

| | | |
| --- | --- | --- |
| Net Amount: | | 1,030.50 |
| Tax: | | |
| Total Invoice Amount: | USD | 1,030.50 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 3/2/21
#8535



|  | Project #: | P-000973 |
|---|---|---|
|  | Invoice Date: | 1/22/2021 |
|  | Invoice Number: | CI-026017 |
|  | Professional Services Through: | 12/31/2020 |

### *Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

**Total** — **$1,030.50**



**COLLABORATION DRIVES RESULTS**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 02/24/2021 | CI-028043 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 03/26/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

### Bill To:

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

### Project Information:

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **1,030.50** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **1,030.50** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

### Remittance Information:

**Remittance Instructions**

<u>United States Postal Service</u>

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

<u>Wire Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

<u>Courier</u>

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

<u>ACH Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 3/16/21    # 8569

1



| | Project #: | P-000973 |
| --- | --- | --- |
| | Invoice Date: | 2/24/2021 |
| | Invoice Number: | CI-028043 |
| | Professional Services Through: | 1/31/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
| --- | --- | --- | --- | --- |
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

**Total**          **$1,030.50**



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 03/25/2021 | CI-029914 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 04/24/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

## Bill To:

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

## Project Information:

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| Net Amount: | | 1,030.50 |
| Tax: | | |
| Total Invoice Amount: | USD | 1,030.50 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

## Remittance Information:

**Remittance Instructions**

Underlined: United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 3/30/21

# 8587



| | | | Project #: | P-000973 |
| | | | Invoice Date: | 3/25/2021 |
| | | | Invoice Number: | CI-029914 |
| | | | Professional Services Through: | 2/28/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ | 1,030.50 |
| **Total** | | | | | **$1,030.50** |



**ankura**
COLLABORATION DRIVES RESULTS

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 04/12/2021 | CI-030737 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 30 | 05/12/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

Project Name: P-000973 Joint Juice (Mullins v Premier Nutrition)

Project Number: P-000973

PO Number:

---

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 1,030.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 1,030.50 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

---

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds*

# 8622
pd 4/29/21

1



| | | | | Project #: | P-000973 |
| | | | | Invoice Date: | 4/12/2021 |
| | | | | Invoice Number: | CI-030737 |
| | | | | Professional Services Through: | 3/31/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ | 1,030.50 |

**Total** $1,030.50



**Ankura Consulting Group LLC**
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
| --- | --- |
| 05/11/2021 | CI-032623 |

| Payment Terms | Due Date |
| --- | --- |
| Net 30 | 06/10/2021 |

| FEIN NO.: | 47-2435218 |
| --- | --- |

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

| | |
| --- | --- |
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
| --- | --- | --- |
| *Net Amount:* | | 1,030.50 |
| *Tax:* | | |
| *Total Invoice Amount:* | USD | 1,030.50 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

**United States Postal Service**

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

**Wire Instructions**

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

PM 5/25/21 # 8647



|  | Project #: | P-000973 |
|---|---|---|
|  | Invoice Date: | 5/11/2021 |
|  | Invoice Number: | CI-032623 |
|  | Professional Services Through: | 4/30/2021 |

## Miscellaneous Expenses

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

**Total**           **$1,030.50**



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 06/15/2021 | CI-034985 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 07/15/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | | |
|---|---|---|---|
| **Net Amount:** | | | 1,030.50 |
| **Tax:** | | | |
| **Total Invoice Amount:** | | USD | 1,030.50 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 6/22/21
# 8699



|  |  | Project #: | P-000973 |
|---|---|---|---|
|  |  | Invoice Date: | 6/15/2021 |
|  |  | Invoice Number: | CI-034985 |
|  |  | Professional Services Through: | 5/31/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 $ | 1,030.50 |
| **Total** |  |  |  | **$1,030.50** |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 07/27/2021 | CI-037775 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 30 | 08/26/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

Project Name: P-000973 Joint Juice (Mullins v Premier Nutrition)

Project Number: P-000973

PO Number:

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **1,030.50** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **1,030.50** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | Project #: | P-000973 |
|---|---|---|
| | Invoice Date: | 7/27/2021 |
| | Invoice Number: | CI-037775 |
| | Professional Services Through: | 6/30/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

| Total | | | | $1,030.50 |



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 08/17/2021 | CI-039175 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 09/16/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

### Bill To:

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

### Project Information:

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| *Net Amount:* | | **1,030.50** |
| *Tax:* | | |
| *Total Invoice Amount:* | **USD** | **1,030.50** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

