**EXHIBIT 10**

*Montera v. Premier Nutrition*, Case No. 3:16-CV-06980 RS
Blood Hurst & O'Reardon, LLP

Conference Calls: $192.97

6210 0010  LV RP 24 05252014 NNNNⁿⁿ / 01 006636 0022

|  | Page 4 of 6 |
|---|---|
| Billing Account Number | |
| Invoice Date | May 24, 2014 |

## Conference Call Detail





**BLOOD HURST & OREARDON LLP**

| | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| Conference # | Chairperson | Ready-Access Bridging | 51:00 Min | .01700 | .87 |
| 294006707 | TOMMY OREARDON | Ready-Access Dial In | 51:00 Min | .01500 | .78 |
| | | Taxes | | | .00 |
| Date | Chairperson Phone | Surcharges | | | .33 |
| APR 29, 2014 | 6193381100 | Conference Total | | | 1.98 ✓ |
| Time | Account Code | | | | |
| 02:00 PM MTN | 11813  *JOINT JUICE* | | | | |
| Lines | Reference | | | | |
| 3 | READY ACCESS | | | | |



6210 0010  LV RP 24 08252014 NNl.  .Y 01 006725  0023

Page 4 of 4

Billing Account Number

Invoice Date                                                                    August 24, 2014

## Conference Call Detail

**BLOOD HURST & OREARDON LLP**

| | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| **Conference #** | **Chairperson** | Ready-Access Bridging | 24:00 Min | .01700 | .41 |
| 305423771 | TOMMY OREARDON | Ready-Access Dial In | 24:00 Min | .01500 | .37 |
| | | Taxes | | | .00 |
| **Date** | **Chairperson Phone** | Surcharges | | | .15 |
| AUG 15, 2014 | 6193381100 | Conference Total | | | .93 |
| **Time** | **Account Code** | | | | |
| 04:01 PM MTN | 11813  *JOINT JUICE* | | | | |
| **Lines** | Reference | | | | |
| 3 | READY ACCESS | | | | |



6210 0010  LV RP 24 02252015 NNN.  . 01 006567  0023

Page 5 of 5

Billing Account Number  ███████████
Invoice Date  February 24, 2015

## Conference Call Detail



| | Description | Units | Rate | Amount |
|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP** | Ready-Access Bridging | 121:00 Min | .01700 | 2.07 |
| | Ready-Access Dial In | 121:00 Min | .01500 | 1.84 |
| **Conference #** 324755181  **Chairperson** TIMOTHY BLOOD | Taxes | | | .00 |
| | Surcharges | | | .80 |
| **Date** FEB 23, 2015  **Chairperson Phone** 6193381100 | Conference Total | | | 4.71 |

**Time** 10:57 AM MTN

**Account Code** 11813  *JOINT JUICE*

**Lines** 6

**Reference** READY ACCESS

6210 0010  LV RP 24 03252015 NNN.     01 006749 0026

Page 4 of 5

Billing Account Number
Invoice Date                                     March 24, 2015

## Conference Call Detail



**BLOOD HURST & OREARDON LLP**

| | |
|---|---|
| Conference # | Chairperson |
| 325901604 | TOMMY OREARDON |
| Date | Chairperson Phone |
| MAR 04, 2015 | 6193381100 |
| Time | Account Code |
| 12:55 PM MTN | 11813 |
| Lines | Reference |
| 7 | READY ACCESS |

| Description | Units | Rate | Amount |
|---|---|---|---|
| Ready-Access Bridging | 191:00 Min | .01700 | 3.26 |
| Ready-Access Dial In | 191:00 Min | .01500 | 2.87 |
| Taxes | | | .00 |
| Surcharges | | | 1.25 |
| Conference Total | | | 7.38 |

6210 0010 LP RP 24 08252015 I    JY 01 007627 0071

Page 5 of 9

Billing Account Number
Invoice Date

August 24, 2015

## Conference Call Detail



| BLOOD HURST & OREARDON LLP | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| | | Ready-Access Bridging | 83:00 Min | .01700 | 1.41 |
| Conference # | Chairperson | Ready-Access Dial In | 83:00 Min | .01500 | 1.26 |
| 342522955 | TOMMY OREARDON | Taxes | | | .00 |
| Date | Chairperson Phone | Surcharges | | | .55 |
| AUG 10, 2015 | 6193381100 | Conference Total | | | 3.22 |
| Time | Account Code | | | | |
| 03:57 PM MTN | 11813 | | | | |
| Lines | Reference | | | | |
| 7 | READY ACCESS | | | | |



6210 0010  LP RP 24 10252015 NI{          ′ 01 005823  0043

| | Page 4 of 7 |
|---|---|
| Billing Account Number | |
| Invoice Date | October 24, 2015 |

## Conference Call Detail





**BLOOD HURST & OREARDON LLP**

| | |
|---|---|
| **Conference #** | **Chairperson** |
| 347582869 | TOMMY OREARDON |
| **Date** | **Chairperson Phone** |
| SEP 25, 2015 | 6193381100 |
| **Time** | **Account Code** |
| 02:16 PM MTN | 11813 |
| **Lines** | **Reference** |
| 4 | READY ACCESS |

| Description | Units | Rate | Amount |
|---|---|---|---|
| Ready-Access Bridging | 207:00 Min | .01700 | 3.52 |
| Ready-Access Dial In | 207:00 Min | .01500 | 3.12 |
| Taxes | | | .00 |
| Surcharges | | | 1.35 |
| Conference Total | | | 7.99 |

7519 0100 NO RP 06 11062015 0008142 001    1oz BRE

# TouchTone
## communications

**BLOOP HURST & O'REARDON LLP**
**LESLIE HURST**
**701 B STREET**
**SUITE 1700**
**SAN DIEGO, CA  92101**

| | |
|---|---|
| **Invoice Date** | 10/31/15 |
| **Account Number** | |
| **Call Usage** | 10/01/15 - 10/31/15 |

**SUMMARY OF ACCOUNT HISTORY**
AMOUNT OF LAST STATEMENT
PAYMENTS RECEIVED 10/27/15

**PAST DUE BALANCE**
CURRENT CHARGES

| TOTAL DUE BY 11/25/15 |
|---|
| TOTAL DUE AFTER 12/03/15 |



## Customer Service Information

📞 **Support**    800-266-4006

🌐 **Web site**    www.touchtone.net

Blood, Hurst & O'Reardon LLP                                                5031

    TOUCHTONE COMMUNICATIONS                           11/18/15
5900 · TELEPHONE & INTERNET        10/31 STMT                           28.72

