**EXHIBIT 11**

*Montera v. Premier Nutrition*, Case No. 3:16-CV-06980 RS
Blood Hurst & O'Reardon, LLP

Travel, Meals & Transportation: $115,098.65

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $451.80 | 11/27/2013 | Southwest | T. Blood, 12/3/13 mediation in San Francisco |
| $28.00 | 12/3/2013 | San Diego Airport - parking | T. Blood, 12/3/13 mediation in San Francisco |
| $28.00 | 12/3/2013 | San Diego County RAA | T. Blood, 12/3/13 mediation in San Francisco |
| $331.80 | 12/5/2013 | Southwest | T. Blood, 12/12/13 initial status conference in San Francisco |
| $6.02 | 12/12/2013 | Cafe 450 | T. Blood, 12/12/13 initial status conference in San Francisco |
| $48.70 | 12/12/2013 | Yellow Card Services | T. Blood, 12/12/13 initial status conference in San Francisco |
| $56.95 | 12/12/2013 | Gold Star Taxi | T. Blood, 12/12/13 initial status conference in San Francisco |
| $69.00 | 12/12/2013 | Southwest | T. Blood, 12/12/13 initial status conference in San Francisco |
| $28.00 | 12/13/2013 | San Diego County RAA | T. Blood, 12/12/13 initial status conference in San Francisco |
| $445.00 | 6/2/2014 | Southwest | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $443.00 | 6/4/2014 | Southwest | T. Blood, 6/23/14 settlement meeting in San Francisco |
| $16.69 | 6/5/2014 | The Counter | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $50.60 | 6/6/2014 | Jasmin Taxi | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $56.00 | 6/6/2014 | San Diego County RAA | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $54.35 | 6/6/2014 | Yellow Card Services | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $12.44 | 6/6/2014 | Hudson News | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $8.00 | 6/6/2014 | Golden Gate Meat | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $2.19 | 6/6/2014 | Bay Reader News Wall | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $4.96 | 6/6/2014 | Peets Coffee SFO | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $484.00 | 6/7/2014 | Southwest | T. O'Reardon, 6/13/14 Kevin Stone deposition in San Francisco |
| $325.79 | 6/7/2014 | Hotel Monaco | T. O'Reardon, 6/6/14 David Ritterbush deposition in San Francisco |
| $378.00 | 6/9/2014 | Southwest | T. O'Reardon, 6/23/14 settlement meeting in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $54.10 | 6/12/2014 | Yellow Card Services | T. O'Reardon, 6/13/14 Kevin Stone deposition in San Francisco |
| $4.25 | 6/13/2014 | Hudson News | T. O'Reardon, 6/13/14 Kevin Stone deposition in San Francisco |
| $56.00 | 6/13/2014 | San Diego County RAA | T. O'Reardon, 6/13/14 Kevin Stone deposition in San Francisco |
| $295.48 | 6/13/2014 | Westin St. Francis | T. O'Reardon, 6/13/14 Kevin Stone deposition in San Francisco |
| $3.50 | 6/13/2014 | Peets | T. O'Reardon, 6/13/14 Kevin Stone deposition in San Francisco |
| $62.50 | 6/14/2014 | Hotel Business Center | T. O'Reardon, 6/13/14 Kevin Stone deposition in San Francisco |
| $85.00 | 6/16/2014 | Southwest | T. Blood, 6/23/14 settlement meeting in San Francisco |
| $20.00 | 6/19/2014 | Southwest | T. Blood, 6/23/14 settlement meeting in San Francisco |
| $20.00 | 6/19/2014 | Southwest | T. O'Reardon, 6/23/14 settlement meeting in San Francisco |
| $53.95 | 6/23/2014 | Metro | 6/23/14 settlement meeting in San Francisco |
| $2.09 | 6/23/2014 | Oakland Tribune | 6/23/14 settlement meeting in San Francisco |
| $28.00 | 6/23/2014 | San Diego County RAA | 6/23/14 settlement meeting in San Francisco |
| $2.32 | 6/23/2014 | Einstein Bagels | 6/23/14 settlement meeting in San Francisco |
| $347.00 | 7/15/2014 | Southwest | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $56.10 | 7/23/2014 | Southwest | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $4.50 | 7/24/2014 | City by the Bay Shop | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $50.00 | 7/24/2014 | Bay Area Taxi | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $13.72 | 7/24/2014 | The Counter | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $10.77 | 7/25/2014 | Breaking Bread | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $3.69 | 7/25/2014 | Hudson News | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $57.66 | 7/25/2014 | SF Green Cab. LLC | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $4.96 | 7/25/2014 | Peets Coffee SFO | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $30.95 | 7/25/2014 | Go Bistro | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $289.76 | 7/25/2014 | Palace Hotel | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $60.00 | 7/26/2014 | San Diego County RAA | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |
| $5.00 | 7/26/2014 | Southwest Air Inflight | T. O'Reardon, 7/25/14 Darcy Horn deposition in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $166.20 | 11/11/2014 | Southwest | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $5.95 | 11/18/2014 | Uber | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $5.17 | 11/18/2014 | Uber | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $42.00 | 11/18/2014 | Clift Hotel | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $13.98 | 11/18/2014 | Noahs Bagels | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $60.00 | 11/19/2014 | San Diego County RAA | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $5.37 | 11/19/2014 | Oakland Tribun | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $8.45 | 11/20/2014 | Subway | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $95.64 | 11/20/2014 | Uber | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $380.45 | 11/20/2014 | Westin St. Francis | T. O'Reardon, 11/18/14 & 11/19/14 Lance Palumbo depositions in San Francisco |
| $494.20 | 12/1/2014 | Southwest | T. O'Reardon, 12/5/14 Stewart Irving deposition in San Francisco |
| $7.52 | 12/5/2014 | Gordon Biersch Oakland | T. O'Reardon, 12/5/14 Stewart Irving deposition in San Francisco |
| $63.35 | 12/5/2014 | SF Town Taxi | T. O'Reardon, 12/5/14 Stewart Irving deposition in San Francisco |
| $8.95 | 12/5/2014 | Breaking Bread San Francisco | T. O'Reardon, 12/5/14 Stewart Irving deposition in San Francisco |
| $30.00 | 12/5/2014 | San Diego County RAA | T. O'Reardon, 12/5/14 Stewart Irving deposition in San Francisco |
| $6.76 | 12/5/2014 | Bay Front Market Oakland | T. O'Reardon, 12/5/14 Stewart Irving deposition in San Francisco |
