# EXHIBIT 12
# PART 1

PLEASE DETACH HE... ...ND RETURN TOP PORTION WITH YOUR PAYMENT

Union Bank® Business Edition® Plus Visa®                         Account Number:

## Account Summary

Previous Balance ............
Payments .......................
Other Credits ...............
Purchases ....................
Balance Transfers ..........
Cash Advances ...............
Fees Charged ..................
Interest Charged ..............
**New Balance** ................

Statement Closing Date ....... 12/19/13
Days in Billing Cycle ....................... 29

Total Credit Limit ............
Available Credit ...............
Cash Limit .......................
Available Cash ...............

## Payment Information

New Balance .................................................
Minimum Payment Due .............................
Past Due Amount ......................................
Payment Due Date ................................................ January 15, 2014



Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

TB  PM 12/30/13
# 3743

 **Customer Service**    **Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
Save Time and Stamps
by Paying Online!
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

 **Rewards Summary**

Total points earned this month.................................
Bonus points earned this month............................
Total points redeemed this month..........................
Accumulated point total..........................................
Points expiring next month.....................................



**Remember...**
keep using your card to
increase your rewards total -
the more you charge, the
more rewards you earn!

 **Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits | |
|---|---|---|---|---|---|
| 11-27 | 11-29 | 2469216333200078023111791 | SOUTHWES  5262174099734 800-435-9792 TX | $451.80 | Joint Juice. |
| 12-03 | 12-05 | 2471705333815338870537 1 | SAN DIEGO COUNTY RAA SAN DIEGO CA | $28.00 | JOINT JUICE |
| 12-05 | 12-09 | 2469216334000049477801 0 1 | SOUTHWES  5262175798255 800-435-9792 TX | $331.80 | Joint Juice |
| 12-12 | 12-13 | 2476518334698000129258 3 | CAFE 450 SAN FRANCISCO CA | $6.02 | Joint Juice |
| 12-12 | 12-13 | 2476790334634701230980 9 | YELLOW CARD SERVICES INC 415-8394600 CA | $48.70 | Joint Juice |
| 12-12 | 12-13 | 2463923334690001770329 9 | GOLD STAR TAXI 415-4018993 CA | $56.95 | Joint Juice |
| 12-12 | 12-13 | 2471705334626346064 1 152 | SAN DIEGO COUNTY RAA SAN DIEGO CA | $28.00 | Joint Juice |

Issued by First Bankcard, a division of First National Bank of Omaha          See reverse for additional information.

Account Number: ▮▮▮▮▮

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 12-12 | 12-16 | 24692163347000719943657 | SOUTHWES 5262177159446 800-435-9792 TX | $69.00 Joint Juice ✓ |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.     (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 10.99% (v) | | | |
| Cash Advance | 19.99% (v) | | | |

## 2013 Total Year-to-Date

Total fees charged in 2013 ....................................... ▮▮▮
Total interest charged in 2013 ................................. ▮▮▮

## Additional Information Regarding Your Account

**OMAHA STEAKS(R)**
**SAVE 60% and Get The All Wrapped Up II Combo**
**NOW ONLY $59.99!**
4 (8 oz.) Private Reserve(R) Top Sirloins,
4 (4 oz.) Omaha Steaks Burgers,
4 Boneless Chicken Breasts (1 lb. pkg.),
4 (3 oz.) Gourmet Jumbo Franks &
Signature Gift Wrap
Regular Price, $151.00 - **NOW ONLY $59.99**
That's 12 assorted gourmet items - ORDER NOW!
Call 24 hours a day, 7 days a week - 1-800-867-9300 and
ask for **46097ZZH** or go to www.OmahaSteaks.com/zzh



Terms and Conditions: This offer can only be redeemed
online and by phone. Limit of 2 shipments available at this
price. Standard shipping and handling and any applicable
sales tax will be applied per address. Offer expires 1/31/14.
First Bankcard, a division of First National Bank of Omaha
does not warrant or take responsibility for the items or
services offered and is not affiliated with Omaha Steaks.

### An Easier Way to Pay Your Bills!

Tired of writing checks and spending money on stamps every time you pay a bill? Pay your recurring
monthly bills automatically with your credit card! No hassle. No forgetting to send a payment for phone,
internet, even utilities. And, no worries about your payment being lost or intercepted in the mail.
It's quick and convenient. Start paying your monthly bills with your credit card today!

```
Gold Star Taxi
    Francisco
   400-8993

12/ 2 13 03:42
Trx: 143592
Card: VISA 3
Aprv: 925974
Fare: $46.95
Tip: $10.00
Total: $56.95
Vehicle: 0122
Driver: 4884
```

John + Juice

My Account ▸ My Travel ▸ Past Trips ▸ San Diego, CA - SAN to San Francisco, CA - SFO



## San Diego, CA - SAN to San Francisco, CA - SFO

Save as Frequent Trip | Book This Trip | View Receipt

### ✈ Air                                                        earned + 9,560 PTS

**Passenger: TIMOTHY BLOOD**          Confirmation #ZUHHBF          ACCT# ▇▇▇▇

**AIR ITINERARY**

Flight - Business Select Fare

DEC 3   San Diego, CA - SAN to San Francisco, CA - SFO
TUE   12/03/2013

Flight - Anytime Fare

DEC 3   San Francisco, CA - SFO to San Diego, CA - SAN
TUE   12/03/2013

### PRICING                                                        🖶 Print

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | SAN-SFO | Business Select | $223.26 |
| | | Govt. Taxes & Fees | $27.64 |
| | | Dollar Total: | $250.90 |

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | SFO-SAN | Anytime | $176.74 |
| | | Govt. Taxes & Fees | $24.16 |
| | | Dollar Total: | $200.90 |

Dollar Grand Total:                    $451.80
Total Points Earned:                    9,560

*Joint Juice*

San Diego, CA - SAN to San Francisco, CA - SFO ... http://www.southwest.com/account/travel/past-trips/details?recordLoca...

My Account › My Travel › Past Trips › San Diego, CA - SAN to San Francisco, CA - SFO


SOUTHWEST.COM'

# San Diego, CA - SAN to San Francisco, CA - SFO

Save as Frequent Trip | Book This Trip | View Receipt

## Air                                              earned + 6,340 PTS

**Passenger:** TIMOTHY BLOOD          Confirmation #ZZGMXL          ACCT #▇▇▇▇▇

### AIR ITINERARY

**Flight -** Wanna Get Away Fare
**DEC 12** San Diego, CA - SAN to San Francisco, CA - SFO
**THU** 12/12/2013

**Flight -** Anytime Fare
**DEC 12** San Francisco, CA - SFO to San Diego, CA - SAN
**THU** 12/12/2013

### PRICING                                              🖨 Print

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | SAN-SFO | Wanna Get Away | $144.19 |
| | | Govt. Taxes & Fees | $21.71 |
| | | **Dollar Total:** | **$165.90** |

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | SFO-SAN | Anytime | $208.37 |
| | | Govt. Taxes & Fees | $26.53 |
| | | **Dollar Total:** | **$234.90** |

| | |
|---|---|
| **Dollar Grand Total:** | $400.80 |
| **Total Points Earned:** | 6,340 |

*Joint Juice*

1 of 1                                                                                          2/19/2014 9:50 AM

Union Bank® Business Edition® Plus Visa®

Account Number:

### Account Summary

Previous Balance .........
Payments ...................
Other Credits ...............
Purchases ...................
Balance Transfers ........
Cash Advances ............
Fees Charged ...............
Interest Charged ...........
**New Balance** ...............

Statement Closing Date ....... 06/19/14
Days in Billing Cycle ........................ 30

Total Credit Limit .........
Available Credit .............
Cash Limit .....................
Available Cash ............

### Payment Information

New Balance .................................................
Minimum Payment Due ..................................
Past Due Amount ............................................
Payment Due Date .................................................... July 15, 2014

Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

TB   pw 7/2/14   #4113

### Customer Service   Call: Toll Free 1-800-819-4249

(TDD Telecommunications Device for the Deaf: 1-800-925-2833)

Save Time and Stamps by Paying Online!

**Visit: www.firstbankcard.com/unionbank**

Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

### Rewards Summary

Total points earned this month...........................
Bonus points earned this month........................
Total points redeemed this month.......................
Accumulated point total.................................
Points expiring next month.............................

Remember...
keep using your card to increase your rewards total - the more you charge, the more rewards you earn!

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| 6-04 | 6-06 | 2469216415600041484334 9 1 | SOUTHWES | 5262420705558 800-435-9792 TX | $443.00 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page



### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | | Credits (CR) and Debits | |
|---|---|---|---|---|---|---|---|
| 6-16 | 6-18 | 2469216416800063306991141 | SOUTHWES | 5262424123456 | 800-435-9792 TX | $85.00 | *Joint Juice* |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.     (v) Variable Rate    (f) Fixed Rate

## Additional Information Regarding Your Account

### An Easier Way to Pay Your Bills!

Tired of writing checks and spending money on stamps every time you pay a bill? Pay your recurring monthly bills automatically with your credit card! No hassle. No forgetting to send a payment for phone, internet, even utilities. And, no worries about your payment being lost or intercepted in the mail. It's quick and convenient. Start paying your monthly bills with your credit card today!

HSH

*Joint Juice* (handwritten)



# Ready for takeoff!



Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 06/19/14 - San Francisco




$443.0 (handwritten)
+$85.00 (handwritten)
$528.0 (handwritten)

## ✈ AIR Itinerary

**AIR Confirmation: MU8JW5**    Confirmation Date: 06/16/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| BLOOD/TIMOTHY G | ▓▓▓▓ | 5262424123456 | Jun 4, 2015 | 5648 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Jun 19 2043 | | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **08:05 AM**<br>Arrive in **SAN FRANCISCO, CA** (SFO) at **09:35 AM**<br>Travel Time 1 hrs 30 mins<br>Business Select |
| Thu Jun 19 2048 | | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **5:30 PM**<br>Arrive in **SAN DIEGO, CA** (SAN) at **6:55 PM**<br>Travel Time 1 hrs 25 mins<br>Business Select |

## What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

## Remember to be in the gate area on time and ready to board:

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 528.00

Carryon Items: 1 Bag + small personal item are free. See full details.
Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262424123456: NONTRANSFERABLE.

DISH.COM/TVFLIES FREE
**Relax with free TV on your flight.** Check in and check out.
**dish**

**NEED A HOTEL?**
Best Rate Guarantee
Flexibility to Pay Later
Earn up to **750 Rapid Rewards Points**
Book a Hotel

**NEED A CAR?**
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car


**CLICK ' SAVE'**
Join over 17 million email subscribers saving big on travel each week.
Sign Up


**ENROLL NOW. IT'S FREE!**
SOUTHWEST.COM
RAPID REWARDS

Valid only on Southwest Airlines. All travel involving funds from this
Confirmation Number must be completed by the expiration date. Unused
travel funds may only be applied toward the purchase of future travel for
the individual named on the ticket. Any changes to this itinerary may result
in a fare increase.

SAN WN SFO235.35KZBP WN SAN235.35KZBP 470.70 END
ZPSANSFO XFSAN4.5SFO4.5 AY5.00$SAN2.50 SFO2.50

 Learn About Our
Boarding Process ➡

 Get EarlyBird
Check-In® Details ➡

## Cost and Payment Summary

✈ AIR - MU8JW5

| | | Payment Information |
|---|---|---|
| Base Fare | $470.70 | |
| Excise Taxes | $ 35.30 | Payment Type: Visa |
| Segment Fee | $ 8.00 | XXXXXXXXXXXX5013 |
| Passenger Facility Charge | $ 9.00 | Date: Jun 16, 2014 |
| September 11th Security Fee | $ 5.00 | Payment Amount: $85.00 |
| **Total Air Cost** | **$528.00** | Tkls funds applied from Conf# MBA927 ($0.00 remaining) $443.00 |

 **Flight Status Alerts**

Stay on your way with flight departure or
arrival status via text message or e-mail.

Subscribe Now ➡

## Fly Southwest To International Destinations

You can now book travel
from select cities to Mexico
& The Caribbean at
southwest.com.

Learn More ➡

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | | |
| Early Bird Check-In | In the Airport | Traveling with Children |
| View/Share Itinerary | Baggage Policies | Traveling with Pets |
| Change Air Reservation | Suggested Airport Arrival Times | Unaccompanied Minors |
| Cancel Air Reservation | Security Procedures | Baby on Board |
| Check Flight Status | Customers of Size | Customers with Disabilities |
| Flight Status Notification | In the Air | |
| Book a Car | Purchasing and Refunds | |
| Book a Hotel | | |

3

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated
Terms

Customer Service
Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My
Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to
this message. Your privacy is important to us, Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the
expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved.

PLEASE DETACH HERE    RETURN TOP PORTION WITH YOUR PAYMENT

Union Bank® Business Edition® Plus Visa®

Account Number: ▮▮▮▮▮

## Account Summary

Previous Balance .......... ▮
Payments ....................
Other Credits .................
Purchases ......................
Balance Transfers .........
Cash Advances .............
Fees Charged ...............
Interest Charged .........
**New Balance** ...............

Statement Closing Date ....... 06/19/14
Days in Billing Cycle ........................ 30

Total Credit Limit ............ ▮
Available Credit .............
Cash Limit ....................
Available Cash .............

## Payment Information

New Balance ........................................... ▮
Minimum Payment Due ...........................
Past Due Amount ....................................
Payment Due Date ........................... July 15, 2014

Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

*To pd 7/2/14*
*✓ H 4112*

## Customer Service

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

Save Time and Stamps by Paying Online!

## Rewards Summary



Total points earned this month................................. ▮
Bonus points earned this month............................
Total points redeemed this month.........................
Accumulated point total.........................................
Points expiring next month.....................................

Remember...
keep using your card to increase your rewards total - the more you charge, the more rewards you earn!

## Transaction Detail



| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| 6-02 | 6-04 | 2469216415400039959586B 1 | SOUTHWES   5262419945312 800-435-9792 TX | *B.M Juice* | $445.00 |
| 6-06 | 6-06 | 2469216415700057881159G | SQ *JASMIN(TAXI) San Francisco CA | | $50.60 |
| 6-05 | 6-09 | 2443105415720718B501033 | THE COUNTER San Diego CA | | $16.69 |
| 6-06 | 6-09 | 24717054158131586715017 | SAN DIEGO COUNTY RAA San Diego CA | | $56.00 |
| 6-06 | 6-09 | 2476790415741290001549O | YELLOW CARD SERVICES INC 415-8394600 CA | | $54.35 |
| 6-06 | 6-09 | 24692164157000645515337 | HUDSON NEWS San Diego CA | | $12.44 |
| 6-06 | 6-09 | 24493954158207746900265 | GOLDEN GATE MEAT CO San Francisco CA | | $8.00 |
| 6-06 | 6-09 | 24493954158400933000086 | BAY READER NEWS WALL South San Fra CA | | $2.19 |
| 6-06 | 6-09 | 24761974158200468400251 | PEETS COFFEE SFO #3 San Francisco CA | | $4.96 |
| 6-07 | 6-09 | 2469216415900068096782 1 1 | SOUTHWES   5262421938342 800-435-9792 TX | | $484.00 |
| 6-07 | 6-09 | 24493984158200399300768 | HOTEL MONACO SF San Francisco CA | | $325.79 |
| 6-09 | 6-11 | 2469216416100054998440 1 1 | SOUTHWES   5262422432594 800-435-9792 TX | | $378.00 |
| 6-11 | 6-12 | 7454706416309016216960G 7 | BMJ PUBLISHING GROUP LTD - ECOMMER *J ... Juice (office)* | | $30.00 |
| 6-12 | 6-16 | 24767904164476100085612 | YELLOW CARD SERVICES INC 415-8394600 CA *Joint Juice* | | $54.10 |
| 6-13 | 6-16 | 24692164164000981390601 | SQ *LE DANG Millbrae CA *Joint Juice (club)* | | $55.00 |
| 6-13 | 6-16 | 24493984165207749600517 | GOLDEN GATE MEAT CO San Francisco CA | | $8.00 |
| 6-13 | 6-16 | 24493984165400936000191 | BAY READER NEWS WALL South San Fra CA | | $6.69 |
| 6-13 | 6-16 | 24323044164577494010017 | THE OLD SIAM THAI REST San Francisco CA | | $11.73 |

Issued by First Bankcard, a division of First National Bank of Omaha          See reverse for additional information.

Continued next page

Ac    nt Number:

## Transaction Detail



| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| 6-13 | 6-16 | 2469216416400071853579 1 | HUDSON NEWS SAN DIEGO CA | Joint Juice | $4.25 |
| 6-13 | 6-16 | 2471705416573165104194 1 | SAN DIEGO COUNTY RAA SAN DIEGO CA | " | $56.00 |
| 6-13 | 6-16 | 2475542416526165503368 4 | WESTIN ST. FRANCIS SAN FRANCISCO CA | " | $295.48 |
| 6-13 | 6-16 | 2469216416500004679995 1 | PEET S #07102 SAN FRANCISCO CA | " | $3.50 |
| 6-14 | 6-16 | 2449398416520726420090 7 | HOTEL BUSINESS CENTER 866-874-4440 CA | " | $62.50 |
| 6-14 | 6-16 | 2443099416508334314576 1 | JOHN WILEY & SONS, INC 800-434-3433 IN | Joint Juice (article) | $35.00 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.     (v) Variable Rate    (f) Fixed Rate

## Additional Information Regarding Your Account

### An Easier Way to Pay Your Bills!

Tired of writing checks and spending money on stamps every time you pay a bill? Pay your recurring monthly bills automatically with your credit card! No hassle. No forgetting to send a payment for phone, internet, even utilities. And, no worries about your payment being lost or intercepted in the mail. It's quick and convenient. Start paying your monthly bills with your credit card today!

## Tommy O'Reardon

| | |
|---|---|
| From: | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| Sent: | Monday, June 2, 2014 2:02 PM |
| To: | Tommy O'Reardon |
| Subject: | Flight reservation (MZMKUV) | 05JUN14 | SAN-SFO | Oreardon/Thomas Joseph Ii |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!



 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

 **AIR Itinerary**

### AIR Confirmation: MZMKUV

Confirmation Date: 06/2/2014



| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ▮▮▮▮▮ | 5262419945312 | Jun 2, 2015 | 3221 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.




| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Jun 5 | 3504 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **5:45 PM** <br> Arrive in **SAN FRANCISCO, CA** (SFO) at **7:15 PM** <br> Travel Time 1 hrs 30 mins <br> Wanna Get Away |
| Fri Jun 6 | 2694 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **6:05 PM** <br> Arrive in **SAN DIEGO, CA** (SAN) at **7:35 PM** <br> Travel Time 1 hrs 30 mins <br> Anytime |

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

1

Remember to be in the gate area on time and ready to board:

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.



Air Cost: 445.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262419945312: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN SFO178.60WLN3WNR WN SAN214.88YL 393.48 END ZPSANSFO XFSAN4.5SFO4.5 AY5.00$SAN2.50 SFO2.50

 Learn About Our Boarding Process

 Get EarlyBird Check-In® Details

## Cost and Payment Summary

AIR - MZMKUV

| | | Payment Information |
|---|---|---|
| Base Fare | $ 393.48 | |
| Excise Taxes | $ 29.52 | Payment Type: Visa XXXXXXXXXXXX8435 |
| Segment Fee | $ 8.00 | Date: Jun 2, 2014 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $445.00 |
| September 11th Security Fee | $ 5.00 | |
| Total Air Cost | $ 445.00 | |





## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air   Book Hotel   Book Car   Book Vacation Packages   See Special Offers   Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy

† All travel involving funds from this Confirmation Number must be completed by the expiration date
‡ Security Fee is the government-imposed September 11th Security Fee

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CP
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved.

Joint Juice

-all cc pmts

Joint Juice

SAN DIEGO AIRPORT

RECEIPT            H4

ENTRY TIME:
06/05/14          19:36
EXIT TIME:
06/06/14          19:56
PARK-DUR. : HRS:MIN
IN LOT:      1:00:19
AMOUNT:
     $ 56.00

KIND OF PAYMENT
AMOUNT:

THANK YOU FOR YOUR
VISIT

SAN DIEGO AIRFORT

RECEIPT            H4

ENTRY TIME:
06/12/14          18:37
EXIT TIME:
06/13/14          20:09
PARK-DUR. : HRS:MIN
IN LOT:      1:01:31
AMOUNT 56.00        Joint Juice

KIND OF PAYMENT
AMOUNT:

THANK YOU FOR YOUR
VISIT

SAN DIEGO AIRPORT

RECEIPT        Joint Juice  H3

ENTRY TIME:
06/23/14          07:09
EXIT TIME:
06/23/14          17:17
PARK-DUR. : HRS:MIN
IN LOT:      0:10:08
AMOUNT:
     $ 28.00

KIND OF PAYMENT
AMOUNT:

THANK YOU FOR YOUR
VISIT

## Tommy O'Reardon

| From: | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
|---|---|
| Sent: | Saturday, June 7, 2014 11:54 AM |
| To: | Tommy O'Reardon |
| Subject: | Flight reservation (MS5CMN) | 12JUN14 | SAN-SFO | Oreardon/Thomas Joseph Ii |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!



Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 06/12/14 - San Francisco

 **AIR Itinerary**

## AIR Confirmation: MS5CMN

Confirmation Date: 06/7/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ███████ | 5262421938342 | Jun 7, 2015 | 4298 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Jun 12 | 4159 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **5:40 PM** <br> Arrive in **SAN FRANCISCO, CA** (SFO) at **7:05 PM** <br> Travel Time 1 hrs 25 mins <br> Anytime |
| Fri Jun 13 | 2048 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **5:30 PM** <br> Arrive in **SAN DIEGO, CA** (SAN) at **6:55 PM** <br> Travel Time 1 hrs 25 mins <br> Anytime |

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.





- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.

- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.





Air Cost: 484.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262421938342: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

SAN WN SFO214.88YL WN SAN214.88YL 429.76 END ZPSANSFO XFSAN4.5SFO4.5 AY5.00$SAN2.50 SFO2.50

 Learn About Our
Boarding Process

 Get EarlyBird
Check-In® Details

## Cost and Payment Summary

AIR - MS5CMN

| | | |
|---|---|---|
| Base Fare | $ 429.76 | **Payment Information** |
| Excise Taxes | $ 32.24 | Payment Type: Visa XXXXXXXXXXXX8435 |
| Segment Fee | $ 8.00 | Date: Jun 7, 2014 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $484.00 |
| September 11th Security Fee | $ 5.00 | |
| Total Air Cost | $ 484.00 | |





## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air   Book Hotel   Book Car   Book Vacation Packages   See Special Offers   Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy

All travel involving funds from this Confirmation Number must be completed by the expiration date
Security Fee is the government-imposed September 11th Security Fee

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | reservations@monaco-sf.com |
| **Sent:** | Monday, June 2, 2014 7:31 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Reservation Confirmation: Monaco San Francisco, a Kimpton® Hotel - Confirmation: CI12FRIH |



## you're on your way

### Relax. Everything's taken care of.

Thanks for your reservation at Monaco San Francisco, a Kimpton® Hotel. We're as excited about your arrival as you are. Until then, we'll be right here making sure everything rolls smoothly during your stay.

See you soon!

**ADD TO OUTLOOK**    **MODIFY OR CANCEL**

### Your Confirmation Number: CI12FRIH

**YOUR SCHEDULE**

| | |
|---|---|
| Your Arrival Date: | Thursday, June 05, 2014 |
| Your Departure Date: | Friday, June 06, 2014 |
| Adults/Children: | 1/0 |
| Rooms: | 1 |

**YOUR INFORMATION**

| | |
|---|---|
| Guest Name: | Thomas O'Reardon |
| Email: | toreardon@bholaw.com |

1

Loyalty Level: InTouch Member          Not a member?    **JOIN NOW**

### HOTEL AND RATE INFORMATION

Hotel name:                    Monaco San Francisco, a Kimpton® Hotel

Hotel address:                 501 Geary Street San Francisco, California
                               94102

Phone/Fax number:              1-415-292-0100 ph 1-415-292-0111 fax

Your rate:                     AAA + Parking

Your room type:                Queen Room

Nightly rates:                 Thursday, June 05, 2014 USD 280.10

Average nightly rate:          USD 280.10

Approximate total charges:     USD 325.79

### PAYMENT AND CANCELLATION POLICY

Method:                        VI

Credit Card Number:            XXXXXXXXXXXX3435

Policy Information:            This credit card is being used to guarantee
                              your room. Please provide a credit card at the
                              time of check in for room, tax & incidentals.
                              Must be modified or canceled at least 24
                              hours prior to your arrival date, 6 pm local
                              hotel time to avoid a one night's room and tax
                              charge to your credit card. An early departure
                              fee in the amount of up to 1 night's room and
                              tax may apply.

### RESERVATION MODIFICATION OR CANCELLATION

If you would like to modify or cancel this reservation, click here

### NEWS & UPDATES


book meetings


raid the bar


dine with us

### TERMS & CONDITIONS

Applicable room, tax, and fees will be charged if reservation is cancelled within the cancellation policy. Kimpton Hotels reserves the right to cancel reservations booked with erroneous room rates. Kimpton Hotels considers 10 or more rooms a group. Kimpton Hotels reserves the right to cancel 10 or more rooms booked online. Please contact the hotel directly if you are booking 10 or more rooms. Rates are subject to change with reservation modification. Early departure fees may apply. A credit card is required at check-in. Kimpton Hotels site incorporates links to other Web sites. Kimpton Hotels does not in any way endorse, nor is it responsible for, the content on those other Web sites.



like us  f  |  follow us

You have received this email because you booked a reservation with a Kimpton Hotel. To review our privacy policy, click here. If you believe you have received this message in error, please click here.

Kimpton Hotels & Restaurants, 222 Kearny Street, Suite 200, San Francisco, CA 94108

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, June 9, 2014 4:38 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (M8JLHO) \| 16JUN14 \| SAN-SFO \| Oreardon/Thomas Joseph Ii |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!



 **AIR Itinerary**

## AIR Confirmation: M8JLHO

Confirmation Date: 06/9/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | Join or Add # | 5262422432594 | Jun 9, 2015 | 1986 |

Rapid Rewards points earned are only estimates. Not a member - visit http://www.southwest.com/rapidrewards and sign up today!



| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Jun 16 | 2049 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **7:35 PM**<br>Arrive in **SAN FRANCISCO, CA** (SFO) at **9:00 PM**<br>Travel Time 1 hrs 25 mins<br>Wanna Get Away |
| Tue Jun 17 | 2056 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **7:35 PM**<br>Arrive in **SAN DIEGO, CA** (SAN) at **9:05 PM**<br>Travel Time 1 hrs 30 mins<br>Wanna Get Away |

### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

1

**Remember to be in the gate area on time and ready to board:**



- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.

- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.



Air Cost: 378.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262422432594: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN SFO165.58WLN7PNR WN SAN165.58WLN7PNR 331.16 END ZPSANSFO
XFSAN4.5SFO4.5 AY5.00$SAN2.50 SFO2.50



Learn About Our
Boarding Process▢



Get EarlyBird
Check-In® Details▢

## Cost and Payment Summary

▢ AIR - M8JLHO

| | | |
|---|---|---|
| Base Fare | $ 331.16 | **Payment Information** |
| Excise Taxes | $ 24.84 | Payment Type: Visa XXXXXXXXXXXX8435 |
| Segment Fee | $ 8.00 | Date: Jun 9, 2014 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $378.00 |
| September 11th Security Fee | $ 5.00 | |
| Total Air Cost | $ 378.00 | |

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air   Book Hotel   Book Car   Book Vacation Packages   See Special Offers   Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.
² Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CP
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved

## Tommy O'Reardon

**From:**      The Westin St. Francis San Francisco on Union Square
               <GCCUSTSERVICE@CONFIRM.STARWOODHOTELS.COM>
**Sent:**      Monday, June 9, 2014 7:15 PM
**To:**        Tommy O'Reardon
**Subject:**   Rest easy. Your reservation has been confirmed (451164371).

Trouble seeing this email? View it in a browser for up-to-date reservation information, or to view in
English, Français, Español, Deutsch, 日本語, 中文(简体), Italiano, Português, Русский, العربية, 中國(傳統), 한국어

### The Westin St. Francis San Francisco on Union Square

335 Powell Street,
San Francisco , California 94102 United States
Phone: (1)(415) 397-7000 Fax: (1)(415) 774-0124

- ☐ CONTACT US
- ☐ GUEST ROOMS
- ☐ FEATURES AND ACTIVITIES
- ☐ DINING OPTIONS
- ☐ LOCAL AREA
- ☐ DRIVING DIRECTIONS
- ☐ AREA MAP
- ☐ MEETING SPACE

Welcome Back Mr OREARDON,

Your reservation is all set – we're excited to welcome you to The Westin St. Francis San Francisco on Union Square.

We invite you to enhance your experience by **upgrading your stay to a Deluxe King Room for only $10 more per night**. Simply click on the link to the right for more information.

At Westin, we'll do all that we can to help you be at your best. If there is anything you need as we prepare for your arrival, please just ask.

Stay Well,

Jon Kimball
GENERAL MANAGER

**A MESSAGE FOR YOUR STAY**

Learn more about upgrading your stay.

**A MESSAGE FROM WESTIN HOTELS & RESORTS**

**A MESSAGE FROM STARWOOD PREFERRED GUEST**

Confirmation: 451164371

1

Valet parking is available for $55 + tax per night for regular vehicles and $62 + tax per night for oversized vehicles. The hotel offers covered garage parking with in and out privileges, 24 hours a day. There is no self-parking available at the hotel. *Prices are subject to change.

