# EXHIBIT 12
# PART 2

| Room Rate | USD 469.00 | USD 938.00 |
|---|---|---|

**Room rate excludes the following:**

| Local Tax: 6.00 % Per Room / Per Night | USD 28.14 | USD 56.28 |
|---|---|---|
| State Tax: 5.70 % Per Room / Per Night | USD 26.73 | USD 53.47 |
| City Tax: 2.75 % Per Room / Per Night | USD 12.90 | USD 25.80 |

| **Estimated Total*:** | **USD 536.77** | **USD 1,073.54** |
|---|---|---|

\* The displayed totals are estimates only and do not include any additional charges that may be incurred at the hotel. The actual total will be calculated by the hotel in its local currency, based on the local taxes and currency exchange rate (if applicable) in effect at the time charging occurs.

**Guarantee Rules and Cancellation Policy**
Your room is guaranteed with a(n) AMEX / OPTIMA card.
Cancel by 11:00 PM Hotel time 3 day(s) prior to arrival to avoid a 1 Night penalty. There may be additional applicable charges and taxes.

Debit and Credit cards will be authorized at check-in for the amount of your stay, plus an amount to cover incidentals. Please visit "Announcements" on the hotel website for more information.

**Your Privacy**

If you believe this reservation was made in error, please contact us as soon as possible.

Please note: For security purposes, you will be asked to provide a valid government or state-issued photo ID at check-in.

This email may contain links to websites that collect personally identifiable information about you. Marriott International, Inc. is not responsible or liable for the actions of such independent websites, and encourages you to review the privacy statements and policies of such websites to understand how they collect, use and store such information.

Click here for our Privacy Statement.

**Disclosure**

3

|  | A | B | C |
|---|---|---|---|
| 1 | TJO CC Charges Closing Date 8/18/17 | | |
| 2 | Joint Juice | Copying | |
| 3 | 7/19/2017 | Fedex Office | $ 9.28 |
| 4 | 7/19/2017 | Fedex Office | $ 8.27 |
| 5 | | Travel / Food | |
| 6 | 7/19/2017 | Bouchon Bakery | $ 19.64 |
| 7 | 7/20/2017 | Bouchon Bakery | $ 31.00 |
| 8 | 7/20/2017 | Zairos Bread Basket | $ 16.79 |
| 9 | 7/20/2017 | Zairos Bread Basket | $ 4.25 |
| 10 | 7/20/2017 | Hotel Andaz NYC | $ 55.27 |
| 11 | 7/20/2017 | Amtrak | $ 11.75 |
| 12 | 7/20/2017 | Dunkin Donuts NYC | $ 7.99 |
| 13 | 7/21/2017 | Westin Times Square | $ 893.10 |
| 24 | 7/28/2017 | City by the Bay Shop SF | $ 3.99 |
| 25 | 7/28/2017 | Peets Coffee SF | $ 4.99 |
| 26 | 7/28/2017 | Go Bistro | $ 11.32 |
| 27 | 7/28/2017 | Southwest | $ 5.00 |
| 28 | 7/28/2017 | Focaccia | $ 29.86 |
| 29 | 7/28/2017 | Jack in the Box | $ 6.56 |





Account Ending ▮

## Detail

**THOMAS J O'REARDON II**
Card Ending ▮

| | | | | Amount |
|---|---|---|---|---|
| 07/19/17 | FEDEX OFFICE<br>0000 10036<br>COMPUTER RENTAL<br>BW_LASER_1 | NEW YORK | NY | $9.28 |
| 07/19/17 | FEDEX OFFICE<br>0000 10036<br>_CLR_C_02 | NEW YORK | NY | $8.27 |
| 07/19/17 | BOUCHON BAKERY ROCK CE<br>212-245-6077 | NEW YORK | NY | $19.64 |
| 07/20/17 | BOUCHON BAKERY ROCK CE<br>212-245-6077 | NEW YORK | NY | $31.00 |
| 07/20/17 | ZAROS BREAD BASKET 0086<br>718-993-5600<br>Description<br>FAST FOOD RESTAURAN | NEW YORK | NY | $16.79 |
| 07/20/17 | ZAROS BREAD BASKET 0086<br>718-993-5600<br>Description<br>FAST FOOD RESTAURAN | NEW YORK | NY | $4.25 |
| 07/20/17 | ANDAZ FIFTH AVENUE F&B NYCA<br>888-588-6308<br>Description<br>GOODS AND SERVICES | NEW YORK | NY | $55.27 |
| 07/20/17 | AMTRAK-NORTHEAST CAFE<br>800-872-7245<br>Description<br>FAST FOOD RESTAURAN | WASHINGTON | DC | $11.75 |
| 07/20/17 | HN-DUNKIN ST212 0000<br>800-326-7711<br>Description<br>GROCERIES/SUNDRIES | NEW YORK | NY | $7.99 |
| 07/21/17 | WESTIN NY AT TIMES SQUARE WESTIN NY AT<br>Arrival Date   Departure Date<br>07/21/17   07/21/17<br>00000000<br>LODGING | NEW YORK | NY | $893.10 |

Continued on next page

**AMERICAN EXPRESS**

Starwood Preferred Guest Card

THOMAS J O'REARDON II
Closing Date 08/18/17

Account Ending

## Detail Continued

| | | | | | Amount |
|---|---|---|---|---|---|
| 07/28/17 | CITY BY THE BAY SHOP 22 | | SOUTH SAN FRA | CA | $3.99 |
| | 6CE7EE69-2153-47D94080 | | | | |
| | OTHER | | | | |

Continued on reverse

## Detail Continued

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 07/28/17 | PEET'S COFFEE SFO-#3<br>FAST FOOD RESTAURANT<br>FOOD/BEVERAGE  $4.99 | SAN FRANCISCO | CA | $4.99 |
| 07/28/17 | GO BISTRO 0056<br>650-697-9800<br>Description<br>FOOD/BEVERAGE | BURLINGAME | CA | $11.32 |
| 07/28/17 | SOUTHWEST AIR INFLIGHT<br>SOUTHWESTAIR*INFLIGHT<br>ORD ;REQ REQUESTER NAME<br>IT1 PURCHASE ;UPI 5.0000;QTY1<br>IT2 ;UPI 0.0000;QTY<br>FRT 0.00;HDL 0.00;ITM1 | DALLAS | TX | $5.00 |
| 07/28/17 | FOCACCIA ONLINE 0751<br>415-397-2900<br>Description<br>CATERING | SAN FRANCISCO | CA | $29.86 |
| 07/28/17 | 6251393 - JACK IN THE BOX T1W<br>CATERER | SAN DIEGO | CA | $6.56 |

Continued on next page

The Westin New York At Times Square
270 West 43rd Street
New York, NY  10036
United States
Tel: 212-201-2700

**WESTIN®**

**HOTELS & RESORTS**

Mr. Thomas Oreardon

| | | | | | | |
|---|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 422599 |
| Guest Number | : | 2977874 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 18-JUL-17 | 21:34 | | | |
| Depart Date | : | 20-JUL-17 | 16:00 | | | |
| No. Of Guest | : | 1 | | | | |
| Room Number | : | 2241 | | | | |
| Club Account | : | SPG - G0240 | | | | |

Information Invoice

Tax ID :

Westin Times Square  JUL-20-2017  05:50  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 18-JUL-17 | RT2241 | Room Chrg Corp Volumn LRA | 386.10 | |
| 18-JUL-17 | RT2241 | Room Tax - 8.875% Sales & Use | 34.27 | |
| 18-JUL-17 | RT2241 | City Tax - 5.875% | 22.68 | |
| 18-JUL-17 | RT2241 | Occupancy Tax - $2.00 | 2.00 | |
| 18-JUL-17 | RT2241 | NYS Javits Ctr Tax | 1.50 | |
| 19-JUL-17 | RT2241 | Room Chrg Corp Volumn LRA | 386.10 | |
| 19-JUL-17 | RT2241 | Room Tax - 8.875% Sales & Use | 34.27 | |
| 19-JUL-17 | RT2241 | City Tax - 5.875% | 22.68 | |
| 19-JUL-17 | RT2241 | Occupancy Tax - $2.00 | 2.00 | |
| 19-JUL-17 | RT2241 | NYS Javits Ctr Tax | 1.50 | |
| JUL-20-2017 | AX | American Express | | -893.10 |

Approve EMV Receipt for AX - 2006: Signature Captured
TC:D389CC1056623243  TVR:0000008000  AID:A000000025010801
Application Label:AMERICAN EXPRESS

Continued on the next page

The Westin New York At Times Square
270 West 43rd Street
New York, NY  10036
United States
Tel: 212-201-2700

# WESTIN®

## HOTELS & RESORTS

Mr. Thomas Oreardon

| Page Number | : | 2 | | Invoice Nbr | : | 422599 |
|---|---|---|---|---|---|---|
| Guest Number | : | 2977874 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 18-JUL-17 | 21:34 | | | |
| Depart Date | : | 20-JUL-17 | 16:00 | | | |
| No. Of Guest | : | 1 | | | | |
| Room Number | : | 2241 | | | | |
| Club Account | : | SPG - G0240 | | | | |

|  |  |  |  |
|---|---|---|---|
| ** Total | | 893.10 | -893.10 |
| *** Balance | | 0.00 | |

I agreed to pay all room & incidental charges.

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

REST EASY - Nothing recharges mind and body like sound sleep. Experience superior rest at home with the Westin Heavenly(R) Bed, a revitalizing retreat for the sleep of your dreams. Learn more at westin.com/store

Tell us about your stay. www.westin.com/reviews

The Westin New York At Times Square
270 West 43rd Street
New York, NY  10036
United States
Tel: 212-201-2700

**WESTIN**®

HOTELS & RESORTS

Mr. Thomas Oreardon

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 3 | | Invoice Nbr | : 422599 |
| Guest Number | : | 2977874 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 18-JUL-17 | 21:34 | | |
| Depart Date | : | 20-JUL-17 | 16:00 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 2241 | | | |
| Club Account | : | SPG - G0240 | | | |

Signature_____



Union Bank Business Rewards Visa® Credit Card

Statement Period: 07/21/17 through 08/20/17

Account Number: [REDACTED]

## Transactions

### Payments and Other Credits

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 07/20 | 24492156ALWAYA6TP | UBER   JUL20 XY7M7 HELP.UBER.COM CA   *Jont Juice* | 11.62 |
| 07/20 | 244921569LY5YY1ZN | UBER   JUL20 DSVYF HELP.UBER.COM CA | 8.98 |
| 07/20 | 24792626AKE9Z88L5 | AMTRAK .COM 2010694587327 WASHINGTON  DC | 47.00 |
| 07/22 | 24692166B2XJGYGHF | UBER TECHNOLOGIES INC   866-576-1039 CA | 16.69 |
| 07/27 | 24692166H2XPD14R8 | SOUTHWES   5268547791873800-435-9792 TX | 14.00 |
| 07/28 | 24492156HLRV1AAAY | UBER   JUL28 MM6V2 HELP.UBER.COM CA | 25.10 |
| 07/28 | 24492156HLYDL62YG | UBER   JUL28 L3B3S HELP.UBER.COM CA | 11.79 |
| 07/28 | 24492156JLYEQL4TK | UBER   JUL28 POP2O HELP.UBER.COM CA | 36.17 |
| 07/28 | 24692166H2XH9WP6Z | UBER TECHNOLOGIES INC  866-576-1039 CA | 1.00 |
| 07/29 | 24692166J2XZBNLNV | UBER TECHNOLOGIES INC   866-576-1039 CA | 21.74 |
| 08/16 | 24431057560VP5L24 | BANKERS HILL SAN DIEGO  CA   *Jont Juice* | 10.86 |
| 08/16 | 24431057560YNB82G | THE COUNTER SAN DIEGO  CA | 2.69 |
| 08/16 | 2443106752MHZYY32 | HUDSONNEWS  ST1146 SAN DIEGO  CA | 4.31 |
| 08/16 | 24445007500LPQ8Z4 | GREEN BEANS COFFEE #5301 BALTIMORE  MD | 3.98 |
| 08/16 | 244921575LRGKFFWR | UBER   AUG16 J4SFW HELP.UBER.COM CA | 10.36 |
| 08/16 | 244921575LW7Z5V9E | UBER   AUG16 G2DIJ HELP.UBER.COM CA | 17.87 |
| 08/17 | 2405523762LYK42D7 | NEWSLINK 10 BOS E BOSTON  MA | 15.27 |
| 08/17 | 244921575LSD1SHDD | UBER   AUG17 ONGT7 HELP.UBER.COM CA | 20.58 |
| 08/17 | 244921575LW81QKYO | UBER   AUG16 FDH2F HELP.UBER.COM CA | 5.00 |
| 08/17 | 244921575LY3YFAL6 | UBER   AUG17 BKH5G HELP.UBER.COM CA | 10.36 |
| 08/18 | 2469216762XYKDMPP | MDW JETBOX & DD B CHICAGO  IL | 8.12 |
| 08/18 | 24717057650EZ7FON | SAN DIEGO COUNTY RAA SAN DIEGO  CA | 64.00 |
| 08/18 | 24755427650F5ZH64 | THE LIBERTY HOTEL BOSTON  MA | 468.10 |

### Fees

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| | | Total Fees This Period | $0.00 |

### Interest Charged

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 08/20 | | Interest Charge on Purchases | 0.00 |

Transactions continued on next page →

# Uber

Ride    Drive    More                                    Help    Tommy

← Back to trips

## Your Trip

4:14 PM, Thursday July 20 2017 with Som



## Rate trip

☆ ☆ ☆ ☆ ☆                                                          ⟩

## Trip details

🚗 uberX

🏷 $11.62

💳 Visa ····0465

📑 View Receipt      ➤ Resend Receipt      ⬆ Get Invoice

## Route

| | |
|---|---|
| 1260 Ave of the Americas, New York City, NY 10020, US | 4:14 PM |
| 392 7th Ave, New York, NY 10001, US | 4:30 PM |

 Get Help                                        ⟩

Uber       Ride    Drive    More                                        Help    Tommy

← Back to trips

# Your Trip

6:53 AM, Thursday July 20 2017 with Manik



## Rate trip

★ ★ ★ ★ ★

---

## Trip details

🚗 uberX

◆ $8.98

▬ Visa ····0465

| 📇 View Receipt | ➤ Resend Receipt | ☁ Get Invoice |

---

## Route

| | | |
|---|---|---|
| 505 5th Ave, New York, NY 10017, US | | 6:53 AM |
| 11 W 51st St, New York, NY 10019, US | | 7:20 AM |

---

🎧   Get Help                                                              >

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | etickets@amtrak.com |
| **Sent:** | Thursday, July 20, 2017 2:48 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Amtrak: eTicket and Receipt for Your 07/20/2017 Trip - THOMAS OREARDON |
| **Attachments:** | Oreardon Thomas 201707201748260200.pdf |

**SALES RECEIPT**



Purchased: 07/03/2017 12:06 PM PTModified: 07/20/2017 2:48 PM PTThank you for your purchase.

1.  Retain this receipt for your records.
2.  Print the attached eTicket and carry during your trip.

Merchant ID 0069460 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - E9BE85NEW YORK PENN, NY - BOSTON-BACK BAY, MA (One-Way)JULY 3, 2017
Billing Information

TOM OREARDON701 B STREET, SUITE 1700SAN DIEGO, CA 92101

**Visa** ending in 0465 (Purchase)Authorization Code 020153

**Total $47**

Change Summary - Ticket Number 2010694587327

| **Original Amount Paid** | |
|---|---|
| | **$159.00** |

Revised Trip Details**Train 2172: NEW YORK (PENN STATION), NY - BOSTON (BACK BAY), MA**Depart 7:00 PM, Thursday, July 20, 2017
1 ACELA EXPRESS BUSINESS CL SEAT

**$206.00**

**Ticket Terms & Conditions**ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

1

| | Subtotal |
| --- | --- |
| | $206.00 |
| | Revised Fare |
| | $206.00 |
| | Total |
| | $47.00 |

## Passengers

Thomas Oreardon

## Important Information

___

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For most *Acela Express* Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 48 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

2

Uber          Ride    Drive    More                                    Help    Tommy

← Back to trips

## Your Trip

8:05 PM, Friday July 21 2017 with Manuel



## Rate trip

☆ ☆ ☆ ☆ ☆                                                              ›

---

## Trip details

🚗 uberX

◆ $16.69

▬ Visa ····0465

🗊 View Receipt      ➤ Resend Receipt      ⬆ Get Invoice

---

## Route

3707 N Harbor Dr, San Diego, CA 92101-1022, US              8:05 PM

622 Glorietta Blvd, Coronado, CA 92118, US                  8:23 PM

---

  Get Help                                         ›

**Tommy O'Reardon**

| | |
|---|---|
| From: | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| Sent: | Thursday, July 27, 2017 8:50 PM |
| To: | Tommy O'Reardon |
| Subject: | UPDATED flight reservation (V7Y6D3) | 28JUL17 | SAN-SFO | Oreardon/Thomas Joseph Ii |

Thanks for choosing Southwest® for your trip.

## Southwest●

& Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

### Ready for takeoff!



Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

### ✈ Air itinerary

**AIR Confirmation: V7Y6D3**

Confirmation Date: 07/27/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II | ▮▮▮▮▮▮▮ | 5268547791873 | Jun 23, 2018 | 1455 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jul 28 | 1883 | Depart **SAN DIEGO, CA (SAN)** on Southwest Airlines at **06:20 AM**<br>Arrive in **SAN FRANCISCO, CA (SFO)** at **07:55 AM**<br>Travel Time 1 hrs 35 mins<br>Wanna Get Away |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jul 28 | 4142 | Depart **SAN FRANCISCO, CA (SFO)** on Southwest Airlines at **05:30 PM**<br>Arrive in **SAN DIEGO, CA (SAN)** at **07:00 PM**<br>Travel Time 1 hrs 30 mins<br>Wanna Get Away |



**Earn up to 10,000** Rapid Rewards® points per night.

Select your room >



Add a rental car

✔ Earn Rapid Rewards® points
✔ Guaranteed low rates
✔ Free cancellation

Book a car >

⊘ **Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

1

 **Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

🕐 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

🕐 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

ⓘ **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Customers calling Southwest to request a refund or to research travel funds for a specific ticket must provide their confirmation number, ticket number or flight information (date, origin and destination).

**Travel more for less.**

Exclusive deals for your favorite destinations.

**Sign up and save  >**

**Southwest**
Rapid Rewards

✓ Unlimited reward seats
✓ No blackout dates
✓ Redeem for International flights and more

**Enroll now  >**

Air Cost: 288.96

Fare Rule(s): 5268547791873: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN SFO93.75WN SAN148.63USD242.38END PD XF SAN4.5SFO4.5 ZP SAN4.10SFO4.10

 Learn about our boarding process ✈

 Learn about inflight WiFi & entertainment ✈

## Cost and Payment Summary

✈ AIR - **V7Y6D3**

| | | |
|---|---|---|
| Base Fare | $ 242.38 | **Payment Information** |
| Excise Taxes | $  18.18 | |
| September 11th Security Fee | $  11.20 | |

2

| | | |
|---|---|---|
| Passenger Facility Charge | $   9.00 | Payment Type: Visa XXXXXXXXXXXX0465 |
| Segment Fee | $   8.20 | Date: Jul 27, 2017 |
| **Total Air Cost** | **$ 288.96** | Payment Amount: $14.00 |

**Exchange Detail**

Jul 3, 2017 From ticket # 5268539240819 to ticket # 5268547791873

## Useful Tools

Check In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

## Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

## Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us, Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation

See **Southwest Airlines Limit of Liability**

Southwest Airlines

P.O. Box 36647-1CR

Dallas, TX 75235

Contact Us

Copyright 2017 Southwest Airlines Co. All Rights Reserved.

Uber    Ride    Drive    More    Help    Tommy

← Back to trips

## Your Trip

8:14 AM, Friday July 28 2017 with Roberto



### Rate trip

☆ ☆ ☆ ☆ ☆    〉

### Trip details

🚗 uberX

🔻 $25.10

▬ Visa ····0465

🔖 View Receipt    ➤ Resend Receipt    🎙 Get Invoice

### Route

| Harvey Milk Terminal 1, San Francisco International Airport (SFO), San Francisco, CA 94128, US | 8:14 AM |
| 505 Montgomery St, San Francisco, CA 94111, US | 8:55 AM |

 Get Help    〉

**Uber**     Ride   Drive   More                    Help   Tommy

← Back to trips

## Your Trip

5:21 AM, Friday July 28 2017 with Jamar



### Rate trip

★★★★★

---

### Trip details

🚗 uberX

🔶 $11.79

▬ Visa ····0465

🔖 View Receipt      ➤ Resend Receipt      🔄 Get Invoice

---

### Route

| | |
|---|---|
| 622 Glorietta Blvd, Coronado, CA 92118, US | 5:21 AM |
| Terminal 1, San Diego International Airport (SAN), San Diego, CA 92101, US | 5:32 AM |

🎧 Get Help                                   ›

Uber          Ride    Drive    More                                    Help    Tommy

← Back to trips

## Your Trip

3:40 PM, Friday July 28 2017 with Manish



### Rate trip

☆ ☆ ☆ ☆ ☆                                                              ›

---

### Trip details

🚗 uberX

🏷 $36.17

▬ Visa ····0465

🔖 View Receipt      ➤ Resend Receipt      ↑ Get Invoice

---

### Route

505 Montgomery St, San Francisco, CA 94111, US                    3:40 PM

Harvey Milk Terminal 1, San Francisco International Airport        4:13 PM
(SFO), San Francisco, CA 94128, US

---

 Get Help                                          ›

Uber      Ride    Drive    More                    Help    Tommy

← Back to trips

## Your Trip

7:33 PM, Friday July 28 2017 with Elie



## Rate trip

☆ ☆ ☆ ☆ ☆                    ›

## Trip details

🚗 uberX

🔖 $21.74

💳 Visa ····0465

🔖 View Receipt    ➤ Resend Receipt    ⬆ Get Invoice

## Route

Terminal 1, San Diego International Airport (SAN), San Diego,    7:33 PM
CA 92101, US

622 Glorietta Blvd, Coronado, CA 92118, US    7:53 PM

🎧 Get Help                    ›

Uber          Ride    Drive    More                                    Help    Tommy

← Back to trips

# Your Trip

3:01 PM, Wednesday August 16 2017 with Samuel



## Rate trip

☆ ☆ ☆ ☆ ☆                                                              ›

## Trip details

🚗 uberX

◆ $17.87

▬ Visa ····7913

🔖 View Receipt          ➤ Resend Receipt

## Route

Terminal A, Boston Logan International Airport (BOS), Boston,        3:01 PM
MA 02128, US

215 Charles St, Boston, MA 02114, US                               3:17 PM

 Get Help                                              ›

Uber          Ride    Drive    More                                    Help    Tommy

← Back to trips

# Your Trip

6:03 PM, Wednesday August 16 2017 with Bright



## Rate trip

★★★★★

## Trip details

🚗 uberX

🔻 $10.36

💳 Visa ····7913

🔖 View Receipt          ➤ Resend Receipt

## Route

215 Charles St, Boston, MA 02114, US                        6:03 PM

9 Prince St, Boston, MA 02113, US                           6:14 PM

  Get Help                                          ›

Uber      Ride    Drive    More                                    Help    Tommy

← Back to trips

## Your Trip

12:35 PM, Thursday August 17 2017 with Mehdi



## Rate trip

★★★★★

## Trip details

🚗 uberX

🏷 $20.58

▬ Visa ····7913

 View Receipt        ➤ Resend Receipt

## Route

| | |
|---|---|
| 55 Cambridge Pkwy, Cambridge, MA 02142, US | 12:35 PM |
| Terminal B, Boston Logan International Airport (BOS), Boston, MA 02128, US | 1:03 PM |

 Get Help                                        ›

Uber          Ride    Drive    More                                    Help    Tommy

← Back to trips

# Your Trip

6:13 AM, Thursday August 17 2017 with JANCARLO



## Rate trip

★ ★ ★ ★ ★

## Trip details

🚗 uberX

🔻 $10.36

💳 Visa ····7913

📑 View Receipt          ➤ Resend Receipt

## Route

| | |
|---|---|
| 215 Charles St, Boston, MA 02114, US | 6:13 AM |
| 55 Cambridge Pkwy, Cambridge, MA 02142, US | 6:28 AM |

🎧 Get Help                                                  ›

The Liberty, A Luxury Collection Hotel
215 Charles Street
Boston, MA 02114
United States
Tel: 617-224-4000 Fax: 617-224-4001

THE LIBERTY
HOTEL
BOSTON

THE
LUXURY
COLLECTION

Mr. Thomas Oreardon

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : 269362 |
| Guest Number | : | 637235 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 16-AUG-17 | 18:21 | | |
| Depart Date | : | 17-AUG-17 | 10:37 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 1101 | | | |
| Club Account | : | SPG - G0240 | | | |

Tax Invoice

Tax ID :

The Liberty Hotel  AUG-17-2017  10:40  WILSON

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 16-AUG-17 | RT1101 | Room Charge | 409.00 | |
| 16-AUG-17 | RT1101 | State Tax | 23.31 | |
| 16-AUG-17 | RT1101 | City Tax | 24.54 | |
| 16-AUG-17 | RT1101 | Convention Center Tax | 11.25 | |
| 17-AUG-17 | VI | Visa-7913 | | -468.10 |

***For Authorization Purpose Only***
xxxxxx7913

| Date | Code | Authorized |
|---|---|---|
| 16-AUG-17 | 016441 | 511.25 |

Approve EMV Receipt for VI - 7913: no CVM
TC:A4301A0481DAE954  TVR:8080008000  AID:A0000000031010
Application Label:VISA CREDIT

| | | |
|---|---|---|
| ** Total | 468.10 | -468.10 |
| *** Balance | 0.00 | |

Continued on the next page

The Liberty, A Luxury Collection Hotel
215 Charles Street
Boston, MA  02114
United States
Tel: 617-224-4000 Fax: 617-224-4001

THE LIBERTY
HOTEL
BOSTON

THE
LUXURY
COLLECTION

Mr. Thomas Oreardon

| | | | | |
|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : 269362 |
| Guest Number | : | 637235 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 16-AUG-17 | 18:21 | |
| Depart Date | : | 17-AUG-17 | 10:37 | |
| No. Of Guest | : | 1 | | |
| Room Number | : | 1101 | | |
| Club Account | : | SPG - G0240 | | |

I agreed to pay all room & incidental charges.