### Remittance Information:

**Remittance Instructions**

<u>United States Postal Service</u>

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

<u>Wire Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

<u>Courier</u>

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

<u>ACH Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



|  | Project #: | P-000973 |
|---|---|---|
|  | Invoice Date: | 8/17/2021 |
|  | Invoice Number: | CI-039175 |
|  | Professional Services Through: | 7/31/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

**Total** $1,030.50



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 09/08/2021 | CI-040209 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 10/08/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

Project Name:      P-000973 Joint Juice (Mullins v Premier Nutrition)

Project Number:    P-000973
PO Number:

Professional Services rendered, see attached.

| | |
|---|---|
| **Net Amount:** | 1,030.50 |
| **Tax:** | |
| **Total Invoice Amount:** | USD 1,030.50 |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1

pd 9/14/21
#8809



|  | Project #: | P-000973 |
|---|---|---|
|  | Invoice Date: | 9/8/2021 |
|  | Invoice Number: | CI-040209 |
|  | Professional Services Through: | 8/31/2021 |

**Miscellaneous Expenses**

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 $ | 1,030.50 |

**Total** $1,030.50



# ankura

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

## INVOICE

| Date | Invoice Number |
|---|---|
| 10/18/2021 | CI-042962 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 11/17/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | | |
|---|---|---|---|
| **Net Amount:** | | | 1,030.50 |
| **Tax:** | | | |
| **Total Invoice Amount:** | | **USD** | 1,030.50 |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

### Remittance Instructions

**United States Postal Service**

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

**Courier**

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

### Electronic Payment Info

**Wire Instructions**

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 10/26/21
#8865



| | Project #: | P-000973 |
|---|---|---|
| | Invoice Date: | 10/18/2021 |
| | Invoice Number: | CI-042962 |
| | Professional Services Through: | 9/30/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

**Total**        **$1,030.50**



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

**INVOICE**

| Date | Invoice Number |
|---|---|
| 11/16/2021 | CI-045325 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 12/16/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | | |
|---|---|---|---|
| **Net Amount:** | | | 1,030.05 |
| **Tax:** | | | |
| **Total Invoice Amount:** | | **USD** | **1,030.05** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

*pd 11/23/21*

*# 8901*



| | | | Project #: | P-000973 |
| | | | Invoice Date: | 11/16/2021 |
| | | | Invoice Number: | CI-045325 |
| | | | Professional Services Through: | 10/31/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

**Total** $1,030.50



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 12/13/2021 | CI-047057 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 01/12/2022 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

Project Name:          P-000973 Joint Juice (Mullins v Premier Nutrition)

Project Number:       P-000973
PO Number:

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 1,030.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 1,030.50 |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pM 12/21/21
#8952

1



|  | Project #: | P-000973 |
|---|---|---|
|  | Invoice Date: | 12/13/2021 |
|  | Invoice Number: | CI-047057 |
|  | Professional Services Through: | 11/30/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

**Total**                                                                    **$1,030.50**



| | | |
|---|---|---|
| **Project #:** | **P-000973** |
| **Invoice Date:** | **12/13/2021** |
| **Invoice Number:** | **CI-047057** |
| **Professional Services Through:** | **11/30/2021** |

## *Invoice Summary*

| | | |
|---|---|---|
| **Professional Services** | $ | **-** |
| **Miscellaneous Expenses** | $ | **1,030.50** |
| **Invoice Total:** | $ | **1,030.50** |

| | | |
|---|---|---|
| **Total Amount Due** | $ | **1,030.50** |

## Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 01/18/2022 | CI-049149 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 02/17/2022 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

Project Name:      P-000973 Joint Juice (Mullins v Premier Nutrition)

Project Number:    P-000973
PO Number:

---

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 1,030.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **1,030.50** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 2/1/22
#9028



| | | | | |
|---|---|---|---|---|
| | **Project #:** | | | P-000973 |
| | **Invoice Date:** | | | 1/18/2022 |
| | **Invoice Number:** | | | CI-049149 |
| | **Professional Services Through:** | | | 12/31/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 $ | 1,030.50 |
| **Total** | | | | **$1,030.50** |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
| --- | --- |
| 02/23/2022 | CI-051221 |

| Payment Terms | Due Date |
| --- | --- |
| Net 30 | 03/25/2022 |

| FEIN NO.: | 47-2435218 |
| --- | --- |

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

Project Name: P-000973 Joint Juice (Mullins v Premier Nutrition)

Project Number: P-000973

PO Number:

Professional Services rendered, see attached.