Jont
Juice — 50 80 — 14.36

UNION BANK - GENE   ACCT NO. 61933811                                    28.72

REORDEF

6210 0010 LP RP 24 10252015 NN    ' 01 005823 0043

Page 5 of 7

Billing Account Number ███████████

Invoice Date                                          October 24, 2015

## Conference Call Detail

**BLOOD HURST & OREARDON LLP**

Conference # 348687021 | Chairperson TIMOTHY BLOOD

Date OCT 06, 2015 | Chairperson Phone 6193381100

Time 02:30 PM MTN | Account Code 11813

Lines 4 | Reference READY ACCESS

| Description | Units | Rate | Amount |
|---|---|---|---|
| Ready-Access Bridging | 72:00 Min | .01700 | 1.23 |
| Ready-Access Dial In | 72:00 Min | .01500 | 1.09 |
| Taxes | | | .00 |
| Surcharges | | | .47 |
| Conference Total | | | 2.79 |



Page 4 of 6

Billing Account Number

Invoice Date                                                     December 24, 2015

*Conference Call Detail*

| | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP** | | Ready-Access Bridging | 44:00 Min | .01700 | .75 |
| **Conference #** | **Chairperson** | Ready-Access Dial In | 44:00 Min | .01500 | .67 |
| 356234703 | TIMOTHY BLOOD | Taxes | | | .04 |
| **Date** | **Chairperson Phone** | Surcharges | | | .00 |
| DEC 11, 2015 | 6193381100 | Conference Total | | | 1.46 |
| **Time** | **Account Code** | | | | |
| 10:59 AM MTN | 11813 | | | | |
| **Lines** | **Reference** | | | | |
| 2 | READY ACCESS | | | | |



6210 0010 LP RP 24 12252016 NNNNNY ... ა04574 0031

Page 4 of 6

Billing Account Number

Invoice Date                                    December 24, 2016

## Conference Call Detail



**BLOOD HURST & OREARDON LLP**

| Conference # | Chairperson |
|---|---|
| 394268935 | TOMMY OREARDON |

| Date | Chairperson Phone |
|---|---|
| DEC 02, 2016 | 6193381100 |

| Time | Account Code |
|---|---|
| 02:00 PM MTN | 11813 |

| Lines | Reference |
|---|---|
| 3 | READY ACCESS |



| Description | Units | Rate | Amount |
|---|---|---|---|
| Ready-Access Bridging | 49:00 Min | .01700 | .83 |
| Ready-Access Dial In | 49:00 Min | .01500 | .74 |
| Taxes | | | .04 |
| Surcharges | | | .00 |
| Conference Total | | | 1.61 |

# Level (3)
### COMMUNICATIONS

6210 0010 LP RP 24 12252016 NNNNNY ᴜ, ᴜ04574 0031

Page 6 of 6

Billing Account Number

Invoice Date                                    December 24, 2016

## Conference Call Detail



**BLOOD HURST & OREARDON LLP**

| | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| Conference #<br>395597108 | Chairperson<br>TOMMY OREARDON | Ready-Access Bridging<br>Ready-Access Dial In | 17:00 Min<br>17:00 Min | .01700<br>.01500 | .29<br>.26 |
| Date<br>DEC 14, 2016 | Chairperson Phone<br>6193381100 | Taxes<br>Surcharges | | | .00<br>.00 |
| Time<br>01:59 PM MTN | Account Code<br>11813 | Conference Total | | | .55 |
| Lines<br>2 | Reference<br>READY ACCESS | | | | |



# Level (3)
**COMMUNICATIONS**

6210 0010  LJ RP 24 09252017 NNNNN,  ᴊ1 004217  0014

Page 4 of 6

Billing Account Number

Invoice Date                                    September 24, 2017

## *Conference Call Detail*

**BLOOD HURST & OREARDON LLP**

| | | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|---|
| Conference # | Chairperson | | Ready-Access Bridging | 129:00 Min | .0170 | 2.19 |
| 423830345 | TIMOTHY BLOOD | | Ready-Access Dial In | 129:00 Min | .0150 | 1.96 |
| | | | Taxes | | | .00 |
| Date | Chairperson Phone | | Surcharges | | | .91 |
| AUG 25, 2017 | 6193381100 | | Conference Total | | | 5.06 |
| Time | Account Code | | | | | |
| 12:00 PM MTN | 11813 | | | | | |
| Lines | Reference | | | | | |
| 6 | READY ACCESS | | | | | |

**BLOOD HURST & OREARDON LLP**

| | | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|---|
| Conference # | Chairperson | | Ready-Access Bridging | 117:00 Min | .0170 | 1.99 |
| 423856200 | TIMOTHY BLOOD | | Ready-Access Dial In | 117:00 Min | .0150 | 1.76 |
| | | | Taxes | | | .13 |
| Date | Chairperson Phone | | Surcharges | | | .00 |
| AUG 25, 2017 | 6193381100 | | Conference Total | | | 3.88 |
| Time | Account Code | | | | | |
| 04:30 PM MTN | 11813 | | | | | |
| Lines | Reference | | | | | |
| 3 | READY ACCESS | | | | | |



# Level(3)
### COMMUNICATIONS

6210 0010  LJ RP 24 09252017 NNNNNY v1 004217  0014

Page 5 of 6

Billing Account Number
Invoice Date

September 24, 2017

## Conference Call Detail



| | | | | |
|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP** | | **Description** | **Units** | **Rate** | **Amount** |

| | | | | | |
|---|---|---|---|---|---|
| | | Ready-Access Bridging | 138:00 Min | .0170 | 2.36 |
| **Conference #** | **Chairperson** | Ready-Access Dial In | 138:00 Min | .0150 | 2.08 |
| 424813347 | TOMMY OREARDON | Taxes | | | .00 |
| **Date** | **Chairperson Phone** | Surcharges | | | .98 |
| SEP 05, 2017 | 6193381100 | Conference Total | | | 5.42 |
| **Time** | **Account Code** | | | | |
| 04:00 PM MTN | 11813 | | | | |
| **Lines** | **Reference** | | | | |
| 3 | READY ACCESS | | | | |