| $3.35 | 12/5/2014 | The Coffee Bean & Tea Leaf San Francisco | T. O'Reardon, 12/5/14 Stewart Irving deposition in San Francisco |
| $3.69 | 12/5/2014 | Hudson News | T. O'Reardon, 12/5/14 Stewart Irving deposition in San Francisco |
| $8.23 | 12/5/2014 | Andale Mexican Restaurant Oakland | T. O'Reardon, 12/5/14 Stewart Irving deposition in San Francisco |
| $981.50 | 5/28/2015 | Southwest | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $981.50 | 5/28/2015 | Southwest | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $624.10 | 6/4/2015 | Delta | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $5.00 | 6/9/2015 | Bluestone Lane | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $65.54 | 6/9/2015 | Uber | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $15.21 | 6/9/2015 | Uber | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $9.34 | 6/9/2015 | Wendy's | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $12.49 | 6/10/2015 | 599 Lex Aubonpain | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $7.83 | 6/10/2015 | 599 Lex Aubonpain | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $12.50 | 6/11/2015 | NJT NY Penn Station | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $7.61 | 6/11/2015 | Pret A Manger | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $18.36 | 6/11/2015 | NYC-Taxi | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $1,117.78 | 6/11/2015 | Residence Inns NY Manhatt | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $26.00 | 6/12/2015 | Uber | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $9.70 | 6/12/2015 | Einstein Bagels | T. O'Reardon, 6/10/15 Mark Keegan & 6/11/15 Hal Poret depositions in NYC |
| $958.51 | 6/29/2015 | Southwest | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $664.51 | 6/29/2015 | Southwest | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $3.24 | 6/30/2015 | Hudson News | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $13.88 | 6/30/2015 | Uber | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $23.40 | 6/30/2015 | Sprigs | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $9.37 | 7/1/2015 | Thinking Cup | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $12.16 | 7/1/2015 | Thinking Cup | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $220.97 | 7/1/2015 | Thinking Cup | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $10.60 | 7/1/2015 | Bos Taxi | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $18.67 | 7/1/2015 | Upper Curst Beacon Hill | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $15.00 | 7/1/2015 | Checker Cab | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $17.11 | 7/2/2015 | Phillips Sea Food | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $54.45 | 7/2/2015 | Zona Cocina | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $10.96 | 7/2/2015 | Fresh City | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $19.38 | 7/2/2015 | Boston Taxi | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $813.56 | 7/3/2015 | Liberty Hotel | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $90.00 | 7/3/2015 | San Diego County RAA | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $6.89 | 7/3/2015 | Starbucks | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $650.32 | 7/3/2015 | Liberty Hotel | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $20.60 | 7/3/2015 | Cosi | TJO and TGB, 7/2/15 Dr. Jeremiah Silbert deposition in Boston |
| $248.98 | 7/8/2015 | Southwest | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $89.62 | 7/9/2015 | St. Elmo Steakhouse | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $3.24 | 7/9/2015 | Hudson News | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $18.34 | 7/9/2015 | Great American | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $37.61 | 7/10/2015 | Crown Plz Ind Airport | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $60.00 | 7/10/2015 | San Diego County RAA | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $20.46 | 7/10/2015 | Uber | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $10.49 | 7/10/2015 | Uber | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $3.65 | 7/10/2015 | Chick-Fil-A | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $52.57 | 7/11/2015 | Wolfgang Puck | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $201.77 | 7/11/2015 | Spoke & Steele | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $226.98 | 7/11/2015 | Le Meridien | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $24.71 | 7/11/2015 | Le Meridien | TJO and TGB, 7/10/15 Dr. Lynn Willis deposition in Indianapolis |
| $32.07 | 7/27/2015 | Saffron Grill | TJO and TGB, Dr. Steven Graboff deposition preparation in Huntington Beach |
| $59.30 | 7/27/2015 | Chevron | TJO and TGB, Dr. Steven Graboff deposition preparation in Huntington Beach |
| $8.50 | 7/27/2015 | Dark Horse Coffee | TJO and TGB, Dr. Steven Graboff deposition preparation in Huntington Beach |
| $7.48 | 7/28/2015 | TCA Fastrak | T. O'Reardon, 7/28/15 Dr. Steven Graboff deposition in Irvine |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $18.90 | 7/28/2015 | Which Wich | T. O'Reardon, 7/28/15 Dr. Steven Graboff deposition in Irvine |
| $15.00 | 7/28/2015 | AMPCO Parking | T. O'Reardon, 7/28/15 Dr. Steven Graboff deposition in Irvine |
| $397.91 | 12/17/2015 | Southwest | T. O'Reardon, class certification / summary judgment hearing in San Francisco (originally for another case/date but transferred for JJ hearing) |
| $279.96 | 1/4/2016 | Southwest | T. Blood, class certification / summary judgment hearing in San Francisco (originally set for 1/20/16, continued to 1/27/16) |