Discover simple tools to feel happier,

work smarter and sleep better >

## YOUR RESERVATION

| | |
|---|---|
| Check In | 12-JUN-2014 - 3:00 PM * |
| Check Out | 13-JUN-2014 - 12:00 PM * |
| Number of Rooms | 1 |
| Number of Guests | 1 |

*Indicates standard hotel check-in and check-out times and does not reflect special arrangements made with the hotel.*

### YOUR STARWOOD PREFERRED GUEST DETAILS

Member Name:
THOMAS OREARDON

SPG Number:
xxxxxxxx240

Starpoint Balance:
60486

Login to Your Account

## YOUR ACCOMMODATIONS: ROOM 1 OF 1

| | |
|---|---|
| Guest Name | THOMAS OREARDON |
| Number of Adults | 1 |
| Number of Children | 0 |

**Room Description**
King Bed

- Traditional Non-smoking, Smoke-free
- 19 Sq.m/200 Sq.ft
- 200 Sq Ft Room
- Heavenly Bed And Bath
- No View
- Landmark Building

Remarks

**Rate Details**
Aba Preferred

## YOUR RATE

| | Avg Est Room Total per Night* | Est Total for Your Stay* 1 Room, 1 Night |
|---|---|---|
| Room Rate | USD 254.00 | USD 254.00 |
| **Room rate excludes the following:** | | |
| Sales Tax: 14.00 % Per Room / Per Night | USD 35.56 | USD 35.56 |
| Tid Assessment: 2.25 % Per Room / Per Night | USD 5.72 | USD 5.72 |
| Ca Tourism Fee: 0.08 % Per Room / Per Night | USD 0.20 | USD 0.20 |

2

Estimated Total*:                    USD 295.48        USD 295.48

\* The displayed totals are estimates only and do not include any additional charges that may be incurred at the hotel. The actual total will be calculated by the hotel in its local currency, based on the local taxes and currency exchange rate (if applicable) in effect at the time charging occurs.

Guarantee Rules and Cancellation Policy

Your room is guaranteed with a(n) AMEX / OPTIMA card.
Cancel by 6:00 PM Hotel time 1 days prior to avoid 1 Night penalty. There may be additional applicable charges and taxes.
Room taxes may be charged on penalties.

Debit and Credit cards will be authorized at check-in for the amount of your stay, plus an amount to cover incidentals. Please visit "Announcements" on the hotel website for more information.

## YOUR PRIVACY

Please note: For security purposes, you will be asked to provide a valid government or state-issued photo ID at check-in.

This email may contain links to websites that collect personally identifiable information about you. Starwood Hotels & Resorts Worldwide, Inc. is not responsible or liable for the actions of such independent websites, and encourages you to review the privacy statements and policies of such websites to understand how they collect, use and store such information.

Click here for Starwood Hotels & Resorts Worldwide, Inc.'s Privacy Statement.

## DISCLOSURE

Starpoint® balance may not reflect your most recent activity and may not include Starpoints earned or redeemed for the current transaction.

Modify and Cancel Information

To view, change or cancel your reservation, please visit westin.com. Any modification to a reservation is subject to the hotel's availability at the time the modification is requested and may change the rate and/or require payment of cancellation fees. If you require further assistance, please contact Westin Hotels & Resorts at 800-937-8461 if you are calling from the United States or Canada. Otherwise, click here for the telephone number of the Worldwide Reservation Office nearest you. Please note that reservations cannot be changed or canceled via email.

Guarantee Rules

For reservations guaranteed with a form of payment at time of booking, rooms are held until hotel check-out time the day following arrival. For reservations not guaranteed with a form of payment at time of booking, rooms are held until set cancellation time per the rules of the reservation. In the event more guests arrive than can be accommodated due to hotel overbooking or an unforeseen circumstance, and hotel is unable to hold rooms consistent with this room hold policy, hotel will attempt to accommodate guests, at its expense, at a comparable hotel in the area for the oversold night(s), and will pay for transportation to that hotel.

Package Handling Policy

3

There is a package handling fee for all incoming and outbound packages. Please contact the hotel directly for the exact fee.

## Exchange Rate

For non-US hotels, rates confirmed in USD may be converted to local currency by the hotel at your time of stay, based on the exchange rate used by the hotel and are subject to exchange rate fluctuations. Credit card charges are subject to additional currency conversions by banks or credit card companies, which are not within the hotel's control and may impact the amount charged to your credit card. Please contact the hotel if you have any questions.

## Rate/Reservation Validity

Please note that electronic reservation confirmations are provided to you solely for your convenience and that we retain official records of our reservation transactions, including details of dates of stay and room rates. In the event of discrepancies, alterations, modifications, or variations between this confirmation and our official records, our official records shall control. Tampering with this confirmation to alter the room rate, or any other reservation information is strictly prohibited and may have legal consequences.

## Early Departure

Many Starwood hotels have an early departure fee. When you check-in, you will be asked to confirm your departure date. You may be able to change your departure date without a penalty if your rate plan permits and if you do so before the end of your arrival day. After reconfirming your departure date, if you decide to leave earlier, you may be charged the early departure fee. Please contact the hotel if you have any questions.

Starwood Hotels & Resorts Worldwide, Inc.
One StarPoint, Stamford, CT 06902 USA

This is a post only e-mail. Please do not reply to this message.
Unsubscribe from further marketing email communications related to this stay.



This electronic message transmission contains information from the Company that may be proprietary, confidential and/or privileged. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify the sender immediately by replying to the address listed in the "From:" field.

Union Bank® Business Perfection® Plus Visa®

Account Number: ███████

## Account Summary

| | |
|---|---|
| Previous Balance | ████ |
| Payments | |
| Other Credits | |
| Purchases | |
| Balance Transfers | |
| Cash Advances | |
| Fees Charged | |
| Interest Charged | |
| New Balance | |

Statement Closing Date ....... 07/21/14
Days in Billing Cycle ...................... 32

Total Credit Limit .......... ████
Available Credit ............
Cash Limit ....................
Available Cash ............

## Payment Information

| | |
|---|---|
| New Balance | ████ |
| Minimum Payment Due | |
| Past Due Amount | |
| Payment Due Date | August 15, 2014 |

**Manage your business expenses with convenient online access.**

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

**Login today to explore all the online possibilities!**

*TB  µ  7/30/14  ✓#4159*

## Customer Service

Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

| | |
|---|---|
| Total points earned this month | ████ |
| Bonus points earned this month | |
| Total points redeemed this month | |
| Accumulated point total | |
| Points expiring next month | |

**Remember...**
keep using your card to
increase your rewards total -
the more you charge, the
more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| 6-19 | 6-23 | 24692164171000924090707 1 | SOUTHWES | 5262425089171 800-435-9792 TX | $20.00 *Joint Juice* |
| 7-18 | 7-21 | 24692164200000567105403 1 | SOUTHWES | 5262432219023 800-435-9792 TX | $178.00 *Joint Juice* |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.   (v) Variable Rate   (f) Fixed Rate

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

Joint Juice
$20.00

**Christina Khoury**

| | |
|---|---|
| From: | Tim Blood |
| Sent: | Thursday, June 19, 2014 3:50 PM |
| To: | Christina Khoury |
| Subject: | FW: Flight reservation (M34K8M) \| 23JUN14 \| SAN-SFO \| Blood/Timothy G |

This is for Joint Juice - the total is $585 (paid from the cancelation of this trip that I was going to take today in the same case) plus $20.

From: Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
Sent: Thursday, June 19, 2014 3:13 PM
To: Tim Blood
Subject: Flight reservation (M34K8M) | 23JUN14 | SAN-SFO | Blood/Timothy G

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 06/23/14 - San Francisco


Save up to 30%
Plus earn up to 2,400 Rapid Rewards® points.

Let's go!

Budget®

**AIR Itinerary**

**AIR Confirmation:** M34K8M        Confirmation Date: 06/19/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| BLOOD/TIMOTHY G | ▮ | 5262425089171 | Jun 4, 2015 | 5872 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.


**NEED A HOTEL?**

Best Rate Guarantee

Flexibility to Pay Later

Earn up to
**750 Rapid Rewards Points**

Book a Hotel

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Jun 23 | 2043 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **08:05 AM** Arrive in **SAN FRANCISCO, CA** (SFO) at **09:35 AM** Travel Time 1 hrs 30 mins <u>Business Select</u> |
| Mon Jun 23 | 2048 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest |

1

Airlines at **5:30 PM**
Arrive in **SAN DIEGO, CA** (SAN) at **6:55 PM**
Travel Time 1 hrs 25 mins
Business Select



**NEED A CAR?**

Guaranteed Low Rates

14 Car Companies

Earn Rapid Rewards Points

Book a Car

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.



**CLICK 'N SAVE**

Join over 17 million email subscribers saving big on travel each week.

Sign Up

**ENROLL NOW! IT'S FREE!**

SOUTHWEST.COM
RAPID REWARDS

Air Cost: 548.00

Carryon Items: 1 Bag + small personal item are free. See full details.
Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262425089171: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

SAN WN SFO244.65KLNEV WN SAN244.65KLNEV 489.30 END
ZPSANSFO XFSAN4.5SFO4.5 AY5.00$SAN2.50 SFO2.50

 Learn About Our Boarding Process →     Get EarlyBird Check-In® Details →

## Cost and Payment Summary

AIR - M34K8M

| | | |
|---|---|---|
| Base Fare | $489.30 | **Payment Information** |
| Excise Taxes | $ 36.70 | Payment Type: Visa |
| Segment Fee | $ 8.00 | XXXXXXXXXXXX5013 |
| Passenger Facility Charge | $ 9.00 | Date: Jun 19, 2014 |
| September 11th Security Fee | $ 5.00 | Payment Amount: $20.00 |
| **Total Air Cost** | **$548.00** | Tkts funds applied from Conf# MU8JW5 ($0.00 remaining) $528.00 |

2

PLEASE DETACH HERE    RETURN TOP PORTION WITH YOUR PAYMENT

Union Bank® Business Edition® Plus Visa℃

Account Number: ███████

## Account Summary

Previous Balance ........ ███
Payments ....................
Other Credits ..............
Purchases ....................
Balance Transfers ........
Cash Advances ..........
Fees Charged .............
Interest Charged .........
**New Balance** ............

Statement Closing Date ....... 07/21/14
Days in Billing Cycle ....................... 32

Total Credit Limit ............ ███
Available Credit ..............
Cash Limit ......................
Available Cash ..............

## Payment Information

New Balance ......................................... ███
Minimum Payment Due .......................
Past Due Amount ...............................
Payment Due Date ......................................... August 15, 2014

Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

## Customer Service

Save Time and Stamps by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

Total points earned this month.............................
Bonus points earned this month...........................
Total points redeemed this month........................
Accumulated point total........................................
Points expiring next month....................................

**Remember...**
keep using your card to increase your rewards total - the more you charge, the more rewards you earn!



## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 6-19 | 6-23 | 246921641710009240905251 | SOUTHWES 5262425099014 800-435-9792 TX *Joint Juice* | $20.00 |
| 6-23 | 6-24 | 246921641740001462576B5 | SQ *METRO San Francisco CA *Joint Juice* | $53.95 |
| 6-23 | 6-25 | 2416407417553121474B360 | OAKLAND TRIBUN31286693 OAKLAND CA | $2.09 |
| 6-23 | 6-25 | 24717054175151755428712 | SAN DIEGO COUNTY RAA SAN DIEGO CA | $28.00 |
| 6-23 | 6-25 | 24013394175001754942018 | EINSTEIN BAGELS SD SAN DIEGO CA | $2.32 |
| 7-15 | 7-17 | 246921641970000229992243 1 | SOUTHWES 5262431390323 800-435-9792 TX *Joint Juice* | $347.00 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Thursday, June 19, 2014 3:46 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (MUWK85) | 23JUN14 | SAN-SFO | Oreardon/Thomas Joseph Ii |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!



### AIR Itinerary

## AIR Confirmation: MUWK85                    Confirmation Date: 06/19/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ▮ | 5262425099014 | Jun 9, 2015 | 4484 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Jun 23 | 2043 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **08:05 AM**<br>Arrive in **SAN FRANCISCO, CA** (SFO) at **09:35 AM**<br>Travel Time 1 hrs 30 mins<br>Anytime |
| Mon Jun 23 | 2048 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **5:30 PM**<br>Arrive in **SAN DIEGO, CA** (SAN) at **6:55 PM**<br>Travel Time 1 hrs 25 mins<br>Anytime |



**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

1



**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost: 504.00**

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262425099014: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

SAN WN SFO224.19YLNEV WN SAN224.19YLNEV 448.38 END ZPSANSFO
XFSAN4.5SFO4.5 AY5.00$SAN2.50 SFO2.50

 Learn About Our
Boarding Process

 Get EarlyBird
Check-In® Details

## Cost and Payment Summary

☐ AIR - MUWK85

| | | | |
|---|---|---|---|
| Base Fare | $ 448.38 | **Payment Information** | |
| Excise Taxes | $ 33.62 | Payment Type: Visa XXXXXXXXXXXX8435 | |
| Segment Fee | $ 8.00 | Date: Jun 19, 2014 | |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $20.00 | |
| September 11th Security Fee | $ 5.00 | | |
| **Total Air Cost** | $ 504.00 | Tkls funds applied from Conf# M9GNEM | |
| | | ($0.00 remaining) $484.00 | |

## Useful Tools

Check In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

## Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

## Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.
² Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved.

3

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Wednesday, July 23, 2014 6:40 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | UPDATED flight reservation (M7RLXH) | 24JUL14 | SAN-SFO | Oreardon/Thomas Joseph Ii |



You're all set for your trip!

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

### AIR Itinerary

**AIR Confirmation: M7RLXH**                    Confirmation Date: 07/23/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ▇▇▇▇ | 5262433276924 | Jul 15, 2015 | 2969 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Jul 24 | 2049 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **7:35 PM** <br> Arrive in **SAN FRANCISCO, CA** (SFO) at **9:00 PM** <br> Travel Time 1 hrs 25 mins <br> Anytime |
| Fri Jul 25 | 2056 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **7:35 PM** <br> Arrive in **SAN DIEGO, CA** (SAN) at **9:05 PM** <br> Travel Time 1 hrs 30 mins <br> Wanna Get Away |

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Remember to be in the gate area on time and ready to board:**

1



- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 406.20

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262433276924: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

 Learn About Our Boarding Process▢

 Get EarlyBird Check-In® Details▢

## Cost and Payment Summary

☐ AIR - M7RLXH

| | | Payment Information |
|---|---|---|
| Base Fare | $ 351.64 | |
| Excise Taxes | $ 26.36 | Payment Type: SWA Fare Protect |
| Segment Fee | $ 8.00 | Date: Jul 23, 2014 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $3.10 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 406.20** | Payment Type: Visa XXXXXXXXXXXX8435 |

Date: Jul 23, 2014
Payment Amount: $56.10

Payment Type: Ticket Exchange
Date: Jul 23, 2014
Payment Amount: $347.00

**Exchange Detail**
Jul 15, 2014 From ticket # 5262431390323 to ticket # 5262433276924

 

2

## Useful Tools

Check In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

## Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

## Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved.

3

Union Bank® Business Rewards®



## Account Summary

Previous Balance ............
Payments ....................
Other Credits ...............
Purchases ...................
Balance Transfers .........
Cash Advances .............
Fees Charged ...............
Interest Charged ...........
**New Balance** ..............

Statement Closing Date ....... 08/20/14
Days in Billing Cycle ...................... 30

Total Credit Limit ...........
Available Credit .............
Cash Limit .....................
Available Cash ...............

## Payment Information

New Balance ....................................
Minimum Payment Due .........................
Past Due Amount ...............................
Payment Due Date ........................... September 15, 2014

Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

*TO M 8/27/14 # 4218*

 **Customer Service**    Call: **Toll Free 1-800-819-4249**

Save Time and Stamps
by Paying Online!

(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

 **Rewards Summary**

Total points earned this month..........................
Bonus points earned this month.......................
Total points redeemed this month.....................
Accumulated point total..................................
Points expiring next month.............................

**Remember...**
keep using your card to
increase your rewards total -
the more you charge, the
more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| 7-23 | 7-24 | 24692164204000230567795 1 | SOUTHWES  5262433276924 800-435-9792 TX | *Joint Juice* | $56.10 |
| 7-24 | 7-25 | 24493984206091480000066 | CITY BY THE BAY SHOP SOUTH SAN FRA CA | *Joint Juice* | $4.50 |
| 7-24 | 7-28 | 24071054206987191130831 | BAY AREA TAXI CAB SAN FRANCISCO CA | | $50.00 |
| 7-24 | 7-28 | 24431054206207188500499 | THE COUNTER SAN DIEGO CA | | $13.72 |
| 7-25 | 7-28 | 24013394206001988176022 | BREAKING BREAD SAN FRANCISCO CA | *Joint Juice* | $10.77 |
| 7-25 | 7-28 | 24692164206000917177924 | HUDSON NEWS SAN DIEGO CA | | $3.69 |
| 7-25 | 7-28 | 24869484208261747170706 | SF GREEN CAB, LLC SAN FRANCISCO CA | | $57.66 |
| 7-25 | 7-28 | 24761974207200488401953 | PEETS COFFEE SFO #3 SAN FRANCISCO CA | | $4.96 |
| 7-25 | 7-28 | 24431064207286888901783 | GO BISTRO BURLINGAME CA | | $30.95 |
| 7-25 | 7-28 | 24755424207262075938783 | PALACE HOTEL SANFRANCISCO SAN FRANCISCO CA | | $289.76 |
| 7-26 | 7-28 | 24717054207162075753400 | SAN DIEGO COUNTY RAA SAN DIEGO CA | | $60.00 |
| 7-26 | 7-28 | 24692164208000844283728 | SOUTHWEST AIR INFLIGHT DALLAS TX | | $5.00 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Palace Hotel, a Luxury Collection Hotel, San Francisco <GCCUSTSERVICE@CONFIRM.STARWOODHOTELS.COM> |
| **Sent:** | Tuesday, July 22, 2014 12:44 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Your Luxury Collection Reservation Confirmation #141199143 |

Trouble seeing this email? View it in a browser for up-to-date reservation information, or to view in English, Français, Español, Deutsch, 中文(简体), 日本語, Italiano, Português, Русский, اللغة العربية, 中國(傳統), 한국어, Polski, Türkçe, Nederlands





## Palace Hotel, a Luxury Collection Hotel, San Francisco

2 New Montgomery Street, San Francisco, California 94105 United States
Phone: (1)(415) 512-1111 Fax: (1)(415) 543-0671

Contact Us ▫

Photos ▫

Accommodations ▫

Features & Activities ▫

Dining Cuisine ▫

Locale ▫

Driving Directions ▫

Meetings & Weddings ▫

Dear THOMAS OREARDON,

Thank you for choosing Palace Hotel, San Francisco, part of the magnificent ensemble of The Luxury Collection®.

It is my pleasure to confirm your reservation and we look forward to providing you with an exceptional experience our guests have become accustomed to.

Follow us for special offers and more.



Yours sincerely,

For Your Stay

Elevate Your Experience

Your Luxury Preferred Guest Detail

Member Name: **THOMAS OREARDON** SPG Number:**xxxxxxxx240** Starpoint Balance:**72107** **Login to Your Account**

The Luxury Collection Concierge. *Might I suggest?*

Palace Hotel, a Luxury Collection Hotel, San Francisco

Confirmation: 141199143

1

**Your Schedule:**

| | |
|---|---|
| Check In | 24-JUL-2014 - 3:00 PM * |
| Check Out | 25-JUL-2014 - 12:00 PM * |
| Number of Rooms | 1 |
| Number of Guests | 1 |

*\* Indicates standard hotel check-in and check-out times and does not reflect special arrangements made with the hotel.*

**Your Accommodations: Room 1 of 1**

| | |
|---|---|
| Guest Name | THOMAS OREARDON |
| Number of Adults/Per Room | 1 |
| Number of Children/Per Room | 0 |

**Room Description**
King Bed

• Superior Non-smoking, Smoke-free

• 28 Sq.m/300 Sq.ft    • Free Access To Hlth Club/pool

• 37 Inch Lcd Tvs    • High-speed Internet For A Fee

• Luxury Pillowtop Bed

**Remarks**

**Rate Details**
Flexible Rate
You May Change Or Cancel This Reservation Until Shortly Before Arrival; Please See Terms & Details Link For Cancellation Policy.

**Your Rate**

| | Avg Est Room Total per Night* | Est Total for Your Stay* 1 Room, 1 Night |
|---|---|---|
| Room Rate: | USD 249.00 | USD 249.00 |
| **Room rate excludes the following:** | | |
| Room Tax: 16.00% Per Room / Per Night | USD 39.84 | USD 39.84 |
| Ca Tourism Fee: 0.37% Per Room / Per Night | USD 0.92 | USD 0.92 |
| **Estimated Total*:** | USD 289.76 | USD 289.76 |

*\* The displayed totals are estimates only and do not include any additional charges that may be incurred at the hotel. The actual total will be calculated by*

2

the hotel in its local currency, based on the local taxes and currency exchange rate (if applicable) in effect at the time charging occurs.

## Guarantee Rules and Cancellation Policy

If you cancel before 04:00 PM on Wednesday, 23 July 2014 there will be no forfeit amount.
If you cancel after 04:00 PM on Wednesday, 23 July 2014 the forfeiture amount will be 249.00.
Room taxes may be charged on penalties.

Debit and Credit cards will be authorized at check-in for the amount of your stay, plus an amount to cover incidentals. Please visit "Announcements" on the hotel website for more information.

This credit card must be valid for the entire stay. Please present the credit card used to make this reservation upon check-in at the hotel. Please note: If you are booking on behalf of someone else, you must contact the hotel directly to arrange for third party billing.

## Your Privacy

Please note: For security purposes, you will be asked to provide a valid government or state-issued photo ID at check-in.

This email may contain links to websites that collect personally identifiable information about you. Starwood Hotels & Resorts Worldwide, Inc. is not responsible or liable for the actions of such independent websites, and encourages you to review the privacy statements and policies of such websites to understand how they collect, use and store such information.

**Click here** for Starwood Hotels & Resorts Worldwide, Inc.'s Privacy Statement.

## Disclosure

Starpoint® balance may not reflect your most recent activity and may not include Starpoints earned or redeemed for the current transaction.

## Modify and Cancel Information

To view, change or cancel your reservation, please visit **luxurycollection.com**. Any modification to a reservation is subject to the hotel's availability at the time the modification is requested and may change the rate and/or require payment of cancellation fees. If you require further assistance, please contact The Luxury Collection Hotels & Resorts at 800-325-3589 if you are calling from the United States or Canada. Otherwise, **click here** for the telephone number of the Worldwide Reservation Office nearest you. Please note that reservations cannot be changed or canceled via email.

## Guarantee Rules

For reservations guaranteed with a form of payment at time of booking, rooms are held until hotel check-out time the day following arrival. For reservations not guaranteed with a form of payment at time of booking, rooms are held until set cancellation time per the rules of the reservation. In the event more guests arrive than can be accommodated due to hotel overbooking or an unforeseen circumstance, and hotel is unable to hold rooms consistent with this room hold policy, hotel will attempt to accommodate guests, at its expense, at a comparable hotel in the area for the oversold night(s), and will pay for transportation to that hotel.

3

### Package Handling Policy

There is a package handling fee for all incoming and outbound packages. Please contact the hotel directly for the exact fee.

### Smoking Policy

The Palace Hotel is a non-smoking hotel.

### Exchange Rate

For non-US hotels, rates confirmed in USD may be converted to local currency by the hotel at your time of stay, based on the exchange rate used by the hotel and are subject to exchange rate fluctuations. Credit card charges are subject to additional currency conversions by banks or credit card companies, which are not within the hotel's control and may impact the amount charged to your credit card. Please contact the hotel if you have any questions.

### Rate/Reservation Validity

Please note that electronic reservation confirmations are provided to you solely for your convenience and that we retain official records of our reservation transactions, including details of dates of stay and room rates. In the event of discrepancies, alterations, modifications, or variations between this confirmation and our official records, our official records shall control. Tampering with this confirmation to alter the room rate, or any other reservation information is strictly prohibited and may have legal consequences.

### Early Departure

Many Starwood hotels have an early departure fee. When you check-in, you will be asked to confirm your departure date. You may be able to change your departure date without a penalty if your rate plan permits and if you do so before the end of your arrival day. After reconfirming your departure date, if you decide to leave earlier, you may be charged the early departure fee. Please contact the hotel if you have any questions.

Starwood Hotels & Resorts Worldwide, Inc.
One StarPoint, Stamford, CT 06902 USA

This is a post only e-mail. Please do not reply to this message.
**Unsubscribe** from further marketing email communications related to this stay.



This electronic message transmission contains information from the Company that may be proprietary, confidential and/or privileged. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify the sender immediately by replying to the address listed in the "From:" field.

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Tuesday, August 12, 2014 2:00 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | UPDATED flight reservation (FXG64K) | 14AUG14 | SAN-OAK | Oreardon/Thomas Joseph Ii |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 08/14/14 - Oakland

### AIR Itinerary

## AIR Confirmation: FXG64K

Confirmation Date: 08/12/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | | 5262438213567 | Aug 7, 2015 | 4298 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Aug 14 | 3677 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **06:55 AM** Arrive in **OAKLAND, CA** (OAK) at **08:25 AM** Travel Time 1 hrs 30 mins Anytime |
| Thu Aug 14 | 433 | Depart **OAKLAND, CA** (OAK) on Southwest Airlines at **2:45 PM** Arrive in **SAN DIEGO, CA** (SAN) at **4:10 PM** Travel Time 1 hrs 25 mins Anytime |

### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Remember to be in the gate area on time and ready to board:**

1



- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 490.20

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262438213567: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

 Learn About Our Boarding Process

 Get EarlyBird Check-In® Details

## Cost and Payment Summary

AIR - FXG64K

| | | | |
|---|---|---|---|
| Base Fare | $ 429.78 | **Payment Information** | |
| Excise Taxes | $ 32.22 | Payment Type: Visa XXXXXXXXXXXX8435 | |
| Segment Fee | $ 8.00 | Date: Aug 12, 2014 | |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $106.00 | |
| September 11th Security Fee | $ 11.20 | | |
| **Total Air Cost** | **$ 490.20** | Payment Type: Ticket Exchange | |
| | | Date: Aug 12, 2014 | |
| | | Payment Amount: $384.20 | |

**Exchange Detail**
Aug 7, 2014 From ticket # 5262437114770 to ticket # 5262438213567

          

2

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved.

3

Union Bank® Business Edition® Plus Visa®  Account Number:

## Account Summary

Previous Balance ........ ███
Payments .................. ███
Other Credits ............. ███
Purchases ................... ███
Balance Transfers ....... ███
Cash Advances .......... ███
Fees Charged .............. ███
Interest Charged .......... ███
**New Balance** .............. ███

Statement Closing Date ....... 11/19/14
Days in Billing Cycle ...................... 30

Total Credit Limit ........... ███
Available Credit ............. ███
Cash Limit ....................... ███
Available Cash ............... ███

## Payment Information

New Balance .............................. ███
Minimum Payment Due ................. ███
Past Due Amount ........................ ███
Payment Due Date ...................... December 15, 2014

**Manage your business expenses with convenient online access.**



- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

**Login today to explore all the online possibilities!**

*TO pM 12/3/14 #4380*



## Customer Service

Call: Toll Free 1-800-819-4249
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

Save Time and Stamps
by Paying Online!



## Rewards Summary

Total points earned this month........................... ███
Bonus points earned this month........................ ███
Total points redeemed this month...................... ███
Accumulated point total...................................... ███
Points expiring next month................................. ███

**Remember...**
keep using your card to
increase your rewards total -
the more you charge, the
more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| 11-11 | 11-14 | 24692164317000482576530 1 | SOUTHWES 5262460332479 800-435-9792 TX | *Joint Juice* | $166.20 |
| 11-17 | 11-19 | 24492154322637009947509 7 | READCUBE ARTICLE READCUBE.COM MA | *Joint Juice - article* | $35.00 |
| 11-18 | 11-19 | 24492154322603259426981 2 | UBER 866-576-1039 CA | *Joint Jute* | $5.95 |
| 11-18 | 11-19 | 24692164322000859746443 2 | UBER TECHNOLOGIES INC 866-576-1039 CA | " " | $5.17 |
| 11-18 | 11-19 | 24224434323105011926514 | VINCENT CHAUNG SAN FRANCISCO CA | " " | $62.20 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.        (v) Variable Rate    (f) Fixed Rate

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Tuesday, November 11, 2014 5:59 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (F62JEY) \| 18NOV14 \| SAN-SFO \| Oreardon/Thomas Joseph Ii |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 11/18/14 - San Francisco

 **AIR Itinerary**

## AIR Confirmation: F62JEY

Confirmation Date: 11/11/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ▮▮▮▮ | 5262460332479 | Nov 11, 2015 | 770 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Nov 18 | 1275 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **06:50 AM** Arrive in **SAN FRANCISCO, CA** (SFO) at **08:25 AM** Travel Time 1 hrs 35 mins Wanna Get Away |
| Wed Nov 19 | 2879 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **7:40 PM** Arrive in **SAN DIEGO, CA** (SAN) at **9:15 PM** Travel Time 1 hrs 35 mins Wanna Get Away |

## What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.





1



- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 166.20

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262460332479: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN SFO64.19NXN7HNR WN SAN64.19NXN7HNR 128.38 END ZPSANSFO
XFSAN4.5SFO4.5 AY11.20$SAN5.60 SFO5.60

 Learn About Our
Boarding Process

 Get EarlyBird
Check-In® Details

## Cost and Payment Summary

AIR - F62JEY

| | | Payment Information |
|---|---|---|
| Base Fare | $ 128.38 | Payment Type: Visa XXXXXXXXXXXX8435 |
| Excise Taxes | $ 9.62 | Date: Nov 11, 2014 |
| Segment Fee | $ 8.00 | Payment Amount: $166.20 |
| Passenger Facility Charge | $ 9.00 | |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 166.20** | |

     

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us, Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved.

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <receipts.san.francisco@uber.com> |
| **Sent:** | Tuesday, November 18, 2014 9:58 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Your Tuesday morning trip with Uber |

UBER

NOVEMBER 18, 2014

## $5.95

Thanks for choosing Uber, Tommy



**09:50am**
200-220 Jackson Street, San Francisco, CA

**09:56am**
540 Market Street, San Francisco, CA

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 0.89 | 00:06:08 |

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 2.2 |
| Distance | 1.1 |
| Time | 1.5 |
| **Subtotal** | **$4.9** |
| Safe Rides Fee (?) | 1.0 |

CHARGED
*VISA* Personal •••• 8435                    **$5.9**

☒ **You rode with Taimoor**

Transportation Network Company: Rasier-CA, LLC.