As a Starwood Preferred Guest you have earned at least 1227 Starpoints for this visit G0240

Tell us about your stay: www.luxurycollection.com/reviews. For billing inquiries http://libertyhotel.com/contact-us then click Accounting Billing Inquiries

Signature_____

# UnionBank

*(handwritten: TB M 9/6/17 # 6237)*

Union Ban. ...usiness Rewards Visa® Credit Card

Statement Period: 07/21/17 through 08/20/17

Account Number:

## Transactions

### Payments and Other Credits

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 08/08 | 24692166X2XFA1HJB | SOUTHWES | 5268751697295800-435-9792 TX *(handwritten: Joint Juice)* | 1,004.55 |
| 08/08 | 24692166X2XFA1HJK | SOUTHWES | 5265556358996800-435-9792 TX *(handwritten: Joint Juice)* | 30.00 |
| 08/08 | 24692166X2XFA1HJS | SOUTHWES | 5268751527718800-435-9792 TX *(handwritten: Joint Juice)* | 208.96 |
| 08/08 | 24692166X2XFA1HJ3 | SOUTHWES | 5268751679629800-435-9792 TX *(handwritten: Joint Juice)* | 805.57 |

Transactions continued on next page

| Transactions (continued) |
|---|

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|



| 08/16 | 24224437531TEDFSP | ZONA COCINA LINTHICUM MD *Joint Juice* | 28.29 |
| 08/17 | 2434285750FVZKMWG | 5 North Square Boston MA *Joint Juice* | 362.92 |
| 08/18 | 2469216762XYKJJZP | TABO SUSHI GATE B14 CHICAGO IL *Joint Juice* | 31.18 |
| 08/18 | 24717057650EZ7F0E | SAN DIEGO COUNTY RAA SAN DIEGO CA *Joint Juice* | 64.00 |
| 08/18 | 24755427650F5ZG0G | THE LIBERTY HOTEL BOSTON MA *Joint Juice* | 468.10 |

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Tuesday, August 8, 2017 5:02 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Flight reservation (JFFXER) | 16AUG17 | SAN-BOS | Oreardon/Thomas Joseph Ii |

Thanks for choosing Southwest® for your trip.

## Southwest's

               👤 Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

   Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

✈ **Air itinerary**

## AIR Confirmation: JFFXER

                               Confirmation Date: 08/8/2017

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| OREARDON/THOMAS JOSEPH II |  | 5268751679629 | Jul 3, 2018 | 0 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Aug 16 | 573 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **06:50 AM** Arrive in BALTIMORE/WASHINGTON, MD (BWI) at 02:45 PM <br> Wanna Get Away |
| | 1317 | Change planes to Southwest Airlines in BALTIMORE/WASHINGTON, MD (BWI) at 03:40 PM Arrive in **BOSTON LOGAN, MA** (BOS) at **05:05 PM** Travel Time 7 hrs 15 mins <br> Wanna Get Away |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Aug 17 | 734 | Depart **BOSTON LOGAN, MA** (BOS) on Southwest Airlines at **04:40 PM** Arrive in CHICAGO (MIDWAY), IL (MDW) at 06:20 PM <br> Anytime |
| | 1595 | Change planes to Southwest Airlines in CHICAGO (MIDWAY), IL (MDW) at 07:55 PM |



**Earn up to 10,000** Rapid Rewards® points per night.

Select your room >

 Add a rental car

✔ Earn Rapid Rewards® points
✔ Guaranteed low rates
✔ Free cancellation

Book a car >

1

Arrive in **SAN DIEGO, CA (SAN)** at **10:10 PM**
Travel Time 8 hrs 30 mins
Anytime

**EarlyBird Check-In®:** has been added to your itinerary. Don't worry, we'll handle check-in for you. Simply print your boarding pass or download your mobile boarding pass with your pre-assigned boarding position anytime within 24 hours of departure.

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.

**Travel more for less.**

Exclusive deals for your favorite destinations.

Sign up and save 〉

**Southwest**
Rapid Rewards

✔ Unlimited reward seats
✔ No blackout dates
✔ Redeem for International flights and more

Enroll now 〉

Air Cost: 1006.55

Fare Rule(s): 5268751679629: NONTRANSFERABLE -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN X/BWI WN BOS348.07WN X/CHI WN SAN517.93USD866.00END ZP
SAN4.10BWI4.10BOS4.10MDW4.10 XF SAN4.5BWI4.5BOS4.5MDW4.5


Learn about our boarding process ➚


Learn about inflight WiFi & entertainment ➚

## Cost and Payment Summary

✈ AIR - JFFXER

| | | |
|---|---|---|
| Base Fare | $ 866.00 | |
| Excise Taxes | $ 64.95 | |
| September 11th Security Fee | $ 11.20 | |
| Segment Fee | $ 16.40 | |
| Passenger Facility Charge | $ 18.00 | |
| EarlyBird | $ 30.00 | |
| **Total Air Cost** | **$1006.55** | |

**Payment Information**

Tkls funds applied from Residual Travel Funds $170.98

Payment Type: Visa XXXXXXXXXXXX8013
Date: Aug 8, 2017
Payment Amount: $805.57

Payment Type: Visa XXXXXXXXXXXX8013
Date: Aug 8, 2017
Payment Amount: $15.00

Payment Type: Visa XXXXXXXXXXXX8013
Date: Aug 8, 2017
Payment Amount: $15.00

### Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

### Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

### Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

Prohibition on Multiple/Conflicting Reservations. To promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any

multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively cancelled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2017 Southwest Airlines Co. All Rights Reserved.

```
          ZONA COCINA
          BWI AIRPORT
  PO BOX 628, LINTHICUM, MD 21090
          (410) 850-4846
  Date:       Aug16'17 03:32PM
  Card Type:  VISA
  Acct #:     XXXXXXXXXXXX8013
  Card Entry: SWIPED
  Trans Type: PURCHASE
  Auth Code:  016857
  Check:      743
  Table:      217/1
  Server:     153 Deashia

  Subtotal:        23.29

  Tip:_____

  Total:____ 28.29

  Joint Juice
  Signature
  I Agree To Pay Above Total
  According To My Card Issuer
  Agreement.
     ****Customer Copy****
  Depending upon your financial
  institution, some credit card
  processors or banks will
  automatically preauthorize for
  an additional 20% more than this
  when you look at your on-line
  statements to account for any
  gratuities. In 3 business from
  the date of this transaction
  the FINAL amount should appear
  on your statement
```

North Square Oyster
5 North Square
Boston, MA 02113

Date:       8/16/17, 10:49 PM
Card Type:  VISA
Acct #:     XXXXXXXXXXXX8013
Customer:   TIMOTHY BLOOD
Card Entry: SWIPED
Auth Code:  016077
Check:      8091
Table:      3/5
Server:     Jayson N

Amount:                          302.92

+TIP_____

=TOTAL_____
I agree to pay the above total amount pursuant
to the card issuer agreement.


X_____

Thank You!
northsquareoyster.com
IG & Twitter @northsquareoyster


Customer Copy

SSP America
Tabo Sushi B
Chicago Midway Intl Airport
5700 S Cicero Ave
Chicago, IL 60638

## Order # 57

148 Alana T

----------------------------------------

Chk 1257          Aug17'17 07:02P  Gst  0

----------------------------------------

| | |
|---|---|
| 2 Tuna Roll | 19.98 |
| 2 Perrier | 7.98 |
| XXXXXXXXXXXXXXXX8013 | |
| Visa | 31.18 |
| | |
| Subtotal | 27.96 |
| Tax | 3.22 |
| Payment | 31.18 |

.00 Amazon
the website
your visit
prize draw
See website for
www.eatonthemove.com/US

----------------------------------------

LOCATION: 6901123

----------------------------------------

Immediate Needs 1-877-324-8777

```
INSERT
THIS END UP


SAN DIEGO AIRPORT
RECEIPT      A1
IN:  16.08.17 05:59
OUT: 17.08.17 22:42
AMOUNT:     $ 64.00
CC-DATA:
VISA
XXXXXXXXXXXXX8013
         XXXXX 201
AUTH. CODE     01894
```

**UnionBank** TB
pd 8/2/18 #7077

Union Bank Business Rewards Visa® Credit Card

Statement Period: 06/20/18 through 07/20/18

Account Number:

## Transactions

| Trans Date | Reference Number | Description | | Amount |
|---|---|---|---|---|
| 06/20 | 2469216HW2XW42LQW | SOUTHWES 5261459309571800-435-9792 TX | Joint Juice | 165.96 |
| 07/18 | 2471707JH0VZ1E0XF | KATANA-YA SAN FRANCISCO CA | Joint Juice | 32.07 |
| 07/19 | 2449215JRLSMAL08Q | UBER TRIP ZHZ52 HELP.UBER.COM CA | Joint Juice | 37.00 |
| 07/19 | 2449215JRLSMBAPK7 | UBER TRIP 2UWSI HELP.UBER.COM CA | Joint Juice | 10.78 |
| 07/19 | 2471705JR86LDJP5P | SAN DIEGO COUNTY RAA SAN DIEGO CA | Joint Juice | 32.00 |
| 07/20 | 2449215JTLWHVMVEJ | UBER TRIP YOLHY HELP.UBER.COM CA | Joint Juice | 33.03 |

## Fees

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| | Total Fees This Period | | $0.00 |

Transactions continued on next page

1084   0001 TKH       002   7  13   180720 0       PAGE 3 of 6       1 0  3616  1000  Y032       4519



From: Southwest Airlines <SouthwestAirlines@luv.southwest.com>
Sent: Wednesday, June 20, 2018 2:39 PM
To: Tim Blood <TBlood@bholaw.com>
Subject: Flight reservation (QPWQFC) | 17JUL18 | SAN-SFO | Blood/Timothy G

Thanks for choosing Southwest® for your trip.

# Southwest's

& Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!




Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!



Save up to 30%

Plus earn up to 2,400 Rapid Rewards® points.

Let's go!

Budget'

### ✈ Air itinerary

**AIR Confirmation: QPWQFC**          Confirmation Date: 06/20/2018

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| BLOOD/TIMOTHY G | ▮ | 5261459309571 | Jun 20, 2019 | 769 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.



Earn up to 10,000 Rapid Rewards® points per night.

Select your room >

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jul 17 | 2083 | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at **03:35 PM** Arrive in **SAN FRANCISCO, CA** (SFO) at **05:05 PM** Travel Time 1 hrs 30 mins Wanna Get Away |

1

| Date | Flight | Departure/Arrival |
|------|--------|-------------------|
| Thu Jul 19 | 1699 | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at **01:25 PM** |
| | | Arrive in **SAN DIEGO, CA** (SAN) at **03:00 PM** |
| | | Travel Time 1 hrs 35 mins |
| | | Wanna Get Away |

**Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.



**Add a rental car**

✓ Earn Rapid Rewards® points
✓ Guaranteed low rates
✓ Free cancellation

**Book a car >**

**Travel more for less.**

Exclusive deals for your favorite destinations.

**Sign up and save >**

**Southwest®**
Rapid Rewards'

✓ Unlimited reward seats
✓ No blackout dates
✓ Redeem for International flights and more

**Enroll now >**

Air Cost: 165.96

Fare Rule(s): 5261459309571: NONREFUNDABLE/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN SFO45.38WN SAN82.59USD127.97END ZP SAN4.10SFO4.10 XF
SAN4.5SFO4.5

JLNVVNR
ELNCPNR

 Learn about our boarding process⬈

 Learn about inflight WiFi & entertainment⬈

## Cost and Payment Summary

✈ AIR - QPWQFC

| | | | |
|---|---|---|---|
| Base Fare | $ 127.97 | **Payment Information** | |
| U.S. Transportation Tax | $   9.59 | Payment Type: Visa XXXXXXXXXXXXX0938 | |
| U.S. 9/11 Security Fee | $  11.20 | Date: Jun 20, 2018 | |
| U.S. Flight Segment Tax | $   8.20 | Payment Amount: $165.96 | |
| U.S. Passenger Facility Chg | $   9.00 | | |
| **Total Air Cost** | **$ 165.96** | | |

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

## Legal Policies & Helpful Information

| | | |
|---|---|---|
| Privacy Policy | Customer Service Commitment | Contact Us |
| Notice of Incorporated Terms | FAQs | |

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

3

KATANA-YA
422 GEARY ST
SAN FRANCISCO,CA 94102
415-771-1281

07/18/2018                          20:19:43

CREDIT CARD

VISA SALE

Card #                    XXXXXXXXXXXXX0938
Chip Card:                      VISA CREDIT
AID:                      A0000000031010
ATC:                              0011
ARQC:               D7A54CA5E5E2BF83
SEQ #:                              46
Batch #:                             8
Trans #:                            46
Approval Code:                  018819
TRANS ID:           588200117738083
Entry Method:               Chip Read
Mode:                            Issuer

SALE AMOUNT               $27.07

TIP AMOUNT            _____

TOTAL AMOUNT         32.07

THANK YOU

CUSTOMER COPY

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Wednesday, July 18, 2018 7:56 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Your Wednesday evening trip with Uber |

Charge to Joint Juice please

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "Uber Receipts" <uber.us@uber.com>
> **Date:** July 18, 2018 at 7:33:47 PM PDT
> **To:** <tblood@bholaw.com>
> **Subject: Your Wednesday evening trip with Uber**



# $37.00

Thanks for choosing Uber, Tim

July 18, 2018 | UberX

1

◉ **07:04pm** | 308 Domestic Terminals Departures Level, San Francisco, CA

◉ **07:33pm** | 300 Powell St, San Francisco, CA



You rode with Azeb

| 14.52 | 00:28:47 | UberX |
|-------|----------|-------|
| miles | Trip time | Car |

☆ ☆ ☆ ☆ ☆

**Add a tip**

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

## Your Fare

| Trip fare | $37.00 |
|-----------|--------|
| **Subtotal** | **$37.00** |

2

VISA Personal •••• 0938

# $37.00

A temporary hold of $37.00 was placed on your payment method Personal •••• 0938 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

Transportation Network Company: Rasier-CA, LLC.



Earn 4% back on dining, 3% back on hotel & airfare, 2% back on online purchases, and more with the Uber Visa Card. Learn more

# UBER

3

## Dafne Maytorena

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Thursday, July 19, 2018 11:34 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Thursday morning trip receipt |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Joint Juice!

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "Uber Receipts" <uber.us@uber.com>
> **Date:** July 19, 2018 at 11:20:33 AM PDT
> **To:** <tblood@bholaw.com>
> **Subject: Thanks for tipping! We've updated your Thursday morning trip receipt**



# $10.78

Thanks for tipping, Tim

July 19, 2018 | UberX

08:51am | 259 Geary St, San Francisco, CA

08:59am | 376 Larkin St, San Francisco, CA



You rode with Ivis Eduardo

| 1.03 | 00:08:17 | UberX |
|------|----------|-------|
| miles | Trip time | Car |

☆ ☆ ☆ ☆ ☆
Add a tip

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

## Your Fare

Trip fare                                                                                    $8.28

2

| Subtotal | $8.28 |
| Wait Time (?) | $0.50 |
| Tip | $2.00 |

CHARGED

## $10.78

VISA Personal •••• 0938

Transportation Network Company: Rasier-CA, LLC.



Earn 4% back on dining, 3% back on hotel & airfare, 2% back on online purchases, and more with the Uber Visa Card. Learn more

INSERT
THIS END UP

SAN DIEGO AIRPORT
RECEIPT       A1
IN:  18.07.18 16:21
OUT: 19.07.18 15:21
AMOUNT:     $ 32.00
CC-DATA:
VISA
XXXXXXXXXXXX0938
        XXXXX 201
AUTH. CODE     01990

Joint
Juice

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Thursday, July 19, 2018 11:34 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Your Thursday morning trip with Uber |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Joint Juice

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "Uber Receipts" <uber.us@uber.com>
> **Date:** July 19, 2018 at 11:25:34 AM PDT
> **To:** <tblood@bholaw.com>
> **Subject: Your Thursday morning trip with Uber**



$33.03

1

Thanks for choosing Uber, Tim

July 19, 2018 | UberX

11:05am | 34 Hyde St, San Francisco, CA

11:25am | 305 Domestic Terminals Arrivals Level, San Francisco, CA



You rode with Hsiu

| 13.43 | 00:19:51 | UberX |
|-------|----------|-------|
| miles | Trip time | Car |

☆ ☆ ☆ ☆ ☆
<u>Add a tip</u>

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

## Your Fare

| Trip fare | $33.03 |
|-----------|--------|

| Subtotal | $33.03 |
|----------|--------|

⊙ Credits

$33.03

A temporary hold of $33.03 was placed on your payment method Personal •••• 0938 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

Transportation Network Company: Rasier-CA, LLC.



Earn 4% back on dining, 3% back on hotel & airfare, 2% back on online purchases, and more with the Uber Visa Card. Learn more

UBER



Account Number:

IB M 8/28/18
#7124

## Transactions

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 07/19 | 2469216JT2X81585E | MAX'S WORLD SFO SAN FRANCISCO CA Joint Juce | 15.42 |
| 07/20 | 2475542JT7L0GE9Z0 | WESTIN ST. FRANCIS SAN FRANCISCO CA | 797.95 |



OPERATED BY

## HMS
### H O S T

MAX'S EATZ
SAN FRANCISCO AIRPORT

288378 Ji iao
-----------------------------------------
CHK 5868                        GST 1
        JUL19'18 11:52AM
-----------------------------------------

    TO GO

 1 RTE TUNA                     10.29
 1 WTR ARTC SOL M                3.59

    SUBTOTAL                    13.88
    EE BENFT SURCHRG             0.28
    TA                          1.26
    AMOUNT PAID            15.42
    AT019606 XXX0938
    VISA CC                     15.42
--288378 Closed JUL19 11:52AM---

WE WANT TO HEAR YOUR FEEDBACK!
PLEASE CONTACT 1-877-672-7467
   CUSTOMERSERVICE@HMSHOST.COM
  TO SHARE YOUR EXPERIENCE.

    STOREID: SFOMWD01

Your order number is: 5868

Thank you for choosing the Westin St. Francis San Francisco on Union Square for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill**, please contact us at (866) 435-7627 or mbs.customer.svc@marriott.com.

To book your next stay, visit Marriott.com >>



Marriott Bonvoy™ member may modify their email address at marriott.com >>

## Summary of Your Stay

**Hotel: The Westin St. Francis San Francisco on Union Square**
335 Powell Street
San Francisco, California 94102
USA
(415) 397-7000

**Guest: BLOOD/ TIM/MR.**
501 W Broadway Ste 1490
San Diego, CA 92101-3536
USA

**Dates of stay:** Jul 18, 2018 - Jul 19, 2018
**Guest number:** 3348820W1
**Marriott Bonvoy™ number:** XXXXX9358

**Room number:** 808
**Group number:**

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 07/18/18 | CA Tourism Fee | RT808 | 1.64 | |
| 07/18/18 | Occupancy Tax | RT808 | 95.90 | |
| 07/18/18 | Room Charge Qualified Discount | RT808 | 685.00 | |
| 07/18/18 | SF Tourism Improvement Distric | RT808 | 15.41 | |
| 07/19/18 | Payment – Visa XXXXXXXXXXXX0938 | VI | 797.95 | |

**Total balance**                                                          **0.00** USD

No matter what obstacles travel puts between you and your well-being, our signature wellness programs help you soar above it all. Here you can eat, sleep, move, feel, work and play well, transcending the rigors of travel while you are on the road. Stay well at Westin Hotels Resorts, a place where together, we can rise.

WESTIN *let's rise*

## Important Information

**Do Not Reply to this Email**
This email is an auto-generated message. Replies to automated messages are not monitored. If you have any questions please contact the hotel directly at (415) 397-7000.

**Why Have I Received this Email?**
You have received this email because you requested during your stay to receive an electronic version of your bill by email.

**Availability**
Electronic versions of your hotel bill, available by email from our over 2,300 participating properties in the Marriott family of hotels in the USA and Canada, are emailed to you within 72 hours of check-out. These email messages reflect changes made to your bill up to 11pm on your day of departure. Any adjustments after that time may not be shown.

If you have received this email in error, please notify us.

Learn more about eFolio, receiving your hotel bills by email.

**Authenticity of Bills**
Marriott retains official records of all charges and credits to your account and will honor only those records.

**Privacy**
Your privacy is important to Marriott. For full details of our privacy policy, please visit our Privacy Statement.

**Credit of Marriott Bonvoy™ Points**
After a stay, it may take up to 7 days for Marriott Bonvoy™ points to be credited to your account.

Terms of Use::Privacy Statement(c)1996-2012 Marriott International, Inc. All rights reserved. Marriott proprietary information. Operated under license from Marriott International, Inc. or one of its affiliates.

Case 3:16-cv-06980-RS    Document 328-14    Filed 04/04/23    Page 58 of 297

**UnionBank**

M 10/30/18
# 7213

Union Bank Business Rewards Visa® Credit Card

Statement Period: 09/20/18 through 10/19/18

Account Number:

## Transactions

| Trans Date | Reference Number | Description | | Amount |
|---|---|---|---|---|
| 09/20 | 2449215LPLR5P8YJF | UBER TRIP XOJCB HELP.UBER.COM CA | Joint Juice | 6.88 |
| 09/20 | 2449215LPLR6VHBDG | UBER TRIP RGBM4 HELP.UBER.COM CA | Joint Juice | 40.63 |
| 09/20 | 2449215LPLVWZGXXX | UBER TRIP TDIBF HELP.UBER.COM CA | Joint Juice | 35.49 |
| 09/20 | 2449215LPMHQP9HTG | SQ *PHILZ COFFEE SAN FRANCISCO CA | Joint Juice | 5.46 |
| 09/20 | 2469216LR2XGGWWER | MAX'S WORLD SFO SAN FRANCISCO CA | Joint Juice | 20.42 |
| 09/20 | 2471705LP8776XN4E | SAN DIEGO COUNTY RAA SAN DIEGO CA | Joint Juice | 32.00 |
| 09/21 | 2475542LR7LKB6YHA | WESTIN ST. FRANCIS SAN FRANCISCO CA | Joint Juice | 569.65 |

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Wednesday, September 19, 2018 11:57 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Your Wednesday evening trip with Uber |

Joint Juice charge

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "Uber Receipts" <uber.us@uber.com>
> **Date:** September 19, 2018 at 8:09:10 PM PDT
> **To:** <tblood@bholaw.com>
> **Subject: Your Wednesday evening trip with Uber**

# Uber

Total: $6.88
Wed, Sep 19, 2018

# Thanks for riding, Tim

We hope you enjoyed your ride this evening.



| Total | $6.88 |
|---|---|

| Trip fare | $6.88 |
|---|---|

| Subtotal | $6.88 |
|---|---|

1

## Amount Charged

 •••• 0938 | Switch     $6.88

Download PDF
Download link expires 10/20/18

## You rode with Henry

       4.94 ★ Rating

Top Driver Compliment

"Excellent Service"

How was your ride?

RATE OR TIP

Transportation Network Company: Rasier-CA, LLC.

08:05pm

300 Powell St, San Francisco, CA

08:08pm

385 Bush St, San Francisco, CA





Invite your friends and family.

Get a free ride worth up to $5 when you refer a friend to try Uber. Share code: timb66

REPORT LOST ITEM ›   |   CONTACT SUPPORT ›   |   MY TRIPS ›

Uber

3

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Thursday, September 20, 2018 11:25 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Your Thursday morning trip with Uber |

Joint Juice

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "Uber Receipts" <uber.us@uber.com>
> **Date:** September 20, 2018 at 11:01:07 AM PDT
> **To:** <tblood@bholaw.com>
> **Subject: Your Thursday morning trip with Uber**

# Uber

Total: $40.63
Thu, Sep 20, 2018

# Thanks for riding, Tim

We hope you enjoyed your ride this morning.



## Total                                    $40.63

| | |
|---|---|
| Base Fare | $2.20 |
| Time | $6.36 |
| Distance | $24.87 |

1

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Wednesday, September 19, 2018 11:57 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Your Wednesday evening trip with Uber |

Joint juice charge. Thank you!

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "Uber Receipts" <uber.us@uber.com>
> **Date:** September 19, 2018 at 7:47:12 PM PDT
> **To:** <tblood@bholaw.com>
> **Subject: Your Wednesday evening trip with Uber**

# Uber

Total: $35.49
Wed, Sep 19, 2018

# Thanks for riding, Tim

We hope you enjoyed your ride
this evening.



| Total | $35.49 |
|---|---|
| Trip fare | $35.49 |
| Subtotal | $35.49 |

1

## Amount Charged

 •••• 0938 | Switch                    $35.49

Download PDF
Download link expires 10/20/18

## You rode with Attahul

     4.89 ★ Rating          How was your ride?

RATE OR TIP

Top Driver Compliment

"Excellent Service"

Transportation Network Company: Rasier-CA, LLC.

07:20pm

308 Domestic Terminals Departures Level, San Francisco, CA

07:46pm

300 Powell St, San Francisco, CA



Map data ©2018 Google



Invite your friends and family.

Get a free ride worth up to $5 when you refer a friend to try Uber. Share code: timb66

REPORT LOST ITEM ❯      |      CONTACT SUPPORT ❯      |      MY TRIPS ❯

Uber

3

OPERATED BY



H/   ATZ
SAN FRANCISCO AIRPORT

6793 Nora
--------------------------------
CHK 9980                      GST 1
        SEP20'18 11:12AM
--------------------------------
      TO GO

  1 SAND CHIX SLD        14.79
  1 WTR ARTC SOL M        3.59

    SUBTOTAL             18.38
    EE BENFT SURCHRG      0.37
    TAX                   1.67
    AMOUNT PAID         20.42
    AT020448 XXX0938
    VISA CC              20.42
---6793 Closed SEP20 11:12AM----

WE WANT TO HEAR YOUR FEEDBACK!
PLEASE CONTACT 1-877-672-7467
OR CUSTOMERSERVICE@HMSHOST.COM
   TO SHARE YOUR EXPERIENCE.

      STOREID: SFOMWD01

Your order number is: 9980

INSERT
THIS END UP

```
SAN DIEGO AIRPORT
RECEIPT      A1
IN:  19.09.18 16:17
OUT: 20.09.18 14:54
AMOUNT:     $ 32.00
CC-DATA:
VISA
XXXXXXXXXXXX0938
        XXXXX 201
AUTH. CODE     02010
```

Joint Juice

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA 94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

Tim Blood

| | | | | | | |
|---|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 745961 |
| Guest Number | : | 3407399 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 19-SEP-18 | 19:55 | | | |
| Depart Date | : | 20-SEP-18 | 11:00 | | | |
| No. Of Guest | : | 1 | | | | |
| Room Number | : | 781 | | | | |
| Club Account | : | SPG - B2913 | | | | |

Information Invoice

Tax ID :    13-4112265

Westin St. Francis  SEP-20-2018  03:31  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 19-SEP-18 | RT781 | Room Charge Retail | 489.02 | |
| 19-SEP-18 | RT781 | CA Tourism Fee | 1.17 | |
| 19-SEP-18 | RT781 | SF Tourism Improvement Distric | 11.00 | |
| 19-SEP-18 | RT781 | Occupancy Tax | 68.46 | |
| SEP-20-2018 VI | | Visa | | -569.65 |
| | ** Total | | 569.65 | -569.65 |
| | *** Balance | | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

Tim Blood

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 3407399 |
| Folio ID | : | A |
| Arrive Date | : | 19-SEP-18     19:55 |
| Depart Date | : | 20-SEP-18     11:00 |
| No. Of Guest | : | 1 |
| Room Number | : | 781 |
| Club Account | : | SPG - B2913 |

Invoice Nbr    :    745961

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

FUEL YOUR BODY - It's easy to maintain a healthy lifestyle on the road. Our extensive SuperFoodsRx(TM) menu features nutrient-rich, delicious dishes that fuel your body and give you the focused energy you need. Discover dishes to supercharge your day at westin.com/eatwell

Tell us about your stay. www.westin.com/reviews

Signature_____

Bring the Westin experience home. Shop WestinStore.com.