| | | |
| --- | --- | --- |
| **Net Amount:** | | 1,030.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **1,030.50** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

μ 3/1/22
# 9051

1



|  | | Project #: | P-000973 |
|---|---|---|---|
|  | | Invoice Date: | 2/23/2022 |
|  | | Invoice Number: | CI-051221 |
|  | | Professional Services Through: | 1/31/2022 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |
| **Total** | | | | **$1,030.50** |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

**INVOICE**

| Date | Invoice Number |
|---|---|
| 04/19/2022 | CI-055844 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 05/19/2022 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

Project Name:  P-000973 Joint Juice (Mullins v Premier Nutrition)

Project Number:  P-000973

PO Number:

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 1,030.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | 1,030.50 |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 4/26/22
#9118



|  | | Project #: | P-000973 |
| --- | --- | --- | --- |
|  | | Invoice Date: | 4/19/2022 |
|  | | Invoice Number: | CI-055844 |
|  | | Professional Services Through: | 3/31/2022 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
| --- | --- | --- | --- | --- |
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $ 1,030.50 |

**Total**  $1,030.50



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 05/12/2022 | CI-057394 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 06/11/2022 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **1,030.50** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **1,030.50** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1

*M 6/7/22*
*#9172*



|  |  |  |
|---|---|---|
| **Project #:** | **P-000973** |
| **Invoice Date:** | **5/12/2022** |
| **Invoice Number:** | **CI-057394** |
| **Professional Services Through:** | **4/30/2022** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.05 | GB | 10.00 | $  1,030.50 |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 06/13/2022 | CI-059467 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 07/13/2022 |

| FEIN NO.: | 47-2435218 |
|---|---|

## Bill To:

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

## Project Information:

Project Name:        P-000973 Joint Juice (Mullins
                     v Premier Nutrition)

Project Number:      P-000973
PO Number:

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **1,428.35** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **1,428.35** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

## Remittance Information:

**Remittance Instructions**

<u>United States Postal Service</u>

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

<u>Courier</u>

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

**Electronic Payment Info**

<u>Wire Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

<u>ACH Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 6/21/22
# 9186

1



| | | | | | | Project #: | P-000973 |
| | | | | | | Invoice Date: | 6/13/2022 |
| | | | | | | Invoice Number: | CI-059467 |
| | | | | | | Professional Services Through: | 5/31/2022 |

*Time Detail by Person*

| Name | Title | Date | Time Narrative | Rate | Hours | Amount |
|------|-------|------|----------------|------|-------|--------|
| Christine Galyean | Associate | 5/11/2022 | Data Export: Analyze, prepare, generate, and perform quality assurance verifications ensuring document exports meet client requirements to include coordination of data transfers as necessary. Export searchable PDFs and provide FTP link | 225.00 | 1.00 | $ 225.00 |
| Christine Galyean | Associate | 5/29/2022 | Tier 1: Respond to user question regarding database functionalties with information and instructions. Assistance with family relationship of a document | 225.00 | 0.25 | $ 56.25 |
| Christine Galyean | Associate | 5/26/2022 | Tier 2: Provide expertise, and assistance regarding search syntax analysis, search creation, CAL and/or other AI Casepoint features. Update dtSearch index with noise words and special character; search for term and folder results | 225.00 | 0.50 | $ 112.50 |
| **Total** | | | | | | $ 393.75 |



|  | Project #: | P-000973 |
|---|---|---|
|  | Invoice Date: | 6/13/2022 |
|  | Invoice Number: | CI-059467 |
|  | Professional Services Through: | 5/31/2022 |

*Technology and Data Related Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.46 | GB | 10.00 $ | 1,034.60 |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 07/21/2022 | CI-062256 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 08/20/2022 |

| FEIN NO.: | 47-2435218 |
|---|---|

### Bill To:

Tommy O'Reardon
Blood Hurst & O'Reardon, LLP
501 W. Broadway
Suite 1490
San Diego, CA 92101
United States of America

### Project Information:

| | |
|---|---|
| Project Name: | P-000973 Joint Juice (Mullins v Premier Nutrition) |
| Project Number: | P-000973 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 1,034.60 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **1,034.60** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

### Remittance Information:

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

pd 8/2/22
/# 9248



|  | | Project #: | P-000973 |
|---|---|---|---|
|  | | Invoice Date: | 7/21/2022 |
|  | | Invoice Number: | CI-062256 |
|  | | Professional Services Through: | 6/30/2022 |

**Technology and Data Related Expenses**

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Casepoint - Hosted Data | 103.46 | GB | 10.00 $ | 1,034.60 |