# Level (3)
COMMUNICATIONS

6210 0010  LJ RP 24 10252017 NNNN...  J1 003929  0013

Page 4 of 4

Billing Account Number ████████

Invoice Date                    October 24, 2017

## Conference Call Detail

| | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|

**BLOOD HURST & OREARDON LLP**

| | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| **Conference #** 428310935 | **Chairperson** TOMMY OREARDON | Ready-Access Bridging | 35:00 Min | .0170 | .60 |
| **Date** OCT 06, 2017 | **Chairperson Phone** 6193381100 | Ready-Access Dial In | 35:00 Min | .0150 | .53 |
| | | Taxes | | | .00 |
| **Time** 12:03 PM MTN | **Account Code** 11813 | Surcharges | | | .27 |
| | | Conference Total | | | 1.40 |
| **Lines** 2 | **Reference** READY ACCESS | | | | |

 Level(3)
Is Now CenturyLink

Billing Account Number
Invoice Date                                                          November 24, 2017

## Conference Call Detail

3LOOD HURST & OREARDON LLP

| | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| Conference # | Chairperson | Ready-Access Bridging | 67:00 Min | .0170 | 1.14 |
| -31315136 | TOMMY OREARDON | Ready-Access Dial In | 67:00 Min | .0150 | 1.01 |
| Date | Chairperson Phone | Taxes | | | .00 |
| NOV 03, 2017 | 6193381100 | Surcharges | | | .51 |
| Time | Account Code | Conference Total | | | 2.66 |
| 1:00 AM MTN | 11813 | | | | |
| Lines | Reference | | | | |
| | READY ACCESS | | | | |





# Level(3)
### COMMUNICATIONS
Is Now CenturyLink

6210 0010  NO RP 24 03252018 NNNNN¹    003558 0011

Page 4 of 6

Billing Account Number
Invoice Date                                          March 24, 2018

## *Conference Call Detail*

| | | | | |
|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP** | | **Description** | **Units** | **Rate** | **Amount** |

**BLOOD HURST & OREARDON LLP**

| Conference # | Chairperson |
|---|---|
| 443789295 | TIMOTHY BLOOD |
| Date | Chairperson Phone |
| MAR 02, 2018 | 6193381100 |
| Time | Account Code |
| 03:28 PM MTN | 11813 |
| Lines | Reference |
| 3 | READY ACCESS |

| Description | Units | Rate | Amount |
|---|---|---|---|
| Ready-Access Bridging | 14:00 Min | .0170 | .24 |
| Ready-Access Dial In | 14:00 Min | .0150 | .22 |
| Taxes | | | .00 |
| Surcharges | | | .00 |
| Conference Total | | | .46 |



 **CenturyLink®**

6210 0010 NO RP 24 05252018 NNNN... ُ1 003496 0011

Page 5 of 6

Billing Account Number

Invoice Date                    May 24, 2018

## *Conference Call Detail*





**BLOOD HURST & OREARDON LLP**

| | | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| **Conference #** | **Chairperson** | Ready-Access Bridging | 147:00 Min | .0170 | 2.50 |
| 453307343 | TOMMY OREARDON | Ready-Access Dial In | 147:00 Min | .0150 | 2.21 |
| **Date** | **Chairperson Phone** | Taxes | | | .17 |
| MAY 10, 2018 | 6193381100 | Surcharges | | | .00 |
| **Time** | **Account Code** | Conference Total | | | 4.88 |
| 12:01 PM MTN | 11813 | | | | |
| **Lines** | **Reference** | | | | |
| 2 | READY ACCESS | | | | |

# CenturyLink®

6210 0010  NO RP 24 06252018 NNNNN, 01 003512  0011

| | Page 4 of 5 |
|---|---|
| Billing Account Number | |
| Invoice Date | June 24, 2018 |

Conference Call Detail



**BLOOD HURST & OREARDON LLP**

| | |
|---|---|
| Conference # | Chairperson |
| 455989486 | TOMMY OREARDON |
| Date | Chairperson Phone |
| MAY 29, 2018 | 6193381100 |
| Time | Account Code |
| 12:00 PM MTN | 11813 |
| Lines | Reference |
| 4 | READY ACCESS |

| Description | Units | Rate | Amount |
|---|---|---|---|
| Ready-Access Bridging | 107:00 Min | .0170 | 1.83 |
| Ready-Access Dial In | 107:00 Min | .0150 | 1.62 |
| Taxes | | | .00 |
| Surcharges | | | .81 |
| Conference Total | | | 4.26 |



Page 7 of 10

Billing Account Number ▮▮▮▮▮▮
Invoice Number      91661967
Invoice Date        Apr 24, 2020

BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

Conference ID: 599918480
**Chairperson:** WINKY CAMERON      **Chairperson Phone #:** 6193381100
**Reference:** Ready Access      **Reference 1:** READY ACCESS      **Account Code:** 11813
**Date:** 04/10/2020 **Time:** 03:00 PM **Lines:** 4

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 63:00 Minutes @ 0.0170 | 1.08 | 0.36 | 1.44 |
| Ready-Access Dial In | 63:00 Minutes @ 0.0150 | 0.96 | 0.26 | 1.22 |
| **Total Conference ID: 599918480** | | **2.04** | **0.62** | **2.66** |

Conference ID: ▮▮▮▮▮▮▮

![CenturyLink]

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP (Continued)** | | | | |
| | Total Conference ID: 601255506 | 0.39 | 0.03 | 0.42 |
| Conference ID: 601255509 | | | | |
| Chairperson: TOMMY OREARDON    Chairperson Phone #: 6193381100 | | | | |
| Reference: Ready Access    Reference 1: READY ACCESS | | | | |
| Date: 04/16/2020 Time: 04:08 PM    Lines: 2    Account Code: 11813 | | | | |
| Ready-Access Bridging | 4:00 Minutes @ 0.0170 | 0.06 | 0.00 | 0.06 |
| Ready-Access Dial In | 4:00 Minutes @ 0.0150 | 0.06 | 0.00 | 0.06 |
| | Total Conference ID: 601255509 | 0.12 | 0.00 | 0.12 |
| Conference ID: 602383716 | | | | |

# CenturyLink

Billing Account Number ▮▮▮▮▮▮▮
Invoice Number 120948049
Invoice Date Jun 24, 2020