| $324.31 | 1/26/2016 | Pabu Ramen | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $6.00 | 1/26/2016 | Boba Guys | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $55.00 | 1/26/2016 | SKD Taxi Services | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $4.74 | 1/26/2016 | Einstein Bagels | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $324.21 | 1/26/2016 | Pabu Ramen | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $6.00 | 1/26/2016 | Boba Guys | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $55.00 | 1/26/2016 | Taxi Service | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $60.00 | 1/27/2016 | San Diego County RAA | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $14.31 | 1/27/2016 | Tropisueno | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $21.51 | 1/27/2016 | Westin St. Francis | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $36.45 | 1/27/2016 | Palace Hotel | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $7.33 | 1/27/2016 | Cafe 450 | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $10.00 | 1/27/2016 | Blue Bottle Coffee | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $66.00 | 1/27/2016 | Advance Access VIP CH | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $34.74 | 1/27/2016 | Tropisueno | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $3.28 | 1/27/2016 | Bay Reader News Wall | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $60.00 | 1/27/2016 | San Diego County RAA | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $14.31 | 1/27/2016 | Tropisueno | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $21.51 | 1/27/2016 | Westin St. Francis Dine | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $36.45 | 1/27/2016 | Palace Hotel SF Dine | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $7.33 | 1/27/2016 | Cafe 450 | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $10.00 | 1/27/2016 | Blue Bottle Coffee | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $66.00 | 1/27/2016 | Advance Access VIP | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $34.74 | 1/27/2016 | Tropisueno | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $3.28 | 1/27/2016 | Bay Reader News Wall | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $439.20 | 1/28/2016 | Westin St. Francis | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $418.20 | 1/28/2016 | Westin St. Francis | TGB and TJO, 1/27/16 hearing in San Francisco re class certification / summary judgment hearing |
| $547.96 | 8/29/2016 | Southwest | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $497.96 | 8/29/2016 | Southwest | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $2.72 | 9/1/2016 | Regent Cafe | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $30.71 | 9/1/2016 | Uber | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $32.00 | 9/1/2016 | SD County RAA | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $44.57 | 9/1/2016 | Uber | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $8.80 | 9/1/2016 | Blue Bottle Coffee | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $25.00 | 9/1/2016 | Southwest | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $32.00 | 9/1/2016 | San Diego County RAA | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $37.55 | 9/1/2016 | Sauce Bar and Grill | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $40.31 | 9/2/2016 | Legends | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $19.00 | 9/2/2016 | Ace Parking | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $40.51 | 9/3/2016 | Hudson News | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $6.58 | 9/3/2016 | Uber | TGB and TJO, 9/1/16 CMC and settlement meeting in San Francisco |
| $645.95 | 6/22/2017 | Southwest | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $285.97 | 6/22/2017 | Southwest | T. O'Reardon, 7/7/17 Dr. William Choi deposition in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $224.00 | 6/27/2017 | Amtrak.com | TJO and CWS, 6/29/17 Dr. Stuart Silverman deposition in Los Angeles (continued to 7/12/17) |
| $17.71 | 6/29/2017 | Subway | TJO and CWS, 6/29/17 Dr. Stuart Silverman deposition in Los Angeles (continued to 7/12/17) |
| $9.00 | 6/29/2017 | Amtrak | TJO and CWS, 6/29/17 Dr. Stuart Silverman deposition in Los Angeles (continued to 7/12/17) |
| $11.00 | 6/29/2017 | Amtrak | TJO and CWS, 6/29/17 Dr. Stuart Silverman deposition in Los Angeles (continued to 7/12/17) |
| $15.00 | 7/3/2017 | Southwest | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $210.97 | 7/3/2017 | Southwest | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $640.21 | 7/3/2017 | Jetblue | T. O'Reardon, 7/21/17 flight from Boston to San Diego after Poret, Weir & Silbert depositions |
| $393.19 | 7/3/2017 | Jetblue | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $52.30 | 7/6/2017 | Amtrak.com | T. O'Reardon, 7/12/17 Dr. Stuart Silverman deposition in Los Angeles |
| $731.95 | 7/6/2017 | Southwest | TGB, travel to Boston for 7/14/17 deposition of Dr. McAlindon |
| $30.88 | 7/7/2017 | Uber | T. O'Reardon, 7/7/17 Dr. William Choi deposition in San Francisco |
| $5.94 | 7/7/2017 | Blue Bottle | T. O'Reardon, 7/7/17 Dr. William Choi deposition in San Francisco |
| $5.96 | 7/7/2017 | Subway | T. O'Reardon, 7/7/17 Dr. William Choi deposition in San Francisco |
| $32.00 | 7/7/2017 | SD Regional Airport Auth | T. O'Reardon, 7/7/17 Dr. William Choi deposition in San Francisco |
| $36.77 | 7/8/2017 | Uber | T. O'Reardon, 7/7/17 Dr. William Choi deposition in San Francisco |
| $2.79 | 7/8/2017 | Ciao SD Airport | T. O'Reardon, 7/7/17 Dr. William Choi deposition in San Francisco |
| $112.00 | 7/11/2017 | Amtrak.com | TJO and CWS, 7/12/17 Dr. Stuart Silverman deposition in Los Angeles |
| $13.95 | 7/12/2017 | Uber | TJO and CWS, 7/12/17 Dr. Stuart Silverman deposition in Los Angeles |
| $13.05 | 7/12/2017 | Uber | TJO and CWS, 7/12/17 Dr. Stuart Silverman deposition in Los Angeles |
| $20.58 | 7/12/2017 | Uber | TJO and CWS, 7/12/17 Dr. Stuart Silverman deposition in Los Angeles |
| $8.33 | 7/12/2017 | Uber | TJO and CWS, 7/12/17 Dr. Stuart Silverman deposition in Los Angeles |
| $25.11 | 7/12/2017 | Piknic Century City | TJO and CWS, 7/12/17 Dr. Stuart Silverman deposition in Los Angeles |
| $108.68 | 7/12/2017 | Citizen Restaurant | TJO and CWS, 7/12/17 Dr. Stuart Silverman deposition in Los Angeles |
| $17.86 | 7/13/2017 | Uber | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |

| Amount | Date | Vendor | Purpose |
| --- | --- | --- | --- |