1

 Uber Support Contact us with questions about your trip. Leave something behind? Track it down.

 Give $30, Get $30
Share code: wylil



Read about our zero tolerance policy.

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Uber Receipts <receipts.san.francisco@uber.com> |
| **Sent:** | Tuesday, November 18, 2014 10:32 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Your Tuesday morning trip with Uber |

U B E R

NOVEMBER 18, 2014

# $5.17

Thanks for choosing Uber, Tommy



**FARE BREAKDOWN**

**10:25am**
130 Bush Street, San Francisco, CA

**10:30am**
36-72 Mission Street, San Francisco, CA

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 0.54 | 00:04:54 |

| | |
|---|---|
| Base Fare | 2.2 |
| Distance | 0.7 |
| Time | 1.2 |
| **Subtotal** | **$4.1** |
| Safe Rides Fee (?) | 1.0 |

| | |
|---|---|
| CHARGED | |
| VISA Personal •••• 8435 | **$5.1** |

You rode with Zeki

Transportation Network Company: Rasier-CA, LLC.

1

  

Uber Support Contact us with questions about your trip. Leave something behind? Track it down.

**Give $30, Get $30**
Share code: wylil

Read about our zero tolerance policy.

Uber Support Contact us with questions about your trip. Leave something behind? Track it down.

**Give $30, Get $30**
Share code: wylil

Union Bank® Business Edition® Plus Visa®                                    Account Number:



## Account Summary

| | |
|---|---|
| Previous Balance ......... | |
| Payments ............... | |
| Other Credits ............. | |
| Purchases ............... | |
| Balance Transfers ......... | |
| Cash Advances ............. | |
| Fees Charged ............. | |
| Interest Charged ............ | |
| New Balance ............... | |

Statement Closing Date ....... 12/19/14
Days in Billing Cycle ....................... 30

Total Credit Limit ..........
Available Credit ............
Cash Limit ...............
Available Cash ...............

## Payment Information

| | |
|---|---|
| New Balance ....................................... | ($1,777.37) |
| Minimum Payment Due ............................ | $35.00 |
| Past Due Amount ................................. | $0.00 |
| Payment Due Date ........................... | January 15, 2015 |

Manage your business expenses with convenient online access.



* Make secure online payments
* Access current and historical statements, up to 7 years old
* Monitor monthly expenses

Login today to explore all the online possibilities!

TO pd 12/31/14 #4451

## Customer Service

Save Time and Stamps by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

| | |
|---|---|
| Total points earned this month........................ | |
| Bonus points earned this month....................... | |
| Total points redeemed this month.................... | |
| Accumulated point total.............................. | |
| Points expiring next month............................ | |

Remember...
keep using your card to increase your rewards total - the more you charge, the more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 11-18 | 11-20 | 24610434323072003166392 | CLIFT HOTEL - BARS SAN FRANCISCO CA  *Joint Juice* | $42.00 |
| 11-19 | 11-20 | 24431054324207596601599 | NOAH'S BAGELS #3199 SAN FRANCISCO CA | $13.98 |
| 11-19 | 11-20 | 24717054324733245386723 | SAN DIEGO COUNTY RAA SAN DIEGO CA | $60.00 |
| 11-19 | 11-21 | 24164074324531284305596 | OAKLAND TRIBUN31286693 OAKLAND CA | $5.37 |
| 11-20 | 11-21 | 24164074324255031930876 | SUBWAY     00301606 OAKLAND CA | $9.45 |
| 11-20 | 11-21 | 24492154324603272975434 2 | UBER 866-576-1039 CA | $95.64 |
| 11-20 | 11-21 | 24493984321002105943901 7 | AT&T DATA 8003310500 GA | $14.99 |
| 11-20 | 11-24 | 24755424325263252238226 | WESTIN ST. FRANCIS SAN FRANCISCO CA | $380.45 |
| 12-01 | 12-03 | 24692164337000920099117 1 | SOUTHWES  5262464553215 800-435-9792 TX  *Joint* | $494.20 |
| 12-05 | 12-08 | 24019514341367800532517 | GORDON BIERSCH OAKLAND CA  *Joint Juice* | $7.52 |
| 12-05 | 12-08 | 24755424339263390578073 | SF TOWN TAXI SAN FRANCISCO CA | $63.35 |
| 12-05 | 12-08 | 24013394339000506216542 | BREAKING BREAD SAN FRANCISCO CA | $8.95 |
| 12-05 | 12-08 | 24717054340133405590018 | SAN DIEGO COUNTY RAA SAN DIEGO CA | $30.00 |
| 12-05 | 12-08 | 24164074340531330822065 | BAY FRONT MARK31286545 OAKLAND CA | $6.76 |
| 12-05 | 12-08 | 24445004340200199366922 | THE COFFEE BEAN & TEA LEA SAN FRANCISCO CA | $3.35 |
| 12-05 | 12-08 | 24692164340007493265407 | HUDSON NEWS SAN DIEGO CA | $3.69 |
| 12-05 | 12-08 | 24761974340207298601743 | ANDALE MEXICAN RESTAUR OAKLAND CA | $3.23 |



Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

# Tommy O'Reardon

**From:** Uber Receipts <receipts.san.francisco@uber.com>
**Sent:** Wednesday, November 19, 2014 7:06 PM
**To:** Tommy O'Reardon
**Subject:** Your Wednesday evening trip with Uber



UBER

NOVEMBER 19, 2014

# $95.64

Thanks for choosing Uber, Tommy

05:50pm

166 Market Street, San Francisco, CA

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 2.20 |
| Distance | 25.01 |
| Time | 19.44 |
| **Normal Fare** | **$46.65** |

1

Case 3:16-cv-06980-RS   Document 328-13   Filed 04/04/23   Page 58 of 225



**07:04pm**

Oakland International Airport (OAK), 1 Airport Drive, Oakland, CA

| | | |
|---|---|---|
| CAR | MILES | TRIP TIME |
| uberX | 19.24 | 01:14:46 |

| | |
|---|---|
| Surge x1.9 | 41.99 |
| **Subtotal** | **$88.64** |
| Bay Bridge Toll Eastbound weekday afternoon Toll (03:01 PM - 07:00 PM) (?) | 6.00 |
| Safe Rides Fee (?) | 1.00 |

CHARGED
Personal •••• 8435     **$95.64**

**You rode with Alexandre**

Transportation Network Company: Rasier-CA, LLC.

Uber Support _____ with questions about your trip, issues surrounding refund or get in touch

Give $30, Get $30

Share code: wyal

Read about our zero tolerance policy.

2

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA 94102
(415) 397-7000
http://www.westin.com/stfrancis



**WESTIN**®

HOTELS & RESORTS

| Oreardon, Thomas | Page Number | 1 | Invoice Nbr | 1000457169 |
| American Bar Association/gp | Guest Number | 2412471 | Arrive Date | 11-18-2014 18:11 |
| 271 D Ave | Folio ID | A | Depart Date | 11-20-2014 10:31 |
| Coronado, CA 92118-1318 | No. Of Guest | 1 | Agent | JMENENDE |
| | Room Number | 925 | | |

Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 11-18-2014 | 59 | Clock Bar | $8.00 | |
| 11-18-2014 | 59 | Clock Bar | $2.00 | |
| 11-18-2014 | 1416390733 | Internet Service In Room | $14.95 | |
| 11-18-2014 | RT925 | Room Charge Corp Volume LRA | $297.00 | |
| 11-18-2014 | RT925 | CA Tourism Fee | $0.24 | |
| 11-18-2014 | RT925 | SF Tourism Improvement Distric | $6.68 | |
| 11-18-2014 | RT925 | Occupancy Tax | $41.58 | |
| 11-18-2014 | 9966 | Clock Bar | $8.00 | |
| 11-18-2014 | 9966 | Clock Bar | $2.00 | |
| 11-20-2014 | VI | Visa | | $-380.45 |
| | | ** Total | $380.45 | $-380.45 |
| | | ** Balance | $0.00 | |

---

***For Authorization Purpose Only***
TOM OREARDON

| Date | Credit Card | Code | Authorized |
|------|-------------|------|------------|
| 11-18-2014 | XXXX8435 | 118847 | 742.50 |
| 11-18-2014 | XXXX8435 | 329898 | 80.00 |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA 94102
(415) 397-7000
http://www.westin.com/stfrancis



WESTIN®

HOTELS & RESORTS

| | | | | | |
|---|---|---|---|---|---|
| Oreardon, Thomas | Page Number | 2 | Invoice Nbr | 1000457169 | |
| American Bar Association/gp | Guest Number | 2412471 | Arrive Date | 11-18-2014 18:11 | |
| 271 D Ave | Folio ID | A | Depart Date | 11-20-2014 10:31 | |
| Coronado, CA 92118-1318 | No. Of Guest | 1 | Agent | JMENENDE | |
| | Room Number | 925 | | | |

Duplicate Invoice

_____

|  |
|---|
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |

Tell us about your stay. www.westin.com/reviews


        STAY LONGER - Enjoy more time to explore your destination with the
benefits of Westin Weekend, from extended breakfast hours to late Sunday
checkouts. Book your next Westin Weekend at westin.com/weekend


        Signature_____

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, December 1, 2014 2:28 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (FCMLDC) | 05DEC14 | SAN-SFO | Oreardon/Thomas Joseph Ii |

You're all set for your trip!

## Southwest

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

# Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

### AIR Itinerary

## AIR Confirmation: FCMLDC

Confirmation Date: 12/1/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ██████ | 5262464553215 | Dec 1, 2015 | 4334 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Dec 5 | 1275 | Depart **SAN DIEGO, CA (SAN)** on Southwest Airlines at **06:50 AM** Arrive in **SAN FRANCISCO, CA (SFO)** at **08:25 AM** Travel Time 1 hrs 35 mins Anytime |
| Fri Dec 5 | 3502 | Depart **SAN FRANCISCO, CA (SFO)** on Southwest Airlines at **5:30 PM** Arrive in **SAN DIEGO, CA (SAN)** at **7:00 PM** Travel Time 1 hrs 30 mins Anytime |

### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

1

- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.



**Air Cost:** 494.20

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262464553215: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

SAN WN SFO216.74YL WN SAN216.74YL 433.48 END ZPSANSFO XFSAN4.5SFO4.5
AY11.20$SAN5.60 SFO5.60

 Learn About Our
Boarding Process

 Get EarlyBird
Check-In® Details

## Cost and Payment Summary

 AIR - FCMLDC

| | | |
|---|---|---|
| Base Fare | $ 433.48 | **Payment Information** |
| Excise Taxes | $ 32.52 | Payment Type: Visa XXXXXXXXXXXX8435 |
| Segment Fee | $ 8.00 | Date: Dec 1, 2014 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $494.20 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 494.20** | |



## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2014 Southwest Airlines Co. All Rights Reserved.

3

Union Bank® Business Edition® Plus Visa®     Account Number

## Account Summary

Previous Balance .........
Payments .....................
Other Credits ...............
Purchases ....................
Balance Transfers ........
Cash Advances ............
Fees Charged ...............
Interest Charged ...........
**New Balance** ...............

Statement Closing Date ....... 06/18/15
Days in Billing Cycle ..................... 29

Total Credit Limit ...........
Available Credit .............
Cash Limit .....................
Available Cash ..............

## Payment Information

New Balance .....................................
Minimum Payment Due ....................
Past Due Amount ...............................
Payment Due Date ............................ July 15, 2015

Manage your business expenses with convenient
online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

*TB pd 7/1/15 #4771*

## Customer Service

Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

Total points earned this month...........................
Bonus points earned this month.........................
Total points redeemed this month.......................
Accumulated point total.....................................
Points expiring next month..................................

Remember...
keep using your card to
increase your rewards total -
the more you charge, the
more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits | |
|---|---|---|---|---|---|---|
| 5-23 | 6-01 | 246921651490008555904571 | SOUTHWES | 5262112291575 800-435-9792 TX | $981.50 | *Joint Juice* |
| 5-23 | 6-01 | 246921651490008555904311 | SOUTHWES | 5262112292698 800-435-9792 TX | $981.50 | *Joint Juice* |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

## Past Flight

Jun 30 - Jul 2

### San Diego, CA *to* Boston Logan, MA
Confirmation # 8AZVAM

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **TIMOTHY BLOOD**<br>RR 40027805 | + 16,753 PTS | $981.50 |

Price summary

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **SAN** *to* **BOS** | 6/30/2015 | Business Select | $525.49 |
| **BOS** *to* **SAN** | 6/30/2015 | Wanna Get Away | $345.49 |
| | | Gov't taxes and fees | $110.52 |

| | |
|---|---|
| **Total** | **$981.50** |
| Total points earned | + 16,753 PTS |

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Thursday, May 28, 2015 9:17 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (8P5VAO) \| 30JUN15 \| SAN-BOS \| Oreardon/Thomas J Ii |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!



 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 06/30/15 - Boston - Tommy

### AIR Itinerary

**AIR Confirmation: 8P5VAO**                Confirmation Date: 05/28/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS J II |  | 5262112292698 | May 27, 2016 | 8379 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jun 30 | 583 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **06:25 AM**<br>Arrive in CHICAGO (MIDWAY), IL (MDW) at 12:30 PM<br>Business Select |
| | 5366 | Change planes to Southwest Airlines in CHICAGO (MIDWAY), IL (MDW) at 1:40 PM<br>Arrive in **BOSTON LOGAN, MA** (BOS) at **5:00 PM**<br>Travel Time 7 hrs 35 mins<br>Business Select |
| Thu Jul 2 | 5366 | Depart **BOSTON LOGAN, MA** (BOS) on Southwest Airlines at **5:45 PM**<br>Arrive in BALTIMORE/WASHINGTON, MD (BWI) at 7:25 PM<br>Wanna Get Away |
| | 1364 | Change planes to Southwest Airlines in BALTIMORE/WASHINGTON, MD (BWI) at 9:00 PM |





Arrive in **SAN DIEGO, CA** (SAN) at **11:25 PM**
Travel Time 8 hrs 40 mins
Wanna Get Away

## What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

## Remember to be in the gate area on time and ready to board:

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost: 981.50**

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262112292698: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN X/CHI WN BOS525.49KZBP WN X/BWI WN SAN345.49RLA3LNRP 870.98 END
ZPSANMDWBOSBWI XFSAN4.5MDW4.5BOS4.5BWI4.5 AY11.20$SAN5.60 BOS5.60


Learn About Our
Boarding Process


Get EarlyBird
Check-In® Details

## Cost and Payment Summary

AIR - 8P5VAO

| | | |
|---|---|---|
| Base Fare | $ 870.98 | **Payment Information** |
| Excise Taxes | $ 65.32 | Payment Type: Visa XXXXXXXXXXXX5013 |
| Segment Fee | $ 16.00 | Date: May 28, 2015 |
| Passenger Facility Charge | $ 18.00 | Payment Amount: $981.50 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 981.50** | |

 

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2015 Southwest Airlines Co. All Rights Reserved.

3

Acc  t Number:

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| 6-04 | 6-08 | 2471705515687156011172487 | DELTA AIR   0062311187505 DELTA.COM CA | Joint Juice | $624.10 |
| 6-09 | 6-10 | 2476501516020710397893B | BLUESTONE LANE NEW YORK NY | " " | $5.00 |
| 6-09 | 6-10 | 24492155160603542294073 2 | UBER 866-576-1039 CA | " | $65.54 |
| 6-09 | 6-10 | 2469216516000017243350 2 | UBER TECHNOLOGIES INC 866-576-1039 CA | Joint Juice | $15.21 |
| 6-09 | 6-10 | 247619751618380005219B9 | WENDY'S JAMAICA NY | " | $9.34 |
| 6-11 | 6-12 | 2416407516204000121351 5 | NJT NY PENN STA   0109 NEW YORK NY | Joint Juice | $12.50 |
| 6-10 | 6-12 | 2459216516200089B262594 | 599 LEX AUBONPAIN 253 NEW YORK NY | " | $12.49 |
| 6-10 | 6-12 | 2459216516200089B262702 | 599 LEX AUBONPAIN 253 NEW YORK NY | " | $7.83 |
| 6-11 | 6-12 | 2443105516383800001395 2 | PRET A MANGER #016 NEW YORK NY | " | $7.81 |
| 6-11 | 6-15 | 2436948516326101009020 1 | NYC-TAXI WOODSIDE NY | Joint Juice | $18.36 |
| 6-12 | 6-15 | 249064151630165912953282 | Uber Technologies Inc 866-5761039 CA | | $26.00 |
| 6-11 | 6-15 | 2451043516300410430317 2 | RESIDENCE INNS NY MANHATT NEW YORK NY | " | $1,117.78 |
| 6-12 | 6-15 | 240133951630012602B2392 | EINSTEINS BAGELS DENVER CO | " | $9.70 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate    (f) Fixed Rate

TO pd 7/1/15
/#4770



## Tommy O'Reardon

**From:** Delta Air Lines <DeltaAirLines@e.delta.com>
**Sent:** Thursday, June 4, 2015 2:43 PM
**To:** Tommy O'Reardon
**Subject:** Your Flight Receipt - THOMAS OREARDON 09JUN15



### Hello, THOMAS

SkyMiles® #*******953 >

**Your Trip Confirmation #: GC794A**

| Tue, 09JUN | DEPART | ARRIVE |
|---|---|---|
| DELTA 2404 | SAN DIEGO | NYC-KENNEDY |
| MAIN CABIN (K) | 6:20am | 2:59pm |

### Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| THOMAS OREARDON | DELTA 2404 | 33E |
| SkyMiles #*******953 | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

### Flight Receipt

Ticket #: 0062311187505

Place of Issue: Delta.com

Issue Date: 04JUN15

Expiration Date: 04JUN16

### METHOD OF PAYMENT

VI************8435                                    $624.10 USD

### CHARGES

1

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $567.44 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.00 USD |
| United States - Transportation Tax (US) | $42.56 USD |
| **TICKET AMOUNT** | **$624.10 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: SAN DL NYC567.44KA00A0NP USD567.44END ZP SAN XF SAN4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Tue 09 Jun 2015                    DELTA: SAN ☐FK

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | $25<sup>USD</sup> | $35<sup>USD</sup> |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**BE IN THE KNOW ON THE GO. ›**

Get real-time flight alerts on upgrades, delays and schedule changes via email, text or voice.

**EARN MORE MILES. ›**

Earn 30,000 bonus miles and a $50 statement credit. Terms apply.

2

**NEED MORE MILES?** ›



Buy and transfer miles on delta.com.

**GIVE THE DELTA GIFT CARD.** ›



Let travelers in your life choose from 319 destinations and limitless adventures. Get it now.



We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

3

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

© 2015 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.



**Tommy O'Reardon**

| | |
|---|---|
| From: | Uber Receipts <receipts.new.york@uber.com> |
| Sent: | Tuesday, June 9, 2015 1:10 PM |
| To: | Tommy O'Reardon |
| Subject: | Your Tuesday afternoon trip with Uber |

# U B E R

JUNE 9, 2015

# $65.54

Thanks for choosing Uber, Tommy



03:24pm

John F. Kennedy International Airport (JFK), Central
Terminal Area, Jamaica, NY

04:09pm

123 East 37th Street, New York, NY

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 17.08 | 00:45:11 |

FARE BREAKDOWN

| | |
|---|---|
| JFK to Manhattan Airport Fare | 60.0 |
| **Subtotal** | **$60.0** |
| Queens Midtown Tunnel Westbound (?) | 5.5 |

CHARGED
 Personal •••• 8435                      **$65.5**

RATE YOUR DRIVER

 You rode with Tashi
Issued on behalf of HINTER LLC (B02598)
Ride provided by B02598 Hinter
License Plate T651569C+

1

 Uber Support Contact us with questions about your trip. Leave something behind? Track it down.

 Give $20, Get $20

Share code: wylil



**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <receipts.san.diego@uber.com> |
| **Sent:** | Tuesday, June 9, 2015 5:33 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Your Tuesday morning trip with Uber |

U B E R

JUNE 9, 2015

# $15.21

Thanks for choosing Uber, Tommy



⊙ **05:14am**

271-299 D Avenue, Coronado, CA

⊙ **05:31am**

San Diego International Airport (SAN), Airport Terminal
Road, San Diego, CA

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 8.18 | 00:16:48 |

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.8 |
| Distance | 9.0 |
| Time | 3.3 |
| **Subtotal** | **$14.2** |
| Safe Rides Fee (?) | 1.0 |

CHARGED
VISA Personal •••• 8435    **$15.2**

1



RATE YOUR DRIVER



 **You rode with KRISTINA**
Transportation Network Company: Rasier-CA, LLC

 Uber Support Contact us with questions about your
trip. Leave something behind? Track it down.

🎁 **Give $20, Get $20**
Share code: wylil



Read about our zero tolerance policy.

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Residence Inn By Marriott Reservations <reservations@residenceinn-res.com> |
| **Sent:** | Wednesday, June 3, 2015 4:05 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Reservation Confirmation #86680400 for Residence Inn New York Manhattan/Midtown East |

Please review your reservation details and keep for your records.



# Residence Inn New York Manhattan/Midtown East

148 East 48th Street . New York, New York 10017 USA

1-212-980-1003    Hotel Website    Map & Directions    Plan Your Stay

## Reservation Confirmation: 86680400

### For Mr. Thomas O'reardon

**SILVER ELITE**

| | |
|---|---|
| CHECK-IN DATE | **Tuesday, June 9, 2015** |
| CHECK-IN TIME | **04:00 PM** |

| | |
|---|---|
| CHECK-OUT DATE | **Thursday, June 11, 2015** |
| CHECK-OUT TIME | **12:00 PM** |

| Modify your reservation | Cancel your reservation |
|---|---|

### Dear Mr. Thomas O'reardon,

We are happy to confirm your reservation with Residence Inn by Marriott, the all-suite hotel designed for all your needs. Below is a summary of your reservation details. Enjoy your stay with us.

Sincerely,
Residence Inn New York Manhattan/Midtown East

## Enhance Your Stay

### Every Room is a Suite

1

Full kitchens and separate spaces to work & relax

🔲 **Learn More**

## Free Wi-Fi

Stay connected throughout the suite and hotel.

🔲 **View More Amenities**

## Fitness Center

Stay fit with modern equipment and TVs.

🔲 **Learn More**

## Relax Outdoors

Enjoy our outdoor living room, fire pit & grill.

🔲 **View More Amenities**

## Room Details

| | |
|---|---|
| ROOM TYPE | **No Sofa bed, Studio, 1 King, Limited view** |
| NUMBER OF ROOMS | **1** |
| GUESTS PER ROOM | **1** |
| GUARANTEED METHOD | **Credit Card Guarantee, Visa** |

**Hotel Alert**
Check-in is at 4pm - Guests arriving early may store luggage / Reservations exceeding 25 nights require hotel approval

## Summary of Charges

RATES ARE PER ROOM, PER NIGHT (USD)

| | | |
|---|---|---|
| **Tuesday, June 9, 2015-Wednesday, June 10, 2015** | 1 night | 509.00 USD |
| Best Available rate | | |
| **Wednesday, June 10, 2015-Thursday, June 11, 2015** | 1 night | 459.00 USD |
| Best Available rate | | |

2

| | |
|---|---|
| ESTIMATED GOVERNMENT TAXES & FEES | 74.89 USD |
| **Total for stay (for all rooms)** | **1,117.78 USD** |

### Parking Information

· Off-site parking, fee: 55 USD daily

| | |
|---|---|
| **Modify or cancel your reservation** | **Book Another Reservation** |

## Rate and Cancellation Details

· **Please note that a change in the length or dates of your reservation may result in a rate change.**

· **You may cancel your reservation for no charge until Monday, June 8, 2015 (1 day[s] before arrival).**

· **Please note that we will assess a fee of 587.58 USD if you must cancel after this deadline.**

If you have made a prepayment, we will retain all or part of your prepayment. If not, we will charge your credit card.

**RATE GUARANTEE LIMITATION(S)**

· Changes in taxes or fees implemented after booking will affect the total room price.

· Please note that a change in the length or dates of your reservation may result in a rate change.

**ADDITIONAL INFORMATION**

· The Responsible Tourist and Traveler
  A practical guide to help you make your trip an enriching experience



## Your Rewards Information

| REWARDS LEVEL | REWARDS NUMBER | REWARDS BENEFITS |
|---|---|---|
| **SILVER ELITE** | ■■■■■■ | As a Silver Elite member, you can enjoy the following benefits during your stay (may vary by property): |



· 20% Bonus on your Marriott Rewards base points
· Priority Late Check-out
· Ultimate Reservation Guarantee

Learn More

## Earn 50,000 Bonus Points + 15 Elite Credits



Plus earn 5x points at Marriott locations and enjoy an annual free night

Learn More!

---

## Contact Us

Call 1-800-331-3131 in the US and Canada

Elsewhere, call our worldwide telephone numbers.

Contact us if you have questions about your reservation

---

## Get Up to 35% off + 500 Marriott Rewards Points



Book with Hertz & get exclusive discounts

Search Now

## Book Transportation, Tours & More



Get great rates on local tours & attractions

Book Now

---

**DOWNLOAD MARRIOTT MOBILE APP**



---

**STAY CONNECTED**

### Privacy, Authenticity and Opting Out

Your privacy is important to us. **Please visit our Privacy Statement for full details**.

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet Customer Care team is available to assist you 24 hours per day, 7 days per week. **Contact Internet Customer Care**.

### Promotional Email Unsubscribe

If you provided us with your email address for the first time, we will send you a follow-up email to welcome you. We will also send you periodic emails with information about your account balance, member status, special offers and promotions. An opt-out link will be included in each of these emails so that you can change your mind at any time.

If you would prefer to opt out of such emails from Marriott International, Marriott Rewards or The Ritz-Carlton Rewards, **you may do so here**. In addition, you may unsubscribe from The Ritz-Carlton email community **here**.

Please note: Should you unsubscribe from promotional email, we will continue to send messages for transactions such as reservation confirmation, point redemption, etc.

### Confirmation Authenticity

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

If you have received this email in error, **please let us know**.

© 1996 - 2015 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED. MARRIOTT PROPRIETARY INFORMATION
TERMS OF USE · INTERNET PRIVACY STATEMENT

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <receipts.san.diego@uber.com> |
| **Sent:** | Friday, June 12, 2015 12:54 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Your Thursday evening trip with Uber |

# U B E R

JUNE 12, 2015

## $26.00

Thanks for choosing Uber, Tommy



Map data ©2015 Google

⊙ **12:42am**
San Diego International Airport (SAN), Airport Terminal Road, San Diego, CA

⊙ **12:53am**
272 D Avenue, Coronado, CA

| CAR | MILES | TRIP TIME |
|---|---|---|
| PLUS | 7.67 | 00:11:25 |

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 4.0 |
| Distance | 18.0 |
| Time | 3.4 |
| **Subtotal** | **$25.4** |
| Safe Rides Fee (?) | 1.0 |
| Rounding Down | -0.4 |

CHARGED
VISA Personal •••• 8435

**$26.0**

1



RATE YOUR DRIVER


**You rode with Alan**
Issued on behalf of Aviara Transportation


Uber Support Contact us with questions about your trip. Leave something behind? Track it down.


**Give $20, Get $20**
Share code: wylil

2

Union Bank® Business Edition® Plus Visa®

Account Number:



## Account Summary

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Other Credits | |
| Purchases | |
| Balance Transfers | |
| Cash Advances | |
| Fees Charged | |
| Interest Charged | |
| New Balance | |

Statement Closing Date ....... 07/20/15
Days in Billing Cycle ...................... 32

| | |
|---|---|
| Total Credit Limit | |
| Available Credit | |
| Cash Limit | |
| Available Cash | |

## Payment Information

| | |
|---|---|
| New Balance | |
| Minimum Payment Due | |
| Past Due Amount | |
| Payment Due Date | August 15, 2015 |

Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

TO pd 7/28/15 ✓ #4818



## Customer Service

Save Time and Stamps by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

| | |
|---|---|
| Total points earned this month | |
| Bonus points earned this month | |
| Total points redeemed this month | |
| Accumulated point total | |
| Points expiring next month | |

Remember...
keep using your card to increase your rewards total - the more you charge, the more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 6-30 | 7-01 | 2443106518209190500011 4 | HUDSONNEWS ST1146 SAN DIEGO CA  *Joint Juice* | $3.24 |
| 6-30 | 7-01 | 2449215518160375191079 4 2 | UBER 866-576-1039 CA | $13.88 |
| 6-30 | 7-02 | 2416407518253192461211 0 | CIAO S T -1 EA32365454 SAN DIEGO CA | $6.42 |
| 6-30 | 7-02 | 2424760518230044054168 1 | SPRIGS CHICAGO IL | $23.40 |
| 7-01 | 7-03 | 2416407518309003101721 7 | BOS TAXI 0046 LONG ISLAND C NY | $10.60 |
| 7-01 | 7-03 | 2444500518330042205960 5 | TST* UPPER CRUST BEACNHIL BOSTON MA | $18.67 |
| 7-01 | 7-03 | 2473309518320767400005 8 | CHECKER CAB CAMBRIDGE MA | $15.00 |
| 7-03 | 7-06 | 2416407518453193264113 3 | STARBUCKS TERM10321578 EAST BOSTON MA | $6.89 |
| 7-02 | 7-06 | 2486948518426174253052 9 | VTS BOSTON TAXI BOSTON LONG IS CITY NY | $19.38 |
| 7-03 | 7-06 | 2412942518410000196793 4 | THE LIBERTY HOTEL BOSTON MA | $650.32 |
| 7-03 | 7-06 | 2422443518510301454099 8 | COSI - #202 FEDERA BOSTON MA | $20.60 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

## Transaction Detail



| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| 7-02 | 7-06 | 244310551852367888802622 | PHILLIPS SEA FOOD BOSTON MA | Joint Juice | $17.11 |
| 7-07 | 7-08 | 246921651880003530323681 | SOUTHWES  5262123932056 800-435-9792 TX | Joint Juice | $248.98 |
| 7-10 | 7-10 | 246921651910004143678242 | UBER TECHNOLOGIES INC 866-576-1039 CA | Joint Juice | $20.46 |
| 7-10 | 7-10 | 246921651910004148641432 | UBER TECHNOLOGIES INC 866-576-1039 CA | " | $10.49 |
| 7-09 | 7-10 | 244310651910919040003 95 | HUDSONNEWS ST1146 SAN DIEGO CA | " | $3.24 |
| 7-10 | 7-13 | 240133951920009715463 35 | CHICK FIL A INDIANAPOLIS IN | " | $3.65 |
| 7-11 | 7-13 | 240728051920360001574 27 | LE MERIDIEN INDIANAPOLIS INDIANAPOLIS IN | " | $226.98 |
| 7-09 | 7-13 | 241640751915319502864 12 | GREAT AMERICAN30401301 LAS VEGAS NV | " | $18.34 |
| 7-09 | 7-13 | 240133951910009356496 14 | EINSTEIN BAGELS SD SAN DIEGO CA | " | $2.32 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate    (f) Fixed Rate

## Additional Information Regarding Your Account

### An Easier Way to Pay Your Bills!

Tired of writing checks and spending money on stamps every time you pay a bill?  Pay your recurring monthly bills automatically with your credit card!  No hassle.  No forgetting to send a payment for phone, internet, even utilities.  And, no worries about your payment being lost or intercepted in the mail. It's quick and convenient.  Start paying your monthly bills with your credit card today!