# UnionBank

*PB 8/27/19*  *pd 8/27/19*  *#771*

Union Bank Business Rewards Visa® Credit Card

**Statement Period: 07/20/19 through 08/20/19**

Account Number:

## Transactions

### Payments and Other Credits

| Trans Date | Reference Number | Description | | | Amount |
|---|---|---|---|---|---|
| 07/25 | 24692166F2Y0PWYNE | UNITED | 0161523390674800-932-2732 TX | *JOINT JUICE* | 22.00 |
| 07/25 | 24692166F2Y0PWYNM | UNITED | 0161523390698800-932-2732 TX | *Joint Ju* | 200.00 |
| 08/02 | 24040486P0V08PHEW | JETBLUE | 2792131725790 SALT LAKE CTY UT | *JOINT JUICE* | 723.58 |
| 08/05 | 24692166S2XW300DA | SOUTHWES | 5262105638098800-435-9792 TX | *JOINT JUICE* | 302.96 |
| 08/05 | 24692166S2XW300DJ | SWA*EARLYBRD5269846329391800-435-9792 TX | | " | 25.00 |
| 08/05 | 24692166S2XW300D2 | SOUTHWES 5262105709065800-435-9792 TX | | " | 276.00 |
| 08/05 | 24692166S2XW300E4 | SWA*EARLYBRD5269846329392800-435-9792 TX | | " | 25.00 |
| 08/06 | 24707806V0VZ7D4QW | VALLEY TRANSPORTER 800-872-8752 MA | | " | 114.00 |
| 08/14 | 2469216732XBNPY0J | SWA*EARLYBRD5269847177477800-435-9792 TX | | *JOINT JUICE* | 25.00 |
| 08/14 | 2469216732XBNPY0S | SWA*EARLYBRD5269847177476800-435-9792 TX | | " | 25.00 |
| 08/14 | 2469216732XBNPY01 | SOUTHWES 5262108953193800-435-9792 TX | | " | 242.96 |
| 08/14 | 2469216732X7YJEBM | UNITED 0161528189721800-932-2732 TX | | " | 112.00 |
| 08/14 | 2469216732X7YJEB3 | UNITED 0161528189720800-932-2732 TX | | " | 126.00 |
| 08/14 | 2469216732X7Y9NLW | UNITED 0162467795711800-932-2732 TX | | *Joint Juice* | 396.60 |

**Paula Brown**

| | |
|---|---|
| **From:** | United Airlines, Inc. <unitedairlines@united.com> |
| **Sent:** | Thursday, July 25, 2019 3:31 PM |
| **To:** | Paula Brown |
| **Subject:** | Your United reservation for San Francisco, CA, US (SFO) is processing |

*Joint Juice*

Add UnitedAirlines@news.united.com to your address book. See instructions.

## UNITED

Thursday, July 25, 2019

# Thank you for choosing United



We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

Confirmation number:

Flint, MI, US (FNT)
to San Francisco, CA, US (SFO)

# ANNT2D

Manage reservation

## New purchase summary

| | |
|---|---|
| New trip | |
| 1 adult (18-64) | $621.00 |
| Taxes and fees | $0.00 |
| Additional services | |
| Preferred seats | $22.00 |
| ORD to FNT          BEVERLEY AVERY | |
| Original trip | - $691.00 |
| Change Fee | $200.00 |

| | |
|---|---|
| **Total refund** | **$70.00** |
| To electronic travel certificate: $70.00 | |
| **Total amount paid** | **$222.00** |
| Credit card payment: $200.00 (Visa-**3368) | |

## Trip summary

1

Thu, Aug 22, 2019

 UA 3775 Operated By AIR WISCONSIN DBA UNITED EXPRESS

1 Connection
6h 42m total

| 10:29 am | ✈ | 10:45 am | Duration: 1h 16m |
| Flint, MI, US (FNT) | | Chicago, IL, US (ORD) | United Economy (T) |

ⓘ Terminal change

45m Layover

UA 499

| 11:30 am | ✈ | 2:11 pm | Duration: 4h 41m |
| Chicago, IL, US (ORD) | | San Francisco, CA, US (SFO) | United Economy (T) |
| | | | Meals for purchase |

🛜 Wi-Fi

ⓘ Terminal change

Sat, Aug 24, 2019

UA 624

1 Connection
8h 9m total

| 10:40 am | ✈ | 5:02 pm | Duration: 4h 22m |
| San Francisco, CA, US (SFO) | | Chicago, IL, US (ORD) | United Economy (H) |
| | | | Meals for purchase |

🛜 Wi-Fi  🔌 Power outlets

ⓘ Long layover  ⓘ Terminal change

2h 33m Layover

UA 3940 Operated By AIR WISCONSIN DBA UNITED EXPRESS

| 7:35 pm | ✈ | 9:49 pm | Duration: 1h 14m |
| Chicago, IL, US (ORD) | | Flint, MI, US (FNT) | United Economy (H) |

ⓘ Long layover  ⓘ Terminal change

2

**Paula Brown**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Tuesday, August 6, 2019 1:11 PM |
| **To:** | Paula Brown |
| **Subject:** | Paula Roach Brown's 08/20 San Francisco trip (JVLVS5): Your change is confirmed. |

Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

## Southwest﹅

Manage Flight | Flight Status | My Account



## Hi Paula Roach,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

### AUGUST 20 - AUGUST 23

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **JVLVS5**                           Confirmation date: 08/06/2019

| | |
|---|---|
| PASSENGER | **Paula Roach Brown** |
| RAPID REWARDS # | ▮▮▮▮▮▮▮ |
| TICKET # | 5262106132607 |
| EXPIRATION[1] | August 4, 2020 |
| EST. POINTS EARNED | 1,532 |

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight 1:** Tuesday, 08/20/2019 | Est. Travel Time: **1h 40m** | Wanna Get Away® |
|---|---|---|

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT #1819 | **SAN 11:15**AM  San Diego | **SFO 12:55**PM  San Francisco |

| **Flight 2:** Friday, 08/23/2019 | Est. Travel Time: **1h 30m** | Wanna Get Away® |
|---|---|---|

1

**FLIGHT # 1822**

DEPARTS

**SFO 06:10**PM

San Francisco



ARRIVES

**SAN 07:40**PM

San Diego

# Payment information

| Total cost | | | Payment |
|---|---|---|---|

**Air - JVLVS5**

| | | | |
|---|---|---|---|
| Base Fare | $ | 255.22 | |
| U.S. Transportation Tax | $ | 19.14 | |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| U.S. Flight Segment Tax | $ | 8.40 | |
| **Total** | **$** | **302.96** | |

Credit from ticket: #5262105638098 to #5262106132607
Date: August 5, 2019

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262106132607

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

 ## Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

2



# Rentals as low as $20 per day*
PLUS earn 1,200 Rapid Rewards® points.

*Taxes/fees excluded. Terms apply.


**dollar.**
CAR RENTAL

Book car >



## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Francisco.

Book hotel >



## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262106132607: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO96.45WN SAN158.77USD255.22END PD XF SAN4.5SFO4.5 ZP SAN4.20SFO4.20

GLNCPNR
NLN0PNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?
### Contact us
Customer service | FAQs

## Connect with us
  


Get the mobile app

⁺ All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2019 Southwest Airlines Co. All Rights Reserved.

*Joint Juice*

**Paula Brown**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Monday, August 05, 2019 12:34 PM |
| **To:** | Paula Brown |
| **Subject:** | Donna Lux's 09/16 San Francisco trip (K8XUGA): Your reservation is confirmed. |

Here's your itinerary and other important travel information.

View our mobile site | View in browser

 **Southwest's**

Manage Flight | Flight Status | My Account

## Hi Donna,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### SEPTEMBER 16 - SEPTEMBER 21

# BDL  SFO

Hartford to San Francisco

Confirmation # **K8XUGA**                Confirmation date: 08/05/2019

| PASSENGER | **Donna Lux** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262105709065 |
| EXPIRATION[1] | August 4, 2020 |
| EST. POINTS EARNED | 1,284 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:**  Monday, 09/16/2019   Est. Travel Time: **9h 20m**   Wanna Get Away®

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 0222 | **BDL 02:15**PM | **DEN 04:30**PM |
| | Hartford | Denver |

Stop:    Change planes

| FLIGHT # 0457 | DEPARTS<br>DEN 06:45PM<br>Denver | ARRIVES<br>SFO 08:35PM<br>San Francisco |
|---|---|---|

**Flight 2:**  Saturday, 09/21/2019    Est. Travel Time: **8h 30m**    Wanna Get Away®

| FLIGHT # 2612 | DEPARTS<br>SFO 05:50AM<br>San Francisco | ARRIVES<br>MDW 12:00PM<br>Chicago (Midway) |
|---|---|---|

Stop:    Change planes

| FLIGHT # 2686 | DEPARTS<br>MDW 02:10PM<br>Chicago (Midway) | ARRIVES<br>BDL 05:20PM<br>Hartford |
|---|---|---|

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - K8XUGA** | | | Visa ending in 3368<br>Date: August 5, 2019 |
| Base Fare | $ | 213.96 | |
| U.S. Transportation Tax | $ | 16.04 | **Payment Amount: $276.00** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 16.80 | Visa ending in 3368<br>Date: August 5, 2019 |
| U.S. Passenger Facility Chg | $ | 18.00 | |
| EarlyBird | $ | 50.00 | **Payment Amount: $25.00** |
| **Total** | **$** | **326.00** | Visa ending in 3368<br>Date: August 5, 2019 |
| | | | **Payment Amount: $25.00** |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262105709065

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

2

Valley Transporter's Online Rservation System

# alley Transporter

## THE EASY WAY TO THE AIRPORT

*Joint Juice 11813-01*
*Paula*

413-253-1350 • fax: 413-253-1360 • e-mail: vt@valleytransporter.com

| Availability | Select service | Payment | Confirmation |

## Reservation Confirmation

We have created a reservation with the following details:

Print this page

Add to TripIt
Get free travel tools

| Name: Mary Trudeau | Itinerary | Return Itinerary |
| --- | --- | --- |
| Reservation Number | VT662080 | VT662098 |
| Pickup Location | Amherst | Bradley International Airport |
| Pickup Address | 33 Kellogg Ave. Apt.42 | |
| Dropoff Location | Bradley International Airport | Amherst |
| Dropoff Address | | 33 Kellogg Ave. Apt. 42 |
| Pickup Date | Tuesday, September 17, 2019 | Sunday, September 22, 2019 |
| Pickup Time | 8:45 AM | 6:30 PM |
| Number of Passengers | 1 | 1 |
| Service | Shared Van | Shared Van |
| Payment Type | Credit Card | Credit Card |
| Fare | $ 57.00 | $ 57.00 |
| Total Fare | $ 114.00 | |

## Instructions/Notes

**Bradley Airport:** When you have your luggage, call toll-free: **1-877-314-7271** (for airport pick-up instructions only). Pickups at this terminal are once an hour at 30 minutes past the hour(1:30, 2:30. etc.) If you miss your scheduled van, we'll put you on the next departure. The last van of the day departs at 12:30 AM.

Changes to this Reservation:
If you have any questions or wish to change this reservation, please contact our reservations center at 1-800-872-8752. Please reference the reservation number when calling.

Valley Transporter has a 48 hour cancellation policy.

## Get Frequent Rider ID

Make future online reservations faster and easier.

There is no cost or obligation and you can book in half the time.

Get ID now

New Reservation

Home page

**Paula Brown**

*Joint Trial* (handwritten)

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Wednesday, August 14, 2019 4:05 PM |
| **To:** | Paula Brown |
| **Subject:** | Paula Roach Brown's 09/16 San Francisco trip (JY9O9G): Your reservation is confirmed. |

Here's your itinerary and other important travel information.

View our mobile site | View in browser

# Southwest

Manage Flight | Flight Status | My Account



## Hi Paula Roach,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### SEPTEMBER 16 - SEPTEMBER 19

# SAN ⟶ SFO

San Diego to San Francisco

Confirmation # **JY9O9G**                         Confirmation date: 08/14/2019

| | |
|---|---|
| PASSENGER | **Paula Roach Brown** |
| RAPID REWARDS # | ███████ |
| TICKET # | 5262108953193 |
| EXPIRATION[1] | August 13, 2020 |
| EST. POINTS EARNED | 1,197 |

Rapid Rewards® points are only estimations.

# Your itinerary

| Flight 1: | Monday, 09/16/2019 | Est. Travel Time: **1h 40m** | Wanna Get Away® |
|---|---|---|---|

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 1776 | **SAN 11:10**AM San Diego | **SFO 12:50**PM San Francisco |

| Flight 2: | Thursday, 09/19/2019 | Est. Travel Time: **1h 40m** | Wanna Get Away® |
|---|---|---|---|

| FLIGHT<br># 1779 | DEPARTS<br>**SFO 06:10**PM<br>San Francisco | ARRIVES<br>**SAN 07:50**PM<br>San Diego |
|---|---|---|

## Payment information

| **Total cost** | | | **Payment** |
|---|---|---|---|
| **Air - JY9O9G** | | | Visa ending in 3368<br>Date: August 14, 2019 |
| Base Fare | $ | 199.41 | |
| U.S. Transportation Tax | $ | 14.95 | **Payment Amount: $242.96** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 8.40 | Visa ending in 3368<br>Date: August 14, 2019 |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| EarlyBird | $ | 50.00 | **Payment Amount: $25.00** |
| **Total** | **$** | **292.96** | Visa ending in 3368<br>Date: August 14, 2019 |
| | | | **Payment Amount: $25.00** |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262108953193

## Prepare for takeoff

**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.

**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

2



Love Field
P.O. Box 36647 – 1CR
Dallas, TX 75235 – 1647
(800) 435-9792
(972) 656-2561 (fax)

## SOUTHWEST AIRLINES

Ticket No: 5262108953193    PNR No: JY9O9G

Issue Date: 14/Aug/2019        Res System: ALTEA
TKT EXP: 13/Aug/2020
Exchanged To: 5262119623586
Payee -    FirstName: PAULA        LastName: BROWN

PAX:BROWN, PAULA
Purchaser:,
Customer No: ██████████
ARC No:

Itinerary    Payments    Fare Calc line    Address    Remarks    Associated EMDs    All
Itinerary

| CPN FLT | FLT Time | FLT Date | Ori-Dest | Status | FBC | FF | Total Tax | Total Tkt |
|---------|----------|----------|----------|--------|-----|-----|-----------|-----------|
| 0-1  1776 | 11:10 | 16/Sep/2019 | SANSFO | EXCH | ULN7PNR | WGA | | |
| 1-2  1779 | 18:10 | 19/Sep/2019 | SFOSAN | EXCH | GLNCPNR | WGA | | |

$ 43.55 **$242.96**

Payments

| FOP | Exp Date | Orig Amt | Remaining Amt Ref | NonRef | Amt |
|-----|----------|----------|------------------|--------|-----|
| CC 429436XXXXXX3368 | | $242.96 | $0.00 | $0.00 | $ 0.00 |

Associated EMDs

| EMD# | EMD Type | Status | FOP | Amount |
|------|----------|--------|-----|--------|
| 5269847177476 | EARLY BIRD | EXCH | CC 429436XXXXXX3368 | $25.00 |
| 5269847177477 | EARLY BIRD | EXCH | CC 429436XXXXXX3368 | $25.00 |

**Paula Brown**

| | |
|---|---|
| **From:** | United Airlines, Inc. <unitedairlines@united.com> |
| **Sent:** | Wednesday, August 14, 2019 2:26 PM |
| **To:** | Paula Brown |
| **Subject:** | Your United reservation for San Francisco, CA, US (SFO) is processing |

*Joint - Juice*

Add UnitedAirlines@news.united.com to your address book. See instructions.

 **UNITED** Wednesday, August 14, 2019

## Thank you for choosing United

 We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

Confirmation number:                                    Baltimore, MD, US (BWI)
                                                  to San Francisco, CA, US (SFO)

# DQ39YE

View trip details

## Purchase summary

| | |
|---|---|
| 1 senior (65+) | $342.33 |
| Taxes and fees | $54.27 |
| Additional services | |
| Travel Options bundle (1 Traveler) | |
|   BWI to SFO    Economy Plus® seating | $126.00 |
|                 Standard checked bag | |
|   SFO to BWI    Economy Plus® seating | $112.00 |
|                 Standard checked bag | |

| | |
|---|---|
| **Total** | **$634.60** |

Credit card payment: $634.60 (Visa-**3368)

## Trip summary

Tue, Sep 24, 2019

 UA 1675                                                                    Nonstop

**8:00 am**                      ✈      **10:58 am**                          Duration: 5h 58m
Baltimore, MD, US (BWI)                 San Francisco, CA, US                 United Economy (K)
                                        (SFO)                                 Meals for purchase

🛜  Wi-Fi  🔌  Power outlets

Thu, Sep 26, 2019

 UA 2063                                                                    Nonstop

**9:50 am**                      ✈      **6:04 pm**                            Duration: 5h 14m
San Francisco, CA, US                   Baltimore, MD, US (BWI)               United Economy (L)
(SFO)                                                                         Meals for purchase

🛜  Wi-Fi

## Travelers

| Marilyn Spencer | | | | |
| --- | --- | --- | --- | --- |
| | BWI to SFO | 8A Economy Plus® | Email address: Home phone: | pbrown@bholaw.com +1 4438393470 |
| | SFO to BWI | 7C Economy Plus® | | |



**SAVE** on base rates and **EARN** up to 2,750 miles on rentals of 2 or more days.

Terms apply.

Quote this offer                Hertz

**Need a hotel?**
MileagePlus® members receive special discounted rates and earn 2 miles per $1 spent.

See deals ›

UNITED Hotels | Presented by Hotels.com

2

 **Union**Bank·

*TB*
*pd 10/2/19*
*v#7781*

Union Ba    3usiness Rewards Visa® Credit
Card

Statement Period: 08/21/19 through 09/19/19

Account Number:

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 08/22 | 24251377A0T55GNVJ | REGENT SCHOOL CATERING FC SAN FRANCISCO CA | 9.41 |
| 08/22 | 24492157ALVRZGZ9X | UBER   TRIP HELP.UBER.COM CA *Joint Juice* | 49.10 |
| 08/22 | 24717057BMA1S37PP | SAN DIEGO COUNTY RAA SAN DIEGO  CA *Joint Juice* | 32.00 |
| 08/23 | 24492157BLTYGJQA7 | UBER   TRIP HELP.UBER.COM CA *Joint Juice* | 33.42 |

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Thursday, August 22, 2019 12:02 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Thursday morning trip receipt |

Joint juice

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "Uber Receipts" <uber.us@uber.com>
> **Date:** August 22, 2019 at 11:52:59 AM PDT
> **To:** <tblood@bholaw.com>
> **Subject: Thanks for tipping! We've updated your Thursday morning trip receipt**

## Uber

Total: $49.10
Thu, Aug 22, 2019

# Thanks for tipping, Tim

Here's your updated Thursday morning ride receipt.



| Total | $49.10 |
|---|---|

| Trip Fare | $29.42 |
|---|---|

| Subtotal | $29.42 |
|---|---|

1

Tolls, Surcharges, and Fees                               $11.50

Tip                                                                          $8.18

Amount Charged

**VISA**  •••• 0938 | Switch                                                 $49.10

You rode with Puja

    4.81 ★ Rating

Puja is known for:

Excellent Service

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

10:49am

Terminal 1, 1 Airport Dr, Oakland, CA

11:32am

530 Turk St, San Francisco, CA



Map data ©2019 Google



Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: timb66

REPORT LOST ITEM ⟩ | CONTACT SUPPORT ⟩ | MY TRIPS ⟩

Uber

3

```
          INSERT
         THIS END UP
   SAN D  GO AIRPORT
RECEIP          A2
ENTRY    ME:
08/22/        07:21
EXIT T  E:
08/22/        17:20
PARK-D  .: HRS:MIN
IN LOT    0:09:59
AMOUNT
     $ 3  00
KIND O  PAYMENT
VISA
XXXXXX XXXX0938
        XXXX 201
AUTH.  DE 022592
AMOUNT
```

# Uber

Thu, Aug 22, 2019

## Thanks for riding, Tim

We hope you enjoyed your ride this afternoon.

| Total | $33.42 |
|---|---|

| Trip Fare | $24.90 |
|---|---|

| Subtotal | $24.90 |
|---|---|
| Wait Time | $1.22 |
| Tolls, Surcharges, and Fees | $7.30 |

| VISA    ···· 0938 | $33.42 |
|---|---|

A temporary hold of $32.20 was placed on your payment method ···· 0938 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with Thanh**

Transportation Network Company: Uber Technologies, Inc.

UberX   13.40 miles | 25 min

■   02:58pm | Phillip Burton Federal Building, 450 Golden Gate Ave, San Francisco, CA

■   03:23pm | 314 Domestic Terminals Departures Level, San Francisco, CA

**UnionBank**

Union Ba   Business Rewards Visa® Credit Card

Statement Period: 08/21/19 through 09/19/19

Account Number:

*(handwritten: 2B  pd 10/2/19  ✓#7782)*

## Transactions

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 08/21 | 24269797A5SGBD6VN | SPECIALTYS CAFE AND BA SAN FRANCISCO CA | 8.71 |
| 08/21 | 24269797A8PVBE6WH | TOY SOLDIER SAN FRANCISCO CA | 80.39 |
| 08/21 | 244921579LYF8151Z | UBER  TRIP HELP.UBER.COM CA | 51.52 |
| 08/19 | 2469216782XD0D8NQ | SOUTHWES  5262110717770800-435-9792 TX | 444.96 |
| 08/19 | 2469216782XD0D8NX | SOUTHWES  5262110717771800-435-9792 TX | 444.96 |
| 08/23 | 24137467B2X98R2MQ | TST* WAYFARE TAVERN SAN FRANCISCO CA | 56.70 |
| 08/23 | 24269797QEJDZ4QMK | SPECIALTYS CAFE AND BA SAN FRANCISCO CA | 10.12 |
| 08/23 | 24755427B7LAPGQ93 | OMNI SAN FRANCISCO    415-6779494  CA | 987.46 |
| 08/24 | 24269797QEJDZ4QV9 | BOURBON PUB - 221 SAN FRANCISCO CA | 28.96 |
| 08/24 | 24492157QLTZSP9K7 | UBER  TRIP HELP.UBER.COM CA | 51.64 |
| 08/24 | 24755427Q7LB66TSR | OMNI SAN FRANCISCO SAN FRANCISCO CA | 1,733.54 |
| 08/25 | 24755427D50H3ELNA | OMNI SAN FRANCISCO SAN FRANCISCO CA | 1,135.82 |
| 08/25 | 24906417D292LG1YB | Dropbox*BWV22WBB7MF7    888-4468396  CA | 11.99 |
| 08/28 | 24692167H2XVP35HJ | SOUTHWES  5262114098432800-435-9792 TX | 224.96 |
| 09/11 | 24717057ZGYHB0GQT | FRONTIER AI Y6FB6F    720-3744390  CO | 305.60 |
| 09/12 | 24493987ZHGZ27WFM | SUPERSHUTTLE EXECUCARSFO 800-258-3826 CA | 149.74 |
| 09/13 | 2444500835SD7EMMW | HOTELSCOM8110376156575 HOTELS.COM  NV | 391.54 |
| 09/16 | 240552284606SXXGR | TRATTO AT THE MARKER SAN FRANCISCO CA | 82.93 |
| 09/16 | 244921583LSGV7NNS | UBER  TRIP HELP.UBER.COM CA | 48.97 |
| 09/16 | 2469216842XDJP4V1 | CIAO POST SAN (CP) SAN DIEGO  CA | 7.06 |
| 09/17 | 2426979855SFYJXDS | SPECIALTYS CAFE AND BA SAN FRANCISCO CA | 5.95 |
| 09/17 | 244921584LWE8RLK6 | UBER  TRIP HELP.UBER.COM CA | 14.22 |
| 09/18 | 244921585LRPLDTPV | UBER  TRIP HELP.UBER.COM CA | 14.09 |
| 09/18 | 244921585LYBM1KH4 | UBER  TRIP HELP.UBER.COM CA | 14.05 |
| 09/19 | 244921586LRT2X6ST | UBER  TRIP HELP.UBER.COM CA | 29.19 |

## Fees

 **Specialty's**

WED AUGUST 21, 2019
CHECK #770369-1

TRAY # 1

| | |
|---|---|
| 1 no bag | $0.00 |
| 1 CARAMEL MACCH-MD | $5.05 |
| 1 non fat milk | $0.00 |
| 1 ICED GREEN-LG | $3.30 |
| TAX | $0.03 |
| SERVICE | $0.33 |
| SUB-TOTAL | $8.71 |

| | | |
|---|---|---|
| SERVICE | : | $0.33 |
| SUB-TOTAL | : | $8.68 |
| TAX | : | $0.03 |
| TOTAL | | $8.71 |

*********************************************

HOW DID WE DO?

Tell us about your experience and
you could earn $100

55.       08/21/2019    06:23 PM

## Toy Soldier
52 Belden Pl
San Francisco, CA 94100
toysoldiersf.com

GA 3368                          201
1126 Swipe              IVETTE CR.

Subtotal              $ 59.00
*(4%) SF Mandate      $ 2.36
*(8.5 %) Sales Tax    $ 5.03

Check Total           $ 66.39

Tip          $ _____

Total        $ 80.39

PAULA R BROWN

ETTE CR.

;11 PM 08/21/2019

Thanks for tipping! We've updated your Tuesday afternoon trip receipt

From: Uber Receipts (uber.us@uber.com)

To: proach206@yahoo.com

Date: Tuesday, August 20, 2019, 03:42 PM PDT

Total: $51.52
Tue, Aug 20, 2019

# Thanks for tipping, Paula

Here's your updated Tuesday afternoon ride receipt.