**BLOOD HURST & OREARDON LLP**

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

Conference ID: 614542126
Chairperson: TOMMY OREARDON        Chairperson Phone #: 6193381100
Reference: Ready Access        Reference 1: READY ACCESS
Date: 06/22/2020  Time: 03:06 PM   Lines: 5        Account Code: 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 86:00 Minutes @ 0.0170 | 1.46 | 0.49 | 1.95 |
| Ready-Access Dial In | 86:00 Minutes @ 0.0150 | 1.30 | 0.35 | 1.65 |

 **CenturyLink®**

| Billing Account Number | ▮▮▮▮▮▮ |
| Invoice Number | 120948049 |
| Invoice Date | Jun 24, 2020 |

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP (Continued)** | | | | |
| | Total Conference ID: 614542126 | 2.76 | 0.84 | 3.60 |
| Conference ID: 614784075 | | | | |
| Chairperson: TIMOTHY BLOOD     Chairperson Phone #: 6193381100 | | | | |
| Reference: Ready Access     Reference 1: READY ACCESS | | | | |
| Date: 06/23/2020 Time: 12:28 PM Lines: 2     Account Code: 11813 | | | | |
| Ready-Access Bridging | 32:00 Minutes @ 0.0170 | 0.54 | 0.18 | 0.72 |
| Ready-Access Dial In | 32:00 Minutes @ 0.0150 | 0.48 | 0.13 | 0.61 |
| | Total Conference ID: 614784075 | 1.02 | 0.31 | 1.33 |
| **Total Conferencing Charges** | | | | |

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 23 of 46


**CenturyLink®**

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

**Chairperson: TOMMY OREARDON**          Chairperson Phone #: 6193381100
Reference: Ready Access                   Reference 1: READY ACCESS
Date: 06/25/2020  Time: 02:00 PM   Lines: 3

Account Code: 11813

| | | | | |
|---|---|---|---|---|
| Ready-Access Bridging | 18:00 Minutes @ 0.0170 | 0.31 | 0.13 | 0.44 |
| Ready-Access Dial In | 18:00 Minutes @ 0.0150 | 0.28 | 0.10 | 0.38 |

Conference ID: 615362538          Total Conference ID: 615362481    **0.59**    **0.23**    **0.82**

**Chairperson: TOMMY OREARDON**          Chairperson Phone #: 6193381100
Reference: Ready Access                   Reference 1: READY ACCESS
Date: 06/25/2020  Time: 02:08 PM   Lines: 3

Account Code: 11813

| | | | | |
|---|---|---|---|---|
| Ready-Access Bridging | 50:00 Minutes @ 0.0170 | 0.85 | 0.35 | 1.20 |
| Ready-Access Dial In | 50:00 Minutes @ 0.0150 | 0.76 | 0.25 | 1.01 |

Conference ID: 615366543          Total Conference ID: 615362538    **1.61**    **0.60**    **2.21**

**Chairperson: TIMOTHY BLOOD**          Chairperson Phone #: 6193381100
Reference: Ready Access                   Reference 1: READY ACCESS
Date: 06/25/2020  Time: 03:28 PM   Lines: 5

Account Code: 1181301

| | | | | |
|---|---|---|---|---|
| Ready-Access Bridging | 137:00 Minutes @ 0.0170 | 2.34 | 0.96 | 3.30 |
| Ready-Access Dial In | 137:00 Minutes @ 0.0150 | 2.06 | 0.70 | 2.76 |

Total Conference ID: 615366543    **4.40**    **1.66**    **6.06**



CenturyLink

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP (Continued)** | | | | |
| | Total Conference ID: 618478207 | 1.49 | 0.56 | 2.05 |
| Conference ID: 618768637 | | | | |
| Chairperson: TIMOTHY BLOOD     Chairperson Phone #: 6193381100 | | | | |
| Reference: Ready Access     Reference 1: READY ACCESS | | | | |
| Date: 07/15/2020  Time: 04:58 PM  Lines: 6     Account Code: 11813 | | | | |
| Ready-Access Bridging | 310:00 Minutes @ 0.0170 | 5.27 | 0.71 | 5.98 |
| Ready-Access Dial In | 310:00 Minutes @ 0.0150 | 4.66 | 0.36 | 5.02 |
| | Total Conference ID: 618768637 | 9.93 | 1.07 | 11.00 |
| Conference ID: 619039531 | | | | |


**BLOOD HURST & OREARDON LLP**

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

Chairperson: TIMOTHY BLOOD     Chairperson Phone #: 6193381100
Reference: Ready Access     Reference 1: READY ACCESS
Date: 07/22/2020   Time: 02:58 PM   Lines: 4       Account Code: 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 159:00 Minutes @ 0.0170 | 2.71 | 1.11 | 3.82 |
| Ready-Access Dial In | 159:00 Minutes @ 0.0150 | 2.39 | 0.81 | 3.20 |
| Total Conference ID: 620088424 | | 5.10 | 1.92 | 7.02 ✓ |

Conference ID: 620336978

Case 3:16-cv-06980-RS    Document 328-11    Filed 04/04/23    Page 26 of 46

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL



| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

Conference ID: 627272829
**Chairperson:** TIMOTHY BLOOD    **Chairperson Phone #:** 6193381100
**Reference:** Ready Access    **Reference 1:** READY ACCESS    **Account Code:** 11813
**Date:** 08/31/2020 **Time:** 09:57 AM    **Lines:** 6

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 100:00 Minutes @ 0.0170 | 1.70 | 0.69 | 2.39 |
| Ready-Access Dial In | 100:00 Minutes @ 0.0150 | 1.52 | 0.52 | 2.04 |
| Total Conference ID: 627272829 | | 3.22 | 1.21 | 4.43 |

Conference ID: 627502440

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 27 of 46

**BLOOD HURST & OREARDON LLP**

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

Conference ID: 674018221
Chairperson: WINKY CAMERON        Chairperson Phone #: 6193381100
Reference: Ready Access        Reference 1: READY ACCESS        Account Code: 11813
Date: 05/13/2021 **Time:** 01:00 PM **Lines:** 3

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 68:00 Minutes @ 0.0170 | 1.15 | 0.56 | 1.71 |
| Ready-Access Dial In | 68:00 Minutes @ 0.0150 | 1.03 | 0.43 | 1.46 |
| Total Conference ID: 674018221 | | 2.18 | 0.99 | 3.17 |