| $24.87 | 7/13/2017 | Uber | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $53.94 | 7/13/2017 | Scampo | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $12.62 | 7/13/2017 | Starbucks | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $6.17 | 7/13/2017 | LAX Airport LA Times | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $243.81 | 7/13/2017 | Westin LA Airport | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $19.60 | 7/13/2017 | Panificio Bistro | T. Blood, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $10.04 | 7/13/2017 | Fresh City East Boston | T. Blood, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $16.80 | 7/13/2017 | Uber | T. Blood, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $16.23 | 7/13/2017 | Uber | T. Blood, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $1.00 | 7/13/2017 | Uber | T. Blood, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $4.82 | 7/14/2017 | Uber | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $9.46 | 7/14/2017 | Uber | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $243.10 | 7/14/2017 | Southwest | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $4.97 | 7/14/2017 | Boston Kitchen Pizza | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $18.38 | 7/14/2017 | Starbucks | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $1.35 | 7/14/2017 | CMS Denver | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $3.29 | 7/14/2017 | Newslink Boston | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $16.02 | 7/14/2017 | Cosi | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $88.00 | 7/14/2017 | San Diego County RAA | T. Blood, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $634.30 | 7/14/2017 | The Liberty Hotel | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $10.36 | 7/15/2017 | Uber | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $1.75 | 7/15/2017 | Swire Denver | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $11.22 | 7/15/2017 | Uber | T. Blood, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $443.76 | 7/15/2017 | The Liberty Hotel | T. O'Reardon, 7/14/17 Dr. Timothy McAlindon deposition in Boston |
| $17.16 | 7/18/2017 | Uber | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $52.08 | 7/18/2017 | Uber | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $3.86 | 7/18/2017 | Bankers Hill SD Airport | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $16.57 | 7/18/2017 | Counter SD Airport | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $2.69 | 7/18/2017 | Counter SD Airport | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $7.10 | 7/18/2017 | Duane Reade | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $38.66 | 7/18/2017 | Ippudo Westside | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $3.30 | 7/18/2017 | Dunkin Donuts | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $20.76 | 7/19/2017 | Uber | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $25.29 | 7/19/2017 | Uber | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $17.55 | 7/19/2017 | FedEx Office - copying exs. | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $19.64 | 7/19/2017 | Bouchon Bakery | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $31.00 | 7/20/2017 | Bouchon Bakery | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $16.79 | 7/20/2017 | Zairos Bread Basket | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $4.25 | 7/20/2017 | Zairos Bread Basket | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $55.27 | 7/20/2017 | Hotel Andaz NYC | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $11.75 | 7/20/2017 | Amtrak | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $7.99 | 7/20/2017 | Dunkin Donuts NYC | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $11.62 | 7/20/2017 | Uber | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $8.98 | 7/20/2017 | Uber | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $47.00 | 7/20/2017 | Amtrak | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $893.10 | 7/21/2017 | Westin Times Square | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $16.69 | 7/22/2017 | Uber | T. O'Reardon, 7/19/17 Hal Poret & 7/20/17 Colin Weir depositions in NYC |
| $14.00 | 7/27/2017 | Southwest | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $3.99 | 7/28/2017 | City by the Bay Shop SF | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $4.99 | 7/28/2017 | Peets Coffee SF | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $11.32 | 7/28/2017 | Go Bistro | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $5.00 | 7/28/2017 | Southwest | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $29.86 | 7/28/2017 | Focaccia | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $6.56 | 7/28/2017 | Jack in the Box | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $25.10 | 7/28/2017 | Uber | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $11.79 | 7/28/2017 | Uber | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $36.17 | 7/28/2017 | Uber | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $1.00 | 7/28/2017 | Uber | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $21.74 | 7/29/2017 | Uber | T. O'Reardon, 7/28/17 Dr. Daniel Grande deposition in San Francisco |
| $1,004.55 | 8/6/2017 | Southwest | TGB and TJO, 8/17/17 expert meetings in Boston |
| $30.00 | 8/6/2017 | Southwest | TGB and TJO, 8/17/17 expert meetings in Boston |
| $208.96 | 8/8/2017 | Southwest | TGB and TJO, 8/17/17 expert meetings in Boston |
| $805.57 | 8/8/2017 | Southwest | TGB and TJO, 8/17/17 expert meetings in Boston |
| $28.29 | 8/16/2017 | Zona Cocina | TGB and TJO, 8/17/17 expert meetings in Boston |
| $10.86 | 8/16/2017 | Bankers Hill SD Airport | TGB and TJO, 8/17/17 expert meetings in Boston |
| $2.69 | 8/16/2017 | The counter | TGB and TJO, 8/17/17 expert meetings in Boston |
| $4.31 | 8/16/2017 | Hudson News | TGB and TJO, 8/17/17 expert meetings in Boston |
| $3.96 | 8/16/2017 | Green Beans Coffee | TGB and TJO, 8/17/17 expert meetings in Boston |
| $10.36 | 8/16/2017 | Uber | TGB and TJO, 8/17/17 expert meetings in Boston |
| $17.87 | 8/16/2017 | Uber | TGB and TJO, 8/17/17 expert meetings in Boston |
| $362.92 | 8/17/2017 | 5 North Square | TGB and TJO, 8/17/17 expert meetings in Boston |
| $15.27 | 8/17/2017 | Newslink | TGB and TJO, 8/17/17 expert meetings in Boston |
| $20.58 | 8/17/2017 | Uber | TGB and TJO, 8/17/17 expert meetings in Boston |
| $5.00 | 8/17/2017 | Uber | TGB and TJO, 8/17/17 expert meetings in Boston |
| $10.36 | 8/17/2017 | Uber | TGB and TJO, 8/17/17 expert meetings in Boston |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $31.18 | 8/18/2017 | Tabo Sushi | TGB and TJO, 8/17/17 expert meetings in Boston |
| $64.00 | 8/18/2017 | San Diego County RAA | TGB and TJO, 8/17/17 expert meetings in Boston |