**Tommy O'Reardon**

| | |
|---|---|
| From: | Uber Receipts <receipts.san.diego@uber.com> |
| Sent: | Tuesday, June 30, 2015 5:23 AM |
| To: | Tommy O'Reardon |
| Subject: | Your Tuesday morning trip with Uber |

U B E R

JUNE 30, 2015

# $13.88

Thanks for choosing Uber, Tommy



⦿ 05:08am

260 D Avenue, Coronado, CA

⦿ 05:22am

San Diego International Airport (SAN), Airport Terminal
Road, San Diego, CA

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 7.49 | 00:13:57 |

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.8 |
| Distance | 8.2 |
| Time | 2.7 |
| **Subtotal** | **$12.8** |
| Safe Rides Fee (?) | 1.0 |

CHARGED
VISA Personal •••• 8435                $13.8

1



RATE YOUR DRIVER



 **You rode with firas**

Transportation Network Company: Rasier-CA, LLC

 **Uber Support** Contact us with questions about your trip. Leave something behind? Track it down.

**Give $20, Get $20**

Share code: wylil



Read about our zero tolerance policy.

The Liberty Hotel
215 Charles Street
Boston, MA  02114
United States
Tel: 617-224-4000 Fax: 617-224-4001



THE LUXURY COLLECTION'

Mr Thomas Oreardon
271 D Ave
Coronado, CA  92118-1318

| | | | | |
|---|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr | : 107966 |
| Guest Number | : | 433073 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 30-JUN-15 | 22:39 | |
| Depart Date | : | 02-JUL-15 | 11:25 | |
| No. Of Guest | : | 1 | | |
| Room Number | : | 207 | | |
| Club Account | : | SPG - Gxxxxxxx0240 | | |

Tax Invoice

Tax ID        :

The Liberty Hotel  02-JUL-15  11:30  STEPH

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 30-JUN-15 | RT207 | Room Charge | 269.00 | |
| 30-JUN-15 | RT207 | State Tax | 15.33 | |
| 30-JUN-15 | RT207 | City Tax | 16.14 | |
| 30-JUN-15 | RT207 | Convention Center Tax | 7.40 | |
| 01-JUL-15 | 00108732 | Honor Bar | 7.58 | |
| 01-JUL-15 | 00043423 | CLINK. Lounge | 9.00 | |
| 01-JUL-15 | 00043417 | CLINK. Lounge | 9.00 | |
| 01-JUL-15 | 00043408 | CLINK. Lounge | 9.00 | |
| 01-JUL-15 | RT207 | Room Charge | 269.00 | |
| 01-JUL-15 | RT207 | State Tax | 15.33 | |
| 01-JUL-15 | RT207 | City Tax | 16.14 | |
| 01-JUL-15 | RT207 | Convention Center Tax | 7.40 | |
| 02-JUL-15 | VI | Visa | | -650.32 |

***For Authorization Purpose Only***
xxxxxx8435

Date      Code      Authorized
30-JUN-15

Continued on the next page

The Liberty Hotel
215 Charles Street
Boston, MA  02114
United States
Tel: 617-224-4000 Fax: 617-224-4001

THE LUXURY COLLECTION

Mr Thomas Oreardon
271 D Ave
Coronado, CA  92118-1318

| | | | |
|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : | 107966 |
| Guest Number | : | 433073 |
| Folio ID | : | A |
| Arrive Date | : | 30-JUN-15 | 22:39 |
| Depart Date | : | 02-JUL-15 | 11:25 |
| No. Of Guest | : | 1 |
| Room Number | : | 207 |
| Club Account | : | SPG - Gxxxxxxx0240 |

469026        672.5

** Total                            650.32          -650.32
*** Balance                        -0.00

Tell us about your stay. www.luxurycollection.com/reviews

Signature_____

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Tuesday, July 7, 2015 6:29 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | UPDATED flight reservation (HR8GSA) | 09JUL15 | SAN-IND | Blood/Timothy G, Oreardon/Thomas Joseph Ii |



You're all set for your trip!

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

# Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 07/07/15 - Indianapolis

### AIR Itinerary

**AIR Confirmation: HR8GSA**                Confirmation Date: 07/7/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| BLOOD/TIMOTHY G | ███████ | 5262123932055 | Apr 28, 2016 | 9654 |
| OREARDON/THOMAS JOSEPH II | ███████ | 5262123932056 | Jun 28, 2016 | 9654 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Jul 9 | 2776 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **08:00 AM** Arrive in LAS VEGAS, NV (LAS) at 09:10 AM<br>Anytime |
| | 2150 | Change planes to Southwest Airlines in LAS VEGAS, NV (LAS) at 10:00 AM<br>Arrive in **INDIANAPOLIS, IN** (IND) at **4:30 PM**<br>Travel Time 5 hrs 30 mins<br>Anytime |
| Fri Jul 10 | 430 | Depart **INDIANAPOLIS, IN** (IND) on Southwest Airlines at **7:10 PM** Arrive in PHOENIX, AZ (PHX) at 7:50 PM<br>Anytime |
| | 609 | Change planes to Southwest Airlines in PHOENIX, AZ (PHX) at 9:20 PM |

1

Arrive in **SAN DIEGO, CA** (SAN) at **10:25 PM**
Travel Time 6 hrs 15 mins
Anytime

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

---

**Air Cost: 2,166.00**

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

SAN WN X/LAS WN IND482.70YLAEV WN X/PHX WN SAN482.70YLAEV 965.40 END
ZPSANLASINDPHX XT11.20AY18.00XFSAN4.5LAS4.5IND4.5PHX4.5

 Learn About Our Boarding Process▭

 Get EarlyBird Check-In® Details▭

## Cost and Payment Summary

---

**AIR - HR8GSA**

| | | |
|---|---|---|
| Base Fare | $1,930.80 | **Payment Information** |
| Excise Taxes | $ 144.80 | Payment Type: Visa XXXXXXXXXXXX8435 |
| Segment Fee | $ 32.00 | Date: Jul 7, 2015 |
| Passenger Facility Charge | $ 36.00 | Payment Amount: $124.49 |
| September 11th Security Fee | $ 22.40 | |
| **Total Air Cost** | **$2,166.00** | Payment Type: Ticket Exchange |

Date: Jul 7, 2015
Payment Amount: $958.51

Payment Type: Visa XXXXXXXXXXXX8435
Date: Jul 7, 2015
Payment Amount: $124.49

Payment Type: Ticket Exchange

Date: Jul 7, 2015
Payment Amount: $958.51

**Exchange Detail**
Jun 29, 2015 From ticket # 5262122034260 to
ticket # 5262123932055
Jun 29, 2015 From ticket # 5262122034266 to
ticket # 5262123932056

  

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your
privacy is important to us. Please read our Privacy Policy

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.
² Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

3

Copyright 2015 Southwest Airlines Co. All Rights Reserved.

Copyright 2015 Southwest Airlines Co. All Rights Reserved.

4

**Tommy O'Reardon**

| | |
|---|---|
| From: | Uber Receipts <receipts.indiana@uber.com> |
| Sent: | Thursday, July 9, 2015 1:54 PM |
| To: | Tommy O'Reardon |
| Subject: | Your Thursday afternoon trip with Uber |

U B E R

JULY 9, 2015

## $20.46

Thanks for choosing Uber, Tommy



Map data ©2015 Google

◉ 04:36pm

Indianapolis International Airport, 7800 Col. H. Weir Cook
Memorial Drive, Indianapolis, IN

◉ 04:52pm

Circle Centre, 116-124 South Illinois Street, Indianapolis, IN

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 13.48 | 00:16:06 |

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.2 |
| Distance | 12.8 |
| Time | 2.9 |
| **Subtotal** | **$16.9** |
| Safe Rides Fee (?) | 1.0 |
| Indianapolis airport surcharge | 2.5 |

CHARGED
VISA Personal •••• 8435

**$20.4**

1



RATE YOUR DRIVER



 You rode with YERO

 Uber Support Contact us with questions about your trip. Leave something behind? Track it down.

Give $20, Get $20
Share code: wylil



RATE YOUR DRIVER

2

**Tommy O'Reardon**

From:          Uber Receipts <receipts.san.diego@uber.com>
Sent:          Thursday, July 9, 2015 7:15 AM
To:            Tommy O'Reardon
Subject:       Your Thursday morning trip with Uber

U B E R                                          JULY 9, 2015

# $10.49                        Thanks for choosing Uber, Tommy



⊙ 07:04am
   32 California 75, San Diego, CA

⊙ 07:15am
   San Diego International Airport (SAN), Airport Terminal
   Road, San Diego, CA

| CAR | MILES | TRIP TIME |
|-----|-------|-----------|
| uberX | 5.04 | 00:10:31 |

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.8 |
| Distance | 5.5 |
| Time | 2.1 |
| **Subtotal** | **$9.4** |
| Safe Rides Fee (?) | 1.0 |

CHARGED
VISA Personal •••• 8435                    **$10.4**

1



**You rode with Giovanni**
Transportation Network Company, Rasier-CA, LLC

 Uber Support Contact us with questions about your trip. Leave something behind? Track it down.



Give $20, Get $20
Share code: wylil



Read about our zero tolerance policy.

2

Le Meridien Indianapolis
123 S. Illinois Street
Indianapolis, IN  46225
United States
Tel: 317-737-1600 Fax: 317-737-1601



Le MERIDIEN
INDIANAPOLIS

Mr Thomas Oreardon
271 D Ave
Coronado, CA  92118-1318

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr | : | 110021 |
| Guest Number | : | 58232 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 09-JUL-15 | 16:54 | | |
| Depart Date | : | 10-JUL-15 | 10:33 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 1206 | | | |
| Club Account | : | SPG - Gxxxxxxx0240 | | | |

Tax ID    :

LM Indianapolis  10-JUL-15  10:40  JAVVAND

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-JUL-15 | RT1206 | Room Charge | 194.00 | |
| 09-JUL-15 | RT1206 | State Tax | 13.58 | |
| 09-JUL-15 | RT1206 | Occupancy Tax | 19.40 | |
| 10-JUL-15 | VI | Visa | | -226.98 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx8435 | | |
| | | Date    Code    Authorized | | |
| | | 09-JUL-15    117244    242.5 | | |

| | | | |
|---|---|---|---|
| | ** Total | 226.98 | -226.98 |
| | *** Balance | 0.00 | |

Tell us about your stay  www.lermeridien.com/reviews

Continued on the next page

Le Meridien Indianapolis
123 S. Illinois Street
Indianapolis, IN 46225
United States
Tel: 317-737-1600 Fax: 317-737-1601



_Le_ **MERIDIEN**
INDIANAPOLIS

Mr Thomas Oreardon
271 D Ave
Coronado, CA 92118-1318

| | | | | | | |
|---|---|---|---|---|---|---|
| Page Number | : | 2 | | Invoice Nbr | : | 110021 |
| Guest Number | : | 58232 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 09-JUL-15 | 16:54 | | | |
| Depart Date | : | 10-JUL-15 | 10:33 | | | |
| No. Of Guest | : | 1 | | | | |
| Room Number | : | 1206 | | | | |
| Club Account | : | SPG - Gxxxxxxx0240 | | | | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Other | Total | Payment |
|---|---|---|---|
| 07-09-2015 | 226.98 | 226.98 | 0.00 |
| 07-10-2015 | 0.00 | 0.00 | -226.98 |
| | ---------- | ---------- | ---------- |
| Total | 226.98 | 226.98 | -226.98 |

Signature_____

PLEASE DETACH HERE    RETURN TOP PORTION WITH YOUR PAYMENT

Union Bank® Business Edition® Plus Visa®                                    Account Number:



## Account Summary

| | |
|---|---|
| Previous Balance | ████ |
| Payments | |
| Other Credits | |
| Purchases | |
| Balance Transfers | |
| Cash Advances | |
| Fees Charged | |
| Interest Charged | |
| New Balance | |

Statement Closing Date ....... 07/20/15
Days in Billing Cycle ................... 32

Total Credit Limit ............ ████
Available Credit .............
Cash Limit .................
Available Cash ...........

## Payment Information

| | |
|---|---|
| New Balance | ████ |
| Minimum Payment Due | |
| Past Due Amount | |
| Payment Due Date | August 15, 2015 |

Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

**Login today to explore all the online possibilities!**

TB pd 7/28/15   # 4815

## Customer Service

Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

| | |
|---|---|
| Total points earned this month | ████ |
| Bonus points earned this month | |
| Total points redeemed this month | |
| Accumulated point total | |
| Points expiring next month | |

**Remember...**
keep using your card to increase your rewards total - the more you charge, the more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits | |
|---|---|---|---|---|---|
| 6-29 | 7-01 | 2469216518100098686176 81 | SOUTHWES 5262122034266 800-435-9792 TX | $958.51 | JOINT JUICE |
| 6-29 | 7-01 | 2469216518100098686176 1 | SOUTHWES 5262122034260 800-435-9792 TX | $664.51 | " |
| 7-01 | 7-03 | 2407105518398534370480 4 | THINKING CUP BOSTON MA | $9.37 | JOINT JUICE |
| 7-01 | 7-03 | 2407105518398534370684 1 | THINKING CUP BOSTON MA | $12.16 | |
| 7-01 | 7-03 | 2404285518370001885712 6 | Island Creek Oyster Bar Boston MA | $220.97 | JOINT JUICE |
| 7-02 | 7-03 | 2422443518410501046478 5 | ZONA COCINA LINTHICUM MD | $54.45 | JOINT JUICE |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

Account Number: ███████

## Transaction Detail



| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits | |
|---|---|---|---|---|---|
| 7-03 | 7-06 | 24129425184100001967976 | THE LIBERTY HOTEL BOSTON MA | $813.56 | JOINT JUICE |
| 7-03 | 7-06 | 24717055184161849030488 | SAN DIEGO COUNTY RAA SAN DIEGO CA | $90.00 | 21 |
| 7-02 | 7-06 | 24055235184207988700402 | FRESH CITY EAST BOSTON MA | $10.96 | 4 |
| | | | ████████ | | |
| 7-11 | 7-13 | 24164075193531955906560 | WOLFGANG PUCK 20268314 INDIANAPOLIS IN | $52.57 | JOINT JUICE |
| 7-10 | 7-13 | 24610435193072004716136 | CROWN PLZ IND AIRPORT F&B INDIANAPOLIS IN | $37.61 | 4 |
| 7-11 | 7-13 | 24072805193036678215704 | SPOKE & STEELE INDIANAPOLIS IN | $201.77 | 11 |
| 7-10 | 7-13 | 24717055192731926421649 | SAN DIEGO COUNTY RAA SAN DIEGO CA | $60.00 | 11 |
| 7-11 | 7-13 | 24072805192036000157435 | LE MERIDIEN INDIANAPOLIS INDIANAPOLIS IN | $226.98 | JOINT JUICE |
| 7-11 | 7-13 | 24072805192033000158029 | LE MERIDIEN INDIANAPOLIS INDIANAPOLIS IN | $24.71 | 11 |
| 7-09 | 7-13 | 24761975191206898901164 | ST. ELMO STEAKHOUSE IN INDIANAPOLIS IN | $89.62 | 11 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.     (v) Variable Rate    (f) Fixed Rate

## Additional Information Regarding Your Account

### An Easier Way to Pay Your Bills!
Tired of writing checks and spending money on stamps every time you pay a bill? Pay your recurring monthly bills automatically with your credit card! No hassle. No forgetting to send a payment for phone, internet, even utilities. And, no worries about your payment being lost or intercepted in the mail. It's quick and convenient. Start paying your monthly bills with your credit card today!



**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Monday, June 29, 2015 4:28 PM
**To:** Tim Blood
**Subject:** Flight reservation (HR8GSA) | 07JUL15 | SAN-IND | Blood/Timothy G, Oreardon/Thomas Joseph Ii

You're all set for your trip!

## Southwest ♥

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

# Ready for takeoff!



Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 07/07/15 - Indianapolis

 **AIR Itinerary**

**AIR Confirmation: HR8GSA**     Confirmation Date: 06/29/2015



Save up to 35%
plus earn up to 2,400
Rapid Rewards® points.

BOOK NOW ▶    AVIS

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| BLOOD/TIMOTHY G | ▮ | 5262122034260 | Apr 28, 2016 | 6991 |
| OREARDON/THOMAS JOSEPH II | ▮ | 5262122034266 | Jun 28, 2016 | 6991 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.



**NEED A HOTEL?**

Best Rate Guarantee

Flexibility to Pay Later

Earn up to
**750 Rapid Rewards Points**

Book a Hotel

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jul 7 | 2776 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **08:00 AM**<br>Arrive in LAS VEGAS, NV (LAS) at 09:10 AM<br><u>Wanna Get Away</u> |

1

2150    Change planes to Southwest Airlines in LAS VEGAS, NV (LAS) at 10:00 AM
Arrive in **INDIANAPOLIS, IN** (IND) at **4:30 PM**
Travel Time 5 hrs 30 mins
Wanna Get Away

Wed Jul 8    430    Depart **INDIANAPOLIS, IN** (IND) on Southwest Airlines at **7:10 PM**
Arrive in PHOENIX, AZ (PHX) at 7:50 PM
Anytime

609    Change planes to Southwest Airlines in PHOENIX, AZ (PHX) at 9:20 PM
Arrive in **SAN DIEGO, CA** (SAN) at **10:25 PM**
Travel Time 6 hrs 15 mins
Anytime



## What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

## Remember to be in the gate area on time and ready to board:

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.



**CLICK 'N SAVE**

Join over 17 million email subscribers saving big on travel each week.

Sign Up



**ENROLL NOW, IT'S FREE!**

**Southwest**
Rapid Rewards

Air Cost: 1,917.02

Carryon Items: 1 Bag + small personal item are free. See full details.
Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262122034260:
NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
5262122034266: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN X/LAS WN IND376.19BLA7PNRO WN X/PHX WN
SAN473.40YL 849.59 END ZPSANLASINDPHX
XT11.20AY18.00XFSAN4.5LAS4.5IND4.5PHX4.5

2

 Learn About Our
Boarding Process ➡

 Get EarlyBird
Check-In® Details ➡

## Cost and Payment Summary

✈ AIR - HR8GSA

| | | |
|---|---|---|
| Base Fare | $1,699.18 | |
| Excise Taxes | $ 127.44 | |
| Segment Fee | $ 32.00 | |
| Passenger Facility Charge | $ 36.00 | |
| September 11th Security Fee | $ 22.40 | |
| **Total Air Cost** | **$1,917.02** | |

**Payment Information**

Tkls funds applied from Conf# 8N2JMY ($0.00 remaining) $294.00

Payment Type: Visa
XXXXXXXXXXXX5013
Date: Jun 29, 2015
Payment Amount: $664.51

Payment Type: Visa
XXXXXXXXXXXX5013
Date: Jun 29, 2015
Payment Amount: $958.51

## Fly Southwest To International Destinations



You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More ➡

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

## Legal Policies & Helpful Information

| | | |
|---|---|---|
| Privacy Policy | Customer Service Commitment | Contact Us |
| Notice of Incorporated Terms | FAQs | |

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

3

*Joint Juice*

**Thinking Cup**
165 Tremont st
Boston, MA 02111
(617) 482-3333

Server: Trainee                    Station: 1

Order #: 1394848                   Dine In

>> SETTLED <<                         4.25

1 Latte Med 12oz
  > tommy vanilla
  XtraSyrup                          4.50
1 Latte Lg 16oz
  .Decaf

                                     8.75
SUB TOTAL:                           0.55
Sales Tax:                           0.07
Local Tax:                        ========

**TOTAL:**                          **$9.37**

                                     9.37
Visa Tendered:
  5013 XX/XX
  EDC Tran ID: 112236139          ==========
                                     0.00
CHANGE:

        Created: 7/1/2015 4:38:01 PM
        SETTLED: 7/1/2015 4:38:44 PM

*************************************
www.thinkingcup.com
Joinour Facebook
www.facebook.com/thinkingcup
Bathroom code 1245

*************************************



*Joint Juice*

## Thinking Cup
165 Tremont st
Boston, MA 02111
(617) 482-3333

Server: Rakaia               Station: 6

Order #: 1394541             Dine In
Customer Name:                   tim

>> SETTLED <<

1 .Bagel Salmon Lox          7.50
  Everything
1 Coffee Med 12oz            2.00

SUB TOTAL:                   9.50
Sales Tax:                   0.59
Local Tax:                   0.07

TOTAL:                    $10.16

Visa Tendered:              10.16
  5013 XX/XX
  EDC Tran ID: 390910105

CHANGE:                      0.00

    Created: 7/1/2015 10:53:21 AM
    SETTLED: 7/1/2015 10:53:55 AM

*********************************
www.thinkingcup.com
Joinour Facebook
www.facebook.com/thinkingcup
Bathroom code 1245

*********************************



500 Commonwealth Ave
Boston, MA 02215
617 532 5300

Server: PM BAR 2                    DOB: 07/01/2015
10:19 PM                                  07/01/2015
B11B12/1                                    4/40100

                    SALE

VISA                              4194327
Card #XXXXXXXXXXXXX5013
Magnetic card present: B 000 TIMOTHY
Card Entry Method:  S

Approval: 134405

              Amount:       $ 182.97

              + Tip: _____

              = Total: 220.94

        I agree to pay the above
        total amount according to the
          card issuer agreement.

X _____

          **CUSTOMER COPY**

```
              ZONA COCINA
              BWI AIRPORT
   PO BOX 628, LINTHICUM, MD 21090
            (410) 850-4846

   47 Meagan W
   ---------------------------------
   Tbl 114/1        Chk 384        Gst  1
              Jul02'15 07:45PM
   ---------------------------------
   1 DOS LAGER 23              8.95
   1 LOOSE CAN 23              8.95
   1 CHK QUESADILLA            9.49
   1 MAHI TACOS               10.99
   1 CHIPS & SALSA             3.99

    SUBTOTAL                  42.37
    TAX                        3.08
   08:25PM TOTAL             45.45

    NOW OPEN:
            SKY AZURE
     SMALL PLATES AND COCKTAILS

    IN THE NEW OBSERVATION GALLERY
     THANK YOU FOR DINING WITH US.
         PLEASE COME AGAIN!
        HAVE A GREAT FLIGHT!
```

Joint Juice

The Liberty Hotel
215 Charles Street
Boston, MA  02114
United States
Tel: 617-224-4000 Fax: 617-224-4001



THE LUXURY COLLECTION'

Tim Blood
271 D Ave
Coronado, CA  92118-1318

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : 108032 |
| Guest Number | : | 433074 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 30-JUN-15 | 20:50 | | |
| Depart Date | : | 02-JUL-15 | 11:07 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 1513 | | | |
| Club Account | : | SPG - Axxxxxxx6570 | | | |

Copy Invoice

Tax ID        :

The Liberty Hotel  12-OCT-15  16:11  BRIAN

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 30-JUN-15 | 00021177 | CLINK. Lounge | 113.20 | |
| 30-JUN-15 | RT1513 | Room Charge | 269.00 | |
| 30-JUN-15 | RT1513 | State Tax | 15.33 | |
| 30-JUN-15 | RT1513 | City Tax | 16.14 | |
| 30-JUN-15 | RT1513 | Convention Center Tax | 7.40 | |
| 01-JUL-15 | 2160 | Scampo | 31.03 | |
| 01-JUL-15 | 2160 | Scampo | 6.00 | |
| 01-JUL-15 | RT1513 | Room Charge | 269.00 | |
| 01-JUL-15 | RT1513 | State Tax | 15.33 | |
| 01-JUL-15 | RT1513 | City Tax | 16.14 | |
| 01-JUL-15 | RT1513 | Convention Center Tax | 7.40 | |
| 02-JUL-15 | 00013892 | CLINK. | 47.59 | |
| 02-JUL-15 | VI | Visa | | -813.56 |

\*\*\*For Authorization Purpose Only\*\*\*
xxxxxx5013
Date      Code      Authorized
30-JUN-15

Continued on the next page

The Liberty Hotel
215 Charles Street
Boston, MA  02114
United States
Tel: 617-224-4000 Fax: 617-224-4001

THE LUXURY COLLECTION

Tim Blood
271 D Ave
Coronado, CA  92118-1318

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : | 108032 |
| Guest Number | : | 433074 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 30-JUN-15 | 20:50 | | |
| Depart Date | : | 02-JUL-15 | 11:07 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 1513 | | | |
| Club Account | : | SPG - Axxxxxxx6570 | | | |

166516          672.5

30-JUN-15      127728      169.64

** Total                                          813.56              -813.56
*** Balance                                        0.00

Tell us about your stay. www.luxurycollection.com/reviews

Signature_____

*Joint.*
*Juice*

SAN DIEGO AIRPORT
RECEIPT    * K30

ENTRY TIME:
06/30/15        05:14
EXIT TIME:
07/02/15        23:29
IN LOT:      2:18:15
AMOUNT:    $ 90.00
VISA
XXXXXXXXXXXX5013
        XXXXX 201
AUTH. CODE 177614
THANK YOU FOR YOUR
        VISIT

```
          Crowne Plaza
   2501 South High School Road
    Indianapolis, IN   46241
Date:        Jul10'15 01:03PM
Card Type:  Visa
Acct #:     XXXXXXXXXXXXX5013
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code:  415169
Check:      3609
Table:      33/1
Server:     106 Kim L

Subtotal:        31.61

TIP:     _____

TOTAL:   _____

PLEASE KEEP THIS COPY FOR YOUR
        PERSONAL RECORDS

     THANK  YOU
```

Spoke & Steele
123 S.Illinois
Indianapolis, IN
XXX.XXX.XXXX
JUL 9'15 7:43 PM

Check:     1728
Table:     44/1
Server:    939960011 Lauren
Card Type: Visa
Acct Num:  ***********5013
Auth Code: 295126

Amount :         $166.77

Tip:_____

Total:     201.77

Signature:_____



```
SAN DIEGO AIRPORT
RECEIPT      K31

ENTRY TIME:
07/09/15        07:07
EXIT TIME:
07/10/15        22:36
IN LOT:     1:15:29
AMOUNT:     $ 60.00
VISA
XXXXXXXXXXXX5013
        XXXXX 201
AUTH. CODE 425021
THANK YOU FOR YOUR
        VISIT
```

*Joint Juice*

Le Meridien Indianapolis
123 S. Illinois Street
Indianapolis, IN  46225
United States
Tel: 317-737-1600 Fax: 317-737-1601

*Le* MERIDIEN
INDIANAPOLIS

Timothy Blood
5318 CANTERBURY DR
SAN DIEGO, CA  92116-2008
United States

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 58233 |
| Folio ID | : | A |
| Arrive Date | : | 09-JUL-15    16:56 |
| Depart Date | : | 10-JUL-15    13:34 |
| No. Of Guest | : | 1 |
| Room Number | : | 506 |
| Club Account | : | SPG - Axxxxxxx6570 |

Invoice Nbr    :    110022

Tax ID        :

LM Indianapolis  10-JUL-15  13:40  JERRPRI

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-JUL-15 | RT506 | Room Charge | 194.00 | |
| 09-JUL-15 | RT506 | State Tax | 13.58 | |
| 09-JUL-15 | RT506 | Occupancy Tax | 19.40 | |
| 10-JUL-15 | VI | Visa | | -226.98 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx5013 | | |
| | | Date    Code    Authorized | | |
| | | 09-JUL-15    108740    242.5 | | |
| | | | | |
| 10-JUL-15 | 17490000 | Spoke And Steele | 24.71 | |
| 10-JUL-15 | VI | Visa | | -24.71 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx5013 | | |
| | | Date    Code    Authorized | | |
| | | 10-JUL-15    105014    24.71 | | |

|  | | |
|---|---|---|
| ** Total | 251.69 | -251.69 |
| *** Balance | 0.00 | |

Continued on the next page

*Jaint Juice*



127 S. Illinois
Indianapolis, IN 46225
317-635-0636
Date:       Jul09'15 11:30PM
Card Type:  Visa
Acct #:     XXXXXXXXXXXX5013
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  DID004616979458
Auth Code:  188913
Check:      130
Check ID:   REG
Server:     9000 BAR 8

Subtotal:        74.62

TIP:_____

TOTAL:_____ 89.62 _____

_____
SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
        AGREEMENT.
* * * CUSTOMER COPY * * *

Union Bank® Business Edition® Plus Visa®

A      unt Number: ███████



## Account Summary

| | |
|---|---|
| Previous Balance | ████ |
| Payments | ████ |
| Other Credits | ████ |
| Purchases | ████ |
| Balance Transfers | ████ |
| Cash Advances | ████ |
| Fees Charged | ████ |
| Interest Charged | ████ |
| **New Balance** | ████ |

Statement Closing Date ....... 08/19/15
Days in Billing Cycle ...................... 30

| | |
|---|---|
| Total Credit Limit | ████ |
| Available Credit | ████ |
| Cash Limit | ████ |
| Available Cash | ████ |

## Payment Information

| | |
|---|---|
| New Balance | ████ |
| Minimum Payment Due | ████ |
| Past Due Amount | ████ |
| Payment Due Date | September 15, 2015 |

Manage your business expenses with convenient online access.



- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

TO   pd 8/26/15   #4867

## Customer Service

Save Time and Stamps by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary



| | |
|---|---|
| Total points earned this month | ████ |
| Bonus points earned this month | ████ |
| Total points redeemed this month | ████ |
| Accumulated point total | ████ |
| Points expiring next month | ████ |

Remember...
keep using your card to increase your rewards total - the more you charge, the more rewards you earn!

## Transaction Detail



| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 7-27 | 7-28 | 2469216520800085196209 6 | SQ *DARK HORSE COFFEE San Diego CA  Joint Juice | $8.50 |
| 7-28 | 7-28 | 2469216520900000936082 01 | TCA FASTRAK R 949-727-4800 CA  " " | $7.48 |
| 7-28 | 7-30 | 2423168521020738860131 8 | WHICH WICH #242 IRVINE CA  Joint Juice | $18.90 |
| 7-28 | 8-03 | 2478930521285070009646 6 | AMPCO PARKING 17901 VON K IRVINE CA  Joint Juice | $15.00 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate   (f) Fixed Rate

## Charge Summary

| Annual Percentage | Balance Subject | Days Rate Used | Interest Charge |
|---|---|---|---|

Issued by First-Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Union Bank® Business Edition® Plus Visa®

**Account Number:** ████

 **Account Summary**

| | |
|---|---|
| Previous Balance ........... | ███ |
| Payments ..................... | |
| Other Credits ................ | |
| Purchases .................... | |
| Balance Transfers .......... | |
| Cash Advances ............. | |
| Fees Charged ................ | |
| Interest Charged ........... | |
| **New Balance** ............... | |

Statement Closing Date ....... 08/19/15
Days in Billing Cycle ......................30

| | |
|---|---|
| Total Credit Limit .......... | ███ |
| Available Credit ............. | |
| Cash Limit ..................... | |
| Available Cash ............. | |

 **Payment Information**

| | |
|---|---|
| New Balance ................... | ███ |
| Minimum Payment Due ....... | |
| Past Due Amount ........... | |
| Payment Due Date .............................September 15, 2015 |

**Manage your business expenses with convenient online access.**

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

**Login today to explore all the online possibilities!**

*TB pd 8/26/15 # 4869*

 **Customer Service**

Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

 **Rewards Summary**

| | |
|---|---|
| Total points earned this month............................. | ███ |
| Bonus points earned this month........................... | |
| Total points redeemed this month......................... | |
| Accumulated point total........................................ | |
| Points expiring next month.................................... | |

**Remember...**
keep using your card to
increase your rewards total -
the more you charge, the
more rewards you earn!

 **Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 7-27 | 7-28 | 2449398520909150700077 | SAFFRON GRILL HUNTINGTON BE CA | $32.07 *Joint Juice* |
| 7-27 | 7-28 | 2404603520800016735358 | CHEVRON 00093167 FOUNTAIN VALL CA | $59.30 *Joint Juice* |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

PLEASE DETACH HERE A    TURN TOP PORTION WITH YOUR PAYMENT

Jnion Bank® Business Edition® Plus Visa®

Account Number:
████████████



## Account Summary

Previous Balance ..........
Payments .....................
Other Credits .................
Purchases .....................
Balance Transfers ..........
Cash Advances .............
Fees Charged ...............
Interest Charged ............
New Balance ................

Statement Closing Date ....... 12/21/15
Days in Billing Cycle ..................... 32

Total Credit Limit ..........
Available Credit ............
Cash Limit ...................
Available Cash .............

## Payment Information

New Balance ........................................................
Minimum Payment Due ...........................................
Past Due Amount ...................................................
Payment Due Date ................................. January 15, 2016

Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

TO  pd  12/30/15  ✓5116



## Customer Service

Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)

**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard, P.O. Box 2818, Omaha, NE 68103-2818



## Rewards Summary

Total points earned this month..............................
Bonus points earned this month............................
Total points redeemed this month..........................
Accumulated point total........................................
Points expiring next month....................................

Remember...
keep using your card to
increase your rewards total -
the more you charge, the
more rewards you earn!



## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | | Credits (CR) and Debits |
|---|---|---|---|---|---|---|
| 2-17 | 12-21 | 2469216535200081405270 81 | SOUTHWES | 5262167003957 800-435-9792 TX Joint Juice | | $415.96 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | | | | |
| Cash Advance | | | | |

## 2015 Total Year-to-Date

Total fees charged in 2015 ...................................................... $0.00
Total interest charged in 2015 ................................................ $0.00

Issued by First Bankcard, a division of First National Bank of Omaha    See reverse for additional information.

## Tommy O'Reardon

**From:** Southwest Airlines <SouthwestAirlines@luv.southwest.com>
**Sent:** Thursday, December 17, 2015 6:51 PM
**To:** Tommy O'Reardon
**Subject:** Flight reservation (R75G9F) | 06JAN16 | SAN-MDW | Oreardon/Thomas Joseph Ii



Thanks for choosing Southwest© for your trip.

Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 01/06/16 - Chicago (Rikos Depo)

### Air itinerary

**AIR Confirmation: R75G9F**                    Confirmation Date: 12/17/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ▉ | 5262167003957 | Dec 16, 2016 | 2164 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Jan 6 | 1040 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **06:20 AM**<br>Arrive in **CHICAGO (MIDWAY), IL** (MDW) at **12:20 PM**<br>Travel Time 4 hrs 0 mins<br>Wanna Get Away |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Jan 7 | 2718 | Depart **CHICAGO (MIDWAY), IL** (MDW) on Southwest Airlines at **7:50 PM**<br>Arrive in **SAN DIEGO, CA** (SAN) at **10:30 PM**<br>Travel Time 4 hrs 40 mins<br>Wanna Get Away |

**Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 415.96

Fare Rule(s): 5262167003957: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN CHI195.24WLN7CNR WN SAN165.47OLNUHNR 360.71 END
ZPSANMDW XFSAN4.5MDW4.5 AY11.20$SAN5.60 MDW5.60

Learn about our boarding process

Learn about inflight WiFi & entertainment

## Cost and Payment Summary

AIR - R75G9F

| | | Payment Information |
|---|---|---|
| Base Fare | $ 360.71 | |
| Excise Taxes | $ 27.05 | Payment Type: Visa XXXXXXXXXXXX6994 |
| Segment Fee | $ 8.00 | Date: Dec 17, 2015 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $415.96 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 415.96** | |

2

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air   Book Hotel   Book Car   Book Vacation Packages   See Special Offers   Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy

All travel involving funds from this Confirmation Number must be completed by the expiration date
Security Fee is the government-imposed September 11th Security Fee

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1QR
Dallas, TX 75235

Contact Us

Copyright 2015 Southwest Airlines Co. All Rights Reserved

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Thursday, January 7, 2016 3:24 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | UPDATED flight reservation (R75G9F) | 20JAN16 | SAN-SFO | Oreardon/Thomas Joseph Ii |

Thanks for choosing Southwest® for your trip.



Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 01/06/16 - Chicago (Rikos Depo)

### Air itinerary

## AIR Confirmation: R75G9F

Confirmation Date: 01/7/2016

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ████ | 5262171752714 | Dec 16, 2016 | 690 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Jan 20 | 340 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **2:05 PM** Arrive in **SAN FRANCISCO, CA** (SFO) at **3:35 PM** Travel Time 1 hrs 30 mins Wanna Get Away |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Jan 21 | 1622 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **2:05 PM** Arrive in **SAN DIEGO, CA** (SAN) at **3:30 PM** Travel Time 1 hrs 25 mins Wanna Get Away |

**Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time.

1

The earlier you check in within 24 hours of your flight, the earlier you get to board.

 **Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.



**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

 **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.



Air Cost: 151.96

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

 Learn about our boarding process

 Learn about inflight WiFi & entertainment

## Cost and Payment Summary

AIR - R75G9F

| | | |
|---|---|---|
| Base Fare | $ 115.14 | **Payment Information** |
| Excise Taxes | $ 8.62 | Payment Type: Ticket Exchange |
| Segment Fee | $ 8.00 | Date: Jan 7, 2016 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $151.96 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 151.96** | Tkls funds remaining in conf#R75G9F for future travel $264.00 |

**Exchange Detail**
Dec 17, 2015 From ticket # 5262167003957 to ticket # 5262171752714

2

## Useful Tools

Check In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

## Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

## Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air   Book Hotel   Book Car   Book Vacation Packages   See Special Offers   Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.
² Security Fee is the government-imposed September 11th Security Fee

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2016 Southwest Airlines Co. All Rights Reserved

3

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Wednesday, January 13, 2016 6:34 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | UPDATED flight reservation (R75G9F) | 26JAN16 | SAN-SFO | Oreardon/Thomas Joseph Ii |

Thanks for choosing Southwest® for your trip.



Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 01/06/16 - Chicago (Rikos Depo)

### Air itinerary

## AIR Confirmation: R75G9F

Confirmation Date: 01/13/2016

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | | 5262173718004 | Dec 16, 2016 | 1215 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jan 26 | 340 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **2:05 PM** Arrive in **SAN FRANCISCO, CA** (SFO) at **3:35 PM** Travel Time 1 hrs 30 mins Wanna Get Away |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Jan 27 | 1622 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **2:05 PM** Arrive in **SAN DIEGO, CA** (SAN) at **3:30 PM** Travel Time 1 hrs 25 mins Wanna Get Away |

**Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time.

1

The earlier you check in within 24 hours of your flight, the earlier you get to board.



 **Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.



 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

 **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 245.95

Fare Rule(s): 5262173718004: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

 Learn about our boarding process

 Learn about inflight WiFi & entertainment

## Cost and Payment Summary

AIR - R75G9F

| | | Payment Information |
|---|---|---|
| Base Fare | $ 202.57 | |
| Excise Taxes | $ 15.18 | Tkls funds applied from Conf# R75G9F |
| Segment Fee | $ 8.00 | ($170.01 remaining) $93.99 |
| Passenger Facility Charge | $ 9.00 | |
| September 11th Security Fee | $ 11.20 | Payment Type: Ticket Exchange |
| **Total Air Cost** | **$ 245.95** | Date: Jan 13, 2016 |

Payment Amount: $151.96

Tkls funds remaining in conf#R75G9F for future travel $170.01

**Exchange Detail**

Jan 7, 2016 From ticket # 5262171752714 to ticket # 5262173718004

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air   Book Hotel   Book Car   Book Vacation Packages   See Special Offers   Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

1 All travel involving funds from this Confirmation Number must be completed by the expiration date.
2 Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2016 Southwest Airlines Co. All Rights Reserved.

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Wednesday, January 27, 2016 1:54 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | UPDATED flight reservation (R75G9F) | 27JAN16 | SFO-SAN | Oreardon/Thomas Joseph Ii |



Thanks for choosing Southwest® for your trip.

Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 01/06/16 - Chicago (Rikos Depo)

### Air itinerary

## AIR Confirmation: R75G9F

Confirmation Date: 01/27/2016

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | | 5262177989262 | Dec 16, 2016 | 345 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Jan 27 | 1622 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **2:05 PM**<br>Arrive in **SAN DIEGO, CA** (SAN) at **3:30 PM**<br>Travel Time 1 hrs 25 mins<br>Wanna Get Away |

**Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

1

 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

 **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.





Air Cost: 75.98

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

 Learn about our boarding process

 Learn about inflight WiFi & entertainment

## Cost and Payment Summary

AIR - **R75G9F**

| | | | Payment Information |
|---|---|---|---|
| Base Fare | $ | 57.57 | |
| Excise Taxes | $ | 4.31 | Payment Type: SWA Fare Protect |
| Segment Fee | $ | 4.00 | Date: Jan 27, 2016 |
| Passenger Facility Charge | $ | 4.50 | Payment Amount: $0.01 |
| September 11th Security Fee | $ | 5.60 | |
| **Total Air Cost** | **$** | **75.98** | Payment Type: Ticket Exchange |

Date: Jan 27, 2016
Payment Amount: $75.97

Tkls funds remaining in conf#R75G9F for future travel $170.01

**Exchange Detail**
Jan 13, 2016 From ticket # 5262173718004 to ticket # 5262177989262

2

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2016 Southwest Airlines Co. All Rights Reserved.

Union Bank® Business Edition® Plus Visa®

## Account Summary

| | |
|---|---|
| Previous Balance | ████ |
| Payments | |
| Other Credits | |
| Purchases | |
| Balance Transfers | |
| Cash Advances | |
| Fees Charged | |
| Interest Charged | |
| **New Balance** | |

Statement Closing Date ....... 01/20/16
Days in Billing Cycle .................... 30

| | |
|---|---|
| Total Credit Limit | ████ |
| Available Credit | |
| Cash Limit | |
| Available Cash | |

## Payment Information

| | |
|---|---|
| New Balance | ████ |
| Minimum Payment Due | |
| Past Due Amount | |
| Payment Due Date | February 15, 2016 |

Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

*TB M 2/4/16 #5179*

## Customer Service

Save Time and Stamps by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard, P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

| | |
|---|---|
| Total points earned this month | ████ |
| Bonus points earned this month | |
| Total points redeemed this month | |
| Accumulated point total | |
| Points expiring next month | |

Remember...
keep using your card to increase your rewards total -
the more you charge, the more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | | Credits (CR) and Debits | |
|---|---|---|---|---|---|---|---|
| 1-04 | 1-06 | 2469216600500045433588631 | SOUTHWES | 5262170521239 800-435-9792 TX | | $279.96 | *JOINT JUICE* |
| 1-05 | 1-07 | 2469216600600096130843301 | SOUTHWES | 5262170934777 800-435-9792 TX | | $161.96 | *JOINT JUICE* |
| 1-06 | 1-08 | 2469216600700047764641331 | SOUTHWES | 5262171196049 800-435-9792 TX | | $44.99 | " |
| 1-06 | 1-08 | 2469216600700047764642111 | SOUTHWES | 5262171227261 800-435-9792 TX | | $354.96 | " |
| 1-07 | 1-11 | 2469216600800097188217411 | SOUTHWES | 5262171667801 800-435-9792 TX | | $3.00 | " |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

*Joint Juice*

# Christina Khoury

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Monday, January 04, 2016 2:46 PM |
| **To:** | Christina Khoury |
| **Subject:** | FW: Flight reservation (RZG2P7) \| 20JAN16 \| SAN-SFO \| Blood/Timothy G |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

This is for Joint Juice!

---

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Monday, January 04, 2016 2:45 PM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** Flight reservation (RZG2P7) | 20JAN16 | SAN-SFO | Blood/Timothy G

Thanks for choosing Southwest® for your trip

## Southwest's

           Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!



Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!



**Upcoming Trip:** 01/20/16 - San Francisco

 **Air itinerary**

**AIR Confirmation: RZG2P7**        Confirmation Date: 01/4/2016

**Add a hotel**

✓ Earn Rapid Rewards® points
✓ Best rate guarantee
✓ Free cancellation

**Book a hotel  >**

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| BLOOD/TIMOTHY G |  | 5262170521239 | Jan 3, 2017 | 1406 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or

1

Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|------|--------|-------------------|
| | | |
| Wed Jan 20 | 340 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **2:05 PM**<br>Arrive in **SAN FRANCISCO, CA** (SFO) at **3:35 PM**<br>Travel Time 1 hrs 30 mins<br>Wanna Get Away |

| Date | Flight | Departure/Arrival |
|------|--------|-------------------|
| | | |
| Thu Jan 21 | 2271 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **6:25 PM**<br>Arrive in **SAN DIEGO, CA** (SAN) at **7:55 PM**<br>Travel Time 1 hrs 30 mins<br>Wanna Get Away |

**Add a rental car**
- ✔ Earn Rapid Rewards® points
- ✔ Guaranteed low rates
- ✔ Free cancellation

Book a car ›

**Travel more for less.**

Exclusive deals for your favorite destinations.

Sign up and save ›

**Southwest ◆**
Rapid Rewards

- ✔ Unlimited reward seats
- ✔ No blackout dates
- ✔ Redeem for International flights and more

Enroll now ›

✓ **Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

▣ **Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

🕒 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

🕒 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

ℹ **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 279.96

2

## Account Summary

Previous Balance ............ ▮
Payments ....................... ▮
Other Credits .................. ▮
Purchases ....................... ▮
Balance Transfers ......... ▮
Cash Advances ............. ▮
Fees Charged ................ ▮
Interest Charged ........... ▮
New Balance ................... $8,548.41

Statement Closing Date ....... 02/18/16
Days in Billing Cycle ..................... 29

Total Credit Limit ............. ▮
Available Credit ................ ▮
Cash Limit ....................... ▮
Available Cash ................ ▮

## Payment Information

New Balance ........................................... ▮
Minimum Payment Due ........................... ▮
Past Due Amount ................................... ▮
Payment Due Date ................................ March 15, 2016

**Manage your business expenses with convenient online access.**

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

**Login today to explore all the online possibilities!**

TB  pd 3/1/16  #5217

## Customer Service

Save Time and Stamps by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)
**Visit: www.firstbankcard.com/unionbank**
Remit to: First Bankcard, P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

Total points earned this month............................ ▮
Bonus points earned this month........................... ▮
Total points redeemed this month........................ ▮
Accumulated point total...................................... ▮
Points expiring next month................................... ▮

Remember...
keep using your card to increase your rewards total - the more you charge, the more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 1-26 | 1-28 | 24493986027207899500288 | PABU RAMEN SAN FRANCISCO CA | $324.31 | JOINT JUICE ✓ |
| 1-27 | 1-28 | 24717056028730285308603 | SAN DIEGO COUNTY RAA SAN DIEGO CA | $60.00 | " |
| 1-27 | 1-28 | 24493986028286399902359 | TROPISUENO SAN FRANCISCO CA | $14.31 | " |
| 1-28 | 1-29 | 24755426028160287090868 | WESTIN ST. FRANCIS SAN FRANCISCO CA | $418.20 | " |
| 1-27 | 1-29 | 24755426028160289324299 | WESTIN ST. FRANCIS DINE SAN FRANCISCO CA | $21.51 | JOINT JUICE ✓ |
| 1-27 | 1-29 | 24755426028170282338436 | PALACE HOTEL SF DINE SAN FRANCISCO CA | $36.45 | " |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information

Continued next page

```
              PABU
           RESTAURANT
        101 CALIFORNIA STREET
         SAN FRANCISCO, CA. 94102
Date:          Jan26'16 07:51PM
Card Type:     Visa
Acct #:        XXXXXXXXXXXX5013
Card Entry:    SWIPED
Trans Type:    PURCHASE
Trans Key.     GTG001451460248
Auth Code      160501
Check:         1465
Table          707/1
Server         27063 Colman C

Subtotal:        270.31

Gratuity:_____

Total:_____ 324-31_____

_____ Joint True_____

Signature

* * * Customer Copy * * * *
```

_Jint Juice_

```
            TROPISUENO
          (415) 243-0299
       75 YERBA BUENA LANE
       SAN FRANCISCO, CA.
          (415) 243-0299


Server: Adam              DOB: 01/27/2016
02:26 PM                        01/27/2016
B/1                              4/40051

VISA                          4194325
Card #XXXXXXXXXXXXX5013
Magnetic card present:
Approval: 689562

              Amount:      $ 11.31

              + Tip: _____

            = Total: __14.31__


X_____


        Muchas Gracias!
```

Carusos
Westin St. Francis
San Fransisco, CA

## Customer Copy

Merchant ID : 001060000019957
    Terminal ID : 1010401
Card #   : XXXXXXXXXXXX5013 S
    Card Type   : VISA
    Check #     : 50129
Trans Time  : 27/01/16 08:31
    Trans Type  : SALE
    Trace No.   : 000148
Reference # : 406027000402
    Auth Code   : 972590

    ID:49908685368825013

    Subtotal    : USD21.51

Tip         : USD

Total       : USD  21.5

Approved With Signature

I agree to the terms of my
    credit agreement.

## Tommy O'Reardon

| | |
|---|---|
| **From:** | The Westin St. Francis San Francisco on Union Square <GCCUSTSERVICE@CONFIRM.STARWOODHOTELS.COM> |
| **Sent:** | Wednesday, January 13, 2016 11:03 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Rest easy. Your reservation has been confirmed (611643237). |

View in a browser for up-to-date reservation information, or change language

English  Français  Español  Deutsch  中文(简体)  日本語  Italiano  Português  Русский
中國(傳統)  اللغة العربية  한국어  Polski  Türkçe  Nederlands  Bahasa (I)  ภาษาไทย

### The Westin St. Francis San Francisco on Union Square

335 Powell Street
San Francisco, California 94102 United States
Phone: (1)(415) 397-7000 Fax: (1)(415) 774-0124



- CONTACT US >
- GUEST ROOMS >
- FEATURES AND ACTIVITIES >
- DINING OPTIONS >
- LOCAL AREA >
- DRIVING DIRECTIONS >
- AREA MAP >
- MEETING SPACE >

Welcome Back Mr OREARDON,

Your reservation is all set – we're excited to welcome you to The Westin St. Francis San Francisco on Union Square.

As an SPG® guest, we'd like to invite you to enhance your experience by **upgrading your stay to a Deluxe Room for only $15 more per night**. Simply click on the link to the right for more information about SPG exclusive upgrades.

At Westin, we'll do all that we can to help you be at your best. If there is anything you need as we prepare for your arrival, please just ask.

Stay Well,

John Hutar
GENERAL MANAGER

**TIPS FOR A BETTER YOU**



Thanks for being an SPG member! Learn more about upgrading your stay.

**STAY CONNECTED**

    

1

Confirmation: 611643237

## YOUR STARWOOD PREFERRED GUEST DETAILS

Valet parking is available for $58 + tax per night for regular vehicles and $65 + tax per night for oversized vehicles. The hotel offers covered garage parking with in and out privileges, 24 hours a day. There is no self-parking available at the hotel. *Prices are subject to change.

Member Name: **THOMAS OREARDON**
SPG Number: **xxxxxxxx240**
Starpoint Balance: **46328**

LOGIN TO YOUR ACCOUNT

## YOUR RESERVATION

| | |
|---|---|
| Check In | 26-JAN-2016 - 3:00 PM * |
| Check Out | 27-JAN-2016 - 12:00 PM * |
| Number of Rooms | 2 |
| Number of Guests | 2 |

\* Indicates standard hotel check-in and check-out times and does not reflect special arrangements made with the hotel.

## YOUR RATE

**Rate Details**
Aba Preferred

| | Avg Est Room Total per Night* | Est Total for Your Stay* 2 Rooms, 1 Night |
|---|---|---|
| Room Rate | USD 359.00 | USD 718.00 |

Room rate excludes the following:

| | | |
|---|---|---|
| Ca Tourism Fee: 0.24 % Per Room / Per Night | USD 0.86 | USD 1.72 |
| Sales Tax: 14.00 % Per Room / Per Night | USD 50.26 | USD 100.52 |
| Tid Assessment: 2.25 % Per Room / Per Night | USD 8.08 | USD 16.16 |
| **Estimated Total\*:** | **USD 418.20** | **USD 836.40** |

\* The displayed totals are estimates only and do not include any additional charges that may be incurred at the hotel. The actual total will be calculated by the hotel in its local currency, based on the local taxes and currency exchange rate (if applicable) in effect at the time charging occurs.

## YOUR ACCOMMODATIONS: ROOM 1 OF 2

| | |
|---|---|
| Guest Name | THOMAS OREARDON |
| Number of Adults | 1 |
| Number of Children | 0 |

**Room Description**
**Deluxe Accessible Non-smoking: King Bed**

- 400 sq ft/37 sq m
- Visual Fire Alarm
- Tub With Grab Bars
- 1 King Bed
- Newly Renovated
- Smoke-free
- Accessible features

## YOUR ACCOMMODATIONS: ROOM 2 OF 2

| | |
|---|---|
| Guest Name | TIMOTHY BLOOD |
| Number of Adults | 1 |
| Number of Children | 0 |

**Room Description**
**Deluxe Accessible Non-smoking: King Bed**

- 400 sq ft/37 sq m
- Visual Fire Alarm
- Tub With Grab Bars
- 1 King Bed
- Newly Renovated
- Smoke-free
- Accessible features

A MESSAGE FROM STARWOOD PREFERRED GUEST

**Guarantee Rules and Cancellation Policy**
Your room is guaranteed with a(n) AMEX /
OPTIMA card.
Cancel by 6:00 PM Hotel time 1 days prior to avoid
1 Night penalty. There may be additional applicable
charges and taxes.
Room taxes are included in penalties.

Debit and Credit cards will be authorized at check-
in for the amount of your stay, plus an amount to
cover incidentals. Please visit "Announcements" on
the hotel website for more information.



SPG® TAKE
TWO: EARN
DOUBLE
STARPOINTS®.
REGISTER BY
APRIL 10, 2016 >



Gather a crowd.
Earn double
rewards for
meetings and
events with
SPG® Pro Double
Double.

Register now >

## YOUR PRIVACY

If you believe this reservation was made in error, please contact us as soon as possible.

Please note: For security purposes, you will be asked to provide a valid government or state-issued photo ID at check-in.

This email may contain links to websites that collect personally identifiable information about you. Starwood Hotels & Resorts Worldwide, Inc. is not responsible or liable for the actions of such independent websites, and encourages you to review the privacy statements and policies of such websites to understand how they collect, use and store such information.

Click here for Starwood Hotels & Resorts Worldwide, Inc.'s Privacy Statement.

## DISCLOSURE

Starpoint® balance may not reflect your most recent activity and may not include Starpoints earned or redeemed for the current transaction.

**Modify and Cancel Information**
To view, change or cancel your reservation, please visit westin.com. Any modification to a reservation is subject to the hotel's availability at the time the modification is requested and may change the rate and/or require payment of cancellation fees. If you require further assistance, please contact Westin Hotels & Resorts at 800-937-8461 if you are calling from the United States or Canada. Otherwise, click here for the telephone number of the Worldwide Reservation Office nearest you. Please note that reservations cannot be changed or canceled via email.

**Guarantee Rules**
For reservations guaranteed with a form of payment at time of booking, rooms are held until hotel check-out time the day following arrival. For reservations not guaranteed with a form of payment at time of booking, rooms are held until set cancellation time per the rules of the reservation. In the event more

3

guests arrive than can be accommodated due to hotel overbooking or an unforeseen circumstance, and hotel is unable to hold rooms consistent with this room hold policy, hotel will attempt to accommodate guests, at its expense, at a comparable hotel in the area for the oversold night(s), and will pay for transportation to that hotel.

## Package Handling Policy
There is a package handling fee for all incoming and outbound packages. Please contact the hotel directly for the exact fee.

## Exchange Rate
For non-US hotels, rates confirmed in USD may be converted to local currency by the hotel at your time of stay, based on the exchange rate used by the hotel and are subject to exchange rate fluctuations. Credit card charges are subject to additional currency conversions by banks or credit card companies, which are not within the hotel's control and may impact the amount charged to your credit card. Please contact the hotel if you have any questions.

## Rate/Reservation Validity
Please note that electronic reservation confirmations are provided to you solely for your convenience and that we retain official records of our reservation transactions, including details of dates of stay and room rates. In the event of discrepancies, alterations, modifications, or variations between this confirmation and our official records, our official records shall control. Tampering with this confirmation to alter the room rate, or any other reservation information is strictly prohibited and may have legal consequences.

## Early Departure
Many Starwood hotels have an early departure fee. When you check-in, you will be asked to confirm your departure date. You may be able to change your departure date without a penalty if your rate plan permits and if you do so before the end of your arrival day. After reconfirming your departure date, if you decide to leave earlier, you may be charged the early departure fee. Please contact the hotel if you have any questions.

Starwood Hotels & Resorts Worldwide, Inc. One StarPoint, Stamford, CT 06902 USA

This is a post only e-mail. Please do not reply to this message.
Unsubscribe from further marketing email communications related to this stay.



4

01/27/16                16:22
          SALES DRAFT

     Pied Piper Bar & Gri
       2 New Montgomery St
     San Francisco, CA 94105
          415-512-1111

MERCH T:   00061986
CASHIER:  Edwin
TERMINAL: 281

          Visa

NAME:     BLOCK/TIMOTHY
NUMBER:   XXXXXXXXXXXX5013
EXPIRE:   XX/XX
AUTH:     820137
AMOUNT:   30.45

CHECK:    2819662
TABLE:

TOTAL:    30.45

GRATUITY:     _____

TOTAL:     $36-45$

I agree to pay above total
amount according to my card
issuer agreement.