## Total                                                $51.52

| | |
|---|---|
| Trip Fare | $34.84 |
| Subtotal | $34.84 |
| Tolls, Surcharges, and Fees | $8.10 |
| Tip | $8. |

**Paula Brown**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Monday, August 19, 2019 1:22 PM |
| **To:** | Paula Brown |
| **Subject:** | Sandra A Dent's 09/16 San Francisco trip (KS9D86): Your reservation is confirmed. |

Here's your itinerary and other important travel information.
View our mobile site | View in browser

## Southwest          Manage Flight | Flight Status | My Account



### Hello friends,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### SEPTEMBER 16 - SEPTEMBER 18

# MDW ✈ SFO

Chicago (Midway) to San Francisco

---

Confirmation # **KS9D86**                                Confirmation date: 08/19/2019

| **PASSENGER** | **Sandra A Dent** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262110717771 |
| EXPIRATION[1] | August 18, 2020 |

1

EST. POINTS EARNED    2,324

**PASSENGER**    **Diane Dent**
RAPID REWARDS #    Join or Log in
TICKET #    5262110717770
EXPIRATION[1]    August 18, 2020
EST. POINTS EARNED    2,324

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:** Monday, 09/16/2019    Est. Travel Time: **4h 45m**    Wanna Get Away®

| FLIGHT # 2315 | DEPARTS **MDW 08:50**AM Chicago (Midway) | ARRIVES **SFO 11:35**AM San Francisco |
|---|---|---|

**Flight 2:** Wednesday, 09/18/2019    Est. Travel Time: **4h 25m**    Wanna Get Away®

| FLIGHT # 0488 | DEPARTS **SFO 01:45**PM San Francisco | ARRIVES **MDW 08:10**PM Chicago (Midway) |
|---|---|---|

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - KS9D86** | | | Visa ending in 3368 Date: August 19, 2019 |
| Base Fare | $ | 774.62 | |
| U.S. Transportation Tax | $ | 58.10 | **Payment Amount: $444.96** |
| U.S. 9/11 Security Fee | $ | 22.40 | |
| U.S. Flight Segment Tax | $ | 16.80 | Visa ending in 3368 Date: August 19, 2019 |
| U.S. Passenger Facility Chg | $ | 18.00 | |
| | | | **Payment Amount: $444.96** |

2

| Total | $ | 889.92 |
|---|---|---|

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket numbers: 5262110717771, 5262110717770

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

 ## Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

3



**Save up to 30%**
and earn up to 2,400 Rapid Rewards® points
with Budget® on your trip.

**Budget®**

**Book car >**



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Francisco.

**Book hotel >**

**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

**Prepare now >**

5262110717771: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN CHI WN SFO224.82WN CHI162.49USD387.31END ZP MDW4.20SFO4.20 XF MDW4.5SFO4.5
5262110717770: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN CHI WN SFO224.82WN CHI162.49USD387.31END ZP MDW4.20SFO4.20 XF MDW4.5SFO4.5

WLNUPNR WLNUPNR
SLNVMNR SLNVMNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

## Contact us

Customer service | FAQs

**Connect with us**

**Get the mobile app**

' All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2019 Southwest Airlines Co. All Rights Reserved.



558 Sacramento Street
San Francisco, CA 94105

Server: Dinner B
            08/22/19 6:31 PM
Check #167            Table 6
Guest Count: 1

Input Type
            C (EMV Chip Read)
VISA CREDIT    xxxxxxxx3368
Time                  7:06 PM

Transaction Type      Sale
Authorization      Approved
Approval Code        022938
Payment ID    kJ9fPzqxpnJF
Application ID
            A0000000031010
Application Label
            VISA CREDIT
Terminal ID
        8d110cb37be4f763
Card Reader
        MAGTEK_EDYNAMO

    Subtotal    $43.05
    Tax          $3.65
    Amount      $46.70

    + Tip:    _____

    = Total:    56.70

X_____
        PAULA R BROWN


        Customer Copy


Interested in Booking a
    Private Room?
    Email us at
Events@WayfareTavern.com

 **Specialty's**

FRI AUGUST 23,2019
CHECK #771542-1

TRAY # 1

| | | |
|---|---|---|
| 1 | no bag | $0.00 |
| 2 | ICED GREEN-LG | $6.60 |
| 1 | RASPBERRY ALMOND SCN | $3.09 |
| | TAX | $0.04 |
| | SERVICE | $0.39 |
| | SUB-TOTAL | $10.12 |

| | | |
|---|---|---|
| SERVICE | : | $0.39 |
| SUB-TOTAL | · | $10.08 |
| TAX | · | $0.04 |
| **TOTAL** | | $10.12 |

*******************************************

HOW DID WE DO?

Tell us about your experience and
you could earn $100 credit at specialtys

Please visit
specialtys.com/survey

*******************************************
A 4% service charge is
included, in part, to help
offset the additional
regulatory costs of doing
business in the city of
San Francisco
TAKE AWAY
Time: 10:38    1 CUSTOMER

PAULA

Have A Great Day
12345

YOU HAVE BEEN SERVED
BY : Tanya T.

ORDER    2167

VISA         :   $10.12
************3368

# OMNI ❦ HOTELS & RESORTS
## san francisco

Eric Fishon
7 PLANTATION DRIVE
Hauppauge NY 11788
United States

INFORMATION
INVOICE
Membership No    : 8770960134
A/R Number       :
Company Name     :

| | |
|---|---|
| Room No. | : 1626 |
| Arrival | : 08/20/19 |
| Departure | : 08/22/19 |
| Folio No. | : |
| Conf. No. | : 3453022 |
| Cashier No. | : 613 |
| Custom Ref. | : |
| Page No. | : 1 of 2 |

| Date | Description | Charges | Payment |
|---|---|---|---|
| 08/20/19 | Room Charge | 399.00 | |
| 08/20/19 | 14% City Occupancy Tax | 55.86 | |
| 08/20/19 | .195% California Tourism Tax | 0.78 | |
| 08/20/19 | 1% Tourism Improvement District | 3.99 | |
| 08/20/19 | 1.25% Moscone Expansion District | 4.99 | |
| 08/20/19 | Destination Charge | 25.00 | |
| 08/20/19 | 14% DC City Occupancy Tax | 3.50 | |
| 08/20/19 | .195% DC California Tourism Tax | 0.05 | |
| 08/20/19 | 1% DC Tourism Improvement District | 0.25 | |
| 08/20/19 | 1.25% DC Moscone Expansion District | 0.31 | |
| 08/21/19 | Room Charge | 399.00 | |
| 08/21/19 | 14% City Occupancy Tax | 55.86 | |
| 08/21/19 | .195% California Tourism Tax | 0.78 | |
| 08/21/19 | 1% Tourism Improvement District | 3.99 | |
| 08/21/19 | 1.25% Moscone Expansion District | 4.99 | |
| 08/21/19 | Destination Charge | 25.00 | |
| 08/21/19 | 14% DC City Occupancy Tax | 3.50 | |
| 08/21/19 | .195% DC California Tourism Tax | 0.05 | |
| 08/21/19 | 1% DC Tourism Improvement District | 0.25 | |
| 08/21/19 | 1.25% DC Moscone Expansion District | 0.31 | |
| 08/22/19 | Visa<br>XXXXXXXXXXXX3368 XX/XX | | 987.46 |

Omni San Francisco | 500 California St, San Francisco, CA 94104 | Ph: (415) 677-9494 Fx: (415) 677-4108 Reservations: (800) 843-6664



## OMNI HOTELS & RESORTS
### san francisco

Eric Fishon
7 PLANTATION DRIVE
Hauppauge NY 11788
United States

INFORMATION
INVOICE
Membership No     : 8770960134
A/R Number        :
Company Name      :

| | | |
|---|---|---|
| Room No. | : 1626 | |
| Arrival | : 08/20/19 | |
| Departure | : 08/22/19 | |
| Folio No. | : | |
| Conf. No. | : 3453022 | |
| Cashier No. | : 613 | |
| Custom Ref. | : | |
| Page No. | : 2 of 2 | |

| | | | |
|---|---|---|---|
| **Total** | | 987.46 | 987.46 |
| **Balance** | | | **0.00** |

**Thank you for staying at the Omni Hotel San Francisco**

Omni San Francisco | 500 California St, San Francisco, CA 94104 | Ph: (415) 677-9494 Fx: (415) 677-4108 Reservations: (800) 843-6664

```
Bourbon Pub 221
         SFO INT'L AIRPORT
  Date:       Aug23'19 05:16PM
      Card Type:  Visa
  Acct #:      XXXXXXXXXXXXX3368
      Card Entry: SWIPED
      Trans Type: PURCHASE
      Auth Code:  023418
         Check:      3083
         Table:      108/2
      Server:    1041 Michael

  Subtotal:         22.96

Tip:_____

Total:_____ 26.96

      Keep for your records
*CUSTOMER COPY*
```

Thanks for tipping! We've updated your Friday afternoon trip receipt

From: Uber Receipts (uber.us@uber.com)

To: proach206@yahoo.com

Date: Friday, August 23, 2019, 04:33 PM PDT

# Uber

Total: $51.64
Fri, Aug 23, 2019

# Thanks for tipping, Paula

Here's your updated Friday
afternoon ride receipt.



# Total                           # $51.64

| Trip Fare | $34.94 |
|---|---|
| Subtotal | $34.94 |
| Tolls, Surcharges, and Fees | $8.10 |
| Tip | $8. |

# OMNI ❀ HOTELS & RESORTS
## san francisco

Paula Brown
501 WEST BROADWAY SUITE 1490
San Diego CA 92101
United States

INVOICE
Membership No      :
A/R Number         :
Company Name       :

| | |
|---|---|
| Room No. | : 1308 |
| Arrival | : 08/20/19 |
| Departure | : 08/23/19 |
| Folio No. | : 105780 |
| Conf. No. | : 3453386 |
| Cashier No. | : 2541 |
| Custom Ref. | : |
| Page No. | : 1 of 3 |

| Date | Description | Charges | Payment |
|---|---|---|---|
| 08/20/19 | Bob's Steak & Chop House<br>Check#0225363 | 91.96 | |
| 08/20/19 | Room Service<br>Check#0238626 | 54.14 | |
| 08/20/19 | Room Charge | 399.00 | |
| 08/20/19 | 14% City Occupancy Tax | 55.86 | |
| 08/20/19 | .195% California Tourism Tax | 0.78 | |
| 08/20/19 | 1% Tourism Improvement District | 3.99 | |
| 08/20/19 | 1.25% Moscone Expansion District | 4.99 | |
| 08/20/19 | $25 Destination Charge | 25.00 | |
| 08/20/19 | 14% DC City Occupancy Tax | 3.50 | |
| 08/20/19 | .195% DC California Tourism Tax | 0.05 | |
| 08/20/19 | 1% DC Tourism Improvement District | 0.25 | |
| 08/20/19 | 1.25% DC Moscone Expansion District | 0.31 | |
| 08/21/19 | Bob's Steak & Chop House<br>Check#0216315 | 70.59 | |
| 08/21/19 | Bob's Steak & Chop House<br>Check#0225546 | 42.81 | |
| 08/21/19 | Room Charge | 399.00 | |
| 08/21/19 | 14% City Occupancy Tax | 55.86 | |
| 08/21/19 | .195% California Tourism Tax | 0.78 | |
| 08/21/19 | 1% Tourism Improvement District | 3.99 | |
| 08/21/19 | 1.25% Moscone Expansion District | 4.99 | |
| 08/21/19 | $25 Destination Charge | 25.00 | |

# OMNI ✤ HOTELS & RESORTS
## san francisco

Paula Brown
501 WEST BROADWAY SUITE 1490
San Diego CA 92101
United States

INVOICE
Membership No        :
A/R Number           :
Company Name         :

| | |
|---|---|
| Room No. | : 1308 |
| Arrival | : 08/20/19 |
| Departure | : 08/23/19 |
| Folio No. | : 105780 |
| Conf. No. | : 3453386 |
| Cashier No. | : 2541 |
| Custom Ref. | : |
| Page No. | : 2 of 3 |

| Date | Description | Charges | Payment |
|---|---|---|---|
| 08/21/19 | 14% DC City Occupancy Tax | 3.50 | |
| 08/21/19 | .195% DC California Tourism Tax | 0.05 | |
| 08/21/19 | 1% DC Tourism Improvement District | 0.25 | |
| 08/21/19 | 1.25% DC Moscone Expansion District | 0.31 | |
| 08/22/19 | Bob's Steak & Chop House Check#0225754 | 27.79 | |
| 08/22/19 | Room Charge | 369.00 | |
| 08/22/19 | 14% City Occupancy Tax | 51.66 | |
| 08/22/19 | .195% California Tourism Tax | 0.72 | |
| 08/22/19 | 1% Tourism Improvement District | 3.69 | |
| 08/22/19 | 1.25% Moscone Expansion District | 4.61 | |
| 08/22/19 | $25 Destination Charge | 25.00 | |
| 08/22/19 | 14% DC City Occupancy Tax | 3.50 | |
| 08/22/19 | .195% DC California Tourism Tax | 0.05 | |
| 08/22/19 | 1% DC Tourism Improvement District | 0.25 | |
| 08/22/19 | 1.25% DC Moscone Expansion District | 0.31 | |
| 08/23/19 | Visa XXXXXXXXXXXX3368 XX/XX | | 1,733.54 |

| | Total | 1,733.54 | 1,733.54 |
|---|---|---|---|
| | Balance | | 0.00 |

**Thank you for staying at the Omni Hotel San Francisco**

Omni San Francisco | 500 California St, San Francisco, CA 94104 | Ph: (415) 677-9494 Fx: (415) 677-4108 Reservations: (800) 843-6664

# OMNI ❖ HOTELS & RESORTS
## san francisco

Beverley Avery
501 WEST BROADWAY SUITE 1490
San Diego CA 92101
United States

INFORMATION
INVOICE
Membership No      :
A/R Number         :
Company Name       :

| | |
|---|---|
| Room No. | : 0423 |
| Arrival | : 08/22/19 |
| Departure | : 08/24/19 |
| Folio No. | : |
| Conf. No. | : 3453048 |
| Cashier No. | : 3596 |
| Custom Ref. | : |
| Page No. | : 1 of 2 |

| Date | Description | Charges | Payment |
|---|---|---|---|
| 08/22/19 | Bob's Steak & Chop House<br>Check#0225769 | 79.39 | |
| 08/22/19 | Room Charge | 329.00 | |
| 08/22/19 | 14% City Occupancy Tax | 46.06 | |
| 08/22/19 | .195% California Tourism Tax | 0.64 | |
| 08/22/19 | 1% Tourism Improvement District | 3.29 | |
| 08/22/19 | 1.25% Moscone Expansion District | 4.11 | |
| 08/22/19 | Destination Charge | 25.00 | |
| 08/22/19 | 14% DC City Occupancy Tax | 3.50 | |
| 08/22/19 | .195% DC California Tourism Tax | 0.05 | |
| 08/22/19 | 1% DC Tourism Improvement District | 0.25 | |
| 08/22/19 | 1.25% DC Moscone Expansion District | 0.31 | |
| 08/23/19 | Room Service<br>Check#0238759 | 55.43 | |
| 08/23/19 | Bob's Steak & Chop House<br>Check#0216493 | 87.70 | |
| 08/23/19 | Room Charge | 329.00 | |
| 08/23/19 | 14% City Occupancy Tax | 46.06 | |
| 08/23/19 | .195% California Tourism Tax | 0.64 | |
| 08/23/19 | 1% Tourism Improvement District | 3.29 | |
| 08/23/19 | 1.25% Moscone Expansion District | 4.11 | |
| 08/23/19 | Destination Charge | 25.00 | |
| 08/23/19 | 14% DC City Occupancy Tax | 3.50 | |



# OMNI ✿ HOTELS & RESORTS
## san francisco

Beverley Avery
501 WEST BROADWAY SUITE 1490
San Diego CA 92101
United States

INFORMATION
INVOICE
Membership No      :
A/R Number         :
Company Name       :

| | |
|---|---|
| Room No. | : 0423 |
| Arrival | : 08/22/19 |
| Departure | : 08/24/19 |
| Folio No. | : |
| Conf. No. | : 3453048 |
| Cashier No. | : 3596 |
| Custom Ref. | : |
| Page No. | : 2 of 2 |

| Date | Description | Charges | Payment |
|---|---|---|---|
| 08/23/19 | .195% DC California Tourism Tax | 0.05 | |
| 08/23/19 | 1% DC Tourism Improvement District | 0.25 | |
| 08/23/19 | 1.25% DC Moscone Expansion District | 0.31 | |
| 08/24/19 | Room Service<br>Check#0238797 | 88.88 | |
| 08/24/19 | Visa<br>XXXXXXXXXXXX3368 XX/XX | | 1,135.82 |

| | Total | 1,135.82 | 1,135.82 |
|---|---|---|---|
| | **Balance** | | **0.00** |

**Thank you for staying at the Omni Hotel San Francisco**

Omni San Francisco | 500 California St, San Francisco, CA 94104 | Ph: (415) 677-9494 Fx: (415) 677-4108 Reservations: (800) 843-6664

## Paula Brown

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Wednesday, August 28, 2019 2:43 PM |
| **To:** | Paula Brown |
| **Subject:** | Paula Roach Brown's 09/24 San Francisco trip (KAZ4VY): Your reservation is confirmed. |



Here's your itinerary and other important travel information.

View our mobile site | View in browser

Manage Flight | Flight Status | My Account

# Hi Paula Roach,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### SEPTEMBER 24 - SEPTEMBER 25

# SAN ⊠ SFO

San Diego to San Francisco

Confirmation # **KAZ4VY**                    Confirmation date: 08/28/2019

| | |
|---|---|
| **PASSENGER** | **Paula Roach Brown** |
| RAPID REWARDS # | ██████████ |
| TICKET # | 5262114098432 |
| EXPIRATION[1] | August 27, 2020 |
| EST. POINTS EARNED | 1,097 |

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight 1:** Tuesday, 09/24/2019    Est. Travel Time: **1h 35m**    Wanna Get Away® |
|---|

| FLIGHT # 1346 | **DEPARTS** **SAN 08:20**AM San Diego | ⊠ | **ARRIVES** **SFO 09:55**AM San Francisco |
|---|---|---|---|

| **Flight 2:** Wednesday, 09/25/2019    Est. Travel Time: **1h 40m**    Wanna Get Away® |
|---|

1

| | DEPARTS | | ARRIVES | |
|---|---|---|---|---|
| FLIGHT # 1779 | **SFO 06:10**PM<br>San Francisco |  | **SAN 07:50**PM<br>San Diego | |

# Payment information

| **Total cost** | | | **Payment** |
|---|---|---|---|
| **Air - KAZ4VY** | | | Visa ending in 3368 |
| Base Fare | $ | 182.66 | Date: August 28, 2019 |
| U.S. Transportation Tax | $ | 13.70 | **Payment Amount: $224.96** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 8.40 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **224.96** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262114098432

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

## Don't miss out on automatic check-in

 EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >





## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Francisco.

Book hotel >



Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262114098432: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO66.68WN SAN115.98USD182.66END ZP SAN4.20SFO4.20 XF SAN4.5SFO4.5

FLNUPNR
PZNUHNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

## Contact us

Customer service | FAQs

## Connect with us





Get the mobile app

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2019 Southwest Airlines Co. All Rights Reserved.



3

**Paula Brown**

| From: | Frontier Airlines <flights@emails.flyfrontier.com> |
|---|---|
| Sent: | Saturday, September 14, 2019 3:19 PM |
| To: | Paula Brown |
| Subject: | Your Flight Confirmation Code Y6FB6F |



# PURCHASE CONFIRMATION

Thank you for your purchase with us!

Your flight confirmation code is:  **Y6FB6F**

You can check-in and retrieve your boarding pass 24 hours before your flight.

Need to update or cancel/change your flight?

 **ACCESS YOUR BOOKING**

## PURCHASE SUMMARY

1

Case 3:16-cv-06980-RS    Document 328-14    Filed 04/04/23    Page 113 of 297

## AMOUNT PAID: $305.60

| FLIGHTS | Subtotal: $121.60 |
|---|---|

### DEPARTING FLIGHT 2354



**Fort Myers (RSW) to Philadelphia (PHL)**
Depart: 9/19/2019 7:12 PM | Arrive: 9/19/2019 9:49 PM
Total Duration: 2 hr 37 min

### RETURNING FLIGHT 2355



**Philadelphia (PHL) to Fort Myers (RSW)**
Depart: 9/20/2019 3:53 PM | Arrive: 9/20/2019 6:45 PM
Total Duration: 2 hr 52 min

## PASSENGERS

### ADULT(S)



**1 - Susan Caiazzo**
Not a *FRONTIER Miles*sm Member? Sign Up!

| BUNDLE IT | Subtotal: $184.00 |
|---|---|

### BUNDLED SAVINGS



**The WORKS**sm **Bundle**
$184.00 | Per passenger
Included: Refundability, No change fees*, Carry-on, Checked Bag & Seat Assignment

## SEATS                                    Included with your Bundle!

### SEATS - RSW to PHL

1 - Susan Caiazzo

Seat Assignment: 7D

### SEATS - PHL to RSW

1 - Susan Caiazzo

Seat Assignment: 6C

## BAGS                                     Included with your Bundle!

### BAGS - RSW to PHL

1 - Susan Caiazzo

Carry-On | Qty 1

Checked | Qty 1

### BAGS - PHL to RSW

1 - Susan Caiazzo

Carry-On | Qty 1

Checked | Qty 1

## PASSENGER OPTIONS & EXTRAS DETAIL

Susan Caiazzo
TheWORKS℠ Bundle                                         $184.00

## PURCHASE TOTAL

| | |
|---|---|
| Airfare | $47.44 |
| Options | $184.00 |
| Taxes and Carrier-Imposed Fees | $74.16 |
| **Grand Total** | **$305.60** |

## PAYMENT: VISA

| | |
|---|---|
| **Total** | **$305.60** |

| | |
|---|---|
| Payment Date | 09-11-2019 |
| Payment Type | VISA |
| ***Approved*** | XXXXXXXXXXXX3368 |

✈ BOOK A FLIGHT      🏷 ONLINE DEALS      🌐 MANAGE TRAVEL

**FRONTIER**

4

**SuperShuttle**

Thank you Sandra! Your reservation with SuperShuttle has been saved.

| Ride from  SFO | Confirmation # 2647587 |
|---|---|

**Pick-Up Location**
San Francisco Airport (SFO)
**Drop-Off Location**
Hotel Adagio, Autograph Collection 550 Geary St, SF, CA, US 94102
**Flight Arrival Time**
Mon, Sep 16, 2019 11:35 AM
**Ride Type** Premium Sedan - Curbside Pickup

| Ride to  SFO | Confirmation # 2647586 |
|---|---|

**Pick-Up Location** Hotel Adagio, Autograph Collection 550 Geary St, SF, CA, US 94102
**Drop-Off Location**
SFO
**Flight Date & Time** Wed, Sep 18, 2019 1:45 PM
**Pick-Up Time**
Wed, Sep 18, 2019 11:45 AM
**Ride Type** Premium Sedan

| Passenger/Payment | Total $149.74 USD |
|---|---|

| Passengers 2 | Wheelchair No |
|---|---|

**Payment Type** ****3368Visa
**Price Details**

| | |
|---|---|
| From SFO | $61.75 USD |
| Gratuity | $11.12 USD |
| Airport Entry Fee | $2.00 USD |
| To SFO | $61.75 USD |
| Gratuity | $11.12 USD |
| Airport Entry Fee | $2.00 USD |
| **Total Round-Trip Cost** | $149.74 USD |

**Paula Brown**

| | |
|---|---|
| **From:** | Hotels.com <confirmation@mail.hotels.com> |
| **Sent:** | Friday, September 13, 2019 1:43 PM |
| **To:** | Paula Brown |
| **Subject:** | Hotels.com booking confirmation 8110376156575 - The Westin Philadelphia - Philadelphia |

 Hotels.com™

 Dear Susan, your booking is guaranteed and all paid for.

 Manage booking         Print receipt         Book again

 **Go paperless!** Download our app to access and manage this booking offline.        **Download for free**

**The Westin Philadelphia**
99 S 17th St
Philadelphia
19103
PA
US
+12155631600



Need to make a change? Don't worry, it's quick and easy to amend or cancel your booking online. Manage your booking

| | |
|---|---|
| Hotels.com confirmation number | 8110376156575 |
| Check-in | Thursday, September 19, 2019 (3 PM-midnight local time) |
| Check-out | Friday, September 20, 2019 (Before noon local time) |
| Your stay | 1 night, 1 room |
| Cancellation policy | Free cancellation until 09/16/19 16:00 (GMT-05:00) |

1

Amount paid                                    $391.54

See full payment details below





You could be on your way to getting **1 free night**

Collect 10 nights, get 1 free. Just sign up and we'll add 1 night after your stay

**Sign Up**

## Hotel Details

The Westin Philadelphia

99 S 17th St, Philadelphia, 19103, PA, US

Phone: +12155631600

| Required at check-in | · Credit card or cash deposit required |
| --- | --- |
| | · Government-issued photo ID required |
| | · Minimum check-in age is 21 |

## Room details

| Room | Traditional Room, 2 Double Beds |
| --- | --- |
| | Susan Caiazzo, 2 adults |
| Preferences | Non Smoking, 2 Double Beds |

**Please note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges.

2

Facilities

 FREE WIFI

**2 Double Beds**
Overlooking the city

**Internet** - WiFi and wired Internet access
**Entertainment** - 55-inch flat-screen TV with premium channels, first-run movies, video game console
**Food & Drink** - Coffee/tea maker, minibar, 24-hour room service, and microwave (on request)
**Sleep** - Pillowtop bed, premium bedding, a down duvet, and blackout drapes/curtains
**Bathroom** - Private bathroom, bathrobes, and a shower/tub combination with a rainfall showerhead
**Practical** - Safe, free newspaper, and iron/ironing board; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Daily housekeeping and climate-controlled heating and air conditioning
**Accessibility** - Wheelchair accessible
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

## Payment details

| | | |
|---|---|---|
| **Price for room 1** | **Thursday**, September 19, 2019 | $339.00 |
| Tax recovery charges and service fees | | $52.54 |
| **Total amount paid** | | **$391.54** |

 **Thank you for paying using your Visa ending in 3368. Your booking is guaranteed.**
You'll need to pay any additional charges and fees incurred during your stay at the hotel in their local currency.

**Cancellation policy**       **Free cancellation until 09/16/19**
If you change or cancel your booking after 16:00, 09/16/19 (GMT-05:00) you will be charged for 1 night (including tax)
We will not be able to refund any payment for no-shows or early check-out.

**Your contact details**       pbrown@bholaw.com, 2392145774

3

```
                    ratto
              501 Geary @ Taylor
          San Francisco  CA  94102
               415 292 0101


ver: Santos              DOB: 09/16/2019
26 PM                         09/16/2019
1                                5/50001


              SALE

;a                            6291484
·d #XXXXXXXXXXXXX3368
gnetic card present: Yes
———  .-thod:  S

ɔɩɔval: 016234

              Amount:       $68.93

              + Tip:  _____ _____

              = Total:  8293


      I agree to pay the above
   total amount according to the
       card issuer agreement.

_____  __ _____


         ** Guest Copy **
```

Thanks for tipping! We've updated your Monday morning trip receipt

From:  Uber Receipts (uber.us@uber.com)

To:    proach206@yahoo.com

Date:  Monday, September 16, 2019, 11:21 AM PDT

# Uber

Total: $48.97
Mon, Sep 16, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated
your Monday morning trip receipt



# Total                      # $48.97

| Trip Fare | $27.68 |
|---|---|
| Subtotal | $27.68 |
| Tolls, Surcharges, and Fees | $11.50 |
| Tip | $9 |

7

9

Amount Charged

 •••• 3368  Switch                                    $48.97

You rode with Yonus

                     4.94 ★ Rating

Yonus is known for:

Excellent Service

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX     20.31 mi | 58 min

■    10:07am

Terminal 1, 1 Airport Dr,

Oakland, CA

↓    11:05am

555 Geary St, San Francisco,

CA



Map data ©2019 Google



Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >      CONTACT SUPPORT  >      MY TRIPS  >

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

tolerance complaint by visiting help.uber.com.