Conference ID: 674020745

Case 3:16-cv-06980-RS    Document 328-11    Filed 04/04/23    Page 28 of 46

# LUMEN®

Billing Account Number
Invoice Number    231062943
Invoice Date    Jun 24, 2021

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

**Chairperson: TOMMY OREARDON**  **Chairperson Phone #: 6193381100**
Reference: Ready Access   Reference 1: READY ACCESS
Date: 05/26/2021  Time: 02:29 PM   Lines: 4

Account Code: 11813

| | | | | |
|---|---|---|---|---|
| Ready-Access Bridging | 102:00 Minutes @ 0.0170 | 1.74 | 0.85 | 2.59 |
| Ready-Access Dial In | 102:00 Minutes @ 0.0150 | 1.54 | 0.64 | 2.18 |
| **Total Conference ID: 676110122** | | **3.28** | **1.49** | **4.77** |

Conference ID: 676359084

**Chairperson: TOMMY OREARDON**  **Chairperson Phone #: 6193381100**
Reference: Ready Access   Reference 1: READY ACCESS
Date: 05/27/2021  Time: 03:59 PM   Lines: 4

Account Code: 11813

| | | | | |
|---|---|---|---|---|
| Ready-Access Bridging | 130:00 Minutes @ 0.0170 | 2.20 | 0.31 | 2.51 |
| Ready-Access Dial In | 130:00 Minutes @ 0.0150 | 1.96 | 0.16 | 2.12 |
| **Total Conference ID: 676359084** | | **4.16** | **0.47** | **4.63** |



BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP** | | | | |
| Conference ID: 681430243 | | | | |
| Chairperson: TIMOTHY BLOOD            Chairperson Phone #: 6193381100 | | | | |
| Reference: Ready Access            Reference 1: READY ACCESS | | | | |
| Date: 06/28/2021 **Time:** 04:00 PM **Lines:** 1            Account Code: 11813 | | | | |
| Ready-Access Bridging | 10:00 Minutes @ 0.0170 | 0.17 | 0.02 | 0.19 |
| Ready-Access Dial In | 10:00 Minutes @ 0.0150 | 0.15 | 0.01 | 0.16 |
| **Total Conference ID: 681430243** | | **0.32** | **0.03** | **0.35** |
| Conference ID: 681631043 | | | | |

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 30 of 46

# LUMEN®

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

Conference ID: 693560312
**Chairperson:** TOMMY OREARDON     **Chairperson Phone #:** 6193381100
**Reference:** Ready Access     **Reference 1:** READY ACCESS     **Account Code:** 11813
**Date:** 09/15/2021  **Time:** 09:59 AM   **Lines:** 4

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 87:00 Minutes @ 0.0170 | 1.47 | 0.69 | 2.16 |
| Ready-Access Dial In | 87:00 Minutes @ 0.0150 | 1.32 | 0.53 | 1.85 |
| Total Conference ID: 693560312 | | 2.79 | 1.22 | 4.01 |

Conference ID: 693560603

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 31 of 46

# LUMEN®

Page 7 of 7

Billing Account Number  
Invoice Number     247235400  
Invoice Date     Oct 24, 2021

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

Conference ID: 699292683  
**Chairperson:** TOMMY OREARDON      **Chairperson Phone #:** 6193381100  
**Reference:** Ready Access      **Reference 1:** READY ACCESS      **Account Code:** 11813  
**Date:** 10/21/2021 **Time:** 04:59 PM    **Lines:** 4

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 167:00 Minutes @ 0.0170 | 2.84 | 0.39 | 3.23 |
| Ready-Access Dial In | 167:00 Minutes @ 0.0150 | 2.52 | 0.21 | 2.73 |
| Total Conference ID: 699292683 | | 5.36 | 0.60 | 5.96 |

| Total BLOOD HURST & OREARDON LLP | |
|---|---|
| **Total Conferencing Charges** | |



# LUMEN®

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

Conference ID: 707463208
**Chairperson:** TOMMY OREARDON    **Chairperson Phone #:** 6193381100
**Reference:** Ready Access    **Reference 1:** READY ACCESS
**Date:** 12/20/2021 **Time:** 11:29 AM **Lines:** 3    **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 89:00 Minutes @ 0.0170 | 1.51 | 0.66 | 2.17 |
| Ready-Access Dial In | 89:00 Minutes @ 0.0150 | 1.35 | 0.50 | 1.85 |

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 33 of 46

# LUMEN®

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP (Continued)** | | | | |
| Total Conference ID: 707463208 | | 2.86 | 1.16 | 4.02 |
| ████████████████████████████████████ | | | | |
| Chairperson: TOMMY OREARDON | Chairperson Phone #: 6193381100 | | | |
| Reference: Ready Access | Reference 1: READY ACCESS | | | |
| Date: 12/21/2021 Time: 02:27 PM Lines: 4 | | Account Code: 11813 | | |
| Ready-Access Bridging | 108:00 Minutes @ 0.0170 | 1.84 | 0.81 | 2.65 |
| Ready-Access Dial In | 108:00 Minutes @ 0.0150 | 1.63 | 0.60 | 2.23 |
| Total Conference ID: 707600012 | | 3.47 | 1.41 | 4.88 |
| Conference ID: 707740743 | | | | |
| Chairperson: TOMMY OREARDON | Chairperson Phone #: 6193381100 | | | |
| Reference: Ready Access | Reference 1: READY ACCESS | | | |
| Date: 12/22/2021 Time: 02:29 PM Lines: 4 | | Account Code: 11813 | | |
| Ready-Access Bridging | 110:00 Minutes @ 0.0170 | 1.87 | 0.26 | 2.13 |
| Ready-Access Dial In | 110:00 Minutes @ 0.0150 | 1.66 | 0.14 | 1.80 |
| Total Conference ID: 707740743 | | 3.53 | 0.40 | 3.93 |
| Total BLOOD HURST & OREARDON LLP | | ███████████████ | | |
| **Total Conferencing Charges** | | | | |

Case 3:16-cv-06980-RS  Document 328-11  Filed 04/04/23  Page 34 of 46





**BLOOD HURST & OREARDON LLP**

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

[black redaction]