| $8.12 | 8/18/2017 | MDW Jetbox & DD B | TGB and TJO, 8/17/17 expert meetings in Boston |
| $64.00 | 8/18/2017 | San Diego County RAA | TGB and TJO, 8/17/17 expert meetings in Boston |
| $468.10 | 8/18/2017 | The Liberty Hotel | TGB and TJO, 8/17/17 expert meetings in Boston |
| $165.96 | 6/20/2018 | Southwest | T. Blood, 7/19/18 Further Case Management Conference in San Francisco |
| $32.07 | 7/18/2018 | Katanya-Ya | T. Blood, 7/19/18 Further Case Management Conference in San Francisco |
| $37.00 | 7/19/2018 | Uber | T. Blood, 7/19/18 Further Case Management Conference in San Francisco |
| $10.78 | 7/19/2018 | Uber | T. Blood, 7/19/18 Further Case Management Conference in San Francisco |
| $32.00 | 7/19/2018 | San Diego County RAA | T. Blood, 7/19/18 Further Case Management Conference in San Francisco |
| $15.42 | 7/19/2018 | Max's World SFO | T. Blood, 7/19/18 Further Case Management Conference in San Francisco |
| $797.95 | 7/20/2018 | Westin St. Francis | T. Blood, 7/19/18 Further Case Management Conference in San Francisco |
| $33.03 | 7/20/2018 | Uber | T. Blood, 7/19/18 Further Case Management Conference in San Francisco |
| $6.88 | 9/20/2018 | Uber | T. Blood, 9/20/18 Further Case Management Conference in San Francisco |
| $40.63 | 9/20/2018 | Uber | T. Blood, 9/20/18 Further Case Management Conference in San Francisco |
| $35.49 | 9/20/2018 | Uber | T. Blood, 9/20/18 Further Case Management Conference in San Francisco |
| $5.46 | 9/20/2018 | Philz Coffee | T. Blood, 9/20/18 Further Case Management Conference in San Francisco |
| $20.42 | 9/20/2018 | Max's World | T. Blood, 9/20/18 Further Case Management Conference in San Francisco |
| $32.00 | 9/20/2018 | San Diego County RAA | T. Blood, 9/20/18 Further Case Management Conference in San Francisco |
| $569.65 | 9/21/2018 | Westin St. Francis | T. Blood, 9/20/18 Further Case Management Conference in San Francisco |
| $22.00 | 7/25/2019 | United | Pltf Beverly Avery, 8/23/19 deposition in San Francisco |
| $200.00 | 7/25/2019 | United | Pltf Beverly Avery, 8/23/19 deposition in San Francisco |
| $723.58 | 8/2/2019 | Jetblue | Pltf Eric Fishon, 8/21/19 deposition in San Francisco |
| $302.96 | 8/5/2019 | Southwest | P. Brown, 8/21/19 & 8/23/19 plaintiff depositions in San Francisco |
| $25.00 | 8/5/2019 | Southwest | Pltf Donna Lux, 9/18/19 deposition in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $276.00 | 8/5/2019 | Southwest | Pltf Donna Lux, 9/18/19 deposition in San Francisco |
| $25.00 | 8/5/2019 | Southwest | Pltf Donna Lux, 9/18/19 deposition in San Francisco |
| $114.00 | 8/6/2019 | Valley Transporter | Pltf Mary Trudeau, 9/19/19 deposition in San Francisco |
| $25.00 | 8/14/2019 | Southwest | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $25.00 | 8/14/2019 | Southwest | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $242.96 | 8/14/2019 | Southwest | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $112.00 | 8/14/2019 | United | Pltf Marilyn Spencer, 9/25/19 deposition in San Francisco |
| $126.00 | 8/14/2019 | United | Pltf Marilyn Spencer, 9/25/19 deposition in San Francisco |
| $396.60 | 8/14/2019 | United | Pltf Marilyn Spencer, 9/25/19 deposition in San Francisco |
| $444.96 | 8/19/2019 | Southwest | Pltf Sandra Dent, 9/17/19 deposition in San Francisco |
| $444.96 | 8/19/2019 | Southwest | Pltf Sandra Dent, 9/17/19 deposition in San Francisco |
| $8.71 | 8/21/2019 | Specialtys Cafe | P. Brown, 8/21/19 & 8/23/19 plaintiff depositions in San Francisco |
| $80.39 | 8/21/2019 | Toy Soldier | P. Brown, 8/21/19 & 8/23/19 plaintiff depositions in San Francisco |
| $51.52 | 8/21/2019 | Uber | P. Brown, 8/21/19 & 8/23/19 plaintiff depositions in San Francisco |
| $9.41 | 8/22/2019 | Regent School Catering | T. Blood, 8/22/19 hearing re Defs motion for judgment on the pleadings in San Francisco |
| $49.10 | 8/22/2019 | Uber | T. Blood, 8/22/19 hearing re Defs motion for judgment on the pleadings in San Francisco |
| $32.00 | 8/22/2019 | San Diego County RAA | T. Blood, 8/22/19 hearing re Defs motion for judgment on the pleadings in San Francisco |
| $56.70 | 8/23/2019 | Wayfair Tavern | P. Brown, 8/21/19 & 8/23/19 plaintiff depositions in San Francisco |
| $10.12 | 8/23/2019 | Specialtys Cafe | P. Brown, 8/21/19 & 8/23/19 plaintiff depositions in San Francisco |
| $987.46 | 8/23/2019 | Omni San Francisco | Pltf Eric Fishon, 8/21/19 deposition in San Francisco |
| $33.42 | 8/23/2019 | Uber | T. Blood, 8/22/19 hearing re Defs motion for judgment on the pleadings in San Francisco |
| $28.96 | 8/24/2019 | Bourbon Pub | P. Brown, 8/21/19 & 8/23/19 plaintiff depositions in San Francisco |
| $51.64 | 8/24/2019 | Uber | P. Brown, 8/21/19 & 8/23/19 plaintiff depositions in San Francisco |
| $1,733.54 | 8/24/2019 | Omni San Francisco | P. Brown, 8/21/19 & 8/23/19 plaintiff depositions in San Francisco |
| $1,135.82 | 8/25/2019 | Omni San Francisco | Pltf Beverly Avery, 8/23/19 deposition in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $224.96 | 8/28/2019 | Southwest | P. Brown, 9/25/19 Marilyn Spencer deposition in San Francisco |
| $518.21 | 9/10/2019 | Eric Fishon - travel reimbursement | meals and travel reimbursement, Pltf Eric Fishon 8/21/19 deposition in San Francisco |
| $305.60 | 9/11/2019 | Frontier | Pltf Susan Caiazzo, 9/20/19 deposition in Philadelphia |
| $149.74 | 9/12/2019 | Super Shuttle | Pltf Sandra Dent, 9/17/19 deposition in San Francisco |
| $391.54 | 9/13/2019 | Hotels.com | Pltf Susan Caiazzo, 9/20/19 deposition in Philadelphia |
| $82.93 | 9/16/2019 | Tratto at the Marker | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $48.97 | 9/16/2019 | Uber | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $7.06 | 9/16/2019 | Ciao | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $5.95 | 9/17/2019 | Specialtys Cafe | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $14.22 | 9/17/2019 | Uber | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $14.05 | 9/18/2019 | Uber | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $1,829.22 | 9/18/2019 | Hotel Adagio | Pltf Donna Lux, 9/18/19 deposition in San Francisco |
| $1,652.25 | 9/18/2019 | Hotel Adagio | Pltf Sandra Dent, 9/17/19 deposition in San Francisco |