X_____
 SIGNATURE

     Customer Copy
   John Juice

Union Bank® Business Edition® Plus Visa®                                    Account Number

## Account Summary

| | |
|---|---|
| Previous Balance | ........... |
| Payments | ........... |
| Other Credits | ........... |
| Purchases | ........... |
| Balance Transfers | ........... |
| Cash Advances | ........... |
| Fees Charged | ........... |
| Interest Charged | ........... |
| **New Balance** | ........... |

Statement Closing Date ....... 02/18/16
Days in Billing Cycle ..................... 29

| | |
|---|---|
| Total Credit Limit | ........... |
| Available Credit | ........... |
| Cash Limit | ........... |
| Available Cash | ........... |

## Payment Information

| | |
|---|---|
| New Balance | ........... |
| Minimum Payment Due | ........... |
| Past Due Amount | ........... |
| Payment Due Date | March 15, 2016 |

**Manage your business expenses with convenient online access.**

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

**Login today to explore all the online possibilities!**

TO   M 3/1/16  #5219

## Customer Service

Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-800-819-4249**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)

**Visit: www.firstbankcard.com/unionbank**

Remit to: First Bankcard, P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

| | |
|---|---|
| Total points earned this month | ........... |
| Bonus points earned this month | ........... |
| Total points redeemed this month | ........... |
| Accumulated point total | ........... |
| Points expiring next month | ........... |

**Remember...**
keep using your card to
increase your rewards total –
the more you charge, the
more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | | Credits (CR) and Debits |
|---|---|---|---|---|---|
| 1-26 | 1-27 | 24492156025740187867300 | SQ *BOBA GUYS (UNIO SAN FRANCISCO CA | Joint Juice | $6.00 |
| 1-26 | 1-27 | 24692166025009960271676 | SQ *SKD TAXI SERVICES GOS San Francisco CA | | $55.00 |
| 1-27 | 1-28 | 24765186027980001292527 | CAFE 450 SAN FRANCISCO CA | | $7.33 |
| 1-27 | 1-28 | 24692166027000456432286 | SQ *BLUE BOTTLE COFFEE, F San Francisco CA | | $10.00 |
| 1-26 | 1-28 | 24013396027003588601401 | EINSTEIN BAGELS SD SAN DIEGO CA | | $4.74 |
| 1-27 | 1-28 | 24692166028000500941463 | SQ *ADVANCE ACCESS VIP CH San Mateo CA | | $66.00 |
| 1-27 | 1-28 | 24493986028286399902292 | TROPISUENO SAN FRANCISCO CA | | $34.74 |
| 1-27 | 1-28 | 24493986028400930000041 | BAY READER NEWS WALL SOUTH SAN FRA CA | | $3.28 |
| 1-28 | 1-29 | 24755426028160287089779 | WESTIN ST. FRANCIS SAN FRANCISCO CA | | $439.20 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.      (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

## Tommy O'Reardon

**From:**                  The Westin St. Francis San Francisco on Union Square
                                      <GCCUSTSERVICE@CONFIRM.STARWOODHOTELS.COM>
**Sent:**               Wednesday, January 13, 2016 11:03 AM
**To:**                   Tommy O'Reardon
**Subject:**          Rest easy. Your reservation has been confirmed (611643237).

View in a browser for up-to-date reservation information, or change language

English Français Español Deutsch 中文(简体) 日本語 Italiano Português Русский
العربية اللغة 中國(傳統) 한국어 Polski Türkçe Nederlands Bahasa (I) ภาษาไทย

### The Westin St. Francis San Francisco on Union Square

335 Powell Street
San Francisco, California 94102 United States
Phone: (1)(415) 397-7000 Fax: (1)(415) 774-0124



- CONTACT US >
- GUEST ROOMS >
- FEATURES AND ACTIVITIES >
- DINING OPTIONS >
- LOCAL AREA >
- DRIVING DIRECTIONS >
- AREA MAP >
- MEETING SPACE >

Welcome Back Mr OREARDON,

Your reservation is all set – we're excited to welcome you to The Westin St. Francis San Francisco on Union Square.

As an SPG® guest, we'd like to invite you to enhance your experience by **upgrading your stay to a Deluxe Room for only $15 more per night.** Simply click on the link to the right for more information about SPG exclusive upgrades.

At Westin, we'll do all that we can to help you be at your best. If there is anything you need as we prepare for your arrival, please just ask.

Stay Well,

John Hutar
GENERAL MANAGER

### TIPS FOR A BETTER YOU

Thanks for being an SPG member! Learn more about upgrading your stay.

### STAY CONNECTED



1

Confirmation: 611643237

YOUR STARWOOD PREFERRED GUEST DETAILS

Valet parking is available for $58 + tax per night for regular vehicles and $65 + tax per night for oversized vehicles. The hotel offers covered garage parking with in and out privileges, 24 hours a day. There is no self-parking available at the hotel. *Prices are subject to change.

Member Name: **THOMAS OREARDON**
SPG Number: xxxxxxxx240
Starpoint Balance: 46328

LOGIN TO YOUR ACCOUNT

## YOUR RESERVATION

| Check In | 26-JAN-2016 - 3:00 PM * |
| Check Out | 27-JAN-2016 - 12:00 PM * |
| Number of Rooms | 2 |
| Number of Guests | 2 |

* Indicates standard hotel check-in and check-out times and does not reflect special arrangements made with the hotel.

## YOUR RATE

### Rate Details
Aba Preferred

| | Avg Est Room Total per Night* | Est Total for Your Stay* 2 Rooms, 1 Night |
|---|---|---|
| Room Rate | USD 359.00 | USD 718.00 |

Room rate excludes the following:

| | | |
|---|---|---|
| Ca Tourism Fee: 0.24 % Per Room / Per Night | USD 0.86 | USD 1.72 |
| Sales Tax: 14.00 % Per Room / Per Night | USD 50.26 | USD 100.52 |
| Tid Assessment: 2.25 % Per Room / Per Night | USD 8.08 | USD 16.16 |
| Estimated Total*: | USD 418.20 | USD 836.40 |

* The displayed totals are estimates only and do not include any additional charges that may be incurred at the hotel. The actual total will be calculated by the hotel in its local currency, based on the local taxes and currency exchange rate (if applicable) in effect at the time charging occurs.

## YOUR ACCOMMODATIONS: ROOM 1 OF 2

| Guest Name | THOMAS OREARDON |
| Number of Adults | 1 |
| Number of Children | 0 |

### Room Description
Deluxe Accessible Non-smoking: King Bed

- 400 sq ft/37 sq m
- Visual Fire Alarm
- Tub With Grab Bars
- 1 King Bed
- Newly Renovated
- Smoke-free
- Accessible features

## YOUR ACCOMMODATIONS: ROOM 2 OF 2

| Guest Name | TIMOTHY BLOOD |
| Number of Adults | 1 |
| Number of Children | 0 |

### Room Description
Deluxe Accessible Non-smoking: King Bed

- 400 sq ft/37 sq m
- Visual Fire Alarm
- Tub With Grab Bars
- 1 King Bed
- Newly Renovated
- Smoke-free
- Accessible features

A MESSAGE FROM STARWOOD PREFERRED GUEST

2

Guarantee Rules and Cancellation Policy
Your room is guaranteed with a(n) AMEX /
OPTIMA card.
Cancel by 6:00 PM Hotel time 1 days prior to avoid
1 Night penalty. There may be additional applicable
charges and taxes.
Room taxes are included in penalties.

Debit and Credit cards will be authorized at check-
in for the amount of your stay, plus an amount to
cover incidentals. Please visit "Announcements" on
the hotel website for more information.



SPG® TAKE
TWO: EARN
DOUBLE
STARPOINTS®.
REGISTER BY
APRIL 10, 2016 >



Gather a crowd.
Earn double
rewards for
meetings and
events with
SPG® Pro Double
Double.

Register now >

## YOUR PRIVACY

If you believe this reservation was made in error, please contact us as soon as possible.

Please note: For security purposes, you will be asked to provide a valid government or state-issued
photo ID at check-in.

This email may contain links to websites that collect personally identifiable information about you.
Starwood Hotels & Resorts Worldwide, Inc. is not responsible or liable for the actions of such
independent websites, and encourages you to review the privacy statements and policies of such
websites to understand how they collect, use and store such information.

Click here for Starwood Hotels & Resorts Worldwide, Inc.'s Privacy Statement.

## DISCLOSURE

Starpoint® balance may not reflect your most recent activity and may not include Starpoints earned or
redeemed for the current transaction.

### Modify and Cancel Information
To view, change or cancel your reservation, please visit westin.com. Any modification to a reservation is
subject to the hotel's availability at the time the modification is requested and may change the rate and/or
require payment of cancellation fees. If you require further assistance, please contact Westin Hotels &
Resorts at 800-937-8461 if you are calling from the United States or Canada. Otherwise, click here for
the telephone number of the Worldwide Reservation Office nearest you. Please note that reservations
cannot be changed or canceled via email.

### Guarantee Rules
For reservations guaranteed with a form of payment at time of booking, rooms are held until hotel check-
out time the day following arrival. For reservations not guaranteed with a form of payment at time of
booking, rooms are held until set cancellation time per the rules of the reservation. In the event more

3

guests arrive than can be accommodated due to hotel overbooking or an unforeseen circumstance, and hotel is unable to hold rooms consistent with this room hold policy, hotel will attempt to accommodate guests, at its expense, at a comparable hotel in the area for the oversold night(s), and will pay for transportation to that hotel.

### Package Handling Policy
There is a package handling fee for all incoming and outbound packages. Please contact the hotel directly for the exact fee.

### Exchange Rate
For non-US hotels, rates confirmed in USD may be converted to local currency by the hotel at your time of stay, based on the exchange rate used by the hotel and are subject to exchange rate fluctuations. Credit card charges are subject to additional currency conversions by banks or credit card companies, which are not within the hotel's control and may impact the amount charged to your credit card. Please contact the hotel if you have any questions.

### Rate/Reservation Validity
Please note that electronic reservation confirmations are provided to you solely for your convenience and that we retain official records of our reservation transactions, including details of dates of stay and room rates. In the event of discrepancies, alterations, modifications, or variations between this confirmation and our official records, our official records shall control. Tampering with this confirmation to alter the room rate, or any other reservation information is strictly prohibited and may have legal consequences.

### Early Departure
Many Starwood hotels have an early departure fee. When you check-in, you will be asked to confirm your departure date. You may be able to change your departure date without a penalty if your rate plan permits and if you do so before the end of your arrival day. After reconfirming your departure date, if you decide to leave earlier, you may be charged the early departure fee. Please contact the hotel if you have any questions.

Starwood Hotels & Resorts Worldwide, Inc. One StarPoint, Stamford, CT 06902 USA

This is a post only e-mail. Please do not reply to this message.
Unsubscribe from further marketing email communications related to this stay.



4

# UnionBank·

## Transactions

### Payments and Other Credits

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 08/29 | F361600L5000F0301 | SOUTHWES   526244212753 800-435-   TX  *Joint Juice* | 547.96 |
| 09/01 | 2412258L5WGNP7T32 | REGENT CAFE SS450 SAN FRANCISCO CA   " | 2.72 |
| 09/01 | 2416407L6FENGBQ5J | CIAO S T -1 EA32365454 SAN DIEGO  CA   " | 1.83 |
| 09/01 | 2449215L5LXYZ7A1H | UBER   US SEP01 2V6UB HELP.UBER.COM CA   " | 30.71 |
| 09/01 | 2471705L67LE68PQF | SAN DIEGO COUNTY RAA SAN DIEGO  CA   " | 32.00 |

## Important Messages

With your new credit card, you can shop, travel, and spend with confidence, plus enjoy great benefits and more. Activate your credit card if you haven't already by calling **888-955-4141**; cardholders outside the U.S. and Canada can call **+1-844-852-2716**. Set up convenient credit card access at **mycreditcard.unionbank.com** to make payments, see your transaction history, and view your points and choose rewards, if you have a rewards credit card.

TO  M  10/5/16  ~#5610

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, August 29, 2016 10:53 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (BDCZI5) \| 01SEP16 \| SAN-SFO \| Oreardon/Thomas Joseph Ii |



Thanks for choosing Southwest© for your trip.

Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

# Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 09/01/16 - San Francisco Joint Juice

### Air itinerary

## AIR Confirmation: BDCZI5
Confirmation Date: 08/29/2016

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ███████ | 5262442127532 | Aug 29, 2017 | 5802 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Business Select | Departure/Arrival |
|---|---|---|---|
| Thu Sep 1 | 2543 | | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **06:40 AM** Arrive in **SAN FRANCISCO, CA** (SFO) at **08:15 AM** Travel Time 1 hrs 35 mins Business Select |

| Date | Flight | Business Select | Departure/Arrival |
|---|---|---|---|
| Thu Sep 1 | 1939 | | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **3:55 PM** Arrive in **SAN DIEGO, CA** (SAN) at **5:30 PM** Travel Time 1 hrs 35 mins Business Select |

1

**Bags fly free®:** First and second checked bags. <u>Weight and size limits apply</u>. One small bag and one personal item are permitted as <u>carryon</u> items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 547.96

Fare Rule(s): 5262442127532: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

SAN WN SFO241.75KZBP WN SAN241.75KZBP 483.50 END ZPSANSFO
XFSAN4.5SFO4.5 AY11.20$SAN5.60 SFO5.60

Learn about our boarding process

Learn about inflight WiFi & entertainment

## Cost and Payment Summary

AIR - BDCZI5

| | | |
|---|---|---|
| Base Fare | $ 483.50 | **Payment Information** |
| Excise Taxes | $ 36.26 | Payment Type: Visa XXXXXXXXXXXX6994 |
| Segment Fee | $ 8.00 | Date: Aug 29, 2016 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $547.96 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 547.96** | |

## Useful Tools

Check In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

## Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

## Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2016 Southwest Airlines Co. All Rights Reserved.

3





# $30.71

Thanks for choosing Uber, Tommy

September 1, 2016 | uberX

● 08:20am | 314 Domestic Terminals Departures Level, San Francisco, CA

◉ 09:09am | 401-499 Larkin St, San Francisco, CA



You rode with Abdul

| 14.24 | 00:48:54 | uberX |
|-------|----------|-------|
| Miles | Trip Time | Car |

Rate Your Driver    ★ ★ ★ ★ ★

Ride uberPOOL and save up to 70% off uberX fares on your next ride. Try it today using POOLRECEIPT for $5 off your first uberPOOL!

# Your Fare

| | |
|---|---|
| Trip fare | 30.71 |
| **Subtotal** | **$30.71** |

CHARGED
VISA  Personal •••• 0465

# $30.71

Transportation Network Company: Rasier-CA, LLC.



Get your first Uber ride free (up to $20)

## Share code: wylil

Need help?
Tap Help in your app to contact us with questions about your trip.
Leave something behind? Track it down.

Read about our zero tolerance policy. Email support@uber.com to
report a Zero Tolerance complaint.

**UnionBank·**

Union Bai. 3usiness Rewards Visa® Credit Card

Statement Period: 08/19/16 through 09/19/16

Account Number:

## Transactions

### Payments and Other Credits

*TB pd 10/5/16 #5612*

| Trans Date | Reference Number | Description | | Amount |
|---|---|---|---|---|
| 08/29 | F361600L5000F0301 | SOUTHWES 526244213332 800-435- TX | *Joint Juice* | 497.96 |
| 09/01 | 2449215L5LXZBXLKJ | UBER US SEP01 4H2KD HELP.UBER.COM CA | *Joint Juice* | 44.57 |
| 09/01 | 2449215L5MJF3Z89J | SQ *BLUE BOTTLE COF SAN FRANCISCO CA | *Joint Juice* | 8.80 |
| 09/01 | 2469216L600LQW70E | SOUTHWES 5262443251579800-435-9792 TX | *Joint Juice* | 25.00 |
| 09/01 | 2471705L63J1V3FPG | SAN DIEGO COUNTY RAA SAN DIEGO CA | *Joint Juice* | 32.00 |
| 09/01 | 2476501L65S8FNYLR | SAUCE BAR AND GRILL SAN FRANCISCO CA | *Joint Juice* | 37.55 |
| 09/02 | 2470780LB2AJJP77K | LEGENDS BAR OF SAN FRANCI SAN FRANCISCO CA | *Joint Juice* | 40.31 |
| 09/02 | 2449398L65SM5D97H | ACE PARKING 1151 SAN DIEGO CA | *Joint Juice* | 19.00 |
| 09/03 | 2443106L8BLK925KY | HUDSONNEWS ST1110 SEATAC WA | *Joint Juice* | 40.51 |
| 09/03 | 2449215L7LY0YGWRG | UBER US SEP03 PEXZE HELP.UBER.COM CA | *Joint Juice* | 6.58 |



# Southwest✈

FLIGHT | HOTEL | CAR    SPECIAL OFFERS    RAPID REWARDS®    Q

## Thank you for your purchase!

### Southwest✈

**San Diego, CA - SAN to San Francisco, CA - SFO**

New Purchases in Trip

### Air

Confirmation #B59ZWD

**San Diego, CA - SAN to San Francisco, CA - SFO**
Thursday, September 1, 2016

**Air Total: $497.96**

**Amount Paid**
**$497.96**

**Trip Total**
**$497.96**

---

**SEP 1**
**THU**   **09/01/16 - San Francisco Joint Juice**

### New purchases added to your trip.

**AIR**
**San Diego, CA - SAN to San Francisco, CA - SFO**
09/01/2016

**Confirmation #**
# B59ZWD

| Adult Passenger(s) | Rapid Rewards # |
|---|---|
| TIMOTHY BLOOD | ███████████ |

Subscribe to Flight Status Messaging

| Travel Date | | Flight Segments | | Flight Summary |
|---|---|---|---|---|
| DEPART SEP 1 THU | 06:40 AM | Depart **San Diego, CA (SAN)** on Southwest Airlines | Flight Southwest✈ #2543 | Thursday, September 1, 2016 |
| | 08:15 AM | Arrive in **San Francisco, CA (SFO)** | | Travel Time 1 h 35 m (Nonstop) Wanna Get Away |
| RETURN SEP 1 THU | 03:55 PM | Depart **San Francisco, CA (SFO)** on Southwest Airlines | Flight Southwest✈ #1939 | Thursday, September 1, 2016 |
| | 05:30 PM | Arrive in **San Diego, CA (SAN)** | | Travel Time 1 h 35 m (Nonstop) Wanna Get Away |

**What you need to know to travel:**

**UnionBank**

MꝽ 8/9/17 #6163 TO

Union Ba⌐ 3usiness Rewards Visa® Credit Card

Statement Period: 06/20/17 through 07/20/17

Account Number: ▮▮▮▮▮

### Transactions

| Date | Reference Number | Description | Amount |
|------|-----------------|-------------|--------|
| 06/22 | 24692165F2XG097HL | SOUTHWES   5268536006710800-435-9792 TX | 645.95 |
| 06/22 | 24692165F2XG097H2 | SOUTHWES   5268536003035800-435-9792 TX | 285.97 |
| 06/27 | 24792625KKE99AFLN | AMTRAK .COM 1780641568817 WASHINGTON DC | 224.00 |
| 07/03 | 24692165T2XQBSQ3G | SOUTHWES   5265552545203800-435-9792 TX | 15.00 |
| 07/03 | 24692165T2XQBSQ38 | SOUTHWES   5268539240819800-435-9792 TX | 210.97 |
| 07/03 | 24733095TJ9TM9MPF | JETBLUE   2792178897226 SALT LAKE CTY UT | 640.21 |
| 07/03 | 24733095TJ9TM9MP7 | JETBLUE   2792178893081 SALT LAKE CTY UT   _Joint Juice._ | 393.19 |
| 07/06 | 24792625WKE9HXBSB | AMTRAK .COM 1870726577591 WASHINGTON DC | 52.30 |
| 07/07 | 24492155WLXTY4YM8 | UBER   JUL07 EDKFH HELP.UBER.COM CA | 30.88 |
| 07/08 | 24692165X2XEW2FB4 | UBER TECHNOLOGIES INC   866-576-1039 CA | 36.77 |
| 07/11 | 247926261KE9NMK4A | AMTRAK .COM 1920613548914 WASHINGTON DC | 112.00 |
| 07/12 | 244921561LXYBFZV9 | UBER   JUL12 EGIZK HELP.UBER.COM CA | 13.95 |
| 07/12 | 244921561LXYG9EQP | UBER   JUL12 RXGAX HELP.UBER.COM CA | 20.58 |
| 07/12 | 244921562LXYVQZHB | UBER   JUL12 432ZM HELP.UBER.COM CA | 8.33 |
| 07/13 | 244921562LXZLBRZY | UBER   JUL13 VPETW HELP.UBER.COM CA | 17.86 |
| 07/13 | 244921562LXZ3FVM6 | UBER   TRIP VLSBH HELP.UBER.COM CA | 24.87 |
| 07/14 | 244921563LY0B79F3 | UBER   JUL14 UJL7I HELP.UBER.COM CA   _Joint Juice_ | 4.82 |
| 07/14 | 244921564LY0YE8XE | UBER   JUL14 V7TLT HELP.UBER.COM CA | 9.46 |
| 07/14 | 2469216642XJR1EAP | SOUTHWES   5268543141244800-435-9792 TX | 243.10 |
| 07/15 | 2469216642X8VYJFW | UBER TECHNOLOGIES INC   866-576-1039 CA   _Joint Juice_ | 10.36 |
| 07/16 | 2469216662XSBSLXM | SOUTHWES   5265553942531800-435-9792 TX | 15.00 |
| 07/17 | 247170567TQ3F7P1V | SPIRIT AIRL 4870155100180800-7727117 FL | 286.19 |
| 07/18 | 242042967JNKBH561 | UBER JUL18 JKDB6 HELP.UBE800-5928996 CA | 17.16 |
| 07/18 | 244921568LY4JH26V | UBER   JUL18 RDOKU HELP.UBER.COM CA | 52.08 |
| 07/19 | 244921569LY5GSRM7 | UBER   JUL19 TK2Z2 HELP.UBER.COM CA | 20.76 |
| 07/19 | 244921569LY5QP485 | UBER   JUL19 LP3HS HELP.UBER.COM CA | 25.29 |

## Tommy O'Reardon

**From:** Southwest Airlines <SouthwestAirlines@luv.southwest.com>
**Sent:** Thursday, June 22, 2017 5:59 PM
**To:** Tommy O'Reardon
**Subject:** Flight reservation (NZA75A) | 12JUL17 | SAN-BOS | Oreardon/Thomas Joseph Ii



Thanks for choosing Southwest® for your trip.

⊞Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

### Air itinerary

## AIR Confirmation: NZA75A

Confirmation Date: 06/22/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ▮▮▮ | 5268536006710 | Jun 23, 2018 | 3352 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Jul 12 | 1594 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **02:30 PM** Arrive in DENVER, CO (DEN) at 05:45 PM Wanna Get Away |
| | 1702 | Change planes to Southwest Airlines in DENVER, CO (DEN) at 07:05 PM Arrive in **BOSTON LOGAN, MA** (BOS) at **01:00 AM**, Next Day Travel Time 7 hrs 30 mins Wanna Get Away |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jul 14 | 878 | Depart **BOSTON LOGAN, MA** (BOS) on Southwest Airlines at **05:05 PM** Arrive in CHICAGO (MIDWAY), IL (MDW) at 06:50 PM Wanna Get Away |
| | 1416 | Change planes to Southwest Airlines in CHICAGO (MIDWAY), IL (MDW) at 07:45 PM |

1

Arrive in **SAN DIEGO, CA** (SAN) at **09:55 PM**
Travel Time 7 hrs 50 mins
Wanna Get Away

**Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.

**New Reservation System:** We're transitioning to a next generation reservation system. During this time Customers who book for certain travel dates will receive multiple flight confirmation numbers and confirmation emails. Learn More about our exciting journey.

Air Cost: 645.95

Fare Rule(s): 5268536006710: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

2

SAN WN X/DEN WN BOS226.21WN X/CHI WN SAN332.26USD558.47END
ZP SAN4.10DEN4.10BOS4.10MDW4.10 XF SAN4.5DEN4.5BOS4.5MDW4.5

Learn about our
boarding process

Learn about inflight
WiFi & entertainment

## Cost and Payment Summary

### AIR - NZA75A

| | | |
|---|---|---|
| Base Fare | $ 558.47 | **Payment Information** |
| Excise Taxes | $ 41.88 | Payment Type: Visa XXXXXXXXXXXX0465 |
| September 11th Security Fee | $ 11.20 | Date: Jun 22, 2017 |
| Segment Fee | $ 16.40 | Payment Amount: $645.95 |
| Passenger Facility Charge | $ 18.00 | |
| **Total Air Cost** | **$ 645.95** | |

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

## Legal Policies & Helpful Information

| | | |
|---|---|---|
| Privacy Policy | Customer Service Commitment | Contact Us |
| Notice of Incorporated Terms | FAQs | |

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

3

Southwest Airlines
P.O. Box 36647-1CR
Dallas. TX 75235

Contact Us

Copyright 2017 Southwest Airlines Co. All Rights Reserved.

Southwest Airlines
P.O. Box 36647-1CR
Dallas. TX 75235

Contact Us

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Thursday, June 22, 2017 5:50 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (NZEKNY) | 07JUL17 | SAN-SFO | Oreardon/Thomas Joseph Ii |

Thanks for choosing Southwest® for your trip.



⊞Log in | **View my itinerary**

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

### Air itinerary

## AIR Confirmation: NZEKNY

Confirmation Date: 06/22/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ▮▮▮▮▮ | 5268536003035 | Jun 23, 2018 | 1438 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jul 7 | 1883 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **06:20 AM**<br>Arrive in **SAN FRANCISCO, CA** (SFO) at **07:55 AM**<br>Travel Time 1 hrs 35 mins<br>Wanna Get Away |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jul 7 | 4142 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **05:30 PM**<br>Arrive in **SAN DIEGO, CA** (SAN) at **07:00 PM**<br>Travel Time 1 hrs 30 mins<br>Wanna Get Away |

**Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time.

1

The earlier you check in within 24 hours of your flight, the earlier you get to board.

 **Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.

**New Reservation System:** We're transitioning to a next generation reservation system. During this time Customers who book for certain travel dates will receive multiple flight confirmation numbers and confirmation emails. Learn More about our exciting journey.

---

Air Cost: 285.97

Fare Rule(s): 5268536003035: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN SFO119.80WN SAN119.80USD239.60END ZP SAN4.10SFO4.10 XF SAN4.5SFO4.5

 Learn about our boarding process     Learn about inflight WiFi & entertainment

2

## Cost and Payment Summary

---

☐ AIR - NZEKNY

| | | |
|---|---|---|
| Base Fare | $ 239.60 | **Payment Information** |
| Excise Taxes | $ 17.97 | Payment Type: Visa XXXXXXXXXXXX0465 |
| September 11th Security Fee | $ 11.20 | Date: Jun 22, 2017 |
| Segment Fee | $ 8.20 | Payment Amount: $285.97 |
| Passenger Facility Charge | $ 9.00 | |
| **Total Air Cost** | **$ 285.97** | |

---

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

---

## Legal Policies & Helpful Information

| | | |
|---|---|---|
| Privacy Policy | Customer Service Commitment | Contact Us |
| Notice of Incorporated Terms | FAQs | |

---

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

---

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.
² Security Fee is the government-imposed September 11th Security Fee

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2017 Southwest Airlines Co. All Rights Reserved

3

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Craig Straub |
| **Sent:** | Tuesday, June 27, 2017 4:41 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | FW: Amtrak: eTicket and Receipt for Your 06/29/2017 Trip - OREARDON Party |
| **Attachments:** | Oreardon Thomas 201706271638260506.pdf |

Craig Straub
**Blood Hurst & O'Reardon, LLP**

**BLOOD**
**HURST &**
**O'REARDON | LLP**

701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619.338.1100
Facsimile: 619.338.1101
cstraub@bholaw.com | www.bholaw.com

----------------------------------------------------------------------------------

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** etickets@amtrak.com [mailto:etickets@amtrak.com]
**Sent:** Tuesday, June 27, 2017 1:38 PM
**To:** Craig Straub
**Subject:** Amtrak: eTicket and Receipt for Your 06/29/2017 Trip - OREARDON Party

### SALES RECEIPT

Purchased: 06/27/2017 1:38 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0064160 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

1

# Reservation Number - E478A3SAN DIEGO, CA - LOS ANGELES, CA (Round-Trip)JUNE 27, 2017

## Billing Information

| | |
|---|---|
| TOM OREARDON701 B STREET SUITE 1700SAN DIEGO, CA 92101 | |
| **Visa** ending in 0465 (Purchase)Authorization Code 027730 | **Total $224** |

## Purchase Summary - Ticket Number 1780641568817

**Train 763: SAN DIEGO (DOWNTOWN), CA - LOS ANGELES, CA**Depart 5:55 AM, Thursday, June 29, 2017
2 ADULT RAIL FARES

$74.00

2 BUSINESS CLASS SEATS

$38.00

**Ticket Terms & Conditions**NO TVL 14-16APR17,26-29MAY17,1-4SEP17,21-23NOV17,25-27NOV17,22-24DEC17,25-

Subtotal

$112.00

**Train 790: LOS ANGELES, CA - SAN DIEGO (DOWNTOWN), CA**Depart 7:31 PM, Thursday, June 29, 2017
2 ADULT RAIL FARES

$74.00

2 BUSINESS CLASS SEATS

$38.00

**Ticket Terms & Conditions**NO TVL 14-16APR17,26-29MAY17,1-4SEP17,21-23NOV17,25-27NOV17,22-24DEC17,25-

Subtotal

$112.00

**Total Charged by Amtrak**

$224.00

## Passengers

Thomas Oreardon, Craig Straub

## Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.

2

- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For most *Acela Express* Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 48 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.

- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

3

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, July 3, 2017 11:47 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (V4II28) \| 18JUL17 \| SAN-EWR \| Oreardon/Thomas Joseph Ii |



Thanks for choosing Southwest® for your trip.

Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

### Air itinerary

**AIR Confirmation: V4II28**                    Confirmation Date: 07/3/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | | 5268539212250 | Jun 23, 2018 | 1049 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jul 18 | 3817 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **12:00 PM** Arrive in **NEW YORK/NEWARK, NJ** (EWR) at **08:25 PM** Travel Time 5 hrs 25 mins <u>Wanna Get Away</u> |

**EarlyBird Check-In®:** has been added to your itinerary. Don't worry, we'll handle check-in for you. Simply print your boarding pass or download your mobile boarding pass with your pre-assigned boarding position anytime within 24 hours of departure.

**Bags fly free®:** First and second checked bags. <u>Weight and size limits apply.</u> One small bag and one personal item are permitted as <u>carryon</u> items, free of charge.