OPERATED BY



CIAO
SAN DIEGO AIRPORT

768 Sarah
- - - - - - - - - - - - - - - - - - - - - - - - - - -
HK 9644                      GST 2
        SEP16 19  7:16AM
- - - - - - - - - - - - - - - - - - - - - - - - - - -

 1 COFFEE A
   046121263702
 1 WTR ARTC SOL I          5.65

   SUBTOTAL               6.55
   TAX                    0.51
   AMOUNT PAID      7.06
        891 XXX3168

   VISA CC
   Auth Closed SEP16 07:16AM

WE WANT TO HAVE  OUR FOOD
PLEASE CONTACT 877-672 7467
OR CUSTOMERSERVICE@HMC
  TO SHARE YOUR EXPERIENCE.

   STOREID: SANCIA01

Your order number is: 9644

 Specialty's

TUE SEPTEMBER 17,2019
CHECK #781039-1

```
        TRAY  #     1
 1 COFFEE DOMINGO-SM     $2.40
 1 no bag                $0.00
 1 ICED GREEN-LG         $3.30
   TAX                   $0.02
   SERVICE               $0.23
   SUB-TOTAL             $5.95


   SERVICE                $0.23
      -TOTAL                .93
                           .02
  TOTAL           $5.  5
```

******************************* ********

WHAT DO YOU THINK?

Thanks for tipping! We've updated your Tuesday morning trip receipt

From:  Uber Receipts (uber.us@uber.com)

To:    proach206@yahoo.com

Date:  Tuesday, September 17, 2019, 11:50 AM PDT

## Uber

Total: $14.22
Tue, Sep 17, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated your Tuesday morning trip receipt



# Total                                    $14.22

Trip Fare                                  $6.42

Subtotal                                   $6.42

Tolls, Surcharges, and Fees                $
                                           2
                                           .
                                           8
                                           0

Tip                                        $
                                           5
                                           .

0

0

Amount Charged

 **VISA** •••• 3368  Switch                              $14.22

You rode with Sungchul

     4.9 ★ Rating

Sungchul is known for:

Excellent Service

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    1.41 mi | 8 min

■    11:16am
555 Geary St, San Francisco, CA

↓    11:25am
101 California St, San Francisco, CA





Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >          CONTACT SUPPORT  >          MY TRIPS  >

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

tolerance complaint by visiting help.uber.com.

tolerance complaint by visiting help.uber.com.

Thanks for tipping! We've updated your Tuesday afternoon trip receipt

From:   Uber Receipts (uber.us@uber.com)

To:     proach206@yahoo.com

Date:   Tuesday, September 17, 2019, 06:01 PM PDT

# Uber

Total: $14.09
Tue, Sep 17, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated your Tuesday afternoon trip receipt



# Total                           $14.09

| | |
|---|---|
| Trip Fare | $6.29 |
| Subtotal | $6.29 |
| Tolls, Surcharges, and Fees ❓ | $2.80 |
| Tip | $5 |

0

0

## Amount Charged

 •••• 3368  Switch                                      $14.09

## You rode with Mohammed

     4.9 ★ Rating

Mohammed is known for:

Excellent Service

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    1.25 mi | 9 min

■    03:31pm
143 California St, San
Francisco, CA

▲    03:41pm
550 Geary St, San Francisco,

CA



Map data ©2019 Google



Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >          CONTACT SUPPORT  >          MY TRIPS  >

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

tolerance complaint by visiting help.uber.com.

Thanks for tipping! We've updated your Wednesday afternoon trip receipt

From:  Uber Receipts (uber.us@uber.com)

To:    proach206@yahoo.com

Date:  Wednesday, September 18, 2019, 12:41 PM PDT

# Uber

Total: $14.05
Wed, Sep 18, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated your Wednesday afternoon trip receipt



# Total                      $14.05

| | |
|---|---|
| Trip Fare | $6.25 |
| Subtotal | $6.25 |
| Tolls, Surcharges, and Fees | $2.80 |
| Tip | $5 |

0

0

Amount Charged

 •••• 3368  Switch                                    $14.05

You rode with Rogelio

                4.97 ★ Rating

Rogelio is known for:

Excellent Service

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    1.42 mi | 10 min

■    12:16pm
     555 Geary St, San Francisco,
     CA

↓    12:27pm
     123 California St, San

Francisco, CA



Map data ©2019 Google



Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >        CONTACT SUPPORT  >        MY TRIPS  >

FAQ

Forgot password

Read about our zero tolerance policy  Report a zero

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

tolerance complaint by visiting help.uber.com.

Thanks for tipping! We've updated your Wednesday afternoon trip receipt

From:  Uber Receipts (uber.us@uber.com)

To:  proach206@yahoo.com

Date:  Wednesday, September 18, 2019, 03:20 PM PDT

## Uber

Total: $20.19
Wed, Sep 18, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated your Wednesday afternoon trip receipt



# Total

# $20.19

| | |
|---|---|
| Trip Fare | $11.59 |
| Subtotal | $11.59 |
| Tolls, Surcharges, and Fees ❓ | $3.60 |
| Tip | $5 |

0

0

Amount Charged

 •••• 3368  Switch                                    $20.19

You rode with Ariand

                    4.95 ★ Rating

Ariand is known for:

Excellent Service

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

Comfort      1.08 mi | 7 min

■    02:50pm
     143 California St, San
     Francisco, CA

↓    02:58pm
     555 Geary St, San Francisco,

CA





Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >          CONTACT SUPPORT  >          MY TRIPS  >

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

tolerance complaint by visiting help.uber.com.

BLOOD, HURST & O'REARDON LLP

**ERIC FISHON**

**JOINT JUICE**

9/10/19

7732

518.21

**UNION BANK - NEW    REIMB TRAVEL EXPENSES**

518.21

SF5001NLHG-1

Safeguard  LITHO USA    SPRG1  CATSHG11TH-

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 760-804-8088

C9ZM8W0010000    Y18SF007668

F72438  SLKDK02  03/08/2019 13:22 .21.



```
        JFK Airport Terminal 5
       Food Court  Velocity Bar
          OTG Management
CHECK:        1681
SERVER:     2521 Trevaun
DATE:       AUG20'19  7:41AM
CARD TYPE:  Master Card
ACCT #:     XXXXXXXXXXXX5784    *
EXP DATE:   XX/XX
AUTH CODE:  035122

SUBTOTAL:           16.33
Merchant : 34343
Terminal ID: 1
******      Purchase      ******

Card #      : ***********5784 C
Exp Date    : **/**
Response Code : 00
```



```
              Pier 39
          San Francisco, CA

Server: Robin            DOB: 08/20/2019
08:23 PM                     08/20/2019
201*/1                         1/10033

                SALE

M/C                            2097158
Card #XXXXXXXXXXXXX8460
Magnetic card present: FISHON/ERIC
Card Entry Method: S

Approval: 237682

            Amount:      $54.68

            + Tip: _____12-_____

          = Balance Due: ___66.68___

        I agree to pay the above
       total amount according to the
          card issuer agreement.

                        
X_____

     A suggested gratuity of 15% - 20%
      is customary. The amount of
     gratuity is always discretionary.
--------------------------------------
      "There are no spare customers"
          -Tilman J. Fertitta
      Tell us what you think about your
    experience today, and be entered for
  a chance to win a $500 Landry&s Gift card.
     Visit https://survey.landrysinc.com
          to share your feedback.
  See Official rules at: www.ldryor.com


       Thank You! Come again.
```

```
TABLE#      25/1
SERVER      100052/Bryan
CHECK#      6381
        2019/08/22 07:27:06
        *****Authorize*****
MERC ID:0010600008030727567601
REF No: 822152706 CHIP
CT No:  ************8460
EXP:    XX/XX
CARD:   MASTERCARD
CheckNo:6381
TableNo:25/1
APPROVAL CODE: 247922
                Subtotal: $35.81

                Tip: _____
                       6-
                Total: 41-81

        _____
                 SIGNATURE

              BOB'S
       STEAK & CHOP HOUSE
        SAN FRANCISCO , CA

100052 Bryan                      2
--------------------------------------
TBL 25/1      CHK 6381   GST 1
        AUG22'19  7:52AM
--------------------------------------

1 GRAIN BOWL BOB'S      19.00
1 COFFEE                 7.00
  NUTS
1 OPEN FOOD              7.00

  FOOD SALES            33.00
  TAX                    2.81
  TOTAL              $35.81
```

# Uber

Total: **$67.02**

Thu, Aug 22, 2019

# Thanks for tipping, Eric

Here's your updated Thursday morning ride receipt.



# Total

# $67.02

✦ You earned 116 points on this trip

9:21 ⅞

<All Inboxes    ∧    ∨

**Uber**                          Total: **$13.30**
                                  Tue, Aug 20, 2019

# Thanks for tipping, Eric

Here's your updated Tuesday evening ride receipt.



# Total                    # $13.30

➤ You earned 20 points on this trip

Trip Fare                          $7.50

Uber

# Thanks for tipping, Eric

Here's your updated Tuesday afternoon ride receipt.



## Total                    $39.66

◆  You earned 68 points on this trip

---

Trip Fare                          $27.19

# Uber

Total: **$76.64**
Tue, Aug 20, 2019

# Thanks for tipping, Eric

Here's your updated Tuesday morning ride receipt.



# Total                    $76.64

➤  You earned 133 points on this trip

# Uber

**Total: $160.96**
Thu, Aug 22, 2019

# Thanks for tipping, Eric

Here's your updated Thursday evening ride receipt.



**9:29**

‹ All Inboxes                    ∧  ∨

> Manhattan trips below 96th St. <u>Learn more</u>

| | |
|---|---|
| Trip Fare | $104.94 |

| | |
|---|---|
| **Subtotal** | **$104.94** |
| State Sales Tax  | $10.64 |
| NY Black Car Fund ? | $3.00 |
| Tolls, Surcharges, and Fees ? | $15.00 |
| Tip | $26.71 |

| | |
|---|---|
| Before Taxes | $131.57 |
| NY State Black Car Fund (2.5%) ? | $2.01 |

**Amount Charged**

 •••• 5784 Switch          **$160.96**

        

**UnionBank**

*(handwritten: PB M 10/30/19 #7814)*

Union Bank Business Rewards Visa® Credit Card

Statement Period: 09/20/19 through 10/20/19

Account Number: ▮▮▮▮

## Transactions

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 09/19 | 244310687RQEBGMPT | TRIBUNENEWSST2660 OAKLAND CA | 12.23 |
| 09/19 | 244921586LYDQBBWT | UBER TRIP HELP.UBER.COM CA | 17.74 |
| 09/20 | 244921587LWJ5ZK6X | UBER TRIP HELP.UBER.COM CA | 102.17 |
| 09/18 | 24610438603R0EDY3 | HOTEL ADAGIO SAN FRANCISCO CA | 1,829.22 |
| 09/18 | 24610438603R0EE8V | HOTEL ADAGIO SAN FRANCISCO CA | 1,652.25 |
| 09/19 | 24610438703R7432E | HOTEL ADAGIO SAN FRANCISCO CA | 2,474.57 |
| 09/19 | 24610438703R7436W | HOTEL ADAGIO SAN FRANCISCO CA | 1,604.34 |
| 09/18 | 2475542864E4L0HJD | HILTON URBAN TAVERN SAN FRANCISCO CA | 68.42 |
| 09/24 | 24055228QM0ND0H8F | JASPER'S CORNER TAP AND SAN FRANCISCO CA | 26.85 |
| 09/24 | 24492158BLR6GM9MM | UBER TRIP HELP.UBER.COM CA | 51.81 |
| 09/24 | 24692168Q2XQ4ARG7 | SWA*UPGBOARD5269850762021800-435-9792 TX | 30.00 |
| 09/24 | 24692168Q2X5BR24A | CIAO T1 E SAN (CP) SAN DIEGO CA | 6.20 |
| 09/25 | 24342858Q0FVYF0YG | Matador San Francisco CA | 42.16 |
| 09/25 | 24492158QLXV6105V | UBER TRIP HELP.UBER.COM CA | 18.83 |
| 09/25 | 24610438D03PXJW9T | HOTEL ADAGIO SAN FRANCISCO CA | 637.88 |
| 09/25 | 24692168D2XH9XLE1 | SQ *PEETS COFFEE OAK AIRP Oakland CA | 11.57 |
| 09/25 | 24906418Q2AKG6ELN | Dropbox*V4WB7ZM67BFK    888-4468396 CA | 11.99 |
| 09/26 | 24492158DLS4B97PV | UBER TRIP HELP.UBER.COM CA | 27.78 |
| 09/26 | 24492158DLS4QXJYH | UBER TRIP HELP.UBER.COM CA | 63.72 |
| 09/26 | 24610438E03R1QYZ6 | HOTEL ADAGIO SAN FRANCISCO CA | 1,481.00 |



WORLDDUTYFREE
OAKLAND AIRPORT
7303 EDGEWATER DR SUITE A
OAKLAND CA 94621
ORE: 02660  REG: 004 CASHIER: Raquel
IE RUSTIC CHEESE AND GR
9822002293    1 @ 8.99        8.99 N
SANI BOTTLED WATER 20
000009774     1 @ 3.19        3.24 N
CA Container Deposit .05.05
BTOTAL                       12.23
TAL                         $12.23
OUNT TENDERED

$a                          $12.23
SALE
ACCT: *************3368
EXP: ****
APPROVAL: 019466
APPL: VISA CREDIT
ENTRY METHOD: INSERT
AID: a0000000031010
TC: 78597339c24a00cf
TVR: 8080008000
SI: 6800
AD: af30b697891276dc3030


AL PAYMENT              $12.23
insaction: 122189     9/19/2019 5:43 PM
   Comments\Inquiries? (800) 326-7711
      or Comments@Hudsongroup.com
   Thank you for shopping with us.



12218902660004091920 19

Thanks for tipping! We've updated your Thursday morning trip receipt

From:  Uber Receipts (uber.us@uber.com)

To:    proach206@yahoo.com

Date:  Thursday, September 19, 2019, 12:21 PM PDT

# Uber

Total: $17.74
Thu, Sep 19, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated
your Thursday morning trip receipt



## Total                                    $17.74

| Trip Fare | $9.14 |
|---|---|
| Subtotal | $9.14 |
| Tolls, Surcharges, and Fees | $3.60 |
| Tip | $5. |

0

0

Amount Charged

 •••• 3368  Switch                          $17.74

You rode with Barak

 

4.9 ★ Rating

Barak is known for:

Excellent Service

Issued on behalf of Barak

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

Comfort      1.42 mi | 10 min

■      11:59am
       555 Geary St, San Francisco,
       CA

↓      12:09pm
■      123 California St, San
       Francisco, CA




Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >        CONTACT SUPPORT  >        MY TRIPS  >

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

Thanks for tipping! We've updated your Thursday afternoon trip receipt

From:   Uber Receipts (uber.us@uber.com)

To:     proach206@yahoo.com

Date:   Thursday, September 19, 2019, 04:32 PM PDT

---

# Uber

Total: $102.17
Thu, Sep 19, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated your Thursday afternoon trip receipt



# Total                    $102.17

| | |
|---|---|
| Base Fare | $2.20 |
| Time | $29.98 |
| Distance | $20.44 |
| | |
| Normal Fare | $52.62 |
| Surge x1.4 ❓ | $21.05 |
| | |
| Subtotal | $73.67 |

Bay Bridge Eastbound Surcharge (15:01:00 - 19:00:00) ❓

$7.00

Booking Fee ❓

$2.70

Access for All Fee ❓

$0.10

OAK Airport Pickup/Dropoff Surcharge ❓

$3.70

Tip

$15.00

Amount Charged

**VISA** •••• 3368  Switch

$102.17

You rode with Nora

 

4.87 ★ Rating

Nora is known for:

Excellent Service

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX     22.46 mi | 1 h 16 min

■   02:52pm
    San Francisco, CA

▪   04:09pm
    Terminal 1, 1 Airport Dr,
    Oakland, CA



Map data ©2019 Google



Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >          CONTACT SUPPORT  >          MY TRIPS  >

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com.

Terms

HOTEL /ADAGIO

AUTOGRAPH COLLECTION®
HOTELS

Donna Lux
6 Blackberry Ridge
Farmington CT 06032
United States

| | |
|---|---|
| Room Number: | 0510 |
| Arrival Date: | 09-16-19 |
| Departure Date: | 09-18-19 |
| CRS Number: | 88438373 |
| Rewards No: | XXXXX9776 |
| Page No: | 1 of 1 |

**INFORMATION INVOICE**

Folio No: 222807

09-18-19

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-16-19 | Internet Access | 21:55 Room# 0510 : CHECK# 1 [1] | 9.95 | |
| 09-16-19 | Internet Access | 21:55 Room# 0510 : CHECK# 1 [1] | 9.95 | |
| 09-16-19 | Internet Access | 21:55 Room# 0510 : CHECK# 1 [1] | 9.95 | |
| 09-16-19 | Internet Access | 21:55 Room# 0510 : CHECK# 1 [1] | 9.95 | |
| 09-16-19 | Parking (Hotel Guest) | | 59.00 | |
| 09-16-19 | Parking - Tax | | 8.26 | |
| 09-16-19 | Room Rate | | 675.00 | |
| 09-16-19 | Occupancy Tax | | 94.50 | |
| 09-16-19 | CA Tourism Assessment | | 1.69 | |
| 09-16-19 | Business District Assessments | | 15.19 | |
| 09-17-19 | Restaurant #2 Dinner | Room# 0510 : CHECK# 0027745 | 37.50 | |
| 09-17-19 | Parking (Hotel Guest) | | 59.00 | |
| 09-17-19 | Parking - Tax | | 8.26 | |
| 09-17-19 | Room Rate | | 679.00 | |
| 09-17-19 | Occupancy Tax | | 95.06 | |
| 09-17-19 | CA Tourism Assessment | | 1.70 | |
| 09-17-19 | Business District Assessments | | 15.28 | |
| 09-18-19 | Restaurant #1 Breakfast | Room# 0510 : CHECK# 0013835 | 39.98 | |
| 09-18-19 | Visa | XXXXXXXXXXXX3368        XX/XX | | 1,829.22 |
| | **Total** | | **1,829.22** | **1,829.22** |
| | **Balance** | | **0.00** | |

Your Marriott Bonvoy Points/Frequent Flyer Miles earned will be credited to your account and will appear on your next
statement.

Hotel Adagio
550 Geary St.
San Francisco, CA 94102

HOTEL /ADAGIO

AUTOGRAPH COLLECTION®
HOTELS

Sandra Dent
1826 S. 6th Ave.
Maywood IL 60153
United States

| | |
|---|---|
| Room Number: | 0903 |
| Arrival Date: | 09-16-19 |
| Departure Date: | 09-18-19 |
| CRS Number: | 97266485 |
| Rewards No: | |
| Page No: | 1 of 1 |

**INFORMATION INVOICE**

Folio No: 222775

09-18-19

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-16-19 | Room Rate | | 649.00 | |
| 09-16-19 | Occupancy Tax | | 90.86 | |
| 09-16-19 | CA Tourism Assessment | | 1.63 | |
| 09-16-19 | Business District Assessments | | 14.60 | |
| 09-17-19 | Restaurant #1 Breakfast | Room# 0903 : CHECK# 0013777 | 37.72 | |
| 09-17-19 | Restaurant #2 Dinner | Room# 0903 : CHECK# 0027740 | 39.84 | |
| 09-17-19 | Room Rate | | 649.00 | |
| 09-17-19 | Occupancy Tax | | 90.86 | |
| 09-17-19 | CA Tourism Assessment | | 1.63 | |
| 09-17-19 | Business District Assessments | | 14.60 | |
| 09-18-19 | Mini Bar Food | Room# 0903 : CHECK# 39688 MB SmartSnax Cashews | 13.02 | |
| 09-18-19 | Mini Bar Food | Room# 0903 : CHECK# 39689 MB SmartSnax Chocola | 13.02 | |
| 09-18-19 | Restaurant #1 Breakfast | Room# 0903 : CHECK# 0013826 | 36.47 | |
| 09-18-19 | Visa | XXXXXXXXXXXX3368        XX/XX | | 1,652.25 |
| | **Total** | | **1,652.25** | **1,652.25** |
| | **Balance** | | **0.00** | |

Hotel Adagio
550 Geary St.
San Francisco, CA 94102



AUTOGRAPH COLLECTION®
HOTELS

Mrs. Paula Brown
501 W Broadway Ste 1490
San Diego CA 92101
United States

| | |
|---|---|
| Room Number: | 0305 |
| Arrival Date: | 09-16-19 |
| Departure Date: | 09-19-19 |
| CRS Number: | 97279836 |
| Rewards No: | XXXXX0754 |
| Page No: | 1 of 2 |

INFORMATION INVOICE

Folio No: 222895

12-20-22

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-16-19 | Mini Bar Food | Room# 0305 : CHECK# 39575 Pringles Sour Cream | 5.21 | |
| 09-16-19 | Room Service Dinner | Room# 0305 : CHECK# 0038007 | 47.63 | |
| 09-16-19 | Room Rate | | 656.00 | |
| 09-16-19 | Occupancy Tax | | 91.84 | |
| 09-16-19 | CA Tourism Assessment | | 1.65 | |
| 09-16-19 | Business District Assessments | | 14.76 | |
| 09-17-19 | #1 Breakfast | Room# 0305 : CHECK# 0013799 | 18.06 | |
| 09-17-19 | Restaurant #2 Dinner | Room# 0305 : CHECK# 0027750 | 34.12 | |
| 09-17-19 | Room Rate | | 656.00 | |
| 09-17-19 | Occupancy Tax | | 91.84 | |
| 09-17-19 | CA Tourism Assessment | | 1.65 | |
| 09-17-19 | Business District Assessments | | 14.76 | |
| 09-18-19 | Mini Bar Food | Room# 0305 : CHECK# 39721 Pringles Sour Cream | 5.21 | |
| 09-18-19 | Restaurant #2 Dinner | Room# 0305 : CHECK# 0027796 | 31.78 | |
| 09-18-19 | Room Rate | | 656.00 | |
| 09-18-19 | Occupancy Tax | | 91.84 | |
| 09-18-19 | CA Tourism Assessment | | 1.65 | |
| 09-18-19 | Business District Assessments | | 14.76 | |
| 09-19-19 | #1 Breakfast | Room# 0305 : CHECK# 0013864 | 39.81 | |
| 09-19-19 | Visa | XXXXXXXXXXXX3368        XX/XX | | 2,474.57 |

Hotel Adagio, 550 Geary St.
San Francisco, CA 94102



AUTOGRAPH COLLECTION®
HOTELS

Mrs. Paula Brown
501 W Broadway Ste 1490
San Diego CA 92101
United States

| | |
|---|---|
| Room Number: | 0305 |
| Arrival Date: | 09-16-19 |
| Departure Date: | 09-19-19 |
| CRS Number: | 97279836 |
| Rewards No: | XXXXX0754 |
| Page No: | 2 of 2 |

INFORMATION INVOICE
Folio No: 222895

12-20-22

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Total | 2,474.57 | 2,474.57 |
| | Balance | 0.00 | |

Your Marriott Bonvoy Points/Frequent Flyer Miles earned will be credited to your account and will appear on your next statement.

Hotel Adagio, 550 Geary St.
San Francisco, CA 94102



AUTOGRAPH COLLECTION®
HOTELS

Mary Trudeau
33 Kellogg Ave. Apt. 42
Amherst MA 01002
United States

| | |
|---|---|
| Room Number: | 0606 |
| Arrival Date: | 09-17-19 |
| Departure Date: | 09-19-19 |
| CRS Number: | 88475775 |
| Rewards No: | XXXXX4415 |
| Page No: | 1 of 1 |

INFORMATION INVOICE
Folio No: 222876

12-20-22

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-17-19 | Room Rate | | 679.00 | |
| 09-17-19 | Occupancy Tax | | 95.06 | |
| 09-17-19 | CA Tourism Assessment | | 1.70 | |
| 09-17-19 | Business District Assessments | | 15.28 | |
| 09-18-19 | #1 Breakfast | Room# 0606 : CHECK# 0013806 | 22.26 | |
| 09-18-19 | Room Rate | | 679.00 | |
| 09-18-19 | Occupancy Tax | | 95.06 | |
| 09-18-19 | CA Tourism Assessment | | 1.70 | |
| 09-18-19 | Business District Assessments | | 15.28 | |
| 09-19-19 | Visa | XXXXXXXXXXXX3368     XX/XX | | 1,604.34 |
| | Total | | 1,604.34 | 1,604.34 |
| | Balance | | 0.00 | |

Your Marriott Bonvoy Points/Frequent Flyer Miles earned will be credited to your account and will appear on your next
statement.

Hotel Adagio, 550 Geary St.
San Francisco, CA 94102

09/18/19                    19:24
            SALES DRAFT

        Hilton SF Union Square
     333 O'Farrell St,SF CA 94102
            (415)771-1400

MERCH ID:
SERVER: Caesar
TERMINAL: 332

            Visa

NAME:      BROWN/PAULA R
NUMBER:    XXXXXXXXXXXX3368
EXPIRE:    XX/XX
AUTH:      018839
AMOUNT:    56.42

CHECK:     3326984
TABLE:     106

TOTAL:     56.42

GRATUITY:  _____

TOTAL:     *68.42*

I agree to pay above total
amount according to my card
issuer agreement.

X_____
  SIGNATURE

        Customer Copy

```
ısper's Corner
ıtel Spero
ı

ıBLE#         108/1
:RVER         160/Sam
1ECK#         3298
/PE           PRE AUTH
:COUNT TYPE   Visa
ıRD NUMBER    ************3368
ıTE/TIME      09/24/2019 11:48
:C            033201
ıV/CHK        3298
:FERENCE      MU0038277699
EQUENCE       011
JTH.          024816
NTRY METHOD   CHIP
MOUNT                 $20.14
AX                     $1.71
OTAL                  $21.85

IP:      _____

OTAL:    ___26.85___
PPROVED - THANK YOU
ROWN/PAULA R
ODE           Issuer
PP            VISA CREDIT
ID            A0000000031010
VR            8080008000
SI            6800
RC            00
MPORTANT -- retain this copy
or your records.
:USTOMER COPY
```

Thanks for tipping! We've updated your Tuesday morning trip receipt

From:  Uber Receipts (uber.us@uber.com)

To:    proach206@yahoo.com

Date:  Tuesday, September 24, 2019, 11:10 AM PDT

## Uber

Total: $51.81
Tue, Sep 24, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated your Tuesday morning trip receipt



# Total                                    $51.81

| Trip Fare | $29.95 |
|---|---|
| Subtotal | $29.95 |
| Tolls, Surcharges, and Fees ❓ | $ 1 1 . 5 0 |
| Tip | $ 1 |

0

.

3

6

Amount Charged

 •••• 3368  Switch                                    $51.81

You rode with Robert

      4.97 ★ Rating

Robert is known for:

Excellent Service

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    20.27 mi | 49 min

■    10:08am

Terminal 1, 1 Airport Dr,

Oakland, CA

■    10:58am

555 Geary St, San Francisco, CA



Map data ©2019 Google



Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM    >        CONTACT SUPPORT    >        MY TRIPS    >

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

tolerance complaint by visiting help.uber.com.

tolerance complaint by visiting help.uber.com.