**Chairperson:** TOMMY OREARDON     **Chairperson Phone #:** 6193381100
**Reference:** Ready Access     **Reference 1:** READY ACCESS
**Date:** 01/06/2022 **Time:** 11:59 AM **Lines:** 4     **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 196:00 Minutes @ 0.0170 | 3.33 | 1.31 | 4.64 |
| Ready-Access Dial In | 196:00 Minutes @ 0.0150 | 2.95 | 0.96 | 3.91 |
| **Total Conference ID: 708675174** | | **6.28** | **2.27** | **8.55** |

**Conference ID:** 708676699
**Chairperson:** TOMMY OREARDON     **Chairperson Phone #:** 6193381100
**Reference:** Ready Access     **Reference 1:** READY ACCESS
**Date:** 01/06/2022 **Time:** 01:57 PM **Lines:** 4     **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 127:00 Minutes @ 0.0170 | 2.16 | 0.86 | 3.02 |
| Ready-Access Dial In | 127:00 Minutes @ 0.0150 | 1.92 | 0.62 | 2.54 |
| **Total Conference ID: 708676699** | | **4.08** | **1.48** | **5.56** |

[black redaction]

# LUMEN®

Page 6 of 9

Billing Account Number  
Invoice Number     277151002  
Invoice Date     Jan 24, 2022

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

**Chairperson:** TOMMY OREARDON    **Chairperson Phone #:** 6193381100  
**Reference:** Ready Access    **Reference 1:** READY ACCESS  
**Date:** 01/07/2022 **Time:** 12:01 PM **Lines:** 3    **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 114:00 Minutes @ 0.0170 | 1.95 | 0.77 | 2.72 |
| Ready-Access Dial In | 114:00 Minutes @ 0.0150 | 1.71 | 0.56 | 2.27 |
| **Total Conference ID: 708855569** | | **3.66** | **1.33** | **4.99** |

**Conference ID:** 708856030

**Chairperson:** TOMMY OREARDON    **Chairperson Phone #:** 6193381100  
**Reference:** Ready Access    **Reference 1:** READY ACCESS  
**Date:** 01/07/2022 **Time:** 12:59 PM **Lines:** 4    **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 104:00 Minutes @ 0.0170 | 1.77 | 0.70 | 2.47 |
| Ready-Access Dial In | 104:00 Minutes @ 0.0150 | 1.58 | 0.51 | 2.09 |
| **Total Conference ID: 708856030** | | **3.35** | **1.21** | **4.56** |

**Conference ID:** 709310032

**Chairperson:** TIMOTHY BLOOD    **Chairperson Phone #:** 6193381100  
**Reference:** Ready Access    **Reference 1:** READY ACCESS  
**Date:** 01/11/2022 **Time:** 10:30 AM **Lines:** 3    **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 59:00 Minutes @ 0.0170 | 1.00 | 0.16 | 1.16 |
| Ready-Access Dial In | 59:00 Minutes @ 0.0150 | 0.89 | 0.07 | 0.96 |
| **Total Conference ID: 709310032** | | **1.89** | **0.23** | **2.12** |

**Conference ID:** 709311680

**Chairperson:** TOMMY OREARDON    **Chairperson Phone #:** 6193381100  
**Reference:** Ready Access    **Reference 1:** READY ACCESS  
**Date:** 01/11/2022 **Time:** 12:00 PM **Lines:** 3    **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 159:00 Minutes @ 0.0170 | 2.71 | 1.07 | 3.78 |
| Ready-Access Dial In | 159:00 Minutes @ 0.0150 | 2.39 | 0.78 | 3.17 |
| **Total Conference ID: 709311680** | | **5.10** | **1.85** | **6.95** |

**Conference ID:** 709517964

Case 3:16-cv-06980-RS    Document 328-11    Filed 04/04/23    Page 36 of 46

# LUMEN®

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

(■■■ redacted ■■■)

**Chairperson:** TOMMY OREARDON  **Chairperson Phone #:** 6193381100
**Reference:** Ready Access  **Reference 1:** READY ACCESS
**Date:** 01/18/2022 **Time:** 02:00 PM  **Lines:** 4  **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 68:00 Minutes @ 0.0170 | 1.16 | 0.46 | 1.62 |
| Ready-Access Dial In | 68:00 Minutes @ 0.0150 | 1.04 | 0.34 | 1.38 |
| Total Conference ID: 710335800 | | 2.20 | 0.80 | 3.00 |

(■■■ redacted ■■■)

**Chairperson:** TOMMY OREARDON  **Chairperson Phone #:** 6193381100
**Reference:** Ready Access  **Reference 1:** READY ACCESS
**Date:** 01/20/2022 **Time:** 02:29 PM  **Lines:** 4  **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 199:00 Minutes @ 0.0170 | 3.39 | 1.34 | 4.73 |
| Ready-Access Dial In | 199:00 Minutes @ 0.0150 | 3.00 | 0.98 | 3.98 |
| Total Conference ID: 710832491 | | 6.39 | 2.32 | 8.71 |

Conference ID: 710832795
**Chairperson:** TOMMY OREARDON  **Chairperson Phone #:** 6193381100
**Reference:** Ready Access  **Reference 1:** READY ACCESS
**Date:** 01/20/2022 **Time:** 03:29 PM  **Lines:** 3  **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 171:00 Minutes @ 0.0170 | 2.91 | 1.15 | 4.06 |
| Ready-Access Dial In | 171:00 Minutes @ 0.0150 | 2.57 | 0.84 | 3.41 |
| Total Conference ID: 710832795 | | 5.48 | 1.99 | 7.47 |

# LUMEN®

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| ▮ | | | | |

**Chairperson:** TOMMY OREARDON   **Chairperson Phone #:** 6193381100
**Reference:** Ready Access   **Reference 1:** READY ACCESS
**Date:** 01/21/2022 **Time:** 04:14 PM   **Lines:** 4   **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 10:00 Minutes @ 0.0170 | 0.16 | 0.02 | 0.18 |
| Ready-Access Dial In | 10:00 Minutes @ 0.0150 | 0.16 | 0.01 | 0.17 |
| Total Conference ID: 711038028 | | 0.32 | 0.03 | 0.35 |