| $68.42 | 9/18/2019 | Hilton Urban Tavern | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $20.19 | 9/19/2019 | Uber | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $12.23 | 9/19/2019 | Tribune News | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $17.74 | 9/19/2019 | Uber | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $2,474.57 | 9/19/2019 | Hotel Adagio | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $1,604.34 | 9/19/2019 | Hotel Adagio | Pltf Mary Trudeau, 9/19/19 deposition in San Francisco |
| $102.17 | 9/20/2019 | Uber | P. Brown, 9/17/19, 9/18/19 & 9/19/19 plaintiff depositions in San Francisco |
| $26.85 | 9/24/2019 | Jasper's corner Tap | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |
| $51.81 | 9/24/2019 | Uber | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |
| $30.00 | 9/24/2019 | Southwest | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |
| $6.20 | 9/24/2019 | Ciao | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $42.18 | 9/25/2019 | Matador | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |
| $18.83 | 9/25/2019 | Uber | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |
| $637.88 | 9/25/2019 | Hotel Adagio | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |
| $11.57 | 9/25/2019 | Peete's Coffee | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |
| $27.78 | 9/26/2019 | Uber | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |
| $63.72 | 9/26/2019 | Uber | Paula Brown, 9/25/19 deposition of Marilyn Spencer in San Francisco |
| $1,481.00 | 9/26/2019 | Hotel Adagio | P. Brown, 9/25/19 Marilyn Spencer deposition in San Francisco |
| $95.77 | 10/2/2019 | Donna Lux - reimburse expenses | meals and travel reimbursement, Pltf Donna Lux 9/18/19 deposition in San Francisco |
| $164.30 | 10/2/2019 | Reimburse Susan Caiazzo | meals and travel reimbursement, Pltf Susan Caiazzo 9/20/19 deposition in Philadelphia |
| $157.44 | 10/16/2019 | Reimburse Marilyn Spencer | meals and travel reimbursement, Pltf Marilyn Spencer 9/25/19 deposition in San Francisco |
| $159.98 | 11/11/2019 | Southwest | T. Blood, 11/21/19 hearing re class certification in San Francisco |
| $8.70 | 11/21/2019 | Regent School Catering | T. Blood, 11/21/19 hearing re class certification in San Francisco |
| $36.47 | 11/21/2019 | Uber | T. Blood, 11/21/19 hearing re class certification in San Francisco |
| $32.00 | 11/21/2019 | San Diego County RAA | T. Blood, 11/21/19 hearing re class certification in San Francisco |
| $33.74 | 11/22/2019 | Uber | T. Blood, 11/21/19 hearing re class certification in San Francisco |
| $379.96 | 1/6/2020 | Southwest | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $319.96 | 1/7/2020 | Southwest | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $122.96 | 1/7/2020 | Southwest | T. O'Reardon, 2/13/20 Donna Imes deposition in San Francisco |
| $171.00 | 1/7/2020 | Southwest | T. O'Reardon, cancelled deposition but then rebooked for Donna Imes deposition ($171 of $243.96 billed re Imes) |
| $9.52 | 1/8/2020 | Hudson News | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $31.83 | 1/9/2020 | Uber | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $15.20 | 1/9/2020 | Bar 510 OAK AIR | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $68.00 | 1/9/2020 | Southwest | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $64.00 | 1/9/2020 | San Diego County RAA | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $4.06 | 1/9/2020 | Westin St. Francis | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $80.51 | 1/10/2020 | Uber | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $4.77 | 1/10/2020 | Uber | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $341.95 | 1/10/2020 | Westin St. Francis | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $7.00 | 1/14/2020 | Uber | T. O'Reardon, 1/8/20 Darcy Horn Davenport deposition in San Francisco |
| $13.56 | 1/15/2020 | Hudson News | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $4.58 | 1/15/2020 | San Peets Coffee | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $5.18 | 1/16/2020 | Lilly Caffe | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $5.00 | 1/16/2020 | Uber | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $33.59 | 1/16/2020 | Uber | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $31.08 | 1/16/2020 | Uber | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $5.00 | 1/16/2020 | Uber | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $64.00 | 1/16/2020 | San Diego County RAA | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $683.53 | 1/17/2020 | Marriott Fisherman's Wharf | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $37.26 | 1/17/2020 | Bourbon Pub | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $3.00 | 1/17/2020 | Uber | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $42.36 | 1/17/2020 | Uber | T. O'Reardon, 1/16/20 Nicholas Stiritz deposition in San Francisco |
| $3.86 | 2/13/2020 | Bankers Hill SD Airport | T. O'Reardon, 2/13/20 Donna Imes deposition in San Francisco |
| $12.88 | 2/13/2020 | Bankers Hill SD Airport | T. O'Reardon, 2/13/20 Donna Imes deposition in San Francisco |
| $48.84 | 2/13/2020 | Uber | T. O'Reardon, 2/13/20 Donna Imes deposition in San Francisco |
| $32.00 | 2/13/2020 | San Diego County RAA | T. O'Reardon, 2/13/20 Donna Imes deposition in San Francisco |
| $420.92 | 2/14/2020 | Marriott SFO Burlingame | T. O'Reardon, 2/13/20 Donna Imes deposition in San Francisco |
| $343.96 | 4/12/2022 | Southwest | T. Blood, 5/6/22 Final Pretrial Conference in San Francisco |
| $138.34 | 5/5/2022 | Amber San Francisco | T. Blood, 5/6/22 Final Pretrial Conference in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $336.92 | 5/5/2022 | Marriott San Fran Marquis | T. Blood, 5/6/22 Final Pretrial Conference in San Francisco |
| $39.58 | 5/6/2022 | Uber | T. Blood, 5/6/22 Final Pretrial Conference in San Francisco |
| $51.06 | 5/6/2022 | Taxi Cab San Francisco | T. Blood, 5/6/22 Final Pretrial Conference in San Francisco |
| $21.68 | 5/6/2022 | Starbird San Francisco | T. Blood, 5/6/22 Final Pretrial Conference in San Francisco |
| $80.00 | 5/6/2022 | San Diego County RAA | T. Blood, 5/6/22 Final Pretrial Conference in San Francisco |
| $1,217.20 | 5/11/2022 | Alaska Airlines | Trial in San Francisco (flight for Ms. Montera) |