1

 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

 **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.



---

**Air Cost: 216.98**

Fare Rule(s): 5268539212250: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN NYC174.68USD174.68END ZP SAN4.10 XF SAN4.5

 Learn about our boarding process▢     Learn about inflight WiFi & entertainment▢

## Cost and Payment Summary

---

☐ AIR - V4II28

| | | Payment Information |
|---|---|---|
| Base Fare | $ 174.68 | |
| Excise Taxes | $ 13.10 | Tkls funds applied from Residual Travel Funds |
| September 11th Security Fee | $ 5.60 | $201.98 |
| Segment Fee | $ 4.10 | |
| Passenger Facility Charge | $ 4.50 | Payment Type: Visa XXXXXXXXXXXX0465 |
| EarlyBird | $ 15.00 | Date: Jul 3, 2017 |
| **Total Air Cost** | **$ 216.98** | Payment Amount: $15.00 |

2

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date
² Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2017 Southwest Airlines Co. All Rights Reserved.

3

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, July 3, 2017 1:04 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (V7Y6D3) | 28JUL17 | SAN-SFO | Oreardon/Thomas Joseph Ii |

Thanks for choosing Southwest® for your trip.

**Southwest**     👤 Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

✈ **Air itinerary**

## AIR Confirmation: V7Y6D3

Confirmation Date: 07/3/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ▮ | 5268539240819 | Jun 23, 2018 | 1377 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jul 28 | 1883 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **06:20 AM** <br> Arrive in **SAN FRANCISCO, CA** (SFO) at **07:55 AM** <br> Travel Time 1 hrs 35 mins <br> Wanna Get Away |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jul 28 | 4150 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **07:15 PM** <br> Arrive in **SAN DIEGO, CA** (SAN) at **08:50 PM** <br> Travel Time 1 hrs 35 mins <br> Wanna Get Away |


**EarlyBird Check-In®**

Let us take care of check-in for you.

Get it now


**Earn up to 10,000** Rapid Rewards® points per night.

Select your room >

✓ **Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be

1

assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.



**Add a rental car**

✔ Earn Rapid Rewards® points
✔ Guaranteed low rates
✔ Free cancellation

**Book a car >**

**Travel more for less.**

Exclusive deals for your favorite destinations.

**Sign up and save >**

**Southwest⋗**
Rapid Rewards®

✔ Unlimited reward seats
✔ No blackout dates
✔ Redeem for International flights and more

**Enroll now >**

**Air Cost: 274.96**

Fare Rule(s): 5268539240819: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN SFO93.75WN SAN135.61USD229.36END ZP SAN4.10SFO4.10 XF SAN4.5SFO4.5


Learn about our boarding process↗


Learn about inflight WiFi & entertainment↗

## Cost and Payment Summary

 AIR - **V7Y6D3**

Base Fare                    $ 229.36    **Payment Information**

2

| | | |
|---|---|---|
| Excise Taxes | $ 17.20 | Tkls funds applied from Residual Travel Funds |
| September 11th Security Fee | $ 11.20 | $63.99 |
| Segment Fee | $ 8.20 | |
| Passenger Facility Charge | $ 9.00 | Payment Type: Visa XXXXXXXXXXXX0465 |
| **Total Air Cost** | **$ 274.96** | Date: Jul 3, 2017 |
| | | Payment Amount: $210.97 |

## Useful Tools

Check In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

## Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

## Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-ICR
Dallas, TX 75235

Contact Us

Copyright 2017 Southwest Airlines Co. All Rights Reserved

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | JetBlue Reservations <jetblueairways@email.jetblue.com> |
| **Sent:** | Monday, July 3, 2017 11:55 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Your itinerary for your upcoming trip |

# jetBlue

Your upcoming trip to SAN DIEGO, CA on Fri, Jul 21

| Flight status | Change/cancel | Manage flights | Travel info | Baggage info |

# STRETCHING OUT IS SO IN.

Get ready to enjoy early boarding, early access to overhead bins and all that extra legroom!

LEARN MORE



EVEN MORE SPACE

## Your confirmation code is XQNPPQ

This is not your boarding pass.

### ✈ YOUR ITINERARY

| DATE | DEPARTS/ ARRIVES | ROUTE | FLIGHT/ OPERATED BY | TRAVELERS | FREQUENT FLIER¹ | SEATS² | TERMINAL |
|---|---|---|---|---|---|---|---|
| Fri, Jul 21 | 04:59 PM 08:14 PM | **BOSTON, MA (BOS)** to **SAN DIEGO, CA (SAN)** | 19 jetBlue | Thomas Oreardon Ii | N/A | 3D | C |

**Trip 1:**

You've purchased a **Blue fare**. This fare option does not include checked bags. You may pay for bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk or with an airport crewmember. Some restrictions apply. Please click here for additional information.

For a detailed receipt, select a customer                                    Ticket number(s)

1

Thomas Oreardon Ii                                                2792178897226

Please click here for details regarding change and cancel policies.

¹ To provide a frequent flier number, please call 1-800-JETBLUE (538-2583).

² Seat requests on other airlines are not guaranteed until confirmed by the operating carrier.

| | | | | **$ YOUR PAYMENT** | | |
| --- | --- | --- | --- | --- | --- |
| FORM OF PAYMENT | FARE TYPE | FARE | EXTRAS | TAXES & FEES | TOTAL |
| Credit Card: Visa XXXXXXXXXXX0465 | REF IF CHG/CXL BY FLT DPT/REFUNDABLE | USD493.96 | USD95.00 | USD51.25 | **USD640.21** |

Even More Space (BOS-SAN) (x1) : USD95.00



## Don't get carried away.

You're allowed to bring aboard 1 approved carry-on + 1 item that fits under the seat in front of you, like a purse, daypack, laptop bag or pet carrier. Click here for dimensions and details about our carry-on and checked bag policy.



**Zero in on a $0 annual fee*.**
Enjoy no annual fee*, and earn 5,000 bonus TrueBlue points after you spend $1,000 on purchases in the first 90 days with the JetBlue Card. Learn more

    BlueTales Blog     **Same smart app. More smartphones.**
Download the JetBlue mobile app for iPhone and Android now!

Help   Corporate Travel   Privacy   About JetBlue

*See Terms & Conditions for details.

CUSTOMER CONCERNS
Any customer inquiries or concerns can be addressed here. emailed to dearjetblue@jetblue.com. or sent to JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

NOTICE OF INCORPORATED TERMS

All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which you must file a claim or bring an action against JetBlue; (iii) Rights of JetBlue to change the terms of the Contract of Carriage; (iv) Rules on reservations, check-in, and refusal to carry; (v) JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting; (iv) Non-refundability of reservations. International travel may also be subject to JetBlue's International Passenger Rules Tariffs on file with the U.S. Department of Transportation and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. The full text of the Contract of Carriage is available for inspection at www.jetblue.com and all airport customer service counters. Tariffs may also be inspected at all airport customer service counters. You have the right to receive a copy of the Contract of Carriage and tariffs by mail upon request.

NOTICE OF INCREASED GOVERNMENT TAX OR FEE

JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.

CARRY-ON BAGGAGE RULES

In general, customers are restricted to: one (1) carry-on item that must be placed in the overhead bin and must not exceed external dimensions of 22in x 14in x 9in; and one (1) small personal item, such as a purse, briefcase, laptop computer case, small backpack, or a small camera, which must fit completely under the seat in front of the customer. Please visit www.jetblue.com for additional information and exceptions. On any given flight, JetBlue reserves the right to further restrict the number of carry-on items as circumstances may require.

CHECKED BAGGAGE ALLOWANCE/FEES

For Blue fares, the first checked bag fee is $25 and the second checked bag is $35. For Blue Plus fares, one checked bag is included and the second checked bag fee is $35. For Blue Flex fares, two checked bags are included. For TrueBlue Mosaic members; two checked bags are included. For Mint fares: two checked bags are included. For all fares, the third and any additional bags are $100 each. All bags are subject to size/weight restrictions. Other fees apply for oversized or overweight baggage. See www.jetblue.com/bags. Excess baggage rules and size/weight restrictions may vary depending on load availability and country restrictions. See www.jetblue.com/bags for more information. Travel on our partner airlines (excluding Cape Air*) – Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. Excess baggage rules and size/weight restrictions may vary depending on load availability. See www.jetblue.com/bags for more information. Travel on our partner airlines (excluding Cape Air*) – Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. Excess baggage rules and size/weight restrictions may vary depending on load availability. See http://www.jetblue.com/partners for more information.

*For itineraries with a connection only to/from Cape Air, JetBlue's standard fees apply.

CHECK-IN TIMES

For domestic travel, customers traveling with checked baggage must obtain a boarding pass and check their baggage no less than forty (40) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time. Customers traveling without checked baggage must obtain a boarding pass no less than thirty (30) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to scheduled or posted departure time. For international travel, all customers must obtain a boarding pass and check their baggage no less than sixty (60) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time.

DOCUMENTATION REQUIREMENTS

For domestic travel, customers over the age of 18 must present government-issued photo identification that includes a tamper resistant feature, name, date of birth, gender, and expiration date. Documents required for international travel vary according to country of travel, citizenship, residency, age, length of stay, purpose of visit, etc., and customers should contact the embassy or consulate in their destination country for all documentation requirements, including proof of return or onward travel. It is your responsibility to ensure you have the required documentation for travel. JetBlue reserves the right to deny boarding to anyone without proper documentation and is not responsible for any failure by you to have the required documentation for entry into a foreign country or return into the United States.

ADVICE TO DOMESTIC CUSTOMERS ON CARRIER LIABILITY

For travel entirely within the U.S., JetBlue's liability for loss, damage or delay in delivery of baggage is limited to $3,500 per ticketed passenger unless a higher value is declared in advance and additional charges are paid. JetBlue assumes no responsibility for fragile, unsuitably packaged, irreplaceable, essential, or perishable items. Please refer to JetBlue's Contract of Carriage for additional information.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY

Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF OVERBOOKING OF FLIGHTS

While JetBlue does not intentionally overbook its flights, there is still a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers, JetBlue will deny

3

boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with JetBlue's check-in deadlines, persons denied boarding involuntarily are entitled to compensation. Please refer to JetBlue's Contract of Carriage for the complete rules for the payment of compensation and JetBlue's boarding priorities. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

©2017 JetBlue Airways

boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with JetBlue's check-in deadlines, persons denied boarding involuntarily are entitled to compensation. Please refer to JetBlue's Contract of Carriage for the complete rules for the payment of compensation and JetBlue's boarding priorities. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

4

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | JetBlue Reservations <jetblueairways@email.jetblue.com> |
| **Sent:** | Monday, July 3, 2017 10:59 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Your itinerary for your upcoming trip |



**jetBlue**

Your upcoming trip to BOSTON, MA on Thu, Jul 13

| Flight status | Change/cancel | Manage flights | Travel info | Baggage info |
|---|---|---|---|---|

# STRETCHING OUT IS SO IN.

Get ready to enjoy early boarding, early access to overhead bins and all that extra legroom!

LEARN MORE

**EVEN MORE SPACE**

## Your confirmation code is TWRRXM

This is not your boarding pass.

### ✈ YOUR ITINERARY

| DATE | DEPARTS/ ARRIVES | ROUTE | FLIGHT/ OPERATED BY | TRAVELERS | FREQUENT FLIER[1] | SEATS[2] | TERMINAL |
|---|---|---|---|---|---|---|---|
| Thu, Jul 13 | 07:00 AM 03:30 PM | **LOS ANGELES, CA (LAX)** to **BOSTON, MA (BOS)** | 288 jetBlue | Thomas Oreardon Ii | N/A | 18C | 5 |

**Trip 1:**

You've purchased a **Blue fare**. This fare option does not include checked bags. You may pay for bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk or with an airport crewmember. Some restrictions apply. Please click here for additional information.

For a detailed receipt, select a customer

Ticket number(s)

1

Thomas Oreardon Ii                                                              2792178893081

Please click here for details regarding change and cancel policies.

[1] To provide a frequent flier number, please call 1-800-JETBLUE (538-2583).

[2] Seat requests on other airlines are not guaranteed until confirmed by the operating carrier.

| | | **$ YOUR PAYMENT** | | | |
|---|---|---|---|---|---|
| FORM OF PAYMENT | FARE TYPE | FARE | EXTRAS | TAXES & FEES | TOTAL |
| Credit Card: Visa XXXXXXXXXXX0465 | NONREF - FEE FOR CHG/CXL | USD260.46 | USD99.00 | USD33.73 | **USD393.19** |

Even More Space (LAX-BOS) (x1) : USD99.00



## Don't get carried away.

You're allowed to bring aboard 1 approved carry-on + 1 item that fits under the seat in front of you, like a purse, daypack, laptop bag or pet carrier. Click here for dimensions and details about our carry-on and checked bag policy.



### Fly in good taste.
The coast-to-coast Mint experience includes a fully lie-flat seat, enhanced food service, expedited security and so much more!





### Zero in on a $0 annual fee*.
Enjoy no annual fee*, and earn 5,000 bonus TrueBlue points after you spend $1,000 on purchases in the first 90 days with the JetBlue Card. Learn more

       BlueTales Blog     **Same smart app. More smartphones.** Download the JetBlue mobile app for iPhone and Android now!

Help    Corporate Travel    Privacy    About JetBlue

'See Terms & Conditions for details.

CUSTOMER CONCERNS

Any customer inquiries or concerns can be addressed here, emailed to dearjetblue@jetblue.com, or sent to JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

NOTICE OF INCORPORATED TERMS

All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which you must file a claim or bring an action against JetBlue; (iii) Rights of JetBlue to change the terms of the Contract of Carriage; (iv) Rules on reservations, check-in, and refusal to carry; (v) JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting; (iv) Non-refundability of reservations. International travel may also be subject to JetBlue's International Passenger Rules Tariffs on file with the U.S. Department of Transportation and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. The full text of the Contract of Carriage is available for inspection at www.jetblue.com and all airport customer service counters. Tariffs may also be inspected at all airport customer service counters. You have the right to receive a copy of the Contract of Carriage and tariffs by mail upon request.

NOTICE OF INCREASED GOVERNMENT TAX OR FEE

JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.

CARRY-ON BAGGAGE RULES

In general, customers are restricted to: one (1) carry-on item that must be placed in the overhead bin and must not exceed external dimensions of 22in x 14in x 9in, and one (1) small personal item, such as a purse, briefcase, laptop computer case, small backpack, or a small camera, which must fit completely under the seat in front of the customer. Please visit www.jetblue.com for additional information and exceptions. On any given flight, JetBlue reserves the right to further restrict the number of carry-on items as circumstances may require.

CHECKED BAGGAGE ALLOWANCE/FEES

For Blue fares, the first checked bag fee is $25 and the second checked bag is $35. For Blue Plus fares, one checked bag is included and the second checked bag fee is $35. For Blue Flex fares, two checked bags are included. For TrueBlue Mosaic members: two checked bags are included. For Mint fares: two checked bags are included. For all fares, the third and any additional bags are $100 each. All bags are subject to size/weight restrictions. Other fees apply for oversized or overweight baggage. See www.jetblue.com/bags. Excess baggage rules and size/weight restrictions may vary depending on load availability and country restrictions. See www.jetblue.com/bags for more information. Travel on our partner airlines (excluding Cape Air') – Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. Excess baggage rules and size/weight restrictions may vary depending on load availability. See www.jetblue.com/bags for more information. Travel on our partner airlines (excluding Cape Air') – Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. Excess baggage rules and size/weight restrictions may vary depending on load availability. See http://www.jetblue.com/partners for more information.

*For itineraries with a connection only to/from Cape Air, JetBlue's standard fees apply

CHECK-IN TIMES

For domestic travel, customers traveling with checked baggage must obtain a boarding pass and check their baggage no less than forty (40) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time. Customers traveling without checked baggage must obtain a boarding pass no less than thirty (30) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to scheduled or posted departure time. For international travel, all customers must obtain a boarding pass and check their baggage no less than sixty (60) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time.

DOCUMENTATION REQUIREMENTS

For domestic travel, customers over the age of 18 must present government-issued photo identification that includes a tamper resistant feature, name, date of birth, gender, and expiration date. Documents required for international travel vary according to country of travel, citizenship, residency, age, length of stay, purpose of visit, etc., and customers should contact the embassy or consulate in their destination country for all documentation requirements, including proof of return or onward travel. It is your responsibility to ensure you have the required documentation for travel. JetBlue reserves the right to deny boarding to anyone without proper documentation and is not responsible for any failure by you to have the required documentation for entry into a foreign country or return into the United States.

ADVICE TO DOMESTIC CUSTOMERS ON CARRIER LIABILITY

For travel entirely within the U.S., JetBlue's liability for loss, damage or delay in delivery of baggage is limited to $3,500 per ticketed passenger unless a higher value is declared in advance and additional charges are paid. JetBlue assumes no responsibility for fragile, unsuitably packaged, irreplaceable, essential, or perishable items. Please refer to JetBlue's Contract of Carriage for additional information.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY

Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage.

3

The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF OVERBOOKING OF FLIGHTS

While JetBlue does not intentionally overbook its flights, there is still a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers, JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with JetBlue's check-in deadlines, persons denied boarding involuntarily are entitled to compensation. Please refer to JetBlue's Contract of Carriage for the complete rules for the payment of compensation and JetBlue's boarding priorities. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

©2017 JetBlue Airways

## Tommy O'Reardon

| | |
|---|---|
| **From:** | etickets@amtrak.com |
| **Sent:** | Thursday, July 6, 2017 11:47 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Amtrak: eTicket and Receipt for Your 07/12/2017 Trip - THOMAS OREARDON |
| **Attachments:** | Oreardon Thomas 201707061447170172.pdf |

**SALES RECEIPT**

Purchased: 07/06/2017 11:47 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0072660 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - EC84B9OLD TOWN SN DIE,
## CA - LOS ANGELES, CA (One-Way)JULY 6, 2017
Billing Information

TOM OREARDON701 B STREET, SUITE 1700SAN DIEGO, CA 92101

**Visa** ending in 0465 (Purchase)Authorization Code 006694

**Total $52**

Purchase Summary - Ticket Number 1870726577591

**Train 763: SAN DIEGO (OLD TOWN), CA - LOS ANGELES, CA**Depart 6:02 AM, Wednesday, July 12, 2017
1 ADULT - AAA RAIL FARE

**$33.30**

1 BUSINESS CLASS SEAT

**$19.00**

**Ticket Terms & Conditions**NO TVL 14-16APR17,26-29MAY17,1-4SEP17,21-23NOV17,25-27NOV17,22-24DEC17,25-3-DAY ADV RES & AAA MEMBR I.D. RQRD ONBRD

**Subtotal**

**$52.30**

1

|  | **Total Charged by Amtrak** |
|---|---:|
|  | **$52.30** |

## Passengers

Thomas Oreardon

## Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, call us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For most *Acela Express* Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 48 hours prior to the train's departure in order to be eligible for a full refund.  If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited.  See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

2

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | etickets@amtrak.com |
| **Sent:** | Tuesday, July 11, 2017 11:05 AM |
| **To:** | Craig Straub; Tommy O'Reardon |
| **Subject:** | Amtrak: eTicket and Receipt for Your 07/12/2017 Trip - CRAIG STRAUB |
| **Attachments:** | Straub Craig 201707111405060236.pdf |

### SALES RECEIPT

Purchased: 07/11/2017 11:05 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0061360 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - F13C30OLD TOWN SN DIE, CA - LOS ANGELES, CA (Round-Trip)JULY 11, 2017
## Billing Information

TOM OREARDON701 B STREET, SUITE 1700SAN DIEGO, CA 92101

**Visa** ending in 0465 (Purchase)Authorization Code 011352

**Total $112**

## Purchase Summary - Ticket Number 1920613548914

**Train 763: SAN DIEGO (OLD TOWN), CA - LOS ANGELES, CA**Depart 6:02 AM, Wednesday, July 12, 2017
1 ADULT RAIL FARE

**$37.00**

1 BUSINESS CLASS SEAT

**$19.00**

**Ticket Terms & Conditions**NO TVL 14-16APR17,26-29MAY17,1-4SEP17,21-23NOV17,25-27NOV17,22-24DEC17,25-

**Subtotal**

**$56.00**

1

**Train 790: LOS ANGELES, CA - SAN DIEGO (OLD TOWN), CA**Depart 7:31 PM, Wednesday, July 12, 2017

1 ADULT RAIL FARE

$37.00

1 BUSINESS CLASS SEAT

$19.00

**Ticket Terms & Conditions**NO TVL 14-16APR17,26-29MAY17,1-4SEP17,21-23NOV17,25-27NOV17,22-24DEC17,25-

| | |
|---|---|
| **Subtotal** | |
| | **$56.00** |
| **Total Charged by Amtrak** | |
| | **$112.00** |

## Passengers

Craig Straub

## Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For most *Acela Express* Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 48 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

Uber      Ride    Drive    More                                    Help    Tommy

← Back to trips

# Your Trip

8:44 AM, Friday July 7 2017 with Isireli



## Rate trip

☆ ☆ ☆ ☆ ☆                                                              ›

## Trip details

🚘 uberX

🔖 $30.88

💳 Visa ····0465

📄 View Receipt    ➤ Resend Receipt    ☁ Get Invoice

## Route

| Harvey Milk Terminal 1, San Francisco International Airport (SFO), San Francisco, CA 94128, US | 8:44 AM |
|---|---|
| 500 California St, San Francisco, CA 94104, US | 9:22 AM |

 Get Help                                                          ›

Uber    Ride    Drive    More                    Help    Tommy

← Back to trips

# Your Trip

4:20 PM, Friday July 7 2017 with Bobie



## Rate trip

★★★★★

## Trip details

🚗 uberX

🏷 $36.77

▬ Visa ····0465

📑 View Receipt      ➤ Resend Receipt      ⬆ Get Invoice

## Route

| 505 Montgomery St Ste 2000, San Francisco, CA 94111, US | 4:20 PM |
|---|---|
| Harvey Milk Terminal 1, San Francisco International Airport (SFO), San Francisco, CA 94128, US | 4:59 PM |

🎧  Get Help                                    ›

Uber        Ride    Drive    More                                    Help    Tommy

← Back to trips

## Your Trip

5:28 AM, Wednesday July 12 2017 with Luay



## Rate trip

★ ★ ★ ★ ★

## Trip details

🚗 uberX

🔻 $13.95

▬ Visa ····0465

📄 View Receipt        ➤ Resend Receipt        ☁ Get Invoice

## Route

| 656 Margarita Ave, Coronado, CA 92118, US | 5:28 AM |
| 408 Wallace St, San Diego, CA 92110, US | 5:40 AM |

🎧    Get Help                                              ›

Uber        Ride    Drive    More                                    Help    Tommy

← Back to trips

# Your Trip

9:02 AM, Wednesday July 12 2017 with Chase



## Rate trip

☆ ☆ ☆ ☆ ☆                                                              >

## Trip details

🚗 uberX

🏷 $20.58

💳 Visa ····0465

 View Receipt      ➤ Resend Receipt      💲 Get Invoice

## Route

| 800 N Alameda St, Los Angeles, CA 90012, US | 9:02 AM |
| 2029 Century Park E, Los Angeles, CA 90067-1912, US | 9:55 AM |

🎧 Get Help                                                              >

**Uber**          Ride    Drive    More                                    Help    Tommy

← Back to trips

## Your Trip

6:42 PM, Wednesday July 12 2017 with Vahe



## Rate trip

☆ ☆ ☆ ☆ ☆                                                                    ›

## Trip details

🚗 uberX

🏷 $8.33

▬ Visa ····0465

🗒 View Receipt      ➤ Resend Receipt      ⬆ Get Invoice

## Route

2029 Century Park E, Los Angeles, CA 90067-1912, US          6:42 PM

9401 Wilshire Blvd, Beverly Hills, CA 90212-2901, US          6:54 PM

 Get Help                                                   ›

Uber     Ride    Drive    More        Help    Tommy

← Back to trips

## Your Trip

**1:29 PM, Thursday July 13 2017 with Dauton**



## Rate trip

★★★★★

## Trip details

🚗 uberX

🏷 $17.86

💳 Visa ····0465

📄 View Receipt     ➤ Resend Receipt     ⬆ Get Invoice

## Route

| | |
|---|---|
| Terminal Rd & Terminal E, Boston, Massachusetts 02128, US | 1:29 PM |
| 215 Charles St, Boston, MA 02114, US | 1:40 PM |

🎧 Get Help            ›

Uber    Ride    Drive    More    Help    Tommy

← Back to trips

## Your Trip

10:16 PM, Wednesday July 12 2017 with Markham



## Rate trip

☆ ☆ ☆ ☆ ☆    ›

## Trip details

🚗 uberX

🔖 $24.87

💳 Visa ····0465

🔖 View Receipt    ➤ Resend Receipt    ☁ Get Invoice

## Route

| | |
|---|---|
| 176 N Canon Dr, Beverly Hills, CA 90210, US | 10:16 PM |
| 5400 W Century Blvd, Los Angeles, CA 90045, US | 10:48 PM |

 Get Help    ›

← **Back to trips**

## Your Trip

5:51 AM, Friday July 14 2017 with Don



## Rate trip

★ ★ ★ ★ ★

## Trip details

🚗 uberX

🔻 $4.82

▭ Visa ····0465

🗐 View Receipt       ➤ Resend Receipt       ⬆ Get Invoice

## Route

| | |
|---|---|
| 215 Charles St, Boston, MA 02114, US | 5:51 AM |
| 2 Seaport Ln, Boston, MA 02210, US | 6:06 AM |

   Get Help                                      ›

Uber        Ride    Drive    More                                      Help      Tommy

← Back to trips

## Your Trip

2:43 PM, Friday July 14 2017 with Chris



### Rate trip

☆ ☆ ☆ ☆ ☆                                                                     ›

---

### Trip details

🚗 uberX

🏷 $18.93

💳 Visa ····0465

📄 View Receipt      ➤ Resend Receipt      ⬆ Get Invoice

---

### Route

| 1 Seaport Ln, Boston, MA 02210, US | 2:43 PM |
| 18 Airport Rd, Boston, MA 02128, US | 3:03 PM |

 Get Help                                                   ›

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Friday, July 14, 2017 1:50 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | UPDATED flight reservation (NZA75A) \| 14JUL17 \| BOS-SAN \| Oreardon/Thomas Joseph Ii |

Thanks for choosing Southwest® for your trip.

⊡Log in | **View my itinerary**

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

### Air itinerary

## AIR Confirmation: NZA75A

Confirmation Date: 07/14/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | 1069517864 | 5268543141244 | Jun 23, 2018 | 6752 |

| Date | Flight | Business Select | Departure/Arrival |
|---|---|---|---|
| Fri Jul 14 | 772 | | Depart **BOSTON LOGAN, MA** (BOS) on Southwest Airlines at **07:00 PM**<br>Stops: *DENVER CO (DEN)*<br>Arrive in **SAN DIEGO, CA** (SAN) at **11:50 PM**<br>Travel Time 7 hrs 50 mins<br><u>Business Select</u> |

**Bags fly free®:** First and second checked bags. <u>Weight and size limits apply</u>. One small bag and one personal item are permitted as <u>carryon</u> items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your

1

reserved space and you will not be eligible for denied boarding compensation.

 **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Customers calling Southwest to request a refund or to research travel funds for a specific ticket must provide their confirmation number, ticket number or flight information (date, origin and destination).



Air Cost: 623.08

Fare Rule(s): 5268543141244: NONTRANSFERABLE -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

BOS WN SAN562.59USD562.59END ZP DEN4.10 PD XF BOS4.5 ZP BOS4.10

 Learn about our boarding process

 Learn about inflight WiFi & entertainment

## Cost and Payment Summary

**AIR - NZA75A**

| | | |
|---|---|---|
| Base Fare | $ 562.59 | **Payment Information** |
| Excise Taxes | $ 42.19 | Payment Type: Visa XXXXXXXXXXXXX0465 |
| Segment Fee | $ 8.20 | Date: Jul 14, 2017 |
| September 11th Security Fee | $ 5.60 | Payment Amount: $243.10 |
| Passenger Facility Charge | $ 4.50 | |
| **Total Air Cost** | **$ 623.08** | |

**Exchange Detail**
Jun 22, 2017 From ticket # 5268539197119 to ticket # 5268543141244

## Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

## Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

## Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2017 Southwest Airlines Co. All Rights Reserved.