AC-167-5M (Rev. 3/2019)

3-022447

ISSUED BY AND VALID ONLY ON      **PASSENGER RECEIPT**

**SOUTHWEST AIRLINES**

I ACKNOWLEDGE RECEIPT OF TICKET(S) AND/OR COUPONS FOR RELATED CHARGES DESCRIBED

MADE WHEN BILLED OR IN EXTENDED PAYMENTS IN ACCORDANCE WITH STANDARD POLICY OF C

ON LOST TICKETS.

**X**————————————————

| | DATE OF ISSUE | PLACE OF ISSUE | ISO CODE |
|---|---|---|---|
| SIGNATURE OF CARDHOLDER | 24SEP19 | SANWN01GC | US |

| NAME OF PASSENGER | NON TRANSFERABLE | CONF NUMBER/CARRIER CODE | ISSUING AGENT ID |
|---|---|---|---|
| BROWN/PAULA ROACH | | KAZ4VY/WN | 0027AA |

ISSUED IN EXCHANGE FOR    CONJUNCTION DOCUMENTS

**NOT VALID FOR TRAVEL**

SERVICE (RFISC)

UPGRADED BOARDING(OMD)

VI AUTH: 024509 $30.00 SAN WN OAK30.00USD30.00END

| FARE $30.00 | | CPN DOCUMENT NUMBER |
|---|---|---|
| TAX $0.00 | | 0 5269850762021 |

---

**SOUTHWEST AIRLINES**

HEREON. PAYMENT IN FULL TO BE

OMPANY ISSUING CARD. NO REFUNDS

NAME OF PASSENGER

BROWN/PAULA ROACH

**ITINERARY**

SAN    OAK

NOT VALID FOR TRAVEL

0 5269850762021

OPERATED BY



CIAO
SAN DIEGO AIRPORT

759 Nieva
--------------------------------
HK 5424                    GST 1
       SEP24'19  7:24AM
--------------------------------

 1 COFFEE M              2.90
   036632008367
 1 YOG OIKOS TZ STW      2.85
   Oikos Triple Zero
   Strawberry 5.3oz

   SUBTOTAL
   TAX                    0.45
   AMOUNT PAID        6.20
   AT024213 XXX3368
   VISA CC              6.20
---4759 Closed SEP24 7::24AM----

WE WANT TO HEAR YOUR FEEDBACK!
PLEASE CONTACT 1-877 672-7467
OR CUSTOMERSERVICE@HMSHOST.COM
   TO SHARE YOUR EXPERIENCE.

   STOREID: SANC1404

Your order number is 5424

Matador Taco Bar & Tequileria
679 Sutter St.
San Francisco, CA
www.matadorsf.com
Instagram: matadortacobar

ite:        9/24/19, 5:45 PM
ird Type:   VISA
:ct #:      XXXXXXXXXXXX3368
istomer:    PAULA R BROWN
ird Entry:  SWIPED
ith Code:   024488
ieck:       4237
ible:       B14/1
erver:      Mike G

mount:                    34.18


ΓIP _____

                  42.18

TOTAL _____

         Suggested Tips:
            18% = 5.40
            19% = 5.70
            20% = 6.00

I agree to pay the above '    i amount' pursuant
     to the card issuer agreement.

_____

                Thank You!
. 5% surcharge has been applied due to SF emplo-
                yer mandates.
   We offer catering orders for large parties

             Customer Copy

Thanks for tipping! We've updated your Wednesday afternoon trip receipt

From:   Uber Receipts (uber.us@uber.com)

To:     proach206@yahoo.com

Date:   Wednesday, September 25, 2019, 12:40 PM PDT

## Uber

Total: $18.83
Wed, Sep 25, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated your Wednesday afternoon trip receipt



# Total                              $18.83

| | |
|---|---|
| Trip Fare | $10.23 |
| Subtotal | $10.23 |
| Tolls, Surcharges, and Fees ❓ | $3.60 |
| Tip | $5 |

0

0

Amount Charged

 •••• 3368  Switch                                    $18.83

You rode with Glenn

         4.96 ★ Rating

Glenn is known for:

Great Conversation

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

Comfort      1.45 mi | 16 min

■    12:06pm
     560 Geary St, San Francisco,
     CA

↓
■    12:22pm
     150 California Street, 150

California St, San Francisco,
CA





Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >          CONTACT SUPPORT  >          MY TRIPS  >

FAQ

Forgot password

Read about our zero tolerance policy  Report a zero

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

tolerance complaint by visiting help.uber.com.

HOTEL /ADAGIO

AUTOGRAPH COLLECTION
HOTELS

Mrs. Paula Brown
501 W Broadway Ste 1490
San Diego CA 92101
United States

| | |
|---|---|
| Room Number: | 0410 |
| Arrival Date: | 09-24-19 |
| Departure Date: | 09-25-19 |
| CRS Number: | 97284170 |
| Rewards No: | XXXXX0754 |
| Page No: | 1 of 1 |

**INFORMATION INVOICE**

Folio No:

09-25-19

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-24-19 | Room Rate | | 528.00 | |
| 09-24-19 | Occupancy Tax | | 73.92 | |
| 09-24-19 | CA Tourism Assessment | | 1.33 | |
| 09-24-19 | Business District Assessments | | 11.88 | |
| 09-25-19 | Restaurant #1 Breakfast | Room# 0410 : CHECK# 0012138 | 22.75 | |
| | **Total** | | **637.88** | **0.00** |
| | **Balance** | | **637.88** | |

Your Marriott Bonvoy Points/Frequent Flyer Miles earned will be credited to your account and will appear on your next statement.

Hotel Adagio
550 Geary St.
San Francisco, CA 94102

**Peets Coffee OAK Airport**
**Terminal 2**

| | |
|---|---|
| 1 Airport Dr. | Sep 25, 2019 |
| Oakland, CA 94621 | 4:59 PM |
| (510) 871-7308 | Mayela |

---

| | |
|---|---|
| Authorization 025623 | Visa 3368 |
| Receipt 3GoX | |

---

VISA CREDIT
AID A0 00 00 00 03 10 10

---

| Hummus Box | $8.50 |
|---|---|

---

| Subtotal | $8.50 |
|---|---|
| Sales Tax | $0.81 |
| Employee Benefits | $0.26 |
| Tip | $2.00 |

---

| Total | $11.57 |
|---|---|
| Visa 3368 (Chip) | $11.57 |
| Paula R Brown | |

Thanks for tipping! We've updated your Wednesday afternoon trip receipt

From:  Uber Receipts (uber.us@uber.com)

To:    proach206@yahoo.com

Date:  Wednesday, September 25, 2019, 04:31 PM PDT

## Uber

Total: $27.78
Wed, Sep 25, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated your Wednesday afternoon trip receipt



# Total                                    # $27.78

| | |
|---|---|
| Trip Fare | $19.55 |
| Subtotal | $19.55 |
| Tolls, Surcharges, and Fees | $3.60 |
| Tip | $4 |

6

3

Amount Charged

 **VISA** •••• 3368  Switch                    $27.78

You rode with MK (Khamidov)



4.85 ★ Rating

MK (Khamidov) is known

for:

Excellent Service

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

Comfort    1.37 mi | 8 min

■    03:35pm
201 California St, San
Francisco, CA

▮    03:43pm

561 Geary St, San Francisco, CA





Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >          CONTACT SUPPORT  >          MY TRIPS  >

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

tolerance complaint by visiting help.uber.com.

Thanks for tipping! We've updated your Wednesday afternoon trip receipt

From:   Uber Receipts (uber.us@uber.com)

To:     proach206@yahoo.com

Date:   Wednesday, September 25, 2019, 05:01 PM PDT

# Uber

Total: $63.72
Wed, Sep 25, 2019

# Thanks for tipping, Paula

Thanks for tipping! We've updated your Wednesday afternoon trip receipt



## Total                                    $63.72

| Trip Fare | $37.48 |
|---|---|
| Subtotal | $37.48 |
| Tolls, Surcharges, and Fees | $13.50 |
| Tip | $ |

## Amount Charged

 •••• 3368  Switch                                    $63.72

## You rode with Christopher

 

4.94 ★ Rating

Christopher is known for:

Great Conversation

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    19.82 mi | 57 min

■    03:49pm
580 Geary Blvd, San
Francisco, CA

04:46pm

Terminal 1, 1 Airport Dr,

Oakland, CA



Map data ©2019 Google



Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: k8z5o

REPORT LOST ITEM  >        CONTACT SUPPORT  >        MY TRIPS  >

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

Read about our zero tolerance policy. Report a zero

tolerance complaint by visiting help.uber.com.

# HOTEL /ADAGIO

AUTOGRAPH COLLECTION®
HOTELS

Marilyn Spencer
3914 Myrtle Ave.
Halethrope MD 21227
United States

| | |
|---|---|
| Room Number: | 0500 |
| Arrival Date: | 09-24-19 |
| Departure Date: | 09-26-19 |
| CRS Number: | 97297508 |
| Rewards No: | |
| Page No: | 1 of 2 |

## INFORMATION INVOICE

Folio No: 223591

09-26-19

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-24-19 | Mini Bar Food | Room# 0500 : CHECK# 40176 Clif Mojo Bar 45 gr | 6.51 | |
| 09-24-19 | Mini Bar Food | Room# 0500 : CHECK# 40188 Kit Kat Kit Kat 3 oz | 5.21 | |
| 09-24-19 | Mini Bar Food | Room# 0500 : CHECK# 40189 MB SmartSnax Twix 3 | 9.11 | |
| 09-24-19 | Mini Bar Food | Room# 0500 : CHECK# 40190 Kit Kat Kit Kat 3 oz | 5.21 | |
| 09-24-19 | Room Rate | | 539.00 | |
| 09-24-19 | Occupancy Tax | | 75.46 | |
| 09-24-19 | CA Tourism Assessment | | 1.35 | |
| 09-24-19 | Business District Assessments | | 12.13 | |
| 09-25-19 | Restaurant #1 Breakfast | Room# 0500 : CHECK# 0012145 | 22.26 | |
| 09-25-19 | Room Rate | | 639.00 | |
| 09-25-19 | Occupancy Tax | | 89.46 | |
| 09-25-19 | CA Tourism Assessment | | 1.60 | |
| 09-25-19 | Business District Assessments | | 14.38 | |
| 09-26-19 | Room Service Breakfast | Room# 0500 : CHECK# 0038106 | 20.62 | |
| 09-26-19 | Mini Bar Food | Room# 0500 : CHECK# 40312 Glaceau Smart Water | 8.46 | |
| 09-26-19 | Mini Bar Food | Room# 0500 : CHECK# 40313 MB SmartSnax M&M's P | 9.11 | |
| 09-26-19 | Mini Bar Food | Room# 0500 : CHECK# 40314 MB SmartSnax Chocola | 9.11 | |
| 09-26-19 | Mini Bar Food | Room# 0500 : CHECK# 40315 MB SmartSnax Cashews | 13.02 | |
| 09-26-19 | Visa | XXXXXXXXXXXX3368        XX/XX | | 1,481.00 |

Hotel Adagio
550 Geary St.
San Francisco, CA 94102



AUTOGRAPH COLLECTION®
HOTELS

Marilyn Spencer
3914 Myrtle Ave.
Halethrope MD 21227
United States

| | |
|---|---|
| Room Number: | 0500 |
| Arrival Date: | 09-24-19 |
| Departure Date: | 09-26-19 |
| CRS Number: | 97297508 |
| Rewards No: | |
| Page No: | 2 of 2 |

**INFORMATION INVOICE**

Folio No: 223591

09-26-19

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Total | 1,481.00 | 1,481.00 |
| | Balance | 0.00 | |

Hotel Adagio
550 Geary St.
San Francisco, CA 94102

## Joint Juice Reimbursement

Paula Brown

Mon 9/30/2019 9:31 AM

To: Janet Harrison <msdalmation@msn.com>

Hi-

Can you please cut a reimbursement check to our Joint Juice plaintiff Donna Lux for $95.77 for travel expenses? Receipt is in your inbox. Thank you!

Donna Lux
6 Blackberry Ridge
Farmington, CT 06032

**Paula R. Brown**
**Blood Hurst & O'Reardon, LLP**
BLOOD
HURST &
O'REARDON | LLP

501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: 619.338.1100
Facsimile: 619.338.1101
pbrown@bholaw.com | www.bholaw.com

-------------------------------------------------------------------------

NOTICE: This email message is for the sole use of the intend
information that is confidential and protected from disclosu
attorney work product, or by other applicable privileges. Any unauthorized
distribution is prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.

*Joint Juice reimbursement Donna Lux $95.77*

*pd 10/2/19*

*#7777*



## Joint Juice Reimbursement

**Paula Brown**

Thu 9/26/2019 10:28 AM

**To:** Janet Harrison <msdalmation@msn.com>

Hi-

Can you please do a reimbursement check for our Joint Juice plaintiff Susan Caiazzo for $164.30 for travel expenses? I'll bring over the receipts.

Thanks!

Susan Caiazzo
1319 SE 40th Terrace Apt 104
Cape Coral, FL 33904


**Paula R. Brown**
**Blood Hurst & O'Reardon, LLP**

BLOOD
HURST &
O'REARDON | LLP

501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: 619.338.1100
Facsimile: 619.338.1101
pbrown@bholaw.com | www.bholaw.com

------------------------------------------------------------------------

NOTICE: This email message is for the sole use of the intended recip
information that is confidential and protected from disclosure by th
attorney work product, or by other applicable privileges.  Any unaut
distribution is prohibited.  If you are not the intended recipient, plea
email and destroy all copies of the original message.



pd 10/2/19
#7776

The Westin Philadelphia
99 South 17th St.
Philadelphia, PA 19103
United States
Tel: 215-563-1600 Fax: 215-564-9559

# WESTIN®
## HOTELS & RESORTS

Susan Caiazzo
333 108th Ave NE
Bellevue, WA, 98004
United States Of America

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 616744 |
| Guest Number | : | 1095344 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 19-SEP-19 | 01:23 | | | |
| Depart Date | : | 20-SEP-19 | 08:27 | | | |
| No. Of Guest | : | 2 | | | | |
| Room Number | : | 508 | | | | |
| Marriott Bonvoy Number : | | | | | | |

Westin Philade PHLWI  SEP-20-2019  08:29  BARBARA

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 20-SEP-19 | 38516 | Winthorpe & Valentine | 34.08 | |
| 20-SEP-19 | VI | Visa-9607 | | -34.08 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx9607 | | |

| Date | Time | Code | Authorized |
|---|---|---|---|
| 20-SEP-19 | 01:22 | 006904 | 100.00 |

Approve EMV Receipt for VI - 9607: no CVM
TC:F1EA61C852401631   TVR:8080008000

Continued on the next page

The Westin Philadelphia
99 South 17th St.
Philadelphia, PA  19103
United States
Tel: 215-563-1600 Fax: 215-564-9559

# WESTIN®

## HOTELS & RESORTS

Susan Caiazzo
333 108th Ave NE
Bellevue, WA, 98004
United States Of America

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Number | : | 2 | | | Invoice Nbr | : | 616744 |
| Guest Number | : | 1095344 | | | | | |
| Folio ID | : | A | | | | | |
| Arrive Date | : | 19-SEP-19 | 01:23 | | | | |
| Depart Date | : | 20-SEP-19 | 08:27 | | | | |
| No. Of Guest | : | 2 | | | | | |
| Room Number | : | 508 | | | | | |
| Marriott Bonvoy Number : | | | | | | | |

Application Label:VISA DEBIT

| | | | |
|---|---|---|---|
| ** Total | | 34.08 | -34.08 |
| *** Balance | | 0.00 | |

I agreed to pay all room & incidental charges.

Signature_____

Bring the Westin experience home. Shop WestinStore.com.

**Paula Brown**

| | |
|---|---|
| **From:** | Susan Caiazzo <suechick22@gmail.com> |
| **Sent:** | Saturday, September 21, 2019 4:03 AM |
| **To:** | Paula Brown |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Friday evening trip receipt |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

From airport to my house.
Thank You
Susan

---------- Forwarded message ---------
From: **Uber Receipts** <uber.us@uber.com>
Date: Fri, Sep 20, 2019 at 7:22 PM
Subject: Thanks for tipping! We've updated your Friday evening trip receipt
To: <suechick22@gmail.com>



Total: $37.41
Fri, Sep 20, 2019

# Thanks for tipping, Susan

Thanks for tipping! We've updated
your Friday evening trip receipt



| | |
|---|---|
| Total | $37.41 |

| | |
|---|---|
| Trip Fare | $24.08 |

| | |
|---|---|
| Subtotal | $24.08 |
| Tolls, Surcharges, and Fees | $7.10 |
| Tip | $6.23 |

Amount Charged

| | | | |
|---|---|---|---|
| ×| •••• 4748 | Switch | $31.18 |
| ×| •••• 4748 | Switch | $6.23 |

You rode with Luis

4.95 Rating

Luis is known for:

Excellent Service

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

2

**UberX**   16.75 mi | 31 min

06:49pm

Main Terminal, 11000
Terminal Access Rd, Fort
Myers, FL

07:21pm

107 SE 40th Terrace, Cape
Coral, FL

Google                    Map data ©2019 INEGI

3

Invite your friends and family.

Get $5 off your next ride when you refer a friend to
try Uber. Share code: susanc20022ue

REPORT LOST ITEM ›                CONTACT SUPPORT ›

MY TRIPS ›

--
Susan C Caiazzo

4

---------- Forwarded message ---------
From: **Uber Receipts** <uber.us@uber.com>
Date: Fri, Sep 20, 2019 at 1:46 PM
Subject: Thanks for tipping! We've updated your Friday afternoon trip receipt
To: <suechick22@gmail.com>

## Uber

Total: $38.17
Fri, Sep 20, 2019

# Thanks for tipping, Susan

Thanks for tipping! We've updated
your Friday afternoon trip receipt



# Total                              $38.17

| Base Fare | $1.43 |
| --- | --- |
| Time | $11.84 |
| Distance | $13.32 |
| Subtotal | $26.59 |

5

| | |
|---|---|
| Booking Fee ❓ | $2.50 |
| Philadelphia Surcharge ❓ | $0.41 |
| Tip | $5.67 |

Amount Charged

| | | | |
|---|---|---|---|
| **VISA** | •••• 4748 | Switch | $32.50 |
| **VISA** | •••• 4748 | Switch | $5.67 |

You rode with Christos

 

4.89 ★ Rating

Christos is known for:

Excellent Service

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    13.95 mi | 35 min

01:09pm

1700 PA-3, Philadelphia, PA

01:45pm

8701 Lesher St, Philadelphia,

PA





Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: susanc20022ue

REPORT LOST ITEM >          CONTACT SUPPORT >

--
*Susan C Caiazzo*

8



CAB-AIRPORT →HOTEL

```
        215 GET A CAB
        215 438-2222
  ****CREDIT CARD SALE****
  Merchant ID:            198
  ENTRY METHOD:
  CONTACT CHIP
  AID:      A00000000031010
  Application ID:
  VISA DEBIT
  ATC:                  007A
  AC:       A338FD3EA7415CAE

  TERMINAL              882
  DRIVER             111773
  CAB                 P0787
  PASSENGERS              2
  DATE       9/20/19 01:19
  START         01:19:02
  END           01:19:06
  TRIP                2870
  AIRPORT RATE 2
  DISTANCE         0.00 mi
  FARE R2          $28.50
  EXTRA             $1.00
  SUB TOTAL        $29.50
  TIP               $6.03
  Fuel Surcharge    $0.65
  TOTAL            $36.18
  VISA               9607
  AUTH             041485
   NO SIGNATURE REQUIRED
  ******DRIVER COPY*******
      PPA Complaints
      215 683-9440
```

```
SOUTHWEST FLORIDA INTL AIRPORT

Merchant ID :
Terminal ID : 305928
Check No     : 2361
Table No     : 106/1
Server       : 319010 Daniel
Name on Card: CAIAZZO/ SUSAN
Acct Num     : XXXXXXXXXXXX9607
Expiry Date : **/**
Card Type    : VISA
Trans Type   : AUTHORIZE
Trans Date   : 9/19/2019
Trans Time   : 6:10 PM
Entry Mode   : Chip
Auth Code    : 051680
Resp Code    : 00
Mode         : Issuer
App Label    : VISA DEBIT
AID          : A0000000031010
ARC          : 00
TVR          : 8000008000
TSI          : 6800
IAD          : 06010A03608000


00    APPROVED - THANK YOU    000




SUBTOTAL    : USD$          18.46
```

## Joint Juice Reimbursement

Paula Brown

Fri 10/11/2019 1:07 PM

To: Janet Harrison <msdalmation@msn.com>

Hi Janet-

Can you please do a travel reimbursement check for plaintiff Marilyn Spencer from Joint Juice in the amount of $157.44? Receipts are in your inbox. Thank you!

**Paula R. Brown**
**Blood Hurst & O'Reardon, LLP**



501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: 619.338.1100
Facsimile: 619.338.1101
pbrown@bholaw.com| www.bholaw.com

------------------------------------------------------------------------------

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

pM 10/16/19 #7810

11.10.2019 21:55:45 retarus Faxolution From retailmessaging@acecashexpress.com for ACE Cash Express

*Reservation Coupon*

**AIRPORT EXPRESS**
SAN FRANCISCO

415 • 775 • 512
SAN FRANCISCO AIRPORT
•ONLY!

NAME: Spencer
HOTEL: Adagio
DATE: 9, 26, 19
PRICE: $ 9 9
AGENT: Ellas

NO. IN PARTY:
ROOM NO.: 5 0 0
PICKUP TIME: 8 · 00 A
DEPOSIT: $ 5    BALANCE: $ 9 4
DEPOSIT NON-REFUND.

Please allow 10 minutes for traffic delays & be at pickup location 10 minutes prior to pick up
Extra bag, golf club, box $5 extra each. *Thank You!*

---

**LUXOR CABS - 282-4141**
2230 Jerrold Ave.
San Francisco CA, 94124

Date 9/24/19
From S F · O
To 550 Gerry St
Amount 50.—
Driver's Name Mzyll
Cab Number 1155

---

**AIRPORT EXPRESS**
SAN FRANCISCO

775 • 5121
*Receipt*

Received $ 15
Name Marilyn Spencer
Date 9/26/19    Time 8:00
Driver Ellas

04/

Transportation $124.00

Receipt # 7

Date: 9/24/19

Amount Received $ 28

[X] Cash
[ ] Check, No. _____
[ ] Money Order, No. _____

Taxi Transportation

For: BWI Airport "United"

Money Received by: Johnathan Smith

Receipt # 22

Date: 7/26/19

Amount Received $ 26

[X] Cash
[ ] Check, No. _____
[ ] Money Order, No. _____

Taxi Transportation

For: BWI Airport Taxi

Money Received by: Raymond Smith

**MILAN PIZZA**
606 GEARY ST
SAN FRANCISCO, CA 94102
415-628-6688
STORE # 1

## ORDER # 5

ORDER # 5  TO-GO

1 SLICE PEPP                         4.00
  Actual Price : 4.50
  italian sausage

SUBTOTAL:                            4.50
TAX :                                0.39

TOTAL:  4.89

Tue Sep 24 2019  01:49 PM[71]
MOE

THANK YOU

>> UNPAID <<

Th.

Meals
$33.44

---

BWI Airport
PC #348747 Ph number: 410-850-4007
9/24/2019  6:49:13 AM

## Eat In
## Order: 874

Register:1          Tran Seq No: 1673874
Cashier:EVELIN R.

*****SALE*****

1  Ssg Egg Amr Cros                  3.69
1  6pc Hash Brown                    1.09
   Sub. Total:              $4.78
   Tax:                     $0.29
   Total:                   $5.07
   Discount Total:          $0.00
   Change                   $15.00
   Cash                     $20.07

Tell us about today's visit
at www.telldunkin.com within 3 days

**RECEIVE A FREE CLASSIC DONUT**
on your next visit when you
purchase a Medium or Larger Beverage
Survey Code:    B7401-48747-0609-2491
Enter Validation Code: _____
See restrictions on dunkindonuts.com

**Visit DunkinNation.com for product**
offers and news. Enter Code DD2957

Complete the survey online at telldunkin
and receive a free donut!

---

YOUR RECEIPT
THANK YOU

09/24/2019  1:46PM    01
000000#9737    CLERK01

DEPT-01              $10.99
MDSE ST             $10.99
TAX1                 $0.93

ITEMS     1
CASH     $11.92

---

Burger King #21655

San Francisco Int'l Airport
Term #
San Francisco, CA 94128
650-821-8468

ORDER 40

TAKE OUT

CROIS SBH/E/C                        5.79
MD HASHBROWN                         2.79

SUBTOTAL                             8.58
2% employee b                        0.17
9.25% TAX                            0.81

TOTAL                                9.56
CASH                                20.00
CHANGE                              10.44

Survey Code: 85419-60220-56621-090504

---

Populus Financial Group, Inc.
d/b/a ACE Cash Express # 1647
License #:
1439 W PATAPSCO AVE
BALTIMORE, MD 21230
(410)355-0494
www.acecashexpress.com

20190826020006         08/26/2019 11:32:06 AM
Zaira                        147146

See Privacy Notice on reverse side of receipt

Fee for Fax 1st w/Tax        1      1.00
Fee for Fax 2nd+ w/Tax       2      1.00

Subtotal: $            2.00
Tax:0.00%              0.00
Total: $              2.00

Cash: $               5.00

Change Due: $         3.00

Time to Serve you: 03:58

Fax

**UnionBank** TB pd 11/21/19 ✓#7875

Union Ba  Business Rewards Visa® Credit Card

Statement Period: 10/21/19 through 11/19/19

Account Number: ▉▉▉▉▉

## Transactions

| Trans. Date | Reference Number | Description | Amount |
|---|---|---|---|
| 11/11 | 24692169W2X7594NA | SOUTHWES 5262140225770800-435-9792 TX ▉▉▉ /Joint Juce 159.98 | 319.96 |

## Dafne Maytorena

**From:** Tim Blood
**Sent:** Monday, November 11, 2019 12:27 PM
**To:** Dafne Maytorena
**Subject:** FW: Timothy G Blood's 11/20 San Francisco trip (MQ2ZX8): Your reservation is confirmed.

█████████ and Joint Juice (should be split equally)

From: Southwest Airlines <southwestairlines@ifly.southwest.com>
Sent: Monday, November 11, 2019 12:07 PM
To: Tim Blood <TBlood@bholaw.com>
Subject: Timothy G Blood's 11/20 San Francisco trip (MQ2ZX8): Your reservation is confirmed.

Here's your itinerary and other important travel information.
View our mobile site | View in browser

## Southwest's                    Manage Flight | Flight Status | My Account



## Hi Timothy G,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### NOVEMBER 20 - NOVEMBER 21

# SAN ✈ SFO

San Diego to San Francisco

---

Confirmation # **MQ2ZX8**                    Confirmation date: 11/11/2019

| PASSENGER | **Timothy G Blood** |
|---|---|
| RAPID REWARDS # | ████████ |
| TICKET # | 5262140225770 |
| EXPIRATION[1] | November 10, 2020 |
| EST. POINTS EARNED | 1,627 |

Rapid Rewards® points are only estimations.