Total BLOOD HURST & OREARDON LLP

Total Conferencing Charges

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 38 of 46



# LUMEN®

Page 5 of 6

Billing Account Number
Invoice Number    281438930
Invoice Date    Feb 24, 2022

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| **BLOOD HURST & OREARDON LLP** | | | | |
| Conference ID: 711929030 | | | | |
| Chairperson: TOMMY OREARDON    Chairperson Phone #: 6193381100 | | | | |
| Reference: Ready Access    Reference 1: READY ACCESS | | | | |
| Date: 01/27/2022 Time: 04:00 PM   Lines: 2 | Account Code: 11813 | | | |
| Ready-Access Bridging | 9:00 Minutes @ 0.0170 | 0.16 | 0.02 | 0.18 |
| Ready-Access Dial In | 9:00 Minutes @ 0.0150 | 0.14 | 0.01 | 0.15 |
| Total Conference ID: 711929030 | | 0.30 | 0.03 | 0.33 |
| Conference ID: 711929508 | | | | |
| Chairperson: TOMMY OREARDON    Chairperson Phone #: 6193381100 | | | | |
| Reference: Ready Access    Reference 1: READY ACCESS | | | | |
| Date: 01/27/2022 Time: 05:58 PM   Lines: 3 | Account Code: 11813 | | | |
| Ready-Access Bridging | 121:00 Minutes @ 0.0170 | 2.06 | 0.30 | 2.36 |
| Ready-Access Dial In | 121:00 Minutes @ 0.0150 | 1.83 | 0.16 | 1.99 |
| Total Conference ID: 711929508 | | 3.89 | 0.46 | 4.35 |
| Conference ID: 712130426 | | | | |
| Chairperson: TOMMY OREARDON    Chairperson Phone #: 6193381100 | | | | |
| Reference: Ready Access    Reference 1: READY ACCESS | | | | |
| Date: 01/28/2022 Time: 01:59 PM   Lines: 4 | Account Code: 11*11813 | | | |
| Ready-Access Bridging | 247:00 Minutes @ 0.0170 | 4.20 | 1.67 | 5.87 |
| Ready-Access Dial In | 247:00 Minutes @ 0.0150 | 3.71 | 1.22 | 4.93 |
| Total Conference ID: 712130426 | | 7.91 | 2.89 | 10.80 |

Conference ID: 712231035

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 39 of 46


Billing Account Number
Invoice Number      281438930
Invoice Date      Feb 24, 2022

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

**Chairperson:** TOMMY OREARDON     **Chairperson Phone #:** 6193381100
**Reference:** Ready Access     **Reference 1:** READY ACCESS
**Date:** 02/03/2022   **Time:** 03:27 PM   **Lines:** 4     **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 87:00 Minutes @ 0.0170 | 1.48 | 0.59 | 2.07 |
| Ready-Access Dial In | 87:00 Minutes @ 0.0150 | 1.31 | 0.43 | 1.74 |
| Total Conference ID: 712923941 | | 2.79 | 1.02 | 3.81 |

**Chairperson:** TOMMY OREARDON     **Chairperson Phone #:** 6193381100
**Reference:** Ready Access     **Reference 1:** READY ACCESS
**Date:** 02/07/2022   **Time:** 02:55 PM   **Lines:** 5     **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 121:00 Minutes @ 0.0170 | 2.05 | 0.30 | 2.35 |
| Ready-Access Dial In | 121:00 Minutes @ 0.0150 | 1.83 | 0.16 | 1.99 |
| Total Conference ID: 713321883 | | 3.88 | 0.46 | 4.34 |

Conference ID: 713500836

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 40 of 46



**BLOOD HURST & OREARDON LLP**

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| ███████████████████████████████████████████████████████████████████████████████ | | | | |

Conference ID: 716518983
**Chairperson:** TIMOTHY BLOOD                 **Chairperson Phone #:** 6193381100
**Reference:** Ready Access                    **Reference 1:** READY ACCESS
**Date:** 02/28/2022 **Time:** 04:57 PM **Lines:** 1                              **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 8:00 Minutes @ 0.0170 | 0.14 | 0.02 | 0.16 |
| Ready-Access Dial In | 8:00 Minutes @ 0.0150 | 0.12 | 0.01 | 0.13 |
| **Total Conference ID: 716518983** | | **0.26** | **0.03** | **0.29** |

Conference ID: 716519225
**Chairperson:** TOMMY OREARDON                 **Chairperson Phone #:** 6193381100
**Reference:** Ready Access                      **Reference 1:** READY ACCESS
**Date:** 02/28/2022 **Time:** 04:58 PM **Lines:** 4                              **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 385:00 Minutes @ 0.0170 | 6.54 | 2.59 | 9.13 |
| Ready-Access Dial In | 385:00 Minutes @ 0.0150 | 5.79 | 1.90 | 7.69 |
| **Total Conference ID: 716519225** | | **12.33** | **4.49** | **16.82** |

Conference ID: 716689060
███████████████████████████████████████████████████████████████████████████████



## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Chairperson:** TOMMY OREARDON **Chairperson Phone #:** 6193381100
**Reference:** Ready Access **Reference 1:** READY ACCESS
**Date:** 03/07/2022 **Time:** 04:58 PM **Lines:** 2 **Account Code:** 1181301

| | | | | |
|---|---|---|---|---|
| Ready-Access Bridging | 238:00 Minutes @ 0.0170 | 4.05 | 1.61 | 5.66 |
| Ready-Access Dial In | 238:00 Minutes @ 0.0150 | 3.58 | 1.18 | 4.76 |
| | **Total Conference ID: 717498156** | **7.63** | **2.79** | **10.42** |

**Conference ID:** 717670042
**Chairperson:** TIMOTHY BLOOD **Chairperson Phone #:** 6193381100
**Reference:** Ready Access **Reference 1:** READY ACCESS
**Date:** 03/08/2022 **Time:** 02:13 PM **Lines:** 9 **Account Code:** 11813

| | | | | |
|---|---|---|---|---|
| Ready-Access Bridging | 322:00 Minutes @ 0.0170 | 5.49 | 2.17 | 7.66 |
| Ready-Access Dial In | 322:00 Minutes @ 0.0150 | 4.86 | 1.59 | 6.45 |
| | **Total Conference ID: 717670042** | **10.35** | **3.76** | **14.11** |

**Conference ID:** 717670609
**Chairperson:** TOMMY OREARDON **Chairperson Phone #:** 6193381100
**Reference:** Ready Access **Reference 1:** READY ACCESS
**Date:** 03/08/2022 **Time:** 02:58 PM **Lines:** 3 **Account Code:** 1181301

| | | | | |
|---|---|---|---|---|
| Ready-Access Bridging | 278:00 Minutes @ 0.0170 | 4.73 | 1.88 | 6.61 |
| Ready-Access Dial In | 278:00 Minutes @ 0.0150 | 4.18 | 1.37 | 5.55 |
| | **Total Conference ID: 717670609** | **8.91** | **3.25** | **12.16** |