| $108.99 | 5/11/2022 | Alaska Airlines | Trial in San Francisco (flight for Ms. Montera) |
| $113.98 | 5/11/2022 | Southwest | Trial in San Francisco (flight for T. O'Reardon) |
| $15.00 | 5/11/2022 | Southwest | Trial in San Francisco (flight for T. O'Reardon) |
| $295.96 | 5/12/2022 | Southwest | Trial in San Francisco (flight for T. Blood) |
| $384.96 | 5/13/2022 | Southwest | Trial in San Francisco (flight for C. Straub) |
| $46.00 | 5/13/2022 | Southwest | Trial in San Francisco (flight for T. O'Reardon) |
| $224.98 | 5/13/2022 | Southwest | Trial in San Francisco (flight for T. O'Reardon) |
| $1,387.20 | 5/16/2022 | United | Trial in San Francisco (flight for Dr. Timothy McAlindon) |
| $153.00 | 5/16/2022 | United | Trial in San Francisco (flight for Dr. Timothy McAlindon) |
| $56.20 | 5/21/2022 | Uber | T. Blood, trial in San Francisco |
| $4.00 | 5/21/2022 | Einstein Bagels Terminal | T. Blood, trial in San Francisco |
| $514.08 | 5/21/2022 | Izakaya Hon | T. Blood, trial in San Francisco |
| $14.06 | 5/21/2022 | Market on Market | T. Blood, trial in San Francisco |
| $55.65 | 5/21/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $5.00 | 5/21/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $11.44 | 5/21/2022 | Einstein Bagels Terminal | T. O'Reardon, trial in San Francisco |
| $57.04 | 5/21/2022 | Amazon.com | T. O'Reardon, trial in San Francisco |
| $10.58 | 5/22/2022 | Uber | T. Blood, trial in San Francisco |
| $105.85 | 5/22/2022 | Market on Market | T. Blood, trial in San Francisco |
| $198.88 | 5/22/2022 | Waterbar | T. Blood, trial in San Francisco |
| $94.84 | 5/22/2022 | The Chieftain | T. O'Reardon, trial in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $34.04 | 5/22/2022 | Poke Bar | T. O'Reardon, trial in San Francisco |
| $5.00 | 5/22/2022 | Amazon tips | T. O'Reardon, trial in San Francisco |
| $13.53 | 5/23/2022 | Uber | T. Blood, trial in San Francisco |
| $80.95 | 5/23/2022 | Regent School Catering | T. O'Reardon, trial in San Francisco |
| $12.48 | 5/23/2022 | Regent School Catering | T. O'Reardon, trial in San Francisco |
| $1.84 | 5/23/2022 | Regent School Catering | T. O'Reardon, trial in San Francisco |
| $10.58 | 5/23/2022 | Uber | T. Blood, trial in San Francisco |
| $13.53 | 5/23/2022 | Uber | T. Blood, trial in San Francisco |
| $58.88 | 5/23/2022 | Tempest | T. O'Reardon, trial in San Francisco |
| $5.00 | 5/23/2022 | Uber | C. Straub, trial in San Francisco |
| $16.88 | 5/23/2022 | Market on Market | C. Straub, trial in San Francisco |
| $43.93 | 5/23/2022 | Intercontinental | C. Straub, trial in San Francisco |
| $34.50 | 5/24/2022 | SF Limo Golden Success | T. Blood, trial in San Francisco |
| $34.50 | 5/24/2022 | SF Limo Success | T. Blood, trial in San Francisco |
| $11.62 | 5/24/2022 | Panda Express | T. Blood, trial in San Francisco |
| $10.23 | 5/24/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $10.99 | 5/24/2022 | Uber | C. Straub, trial in San Francisco |
| $8.60 | 5/24/2022 | Intercontinental | C. Straub, trial in San Francisco |
| $8.49 | 5/24/2022 | Go Go Market | C. Straub, trial in San Francisco |
| $40.00 | 5/25/2022 | SF Limo Golden Success | T. Blood, trial in San Francisco |
| $84.83 | 5/25/2022 | The Chieftain | T. O'Reardon, trial in San Francisco |
| $303.32 | 5/25/2022 | Chao Pescao | T. O'Reardon, trial in San Francisco |
| $8.60 | 5/25/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $36.51 | 5/25/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $31.88 | 5/25/2022 | Market on Market | T. O'Reardon, trial in San Francisco |
| $22.32 | 5/25/2022 | Uber | C. Straub, trial in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $11.09 | 5/25/2022 | Uber | C. Straub, trial in San Francisco |
| $40.00 | 5/26/2022 | SF Limo Golden Success | T. Blood, trial in San Francisco |
| $13.44 | 5/26/2022 | Uber | T. Blood, trial in San Francisco |
| $191.98 | 5/26/2022 | Southwest | T. Blood, trial in San Francisco (flight for T. Blood) |
| $170.98 | 5/26/2022 | Southwest | T. Blood, trial in San Francisco (flight for T. Blood) |
| $133.96 | 5/26/2022 | Southwest | T. Blood, trial in San Francisco (flight for T. Blood) |
| $120.24 | 5/26/2022 | The Chieftain | T. Blood, trial in San Francisco |
| $285.07 | 5/26/2022 | Chao Pescao | T. O'Reardon, trial in San Francisco |
| $3.00 | 5/26/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $18.00 | 5/26/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $74.00 | 5/26/2022 | Southwest | C. Straub, trial in San Francisco (flight for C. Straub) |
| $11.01 | 5/26/2022 | The Chieftain | C. Straub, trial in San Francisco |
| $42.50 | 5/27/2022 | Uber | T. Blood, trial in San Francisco |
| $34.50 | 5/27/2022 | SF Limo Golden Success | T. Blood, trial in San Francisco |
| $20.14 | 5/27/2022 | Uber | T. Blood, trial in San Francisco |
| $142.26 | 5/27/2022 | SFO Bourbon Pub | T. Blood, trial in San Francisco |
| $360.13 | 5/27/2022 | Northern Duck | T. O'Reardon, trial in San Francisco |
| $10.81 | 5/27/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $3.00 | 5/27/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $18.07 | 5/27/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $181.98 | 5/27/2022 | Southwest | T. O'Reardon, trial in San Francisco (flight for T. O'Reardon) |
| $15.87 | 5/28/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $24.98 | 5/28/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $10.00 | 5/28/2022 | Southwest | T. O'Reardon, trial in San Francisco (flight for T. O'Reardon) |
| $181.98 | 5/28/2022 | Southwest | T. O'Reardon, trial in San Francisco (flight for T. O'Reardon) |
| $24.15 | 5/28/2022 | The Chieftain | C. Straub, trial in San Francisco |
| $33.31 | 5/29/2022 | Uber | T. Blood, trial in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $4.67 | 5/29/2022 | San Kiosk | T. O'Reardon, trial in San Francisco |
| $36.94 | 5/29/2022 | Uber | C. Straub, trial in San Francisco |
| $19.49 | 5/30/2022 | Market on Market | T. Blood, trial in San Francisco |
| $111.48 | 5/30/2022 | The Chieftain | T. Blood, trial in San Francisco |
| $200.00 | 5/30/2022 | Intercontinental SF | T. Blood, trial in San Francisco |
| $44.94 | 5/30/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $17.18 | 5/30/2022 | Poke Bar | T. O'Reardon, trial in San Francisco |
| $16.53 | 5/30/2022 | Market on Market | T. O'Reardon, trial in San Francisco |