3

Uber    Ride    Drive    More                    Help    Tommy

← Back to trips

## Your Trip

12:43 AM, Saturday July 15 2017 with Bart



### Rate trip

★ ★ ★ ★ ★

---

### Trip details

🚗 uberX

🔖 $10.36

▬ Visa ····0465

🗎 View Receipt        ➤ Resend Receipt        ⬆ Get Invoice

---

### Route

| | |
|---|---|
| Terminal 1, San Diego International Airport (SAN), San Diego, CA 92101, US | 12:43 AM |
| 622 Glorietta Blvd, Coronado, CA 92118, US | 12:57 AM |

🎧 Get Help                                    ›

Uber       Ride    Drive    More                              Help    Tommy

← Back to trips

## Your Trip

10:36 AM, Tuesday July 18 2017 with Carrie



### Rate trip

☆ ☆ ☆ ☆ ☆                                                          ›

### Trip details

🚗 uberX

🔖 $17.16

💳 Visa ····0465

🧾 View Receipt    ➤ Resend Receipt    ⊕ Get Invoice

### Route

| | |
|---|---|
| 622 Glorietta Blvd, Coronado, CA 92118, US | 10:36 AM |
| Terminal 1, San Diego International Airport (SAN), San Diego, CA 92101, US | 10:50 AM |

 Get Help                                        ›

Uber        Ride    Drive    More                                    Help    Tommy

← Back to trips

## Your Trip

5:56 PM, Tuesday July 18 2017 with Onkar



## Rate trip

★ ★ ★ ★ ★

## Trip details

🚗 uberX

🏷 $52.08

▬ Visa ····0465

📄 View Receipt        ➤ Resend Receipt        ⬆ Get Invoice

## Route

| Terminal A, Newark Liberty International Airport (EWR), Newark, NJ 07114, US | 5:56 PM |
|---|---|
| 270 W 43rd St, New York City, NY 10036, US | 6:30 PM |

🎧 Get Help                                                              ›

Uber                Ride    Drive    More                          Help    Tommy

← Back to trips

## Your Trip

5:10 PM, Wednesday July 19 2017 with Ronald



## Rate trip

★ ★ ★ ★ ★

## Trip details

🚗 uberX

🔻 $20.76

▬ Visa ····0465

🔖 View Receipt        ➤ Resend Receipt        ☁ Get Invoice

## Route

| | |
|---|---|
| 300 W 43rd St, New York, NY 10036-3981, US | 5:10 PM |
| 71 Clinton St, New York, NY 10002-2426, US | 5:32 PM |

🎧 Get Help                                              ›

Uber          Ride    Drive    More                                    Help    Tommy

← Back to trips

## Your Trip

7:19 PM, Wednesday July 19 2017 with Abdul



### Rate trip

★ ★ ★ ★ ★

---

### Trip details

🚗 uberX

🏷 $25.29

💳 Visa ····0465

🧾 View Receipt      ➤ Resend Receipt      ☂ Get Invoice

---

### Route

| | |
|---|---|
| 95 Essex St, New York, NY 10002, US | 7:19 PM |
| 270 W 43rd St, New York City, NY 10036, US | 7:50 PM |

---

🎧 Get Help                                                    ›

|  | A | B | C |
|---|---|---|---|
| 1 | JJ | Travel / Food | |
| 11 | 6/29/2017 | Subway | $ 17.71 |
| 12 | 6/29/2017 | Amtrak | $ 9.00 |
| 13 | 6/29/2017 | Amntrak | $ 11.00 |
| 14 | 7/7/2017 | Blue Bottle | $ 5.94 |
| 15 | 7/7/2017 | Subway | $ 5.96 |
| 16 | 7/7/2017 | SD Regional Airport Auth | $ 32.00 |
| 17 | 7/8/2017 | Ciao SD Airport | $ 2.79 |
| 20 | 7/12/2017 | Piknic Century City | $ 25.11 |
| 21 | 7/12/2017 | Citizen Restaurant | $ 108.68 |
| 22 | 7/13/2017 | Scampo | $ 53.94 |
| 23 | 7/13/2017 | Starbucks | $ 12.62 |
| 24 | 7/13/2017 | LAX Airport LA Times | $ 6.17 |
| 25 | 7/13/2017 | Westin LA Airport | $ 243.81 |
| 26 | 7/14/2017 | Boston Kitchen Pizza | $ 4.97 |
| 27 | 7/14/2017 | Starbucks | $ 18.38 |
| 28 | 7/14/2017 | CMS Denver | $ 1.35 |
| 29 | 7/14/2017 | Newslink Boston | $ 3.29 |
| 30 | 7/14/2017 | Cosi | $ 16.02 |
| 31 | 7/15/2017 | Swire Denver | $ 1.75 |
| 32 | 7/18/2017 | Bankers Hill SD Airport | $ 3.86 |
| 33 | 7/18/2017 | Counter SD Airport | $ 16.57 |
| 34 | 7/18/2017 | Counter SD Airport | $ 2.69 |
| 35 | 7/18/2017 | Duane Reade | $ 7.10 |
| 36 | 7/18/2017 | Ippudo Westside | $ 38.66 |
| 37 | 7/18/2017 | Dunkin Donuts | $ 3.30 |



M 8/9/17

✓# 6193



**Starwood Preferred Guest® Credit Card**

THOMAS J O'REARDON II
Closing Date 07/19/17

Account Ending

p. 3

(i) **Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

## You Spoke. We Listened.

**Over 1 million more places** in the U.S. started accepting American Express® Cards in 2016.

**Visit shopsmallnow.com**

## Payments and Credits

### Summary

### Detail    *Indicates posting date

Continued on reverse

**Starwood Preferred Guest® edit Card**
AMERICAN EXPRESS

THOMAS J O'REARDON II
Closing Date 07/19/17

SP

p. 7,

Account Ending ▮▮▮

| Detail Continued |
| --- |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 06/29/17 | SUBWAY    478453 25500478453 | | LOS ANGELES | CA | $17.71 |
| | 213-6878757 | | | | |
| | Description | Price | | | |
| | Fresh Food | $17.71 | | | |
| 06/29/17 | AMTRAK POS F&B 0005 | | WASHINGTON | DC | $9.00 |
| | 800-872-7245 | | | | |
| | Description | | | | |
| | OTHER TRANSPORTATIO | | | | |
| 06/29/17 | AMTRAK POS F&B 0005 | | WASHINGTON | DC | $11.00 |
| | 800-872-7245 | | | | |
| | Description | | | | |
| | OTHER TRANSPORTATIO | | | | |

Continued on reverse

THOMAS J O'REARDON

| Detail Continued | | | | |
|---|---|---|---|---|
| | | | | **Amount** |

| | | | | |
|---|---|---|---|---|
| 07/07/17 | BLUE BOTTLE COFFEE<br>squareup.com/receipts | San Francisco | CA | $5.94 |
| 07/07/17 | SUBWAY<br>415-3911123 | SAN FRANCISCO | CA | $5.96 |

Description      Price
Fresh Food      $5.96

| | | | | |
|---|---|---|---|---|
| 07/07/17 | SAN DIEGO COUNTY RAA SAN DIEGO COUNT<br>619-400-2689 | SAN DIEGO | CA | $32.00 |
| 07/08/17 | CIAO S T - 1 EA365470 53132365470<br>619-2315100 | SAN DIEGO | CA | $2.79 |

FOOD                    $2.79

**AMERICAN EXPRESS**

Starwood Preferred Guest® Credit Card

THOMAS J O'REARDON II
Closing Date 07/19/17

Spg

p. 9/

Account Ending ███

## Detail Continued

| Date | Description | Location | | Amount |
|---|---|---|---|---|
| 07/12/17 | PIKNIC CENTURY CITY 0050<br>310-277-2700<br>Description<br>FOOD/BEVERAGE | LOS ANGELES | CA | $25.11 |
| 07/12/17 | CITIZEN RESTAURANT 089010018670312<br>3104244600 | BEVERLY HILLS | CA | $108.68 |
| 07/13/17 | SCAMPO<br>617-536-2100 | BOSTON | MA | $53.94 |
| 07/13/17 | STARBUCKS C6 B321529 53110321529<br>617-6346097<br>FOOD                    $12.62 | EAST BOSTON | MA | $12.62 |
| 07/13/17 | LAX AIRP LA TIMES LAX AIRP LA TIM<br>866-820-1178 | LOS ANGELES | CA | $6.17 |
| 07/14/17 | WESTIN LOS ANGELES ARPRT WESTIN LOS AN<br>Arrival Date        Departure Date<br>07/14/17                07/14/17<br>00000000<br>LODGING | LOS ANGELES | CA | $243.81 |
| 07/14/17 | BOSTON KITCHEN PIZZA 0000<br>617-482-0058<br>Description<br>FOOD/BEVERAGE | BOSTON | MA | $4.97 |
| 07/14/17 | STARBUCKS TERM A DELTA A/S BOS<br>617-6346097<br>FOOD                    $18.38 | EAST BOSTON | MA | $18.38 |
| 07/14/17 | CMSVEND*CV DENVER 000015209<br>7815015809<br>Description        Price<br>FAST FOOD REST.    $1.35 | DENVER | CO | $1.35 |
| 07/14/17 | NEWSLINK 2 BOS 0000<br>305-594-5754<br>Description<br>NEWS DEALERS/NEWSST | E BOSTON | MA | $3.29 |
| 07/14/17 | COSI, INC. 214<br>FAST FOOD RESTAURANT | BOSTON | MA | $16.02 |

Continued on reverse

THOMAS J O'REARDON                    Account Ending                    p. 40/16

| Detail Continued | | | | | Amount |
|---|---|---|---|---|---|
| 07/15/17 | SWIRE COCA COLA DENVER 00-08026972219 FAST FOOD RESTAURANT | | DENVER | CO | $1.75 |

| Date | Description | | City | State | Amount |
|---|---|---|---|---|---|
| 07/18/17 | BANKERS HILL FAST FOOD RESTAURANT FOOD/BEVERAGE | $3.86 | SAN DIEGO | CA | $3.86 |
| 07/18/17 | THE COUNTER FAST FOOD RESTAURANT FOOD/BEVERAGE TIP | $15.57 $1.00 | SAN DIEGO | CA | $16.57 |
| 07/18/17 | THE COUNTER FAST FOOD RESTAURANT FOOD/BEVERAGE | $2.69 | SAN DIEGO | CA | $2.69 |
| 07/18/17 | DUANE READE #14223 000014223 NONE 10036 PHARMACIES | | NEW YORK | NY | $7.10 |
| 07/18/17 | IPPUDO WESTSIDE 542929806784989 2122280960 TIP | $6.00 | NEW YORK | NY | $38.66 |
| 07/18/17 | DUNKIN #348782 Q35 3487 973-623-0189 Description FAST FOOD RESTAURAN | | PARAMUS | NJ | $3.30 |

Continued on next page

The Liberty, A Luxury Collection Hotel
215 Charles Street
Boston, MA  02114
United States
Tel: 617-224-4000 Fax: 617-224-4001

THE LIBERTY
HOTEL
BOSTON

THE
LUXURY
COLLECTION

Thomas Oreardon
271 D Ave
Coronado, CA, 92118-1318

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 624240 |
| Folio ID | : | A |
| Arrive Date | : | 19-JUN-17    06:07 |
| Depart Date | : | 20-JUN-17    12:24 |
| No. Of Guest | : | 1 |
| Room Number | : | 801 |
| Club Account | : | SPG - G0240 |

Invoice Nbr    :    256001

Tax Invoice

Tax ID :

The Liberty Hotel  JUN-20-2017  12:30  TOM

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 19-JUN-17 | DEPOSIT | Deposit-AX-2006 | | -359.51 |
| 19-JUN-17 | 1 | Business Center Usage | 6.90 | |
| 19-JUN-17 | 00046633 | CLINK. Lounge | 10.00 | |
| 19-JUN-17 | 00046653 | CLINK. Lounge | 12.00 | |
| 19-JUN-17 | RT801 | Room Charge | 314.12 | |
| 19-JUN-17 | RT801 | State Tax | 17.90 | |
| 19-JUN-17 | RT801 | City Tax | 18.85 | |
| 19-JUN-17 | RT801 | Convention Center Tax | 8.64 | |
| 19-JUN-17 | RT801 | Facility Fee | 20.00 | |
| 19-JUN-17 | RT801 | State Tax | 1.14 | |
| 19-JUN-17 | RT801 | City Tax | 1.20 | |
| 19-JUN-17 | RT801 | Convention Center Tax | 0.55 | |
| 20-JUN-17 | AX | American Express-2006 | | -51.79 |

***For Authorization Purpose Only***
xxxxxx2006

| Date | Code | Authorized |
|---|---|---|
| 19-JUN-17 | 161201 | 200 |

Continued on the next page

The Liberty, A Luxury Collection Hotel
215 Charles Street
Boston, MA  02114
United States
Tel: 617-224-4000 Fax: 617-224-4001

THE LIBERTY
HOTEL
BOSTON

THE
LUXURY
COLLECTION

| Thomas Oreardon | Page Number | : | 2 | | Invoice Nbr | : | 256001 |
|---|---|---|---|---|---|---|---|
| 271 D Ave | Guest Number | : | 624240 | | | | |
| Coronado, CA, 92118-1318 | Folio ID | : | A | | | | |
| | Arrive Date | : | 19-JUN-17 | 06:07 | | | |
| | Depart Date | : | 20-JUN-17 | 12:24 | | | |
| | No. Of Guest | : | 1 | | | | |
| | Room Number | : | 801 | | | | |
| | Club Account | : | SPG - G0240 | | | | |

| | | | |
|---|---|---|---|
| ** Total | | 411.30 | -411.30 |
| *** Balance | | -0.00 | |

As a Starwood Preferred Guest you have earned at least 1032 Starpoints for this visit G0240

Tell us about your stay: www.luxurycollection.com/reviews. For billing inquiries http://libertyhotel.com/contact-us then click Accounting Billing
Inquiries

Signature_____

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | The Westin Los Angeles Airport <GCCUSTSERVICE@CONFIRM.STARWOODHOTELS.COM> |
| **Sent:** | Monday, July 3, 2017 11:06 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Rest easy. Your reservation has been confirmed (32155827). |

View in a browser for up-to-date reservation information, or change language

English  Français  Español  Deutsch  中文(简体)  日本語  Italiano  Português  Русский
اللغة العربية  中國(繁詅)  한국어  Polski  Türkçe  Nederlands  Bahasa (I)  ภาษาไทย

## THE WESTIN LOS ANGELES AIRPORT

5400 West Century Boulevard
Los Angeles, California 90045 United States
Phone: (1)(310) 216-5858 Fax: (1)(310) 417-4545



- Contact Us >
- Guest Rooms >
- Features and Activities >
- Dining Options >
- Local Area >
- Driving Directions >
- Area Map >
- Meeting Space >

Greetings Mr. OREARDON,

Your reservation is all set – we're excited to welcome you to The Westin Los Angeles Airport.

At Westin, we're committed to your well-being. If there's anything you need as we prepare for your arrival, don't hesitate to ask.

Stay Well,

**Philip Baxter**
GENERAL MANAGER

Confirmation: 032155827

We have a complimentary shuttle service to/from Los Angeles International Airport. Our blue shuttle will have digital signage indicating service for The Westin LAX. For pick up – proceed to the island

**STAY CONNECTED**

  

**Your Starwood Preferred Guest Details**

Member Name: **THOMAS OREARDON**
SPG Number: xxxxxxxx240
Starpoint Balance: **91153**

**LOGIN TO YOUR ACCOUNT**

1

designated "hotel courtesy shuttle" outside of
baggage claim.

## Your Reservation

Check In      12-JUL-2017 - 3:00 PM *

Check Out    13-JUL-2017 - 12:00 PM *

Number of  1
Rooms

Number of  1
Guests

* Indicates standard hotel check-in and check-out
times and does not reflect special arrangements
made with the hotel.

**Please do not reply to this e-mail.** It is a post-
only email and responses will not be monitored. If
you need to modify or cancel your reservation,
please refer to the disclosure section below for
additional instructions.

## Your Accommodations: Room 1 of 1

Guest Name              THOMAS OREARDON

Number of Adults    1

Number of Children   0

### Room Description
### Traditional Non-smoking: King Bed

- 300 sq ft/28 sq m
- Heavenly Bed And Bath
- 37 Inch Flat Panel Hdtv
- Starbucks Coffee In Room
- Wi-fi Internet For A Fee
- Smoke-free

## A Message From Westin Hotels & Resorts



Like a private
cycling studio in
the comfort of
your room,
discover our
WestinWORKOUT
guest room
featuring the
world-class
Peloton bike.

Learn More >

## Your Rate

### Rate Details
American Bar Assoc
Includes Complimentary Internet

|  | Avg Est Room Total per Night* | Est Total for Your Stay* 1 Room, 1 Night |
|---|---|---|
| Room Rate | USD 210.60 | USD 210.60 |

Room rate excludes the following:

|  |  |  |
|---|---|---|
| La Tour Fee: 1.50 % Per Room / Per Night | USD 3.16 | USD 3.16 |
| Ca Access Fee: 0.27 % Per Room / Per Night | USD 0.57 | USD 0.57 |
| Room Tax: 14.00 % Per Room / Per Night | USD 29.48 | USD 29.48 |
| **Estimated Total*:** | **USD 243.81** | **USD 243.81** |

* The displayed totals are estimates only and do not
include any additional charges that may be
incurred at the hotel. The actual total will be
calculated by the hotel in its local currency, based
on the local taxes and currency exchange rate (if
applicable) in effect at the time charging occurs.

**Guarantee Rules and Cancellation Policy**
If you cancel before 06:00 PM Hotel time on Tuesday, 11 July 2017 there will be no forfeit amount.
If you cancel after 06:00 PM Hotel time on Tuesday, 11 July 2017 the forfeiture amount will be USD 210.60.
There may be additional applicable charges and taxes.

Debit and Credit cards will be authorized at check-in for the amount of your stay, plus an amount to cover incidentals. Please visit "Announcements" on the hotel website for more information.

## Your Privacy

If you believe this reservation was made in error, please contact us as soon as possible.

Please note: For security purposes, you will be asked to provide a valid government or state-issued photo ID at check-in.

This email may contain links to websites that collect personally identifiable information about you. Marriott International, Inc. is not responsible or liable for the actions of such independent websites, and encourages you to review the privacy statements and policies of such websites to understand how they collect, use and store such information.

Click here for our Privacy Statement.

## Disclosure

Starpoint® balance may not reflect your most recent activity and may not include Starpoints earned or redeemed for the current transaction.

**Modify and Cancel Information**
To view, change or cancel your reservation, please visit westin.com. Any modification to a reservation is subject to the hotel's availability at the time the modification is requested and may change the rate and/or require payment of cancellation fees. If you require further assistance, please contact Westin Hotels & Resorts at 800-937-8461 if you are calling from the United States or Canada. Otherwise, click here for the telephone number of the Worldwide Reservation Office nearest you. Please note that reservations cannot be changed or canceled via email.

**Guarantee Rules**
For reservations guaranteed with a form of payment at time of booking, rooms are held until hotel check-out time the day following arrival. For reservations not guaranteed with a form of payment at time of booking, rooms are held until set cancellation time per the rules of the reservation. In the event more guests arrive than can be accommodated due to hotel overbooking or an unforeseen circumstance, and hotel is unable to hold rooms consistent with this room hold policy, hotel will attempt to accommodate guests, at its expense, at a comparable hotel in the area for the oversold night(s), and will pay for transportation to that hotel.

**Package Handling Policy**
There is a package handling fee for all incoming and outbound packages. Please contact the hotel directly for the exact fee.

3

**Smoking Policy**
All guest rooms and public spaces are 100% non-smoking. A $200 cleaning fee will be charged to any guest who violates the smoking policy.

**Exchange Rate**
For non-US hotels, rates confirmed in USD may be converted to local currency by the hotel at your time of stay, based on the exchange rate used by the hotel and are subject to exchange rate fluctuations. Credit card charges are subject to additional currency conversions by banks or credit card companies, which are not within the hotel's control and may impact the amount charged to your credit card. Please contact the hotel if you have any questions.

**Rate/Reservation Validity**
Please note that electronic reservation confirmations are provided to you solely for your convenience and that we retain official records of our reservation transactions, including details of dates of stay and room rates. In the event of discrepancies, alterations, modifications, or variations between this confirmation and our official records, our official records shall control. Tampering with this confirmation to alter the room rate, or any other reservation information is strictly prohibited and may have legal consequences.

**Early Departure**
Many Starwood hotels have an early departure fee. When you check-in, you will be asked to confirm your departure date. You may be able to change your departure date without a penalty if your rate plan permits and if you do so before the end of your arrival day. After reconfirming your departure date, if you decide to leave earlier, you may be charged the early departure fee. Please contact the hotel if you have any questions.

**EMV/Chip & PIN Credit Card Policy**
Please be aware this hotel is EMV/Chip & PIN ready and your credit card's PIN may be necessary for you to check-in to the hotel. If you are not aware of the PIN for your chip credit card, or you are unsure if your card requires a PIN, please contact the financial institution that issued your credit card for clarity and to secure your PIN.

Marriott International, Inc., One StarPoint, Stamford, CT 06902 USA

This is a post only e-mail. Please do not reply to this message.
Unsubscribe from further marketing email communications related to this stay.



4



Union Bank Business Rewards Visa® Credit Card

Statement Period: 06/20/17 through 07/20/17

Account Number:

## Transactions

### Payments and Other Credits

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|

| 07/06 | 24692165W2X94ESXJ | SOUTHWES  5268540060711800-435-9792 TX *Joint Juice* | 731.95 |

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 07/13 | 2434285630GTAMHMT | Panificio Bistro Boston MA  *Joint Juice* | |
| 07/13 | 24055236361NHFESP | FRESH CITY EAST BOSTON MA  *Joint Juice* | 19.60 |
| 07/13 | 244921562LXZ2PFVS | UBER  US JUL12 WMVBQ HELP.UBER.COM CA  *Joint Juice* | 10.04 |
| 07/13 | 244921563LXZX5ZTW | UBER  US JUL13 TASIL HELP.UBER.COM CA  *Joint Juice* | 16.80 |
| 07/13 | 244921563LXZX9BAQ | UBER  TIP WMVBQ HELP.UBER.COM CA  *Joint Juice* | 16.23 |
| 07/14 | 247170563JMVN2DSE | SAN DIEGO COUNTY RAA SAN DIEGO CA  *Joint Juice* | 1.00 |
| 07/14 | 247554263504M7SH6 | THE LIBERTY HOTEL BOSTON MA  *Joint Juice* | 88.00 |
| | | | 634.30 |

| 07/15 | 24692165542X4HW9N7 | UBER TECHNOLOGIES INC  866-576-1039 CA  *Joint Juice* | |
| 07/15 | 2475542647KZ5TSWJ | THE LIBERTY HOTEL  617-2244000 MA  *Joint Juice* | 11.22 |
| | | | 443.76 |

### Fees

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| | | Total Fees This Period | $0.00 |

### Interest Charged

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 07/20 | | Interest Charge on Purchases | 0.00 |
| 07/20 | | Interest Charge on Cash Advances | 0.00 |
| | | Total Interest This Period | $0.00 |

Español 🌐

# Southwest ❤

FLIGHT | HOTEL | CAR    SPECIAL OFFERS    RAPID REWARDS®    🔍

# Thank you for your purchase!

## Southwest ❤

**San Diego, CA - SAN to Boston Logan, MA - BOS**

| Air |
|---|
| Confirmation #MPBCVF |
| **San Diego, CA - SAN to Boston Logan, MA - BOS** <br> Wednesday, July 12, 2017 - Friday, July 14, 2017 |
| Air Total: **$731.95** |

**Amount Paid**
**$731.95**

**Trip Total**
**$731.95**

**JUL 12**
**WED**   **07/12/17 - Boston**

**AIR**

**San Diego, CA - SAN to Boston Logan, MA - BOS**
07/12/2017 - 07/14/2017

**Confirmation #**
**MPBCVF**

| **Adult Passenger(s)** | **Rapid Rewards #** |
|---|---|
| TIMOTHY BLOOD | 40027805 |

Subscribe to Flight Status Messaging

| Travel Date | Flight Segments | | | Flight Summary |
|---|---|---|---|---|
| DEPART JUL 12 WED | 09:20 AM | Depart **San Diego, CA (SAN)** on Southwest Airlines | Flight #2192 Southwest❤ | |
| | 02:55 PM | Arrive in St. Louis, MO (STL) | 🛜 WiFi available | **Wednesday, July 12, 2017** |
| | 04:25 PM | Change ✈ to Southwest Airlines in St. Louis, MO (STL) | Flight #4014 Southwest❤ | Travel Time 7 h 45 m (1 stop, includes 1 plane change) Wanna Get Away |
| | 08:05 PM | Arrive in **Boston Logan, MA (BOS)** | 🛜 WiFi available | |

| Travel Date | Flight Segments | | | Flight Summary |
|---|---|---|---|---|
| RETURN JUL 14 FRI | 05:05 PM | Depart **Boston Logan, MA (BOS)** on Southwest Airlines | Flight #878  Southwest | |
| | 06:50 PM | Arrive in Chicago (Midway), IL (MDW) | WiFi available | **Friday, July 14, 2017** |
| | 07:45 PM | Change to Southwest Airlines in Chicago (Midway), IL (MDW) | Flight #1416  Southwest | Travel Time 7 h 50 m (1 stop, includes 1 plane change) Wanna Get Away |
| | 09:55 PM | Arrive in **San Diego, CA (SAN)** | WiFi available | |

**What you need to know to travel:**

**Check-in**: Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied boarding compensation.

**No Show Policy**: If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure of your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds for the originally ticketed Passenger only. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Applying Travel Funds**: In the event your travel plans change and you need to apply travel funds to future trips, please make note of your confirmation number. Customers calling Southwest to request a refund or to research travel funds for a specific ticket must provide their confirmation number, ticket number or flight information (date, origin and destination).

**Prohibition of Multiple/Conflicting Reservations**: To promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively cancelled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Booking with Rapid Reward Points:**

When booking with Rapid Rewards points, your point balance may not immediately update in your account.

**PRICE: ADULT**

| Trip | Routing | Fare Type \| View Fare Rules | Fare Details | Quantity |
|---|---|---|---|---|
| **Depart** | SAN-STL-BOS | **Wanna Get Away** Excellent Value | • No Change Fees (applicable fare difference applies) • Reusable Funds (nontransferable - no name changes allowed) • Nonrefundable unless purchased with Points | 1 |
| **Return** | BOS-MDW-SAN | **Wanna Get Away** Excellent Value | • No Change Fees (applicable fare difference applies) • Reusable Funds (nontransferable - no name changes allowed) • Nonrefundable unless purchased with Points | 1 |

|  | | |
|---|---|---|
| | **Subtotal** | **$731.95** Fare Breakdown |

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

| | |
|---|---|
| Bag Charge | $0.00 |

**Air Total:**
**$731.95**

Gov't taxes & fees now included

| Purchaser Name | Timothy Blood | **Billing Address** | 701 B Street Suite 1700 San Diego, CA US 92101 |
|---|---|---|---|

Case 3:16-cv-06980-RS Document 328-13 Filed 04/04/23 Page 221 of 225

| Form of Payment | Amount Applied |
|---|---|
| Visa - XXXXXXXXXXXX-8013 | $731.95 |

**Amount Paid**
**$731.95**

**Trip Total**
**$731.95**

☑ Indicates external site which may or may not meet accessibility guidelines.

© 2017 Southwest Airlines Co. All Rights Reserved. Use of the Southwest websites and our Company Information constitutes acceptance of our Terms and Conditions. Privacy Policy

F-0131
Server: CASHIER C                    Rec: 72
07/13/17 13:05, Swiped    T:   0 Term:   1

PANIFICIO
(617)227-4340
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX8013
Name: TIMOTHY BLOOD
00 TRANSACTION APPROVED
AUTHORIZATION #: 013366
Reference: 0713010010131
TRANS TYPE: Credit Card SALE

CHECK:                  16.60

TIP:              _____.__

TOTAL:            _____.__


X_____

PHONE: (      )      -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
SIGN & TOTAL 1 COPY/2ND IS YOUR RECEIPT

## Receipt

3665 North Harbor Drive
Suite 200
San Diego, CA 92101

## Sale

Receipt Number:          39922
183
Arrived:        12 Jul 2017 08:22
AM
Requested:      14 Jul 2017 01:21
AM
Paid:           14 Jul 2017 01:25
AM
Ticket Number:              86
618
Payment Method:         Visa 8
013
Approval Code:         1608027
214
Valet Fee:                $80
.00
Tip:                       $8
.00
Total:                    $88
.00


We appreciate your business.
Thank you for parking with us.

*Jim's Juice*
*7/12/17*

## Christina Sayers

**Subject:** FW: Your Luxury Collection Reservation Confirmation #982158033

*1,073.54*

**From:** The Liberty, a Luxury Collection Hotel, Boston [mailto:GCCUSTSERVICE@CONFIRM.STARWOODHOTELS.COM]
**Sent:** Wednesday, July 05, 2017 4:05 PM
**To:** Tommy O'Reardon <TOReardon@bholaw.com>
**Subject:** Your Luxury Collection Reservation Confirmation #982158033

View in a browser for up-to-date reservation information, or change language
English  Français  Español  Deutsch  中文(简体)  日本語  Italiano  Português  Русский
العربية اللغة  中國(傳統)  한국어  Polski  Türkçe  Nederlands  Bahasa (I)  ภาษาไทย

**THE**
**LUXURY**
*COLLECTION*

### THE LIBERTY, A LUXURY COLLECTION HOTEL, BOSTON

215 Charles Street
Boston, Massachusetts 02114 United States
Phone: (1)(617) 224-4000 Fax: (1)(617) 224-4001



- Contact Us >
- Accommodations >
- Features & Activities >
- Dining Cuisine >
- Locale >
- Driving Directions >
- Meetings & Weddings >

Dear Mr. OREARDON,

It is my pleasure to confirm your reservation.

We look forward to providing you with the exceptional experience our guests have become accustomed to at all of our hotels and resorts across the globe.

**Exclusive offer:** Upgrade to premium accommodations featuring unrivaled views of Beacon Hill and the Charles River starting at an additional $40 per night. **LEARN MORE**

HOTELS THAT DEFINE THE DESTINATION™

**Recommendations For Your Stay**



**Upgrade your stay with breathtaking city views starting at $40 per night**
Reserve Now

1

Yours sincerely,

The Luxury Collection Concierge. *Might I suggest?*

The Liberty, a Luxury Collection Hotel, Boston

### Confirmation: 982158033

**Stay Connected**

   

**Your Starwood Preferred Guest Details**

Member Name: **THOMAS OREARDON**
SPG Number: **xxxxxxxx240**
Starpoint Balance: **91153**

**LOGIN TO YOUR ACCOUNT**

**Your Schedule:**

| Check In | 12-JUL-2017 - 3:00 PM * |
|---|---|
| Check Out | 14-JUL-2017 - 12:00 PM * |
| Number of Rooms | 1 |
| Number of Guests | 1 |

* Indicates standard hotel check-in and check-out times and does not reflect special arrangements made with the hotel.

**Please do not reply to this e-mail**. It is a post-only email and responses will not be monitored. If you need to modify or cancel your reservation, please refer to the disclosure section below for additional instructions.

**Your Accommodations: Room 1 of 1**

| Guest Name | THOMAS OREARDON |
|---|---|
| Number of Adults | 1 |
| Number of Children | 0 |

**Room Description**
**Deluxe Courtyard Room Nonsmk: King Bed**

- 400 sq ft/37 sq m
- Separate Shower/bath
- Courtyard View
- 55 Inch Led Tv
- Stocked Refreshment Center
- Smoke-free

**Remarks**
**Timothy Blood will be the one checking in. Thanks..**

Special requests cannot be guaranteed until check-in, but we will do our best to accommodate you.

**Your Rate**

**Rate Details**
Aba Preferred
Facility Fee Waived.

|  | Avg Est Room Total per Night* | Est Total for Your Stay* 1 Room, 2 Nights |
|---|---|---|