## Your itinerary

1

**Flight 1:** Wednesday, 11/20/2019    Est. Travel Time: **1h 35m**    Wanna Get Away®

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 1294 | **SAN 03:55**PM<br>San Diego | ✈ | **SFO 05:30**PM<br>San Francisco |

**Flight 2:** Thursday, 11/21/2019    Est. Travel Time: **1h 30m**    Wanna Get Away®

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 1332 | **SFO 05:05**PM<br>San Francisco | ✈ | **SAN 06:35**PM<br>San Diego |

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - MQ2ZX8** | | | Visa ending in 0938 |
| Base Fare | $ | 271.03 | Date: November 11, 2019 |
| U.S. Transportation Tax | $ | 20.33 | **Payment Amount: $319.96** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 8.40 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **319.96** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262140225770

# Prepare for takeoff

Ⓛ **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

Ⓛ **30 minutes** before your departure:

Arrive at the gate prepared to board.

🕐 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips



Union Bank Business Rewards Visa® Credit Card

Statement Period: 11/20/19 through 12/20/19

Account Number: ▮▮▮▮

*TB pd. ▮▮/▮▮/20*
*√#7954*

## Transactions

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 11/21 | 2425137A5015B7K3K | REGENT SCHOOL CATERING FC SAN FRANCISCO CA *Joint Juice* | 8.70 |
| 11/21 | 2449215A5LVY853F8 | UBER  TRIP HELP.UBER.COM CA *Joint Juice* | 36.47 |
| 11/21 | 2471705A6MAWY130T | SAN DIEGO COUNTY RAA SAN DIEGO CA *Joint Juice* | 32.00 |
| 11/22 | 2449215A6LXSYLDTA | UBER  TRIP HELP.UBER.COM CA *Joint Juice* | 33.74 |

**Dafne Maytorena**

---

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Thursday, November 21, 2019 3:20 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fw: Your Thursday afternoon trip with Uber |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Joint Juice

---

**From:** Uber Receipts <uber.us@uber.com>
**Sent:** Thursday, November 21, 2019 2:49 PM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** Your Thursday afternoon trip with Uber

## Uber

Total: **$33.74**
Thu, Nov 21, 2019

# Thanks for riding, Tim

We hope you enjoyed your ride
this afternoon.



## Total                                              ## $33.74

---

Trip Fare                                                $26.44

1

| Subtotal | $26.44 |
|---|---|
| Tolls, Surcharges, and Fees ❓ | $7.30 |

| **VISA** •••• 0938    Switch | $33.74 |
|---|---|

A temporary hold of $33.74 was placed on your payment method •••• 0938 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

# You rode with Ahmed





Has passed a multi-step safety screen

**4.93★** Rating

Ahmed is known for:
Excellent Service

How was your ride?

**Rate Or Tip→**

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Thursday, November 21, 2019 1:06 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fw: Thanks for tipping! We've updated your Thursday morning trip receipt |

Joint Juice

**From:** Uber Receipts <uber.us@uber.com>
**Sent:** Thursday, November 21, 2019 1:01 PM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** Thanks for tipping! We've updated your Thursday morning trip receipt

# Uber

Total: **$36.47**
Thu, Nov 21, 2019

# Thanks for tipping, Tim

Thanks for tipping! We've updated
your Thursday morning trip receipt



| | |
|---|---|
| Total | $36.47 |

| | |
|---|---|
| Trip Fare | $24.42 |

1

| | |
|---|---|
| Subtotal | $24.42 |
| Tolls, Surcharges, and Fees ❓ | $7.30 |
| Tip | $4.75 |

Amount Charged

| | |
|---|---|
| **VISA** •••• 0938    Switch | $36.47 |

# You rode with Orlando





👤

Has passed a multi-step
safety screen

**4.98★** Rating

Orlando is known for:
Excellent Service

How was your ride?

Rate Or Tip→

When you ride with Uber, your trips are insured in case of a covered
accident. Learn more.

2

**UberX**  13.46 mi | 19 min

**12:06pm**

305 Domestic Terminals
Arrivals Level, San Francisco,
CA

**12:26pm**

Phillip Burton Federal
Building, 450 Golden Gate
Ave, San Francisco, CA



Map data ©2019 Google

3

**UnionBank**

.O ꝑₘ 2/5/20
✓#7984

Union Ban. .usiness Rewards Visa® Credit Card

Statement Period: 12/21/19 through 01/20/20

Account Number:

## Transactions

| Trans Date | Reference Number | Description | | Amount |
|---|---|---|---|---|
| 01/06 | 2469216QP2X4B4W77 | SOUTHWES 5262157274079800-435-9792 TX | Joint Juice | 379.96 |
| 01/07 | 2469216QP2X4B4W7T | SOUTHWES 5262157420472800-435-9792 TX | " | 319.96 |
| 01/07 | 2469216QP2X4B4W81 | SOUTHWES 5262157426327800-435-9792 TX | " | 122.96 |
| 01/07 | 2469216QP2X4B4W89 | SOUTHWES 5262157426284800-435-9792 TX | " | 243.96 |
| 01/08 | 2443106QTRQEB6H7G | HUDSONNEWS ST1146 SAN DIEGO CA | " | 9.52 |
| 01/09 | 2401339QT00ZAQSVZ | BANKERS HILL SAN DIEGO CA | " | 35.36 |
| 01/09 | 2449215QTLWQP4KV4 | UBER TRIP HELP.UBER.COM CA | " | 31.83 |
| 01/09 | 2449215QTMJGVNTZ0 | SQ *BAR 510 OAK AIR OAKLAND CA | " | 15.20 |
| 01/09 | 2469216QS2XYXGXNP | SOUTHWES 5262158819899800-435-9792 TX | " | 68.00 |
| 01/09 | 2471705QSM7YN3EF9 | SAN DIEGO COUNTY RAA SAN DIEGO CA | " | 64.00 |
| 01/09 | 2475542QS4YDJ396Q | WESTIN ST. FRANCIS DINE SAN FRANCISCO CA | " | 4.06 |
| 01/10 | 2449215QSLY9ZDP2K | UBER TRIP HELP.UBER.COM CA | " | 80.51 |
| 01/10 | 2449215QSLY971DZX | UBER TRIP HELP.UBER.COM CA | " | 4.77 |
| 01/10 | 2475542QS4YDJ3JES | WESTIN ST. FRANCIS SAN FRANCISCO CA | " | 341.95 |
| 01/14 | 2449215QYLXMQM3KR | UBER TRIP HELP.UBER.COM CA | Joint Juice | 7.00 |
| 01/15 | 2443106D0RQEBH4JM | HUDSONNEWS ST1146 SAN DIEGO CA | Joint Juice | 13.56 |
| 01/15 | 2475542D04M5AH43R | SAN PEETS COFFEE T1W 3310 SAN DIEGO CA | " | 4.58 |
| 01/16 | 2442629D10GT6VBHG | Illy Caffe San Francisco CA | " | 5.18 |
| 01/16 | 2449215D0LR5QTPM8 | UBER TRIP HELP.UBER.COM CA | Joint Juice | 33.59 |
| 01/16 | 2449215D0LS19NLP0 | UBER TRIP HELP.UBER.COM CA | " | 5.00 |
| 01/16 | 2449215D0LXRY6WHR | UBER TRIP HELP.UBER.COM CA | " | 31.08 |
| 01/16 | 2449215D0LXR5YA6Z | UBER TRIP HELP.UBER.COM CA | " | 5.00 |
| 01/16 | 2471705D14YFGXYKQ | SAN DIEGO COUNTY RAA SAN DIEGO CA | " | 64.00 |
| 01/17 | 2426979D1EJ77PH8H | BOURBON PUB - 221 SAN FRANCISCO CA | " | 37.26 |
| 01/17 | 2449215D1LXTKDZE3 | UBER TRIP HELP.UBER.COM CA | " | 3.00 |
| 01/17 | 2449215D1LXTNL3MJ | UBER TRIP HELP.UBER.COM CA | " | 42.36 |
| 01/17 | 2469216D12XD0BXXE | MARRIOTT FISHERMAN'S W SAN FRANCISCO CA | Joint Juice | 683.53 |

**Tommy O'Reardon**

| | |
|---|---|
| From: | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| Sent: | Monday, January 6, 2020 3:13 PM |
| To: | Tommy O'Reardon |
| Subject: | Thomas Joseph Ii Oreardon's 01/08 San Francisco trip (OVWNVO): Your reservation is confirmed. |

Here's your itinerary and other important travel information.

View our mobile site | View in browser

    Manage Flight | Flight Status | My Account

 **Hi Thomas Joseph Ii,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

## JANUARY 8 - JANUARY 9

# SAN ⊠ SFO

San Diego to San Francisco

Confirmation # **OVWNVO**                    Confirmation date: 01/06/2020

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ███████████ |
| TICKET # | 5262157274079 |
| EXPIRATION[1] | January 5, 2021 |
| EST. POINTS EARNED | 1,960 |

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight 1:** Wednesday, 01/08/2020 | Est. Travel Time: **1h 40m** | Wanna Get Away® |
|---|---|---|

| | **DEPARTS** | | **ARRIVES** | |
|---|---|---|---|---|
| FLIGHT # 1782 | **SAN 08:35**PM | | ⊠ | **SFO 10:15**PM |
| | San Diego | | | San Francisco |

| **Flight 2:** Thursday, 01/09/2020 | Est. Travel Time: **1h 40m** | Wanna Get Away® |
|---|---|---|

FLIGHT
# 1781

**DEPARTS**

**SFO 06:15**PM

San Francisco



**ARRIVES**

**SAN 07:55**PM

San Diego

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - OVWNVO** | | | Visa ending in 7913 |
| Base Fare | $ | 326.66 | Date: January 6, 2020 |
| U.S. Transportation Tax | $ | 24.50 | **Payment Amount: $379.96** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 8.60 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **379.96** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262157274079

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

## Don't miss out on automatic check-in

 EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >





## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Francisco.

Book hotel >



## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262157274079: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO163.33WN SAN163.33USD326.66END ZP SAN4.30SFO4.30 XF SAN4.5SFO4.5

NLN0PNR
NLN0PNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

**Contact us**

Customer service | FAQs

## Connect with us

 

Get the mobile app

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2020 Southwest Airlines Co. All Rights Reserved.



**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Monday, January 6, 2020 10:07 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 01/15 San Francisco trip (PRCK3F): Your reservation is confirmed. |

Here's your itinerary and other important travel information.

View our mobile site | View in browser

    Manage Flight | Flight Status | My Account

## Hi Thomas Joseph Ii,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### JANUARY 15 - JANUARY 16

# SAN ☒ SFO

San Diego to San Francisco

Confirmation # **PRCK3F**                    Confirmation date: 01/07/2020

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ▮▮▮▮▮▮ |
| TICKET # | 5262157420472 |
| EXPIRATION[1] | January 6, 2021 |
| EST. POINTS EARNED | 1,626 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:** Wednesday, 01/15/2020    Est. Travel Time: **1h 40m**    Wanna Get Away®

|  | **DEPARTS** | | **ARRIVES** |
|---|---|---|---|
| FLIGHT #1782 | **SAN 08:35**PM San Diego | ☒ | **SFO 10:15**PM San Francisco |

**Flight 2:** Thursday, 01/16/2020    Est. Travel Time: **1h 40m**    Wanna Get Away®

1

FLIGHT # 1781

**DEPARTS**
**SFO 06:15**PM
San Francisco



**ARRIVES**
**SAN 07:55**PM
San Diego

# Payment information

| Total cost | | |
|---|---|---|
| **Air - PRCK3F** | | |
| Base Fare | $ | 270.85 |
| U.S. Transportation Tax | $ | 20.31 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 8.60 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **319.96** |

| Payment |
|---|
| Visa ending in 7913 |
| Date: January 7, 2020 |
| **Payment Amount: $319.96** |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262157420472

# Prepare for takeoff

**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.

**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

## Don't miss out on automatic check-in



EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

2





## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Francisco.

Book hotel >



## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262157420472: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO107.52WN SAN163.33USD270.85END ZP SAN4.30SFO4.30 XF SAN4.5SFO4.5

ULN7PNR
NLN0PNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

## Contact us

Customer service | FAQs

## Connect with us





Get the mobile app

᾿ All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2020 Southwest Airlines Co. All Rights Reserved.



3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Thursday, January 30, 2020 6:35 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 02/12 San Francisco trip (JJ89UT): Your reservation is confirmed. |

Here's your itinerary and other important travel information.

View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account



### Hi Thomas Joseph Ii,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

## FEBRUARY 12 - FEBRUARY 13

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **JJ89UT**                    Confirmation date: 01/30/2020

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ████████ |
| TICKET # | 5262166949575 |
| EXPIRATION[1] | January 6, 2021 |
| EST. POINTS EARNED | 1,481 |

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight 1:** Wednesday, 02/12/2020 | Est. Travel Time: **1h 40m** | Wanna Get Away® |
|---|---|---|

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 1782 | **SAN 08:35**PM<br>San Diego | **SFO 10:15**PM<br>San Francisco |

| **Flight 2:** Thursday, 02/13/2020 | Est. Travel Time: **1h 45m** | Wanna Get Away® |
|---|---|---|

1

FLIGHT # 1787

**DEPARTS**
**SFO 03:20**PM
San Francisco



**ARRIVES**
**SAN 05:05**PM
San Diego

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - JJ89UT** | | | Travel Funds PV6UZF |
| Base Fare | $ | 246.66 | Date: January 30, 2020 |
| U.S. Transportation Tax | $ | 18.50 | **Payment Amount: $122.96** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 8.60 | Travel Funds PUOAJ3 |
| U.S. Passenger Facility Chg | $ | 9.00 | Date: January 30, 2020 |
| **Total** | **$** | **293.96** | **Payment Amount: $171.00** |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262166949575

# Prepare for takeoff

**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.

**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips



## Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

2



**Rentals as low as $20 per day**
PLUS earn 1,200 Rapid Rewards® points.

*Taxes/fees excluded. Terms apply.

**dollar.**
CAR RENTAL

Book car >



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Francisco.

Book hotel >



**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262166949575: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO93.56WN SAN153.10USD246.66END ZP SAN4.30SFO4.30 XF SAN4.5SFO4.5

ELNCPNR
NZMUHNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**

⊙ ⊙ ⊙ ⊙ ⊙



Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through March 31, 2020 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 10,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. dollars and include all applicable taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

⸳ All travel involving funds from this Confirmation Number must be completed by the expiration date.

3

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2020 Southwest Airlines Co. All Rights Reserved.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Monday, January 6, 2020 10:54 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 01/27 San Francisco trip (PV6UZF): Your reservation is confirmed. |

Here's your itinerary and other important travel information.

View our mobile site | View in browser

**Southwest**          Manage Flight | Flight Status | My Account



## Hi Thomas Joseph Ii,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### JANUARY 27 - JANUARY 28

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **PV6UZF**                    Confirmation date: 01/07/2020

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ■■■■■■ |
| TICKET # | 5262157426327 |
| EXPIRATION[1] | January 6, 2021 |
| EST. POINTS EARNED | 527 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:**  Monday, 01/27/2020    Est. Travel Time: **1h 40m**    Wanna Get Away®

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| **FLIGHT # 1782** | **SAN 08:35**PM <br> San Diego | ✈ | **SFO 10:15**PM <br> San Francisco |

**Flight 2:**  Tuesday, 01/28/2020    Est. Travel Time: **1h 40m**    Wanna Get Away®

1

| FLIGHT # 1781 | DEPARTS | ARRIVES |
|---|---|---|
| | **SFO 06:15**PM | **SAN 07:55**PM |
| | San Francisco | San Diego |

## Payment information

| Total cost | | | Payment |
|---|---|---|---|

**Air - PV6UZF**

| | | | Visa ending in 7913 |
|---|---|---|---|
| Base Fare | $ | 87.59 | Date: January 7, 2020 |
| U.S. Transportation Tax | $ | 6.57 | **Payment Amount: $122.96** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 8.60 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **122.96** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262157426327

## Prepare for takeoff

**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.

**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips



## Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >



## Rentals as low as $20 per day*
PLUS earn 1,200 Rapid Rewards® points.

*Taxes/fees excluded. Terms apply.



Book car >



## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Francisco.

Book hotel >



## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262157426327: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO55.42WN SAN32.17USD87.59END ZP SAN4.30SFO4.30 XF SAN4.5SFO4.5

JZNUNNR
DBNVHNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

## Contact us

Customer service | FAQs

## Connect with us

  

Get the mobile app

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2020 Southwest Airlines Co. All Rights Reserved.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Friday, January 24, 2020 11:51 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 01/27 San Francisco trip (PV6UZF): This reservation has been canceled. |

Keep this confirmation number to apply funds toward a future reservation.
View our mobile site | View in browser

**Southwest**                    Manage Flight | Flight Status | My Account

 You have canceled your reservation.

Your refund is on its way (woohoo!) so we don't need anything further from you. We hope to see you onboard soon!

**JANUARY 27 - JANUARY 28**

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **PV6UZF**                    Confirmation date: 01/07/2020

| PASSENGER | **Thomas Joseph Ii Oreardon** |
|---|---|
| RAPID REWARDS # | ▮▮▮▮▮▮▮ |
| TICKET # | 5262157426327 |
| EXPIRATION[1] | January 6, 2021 |

# Your itinerary

**Flight 1:**  Monday, 01/27/2020    Est. Travel Time: **1h 40m**    Wanna Get Away®

| FLIGHT # 1782 | DEPARTS **SAN 08:35**PM San Diego | ✈ | ARRIVES **SFO 10:15**PM San Francisco |
|---|---|---|---|

**Flight 2:**  Tuesday, 01/28/2020    Est. Travel Time: **1h 40m**    Wanna Get Away®

FLIGHT        DEPARTS                ARRIVES

1

**# 1781**    **SFO 06:15**PM    **SAN 07:55**PM

San Francisco    San Diego

# Payment information

| Total cost | | | Payment |
|---|---|---|---|

### Air - PV6UZF

| | | | |
|---|---|---|---|
| Base Fare | $ | 87.59 | |
| U.S. Transportation Tax | $ | 6.57 | |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 8.60 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **122.96** | |

Visa ending in 7913
Date: January 7, 2020

**Payment Amount: $122.96**

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262157426327

5262157426327: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO55.42WN SAN32.17USD87.59END ZP SAN4.30SFO4.30 XF SAN4.5SFO4.5

JZNUNNR
DBNVHNR

## Need help?

## Contact us

Customer service | FAQs

## Connect with us

   

Get the mobile app

### *Point Purchase Offer Terms and Conditions

Offer valid through March 31, 2020 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 10,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. dollars and include all applicable taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

ᐧ All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2020 Southwest Airlines Co. All Rights Reserved.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Wednesday, January 8, 2020 8:05 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 01/22 San Francisco trip (PUOAJ3): Your change is confirmed. |

Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account



# Hi Thomas Joseph Ii,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt, which includes refund details. See you onboard soon!

### JANUARY 22 - JANUARY 23

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **PUOAJ3**                    Confirmation date: 01/08/2020

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ▮▮▮▮▮▮▮ |
| TICKET # | 5262158413030 |
| EXPIRATION[1] | January 6, 2021 |
| EST. POINTS EARNED | 1,090 |

Rapid Rewards® points are only estimations.

# Your itinerary

| Flight 1: Wednesday, 01/22/2020 | Est. Travel Time: **1h 40m** | Wanna Get Away® |
|---|---|---|

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 1782 | **SAN 08:35**PM | ✈ | **SFO 10:15**PM |
| | San Diego | | San Francisco |

| Flight 2: Thursday, 01/23/2020 | Est. Travel Time: **1h 40m** | Wanna Get Away® |
|---|---|---|

**FLIGHT # 1781**

**DEPARTS**

**SFO 06:15**PM
San Francisco



**ARRIVES**

**SAN 07:55**PM
San Diego

# Payment information

| Total cost | | |
|---|---|---|
| **Air - PUOAJ3** | | |
| Base Fare | $ | 181.54 |
| U.S. Transportation Tax | $ | 13.62 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| U.S. Flight Segment Tax | $ | 8.60 |
| **Total** | **$** | **223.96** |

| Payment |
|---|
| Refund to: Travel Funds
Date: January 8, 2020

**Refund Amount: $20.00**

Credit from ticket: #5262157426284 to #5262158413030
Date: January 7, 2020

Your travel funds will be held under this flight's confirmation number. See fare rules below for more information. |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262158413030

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

 ## Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >



Rentals as low as $20 per day*
PLUS earn 1,200 Rapid Rewards® points.

dollar.
CAR RENTAL

*Taxes/fees excluded. Terms apply.

Book car >



Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Francisco.

Book hotel >



Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262158413030: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO55.42WN SAN126.12USD181.54END PD XF SAN4.5SFO4.5 ZP SAN4.30SFO4.30

JZNUNNR
CLN3PNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**





Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through March 31, 2020 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com®** on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 10,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. dollars and include all applicable taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Thursday, January 16, 2020 1:27 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 01/22 San Francisco trip (PUOAJ3): This reservation has been canceled. |

Keep this confirmation number to apply funds toward a future reservation.

View our mobile site | View in browser

## Southwest's

Manage Flight | Flight Status | My Account



## You have canceled your reservation.

Now you have travel funds to use toward a future getaway. Save the confirmation number below to use your funds to book and complete your flight by the expiration date. If you included your Rapid Reward number in this reservation prior to cancellation, you can now view your balance in the My Account desktop experience for cancellations that occurred after 12/3/19.

**Check Funds**

### JANUARY 22 - JANUARY 23

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **PUOAJ3**                                   Confirmation date: 01/08/2020

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ▬▬▬▬▬ |
| TICKET # | 5262158413030 |
| EXPIRATION[1] | January 6, 2021 |

# Your itinerary

**Flight 1:** Wednesday, 01/22/2020    Est. Travel Time: **1h 40m**    Wanna Get Away®

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 1782 | **SAN 08:35**PM | ✈ | **SFO 10:15**PM |
| | San Diego | | San Francisco |

1

**Flight 2:**  Thursday, 01/23/2020    Est. Travel Time: **1h 40m**    Wanna Get Away®

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 1781 | **SFO 06:15**PM  San Francisco | **SAN 07:55**PM  San Diego |

# Payment information

## Total cost

### Air - PUOAJ3

| | | |
|---|---|---|
| Base Fare | $ | 181.54 |
| U.S. Transportation Tax | $ | 13.62 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| U.S. Flight Segment Tax | $ | 8.60 |
| **Total** | **$** | **223.96** |

## Payment

Refund to: Travel Funds
Date: January 16, 2020

Refund Amount: $223.96

Refund to: Travel Funds
Date: January 8, 2020

Refund Amount: $20.00

Credit from ticket: #5262157426284 to #5262158413030
Date: January 7, 2020

Your travel funds will be held under this flight's confirmation number. See fare rules below for more information.

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262158413030

5262158413030: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO55.42WN SAN126.12USD181.54END PD XF SAN4.5SFO4.5 ZP SAN4.30SFO4.30

JZNUNNR
CLN3PNR

## Need help?

## Contact us

Customer service | FAQs

## Connect with us

  

Get the mobile app

All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation.

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2020 Southwest Airlines Co. All Rights Reserved.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <uber.us@uber.com> |
| **Sent:** | Thursday, January 9, 2020 6:11 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thanks for tipping! We've updated your Wednesday evening trip receipt |

## Uber

Total: **$36.60**
Wed, Jan 08, 2020

# Thanks for tipping, Tommy

Thanks for tipping! We've updated your Wednesday evening trip receipt



## Total $36.60

| | |
|---|---|
| Trip Fare | $24.53 |
| Subtotal | $24.53 |
| Tolls, Surcharges, and Fees ❓ | $7.30 |
| Tip | $4.77 |

1

Amount Charged

**VISA** •••• 7913    Switch                                    $31.83

**VISA** •••• 7913    Switch                                    $4.77

# You rode with Wender



👤✓
Has passed a multi-step
safety screen

**4.98★** Rating

Wender is known for:
Excellent Service

How was your ride?

Rate Or Tip

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered
accident. Learn more.

**10:06pm**

305 Domestic Terminals
Arrivals Level, San Francisco,
CA

**10:28pm**

280 Geary Blvd, San
Francisco, CA





## Invite your friends and family.

Get up to $5 off your next ride when you refer a
friend to try Uber. Share code: wylil

REPORT LOST ITEM ›    |    CONTACT SUPPORT ›    |    MY TRIPS ›

Uber

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero
tolerance complaint by visiting help.uber.com.

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Thursday, January 9, 2020 6:20 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 01/09 San Diego trip (OVWNVO): Your change is confirmed. |

Here's your updated itinerary and trip receipt.

View our mobile site | View in browser



## Southwest

Manage Flight | Flight Status | My Account

# Hi Thomas Joseph Ii,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

JANUARY 9

# OAK ✈ SAN

Oakland to San Diego

Confirmation # **OVWNVO**                           Confirmation date: 01/09/2020

| PASSENGER | **Thomas Joseph Ii Oreardon** |
|---|---|
| RAPID REWARDS # | ██████████ |
| TICKET # | 5262158819899 |
| EXPIRATION[1] | January 5, 2021 |
| EST. POINTS EARNED | 3,246 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:**   Thursday, 01/09/2020   Est. Travel Time: **1h 30m**   Anytime

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 1476 | **OAK 07:00**PM<br>Oakland | **SAN 08:30**PM<br>San Diego |

1

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - OVWNVO** | | | Visa ending in 7913 |
| Base Fare | $ | 389.92 | Date: January 9, 2020 |
| U.S. Transportation Tax | $ | 29.24 | **Payment Amount: $68.00** |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| U.S. Flight Segment Tax | $ | 8.60 | Credit from ticket: #5262157274079 to |
| U.S. 9/11 Security Fee | $ | 11.20 | #5262158819899 |
| | | | Date: January 6, 2020 |
| **Total** | **$** | **447.96** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262158819899

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.

**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

 **Rentals as low as $20 per day\*** PLUS earn 1,200 Rapid Rewards® points.  CAR RENTAL

\*Taxes/fees excluded. Terms apply.

Book car >

 

2

## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Diego.

Book hotel >

## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262158819899: NONTRANSFERABLE -BG WN SAN WN SFO163.33/-OAK WN SAN226.59USD389.92END ZP OAK0.24 XF OAK4.5 PD XF SAN4.5 ZP SAN4.30OAK4.06

YL

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

## Contact us

Customer service | FAQs

## Connect with us

  



Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through March 31, 2020 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 10,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. dollars and include all applicable taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2020 Southwest Airlines Co. All Rights Reserved.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | receipts@uber.com |
| **Sent:** | Monday, February 6, 2023 1:13 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thanks for tipping! We've updated your Thursday evening trip receipt |

## Uber

Total: **$87.51**
Thu, Jan 09, 2020

# Thanks for tipping, Tommy

Thanks for tipping! We've updated your Thursday evening trip receipt



| Total | $87.51 |
|---|---|

| | |
|---|---|
| Trip Fare | $65.10 |
| Subtotal | $65.10 |
| Tolls, Surcharges, and Fees ❓ | $14.30 |
| San Francisco City Tax ❓ | $1.11 |
| Tip | $7.00 |

1

Amount Charged

**VISA** •••• 7913   Switch                                         $80.51

**VISA** •••• 7913   Switch                                         $7.00

# You rode with Teshome

 

👤✓

Has passed a multi-step
safety screen

**4.97★** Rating

Teshome is known for:
Excellent Service

How was your ride?