**Conference ID:** 718307314

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Conference ID:** ▮▮▮▮▮▮▮▮
**Chairperson:** TIMOTHY BLOOD **Chairperson Phone #:** 6193381100
**Reference:** Ready Access **Reference 1:** READY ACCESS
**Date:** 03/14/2022 **Time:** 03:58 PM **Lines:** 7 **Account Code:** 11813

| | | | | |
|---|---|---|---|---|
| Ready-Access Bridging | 278:00 Minutes @ 0.0170 | 4.72 | 0.70 | 5.42 |
| Ready-Access Dial In | 278:00 Minutes @ 0.0150 | 4.18 | 0.38 | 4.56 |

Case 3:16-cv-06980-RS Document 328-11 Filed 04/04/23 Page 42 of 46

# LUMEN®

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| ███████████████████████ | | | | |
| **Chairperson:** TIMOTHY BLOOD   **Chairperson Phone #:** 6193381100 | | | | |
| **Reference:** Ready Access   **Reference 1:** READY ACCESS | | | | |
| **Date:** 03/21/2022 **Time:** 02:59 PM **Lines:** 6   **Account Code:** 11813 | | | | |
| Ready-Access Bridging | 73:00 Minutes @ 0.0170 | 1.24 | 0.18 | 1.42 |
| Ready-Access Dial In | 73:00 Minutes @ 0.0150 | 1.11 | 0.10 | 1.21 |
| **Total Conference ID: 719489187** | | 2.35 | 0.28 | 2.63 |
| **Conference ID:** 719647875 | | | | |
| **Chairperson:** TOMMY OREARDON   **Chairperson Phone #:** 6193381100 | | | | |
| **Reference:** Ready Access   **Reference 1:** READY ACCESS | | | | |
| **Date:** 03/22/2022 **Time:** 02:13 PM **Lines:** 4   **Account Code:** 11813 | | | | |
| Ready-Access Bridging | 239:00 Minutes @ 0.0170 | 4.06 | 0.61 | 4.67 |
| Ready-Access Dial In | 239:00 Minutes @ 0.0150 | 3.59 | 0.34 | 3.93 |
| **Total Conference ID: 719647875** | | 7.65 | 0.95 | 8.60 |
| **Conference ID:** 719832235 | | | | |
| **Chairperson:** TOMMY OREARDON   **Chairperson Phone #:** 6193381100 | | | | |
| **Reference:** Ready Access   **Reference 1:** READY ACCESS | | | | |
| **Date:** 03/23/2022 **Time:** 11:29 AM **Lines:** 4   **Account Code:** 1181301 | | | | |
| Ready-Access Bridging | 115:00 Minutes @ 0.0170 | 1.96 | 0.77 | 2.73 |
| Ready-Access Dial In | 115:00 Minutes @ 0.0150 | 1.74 | 0.56 | 2.30 |
| **Total Conference ID: 719832235** | | 3.70 | 1.33 | 5.03 |

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 43 of 46



# LUMEN®

## BLOOD HURST & OREARDON LLP

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| | | | | |

Conference ID: 723520876
**Chairperson:** TOMMY OREARDON  **Chairperson Phone #:** 6193381100
**Reference:** Ready Access  **Reference 1:** READY ACCESS  Account Code: 1181301
**Date:** 04/20/2022 **Time:** 10:00 AM **Lines:** 5

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 128:00 Minutes @ 0.0170 | 2.18 | 0.32 | 2.50 |
| Ready-Access Dial In | 128:00 Minutes @ 0.0150 | 1.93 | 0.17 | 2.10 |
| Total Conference ID: 723520876 | | 4.11 | 0.49 | 4.60 |

**Total BLOOD HURST & OREARDON LLP**

**Total Conferencing Charges**



**BLOOD HURST & OREARDON LLP**

## CONFERENCE CALL DETAIL

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

**Chairperson:** TOMMY OREARDON  **Chairperson Phone #:** 6193381100
**Reference:** Ready Access  **Reference 1:** READY ACCESS
**Date:** 04/27/2022 **Time:** 03:44 PM  **Lines:** 3  **Account Code:** 11813

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 50:00 Minutes @ 0.0170 | 0.86 | 0.13 | 0.99 |
| Ready-Access Dial In | 50:00 Minutes @ 0.0150 | 0.76 | 0.08 | 0.84 |
| **Total Conference ID: 724442270** | | **1.62** | **0.21** | **1.83** |

Case 3:16-cv-06980-RS   Document 328-11   Filed 04/04/23   Page 45 of 46



**BLOOD HURST & OREARDON LLP**

**CONFERENCE CALL DETAIL**

| Description | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|

███████████████████████████████████████

**Chairperson:** TIMOTHY BLOOD  **Chairperson Phone #:** 6193381100
**Reference:** Ready Access  **Reference 1:** READY ACCESS
**Date:** 05/03/2022 **Time:** 02:57 PM **Lines:** 3  **Account Code:** 11813

| | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 132:00 Minutes @ 0.0170 | 2.24 | 0.33 | 2.57 |
| Ready-Access Dial In | 132:00 Minutes @ 0.0150 | 1.99 | 0.17 | 2.16 |
| **Total Conference ID: 725113561** | | **4.23** | **0.50** | **4.73** |

**Conference ID:** 725113952

████████████████████████████████████████████████████

**Chairperson:** TIMOTHY BLOOD  **Chairperson Phone #:** 6193381100
**Reference:** Ready Access  **Reference 1:** READY ACCESS
**Date:** 05/21/2022 **Time:** 06:31 PM **Lines:** 4  **Account Code:** 1183101

| | Units/Rate | Amount | Taxes, Fees, Surcharges | Total |
|---|---|---|---|---|
| Ready-Access Bridging | 93:00 Minutes @ 0.0170 | 1.58 | 0.60 | 2.18 |
| Ready-Access Dial In | 93:00 Minutes @ 0.0150 | 1.40 | 0.43 | 1.83 |
| **Total Conference ID: 727529448** | | **2.98** | **1.03** | **4.01** |

**Total BLOOD HURST & OREARDON LLP**

**Total Conferencing Charges** ████████████