| $3,307.95 | 5/30/2022 | Intercontinental | T. O'Reardon, trial in San Francisco |
| $7.00 | 5/30/2022 | Southwest | C. Straub, trial in San Francisco (flight for C. Straub) |
| $9.69 | 5/30/2022 | Amazon.com | C. Straub, trial in San Francisco |
| $33.07 | 5/30/2022 | Lyft | C. Straub, trial in San Francisco |
| $13.20 | 5/31/2022 | Uber | T. Blood, trial in San Francisco |
| $6.60 | 5/31/2022 | Regent School Catering | T. O'Reardon, trial in San Francisco |
| $9.85 | 5/31/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $6.74 | 5/31/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $35.25 | 5/31/2022 | Poke Bar | T. O'Reardon, trial in San Francisco |
| $92.00 | 6/1/2022 | SF Limo Golden Success | T. Blood, trial in San Francisco |
| $14.47 | 6/1/2022 | Uber | T. Blood, trial in San Francisco |
| $3.00 | 6/1/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $13.05 | 6/1/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $7.24 | 6/1/2022 | Blue Bottle Coffee | T. O'Reardon, trial in San Francisco |
| $104.98 | 6/1/2022 | Maxs Opera Cafe | T. O'Reardon, trial in San Francisco |
| $14.62 | 6/1/2022 | Market on Market | C. Straub, trial in San Francisco |
| $63.11 | 6/2/2022 | Uber | T. Blood, trial in San Francisco |
| $46.00 | 6/2/2022 | SF Limo Golden Success | T. Blood, trial in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $494.95 | 6/2/2022 | Southwest | T. Blood, trial in San Francisco (flight for T. Blood) |
| $80.19 | 6/2/2022 | Oak Tap Pour | T. Blood, trial in San Francisco |
| $181.98 | 6/2/2022 | Southwest | T. O'Reardon, trial in San Francisco (flight for T. O'Reardon) |
| $10.00 | 6/2/2022 | Southwest | T. O'Reardon, trial in San Francisco (flight for T. O'Reardon) |
| $9.93 | 6/2/2022 | Uber | C. Straub, trial in San Francisco |
| $42.98 | 6/2/2022 | Walgreens | C. Straub, trial in San Francisco |
| $25.99 | 6/2/2022 | Market on Market | C. Straub, trial in San Francisco |
| $61.98 | 6/2/2022 | Amazon Mktp | T. O'Reardon, trial in San Francisco |
| $4,433.49 | 6/3/2022 | Intercontinental | T. Blood, trial in San Francisco |
| $23.93 | 6/3/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $312.98 | 6/3/2022 | Southwest | T. O'Reardon, trial in San Francisco (flight for T. O'Reardon) |
| $19.38 | 6/3/2022 | Intercontinental | C. Straub, trial in San Francisco |
| $32.09 | 6/4/2022 | Uber | T. Blood, trial in San Francisco |
| $14.53 | 6/4/2022 | Uber | T. Blood, trial in San Francisco |
| $56.38 | 6/4/2022 | Poke Bar | T. Blood, trial in San Francisco |
| $7.14 | 6/4/2022 | Market on Market | T. Blood, trial in San Francisco |
| $188.55 | 6/4/2022 | China Live | T. Blood, trial in San Francisco |
| $3.58 | 6/4/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $55.65 | 6/4/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $41.92 | 6/4/2022 | The Chieftain | T. O'Reardon, trial in San Francisco |
| $6.75 | 6/4/2022 | San Kiosk | T. O'Reardon, trial in San Francisco |
| $13.08 | 6/5/2022 | Uber | T. Blood, trial in San Francisco |
| $19.34 | 6/5/2022 | Uber | T. Blood, trial in San Francisco |
| $165.65 | 6/5/2022 | Sotto Mare, Oysteria | T. Blood, trial in San Francisco |
| $5.00 | 6/5/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $10.06 | 6/5/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $3.00 | 6/5/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $68.32 | 6/5/2022 | The Chieftain | T. O'Reardon, trial in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $14.92 | 6/6/2022 | Uber | T. Blood, trial in San Francisco |
| $12.80 | 6/6/2022 | The Market - Slice House Pizza | T. Blood, trial in San Francisco |
| $40.61 | 6/6/2022 | Market on Market | T. Blood, trial in San Francisco |
| $10.98 | 6/6/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $20.40 | 6/6/2022 | Manila Bowl | T. O'Reardon, trial in San Francisco |
| $5.85 | 6/6/2022 | Red Bay Coffee | T. O'Reardon, trial in San Francisco |
| $2.79 | 6/6/2022 | Market on market | T. O'Reardon, trial in San Francisco |
| $191.98 | 6/6/2022 | Southwest | T. O'Reardon, trial in San Francisco (flight for T. O'Reardon) |
| $191.98 | 6/6/2022 | Southwest | T. O'Reardon, trial in San Francisco (flight for C. Straub) |
| $46.00 | 6/7/2022 | SF Limo Golden Success | T. Blood, trial in San Francisco |
| $16.30 | 6/7/2022 | Uber | T. Blood, trial in San Francisco |
| $27.31 | 6/7/2022 | Doordash Dunkin | T. Blood, trial in San Francisco |
| $18.10 | 6/7/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $3.00 | 6/7/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $120.01 | 6/7/2022 | Alaska Airlines | T. O'Reardon, trial in San Francisco (flight for M.B. Montera) |
| $88.99 | 6/7/2022 | Alaska Airlines | T. O'Reardon, trial in San Francisco (flight for M.B. Montera) |
| $23.93 | 6/7/2022 | Uber | C. Straub, trial in San Francisco |
| $9.78 | 6/7/2022 | Intercontinental | C. Straub, trial in San Francisco |
| $233.63 | 6/7/2022 | Maxs Opera Cafe | T. Blood, trial in San Francisco |
| $59.06 | 6/7/2022 | Uber | T. Blood, trial in San Francisco |
| $10,729.59 | 6/8/2022 | Intercontinental | T. Blood, trial in San Francisco |
| $24.34 | 6/8/2022 | The Chieftain | C. Straub, trial in San Francisco |
| $6.19 | 6/8/2022 | Regent School Catering | C. Straub, trial in San Francisco |
| $174.48 | 6/8/2022 | Chao Pescao | T. O'Reardon, trial in San Francisco |
| $3.00 | 6/8/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $7.82 | 6/8/2022 | Blondies Pizza | T. O'Reardon, trial in San Francisco |

| Amount | Date | Vendor | Purpose |
|---|---|---|---|
| $69.87 | 6/8/2022 | Oak Pyramid | T. O'Reardon, trial in San Francisco |
| $5,491.55 | 6/8/2022 | Intercontinental | T. O'Reardon, trial in San Francisco |
| $151.14 | 6/8/2022 | The Chieftain | T. Blood, trial in San Francisco |
| $10,225.31 | 6/8/2022 | Intercontinental | T. Blood, trial in San Francisco |
| $10,071.53 | 6/8/2022 | Intercontinental | T. Blood, trial in San Francisco |
| $37.76 | 6/8/2022 | Intercontinental | T. Blood, trial in San Francisco |
| $2,268.06 | 6/8/2022 | Intercontinental | T. Blood, trial in San Francisco |
| $7.13 | 6/9/2022 | High Flying Foods | T. O'Reardon, trial in San Francisco |
| $24.94 | 6/9/2022 | Uber | T. O'Reardon, trial in San Francisco |
| $70.67 | 6/9/2022 | Uber | T. O'Reardon, trial in San Francisco |