Rate Or Tip

Issued on behalf of Kasa transport

When you ride with Uber, your trips are insured in case of a covered
accident. Learn more.

2

**05:57pm**

110 California St, San Francisco, CA

**06:33pm**

1 Airport Dr, Oakland, CA





Invite your friends and family.

Get up to $5 off your next ride when you refer a friend to try Uber. Share code: wylil

REPORT LOST ITEM ›    |    CONTACT SUPPORT ›    |    MY TRIPS ›

Uber

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

3



Privacy

Terms

4

**Tommy O'Reardon**

| From: | Westin Reservations <reservations@res-marriott.com> |
|---|---|
| Sent: | Saturday, January 4, 2020 5:35 PM |
| To: | Tommy O'Reardon |
| Subject: | Reservation Confirmation #94195411 for The Westin St. Francis San Francisco on Union Square |

ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US



## The Westin St. Francis San Francisco on Union Square

📍 335 Powell Street San Francisco California 94102 USA        📞 +1-415-397-7000

Thank you for booking directly with us, Thomas Oreardon.

# Stay well at Westin Hotels & Resorts.

Wed, Jan 08, 2020 – Thu, Jan 09, 2020
Confirmation Number: 94195411



Check-In:      Wednesday, January 8, 2020                            04:00 PM

1

Check-Out:  Thursday, January 9, 2020                          11:00 AM

Number of rooms                                                1 Room

Guests per room                                                1 Adult

Guarantee Method   Credit Card Guarantee, American Express

Total for Stay (all rooms)                              341.95 USD

Room 1

Room Type ›              Traditional, Guest room, 1 King, Limited
                                                     view, Landmark

Guaranteed Requests:

None

ALL REQUESTS ›

Modify or Cancel Reservation

# Enhance your stay

Excite your thirst at ENO San Francisco Wine Bar.

2

ENO Wine Bar, just off Union Square; ideal for exploring your passion for wine

Learn More >



## It Pays To Have Friends

Earn 20,000 points for approved referrals, up to 55,000 points. Terms Apply.

**Refer Now.**



## Save on base rates

Plus earn up to 2,000 points.

**Learn More**



## Find Things to Do

View recommended activities and earn points

**Book Activities**



## Get 2,000 bonus points

Register by December 31 for Unlock More. Stay twice. Get 2,000 bonus points. Then unlock an additional offer. You'll earn on stays through January 14, 2020.

**Register Now**



## Get $40 Off Daily Harvest

Redeem this exclusive wellness offer from Westin on your first 2 boxes of Daily Harvest. For new customers. U.S. only.

**Get Started**



## Wellness at Westin

At Westin, we believe that the key to wellness is a hotel that helps you sleep, eat and move well.

**Learn More**

4



## Fitness Gear Lending

Maintain your workout routine – wherever you go – without the added bulk of packing your fitness gear.

**Learn More**



## WESTIN®
HOTELS & RESORTS







## Let's Rise

Our signature wellness programs help you soar above the obstacles that travel can put between

5

you and your well-being. At Westin Hotels &
Resorts you can eat, sleep, move, feel, work,
and play well.

# MARRIOTT
# BONVºY

## My Account

Thomas Oreardon

Your Stay: 1 Night

View Account

| XXXXX2855 | 188,880 | Gold Elite |
|-----------|---------|------------|
| Account | Points | Status |

Enjoy these Gold Elite benefits* during your stay.

Learn More >

- 25% Bonus on Base Points Earned

- Elite Welcome Gift

- Complimentary Enhanced Internet Access

*Benefits vary by brand and hotel. Select benefits are subject to availability. Please see full terms and conditions.

# Summary Of Charges

6

Wednesday, January 8, 2020 – Thursday, January 9, 2020

1 Night at 293.55 USD per night per room

AAA rate, AAA membership card required

Taxes & Fees (per night per room)

Estimated Government Taxes & Fees          48.40 USD

Totals

Total for Stay (all rooms)          341.95 USD

Other Charges

On-site parking, fee: 24 USD hourly, 68 USD daily

# Rate Details & Cancellation Policy

- **You may cancel your reservation for no charge before 11:59 PM local hotel time on Sunday, January 5, 2020 (3 day[s] before arrival).**

- Please note that we will assess a fee of 341.95 USD if you must cancel after this deadline.

- Please be prepared to show proof of eligibility for your rate (such as a membership card, corporate or government identification card, or proof of your age).

7

- Please note that a change in the length or dates of your reservation may result in a rate change.

**Rate Guarantee Limitation(s)**

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

- Upon check-in an authorization request will be placed on your credit/debit card in an amount equal to the cost of the room, tax and incidental charges for the length of your stay (up to seven nights). If your stay exceeds seven nights, an additional authorization may be requested for the entire amount of your stay (room, tax and incidentals). Upon check-out, your payment card will be charged for the actual amount incurred during your stay.

# Enjoy instant benefits because you booked directly with us



Member Rates



Free Wi-Fi



Mobile Check-In

**Learn More  >**

# Contact Us

## Phone Numbers

Call 1-800-937-8461 in the US and Canada

For everywhere else, call our Worldwide Telephone Numbers

8

FREQUENTLY ASKED QUESTIONS  >



Terms of Use         Privacy Policy         About Us         Find a Hotel

Contact Us

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet Customer Care team is available to assist you 24 hours per day, 7 days per week.

Confirmation Authenticity

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

Email Unsubscribe

You may opt out of promotional emails at any time here. Each email also includes a link to unsubscribe. Please note: should you unsubscribe, you will continue to receive emails such as reservation confirmations, hotel stay receipts and changes to program terms and conditions.

© 2020 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED.
MARRIOTT PROPRIETARY INFORMATION

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <uber.us@uber.com> |
| **Sent:** | Wednesday, January 15, 2020 10:17 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Receipt for canceled trip on Wednesday evening |

# Uber

Cancellation Fee: **$5.00**
Wed, Jan 15, 2020

# We'll connect another time, Tommy

Here's the receipt for your canceled trip.



## Total                                    $5.00

> To compensate drivers for the inconvenience, a fee is charged if you cancel a request 2 minutes after a driver accepts your ride. If you need to cancel a ride request, do so before the grace period to avoid a fee.

Cancellation Fee                                    $5.00

Subtotal                                    $5.00

1

Amount Charged

 **VISA** •••• 7913    Switch                                    $5.00

**UberX**    Ride cancelled



**10:07pm**
Request accepted

**10:16pm**
Request canceled



Map data ©2020 Google

## Invite your friends and family.

Get up to $5 off your next ride when you refer a
friend to try Uber. Share code: wylil

REPORT LOST ITEM ›      |      CONTACT SUPPORT ›      |      MY TRIPS ›

**Uber**

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com.

Uber B.V.
Mr. Treublaan 7
1097 DP Amsterdam

Privacy

Terms

If you think this was a mistake, please visit help.uber.com or tap HELP in the menu panel of the Uber app and we'll make it right.

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <uber.us@uber.com> |
| **Sent:** | Wednesday, January 15, 2020 11:07 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thanks for tipping! We've updated your Wednesday evening trip receipt |

Uber

Total: **$38.59**
Wed, Jan 15, 2020

# Thanks for tipping, Tommy

Thanks for tipping! We've updated your Wednesday evening trip receipt



| Total | $38.59 |
|---|---|

| | |
|---|---|
| Base Fare | $2.20 |
| Time | $9.00 |
| Distance | $14.79 |
| Subtotal | $25.99 |
| Marketplace Fee ❓ | $3.00 |

1

| | |
|---|---|
| Access for All Fee ❓ | $0.10 |
| SFO Airport Surcharge ❓ | $4.50 |
| Tip | $5.00 |

Amount Charged

| | |
|---|---|
| **VISA** •••• 7913   Switch | $33.59 |
| **VISA** •••• 7913   Switch | $5.00 |

# You rode with Celiojose

 

Has passed a multi-step
safety screen

**4.98★** Rating

Celiojose is known for:
Excellent Service

How was your ride?

Rate Or Tip

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered
accident. Learn more.

2

**10:23pm**

305 Domestic Terminals Arrivals Level, San Francisco, CA

**10:46pm**

San Francisco, CA





Invite your friends and family.

Get up to $5 off your next ride when you refer a friend to try Uber. Share code: wylil

REPORT LOST ITEM ›    |    CONTACT SUPPORT ›    |    MY TRIPS ›

Uber

3

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com.

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <uber.us@uber.com> |
| **Sent:** | Thursday, January 16, 2020 3:41 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thanks for tipping! We've updated your Thursday morning trip receipt |

# Uber

Total: **$34.08**
Thu, Jan 16, 2020

# Thanks for tipping, Tommy

Thanks for tipping! We've updated your Thursday morning trip receipt



## Total                                    $34.08

You earned 62 points on this trip

| | |
|---|---|
| Base Fare | $2.20 |
| Time | $5.16 |
| Distance | $1.64 |
| **Normal Fare** | **$9.00** |

1

| | |
|---|---|
| Surge x3.0 | $18.00 |
| Subtotal | $27.00 |
| Marketplace Fee | $3.00 |
| Access for All Fee | $0.10 |
| San Francisco City Tax | $0.98 |
| Tip | $3.00 |

Amount Charged

| | |
|---|---|
| VISA •••• 7913   Switch | $31.08 |
| VISA •••• 7913   Switch | $3.00 |

Uber Rewards

| | |
|---|---|
| Base points | 62 |
| 2 points per eligible $ on UberX | |

## You rode with Zouaoui

 

Has passed a multi-step
safety screen

**4.95★** Rating

Zouaoui is known for:
Excellent Service

How was your ride?

Rate Or Tip

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered
accident. Learn more.

**08:58am**

1288b Columbus Ave, San
Francisco, CA

**09:12am**

196 Front St, San Francisco,
CA

3



Invite your friends and family.

Get up to $5 off your next ride when you refer a friend to try Uber. Share code: wylil

**REPORT LOST ITEM >**    |    **CONTACT SUPPORT >**    |    **MY TRIPS >**

## Uber

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com.

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

4

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <uber.us@uber.com> |
| **Sent:** | Thursday, January 16, 2020 4:35 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Thursday afternoon trip with Uber |

# Uber

Total: **$42.36**
Thu, Jan 16, 2020

# Thanks for riding, Tommy

We're glad to have you as an
Uber Rewards Gold Member.



# Total                         $42.36

| | |
|---|---|
| Base Fare | $2.20 |
| Time | $14.05 |
| Distance | $17.91 |
| Subtotal | $34.16 |
| Marketplace Fee ❓ | $3.00 |
| Uber Airport Surcharge ❓ | $4.50 |

1

| | |
|---|---|
| Access for All Fee ❓ | $0.10 |
| San Francisco City Tax ❓ | $0.60 |

**Amount Charged**

 •••• 7913  Switch  $42.36

# You rode with Vic



👤⌄
Has passed a multi-step
safety screen

**4.94★** Rating

Vic is known for:
Excellent Service

How was your ride?

Rate Or Tip

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

2

**03:44pm**

105 Pine St, San Francisco, CA

**04:20pm**

308 Domestic Terminals Departures Level, San Francisco, CA





## Invite your friends and family.

Get up to $5 off your next ride when you refer a friend to try Uber. Share code: wylil

REPORT LOST ITEM ›    |    CONTACT SUPPORT ›    |    MY TRIPS ›

**Uber**

FAQ

Forgot password

Read about our zero tolerance policy. Report a zero
tolerance complaint by visiting help.uber.com.

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Marriott Hotels & Resorts Reservations <reservations@res-marriott.com> |
| **Sent:** | Monday, January 6, 2020 10:05 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Reservation Confirmation #97560566 for San Francisco Marriott Fisherman's Wharf |

ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US



## San Francisco Marriott Fisherman's Wharf

📍 1250 Columbus Avenue San Francisco     📞 +1-415-775-7555
California 94133 USA

Thank you for booking directly with us, Thomas Oreardon.

# Inspiration is waiting for you.

Wed, Jan 15, 2020 – Thu, Jan 16, 2020
Confirmation Number: 97560566



| | | |
|---|---|---|
| Check-In: | Wednesday, January 15, 2020 | 04:00 PM |
| Check-Out: | Thursday, January 16, 2020 | 12:00 PM |

1

| | |
|---|---|
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, Visa |

Total for Stay (all rooms)                683.53 USD

Room 1

Room Type ›                Guest room, 1 King

UPGRADE ROOM ›

Guaranteed Requests:

1 King Bed

ALL REQUESTS ›

**Modify or Cancel Reservation**

> ⚠ Hotel Alert
>
> Rollaway beds not allowed in rooms with 2 beds. Credit card forms must be submitted at least 3 days prior to arrival.

# Enhance your stay

2



## It Pays To Have Friends

Earn 20,000 points for approved referrals, up to 55,000 points. Terms Apply.

**Refer Now.**



## Save on base rates

Plus earn up to 2,000 points.

**Learn More**



## Find Things to Do

View recommended activities and earn points

**Book Activities**



## Vacation Up To 70% OFF

4 days, 3 nights at Marriott's Cypress Harbour in Orlando, FL from $199 per stay! Conditions and participation requirements apply.

**Get Offer**



## Get 2,000 bonus points

Register by December 31 for Unlock More. Stay twice. Get 2,000 bonus points. Then unlock an additional offer. You'll earn on stays through January 14, 2020.

**Register Now**



## Spark your Inspiration

Find new ways of thinking and broaden your perspective.

**Explore**

4



## Stream on a Big TV

Access Netflix & other services on your in-room TV.

**Learn More**



MARRIOTT







## Let Your Mind Travel

Marriott Hotels® celebrates curiosity, creativity and new perspectives. We know that when your

mind can travel, inspiration follows. That's why
we create spaces that allow you to see the world
differently with room to think bigger.

# MARRIOTT
# BONVºY

## My Account

Thomas Oreardon

Your Stay: 1 Night

| View Account |

| XXXXX2855 | 188,880 | Gold Elite |
| Account | Points | Status |

Enjoy these Gold Elite benefits* during your stay.          Learn More >

- 25% Bonus on Base Points Earned

- Elite Welcome Gift

- Complimentary Enhanced Internet Access

*Benefits vary by brand and hotel. Select benefits are subject to availability. Please see full terms and conditions.

# Summary Of Charges

6

Wednesday, January 15, 2020 – Thursday, January 16, 2020

1 Night at 587.00 USD per night per room

Member Rate

## Taxes & Fees (per night per room)

| | |
|---|---|
| Estimated Government Taxes & Fees | 96.53 USD |

## Totals

| | |
|---|---|
| Total for Stay (all rooms) | 683.53 USD |

## Other Charges

Valet parking, fee: 62 USD daily

Parking fee excludes tax and includes unlimited in/out privileges - garage height clearance is 6 feet

# Rate Details & Cancellation Policy

- **You may cancel your reservation for no charge before 11:59 PM local hotel time on Sunday, January 12, 2020 (3 day[s] before arrival).**

- Please note that we will assess a fee of 587.00 USD if you must cancel after this deadline.

7

- Please note that a change in the length or dates of your reservation may result in a rate change.

**Rate Guarantee Limitation(s)**

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

- Upon check-in an authorization request will be placed on your credit/debit card in an amount equal to the cost of the room, tax and incidental charges for the length of your stay (up to seven nights). If your stay exceeds seven nights, an additional authorization may be requested for the entire amount of your stay (room, tax and incidentals). Upon check-out, your payment card will be charged for the actual amount incurred during your stay.

# Enjoy instant benefits because you booked directly with us



Member Rates



Free Wi-Fi



Mobile Check-In

**Learn More** >

# Contact Us

## Phone Numbers

Call 1-800-228-9290 in the US and Canada

For everywhere else, call our Worldwide Telephone Numbers

**FREQUENTLY ASKED QUESTIONS** >



| Terms of Use | Privacy Policy | About Us | Find a Hotel |

Contact Us

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet Customer Care team is available to assist you 24 hours per day, 7 days per week.

Confirmation Authenticity

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

Email Unsubscribe

You may opt out of promotional emails at any time here. Each email also includes a link to unsubscribe. Please note: should you unsubscribe, you will continue to receive emails such as reservation confirmations, hotel stay receipts and changes to program terms and conditions.

© 2020 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED.
MARRIOTT PROPRIETARY INFORMATION

**UnionBank**

TO /M 4/25/20
# 8026

Union B    Business Rewards Visa® Credit
Card

Statement Period: 01/21/20 through 02/18/20

Account Number:

## Transactions

| Trans Date | Reference Number | Description | | Amount |
|---|---|---|---|---|
| 02/13 | 2401339DW01RN1F7N | BANKERS HILL SAN DIEGO CA | Joint Juice | 3.86 |
| 02/13 | 2401339DX01YJ824E | BANKERS HILL SAN DIEGO CA | " | 12.88 |
| 02/13 | 2449215DWLR7Z23Y9 | UBER   TRIP HELP.UBER.COM CA | " | 48.84 |
| 02/13 | 2471705DXM894EFR8 | SAN DIEGO COUNTY BAA SAN DIEGO CA | " | 32.00 |
| 02/14 | 2469216DX2XA0EED8 | MARRIOTT SFO BURLINGAM BURLINGAME CA | Joint Juice | 420.92 |

Uber          Ride    Drive    More                                    Help    Tommy

← Back to trips

## Your Trip

2:14 PM, Thursday February 13 2020 with Bimal



## Rate trip

☆ ☆ ☆ ☆ ☆                                                              ›

## Trip details

🚗 Comfort

🛣 14.40 miles

🕐 39 min

🏷 $48.84

💳 Visa ····7913

📄 View Receipt      ➤ Resend Receipt

## Route

50b Beale St, San Francisco, CA 94105, USA                    2:14 PM

302 Domestic Terminals Arrivals Level, San Francisco, CA      2:53 PM
94128, USA

 Get Help                                          ›



**SF AIRPORT MARRIOTT WATERFRONT**                    **GUEST FOLIO**

| 5041 | OREARDON/THOMAS | 351.00 | 02/13/20 | 12:08 | 2656 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GK | 653 MARGARITA AVE | | 02/12/20 | 22:29 | |
| TYPE | CORONADO  CA  921182320 | | ARRIVE | TIME | |
| 191 | | PASSPORT: | | | |
| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX7913 PAYMENT | | | MBV#:    XXXXX2855 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 02/12 | LOUNGE | 45795041 | 21.52 | | |
| 02/12 | ROOM | 5041, 1 | 351.00 | | |
| 02/12 | CITY TAX | 5041, 1 | 42.12 | | |
| 02/12 | TRSM FEE | 5041, 1 | 1.50 | | |
| 02/13 | STARBUCK | 64365041 | 4.78 | | |
| 02/13 | CCARD-VS | | | 420.92 | |
| | PAYMENT RECEIVED BY  VISA | XXXXXXXXXXXX7913 | | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



SF AIRPORT MARRIOTT WATERFRONT
1800 OLD BAYSHORE HW
BURLINGAME CA  94010
650-692-9100

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**Union**Bank·

*To pd 6/30/22 or line*

Union Bank® Business Visa® Credit Card
Statement Period: 04/20/22 through 05/20/22
Account Number ending in 7913

## Transactions

| Trans Date | Reference Number | Description | | Amount |
|---|---|---|---|---|
| | | | | 14.99 |
| 05/11 | 2443106GL11W5399Y | ALASKA AIR 0272137835500 SEATTLE WA | *Joint Juice* | 1,217.20 |
| 05/11 | 2443106GM11LAMPBP | ALASKA AIR SEATTLE WA | \\ | 108.99 |
| 05/11 | 2469216GL2XJTK7RF | SOUTHWES 5262117659579800-435-9792 TX | \\ | 113.98 |
| 05/11 | 2469216GL2XJTK7T1 | SWA*EARLYBRD5269923309115800-435-9792 TX | \\ | 15.00 |
| 05/13 | 2469216GN2XATMX2L | SOUTHWES 5262118424382800-435-9792 TX | \\ | 384.96 |
| 05/13 | 2469216GN2XATMX2Q | SOUTHWES 5262118425182800-435-9792 TX | \\ | 46.00 |
| 05/13 | 2469216GN2XATMX25 | SOUTHWES 5262118426733800-435-9792 TX | \\ | 224.98 |
| 05/16 | 2469216GT2XGPE6B4 | UNITED 0162412427738800-932-2732 TX | *Joint Juice* | 1,387.20 |
| 05/16 | 2469216GT2XGPRM7Q | UNITED 0161585185477800-932-2732 TX | \\ | 153.00 |
| 05/17 | 2469216GS2XHYMML5 | SOUTHWES 5262119708807800-435-9792 TX | \\ | 11.00 |

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Alaska Airlines <service@ifly.alaskaair.com> |
| **Sent:** | Wednesday, May 11, 2022 4:28 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Your confirmation receipt: UVXDJN for your flight to San Francisco on 5/21/22. |

 



# Mary, you're all set.

We can't wait to see you on board. Before you fly, view full reservation details or make changes to your flight online. With Mileage Plan™, you earn a mile for every mile flown. Don't miss out on miles, join Mileage Plan now.

**MANAGE TRIP**

Confirmation code:

# UVXDJN

1

**Alaska**

Flight 14

Airbus A321

**Traveler(s)**

Mary Montera

Seat: 9A★, Class: K (Coach)

**Sat, May 21**
**01:00 PM**

# JFK

········· ✈ ·········

**Sat, May 21**
**04:30 PM**

# SFO

New York-Kennedy

San Francisco

**Alaska**

Flight 18

Airbus A321

**Traveler(s)**

Mary Montera

Seat: 34C, Class: K (Coach)

**Thu, Jun 09**
**02:15 PM**

# SFO

········· ✈ ·········

**Thu, Jun 09**
**10:59 PM**

# JFK

San Francisco

New York-Kennedy

★Premium Class seat has been selected for this flight.

**Summary of airfare charges**

2

Mary Montera
*Mileage Plan # Join Mileage Plan and add to reservation*
Ticket 0272137835500

| | |
|---|---|
| Base fare and surcharges | $1,105.12 |
| Taxes and other fees | $112.08 |
| Per-person total | $1,217.20 |

**Total charges for air travel**                                    **$1,217.20**

View all taxes, fees and charges.

## Summary of additional item charges

Seat upgrade purchases

| | |
|---|---|
| Mary Montera,  1 seat | $101.39 |
| Tax | $7.60 |
| Per-person total | $108.99 |

**Total charges for additional items**                              **$108.99**

$1,326.19 was charged to the Visa card with number ************7913 held by Tommy O'Reardon on May 11, 2022.

## Trip insurance by Allianz Global Assistance

Purchase travel insurance benefits and travel assistance services for your trip from Allianz Global Assistance. Learn more.



# Don't miss your sweeter rewards.

Join Mileage Plan™ today and earn a mile for every mile flown 30% faster* than other airlines. Earn miles in the air or on the ground and watch your miles add up to sweet rewards. Make sure to claim your miles for this flight, join now.

**SIGN ME UP**



# Next time book with miles.

Get this email offer for a $100 statement credit, 40,000 bonus miles and Alaska's Famous Companion Fare™ with the Alaska Airlines Visa Signature® card.‡

**APPLY NOW**

**This email-only offer may not be available elsewhere.** You can take advantage of this offer when you <u>apply now</u>.



# Get set to jet set!

Our commitment to Next-Level Care means we've implemented 100+ ways to maintain the highest standard of safety throughout your travels. Let us help you feel great about flying through your journey.

**LEARN MORE**

5



**Alaska** Car Rentals
AIRLINES  POWERED BY CARTRAWLER

Exclusive rates from leading car rental suppliers.

AVIS  Budget  Alamo  Payless

FIND A CAR



**Hotels** POWERED BY ROCKETMILES

Earn up to **10,000 miles** per night for stays worldwide.

SEARCH HOTELS

# Before you fly

### Baggage

Carry-on baggage: On Alaska Airlines flights, each traveler is limited to one carry-on bag plus one personal item. See our carry-on baggage page for the latest policies and size information.

Checked baggage: Alaska Airlines rules and fees apply for this itinerary. See the checked baggage page for details and exceptions.

Alaska Airlines baggage service guarantee: Get your bag in 20 minutes or less, guaranteed.

The federal government has specific restrictions about hazardous materials in carry-on and checked baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more information, visit the FAA website.

### Flight notifications

Don't miss important travel information. Get alerts about departures, arrivals, gate changes, cancellations and more.

6

**Sign up for email deals**

Our email deals feature exclusive fare sales, discount code and web specials tailored to your preferences, as well as Alaska Airlines Mileage Plan™ offers and news. Sign up.

**Check-in**

When traveling on Alaska Airlines, save time by checking in online 1–24 hours prior to departure. You can also check in at one of our airport kiosks, at the ticket counter or with our mobile app.

For more information about minimum check-in times, required identification, international travel and traveling with minors, please visit our website.

# What to expect on board

**Inflight service**

We've equipped almost all of our fleet with inflight Wi-Fi so you can surf the web or stay productive in flight. For more information, please see our onboard guide.

Visit our website for the most up-to-date information on inflight food and beverage services and what to expect.

**Service requests**

Alaska Airlines provides a meet-and-assist service for travelers who need assistance through the airport. Request this service online or over the phone.

Additional services can be requested online or over the phone. More info.

7

<u>View full details</u> **about your flight reservation and fare.**

Alaska Airlines reservations: 1-800-ALASKAAIR (1-800-252-7522)

Do you have a redress number? If so, and you did not provide it when you made your reservation, please visit www.alaskaair.com or call reservations. To learn more about redress numbers go to dhs.gov/trip.

Book | My account | Preferences | Contact us | oneworld

  

Please review important information about your **consumer rights and our limitations of liability**. You may also wish to review the **contract of carriage** applicable to your trip.

*Based on average economy fare and trip length, compared to U.S. airlines that award points based on spend.

†Residents of the US and its territories only. **See full disclosure** for details.

Reference number TL04358685. Requested at 5/11/22 23:27 PM.

This email was sent to toreardon@bholaw.com.

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
© 2022 Alaska Airlines. All rights reserved.

View our privacy notice or contact us.

8



**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Wednesday, May 11, 2022 4:35 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | You're going to San Francisco on 05/21 (2PFW8S)! |

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

## Southwest'

Manage Flight | Flight Status | My Account

 **Travel notice**

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 **Hi Thomas Joseph Ii,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 21**

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **2PFW8S**                    Confirmation date: 05/11/2022

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ▇▇▇▇▇▇ |
| TICKET # | 5262117659579 |
| EXPIRATION[1] | May 11, 2023 |
| EST. POINTS EARNED | 555 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:** Saturday, 05/21/2022    Est. Travel Time: **1h 35m**    Wanna Get Away®

1