# EXHIBIT 12
# PART 3

FLIGHT # 1648

**DEPARTS**

**SAN 08:00**AM
San Diego



**ARRIVES**

**SFO 09:35**AM
San Francisco

## Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - 2PFW8S** | | | Visa ending in 7913 |
| Base Fare | $ | 92.45 | Date: May 11, 2022 |
| U.S. Transportation Tax | $ | 6.93 | **Payment Amount: $113.98** |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Flight Segment Tax | $ | 4.50 | Visa ending in 7913 |
| U.S. Passenger Facility Chg | $ | 4.50 | Date: May 11, 2022 |
| EarlyBird | $ | 15.00 | **Payment Amount: $15.00** |
| **Total** | **$** | **128.98** | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262117659579

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now



**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.



**30 minutes** before your departure:

Arrive at the gate prepared to board.



**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our <u>No Show Policy</u>.

See more travel tips



**Save up to 30% off base rates with Budget.®**

Earn up to 2,400 Rapid Rewards® points.



Book car >



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Francisco.

Book hotel >

**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262117659579: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO92.45USD92.45END ZP SAN4.50 XF SAN4.5

EZN7K2H

**No-show policy:** You must notify Southwest® at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**

  

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid

Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

⋅ All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

## Tommy O'Reardon

**From:** Southwest Airlines <southwestairlines@ifly.southwest.com>
**Sent:** Friday, May 13, 2022 5:12 PM
**To:** Tommy O'Reardon
**Subject:** You're going to San Francisco on 05/21 (43T97T)!

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account

### ⚠ Travel notice

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 **Hi Craig Wallace,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

MAY 21 - MAY 28

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **43T97T**

Confirmation date: 05/13/2022

| | |
|---|---|
| **PASSENGER** | **Craig Wallace Straub** |
| RAPID REWARDS # | ███████████ |
| TICKET # | 5262118424382 |
| EXPIRATION[1] | May 14, 2023 |
| EST. POINTS EARNED | 1,987 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight 1:**  Saturday, 05/21/2022    Est. Travel Time: **1h 35m**    Wanna Get Away®

1

| FLIGHT # 1648 | DEPARTS | ARRIVES |
|---|---|---|
| | **SAN 08:00**AM | **SFO 09:35**AM |
| | San Diego | San Francisco |

**Flight 2:** Saturday, 05/28/2022    Est. Travel Time: **1h 40m**    Wanna Get Away®

| FLIGHT # 3456 | DEPARTS | ARRIVES |
|---|---|---|
| | **SFO 01:05**PM | **SAN 02:45**PM |
| | San Francisco | San Diego |

## Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - 43T97T** | | | Visa ending in 7913 |
| Base Fare | $ | 330.94 | Date: May 13, 2022 |
| U.S. Transportation Tax | $ | 24.82 | |
| U.S. 9/11 Security Fee | $ | 11.20 | **Payment Amount: $384.96** |
| U.S. Flight Segment Tax | $ | 9.00 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **384.96** | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262118424382

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

🍎 Download app now    ▷ Download app now

🕒 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

🕒 **30 minutes** before your departure:

Arrive at the gate prepared to board.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Friday, May 13, 2022 5:18 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 05/21 Oakland trip (2PFW8S): Your change is confirmed. |

Here's your updated itinerary and trip receipt.

View our mobile site | View in browser



Manage Flight | Flight Status | My Account

### Travel notice

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

## Hi Thomas Joseph Ii,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

MAY 21

# SAN  OAK

San Diego to Oakland

Confirmation # **2PFW8S**          Confirmation date: 05/13/2022

| | |
|---|---|
| PASSENGER | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ███████ |
| TICKET # | 5262118426182 |
| EXPIRATION¹ | May 11, 2023 |
| EST. POINTS EARNED | 812 |

Rapid Rewards® points are only estimations.

## Your itinerary

1

**Flight:** Saturday, 05/21/2022    Est. Travel Time: **1h 35m**    Wanna Get Away®

FLIGHT # 1881

**DEPARTS**
**SAN 09:40**AM
San Diego

**ARRIVES**
**OAK 11:15**AM
Oakland

## Payment information

| Total cost | | | | Payment |
|---|---|---|---|---|

**Air - 2PFW8S**

| | | | |
|---|---|---|---|
| Base Fare | $ | 135.24 | |
| U.S. Transportation Tax | $ | 10.14 | |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Passenger Facility Chg | $ | 4.50 | |
| U.S. Flight Segment Tax | $ | 4.50 | |
| **Total** | **$** | **159.98** | |

Visa ending in 7913
Date: May 13, 2022

**Payment Amount: $46.00**

Credit from ticket: #5262117659579 to #5262118426182
Date: May 11, 2022

**EarlyBird Check-In**

The EarlyBird Check-In® was paid in full at the time of your original booking, and has been applied to this change. No further action is required.

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262118426182

## Prepare for takeoff



**Use our app to make changes to your trip, get a boarding pass, & more.**

**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in Oakland.

Book hotel >

**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262118426182: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN OAK135.24USD135.24END PD XF SAN4.5 ZP SAN4.50

CLN7P2H

**No-show policy:** You must notify Southwest® at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**

Get the mobile app

All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.



 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

 **Don't miss out on automatic check-in**

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

 **Save up to 30% off base rates with Budget.®**

Earn up to 2,400 Rapid Rewards® points.

Budget

Book car >

 **Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Francisco.

Book hotel >

 **Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262118424382: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO175.24WN SAN155.70USD330.94END ZP SAN4.50SFO4.50 XF SAN4.5SFO4.5

SLN0P2H
NLN0P2H

**No-show policy:** You must notify Southwest® at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

## Contact us

Customer service | FAQs

## Connect with us

  

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Friday, May 13, 2022 5:23 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | You're going to San Diego on 05/27 (446UBJ)! |

Here's your itinerary & receipt. See ya soon!

View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account

 **Travel notice**

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.



# Hi Thomas Joseph Ii,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 27**

# SFO ✈ SAN

San Francisco to San Diego

Confirmation # **446UBJ**                Confirmation date: 05/13/2022

| PASSENGER | **Thomas Joseph Ii Oreardon** |
|---|---|
| RAPID REWARDS # | ▮▮▮▮▮▮ |
| TICKET # | 5262118426733 |
| EXPIRATION[1] | May 14, 2023 |
| EST. POINTS EARNED | 1,175 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:** Friday, 05/27/2022    Est. Travel Time: **1h 35m**    Wanna Get Away®

1

| FLIGHT # 2318 | DEPARTS | ARRIVES |
|---|---|---|
| | **SFO 06:05**PM | **SAN 07:40**PM |
| | San Francisco | San Diego |

## Payment information

| **Total cost** | | | **Payment** |
|---|---|---|---|
| **Air - 446UBJ** | | | Visa ending in 7913 |
| Base Fare | $ | 195.70 | Date: May 13, 2022 |
| U.S. Transportation Tax | $ | 14.68 | **Payment Amount: $224.98** |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Flight Segment Tax | $ | 4.50 | |
| U.S. Passenger Facility Chg | $ | 4.50 | |
| **Total** | **$** | **224.98** | |

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262118426733

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

 Download app now      ▶ Download app now

🕐 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

🕐 **30 minutes** before your departure:

Arrive at the gate prepared to board.

🕐 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips



# Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >



## Save up to 30% off base rates with Budget.®

�área Budget®

Earn up to 2,400 Rapid Rewards® points.

Book car >



## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Diego.

Book hotel >

## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262118426733: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SFO WN SAN195.70USD195.70END ZP SFO4.50 XF SFO4.5

RLN0P2H

**No-show policy:** You must notify Southwest® at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

Need help?              Connect with us

3

**Contact us**

    

Customer service | FAQs



Get the mobile app

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

4

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | United Airlines, Inc.  <Receipts@united.com> |
| **Sent:** | Monday, May 16, 2022 3:56 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation JX92EX |

 UNITED                                                    Mon, May 16, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# JX92EX

| Flight 1 of 2 UA1008 | Class: United Economy (V) |
|---|---|
| Sat, May 21, 2022 | Sat, May 21, 2022 |
| **08:25 AM** | **12:07 PM** |
| Boston, MA, US (BOS) | San Francisco, CA, US (SFO) |

| Flight 2 of 2 UA1665 | Class: United Business (C) |
|---|---|
| Tue, May 24, 2022 | Wed, May 25, 2022 |
| **10:37 PM** | **07:21 AM** |
| San Francisco, CA, US (SFO) | Boston, MA, US (BOS) |

## Traveler Details

MCALINDON/TIMOTHYE

1

eTicket number: **0162412427738**

Frequent Flyer: **UA-XXXXX414 Member**

Economy Plus Seating New Bundle (0161585185477)

Seats: **BOS-SFO 10F**

**SFO-BOS 05F**

**BOS-SFO**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in 7913** |
| Date of purchase: | **Mon, May 16, 2022** |

| | |
|---|---|
| Airfare: | 1263.26 USD |
| U.S. Transportation Tax: | 94.74 USD |
| U.S. Flight Segment Tax: | 9.00 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |
| Total Per Passenger: | 1387.20 USD |

## Total: 1387.20 USD

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in 7913** |
| Date of purchase: | **Mon, May 16, 2022** |

Economy Plus Seating New Bundle (Reference Number: 0161585185477):

## Total: 153.00 USD

**Carbon Footprint**

Your estimated carbon footprint for this trip is **0.65557 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**MileagePlus Accrual Details**

| Timothye Mcalindon | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sat, May 21, 2022 | 1008 | Boston, MA, US (BOS) to San Francisco, CA, US (SFO) | 1560 | 312 | 1 |
| Tue, May 24, 2022 | 1665 | San Francisco, CA, US (SFO) to Boston, MA, US (BOS) | 4760 | 952 | 1 |
| MileagePlus accrual totals: | | | 6320 | 1264 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sat, May 21, 2022 Boston, MA, US (BOS) to San Francisco, CA, US (SFO) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Tue, May 24, 2022 San Francisco, CA, US (SFO) to Boston, MA, US (BOS) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

4

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United

tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

 A STAR ALLIANCE MEMBER

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**

**Please do not reply to this message using the "reply" address.**

The information contained in this email is intended for the original recipient only.

View our Privacy Policy            View our Legal Notices

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Tuesday, May 17, 2022 5:17 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 05/21 San Francisco trip (2PFW8S): Your change is confirmed. |

Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

 **Southwest**　　　　　　　Manage Flight | Flight Status | My Account

---

⚠ **Travel notice**

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

---

## Hi Thomas Joseph Ii,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 21**

# SAN ✈ SFO

San Diego to San Francisco

---

Confirmation # **2PFW8S**　　　　　　　Confirmation date: 05/17/2022

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ▮▮▮▮▮▮ |
| TICKET # | 5262119708807 |
| EXPIRATION[1] | May 11, 2023 |
| EST. POINTS EARNED | 873 |

Rapid Rewards® points are only estimations.

# Your itinerary

1

**Flight:** Saturday, 05/21/2022    Est. Travel Time: **1h 35m**    <u>Wanna Get Away®</u>

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 1648 | **SAN 08:00**AM | ✈ | **SFO 09:35**AM |
| | San Diego | | San Francisco |

## Payment information

| **Total cost** | | | **Payment** |
|---|---|---|---|
| **Air - 2PFW8S** | | | Visa ending in 7913 |
| Base Fare | $ | 145.47 | Date: May 17, 2022 |
| U.S. Transportation Tax | $ | 10.91 | **Payment Amount: $11.00** |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Passenger Facility Chg | $ | 4.50 | Credit from ticket: #5262118426182 to |
| U.S. Flight Segment Tax | $ | 4.50 | #5262119708807 |
| | | | Date: May 11, 2022 |
| **Total** | **$** | **170.98** | |

**EarlyBird Check-In**

The EarlyBird Check-In® was paid in full at the time of your original booking, and has been applied to this change. No further action is required.

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262119708807

## All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and 6X Rapid Rewards® points. <u>Learn more</u>.

 Make sure you know <u>when to arrive at your airport</u>. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.[6] If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



## Use our app to make changes to your trip, get a boarding pass, & more.



Download app now    Download app now

## Save up to 30% off base rates with Budget.®

Earn up to 2,400 Rapid Rewards® points.

Budget

Book car >



## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Francisco.

Book hotel >



## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262119708807: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO145.47USD145.47END PD XF SAN4.5 ZP SAN4.50

ILN3P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

## Need help?

**Contact us**

Customer service | FAQs

## Connect with us

  

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.

² First and second checked bags. Weight and size limits apply.

³ Fare difference may apply.

⁴ Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

⁵ Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

**Southwest.**
Rapid Rewards

Manage your account online:
www.chase.com/Southwest

Customer Service:
1-800-346-5538

Mobile: Download the
Chase Mobile® app today

*TB pd 5/22/22*
*or live*

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 05/06 | UBER TRIP HELP.UBER.COM CA *Joint Juice* | 39.58 |
| 05/05 | AMBER SAN FRANCISCO CA *Joint Juice* | 138.34 |
| 05/06 | SQ *TAXI CAB San Francisco CA *Joint Juice* | 51.06 |
| 05/06 | STARBIRD SAN FRANCISCO CA *Joint Juice* | 21.68 |
| 05/05 | MARRIOTT SN FRAN MARQU 866-435-7627 CA *Joint Juice* | 336.92 |
| 05/06 | SAN DIEGO COUNTY RAA SAN DIEGO CA  *" "* | 80.00 |

TIMOTHY G BLOOD

**Dafne Maytorena**

| | |
|---|---|
| From: | Tim Blood |
| Sent: | Thursday, May 5, 2022 8:55 PM |
| To: | Dafne Maytorena |
| Subject: | Fwd: [Business] Your Thursday evening trip with Uber |

Joint ~~joint~~ *juice*

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 5, 2022 at 6:26:01 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: [Business] Your Thursday evening trip with Uber**

# Uber

Total **$39.58**
May 5, 2022

## Total                                    $39.58

| | |
|---|---|
| Trip Fare | $24.74 |
| Subtotal | $24.74 |
| Marketplace Fee ❓ | $1.80 |
| Temporary Fuel Surcharge ❓ | $0.55 |

1

CA Driver Benefits                                     $0.30

Tolls, Surcharges, and Fees ?                             $5.60

Tip                                                       $6.59

---

**Payments**

**VISA**  **Visa ••••1902**                              $39.58
          5/5/22 6:25 PM

Trip ID: 66a84530-b90e-4398-82c5-090e23a575f7

Download PDF

# You rode with Kyong

**4.95 ★** Rating                    ⚇  Has passed a multi-step safety screen

License Plate: 8CWF545

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

**5:40 PM**

780 McDonnell Rd, San Francisco, CA

**6:15 PM**

780 Mission St, San Francisco, CA



Report lost item ›        Contact support›        My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

3

## Dafne Maytorena

*Joint Juice*

**From:** Tim Blood
**Sent:** Friday, May 6, 2022 2:18 PM
**To:** Dafne Maytorena
**Subject:** Fwd: Receipt from Taxi Cab

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Taxi Cab via Square <receipts@messaging.squareup.com>
> **Date:** May 6, 2022 at 1:22:28 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: Receipt from Taxi Cab**
> **Reply-To:** Taxi Cab via Square
> <CAESPxIAGjFyX21memZhdnRvbnV5eHFua2htNWp3ZzNjd296aXdndTNsZ2YyZnMza2NsajNnY3FxIghkaW
> Fsb2d1ZSlgEN4JZlapocPlDNbML7ipSOT572TFUclj4pkUD5cFRPM=@reply2.squareup.com>

Square automatically sends receipts to the email
address you used at any Square seller. Learn more



Taxi Cab



Let Taxi Cab know how your
experience was

1

# $51.06

| | |
|---|---|
| Custom Amount × 1 | $42.55 |
| Purchase Subtotal | $42.55 |
| Tip | $8.51 |
| Total | $51.06 |

Taxi Cab

Visa 1902 (Swipe)

VISA

TIMOTHY BLOOD

May 6
2022 at
1:21
PM
#PVnm
Auth
code:
03007G

**Receipt Settings**

Not your receipt?

Turn off automatic receipts

Manage preferences

© 2022 Block, Inc. Privacy Policy
1455 Market Street, Suite 600
San Francisco, CA 94103

2

**San Francisco Marriott Marquis**

780 Mission Street

San Francisco, CA 94103 US

+1 415-896-1600

## Summary of Charges

| Guest Information | TIM BLOOD | Dates of Stay | 05/05/2022 - |
| --- | --- | --- | --- |
| | 501 W BROADWAY STE 1490 | | 05/06/2022 |
| | SAN DIEGO, CA 921018567 US | Room number | 1134 |
| | | Guest number | 29635 |
| | | Member Number | ••••••913 |
| | | Group Number | |

| Date | Description | Reference | Charges | Credits |
| --- | --- | --- | --- | --- |
| 05/05/2022 | TELECOM | FREEHSIA | 0.00 | |
| 05/05/2022 | ROOM | 1134, 1 | 195.00 | |
| 05/05/2022 | ROOM TAX | 1134, 1 | 27.30 | |
| 05/05/2022 | CA TRSM | 1134, 1 | 0.73 | |
| 05/05/2022 | SF TRSM | 1134, 1 | 4.39 | |
| 05/06/2022 | B 55 | 4618 | 109.50 | |
| 05/06/2022 | CCARD-VS | ROOM C/O | | 336.92 |
| **Total balance** | | | | 0.00 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 415-896-1600



**From:** Southwest Airlines <southwestairlines@ifly.southwest.com>
**Sent:** Tuesday, April 12, 2022 11:13 AM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** You're going to San Francisco on 05/05 (427TJ5)!

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

   Manage Flight | Flight Status | My Account

### Hi Timothy G,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

MAY 5 - MAY 6

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **427TJ5**

Confirmation date: 04/12/2022

**PASSENGER**     **Timothy G Blood**
RAPID REWARDS #   ▬▬▬▬▬

1

TICKET #              5262106904158
EXPIRATION[1]         June 28, 2022
EST. POINTS EARNED    1,758

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:** Thursday, 05/05/2022    Est. Travel Time: **1h 30m**    Wanna Get Away®

|                |                       |                      |
|----------------|-----------------------|----------------------|
| FLIGHT # 2317  | DEPARTS **SAN 04:00**PM ✈ San Diego | ARRIVES **SFO 05:30**PM San Francisco |

**Flight 2:** Friday, 05/06/2022    Est. Travel Time: **1h 25m**    Wanna Get Away®

|                |                       |                      |
|----------------|-----------------------|----------------------|
| FLIGHT # 2163  | DEPARTS **SFO 02:30**PM ✈ San Francisco | ARRIVES **SAN 03:55**PM San Diego |

# Payment information

| Total cost | | | Payment |
|------------|---|---|---------|
| **Air - 427TJ5** | | | Travel Funds 2E4QDL |
| Base Fare | $ | 292.80 | Date: April 12, 2022 |
| U.S. Transportation Tax | $ | 21.96 | **Payment Amount: $343.96** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 9.00 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **343.96** | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262106904158

# Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

 Download app now        ▶ Download app now

2

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

 **Save up to 30% off base rates with Budget.®**

Earn up to 2,400 Rapid Rewards® points.

Budget·

Book car >

 **Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Francisco.

Book hotel >

 **Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262106904158: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO97.10WN SAN195.70USD292.80END ZP SAN4.50SFO4.50 XF SAN4.5SFO4.5

GZNUH2H
RLN0P2H

**No-show policy:** You must notify Southwest® at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

## Contact us

Customer service | FAQs

## Connect with us

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

Case 3:16-cv-06980-RS    Document 328-15    Filed 04/04/23    Page 39 of 277

# Southwest 🤍

## Hi, Timothy!

Rapid Rewards #40027805 | A-List Preferred through 12/31/22
Rapid Rewards Member since 1998   Profile Details >

POINTS AVAILABLE

# 853,171

View Details >

## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

MAY 5 - 6                                                                                       Confirmation #427TJ5

 San Francisco, CA

San Diego, CA to San Francisco, CA

## Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Timothy G Blood | +3,514 PTS | $343.96 |

## Pricing details

| ROUTING | DATE | FARE TYPE | POINTS EARNED | FARE |
|---|---|---|---|---|
| SAN to SFO | 5/5/22 | Wanna Get Away | +1,166 PTS | $97.10 |
| SFO to SAN | 5/6/22 | Wanna Get Away | +2,348 PTS | $195.70 |
| | | | Taxes & fees | $51.16 |

Total                    $343.96
Total points earned      +3,514 PTS

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 05/21 | MARKET ON MARKET SAN FRANCISCO CA | 14.06 |
| 05/21 | UBER  TRIP HELP.UBER.COM CA | 56.20 |
| 05/21 | EINSTEIN BAGELS TERMINAL SAN DIEGO CA | 4.00 |
| 05/22 | MARKET ON MARKET SAN FRANCISCO CA | 105.85 |
| 05/21 | IZAKAYA HON. SAN FRANCISCO CA | 514.08 |
| 05/22 | WATERBAR SAN FRANCISCO CA | 196.88 |
| 05/23 | UBER  TRIP HELP.UBER.COM CA | 10.58 |
| 05/23 | UBER  TRIP HELP.UBER.COM CA | 13.53 |
| 05/24 | PP*SFLIMOGOLDE SAN FRANCIS CA | 34.50 |
| 05/24 | PANDA EXPRESS #145 SAN FRANCISCO CA | 11.62 |
| 05/25 | PP*SFLIMOGOLDE SAN FRANCIS CA | 40.00 |
| 05/27 | UBER  TRIP HELP.UBER.COM CA | 13.44 |
| 05/26 | PP*SFLIMOGOLDE SAN FRANCIS CA | 40.00 |
| 05/25 | SOUTHWES  5262122734753 800-435-9792 TX 052722 1 N    OAK    SAN | 191.98 |
| 05/26 | SOUTHWES  5262122734878 800-435-9792 TX 052922 1 I    SAN    SFO | 170.98 |
| 05/26 | SOUTHWES  5262122964315 800-435-9792 TX 052722 1 L    SFO    SAN | 133.90 |
| 05/27 | UBER  TRIP HELP.UBER.COM CA | 20.14 |
| 05/26 | UBER  TRIP HELP.UBER.COM CA | 42.50 |
| 05/26 | THE CHIEFTAIN IRISH PU 415-6250436 CA | 120.24 |
| 05/27 | SFO BOURBON PUB SAN FRANCISCO CA | 142.26 |
| 05/27 | PP*SFLIMOGOLDE SAN FRANCIS CA | 34.50 |
| 05/29 | UBER  TRIP HELP.UBER.COM CA | 33.31 |
| 05/30 | MARKET ON MARKET SAN FRANCISCO CA | 19.49 |
| 05/30 | THE CHIEFTAIN IRISH PU 415-6250436 CA | 111.48 |
| 05/30 | INTERCONTINENTAL SAN F SAN FRANCISCO CA | 200.00 |
| 06/01 | UBER  TRIP HELP.UBER.COM CA | 13.20 |
| 06/01 | PP*SFLIMOGOLDE SAN FRANCIS CA | 92.00 |
| 06/02 | UBER  TRIP HELP.UBER.COM CA | 14.47 |
| 06/02 | SOUTHWES  5262124989676 800-435-9792 TX 060222 1 N    SFO    SAN     2 Y     SAN    SFO | 494.95 |
| 06/02 | PP*SFLIMOGOLDE SAN FRANCIS CA | 46.00 |
| 06/03 | UBER  TRIP HELP.UBER.COM CA | 63.11 |
| 06/04 | SQ *POKE BAR San Francisco CA | 56.38 |
| 06/02 | OAK TAP POUR T1 6621113 703-7236189 CA | 80.19 |
| 06/04 | UBER  TRIP HELP.UBER.COM CA | 14.53 |
| 06/04 | MARKET ON MARKET SAN FRANCISCO CA | 7.14 |
| 06/04 | UBER  TRIP HELP.UBER.COM CA | 32.09 |
| 06/03 | INTERCONTINENTAL SAN F SAN FRANCISCO CA | 4,433.49 |
| 06/04 | CHINA LIVE SAN FRANCISCO CA | 188.55 |
| 06/06 | UBER  TRIP HELP.UBER.COM CA | 19.34 |
| 06/05 | UBER  TRIP HELP.UBER.COM CA | 13.08 |
| 06/05 | SOTTO MARE, OYSTERIA SAN FRANCISCO CA | 165.65 |
| 06/06 | UBER  TRIP HELP.UBER.COM CA | 14.92 |
| 06/06 | SQ *THE MARKET - SLICE HO San Francisco CA | 12.80 |
| 06/07 | DD DOORDASH DUNKIN 855-973-1040 CA | 27.31 |
| 06/06 | MARKET ON MARKET SAN FRANCISCO CA | 40.61 |
| 06/07 | PP*SFLIMOGOLDE SAN FRANCIS CA | 46.00 |
| 06/07 | UBER* TRIP WWW.UBER.COM CA | 16.30 |

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Saturday, May 21, 2022 10:55 AM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** [Business] Your Saturday morning trip with Uber

## Uber

Total **$56.20**
May 21, 2022

# Total                        $56.20

Trip Fare                          $37.32

Subtotal                           $37.32

1

| | |
|---|---|
| Marketplace Fee ❓ | $3.07 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $5.60 |
| Tip | $9.36 |

**Payments**

 **Visa ••••1902**          $56.20
5/21/22 10:54 AM

Trip ID: 635141ae-77f8-480c-870e-2255d0883a7e

Download PDF

# You rode with Hameed

4.93 ★ Rating          👤 Has passed a multi-step safety screen

License Plate: 6SMC138

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

2

**10:12 AM**

275 Domestic Terminals Arrivals Level, San Francisco, CA

**10:35 AM**

888 Howard St, San Francisco, CA





Report lost item ›          Contact support›          My trips ›

Uber

3

IZAKAYA HON
917 FOLSOM ST.
SAN FRANCISCO, CA 94107
(415) 626-2532

DINE-IN-11

INV#:202205210401100
TABLE: 11

05/21/2022
5:14 PM
CLERK ANGELA
#22

| QT | DESCRIPTION | PRICE |
|----|-------------|-------|
| 2 | HOT TEA | $1.00 |
| 1 | Fried with Eye | $10.00 |
| 1 | Grilled Yasai Five Way | $12.00 |
| 2 | Spicy Tuna Roll | $24.00 |
| 1 | Tekka Roll | $8.00 |
| 1 | Zuke Sake Nigiri | $7.00 |
| 1 | Kirin | $8.00 |
| 1 | HAZY IPA | $9.00 |
| 1 | Jalapeno Hamachi | $24.00 |
| 1 | Spicy Tuna Roll | $12.00 |
| 1 | Sake Roll | $7.00 |
| 2 | Fried with Eye | $20.00 |
| 1 | Spicy Tuna Roll | $12.00 |
| 1 | HAZY IPA | $9.00 |
| 1 | Tekka Roll | $8.00 |
| 1 | unagi nigiri | $8.00 |
| 1 | Dash Porched Wagyu Beef | $26.00 |
| 1 | Dash Porched Wagyu Beef | $26.00 |
| 3 | Chicken Skewers | $24.00 |
| 1 | Cauliflower Tempura | $12.00 |
| 1 | Garlic Albacore Tuna Tataki | $18.00 |
| 1 | Yuzu Capaccio | $24.00 |
| 1 | Crispy Fried Spicy Beef Gyoza | $9.00 |
| 1 | Crispy Fried Spicy Beef Gyoza | $9.00 |

SUBTOTAL: $330.00
TAX: $35.58
GRATUITY: $82.50

**Total:** **$448.08**

YOUR ORDER #
**4011**

GRATUITY GUIDE:

18%:  $59.40
20%:  $66.00
25%:  $82.50

THANK YOU FOR COMING TO
IZAKAYA HON
WWW. VISIT OUR WEBSITE AT
...ONSF.COM

CUSTOMER COPY

---

China Live
644 Broadway
San Francisco CA 94133
(415) 788-8188

06/04/2022 6:54 pm
Order: 95607                    Check: 1
Name: Table C7
Server: Mike

Card Typ   Visa
Card Number: 1902
Auth Code: 02096G
Ref No: 215601209685
TranType: Sale
Entry: Contactless

| 1 | Peking Duck Chopped Salad | 18.50 |
| 1 | Sheng Jian Bao 'SJB' (5) | 19.00 |
| 1 | Shanghai Xiao Long Bao 'XLB' Soup Dumpling 6.00 | |
| 1 | Hong Kong Wok-Fried Egg Noodles | 21.00 |
| 1 | House Famous Kung Pao CHICKEN | 24.00 |
| 1 | Roasted eggplant Claypot | 21.00 |
| 1 | anthemum No Caffeine POT | 12.00 |

20%                            26.30
SF                              6.58
Sub.                          164.38
Sales Tax                      14.17

Total                         178.55

Charge Amount                 178.55

Optional Additional

Tip        _____

Total      _____

X _____

CARDHOLDER/VISA

**Dafne Maytorena**                                             *Joint Juice*

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Sunday, May 22, 2022 8:34 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Sunday evening trip with Uber |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date:** May 22, 2022 at 5:14:11 PM PDT
**To:** Tim Blood <tblood@bholaw.com>
**Subject: [Business] Your Sunday evening trip with Uber**

**Uber**                                             Total **$10.58**
                                                     May 22, 2022

# Total                                              $10.58 ✓

| | |
|---|---|
| Trip Fare | $7.50 |
| Subtotal | $7.50 |
| Marketplace Fee ❓ | $1.80 |

1

| | |
|---|---|
| San Francisco City Tax ❔ | $0.33 |
| CA Driver Benefits ❔ | $0.30 |
| Temporary Fuel Surcharge ❔ | $0.55 |
| Tolls, Surcharges, and Fees ❔ | $0.10 |

Trip ID: fc6f6c69-5dc9-4e21-ad59-24c60d570fa4

Download PDF

## You rode with Cuong

**4.98 ★ Rating**                    👤 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

License Plate: 8PKP475

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

2

**5:01 PM**

1 Polk St, San Francisco, CA

**5:13 PM**

888 Howard St, San Francisco, CA



**Report lost item ›**        **Contact support›**        **My trips ›**

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**Dafne Maytorena**                                                    *Joint Juice*

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Monday, May 23, 2022 9:15 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | FW: [Business] Your Monday morning trip with Uber |

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Monday, May 23, 2022 8:28 AM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** [Business] Your Monday morning trip with Uber

# Uber

Total **$13.53**
May 23, 2022

## Total                                    $13.53 ✓

| | |
|---|---|
| Trip Fare | $7.45 |
| Subtotal | $7.45 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.33 |

1

| | |
|---|---|
| CA Driver Benefits  | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

---

**Payments**

**VISA** **Visa ••••1902**  $13.53
5/23/22 8:27 AM

Trip ID: daefc121-2619-4eb2-b28f-f882629990e2

Download PDF

# You rode with Aungmyint

**5.00** ★ Rating          👤 Has passed a multi-step safety screen

License Plate: 8XYJ572

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more >**

2

**8:05 AM**

888 Howard St, San
Francisco, CA

**8:15 AM**

450 Golden Gate Ave, San
Francisco, CA



Report lost item ›        Contact support ›        My trips ›

# Uber

3

**Dafne Maytorena**                                                 *Joint Juice*

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Tuesday, May 24, 2022 8:24 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | FW: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $34.50 USD |

**From:** SF LIMO GOLDEN SUCCESS, LLC <service@paypal.com>
**Sent:** Tuesday, May 24, 2022 8:01 AM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** Receipt from SF LIMO GOLDEN SUCCESS, LLC for $34.50 USD

Hello, tblood@bholaw.com



# Receipt for your transaction with SF LIMO GOLDEN SUCCESS, LLC

Transaction ID

2HX06402938813732

**SF LIMO GOLDEN SUCCESS, LLC**

1

12 E 40th Ave.

#5

San Mateo, CA 94403

United States


Phone: (650) 619-7108

May 24, 2022 08:00:51 PDT
View your receipt


**Total sale: $34.50 USD**





Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

Not sure why you received this email? Learn more

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000203:en_US(en-US):1.0.0:c827b910ac109

2

**Dafne Maytorena** _____ Joint Juice

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Wednesday, May 25, 2022 8:49 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | FW: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $40.00 USD |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** SF LIMO GOLDEN SUCCESS, LLC <service@paypal.com>
**Sent:** Wednesday, May 25, 2022 7:46 AM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** Receipt from SF LIMO GOLDEN SUCCESS, LLC for $40.00 USD

Hello, tblood@bholaw.com



# Receipt for your transaction with SF LIMO GOLDEN SUCCESS, LLC

Transaction ID

4KF07955TB8701816

1

**SF LIMO GOLDEN SUCCESS, LLC**

12 E 40th Ave.

#5

San Mateo, CA 94403

United States


Phone: (650) 619-7108


May 25, 2022 07:45:54 PDT

View your receipt


**Total sale: $40.00 USD**





Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

Not sure why you received this email? Learn more

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000203:en_US(en-US):1.0.0:1dca8e8f7cf4f

2

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Thursday, May 26, 2022 9:23 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Thursday evening trip with Uber |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 26, 2022 at 8:01:48 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: [Business] Your Thursday evening trip with Uber**

## Uber

Total **$13.44**
May 26, 2022

# Total                          $13.44

| | |
|---|---|
| Trip Fare | $7.09 |
| | |
| Subtotal | $7.09 |

1

| | |
|---|---|
| Marketplace Fee ⑦ | $1.80 |
| San Francisco City Tax ⑦ | $0.33 |
| Wait Time ⑦ | $0.27 |
| CA Driver Benefits ⑦ | $0.30 |
| Temporary Fuel Surcharge ⑦ | $0.55 |
| Tolls, Surcharges, and Fees ⑦ | $0.10 |
| Tip | $3.00 |

**Payments**

 **Visa ••••1902**          $13.44
5/26/22 8:01 PM

Trip ID: 2ce662fd-2e38-4e70-a82b-0804032559fe

Download PDF

# You rode with Jafar

**4.83** ★ Rating                    👤 Has passed a multi-step safety screen

License Plate: 92011J3

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ⟩

2

**7:43 PM**

1355 Market St, San Francisco, CA

**7:50 PM**

888 Howard St, San Francisco, CA



Report lost item 〉          Contact support〉          My trips 〉

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

3

## Dafne Maytorena

| From: | Tim Blood |
|---|---|
| Sent: | Thursday, May 26, 2022 8:01 AM |
| To: | Dafne Maytorena |
| Subject: | Fwd: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $40.00 USD |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "SF LIMO GOLDEN SUCCESS, LLC" <service@paypal.com>
> **Date:** May 26, 2022 at 7:41:52 AM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $40.00 USD**

Hello, tblood@bholaw.com



## Receipt for your transaction with SF LIMO GOLDEN SUCCESS, LLC

Transaction ID

4D29275568280494T

**SF LIMO GOLDEN SUCCESS, LLC**

1

12 E 40th Ave.

#5

San Mateo, CA 94403

United States


Phone: (650) 619-7108


May 26, 2022 07:41:37 PDT

View your receipt


**Total sale: $40.00 USD**





Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact.**

Not sure why you received this email? **Learn more**

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000203:en_US(en-US):1.0.0:b29ea0cfa8785

## Tim Blood

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Thursday, May 26, 2022 6:41 AM |
| **To:** | Tim Blood |
| **Subject:** | You're going to San Diego on 05/27 (3JLJSV)! |

Here's your itinerary & receipt. See ya soon!

View our mobile site | View in browser

 **Southwest**                    Manage Flight | Flight Status | My Account

⚠ **Travel notice**

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 **Hi Timothy G,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 27**

# OAK ✈ SAN

Oakland to San Diego

Confirmation # **3JLJSV**                    Confirmation date: 05/26/2022

| | |
|---|---|
| **PASSENGER** | **Timothy G Blood** |
| RAPID REWARDS # | ███████ |
| TICKET # | 5262122734753 |
| EXPIRATION¹ | May 26, 2023 |
| EST. POINTS EARNED | 990 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:** Friday, 05/27/2022    Est. Travel Time: **1h 25m**    Wanna Get Away®

1

| FLIGHT # 2686 | DEPARTS | | ARRIVES |
|---|---|---|---|
| | **OAK 06:35**PM |  | **SAN 08:00**PM |
| | Oakland | | San Diego |

## Payment information

| Total cost | | | | Payment |
|---|---|---|---|---|
| Air - 3JLJSV | | | | Visa ending in 1902 |
| Base Fare | $ | 165.00 | | Date: May 26, 2022 |
| U.S. Transportation Tax | $ | 12.38 | | **Payment Amount: $191.98** |
| U.S. 9/11 Security Fee | $ | 5.60 | | |
| U.S. Flight Segment Tax | $ | 4.50 | | |
| U.S. Passenger Facility Chg | $ | 4.50 | | |
| **Total** | **$** | **191.98** | | |

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262122734753

## All your perks, all in one place. (Plus a few reminders.)



**Wanna Get Away® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and 6X Rapid Rewards® points. Learn more.



Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.



Make sure you know when to arrive at your airport. Times vary by city.



If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.[6] If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now

2



Save up to 30% off base rates with Budget.®

Earn up to 2,400 Rapid Rewards® points.

Book car >

Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Diego.

Book hotel >

Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262122734753: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN OAK WN SAN165.00USD165.00END ZP OAK4.50 XF OAK4.5

NLN0P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

3

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.

² First and second checked bags. Weight and size limits apply.

³ Fare difference may apply.

⁴ Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

⁵ Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

⁶ This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

## Tim Blood

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Thursday, May 26, 2022 6:42 AM |
| **To:** | Tim Blood |
| **Subject:** | You're going to San Francisco on 05/29 (3JL8IZ)! |

Here's your itinerary & receipt. See ya soon!

View our mobile site | View in browser

 **Southwest**                    Manage Flight | Flight Status | My Account

> ⚠ **Travel notice**
>
> REAL ID: Beginning May 3, 2023, TSA will require every Passenger to present a state-issued <u>REAL ID</u> compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 **Hi Timothy G,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 29**

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **3JL8IZ**                    Confirmation date: 05/26/2022

| | |
|---|---|
| **PASSENGER** | **Timothy G Blood** |
| RAPID REWARDS # | ▇▇▇▇▇▇ |
| TICKET # | 5262122734878 |
| EXPIRATION[1] | May 26, 2023 |
| EST. POINTS EARNED | 873 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:** Sunday, 05/29/2022    Est. Travel Time: **1h 30m**    <u>Wanna Get Away®</u>

1

| FLIGHT # 2079 | DEPARTS | | ARRIVES | |
|---|---|---|---|---|
| | **SAN 10:20**AM | | **SFO 11:50**AM | |
| | San Diego |  | San Francisco | |

# Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - 3JL8IZ** | | | Visa ending in 1902 | |
| Base Fare | $ | 145.47 | Date: May 26, 2022 | |
| U.S. Transportation Tax | $ | 10.91 | **Payment Amount: $170.98** | |
| U.S. 9/11 Security Fee | $ | 5.60 | | |
| U.S. Flight Segment Tax | $ | 4.50 | | |
| U.S. Passenger Facility Chg | $ | 4.50 | | |
| **Total** | **$** | **170.98** | | |

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262122734878

# All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and 6X Rapid Rewards® points. Learn more.

 Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.[6] If you don't cancel your reservation in time, your funds will be forfeited.

# Prepare for takeoff

# Use our app to make changes to your trip, get a boarding pass, & more.



 Download app now     Download app now



**Save up to 30% off base rates with Budget.®**

Earn up to 2,400 Rapid Rewards® points.

**Budget**

Book car >



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Francisco.

Book hotel >



**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262122734878: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO145.47USD145.47END ZP SAN4.50 XF SAN4.5

ILN3P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**

   

Get the mobile app

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.

² First and second checked bags. Weight and size limits apply.

³ Fare difference may apply.

⁴ Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

⁵ Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

⁶ This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

**Tim Blood**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Thursday, May 26, 2022 5:19 PM |
| **To:** | Tim Blood |
| **Subject:** | Timothy G Blood's 05/27 San Diego trip (3JLJSV): Your change is confirmed. |

Here's your updated itinerary and trip receipt.

View our mobile site | View in browser

 **Southwest's**          Manage Flight | Flight Status | My Account

> ⚠ **Travel notice**
>
> **REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued <u>REAL ID</u> compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 **Hi Timothy G,**

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 27**

# SFO ✈ SAN

San Francisco to San Diego

Confirmation # **3JLJSV**                    Confirmation date: 05/26/2022

| PASSENGER | **Timothy G Blood** |
|---|---|
| RAPID REWARDS # | ▮▮▮▮▮▮ |
| TICKET # | 5262122964315 |
| EXPIRATION[1] | June 28, 2022 |
| EST. POINTS EARNED | 3,499 |

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight:** Friday, 05/27/2022    Est. Travel Time: **1h 35m**    Business Select® |
|---|

|  | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT<br># 2318 | **SFO 06:05**PM<br>San Francisco |  | **SAN 07:40**PM<br>San Diego |

# Payment information

| **Total cost** | | | **Payment** |
|---|---|---|---|
| **Air - 3JLJSV** | | | Visa ending in 1902<br>Date: May 26, 2022 |
| Base Fare | $ | 291.52 | |
| U.S. Transportation Tax | $ | 21.86 | **Payment Amount: $133.96** |
| U.S. Passenger Facility Chg | $ | 4.50 | |
| U.S. Flight Segment Tax | $ | 4.50 | Flight Credit 2E4QDL<br>Date: May 26, 2022 |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| **Total** | $ | **327.98** | **Payment Amount: $2.04** |

Credit from ticket: #5262122734753 to #5262122964315
Date: May 26, 2022

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262122964315

# All your perks, all in one place. (Plus a few reminders.)

 **Business Select® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and A1-A15 priority boarding. If you need to cancel your flight, no worries, Business Select fares are refundable.[8] Learn more.

 Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your reservation in time, you'll receive a transferable flight credit.[6]

# Prepare for takeoff

## Use our app to make changes to your trip, get a boarding pass, & more.





5262122964315: NONTRANSFERABLE -BG WN SFO WN SAN291.52USD291.52END ZP SFO4.50 XF SFO4.5

LLN0P8L

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**

 

Get the mobile app

***Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination,

3

time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

ᵢ All travel involving funds from this Confirmation Number must be completed by the expiration date.

₂ First and second checked bags. Weight and size limits apply.

₃ Fare difference may apply.

₄ Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

₅ Refundable to your original form of payment, as long as you cancel your reservation at least ten (10) minutes prior to the original scheduled departure time of your flight.

₆ This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Friday, May 27, 2022 4:02 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Friday afternoon trip with Uber |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 27, 2022 at 2:23:56 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: [Business] Your Friday afternoon trip with Uber**

# Uber

Total **$20.14**
May 27, 2022

## Total                                    $20.14

| | |
|---|---|
| Trip Fare | $13.85 |
| Subtotal | $13.85 |

1

| | |
|---|---|
| Marketplace Fee ⍰ | $1.80 |
| San Francisco City Tax ⍰ | $0.54 |
| CA Driver Benefits ⍰ | $0.30 |
| Temporary Fuel Surcharge ⍰ | $0.55 |
| Tolls, Surcharges, and Fees ⍰ | $0.10 |
| Tip | $3.00 |

**Payments**

 **Visa ••••1902**          $20.14
5/27/22 2:23 PM

Trip ID: 8dde6e13-1590-4714-9951-009704496adf

Download PDF

# You rode with Norman

**4.98** ★ Rating          👤 Has passed a multi-step safety screen

License Plate: 8KDJ198

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

2

**2:01 PM**

450 Golden Gate Ave, San Francisco, CA

**2:12 PM**

888 Howard St, San Francisco, CA



Report lost item ›    Contact support›    My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

## Dafne Maytorena

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Friday, May 27, 2022 5:57 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Friday afternoon trip with Uber |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 27, 2022 at 4:48:45 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: [Business] Your Friday afternoon trip with Uber**

# Uber

Total **$42.50**
May 27, 2022

# Total                                        $42.50

---

Trip Fare                                        $23.91

---

Subtotal                                        $23.91

1

| | |
|---|---|
| Marketplace Fee  | $6.10 |
| San Francisco City Tax ⑦ | $0.50 |
| CA Driver Benefits ⑦ | $0.30 |
| Temporary Fuel Surcharge ⑦ | $0.55 |
| Tolls, Surcharges, and Fees ⑦ | $5.60 |
| Tip | $5.54 |

**Payments**

| | |
|---|---|
| VISA **Visa ••••1902** 5/27/22 4:48 PM | $42.50 |

Trip ID: 1fa1355b-c6d3-4233-a7b7-f379a8c32478

Download PDF

# You rode with Mohammad

**4.96** ★ Rating

👤 Has passed a multi-step safety screen

License Plate: 8JOJ905

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ⟩

2

**4:17 PM**

888 Howard St, San Francisco, CA

**4:36 PM**

Harvey Milk Terminal 1, San Francisco International Airport (SFO), San Francisco, CA



Report lost item ›     Contact support›     My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

3

Chieftain Irish Pub & Restaurant
415-615-0916
www.thechieftain.com, info@thechieftain.
PHONE:

ORDER: 0944  Table plr 4
*******************************************
Purchase

| | |
|---|---|
| DATE: | 05/26/2022 |
| TIME: | 8:59 PM |
| TID | 755775970001 |
| CARD TYPE: | Visa |
| CARD NO: | XXXXXXXXXXXX1902 |
| ENTRY MODE | CHIP |
| CVM | SIGN |

| | |
|---|---|
| INVOICE | 0000013260 |
| SERVER | Lorrie (3) |
| RESPONSE | APPROVED |
| AUTH CODE | 07112G |

EMV DETAILS

| | |
|---|---|
| MO E | CHIP |
| AID | A0000000031010 |
| TVR | 0060008000 |
| IAD | 06021203A02002 |
| TSI | E800 |
| ARC | Z3 |
| AMOUNT: | $100.24 |

GRATUTIY                      _____

TOTAL:                        120.24

CUSTOMER COPY
------------------------------------------

Suggested Gratuity Amounts:
18.0%        18.04   $118.28
20.0%        20.05   $120.29
25.0%        25.06   $125.30

Chieftain Irish Pub & Restaurant
415-615-0916
www.thechieftain.com, info@thechieftain.
PHONE:

ORDER: 1255  Table J-Box
*******************************************
Purchase

| | |
|---|---|
| DATE: | 05/30/2022 |
| TIME: | 9:26 PM |
| TID | 755775970001 |
| CARD TYPE: | Visa |
| CARD NO: | XXXXXXXXXXXX1902 |
| ENTRY MODE | CHIP |
| CVM | SIGN |

| | |
|---|---|
| INVOICE | 0000013495 |
| SERVER | Marie (15) |
| RESPONSE | APPROVED |
| AUTH CODE | 09389G |

EMV DETAILS

| | |
|---|---|
| MO E | CHIP |
| AID | A0000000031010 |
| TVR | 0060008000 |
| IAD | 06021203A02002 |
| TSI | E800 |
| ARC | Z3 |
| AMOUNT: | $93.48 |

GRATUTIY                      _____

TOTAL:                        111.—

CUSTOMER COPY
------------------------------------------

Suggested Gratuity Amounts:
18.0%        16.83   $110.31
20.0%        18.70   $112.18
25.0%        23.37   $116.85

# The Market -- Slice House Pizza

1355 Market Street
Suite 100
San Francisco, CA
94103
visitthemarket.com
@VisitTheMarket

June 6, 2022
1:16 PM
Hind

---

Receipt: peV6
Ticket: 41
Authorization: 09625G

---

CHASE VISA
AID A0 00 00 00 03 10 10

---

FOR HERE

---

| | |
|---|---|
| To-Go Sandwich | $10.25 |
| Veggie Caprese | |

---

| | |
|---|---|
| Subtotal | $10.25 |
| Sales Tax | $0.88 |
| Tip | $1.67 |

---

| | |
|---|---|
| Total | $12.80 |
| Visa 1902 (Contactless) | $12.80 |

Join our Food Rewards program to start
earning stars on any food purchase of $5
or more. Get things like free pizza,
burgers, coffee, and more when you save
up enough stars. Ask a cashier for more
details.

If you experience an issue with your order
please reach out to us at
info@visitthemarket.com

---

Merchant ID :
Terminal ID : 4
Check No     : 6557
Table No     : 17/1
Server       : 1044 Gladys N
             : BLOOD/TIMOTHY
Acct Num     : XXXXXXXXXXXX1902
  Expiry Date : **/**
  Card Type   : VISA
  Trans Type  : Authorize
  Trans Date  : 5/27/2022
  Trans Time  : 5:34 PM
  Entry Mode  : Chip
  Auth Code   : 09788G
  Response Code  : 00
  Mode: Issuer
  App Label   : CHASE VISA
AID          : A0000000031010
    ARC          : 00
  TVR          : 0000008000
    TSI          : E800
IAD          : 06021203602002
00         APPROVED         000

Subtotal   : USD$       118.26

Gratuity :  _____

Total :  ___142_____

X_____
           Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
        Customer Copy

## Dafne Maytorena

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Friday, May 27, 2022 8:04 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $34.50 USD |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "SF LIMO GOLDEN SUCCESS, LLC" <service@paypal.com>
> **Date:** May 27, 2022 at 7:43:38 AM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $34.50 USD**

Hello, tblood@bholaw.com



# Receipt for your transaction with SF LIMO GOLDEN SUCCESS, LLC

Transaction ID

9F26432973241325X

1

**SF LIMO GOLDEN SUCCESS, LLC**

12 E 40th Ave.

#5

San Mateo, CA 94403

United States


Phone: (650) 619-7108


May 27, 2022 07:43:23 PDT
View your receipt


**Total sale: $34.50 USD**





Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? Learn more

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000203:en_US(en-US):1.0.0:1ae94309e55b1

2

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Sunday, May 29, 2022 12:40 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Sunday morning trip with Uber |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 29, 2022 at 12:32:25 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: [Business] Your Sunday morning trip with Uber**

**Uber**                                                      Total **$33.31**
                                                             May 29, 2022

# Total                                        $33.31
_____

Trip Fare                                                     $20.72

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Subtotal                                                      $20.72

1

| | |
|---|---|
| Marketplace Fee  | $1.80 |
| CA Driver Benefits | $0.30 |
| Temporary Fuel Surcharge | $0.55 |
| Tolls, Surcharges, and Fees | $5.60 |
| Tip | $4.34 |

**Payments**

**VISA** **Visa ••••1902**     $33.31
5/29/22 12:32 PM

Trip ID: b3899729-f600-4ba3-ae87-6ffd7a1bb39b

Download PDF

# You rode with Jeongmin

4.86 ★ Rating     Has passed a multi-step safety screen

License Plate: 8YKP346

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

2

**11:57 AM**

275 Domestic Terminals
Arrivals Level, San Francisco,
CA

**12:18 PM**

888 Howard St, San
Francisco, CA



Report lost item ›        Contact support›        My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

The Market
1355 Market Street

San Francisco, CA 94103
(415) 767 5130
Table    Q#2
Trans #:  2/94974          Serv: Tan
5/30/2022 1:22 PM          # Cust:1

Quan  Descript              Cost

1 BAYHAE Spicy Tuna Roll      $10.50
1 Sinbad Beet Feta Salad       $8.99

Net Total:    $19.49

TOTAL:   $19.49
Food: $19.49

EMV          $19.49

We have delivery Mon - Sun.
Place Orders for Pizza, and Tacos Onlin
@trycaviar.com
Avalible from 11am - 9pm

AMBER INDIA
25 Yerba Buena Ln
San Francisco, CA 94103
415-777-0500

Server: Martin          DOB: 05/05/2022
07:17 PM                     05/05/2022
Table 203/1                   1/10005

SALE

VISA                          1048580
Card #XXXXXXXXXXXX190 2
Magnetic card present: BLOOD TIMOTHY
Card Entry Method:  S

Approval: 02085G

/                    3116.34

=  0.37

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

THANK YOU SO MUCH !!!
SUGGESTED GRATUITY 15-18 %

>> Customer Copy <<

**Dafne Maytorena**

| | |
|---|---|
| From: | Tim Blood |
| Sent: | Tuesday, May 31, 2022 9:40 PM |
| To: | Dafne Maytorena |
| Subject: | Fwd: [Business] Your Tuesday evening trip with Uber |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 31, 2022 at 9:09:38 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: [Business] Your Tuesday evening trip with Uber**

Uber
Total **$13.20**
May 31, 2022

| Total | $13.20 |
|---|---|
| Trip Fare | $7.13 |
| Subtotal | $7.13 |
| Marketplace Fee ❓ | $1.80 |

1

| | |
|---|---|
| San Francisco City Tax ⓘ | $0.32 |
| CA Driver Benefits ⓘ | $0.30 |
| Temporary Fuel Surcharge ⓘ | $0.55 |
| Tolls, Surcharges, and Fees ⓘ | $0.10 |
| Tip | $3.00 |

**Payments**

| | | |
|---|---|---|
| VISA | **Visa ••••1902**<br>5/31/22 9:09 PM | $13.20 |

Trip ID: 764b06bc-bd91-4c9f-8361-c272cdebf3dc

Download PDF

# You rode with Saujan

**4.98 ★** Rating                    ⚫ Has passed a multi-step safety screen

License Plate: 8DHX467

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ⟩



**8:38 PM**

1 Polk St, San Francisco, CA

**8:45 PM**

888 Howard St, San Francisco, CA



Report lost item ›        Contact support›        My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

## Dafne Maytorena

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Wednesday, June 1, 2022 7:51 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $92.00 USD |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "SF LIMO GOLDEN SUCCESS, LLC" <service@paypal.com>
> **Date:** June 1, 2022 at 7:43:26 AM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $92.00 USD**



Hello, tblood@bholaw.com

# Receipt for your transaction with SF LIMO GOLDEN SUCCESS, LLC

Transaction ID

0LU636306F8223841

**SF LIMO GOLDEN SUCCESS, LLC**

1

12 E 40th Ave.

#5

San Mateo, CA 94403

United States

Phone: (650) 619-7108

Jun 1, 2022 07:43:10 PDT
View your receipt

**Total sale: $92.00 USD**





Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact.**

Not sure why you received this email? Learn more

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000203:en_US(en-US):1.0.0:c491f7f42bb51

2

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Wednesday, June 1, 2022 5:47 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Wednesday evening trip with Uber |

Please use this one instead

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** June 1, 2022 at 5:45:48 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: [Business] Your Wednesday evening trip with Uber**

# Uber

Total **$14.47**
June 1, 2022

## Total                                    $14.47

| | |
|---|---|
| Trip Fare | $8.36 |
| | |
| Subtotal | $8.36 |
| Marketplace Fee ❓ | $1.80 |

1

| | |
|---|---|
| San Francisco City Tax ❓ | $0.36 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

**Payments**

| VISA | Visa ••••1902 | $14.47 |
|---|---|---|
| | 6/1/22 5:45 PM | |

Trip ID: ce80bf2f-ffdc-46bf-b620-5fc323bba0fe

Download PDF

# You rode with Mulugeta

**4.93 ★** Rating              👤 Has passed a multi-step safety screen

License Plate: 7XBH021

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

2



**5:15 PM**

15 Fell St, San Francisco, CA

**5:25 PM**

888 Howard St, San Francisco, CA

Report lost item 〉          Contact support〉          My trips 〉

# Uber

Forgot password                    Uber Technologies
                                   1515 3rd Street
Privacy                            San Francisco, CA 94158

Terms

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**Tim Blood**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Wednesday, June 1, 2022 10:07 PM |
| **To:** | Tim Blood |
| **Subject:** | You're going to San Diego on 06/02 (4ZVRT6)! |

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

 **Southwest**    Manage Flight | Flight Status | My Account

⚠ **Travel notice**

REAL ID: Beginning May 3, 2023, TSA will require every Passenger to present a state-issued <u>REAL ID</u> compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 **Hi Timothy G,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**JUNE 2 - JUNE 4**

# SFO ✈ SAN

San Francisco to San Diego

Confirmation # **4ZVRT6**    Confirmation date: 06/02/2022

| | |
|---|---|
| **PASSENGER** | **Timothy G Blood** |
| RAPID REWARDS # | ███████ |
| TICKET # | 5262124989676 |
| EXPIRATION¹ | June 2, 2023 |
| EST. POINTS EARNED | 3,711 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:** Thursday, 06/02/2022    Est. Travel Time: **1h 35m**    <u>Wanna Get Away®</u>

1

|  | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 2318 | SFO 06:05PM<br>San Francisco | ✈ | SAN 07:40PM<br>San Diego |

| Flight 2: | Saturday, 06/04/2022 | Est. Travel Time: **1h 35m** | Anytime |

|  | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 1648 | SAN 08:00AM<br>San Diego | ✈ | SFO 09:35AM<br>San Francisco |

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - 4ZVRT6** | | | Visa ending in 1902<br>Date: June 2, 2022 |
| Base Fare | $ | 433.26 | |
| U.S. Transportation Tax | $ | 32.49 | **Payment Amount: $494.95** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 9.00 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **494.95** | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262124989676

# All your perks, all in one place. (Plus a few reminders.)



**Wanna Get Away® fare:** Your two bags fly free®², no change³ or cancel⁴ fees, and 6X Rapid Rewards® points. Learn more.



Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.⁹ For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.



Make sure you know when to arrive at your airport. Times vary by city.



If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.⁶ If you don't cancel your reservation in time, your funds will be forfeited.

# Prepare for takeoff

2



**Use our app to make changes to your trip, get a boarding pass, & more.**



 Download app now     Download app now



**Save up to 30% off base rates with Budget.®**

Earn up to 2,400 Rapid Rewards® points.

◢Budget®

Book car >



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Diego.

Book hotel >



**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262124989676: NONTRANSFERABLE -BG WN SFO WN SAN155.70WN SFO277.56USD433.26END ZP SFO4.50SAN4.50 XF SFO4.5SAN4.5

NLN0P2H
YLN0P6Y

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**



Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

1 All travel involving funds from this Confirmation Number must be completed by the expiration date.

2 First and second checked bags. Weight and size limits apply.

3 Fare difference may apply.

4 Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

5 Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

6 This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

4

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Thursday, June 2, 2022 1:36 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $46.00 USD |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** "SF LIMO GOLDEN SUCCESS, LLC" <service@paypal.com>
> **Date:** June 2, 2022 at 7:45:04 AM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $46.00 USD**

Hello, tblood@bholaw.com



# Receipt for your transaction with SF LIMO GOLDEN SUCCESS, LLC

Transaction ID

0V6301449A261042P

**SF LIMO GOLDEN SUCCESS, LLC**

1

12 E 40th Ave.

#5

San Mateo, CA 94403

United States


Phone: (650) 619-7108

Jun 2, 2022 07:44:48 PDT
View your receipt


**Total sale: $46.00 USD**





Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? Learn more

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000203:en_US(en-US):1.0.0:8b8c67a530a4a

2

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Thursday, June 2, 2022 3:19 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Thursday afternoon trip with Uber |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** June 2, 2022 at 3:15:15 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: [Business] Your Thursday afternoon trip with Uber**

## Uber

Total **$63.11**
June 2, 2022

## Total                  $63.11

| | |
|---|---|
| Trip Fare | $33.83 |
| Subtotal | $33.83 |
| Marketplace Fee ❓ | $8.70 |
| San Francisco City Tax ❓ | $0.70 |

1

| | |
|---|---|
| CA Driver Benefits  | $0.30 |
| Temporary Fuel Surcharge | $0.55 |
| Tolls, Surcharges, and Fees | $10.80 |
| Tip | $8.23 |

**Payments**

| | | |
|---|---|---|
| VISA | **Visa ••••1902**<br>6/2/22 3:13 PM | $63.11 |

Trip ID: 0ebb586f-1030-4f5e-83df-790cacec7f66

Download PDF

# You rode with Qizhi

**4.80** ★ Rating                    Has passed a multi-step safety screen

License Plate: 8A0W865

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ⟩

**1:43 PM**

888 Howard St, San
Francisco, CA

**2:18 PM**

Terminal 2, Oakland
International Airport (OAK),
Oakland, CA



Report lost item ›    Contact support›    My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

## Dafne Maytorena

**From:**     Tim Blood
**Sent:**     Saturday, June 4, 2022 3:28 PM
**To:**       Dafne Maytorena
**Subject:**  Fwd: Receipt from Poké Bar

Lunch - Tim Tommy Craig

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Poké Bar via Square <receipts@messaging.squareup.com>
> **Date:** June 4, 2022 at 2:24:40 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: Receipt from Poké Bar**
> **Reply-To:** Poké Bar via Square
> <CAESKBIAGhpyX29peXV3cTJ6aGJsdHF2Y25paml1Y3ZieSlIZGlhbG9ndWiiPxlcn/8lLFcwl3je3ecwypvD7xi
> mlrua4ekaEnKeYDA@reply2.squareup.com>



### Poké Bar



Let Poké Bar know how your
experience was

# $56.38

| | |
|---|---|
| Build Your Own × 3 | $41.25 |

1

Small
**Kale Noodles × 2**                          $2.00

Purchase Subtotal                            $43.25
Sales Tax (8.625%)                            $3.73
Tip                                           $9.40

Total                                       **$56.38**



Poké Bar
1355 Market St, Suite 100
San Francisco, CA 94103



Visa 1902 (Chip)                              Jun 4
VISA                                        2022 at
TIMOTHY BLOOD                                   2:24
                                                 PM
                                              #peJa
                                               Auth
                                              code:
                                            02536G

AID: A0000000031010
Signature Verified

Run your own business?
Start using Square and process $1,000 in
sales for free.

2

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Saturday, June 4, 2022 1:37 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | FW: [Business] Your Saturday morning trip with Uber |

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Saturday, June 4, 2022 11:14 AM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** [Business] Your Saturday morning trip with Uber

**Uber**

Total **$14.53**
June 4, 2022

# Total                                           $14.53

| | |
|---|---|
| Trip Fare | $8.42 |
| Subtotal | $8.42 |
| Marketplace Fee ❷ | $1.80 |
| San Francisco City Tax ❷ | $0.36 |

1

| | |
|---|---|
| CA Driver Benefits ❔ | $0.30 |
| Temporary Fuel Surcharge ❔ | $0.55 |
| Tolls, Surcharges, and Fees ❔ | $0.10 |
| Tip | $3.00 |

---

**Payments**

**VISA** **Visa ••••1902**        $14.53
6/4/22 11:03 AM

Trip ID: 84a530f1-ca33-4c5a-818c-a5c5d26bdbc2

Download PDF

# You rode with Bruno

**4.97 ★** Rating      👤 Has passed a multi-step safety screen

License Plate: 8TRM651

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

2

**10:45 AM**

888 Howard St, San Francisco, CA

**10:52 AM**

1438 Market St, San Francisco, CA





Report lost item ›                    Contact support›                    My trips ›

Uber

3

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Saturday, June 4, 2022 10:28 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Saturday morning trip with Uber |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** June 4, 2022 at 10:20:40 AM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject:** [Business] Your Saturday morning trip with Uber

## Uber

Total **$32.09**
June 4, 2022

## Total                                   $32.09

| | |
|---|---|
| Trip Fare | $19.66 |
| Subtotal | $19.66 |
| Marketplace Fee ❓ | $1.80 |

1

CA Driver Benefits  | $0.30

Temporary Fuel Surcharge 🛈 | $0.55

Tolls, Surcharges, and Fees 🛈 | $5.60

Tip | $4.18

---

**Payments**

**VISA** **Visa ••••1902** | $32.09
6/4/22 10:15 AM

Trip ID: dbebe130-467b-4b1d-9e6e-2dcd48765e0b

Download PDF

# You rode with Mohammad

**5.00 ★** Rating      👤 Has passed a multi-step safety screen

License Plate: 6MEV456

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

2

**9:39 AM**

275 Domestic Terminals Arrivals Level, San Francisco, CA

**10:00 AM**

888 Howard St, San Francisco, CA



Report lost item ›            Contact support›            My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**



# INTERCONTINENTAL.
## SAN FRANCISCO

| | 30 | 12-19-22 |
|---|---|---|

| | | |
|---|---|---|
| **Deborah Burk** | Folio No.　　:　**1306475** | Room No. :　**1719** |
| **United States** | A/R Number　　: | Arrival　　:　**05-21-22** |
| | Group Code　　: | Departure :　**06-03-22** |
| | Company　　: | Conf. No.　:　**41384120** |
| | Membership No.: | Rate Code :　**IDME0** |
| | Invoice No.　　: | Page No.　:　**1 of 3** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-20-22 | * Accommodation | Burk Deborah #2521=>Burk Deborah #1719 | 246.05 | |
| 05-20-22 | Occupancy Tax | Burk Deborah #2521=>Burk Deborah #1719 | 34.45 | |
| 05-20-22 | Business District Assessment | Burk Deborah #2521=>Burk Deborah #1719 | 5.54 | |
| 05-20-22 | California Tourism Assessmeı | Burk Deborah #2521=>Burk Deborah #1719 | 0.48 | |
| 05-21-22 | * Accommodation | | 246.05 | |
| 05-21-22 | Occupancy Tax | | 34.45 | |
| 05-21-22 | Business District Assessment | | 5.54 | |
| 05-21-22 | California Tourism Assessmeı | | 0.48 | |
| 05-22-22 | * Accommodation | | 251.23 | |
| 05-22-22 | Occupancy Tax | | 35.17 | |
| 05-22-22 | Business District Assessment | | 5.65 | |
| 05-22-22 | California Tourism Assessmeı | | 0.49 | |
| 05-23-22 | * Accommodation | | 290.03 | |
| 05-23-22 | Occupancy Tax | | 40.60 | |
| 05-23-22 | Business District Assessment | | 6.53 | |
| 05-23-22 | California Tourism Assessmeı | | 0.57 | |
| 05-24-22 | * Accommodation | | 357.93 | |
| 05-24-22 | Occupancy Tax | | 50.11 | |
| 05-24-22 | Business District Assessment | | 8.05 | |
| 05-24-22 | California Tourism Assessmeı | | 0.70 | |
| 05-25-22 | In Room Dining Food Dinner　Room# 1719 : CHECK# 1017377 | | 29.46 | |
| 05-25-22 | * Accommodation | | 372.48 | |
| 05-25-22 | Occupancy Tax | | 52.15 | |
| 05-25-22 | Business District Assessment | | 8.38 | |
| 05-25-22 | California Tourism Assessmeı | | 0.73 | |

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
### SAN FRANCISCO

|  |  | 30 | 12-19-22 |
|---|---|---|---|

| **Deborah Burk** | Folio No. | : **1306475** | Room No. : | **1719** |
|---|---|---|---|---|
| **United States** | A/R Number | : | Arrival : | **05-21-22** |
|  | Group Code | : | Departure : | **06-03-22** |
|  | Company | : | Conf. No. : | **41384120** |
|  | Membership No. : | | Rate Code : | **IDME0** |
|  | Invoice No. | : | Page No. : | **2 of 3** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-26-22 | * Accommodation | 265.78 | |
| 05-26-22 | Occupancy Tax | 37.21 | |
| 05-26-22 | Business District Assessment | 5.98 | |
| 05-26-22 | California Tourism Assessmer | 0.52 | |
| 05-27-22 | * Accommodation | 250.80 | |
| 05-27-22 | Occupancy Tax | 35.11 | |
| 05-27-22 | Business District Assessment | 5.64 | |
| 05-27-22 | California Tourism Assessmer | 0.49 | |
| 05-28-22 | * Accommodation | 269.80 | |
| 05-28-22 | Occupancy Tax | 37.77 | |
| 05-28-22 | Business District Assessment | 6.07 | |
| 05-28-22 | California Tourism Assessmer | 0.53 | |
| 05-29-22 | * Accommodation | 226.98 | |
| 05-29-22 | Occupancy Tax | 31.78 | |
| 05-29-22 | Business District Assessment | 5.11 | |
| 05-29-22 | California Tourism Assessmer | 0.44 | |
| 05-30-22 | * Accommodation | 207.58 | |
| 05-30-22 | Occupancy Tax | 29.06 | |
| 05-30-22 | Business District Assessment | 4.67 | |
| 05-30-22 | California Tourism Assessmer | 0.40 | |
| 05-31-22 | * Accommodation | 256.08 | |
| 05-31-22 | Occupancy Tax | 35.85 | |
| 05-31-22 | Business District Assessment | 5.76 | |
| 05-31-22 | California Tourism Assessmer | 0.50 | |
| 06-01-22 | * Accommodation | 275.48 | |

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
## SAN FRANCISCO

|  |  | 30 | 12-19-22 |
|---|---|---|---|

| **Deborah Burk** | Folio No. | : **1306475** | Room No. : | **1719** |
|---|---|---|---|---|
| **United States** | A/R Number | : | Arrival : | **05-21-22** |
|  | Group Code | : | Departure : | **06-03-22** |
|  | Company | : | Conf. No. : | **41384120** |
|  | Membership No. : | | Rate Code : | **IDME0** |
|  | Invoice No. | : | Page No. : | **3 of 3** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-01-22 | Occupancy Tax | 38.57 | |
| 06-01-22 | Business District Assessment | 6.20 | |
| 06-01-22 | California Tourism Assessmei | 0.54 | |
| 06-02-22 | * Accommodation | 265.78 | |
| 06-02-22 | Occupancy Tax | 37.21 | |
| 06-02-22 | Business District Assessment | 5.98 | |
| 06-02-22 | California Tourism Assessmei | 0.52 | |
| 06-03-22 | Visa | | 4,433.49 |
| | XXXXXXXXXXXX1902 | | |

| | **Total** | **4,433.49** | **4,433.49** |
|---|---|---|---|
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Sunday, June 5, 2022 9:51 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Sunday evening trip with Uber |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date:** June 5, 2022 at 8:32:18 PM PDT
**To:** Tim Blood <tblood@bholaw.com>
**Subject: [Business] Your Sunday evening trip with Uber**

**Uber**                                                    Total **$19.34**
                                                            June 5, 2022

# Total                                                      $19.34

| | |
|---|---|
| Trip Fare | $13.08 |
| | |
| Subtotal | $13.08 |
| Marketplace Fee ❓ | $1.80 |

1

| | |
|---|---|
| San Francisco City Tax ❓ | $0.51 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

**Payments**

 **Visa ••••1902**          $19.34
6/5/22 8:32 PM

Trip ID: 06f450bb-2817-4106-a34a-3867c23458b7

Download PDF

# You rode with Ai

4.98 ★ Rating                    👤 Has passed a multi-step safety screen

License Plate: 9BBH189

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

2

**8:10 PM**

888 Howard St, San Francisco, CA

**8:21 PM**

552 Green St, San Francisco, CA





Report lost item ›

Contact support ›

My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**Dafne Maytorena**

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Sunday, June 5, 2022 10:35 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | FW: [Business] Your Sunday morning trip with Uber |

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Sunday, June 5, 2022 10:34 AM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** [Business] Your Sunday morning trip with Uber

# Uber

Total **$13.08**
June 5, 2022

## Total                                    $13.08

| | |
|---|---|
| Trip Fare | $7.98 |
| Subtotal | $7.98 |
| Marketplace Fee ❷ | $1.80 |
| San Francisco City Tax ❷ | $0.35 |

1

| | |
|---|---|
| CA Driver Benefits  | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $1.00 |
| Tip | $1.00 |

**Payments**

| | | |
|---|---|---|
| VISA | **Visa ••••1902**<br>6/5/22 10:34 AM | $13.08 |

Trip ID: 3f535bd0-8a7e-429c-b194-2ee7d20efbca

Download PDF

# You rode with Amer

4.96 ★ Rating                    👤 Has passed a multi-step safety screen

License Plate: 9ARF613

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

2

**10:14 AM**

888 Howard St, San Francisco, CA

**10:23 AM**

1438 Market St, San Francisco, CA





Report lost item ›    Contact support›    My trips ›

Uber

## Dafne Maytorena

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Monday, June 6, 2022 9:24 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | FW: [Business] Your Monday morning trip with Uber |

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Monday, June 6, 2022 9:21 AM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** [Business] Your Monday morning trip with Uber

Uber

Total **$14.92**
June 6, 2022

## Total                                          $14.92

Trip Fare                                          $8.27

Subtotal                                           $8.27

Marketplace Fee ❓                                  $1.80

San Francisco City Tax ❓                           $0.37

1

| Wait Time ❓ | $0.53 |
|---|---|
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

**Payments**

 **Visa ••••1902**      $14.92
6/6/22 9:21 AM

Trip ID: 1e2f173d-cd17-4777-b57b-df9a00551cbe

Download PDF

# You rode with Farzad (Gulabuddin)

4.99 ★ Rating      👤 Has passed a multi-step safety screen

License Plate: 8AED013

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

2

**9:02 AM**

888 Howard St, San Francisco, CA

**9:10 AM**

1438 Market St, San Francisco, CA





Report lost item ›    Contact support›    My trips ›

Uber

3

# Dafne Maytorena

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Monday, June 6, 2022 2:16 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | FW: Receipt from The Market - Slice House Pizza |

**From:** The Market - Slice House Pizza via Square <receipts@messaging.squareup.com>
**Sent:** Monday, June 6, 2022 1:17 PM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** Receipt from The Market - Slice House Pizza

Square automatically sends receipts to the email address
you used at any Square seller. Learn more



The Market - Slice House Pizza



Let The Market - Slice House Pizza know
how your experience was

# $12.80

| | |
|---|---|
| **To-Go Sandwich × 1** | $10.25 |
| Veggie Caprese | |
| | |
| Purchase Subtotal | $10.25 |
| Sales Tax (8.625%) | $0.88 |

1

| | |
|---|---|
| Tip | ϱ1.67 |
| Total | **$12.80** |



This purchase earned 1 Star. Claim your Stars to earn rewards.

**+1**  Get your Stars

The Market - Slice House Pizza

   

Visa 1902 (Contactless)

VISA

VISA CARDHOLDER

Jun 6 2022 at 1:16 PM #peV6 Auth code: 09625G

AID: A0000000031010

No CVM

Return Policy: If you experience an issue with your order please reach out to us at info@visitthemarket.com

Join our Food Rewards program to start earning stars on any food purchase of $5 or more. Get things like free pizza, burgers, coffee, and more when you save up enough stars. Ask a cashier for more details.



**Receipt Settings**

Not your receipt?

Turn off automatic receipts

Manage preferences

© 2022 Block, Inc. Privacy Policy
1455 Market Street, Suite 600
San Francisco, CA 94103

2

*Thank You!*

```
********************************************
Chieftain Irish Pub & Restaurant
 Order 0944
Tel.

05/26/22  8:58 PM
Table plr 4  Cust 1
Service Staff 3 Lorrie
********************************************

1 Guest - ELYSIAN IPA            8.00
2 GUINNESS draft                18.00
1 KSA Kolsch                     7.00
1 Wings                          0.00
   9 Wings                      18.00
1 Quesabirria Tacos (x3)        13.00
1 Brussel Sprouts               10.00
1 Cheese Burger                 15.10
   EXTRA PICKLES

          Sub-total:      89.0
          Sales Tax:       7.68
        GOV Mandate:       3.56
                        ---------
     Total Due:  100.24


Suggested Gratuity Amounts:
18.0%      18.04   $118.28
20.0%      20.05   $120.29
25.0%      25.06   $125.30
```

```
              The Market
            1355 Market Street

        San Francisco, CA 94103
            (415) 767-5130
              Table    Q#2
Trans #:   2800480        Serv: Hind N
6/6/2022 1:21 PM           # Cust:1
----------------------------------------
Quan  Descript                    Cost
----------------------------------------
 1 Starbucks Nitro Cold Br       $4.29
 1 +CRV N/A Beverage .05          $0.05
 1 GT's Synergy Trilogy SS        $4.79
 1 +CRV N/A Beverage .05          $0.05
 1 GT's Synergy Lemonade          $4.79
 1 +CRV N/A Beverage .05          $0.05
 1 ITALIAN HERO 6S               $12.50
 2 Soup Small 5.99               $11.98
 1 Bag Fee                        $0.25
----------------------------------------
               Net Total:       $38.75
               Sales Tax:        $1.86
                            ------------
          TOTAL:  $40.61
Food: $24.73
Beverage: $14.02
----------------------------------------
               EMV              $40.61
----------------------------------------



      We have delivery Mon - Sun.
  Place Orders for Pizza, and Tacos Onlin
             @trycaviar.com
       Avalible from 11am - 9pm.
```

## Dafne Maytorena

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Tuesday, June 7, 2022 7:55 AM |
| **To:** | Dafne Maytorena |
| **Subject:** | FW: Receipt from SF LIMO GOLDEN SUCCESS, LLC for $46.00 USD |

**From:** SF LIMO GOLDEN SUCCESS, LLC <service@paypal.com>
**Sent:** Tuesday, June 7, 2022 7:41 AM
**To:** Tim Blood <TBlood@bholaw.com>
**Subject:** Receipt from SF LIMO GOLDEN SUCCESS, LLC for $46.00 USD

Hello, tblood@bholaw.com



# Receipt for your transaction with SF LIMO GOLDEN SUCCESS, LLC

Transaction ID

95527830YY241864N

**SF LIMO GOLDEN SUCCESS, LLC**

1

**Dafne Maytorena**                                          _Joint Juice_

| | |
|---|---|
| **From:** | Tim Blood |
| **Sent:** | Tuesday, June 7, 2022 3:50 PM |
| **To:** | Dafne Maytorena |
| **Subject:** | Fwd: [Business] Your Tuesday afternoon trip with Uber |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Timothy Blood
Blood Hurst & O'Reardon, LLP

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** June 7, 2022 at 3:34:36 PM PDT
> **To:** Tim Blood <tblood@bholaw.com>
> **Subject: [Business] Your Tuesday afternoon trip with Uber**

# Uber

Total **$16.30**
June 7, 2022

# Total                    $16.30

Trip Fare                                                    $8.20

Subtotal                                                     $8.20

1

| | |
|---|---|
| Marketplace Fee ⑦ | $1.80 |
| San Francisco City Tax ⑦ | $0.35 |
| Temporary Fuel Surcharge ⑦ | $0.55 |
| CA Driver Benefits ⑦ | $0.30 |
| Tolls, Surcharges, and Fees ⑦ | $0.10 |
| Tip | $5.00 |

**Payments**

 **Visa ••••1902**
6/7/22 3:34 PM                                           $16.30

Trip ID: ffa7609d-aaae-46a2-94be-648bca35e748

Download PDF

# You rode with Mouad

4.93 ★ Rating               👤 Has passed a multi-step safety screen

License Plate: 8YHN658

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

2

**3:09 PM**

450 Golden Gate Ave, San Francisco, CA

**3:18 PM**

1438 Market St, San Francisco, CA



Report lost item ❯          Contact support❯          My trips ❯



# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**UnionBank**

Union Bank® Business Visa® Credit Card
Statement Period: 05/21/22 through 06/19/22
Account Number ending in 7913

## Transactions

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 05/21 | 2443106GX2DYJ0FND | AMAZON.COM*1R6OO6OI2 AMZN AMZN.COM/BILL WA | 57.04 |
| 05/21 | 2449215GXMLKY6DO1 | UBER   TRIP HELP.UBER.COM CA | 55.65 |
| 05/21 | 2449216GX000WKS7A | UBER* TRIP WWW.UBER.COM  CA | 5.00 |
| 05/21 | 2480197GY61DKQ5G1 | EINSTEIN BAGELS TERMINAL SAN DIEGO  CA | 11.44 |
| 05/22 | 2400097GZ8E8WWH28 | THE CHIEFTAIN IRISH PU   415-6250436  CA | 94.84 |
| 05/22 | 2469216GY2XSMAPVQ | Amazon Tips*1R8R31NK2 Amzn.com/bill WA | 5.00 |
| 05/22 | 2469216GY2XXJE8ME | SQ *POKE BAR San Francisco CA | 34.04 |
| 05/23 | 2425137GZ0VZDRWF5 | REGENT SCHOOL CATERING FC SAN FRANCISCO CA | 80.95 |
| 05/23 | 2425137GZ0VZDRWJ8 | REGENT SCHOOL CATERING FC SAN FRANCISCO CA | 12.48 |
| 05/23 | 2425137GZ0VZDRWW1 | REGENT SCHOOL CATERING FC SAN FRANCISCO CA | 1.84 |
| 05/23 | 2424070H0S66HLVG4 | TEMPEST SAN FRANCISCO CA | 58.88 |
| 05/24 | 2449215H0LTXBSYAF | UBER   TRIP HELP.UBER.COM CA | 10.23 |
| 05/25 | 2400097H28SJ6ZQ98 | THE CHIEFTAIN IRISH PU   415-6250436  CA | 84.83 |
| 05/25 | 2434285H10FVH0G7D | CHAO PESCAO SAN FRANCISCO CA | 303.32 |
| 05/25 | 2449215H1LXPX79T3 | UBER   TRIP HELP.UBER.COM CA | 8.60 |
| 05/25 | 2449215H1ML1QQD2B | UBER   TRIP HELP.UBER.COM CA | 36.51 |
| 05/25 | 2476501H2RDQ512MM | MARKET ON MARKET SAN FRANCISCO CA | 31.88 |
| 05/26 | 2434285H20FVKF43E | CHAO PESCAO SAN FRANCISCO CA | 285.07 |
| 05/26 | 2420429H201F71DGK | UBER *TRIP HELP.UBER.COM 800-5928996  CA | 3.00 |
| 05/26 | 2449215H2LXVRG2E1 | UBER   TRIP HELP.UBER.COM CA | 18.00 |
| 05/27 | 2413746H3EJE8470Y | TST* NORTHERN DUCK SAN FRANCISCO CA | 360.13 |
| 05/27 | 2443106H32DYPJ5Q6 | AMAZON.COM*1R62G89Q2 AMZN AMZN.COM/BILL WA | 64.20 |
| 05/27 | 2449215H3LW3MFV95 | UBER   TRIP HELP.UBER.COM CA | 10.81 |
| 05/27 | 2449215H3LW410ME6 | UBER   TRIP HELP.UBER.COM CA | 3.00 |
| 05/27 | 2449215H3LY0STMVP | UBER   TRIP HELP.UBER.COM CA | 18.07 |
| 05/27 | 2469216H32XZLLV03 | SOUTHWES   5262123057609800-435-9792 TX | 181.98 |
| 05/28 | 2449215H4LY1TF4GA | UBER   TRIP HELP.UBER.COM CA | 15.87 |
| 05/28 | 2449215H4MN9V6VW7 | UBER   TRIP HELP.UBER.COM CA | 24.98 |
| 05/28 | 2469216H42XVQNPTD | Amazon Tips*1R2OOOUVO Amzn.com/bill WA | 5.00 |
| 05/28 | 2469216H52XNZMNFK | SOUTHWES   5262123590186800-435-9792 TX | 10.00 |
| 05/28 | 2469216H52XNZMNFS | SOUTHWES   5262123452857800-435-9792 TX | 181.98 |
| 05/29 | 2475542H6M98KQM9Z | SAN KIOSK GGT1W TEMP 1117 SAN DIEGO  CA | 4.67 |
| 05/30 | 2449215H6LWEZAHN3 | UBER   TRIP HELP.UBER.COM CA | 44.94 |
| 05/30 | 2469216H62XHH4FS8 | SQ *POKE BAR San Francisco CA | 17.18 |
| 05/30 | 2476501H7RDQ9T5TB | MARKET ON MARKET SAN FRANCISCO CA | 16.53 |

Transactions continued on next page

**Transactions (continued)**

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 05/30 | 2494300H7LKQYESVL | INTERCONTINENTAL SAN F SAN FRANCISCO CA | 3,307.95 |
| 05/31 | 2425137H70VZAW753 | REGENT SCHOOL CATERING FC SAN FRANCISCO CA | 6.60 |
| 05/31 | 2449215H7LSNXQVY8 | UBER   TRIP HELP.UBER.COM CA | 9.85 |
| 05/31 | 2449215H7LWH43JAN | UBER   TRIP HELP.UBER.COM CA | 6.74 |
| 05/31 | 2469216H72XAZR4ZD | SQ *POKE BAR San Francisco CA | 35.25 |
| 06/01 | 2449215H8LWLSR414 | UBER   TRIP HELP.UBER.COM CA | 3.00 |
| 06/01 | 2449215H8LWLVVBTY | UBER   TRIP HELP.UBER.COM CA | 13.05 |
| 06/01 | 2469216H82X9JJ77G | SQ *BLUE BOTTLE COFFEE San Francisco CA | 7.24 |
| 06/01 | 2469216H92XKVJTBL | TST* Maxs Opera Cafe San Francisco CA | 104.98 |
| 06/02 | 2469216HA2XV2KQFD | SOUTHWES   5262125200717800-435-9792 TX | 10.00 |
| 06/02 | 2469216H92XNS1KBM | AMZN Mktp US*FA0KC89U3 Amzn.com/bill WA | 61.98 |
| 06/02 | 2469216H92XY5DLBK | SOUTHWES   5262124989807800-435-9792 TX | 181.98 |
| 06/03 | 2449215HAML6ZF0XY | UBER   TRIP HELP.UBER.COM CA | 23.93 |
| 06/03 | 2469216HB2XPSZGJA | SOUTHWES   5262125538940800-435-9792 TX | 312.98 |
| 06/04 | 2400097HQA2WFHXEK | THE CHIEFTAIN IRISH PU   415-6250436  CA | 41.92 |
| 06/04 | 2449215HBLW3N376G | UBER   TRIP HELP.UBER.COM CA | 3.58 |
| 06/04 | 2449215HBLW4XJPDS | UBER   TRIP HELP.UBER.COM CA | 55.65 |
| 06/04 | 2475542HQ4D50GXBX | SAN KIOSK GGT1W TEMP 1117 SAN DIEGO  CA | 6.75 |
| 06/05 | 2400097HDA547RR5E | THE CHIEFTAIN IRISH PU   415-6250436  CA | 68.32 |
| 06/05 | 2449215HQLRHRWRQZ | UBER   TRIP HELP.UBER.COM CA | 10.06 |
| 06/05 | 2449215HQMNBV4JQE | UBER   TRIP HELP.UBER.COM CA | 3.00 |
| 06/05 | 2449215HQMN9RA1W4 | UBER   TRIP HELP.UBER.COM CA | 5.00 |
| 06/06 | 2449215HDLSFH7Z9A | UBER   TRIP HELP.UBER.COM CA | 10.98 |
| 06/06 | 2469216HD2XEKTFXL | SQ *MANILA BOWL San Francisco CA | 20.40 |
| 06/06 | 2469216HD2XEYN8DF | SQ *RED BAY COFFEE THE MA San Francisco CA | 5.85 |
| 06/06 | 2469216HE2X7KJ3JP | SOUTHWES   5262126546847800-435-9792 TX | 191.98 |
| 06/06 | 2469216HE2X7KJ3JZ | SOUTHWES   5262126546615800-435-9792 TX | 191.98 |
| 06/06 | 2476501HERDQ6Y1MF | MARKET ON MARKET SAN FRANCISCO CA | 2.79 |
| 06/07 | 2443106HF11H93BVQ | ALASKA AIR  0272301345316 SEATTLE  WA | 120.01 |
| 06/07 | 2443106HF11LDQM87 | ALASKA AIR SEATTLE  WA | 88.99 |
| 06/08 | 2434285HF0FVKW844 | CHAO PESCAO SAN FRANCISCO CA | 174.48 |
| 06/08 | 2449215HFLRXPKHL6 | UBER   TRIP HELP.UBER.COM CA | 3.00 |
| 06/08 | 2449215HFLYF296NV | UBER   TRIP HELP.UBER.COM CA | 18.10 |
| 06/08 | 2449215HFMNLQTAPS | UBER   TRIP HELP.UBER.COM CA | 3.00 |
| 06/08 | 2449216HF0014VTDS | SNACK* BLONDIES PIZZA   120-36845156 CA | 7.82 |
| 06/08 | 2475542HG4NG2VHYR | OAK PYRAMID T2 6621305 OAKLAND  CA | 69.87 |
| 06/08 | 2490641HF4AXA8XGK | DNH*GODADDY.COM      480-5058855  AZ | 189.98 |
| 06/08 | 2494300HGLKDDV1R7 | INTERCONTINENTAL SAN F SAN FRANCISCO CA | 5,491.55 |
| 06/09 | 2413746HG2XQ7PW9N | TST* HIGH FLYING FOODS - OAKLAND  CA | 7.13 |
| 06/09 | 2449215HGML0B29HQ | UBER   TRIP HELP.UBER.COM CA | 24.94 |
| 06/09 | 2449215HGMNR2H9MN | UBER   TRIP HELP.UBER.COM CA | 70.67 |

**amazon**.com

**Final Details for Order #113-4169724-4806622**
Print this page for your records.

**Order Placed:** May 20, 2022
**Amazon.com order number:** 113-4169724-4806622
**Order Total: $62.04**

## Shipped on May 21, 2022

| Items Ordered | Price |
|---|---|
| 1 of: *KIND Minis, Dark Chocolate Nuts & Sea Salt, 7 Ounce (Pack Of 1)*<br>Sold by: Prime Now LLC (seller profile)<br><br>Condition: New | $7.50 |
| 1 of: *LaCroix, Sparkling Water Grapefruit, 12 oz (pack of 8)*<br>Sold by: Prime Now LLC (seller profile)<br><br>Condition: New | $3.99 |
| 1 of: *KIND Minis, Caramel Almond & Sea Salt, 0.7 Ounce (Pack of 10)*<br>Sold by: Prime Now LLC (seller profile)<br><br>Condition: New | $7.50 |
| 1 of: *ARROWHEAD Brand 100% Mountain Spring Water, 16.9-ounce plastic bottles ,24 Count*<br>Sold by: Prime Now LLC (seller profile)<br><br>Condition: New | $4.99 |
| 1 of: *ARROWHEAD Brand 100% Mountain Spring Water, 16.9-ounce plastic bottles ,24 Count*<br>Sold by: Prime Now LLC (seller profile)<br><br>Condition: New | $4.99 |
| 1 of: *Starbucks Nitro Cold Brew, Vanilla Sweet Cream 9.6 fl oz Can (8 Pack) (Packaging May Vary)*<br>Sold by: Prime Now LLC (seller profile)<br><br>Condition: New | $24.49 |

**Shipping Address:**
Dolan Law Firm c/o Blood Hurst
1438 MARKET ST
SAN FRANCISCO, CA 94102-6004
United States

**Shipping Speed:**
Scheduled delivery

## Payment information

**Payment Method:**
Visa ending in 7913

**Billing address**
Tommy O'Reardon Blood Hurst & O'Reardon LLP
501 West Broadway, Suite 1490
San Diego, CALIFORNIA 92101

Item(s) Subtotal: $53.46
Shipping & Handling: $0.00
Bottle Deposit Fee $3.20
-----
Total before tax: $56.66
Estimated tax to be collected: $0.38
-----

United States                                        Tip (optional):     5.00
                                                                        -----
                                                **Grand Total:$62.04**

**Credit Card transactions**                  Visa ending in 7913: May 22, 2022:  $5.00
                                              Visa ending in 7913: May 21, 2022:$57.04

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Saturday, May 21, 2022 6:46 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Saturday morning trip with Uber |

Uber

Total **$55.65**
May 21, 2022

# Total                     $55.65

➔You earned 111 points on this trip

| | |
|---|---|
| Trip fare | $31.41 |
| $7.50 Minimum | $0.04 |
| Subtotal | $31.45 |
| Reservation Fee | $16.00 |
| Marketplace Fee ❓ | $3.55 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Access for All Fee ❓ | $0.10 |
| CA Driver Benefits ❓ | $0.50 |

1

SAN Airport Pickup Surcharge                                $3.50

---

**Payments**

 **Visa ••••7913**                                $55.65
5/21/22 6:45 AM

A temporary hold of $55.65 was placed on your payment method •••• 7913. This is not a charge and will be removed. It should disappear from your bank statement shortly. Learn More

**Download PDF**

 Uber Rewards

Base points ❓                                111
2 points per eligible $ on UberX

# You rode with Oscar

4.91 ★ Rating                    👤 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

**6:32 AM**

653 Margarita Ave,
Coronado, CA 92118, USA

**6:45 AM**

3225 N Harbor Dr, San
Diego, CA 92101, US



Report lost item ›

Contact support ›

My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

# Uber

Ride   Drive   More          Help   Tommy

← Back to trips

## Your Trip

10:00 AM, Saturday May 21 2022 with Andre          Cancelled



 Get Help                                    ›

**Tommy O'Reardon**

| | |
|---|---|
| From: | Uber Receipts <noreply@uber.com> |
| Sent: | Monday, May 23, 2022 10:32 PM |
| To: | Tommy O'Reardon |
| Subject: | [Business] Your Monday evening trip with Uber |

# Uber

Total **$10.23**
May 23, 2022

## Total

# $10.23

➔You earned 20 points on this trip

| | |
|---|---|
| Trip Fare | $6.71 |
| Subtotal | $6.71 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.32 |
| Wait Time ❓ | $0.45 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.30 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |

1

Trip ID: e7186b10-734f-4217-bc7c-b7fc7ecefc4d

**Download PDF**

 Uber Rewards

Base points ❓                                                    20
2 points per eligible $ on UberX

# You rode with Jiankun

4.98 ★ Rating                    👤 Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

Rate or tip

License Plate: 05768V2

When you ride with Uber, your trips are insured in case of a covered
accident.

**Learn more** >

2



**10:25 PM**

1455 Market St, San Francisco, CA

**10:31 PM**

888 Howard St, San Francisco, CA

Report lost item ›          Contact support›          My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Monday, December 12, 2022 3:29 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Tuesday evening trip with Uber |

# Uber

Total **$11.60**
May 24, 2022

## Total                    $11.60

→You earned 17 points on this trip

| | |
|---|---|
| Trip Fare | $5.58 |
| Subtotal | $5.58 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.27 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.30 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

1

## Payments

| | | |
|---|---|---|
| VISA | **Visa ••••7913**<br>5/25/22 7:35 AM | $8.60 |
| VISA | **Visa ••••7913**<br>5/25/22 8:29 PM | $3.00 |

Trip ID: d2b74b6f-68b5-43c7-b8c3-3757a6e69f96

**Download PDF**

Uber Rewards

Base points ❓                                                    17

2 points per eligible $ on UberX

# You rode with Robert

**4.97 ★** Rating                    👤 Has passed a multi-step safety screen

License Plate: 8JQA369

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more >**

2



**8:41 PM**

1 Polk St, San Francisco, CA

**8:49 PM**

888 Howard St, San Francisco, CA

Report lost item ›          Contact support›          My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Monday, December 12, 2022 3:30 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Tuesday morning trip with Uber |

# Uber

Total **$36.51**
May 24, 2022

## Total                    $36.51

→You earned 73 points on this trip

| | |
|---|---|
| Trip Fare | $32.61 |
| Subtotal | $32.61 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $1.15 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |

1

## Payments

 **Visa ••••7913**                                               $36.51
5/24/22 6:44 PM

Trip ID: dd1f7c10-0097-4099-b903-e4c857e6b777

**Download PDF**

 Uber Rewards

Base points ❓                                                          73
2 points per eligible $ on UberX

# You rode with Tesfamhret

4.95 ★ Rating                              👤 Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

Rate or tip

License Plate: 6SJF175

When you ride with Uber, your trips are insured in case of a covered
accident.

Learn more ›

2

**7:54 AM**

888 Howard St, San Francisco, CA

**8:15 AM**

450 Golden Gate Ave, San Francisco, CA



**Report lost item** ›   **Contact support**›   **My trips** ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Monday, December 12, 2022 3:27 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Thursday morning trip with Uber |

## Uber

Total **$18.00**
May 26, 2022

# Total                                $18.00

↗You earned 26 points on this trip

---

| Trip Fare | $9.84 |
|---|---|

---

| Subtotal | $9.84 |
|---|---|
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.41 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.30 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $5.00 |

1

## Payments

 **Visa ••••7913**                                      $18.00
5/26/22 8:04 AM

Trip ID: 632e3849-0446-4aed-bf07-342e4533c998

Download PDF

 Uber Rewards

Base points ❓                                                    26
2 points per eligible $ on UberX

# You rode with Mukhammadali

4.96 ★ Rating                    👤 Has passed a multi-step safety screen

License Plate: 8ZTP005

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

2

**7:39 AM**

888 Howard St, San Francisco, CA

**7:49 AM**

1438 Market St, San Francisco, CA



Report lost item ›        Contact support›        My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

3

**amazon**.com

Final Details for Order #113-2073630-0009868
Print this page for your records.

**Order Placed:** May 26, 2022
**Amazon.com order number:** 113-2073630-0009868
**Order Total: $69.20**

## Shipped on May 27, 2022

| Items Ordered | Price |
|---|---|
| 1 of: *Starbucks Nitro Cold Brew, Vanilla Sweet Cream 9.6 fl oz Can (8 Pack) (Packaging May Vary)* <br> Sold by: Prime Now LLC (seller profile) <br> Condition: New | $24.49 |
| 2 of: *KIND BAR PRTN ALMOND 7.04 OZ* <br> Sold by: Prime Now LLC (seller profile) <br> Condition: New | $3.69 |
| 1 of: *KIND Healthy Grains Almond Butter Dark Chocolate, 6.2 Oz* <br> Sold by: Prime Now LLC (seller profile) <br> Condition: New | $4.16 |
| 1 of: *Fresh Brand – Organic Fuji Apples, 2 lb* <br> Sold by: Prime Now LLC (seller profile) <br> Condition: New | $4.49 |
| 1 of: *KIND Minis, Dark Chocolate Nuts & Sea Salt, 7 Ounce (Pack Of 1)* <br> Sold by: Prime Now LLC (seller profile) <br> Condition: New | $7.50 |
| 1 of: *ARROWHEAD Brand 100% Mountain Spring Water, 16.9-ounce plastic bottles ,24 Count* <br> Sold by: Prime Now LLC (seller profile) <br> Condition: New | $5.29 |
| 1 of: *KIND Minis, Caramel Almond & Sea Salt, 0.7 Ounce (Pack of 10)* <br> Sold by: Prime Now LLC (seller profile) <br> Condition: New | $9.29 |

**Shipping Address:**
Dolan Law Firm c/o Blood Hurst
1438 MARKET ST
SAN FRANCISCO, CA 94102-6004
United States

**Shipping Speed:**
Scheduled delivery

## Payment information

**Payment Method:**
Visa ending in 7913

**Billing address**
Tommy O'Reardon Blood Hurst & O'Reardon LLP

| | |
|---|---|
| Item(s) Subtotal: | $62.60 |
| Shipping & Handling: | $0.00 |
| Bottle Deposit Fee | $1.60 |
| | ----- |
| Total before tax: | $64.20 |

501 West Broadway, Suite 1490
San Diego, CALIFORNIA 92101
United States

Estimated tax to be collected:   $0.00
                                 -----
                    Tip (optional):   5.00
                                 -----
                  **Grand Total:$69.20**

**Credit Card transactions**

Visa ending in 7913: May 28, 2022:  $5.00
Visa ending in 7913: May 27, 2022:$64.20

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Friday, May 27, 2022 7:48 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Thursday evening trip with Uber |

# Uber

Total **$13.81**
May 26, 2022

## Total                                    $13.81

→You earned 21 points on this trip

| | |
|---|---|
| Trip Fare | $7.72 |
| Subtotal | $7.72 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.34 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

1

## Payments

| | | |
|---|---|---|
| **VISA** | **Visa ••••7913**<br>5/27/22 5:24 AM | $10.81 |
| **VISA** | **Visa ••••7913**<br>5/27/22 7:47 AM | $3.00 |

Trip ID: 4fde574b-6ada-41a8-a984-6d2f99911da8

## Download PDF

    Uber Rewards

Base points ❓                                    21

2 points per eligible $ on UberX

# You rode with Ahmad

**4.98 ★** Rating                    👤✓    Has passed a multi-step safety screen

License Plate: 8JLS361

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

**6:29 PM**

1 Polk St, San Francisco, CA

**6:37 PM**

888 Howard St, San
Francisco, CA



**Report lost item >**     **Contact support>**     **My trips >**

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Friday, May 27, 2022 2:41 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Friday morning trip with Uber |

# Uber

Total **$18.07**
May 27, 2022

## Total                                    $18.07

→You earned 30 points on this trip

---

| | |
|---|---|
| Trip Fare | $11.85 |

---

| | |
|---|---|
| Subtotal | $11.85 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.47 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.30 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

1

**Payments**

 **Visa ••••7913**                                    $18.07
5/27/22 2:40 PM

Trip ID: 934c329a-69a7-4a01-ba3c-9d131a3ef72b

**Download PDF**

Uber Rewards

Base points ?                                                       30
2 points per eligible $ on UberX

# You rode with Ali

**5.00 ★** Rating                    👤 Has passed a multi-step safety screen

License Plate: 7FLZ499

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

2

**7:45 AM**

888 Howard St, San Francisco, CA

**7:56 AM**

1438 Market St, San Francisco, CA



Report lost item ›          Contact support›          My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Thursday, May 26, 2022 10:35 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | You're going to San Francisco on 05/29 (3YUZJD)! |

Here's your itinerary & receipt. See ya soon!

View our mobile site | View in browser

 **Southwest's**                    Manage Flight | Flight Status | My Account

### ⚠ Travel notice

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued <u>REAL ID</u> compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 ## Hi Thomas Joseph Ii,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

MAY 29

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **3YUZJD**                              Confirmation date: 05/27/2022

| PASSENGER | **Thomas Joseph Ii Oreardon** |
|---|---|
| RAPID REWARDS # | ▮▮▮▮▮▮▮ |
| TICKET # | 5262123057609 |
| EXPIRATION[1] | May 27, 2023 |
| EST. POINTS EARNED | 935 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:**  Sunday, 05/29/2022    Est. Travel Time: **1h 25m**    <u>Wanna Get Away®</u>

1

FLIGHT # 2678

**DEPARTS**
**SAN 09:00**PM
San Diego



**ARRIVES**
**SFO 10:25**PM
San Francisco

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - 3YUZJD** | | | Visa ending in 7913 |
| Base Fare | $ | 155.70 | Date: May 27, 2022 |
| U.S. Transportation Tax | $ | 11.68 | |
| U.S. 9/11 Security Fee | $ | 5.60 | **Payment Amount: $181.98** |
| U.S. Flight Segment Tax | $ | 4.50 | |
| U.S. Passenger Facility Chg | $ | 4.50 | |
| **Total** | **$** | **181.98** | |

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262123057609

# All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and 6X Rapid Rewards® points. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.[6] If you don't cancel your reservation in time, your funds will be forfeited.

# Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now

 Don't miss out on automatic check-in

2

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >



Save up to 30% off base rates with Budget.®

Budget

Earn up to 2,400 Rapid Rewards® points.

Book car >



Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Francisco.

Book hotel >



Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262123057609: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN SFO155.70USD155.70END ZP SAN4.50 XF SAN4.5

NLN0P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**





Get the mobile app

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.

² First and second checked bags. Weight and size limits apply.

³ Fare difference may apply.

⁴ Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

3

- Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Friday, May 27, 2022 7:49 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Friday afternoon trip with Uber |

# Uber

Total **$15.87**
May 27, 2022

## Total                    $15.87

→You earned 25 points on this trip

| | |
|---|---|
| Trip Fare | $9.72 |
| Subtotal | $9.72 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.40 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

1

## Payments

 **Visa ••••7913**                                    $15.87
5/27/22 7:49 PM

Trip ID: ee00ab82-37c3-4cf9-98ed-222f341d984a

Download PDF

 Uber Rewards

Base points ❓                                              25
2 points per eligible $ on UberX

# You rode with Rajesh

4.95 ★ Rating                    👤 Has passed a multi-step safety screen

License Plate: 7SZV137

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

2

**2:42 PM**

450 Golden Gate Ave, San Francisco, CA

**2:52 PM**

888 Howard St, San Francisco, CA



**Report lost item** >        **Contact support**>        **My trips** >

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Friday, May 27, 2022 7:58 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Friday evening trip with Uber |

# Uber

Total **$24.98**
May 27, 2022

## Total

# $24.98

⤳You earned 49 points on this trip

| | |
|---|---|
| Trip fare | $18.19 |
| Subtotal | $18.19 |
| Marketplace Fee ❓ | $2.14 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.50 |
| Access for All Fee ❓ | $0.10 |
| SAN Airport Pickup Surcharge | $3.50 |

**Download PDF**

1

 Uber Rewards

Base points ❓                                                                                    49

2 points per eligible $ on UberX

# You rode with Waqas

**4.99** ★ Rating                                   👤ᵥ   Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered
accident.

**Learn more ›**

2

**7:41 PM**

3665 N Harbor Dr, San
Diego, CA 92101, US

**7:57 PM**

653 Margarita Ave,
Coronado, CA 92118, USA



Report lost item ›        Contact support›        My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Saturday, May 28, 2022 8:39 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 05/29 Oakland trip (3YUZJD): Your change is confirmed. |

Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account

⚠️ **Travel notice**

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued <u>REAL ID</u> compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.



# Hi Thomas Joseph Ii,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

MAY 29

# SAN ✈ OAK

San Diego to Oakland

Confirmation # **3YUZJD**

Confirmation date: 05/28/2022

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ▇▇▇▇▇▇ |
| TICKET # | 5262123590186 |
| EXPIRATION[1] | May 27, 2023 |
| EST. POINTS EARNED | 990 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:** Sunday, 05/29/2022     Est. Travel Time: **1h 25m**     <u>Wanna Get Away®</u>

1

FLIGHT # 1326

**DEPARTS**
**SAN 05:40**PM
San Diego



**ARRIVES**
**OAK 07:05**PM
Oakland

## Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - 3YUZJD** | | | Visa ending in 7913 |
| Base Fare | $ | 165.00 | Date: May 28, 2022 |
| U.S. Transportation Tax | $ | 12.38 | **Payment Amount: $10.00** |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Passenger Facility Chg | $ | 4.50 | Credit from ticket: #5262123057609 to #5262123590186 |
| U.S. Flight Segment Tax | $ | 4.50 | Date: May 27, 2022 |
| **Total** | **$** | **191.98** | |

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262123590186

## All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away® fare:** Your two bags fly free®², no change³ or cancel⁴ fees, and 6X Rapid Rewards® points. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.⁶ If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now

2



## Save up to 30% off base rates with Budget.®

**Budget**

Earn up to 2,400 Rapid Rewards® points.

Book car >



## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in Oakland.

Book hotel >



## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262123590186: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN OAK165.00USD165.00END PD XF SAN4.5 ZP SAN4.50

NLN0P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

## Need help?

## Contact us

Customer service | FAQs

## Connect with us



Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

3

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.

² First and second checked bags. Weight and size limits apply.

³ Fare difference may apply.

⁴ Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

⁵ Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Sunday, May 29, 2022 12:49 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 05/29 Oakland trip (3YUZJD): Your change is confirmed. |

Here's your updated itinerary and trip receipt.

View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account

### ⚠ Travel notice

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.



## Hi Thomas Joseph Ii,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

MAY 29

# SAN ✈ OAK

San Diego to Oakland

Confirmation # **3YUZJD**

Confirmation date: 05/29/2022

| PASSENGER | **Thomas Joseph Ii Oreardon** |
|---|---|
| RAPID REWARDS # | ▮▮▮▮▮▮ |
| TICKET # | 5262123717465 |
| EXPIRATION[1] | May 27, 2023 |
| EST. POINTS EARNED | 990 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Sunday, 05/29/2022    Est. Travel Time: **1h 30m**    Wanna Get Away®

1

| FLIGHT # 2615 | DEPARTS<br>**SAN 04:25**PM<br>San Diego |  | ARRIVES<br>**OAK 05:55**PM<br>Oakland |
|---|---|---|---|

# Payment information

| **Total cost** | | | **Payment** |
|---|---|---|---|

| Air - 3YUZJD | | | Credit from ticket: #5262123590186 to<br>#5262123717465<br>Date: May 27, 2022 |
|---|---|---|---|
| Base Fare | $ | 165.00 | |
| U.S. Transportation Tax | $ | 12.38 | |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Passenger Facility Chg | $ | 4.50 | |
| U.S. Flight Segment Tax | $ | 4.50 | |
| **Total** | **$** | **191.98** | |

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262123717465

# All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and 6X Rapid Rewards® points. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.[6] If you don't cancel your reservation in time, your funds will be forfeited.

# Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now

2



## Save up to 30% off base rates with Budget.®

Earn up to 2,400 Rapid Rewards® points.

**Budget**

**Book car >**



## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in Oakland.

**Book hotel >**



## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

**Prepare now >**

5262123717465: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SAN WN OAK165.00USD165.00END PD XF SAN4.5 ZP SAN4.50

NLN0P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

## Need help?

**Contact us**

Customer service | FAQs

## Connect with us





Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

3

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

² First and second checked bags. Weight and size limits apply.

³ Fare difference may apply.

· Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

· Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

4

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Monday, December 12, 2022 3:23 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Sunday evening trip with Uber |

## Uber

Total **$51.68**
May 29, 2022

## Total

# $51.68

→You earned 89 points on this trip

| | |
|---|---|
| Trip Fare | $26.11 |
| Subtotal | $26.11 |
| Marketplace Fee ❓ | $7.18 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $10.80 |
| Tip | $6.74 |

1

**Payments**

 **Visa ••••7913**                                      $44.94
5/30/22 5:22 AM

**Visa ••••7913**                                      $6.74
5/30/22 8:45 PM

Trip ID: 081dbcf5-62a7-4e5c-9f65-02ac92a1686a

**Download PDF**

 Uber Rewards

Base points ❓                                                          89

2 points per eligible $ on UberX

# You rode with Mohammad

4.93 ★ Rating                    👤 Has passed a multi-step safety screen

License Plate: 8NZU821

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more >**

**6:29 PM**

89 14 Airport Dr 67 75, Oakland, CA

**6:54 PM**

888 Howard St, San Francisco, CA



**Report lost item ›**        **Contact support›**        **My trips ›**

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**



# INTERCONTINENTAL.
## SAN FRANCISCO

|  |  | 322 | 12-19-22 |
|---|---|---|---|

| Timothy Blood<br>501 W Broadway Ste 1490<br>San-Diego Us 92101-8567<br>United States | Folio No.        : 1307513<br>A/R Number    :<br>Group Code     :<br>Company         :<br>Membership No. :  PC      579568000<br>Invoice No.       : | Room No. :  2421<br>Arrival       :  05-21-22<br>Departure  :  06-08-22<br>Conf. No.  :  27030018<br>Rate Code :  IDME0<br>Page No.   :  1 of 5 |
|---|---|---|

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-21-22 | In Room Dining Food Dinner   Room# 2421 : CHECK# 1017173 | 51.25 | |
| 05-21-22 | * Accommodation | 236.55 | |
| 05-21-22 | Occupancy Tax | 33.12 | |
| 05-21-22 | Business District Assessment | 5.32 | |
| 05-21-22 | California Tourism Assessmei | 0.46 | |
| 05-22-22 | * Accommodation | 251.23 | |
| 05-22-22 | Occupancy Tax | 35.17 | |
| 05-22-22 | Business District Assessment | 5.65 | |
| 05-22-22 | California Tourism Assessmei | 0.49 | |
| 05-23-22 | * Accommodation | 290.03 | |
| 05-23-22 | Occupancy Tax | 40.60 | |
| 05-23-22 | Business District Assessment | 6.53 | |
| 05-23-22 | California Tourism Assessmei | 0.57 | |
| 05-24-22 | Barr 888 Breakfast - Food    Room# 2421 : CHECK# 0519300 | 6.35 | |
| 05-24-22 | Bar 888 Dinner - Food    Room# 2421 : CHECK# 0519331 | 52.36 | |
| 05-24-22 | * Accommodation | 348.23 | |
| 05-24-22 | Occupancy Tax | 48.75 | |
| 05-24-22 | Business District Assessment | 7.84 | |
| 05-24-22 | California Tourism Assessmei | 0.68 | |
| 05-25-22 | Barr 888 Breakfast - Food    Room# 2421 : CHECK# 0519341 | 6.35 | |
| 05-25-22 | Bar 888 Dinner - Food    Room# 2421 : CHECK# 0516553 | 54.54 | |
| 05-25-22 | * Accommodation | 362.78 | |
| 05-25-22 | Occupancy Tax | 50.79 | |
| 05-25-22 | Business District Assessment | 8.16 | |
| 05-25-22 | California Tourism Assessmei | 0.71 | |

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
## SAN FRANCISCO

322                                    12-19-22

| Timothy Blood | | Folio No. : 1307513 | Room No. : 2421 |
|---|---|---|---|
| 501 W Broadway Ste 1490 | | A/R Number : | Arrival : 05-21-22 |
| San-Diego Us 92101-8567 | | Group Code : | Departure : 06-08-22 |
| United States | | Company : | Conf. No. : 27030018 |
| | | Membership No.: PC  579568000 | Rate Code : IDME0 |
| | | Invoice No. : | Page No. : 2 of 5 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-26-22 | Bar 888 Dinner - Food | Room# 2421 : CHECK# 0512879 | 59.97 | |
| 05-26-22 | * Accommodation | | 256.08 | |
| 05-26-22 | Occupancy Tax | | 35.85 | |
| 05-26-22 | Business District Assessment | | 5.76 | |
| 05-26-22 | California Tourism Assessmer | | 0.50 | |
| 05-27-22 | Barr 888 Breakfast - Food | Room# 2421 : CHECK# 0515859 | 6.35 | |
| 05-27-22 | Bar 888 Dinner - Food | Room# 2421 : CHECK# 0519490 | 48.02 | |
| 05-27-22 | * Accommodation | | 241.30 | |
| 05-27-22 | Occupancy Tax | | 33.78 | |
| 05-27-22 | Business District Assessment | | 5.43 | |
| 05-27-22 | California Tourism Assessmer | | 0.47 | |
| 05-28-22 | Barr 888 Breakfast - Food | Room# 2421 : CHECK# 0515456 | 44.76 | |
| 05-28-22 | * Accommodation | | 269.80 | |
| 05-28-22 | Occupancy Tax | | 37.77 | |
| 05-28-22 | Business District Assessment | | 6.07 | |
| 05-28-22 | California Tourism Assessmer | | 0.53 | |
| 05-29-22 | Bar 888 Lunch - Food | Room# 2421 : CHECK# 0519604 | 48.02 | |
| 05-29-22 | In Room Dining Food Dinner | Room# 2421 : CHECK# 1017564 | 49.97 | |
| 05-29-22 | * Accommodation | | 217.28 | |
| 05-29-22 | Occupancy Tax | | 30.42 | |
| 05-29-22 | Business District Assessment | | 4.89 | |
| 05-29-22 | California Tourism Assessmer | | 0.42 | |
| 05-30-22 | Visa | | | 3,307.95 |
| | XXXXXXXXXXXX7913 | | | |
| 05-30-22 | Bar 888 Lunch - Food | Room# 2421 : CHECK# 0519668 | 51.28 | |

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
### SAN FRANCISCO

|  |  | 322 |  | 12-19-22 |
|---|---|---|---|---|

| **Timothy Blood**<br>**501 W Broadway Ste 1490**<br>**San-Diego Us 92101-8567**<br>**United States** | Folio No.        : **1307513**<br>A/R Number    :<br>Group Code    :<br>Company        :<br>Membership No.: **PC**    **579568000**<br>Invoice No.     : | Room No. :  **2421**<br>Arrival        :  **05-21-22**<br>Departure  :  **06-08-22**<br>Conf. No.   :  **27030018**<br>Rate Code :  **IDME0**<br>Page No.   :  **3 of 5** |

| Date | Description | Charges | Credits |
|---|---|---:|---|
| 05-30-22 | In Room Dining Food Dinner   Room# 2421 : CHECK# 1017615 | 43.45 | |
| 05-30-22 | * Accommodation | 207.58 | |
| 05-30-22 | Occupancy Tax | 29.06 | |
| 05-30-22 | Business District Assessment | 4.67 | |
| 05-30-22 | California Tourism Assessmeɪ | 0.40 | |
| 05-31-22 | * Accommodation | 256.08 | |
| 05-31-22 | Occupancy Tax | 35.85 | |
| 05-31-22 | Business District Assessment | 5.76 | |
| 05-31-22 | California Tourism Assessmeɪ | 0.50 | |
| 06-01-22 | In Room Dining Food Breakfas Room# 2421 : CHECK# 1017684 | 52.97 | |
| 06-01-22 | In Room Dining Food Dinner   Room# 2421 : CHECK# 1017716 | 80.61 | |
| 06-01-22 | * Accommodation | 275.48 | |
| 06-01-22 | Occupancy Tax | 38.57 | |
| 06-01-22 | Business District Assessment | 6.20 | |
| 06-01-22 | California Tourism Assessmeɪ | 0.54 | |
| 06-02-22 | Bar 888 Lunch - Food       Room# 2421 : CHECK# 0519812 | 55.62 | |
| 06-02-22 | Bar 888 Dinner - Wine      Room# 2421 : CHECK# 0512905 | 46.93 | |
| 06-02-22 | * Accommodation | 265.78 | |
| 06-02-22 | Occupancy Tax | 37.21 | |
| 06-02-22 | Business District Assessment | 5.98 | |
| 06-02-22 | California Tourism Assessmeɪ | 0.52 | |
| 06-03-22 | Local Call       10:02 Line# 2421 : Dialed# 415-981-1102 [00:01:00] | 1.53 | |
| 06-03-22 | In Room Dining Food Dinner   Room# 2421 : CHECK# 1017839 | 67.79 | |
| 06-03-22 | * Accommodation | 231.80 | |
| 06-03-22 | Occupancy Tax | 32.45 | |

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



## INTERCONTINENTAL.
### SAN FRANCISCO

|  |  | 322 |  | 12-19-22 |
|---|---|---|---|---|

| Timothy Blood<br>501 W Broadway Ste 1490<br>San-Diego Us 92101-8567<br>United States | Folio No.        : 1307513<br>A/R Number    :<br>Group Code    :<br>Company       :<br>Membership No.: PC    579568000<br>Invoice No.     : | Room No. : 2421<br>Arrival       : 05-21-22<br>Departure : 06-08-22<br>Conf. No.  : 27030018<br>Rate Code : IDME0<br>Page No.  : 4 of 5 |
|---|---|---|

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-03-22 | Business District Assessment | 5.22 | |
| 06-03-22 | California Tourism Assessmer | 0.45 | |
| 06-04-22 | In Room Dining Food Dinner  Room# 2421 : CHECK# 1017892 | 63.94 | |
| 06-04-22 | * Accommodation | 250.80 | |
| 06-04-22 | Occupancy Tax | 35.11 | |
| 06-04-22 | Business District Assessment | 5.64 | |
| 06-04-22 | California Tourism Assessmer | 0.49 | |
| 06-05-22 | Bar 888 Dinner - Food        Room# 2421 : CHECK# 0519949 | 61.05 | |
| 06-05-22 | * Accommodation | 711.98 | |
| 06-05-22 | Occupancy Tax | 99.68 | |
| 06-05-22 | Business District Assessment | 16.02 | |
| 06-05-22 | California Tourism Assessmer | 1.39 | |
| 06-06-22 | Bar 888 Lunch - Food        Room# 2421 : CHECK# 0510038 | 66.49 | |
| 06-06-22 | * Accommodation | 983.58 | |
| 06-06-22 | Occupancy Tax | 137.70 | |
| 06-06-22 | Business District Assessment | 22.13 | |
| 06-06-22 | California Tourism Assessmer | 1.92 | |
| 06-07-22 | Bar 888 Lunch - Food        Room# 2421 : CHECK# 0516189 | 48.02 | |
| 06-07-22 | * Accommodation | 983.58 | |
| 06-07-22 | Occupancy Tax | 137.70 | |
| 06-07-22 | Business District Assessment | 22.13 | |
| 06-07-22 | California Tourism Assessmer | 1.92 | |
| 06-08-22 | Visa | | 5,491.55 |

XXXXXXXXXXXX7913

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
### SAN FRANCISCO

|  |  |
|---|---|
| 322 | 12-19-22 |

| | | | | |
|---|---|---|---|---|
| **Timothy Blood** | Folio No. | : **1307513** | Room No. : | **2421** |
| **501 W Broadway Ste 1490** | A/R Number | : | Arrival : | **05-21-22** |
| **San-Diego Us 92101-8567** | Group Code | : | Departure : | **06-08-22** |
| **United States** | Company | : | Conf. No. : | **27030018** |
| | Membership No. : | **PC    579568000** | Rate Code : | **IDME0** |
| | Invoice No. | : | Page No. : | **5 of 5** |

| Date | Description | Charges | Credits |
|---|---|---|---|

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews.  We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | 8,799.50 | 8,799.50 |
| **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c

**Tommy O'Reardon**

| | |
|---|---|
| From: | Uber Receipts <noreply@uber.com> |
| Sent: | Tuesday, May 31, 2022 9:26 PM |
| To: | Tommy O'Reardon |
| Subject: | [Business] Your Monday evening trip with Uber |

# Uber

Total **$12.85**
May 30, 2022

## Total                                      $12.85

➔You earned 19 points on this trip

| | |
|---|---|
| Trip Fare | $6.79 |
| Subtotal | $6.79 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.31 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.30 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

1

## Payments

**VISA**  **Visa ••••7913**                                        $9.85
5/31/22 7:35 AM

**VISA**  **Visa ••••7913**                                        $3.00
5/31/22 9:26 PM

Trip ID: 64e62328-a883-4dc1-ab10-9358a870bc2b

**Download PDF**

 Uber Rewards

Base points ❓                                                       19
2 points per eligible $ on UberX

# You rode with Berkay

4.97 ★ Rating                    👤 Has passed a multi-step safety screen

License Plate: 8YBL989

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more >**



**8:42 PM**

1 Polk St, San Francisco, CA

**8:48 PM**

888 Howard St, San Francisco, CA



Report lost item ›          Contact support›          My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**Tommy O'Reardon**

| | |
|---|---|
| From: | Uber Receipts <noreply@uber.com> |
| Sent: | Tuesday, May 31, 2022 9:38 PM |
| To: | Tommy O'Reardon |
| Subject: | [Business] Your Tuesday evening trip with Uber |

# Uber

Total **$13.05**
May 31, 2022

## Total                                    $13.05

⇥You earned 20 points on this trip

| | |
|---|---|
| Trip Fare | $6.99 |
| Subtotal | $6.99 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.31 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.30 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

1

## Payments

 **Visa ••••7913**                                      $13.05
5/31/22 9:38 PM

Trip ID: a8bbd354-1b75-4560-b93c-5c07518b1e2d

**Download PDF**

 Uber Rewards

Base points  ❓                                                            20
2 points per eligible $ on UberX

# You rode with PR (Purushottam)

4.97 ★ Rating                          👤  Has passed a multi-step safety screen

License Plate: 7DHX810

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

2



**9:18 PM**

1 Polk St, San Francisco, CA

**9:25 PM**

888 Howard St, San Francisco, CA

Report lost item ›          Contact support ›          My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Thursday, June 2, 2022 1:09 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Thomas Joseph Ii Oreardon's 06/02 San Diego trip (4ZYVR4): Your change is confirmed. |

Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account

### ⚠ Travel notice

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued <u>REAL ID</u> compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.



## Hi Thomas Joseph Ii,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

**JUNE 2**

# OAK ✈ SAN

Oakland to San Diego

Confirmation # **4ZYVR4**

Confirmation date: 06/02/2022

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | █████████ |
| TICKET # | 5262125200717 |
| EXPIRATION¹ | June 2, 2023 |
| EST. POINTS EARNED | 990 |

Rapid Rewards® points are only estimations.

## Your itinerary

| | | | |
|---|---|---|---|
| **Flight:** Thursday, 06/02/2022 | Est. Travel Time: **1h 25m** | <u>Wanna Get Away®</u> | |

1

FLIGHT # 1325

**DEPARTS**
**OAK 03:30**PM
Oakland



**ARRIVES**
**SAN 04:55**PM
San Diego

## Payment information

| Total cost | | | Payment |
|---|---|---|---|

**Air - 4ZYVR4**

| | | |
|---|---|---|
| Base Fare | $ | 165.00 |
| U.S. Transportation Tax | $ | 12.38 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Flight Segment Tax | $ | 4.50 |
| **Total** | **$** | **191.98** |

Visa ending in 7913
Date: June 2, 2022

**Payment Amount: $10.00**

Credit from ticket: #5262124989807 to #5262125200717
Date: June 2, 2022

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262125200717

## All your perks, all in one place. (Plus a few reminders.)



**Wanna Get Away® fare:** Your two bags fly free®², no change³ or cancel⁴ fees, and 6X Rapid Rewards® points. Learn more.



Make sure you know when to arrive at your airport. Times vary by city.



If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.⁶ If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now

2



Save up to 30% off base rates with Budget.®

Earn up to 2,400 Rapid Rewards® points.

Budget®

Book car >

Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Diego.

Book hotel >



Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262125200717: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN OAK WN SAN165.00USD165.00END XF OAK0.7 PD XF OAK3.8 ZP OAK4.50

NLN0P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**





Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

› First and second checked bags. Weight and size limits apply.

› Fare difference may apply.

· Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

· Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

4

amazon.com

### Final Details for Order #113-0811527-8820250
Print this page for your records.

**Order Placed:** May 31, 2022
**Amazon.com order number:** 113-0811527-8820250
**Order Total: $61.98**

## Shipped on June 2, 2022

| Items Ordered | Price |
|---|---|
| 2 of: *Amazon Basics Multipurpose Copy Printer Paper - White, 8.5 x 11 Inches, 3 Ream Case (1,500 Sheets)*<br>Sold by: Amazon.com Services LLC<br><br>Condition: New | $18.03 |
| 1 of: *Blue Summit Supplies 3 Ring Binder Dividers with Reinforced Edge, 1/8 Cut Tabs, Letter Size, 3 Hole Punch Section Index Dividers for Binders, White, 96 Pack*<br>Sold by: Franklin Creative Solutions LLC (seller profile)<br><br>Condition: New | $20.99 |

**Shipping Address:**
Dolan Law Firm c/o Blood Hurst
1438 MARKET ST
SAN FRANCISCO, CA 94102-6004
United States

**Shipping Speed:**
Amazon Day Delivery

## Payment information

**Payment Method:**
Visa ending in 7913

**Billing address**
Tommy O'Reardon Blood Hurst & O'Reardon LLP
501 West Broadway, Suite 1490
San Diego, CALIFORNIA 92101
United States

| | |
|---|---|
| Item(s) Subtotal: | $57.05 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $57.05 |
| Estimated tax to be collected: | $4.93 |
| | ----- |
| **Grand Total:** | **$61.98** |

**Credit Card transactions**          Visa ending in 7913: June 2, 2022: $61.98

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Wednesday, June 1, 2022 10:08 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | You're going to San Diego on 06/02 (4ZYVR4)! |

Here's your itinerary & receipt. See ya soon!

View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account

### ⚠ Travel notice

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.



## Hi Thomas Joseph Ii,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### JUNE 2

# SFO ✈ SAN

San Francisco to San Diego

Confirmation # **4ZYVR4**                    Confirmation date: 06/02/2022

| PASSENGER | **Thomas Joseph Ii Oreardon** |
|---|---|
| RAPID REWARDS # | ▮▮▮▮▮▮ |
| TICKET # | 5262124989807 |
| EXPIRATION¹ | June 2, 2023 |
| EST. POINTS EARNED | 935 |

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight:**  Thursday, 06/02/2022 | Est. Travel Time: **1h 35m** | Wanna Get Away® |
|---|---|---|

1



| FLIGHT # 2318 | DEPARTS | | ARRIVES | |
|---|---|---|---|---|
| | **SFO 06:05**PM | | **SAN 07:40**PM | |
| | San Francisco | | San Diego | |

## Payment information

| **Total cost** | | | **Payment** |
|---|---|---|---|
| **Air - 4ZYVR4** | | | Visa ending in 7913 |
| Base Fare | $ | 155.70 | Date: June 2, 2022 |
| U.S. Transportation Tax | $ | 11.68 | **Payment Amount: $181.98** |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Flight Segment Tax | $ | 4.50 | |
| U.S. Passenger Facility Chg | $ | 4.50 | |
| **Total** | **$** | **181.98** | |

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262124989807

## All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and 6X Rapid Rewards® points. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.[6] If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now

2



## Save up to 30% off base rates with Budget.®

Earn up to 2,400 Rapid Rewards® points.

**Budget®**

Book car >



## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Diego.

Book hotel >

## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262124989807: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN SFO WN SAN155.70USD155.70END ZP SFO4.50 XF SFO4.5

NLN0P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

## Need help?

## Contact us

Customer service | FAQs

## Connect with us



 Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com®** on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

All travel involving funds from this Confirmation Number must be completed by the expiration date.

First and second checked bags. Weight and size limits apply.

Fare difference may apply.

Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

4

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Friday, June 3, 2022 11:09 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Thursday evening trip with Uber |

# Uber

Total **$27.51**
June 2, 2022

# Total

# $27.51

➳You earned 47 points on this trip

| | |
|---|---|
| Trip fare | $17.14 |
| | |
| Subtotal | $17.14 |
| Marketplace Fee ❓ | $2.14 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.50 |
| Access for All Fee ❓ | $0.10 |
| SAN Airport Pickup Surcharge | $3.50 |
| Tips | $3.58 |

1

## Payments

| | | |
|---|---|---|
| VISA | **Visa ••••7913**<br>6/3/22 4:08 AM | $23.93 |
| VISA | **Visa ••••7913**<br>6/3/22 11:07 PM | $3.58 |

Download PDF

 Uber Rewards

Base points ❓

2 points per eligible $ on UberX

47

# You rode with Devid

**4.98** ★ Rating            👤 Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more** ›

2

**5:13 PM**

3665 N Harbor Dr, San Diego, CA 92101, US

**5:33 PM**

653 Margarita Ave, Coronado, CA 92118, USA



Report lost item >          Contact support>          My trips >

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Friday, June 3, 2022 11:39 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | You're going to San Francisco on 06/04 (33PXZB)! |

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

**Southwest**          Manage Flight | Flight Status | My Account

⚠ **Travel notice**

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 **Hi Thomas Joseph Ii,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

JUNE 4

# SAN ✈ SFO

San Diego to San Francisco

Confirmation # **33PXZB**          Confirmation date: 06/03/2022

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ▮▮▮▮▮▮ |
| TICKET # | 5262125538940 |
| EXPIRATION[1] | June 3, 2023 |
| EST. POINTS EARNED | 2,776 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:**    Saturday, 06/04/2022    Est. Travel Time: **1h 35m**    Anytime

1

FLIGHT # 1648

**DEPARTS**

**SAN 08:00**AM

San Diego



**ARRIVES**

**SFO 09:35**AM

San Francisco

## Payment information

| Total cost | | |
|---|---|---|
| **Air - 33PXZB** | | |
| Base Fare | $ | 277.56 |
| U.S. Transportation Tax | $ | 20.82 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Flight Segment Tax | $ | 4.50 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| **Total** | **$** | **312.98** |

| Payment |
|---|
| Visa ending in 7913 |
| Date: June 3, 2022 |
| **Payment Amount: $312.98** |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262125538940

## All your perks, all in one place. (Plus a few reminders.)

 **Anytime fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, 10X Rapid Rewards® points, and EarlyBird automatic check-in[10] now included (New!). If you need to cancel your flight, no worries, Anytime fares are refundable.[8] Learn more.

 Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your reservation in time, you'll receive a transferable flight credit.[6]

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now



Save up to 30% off base rates with Budget.®

Earn up to 2,400 Rapid Rewards® points.

Budget®

Book car >



Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Francisco.

Book hotel >



Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262125538940: NONTRANSFERABLE -BG WN SAN WN SFO277.56USD277.56END ZP SAN4.50 XF SAN4.5

YLN0P6Y

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

Need help?

**Contact us**

Customer service | FAQs

Connect with us



Get the mobile app

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

² First and second checked bags. Weight and size limits apply.

³ Fare difference may apply.

⁴ Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

⁵ Refundable to your original form of payment, as long as you cancel your reservation at least ten (10) minutes prior to the original scheduled departure time of your flight.

⁶ This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

⁷ EarlyBird Check-In® means you will automatically be checked in to your flight 36 hours prior to scheduled departure. In an irregular operation situation, the boarding position is not guaranteed.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Saturday, June 4, 2022 8:51 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Saturday morning trip with Uber |

# Uber

Total **$60.65**
June 4, 2022

## Total                                    $60.65

⇱You earned 111 points on this trip

| | |
|---|---|
| Trip fare | $31.28 |
| $7.50 Minimum | $0.19 |
| Subtotal | $31.47 |
| Reservation Fee | $16.00 |
| Marketplace Fee ❓ | $3.53 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| SAN Airport Pickup Surcharge | $3.50 |
| CA Driver Benefits ❓ | $0.50 |

1

| | |
|---|---|
| Access for All Fee ❓ | $0.10 |
| Tips | $5.00 |

**Payments**



| | |
|---|---|
| **Visa ••••7913**<br>6/4/22 6:55 AM | $55.65 |
| **Visa ••••7913**<br>6/4/22 8:48 PM | $5.00 |

A temporary hold of $55.65 was placed on your payment method •••• 7913. This is not a charge and will be removed. It should disappear from your bank statement shortly. Learn More

**Download PDF**

 Uber Rewards

| | |
|---|---|
| Base points ❓<br>2 points per eligible $ on UberX | 111 |

## You rode with Samuel

4.94 ★ Rating          👤✓  Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

2

**6:43 AM**

653 Margarita Ave,
Coronado, CA 92118, USA

**6:55 AM**

3225 N Harbor Dr, San
Diego, CA 92101, US



Report lost item ⟩          Contact support⟩          My trips ⟩

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Sunday, June 5, 2022 10:20 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Saturday evening trip with Uber |

# Uber

Total **$13.06**
June 4, 2022

## Total                                          $13.06

→You earned 20 points on this trip

| | |
|---|---|
| Trip Fare | $7.00 |
| Subtotal | $7.00 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.31 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

1

## Payments

| | | |
|---|---|---|
| **VISA** | **Visa ••••7913**<br>6/5/22 7:50 AM | $10.06 |
| **VISA** | **Visa ••••7913**<br>6/5/22 10:18 AM | $3.00 |

Trip ID: 49a3db07-cb58-426f-945c-c5c821ddaad6

Download PDF

 Uber Rewards

Base points ❓                                        20

2 points per eligible $ on UberX

# You rode with Gang

4.85 ★ Rating                    👤 Has passed a multi-step safety screen

License Plate: 72GV382

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

**8:53 PM**

1 Polk St, San Francisco, CA

**9:00 PM**

888 Howard St, San Francisco, CA



Report lost item ›          Contact support ›          My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Tuesday, June 7, 2022 6:23 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Sunday morning trip with Uber |

Uber

Total **$13.98**
June 5, 2022

## Total

# $13.98

➨You earned 21 points on this trip

| | |
|---|---|
| Trip Fare | $7.89 |
| Subtotal | $7.89 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.34 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

1

## Payments

| | | |
|---|---|---|
| VISA | **Visa ••••7913**<br>6/5/22 9:09 PM | $10.98 |
| VISA | **Visa ••••7913**<br>6/7/22 6:22 PM | $3.00 |

Trip ID: eec74efb-d32c-4941-9717-3c80c1244d96

**Download PDF**

 Uber Rewards

Base points ⊙ 21

2 points per eligible $ on UberX

# You rode with Zaky

**4.92 ★** Rating                    Has passed a multi-step safety screen

License Plate: 7EBR115

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

2

**10:13 AM**

888 Howard St, San Francisco, CA

**10:22 AM**

1438 Market St, San Francisco, CA



Report lost item ›          Contact support›          My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Monday, June 6, 2022 4:07 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | You're going to San Diego on 06/08 (28QV5D)! |

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

 **Southwest's**          Manage Flight | Flight Status | My Account

### ⚠ Travel notice

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued <u>REAL ID</u> compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 ## Hi Thomas Joseph Ii,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**JUNE 8**

# OAK ✈ SAN

Oakland to San Diego

Confirmation # **28QV5D**                    Confirmation date: 06/06/2022

| | |
|---|---|
| **PASSENGER** | **Thomas Joseph Ii Oreardon** |
| RAPID REWARDS # | ▮▮▮▮▮▮▮ |
| TICKET # | 5262126546615 |
| EXPIRATION[1] | June 6, 2023 |
| EST. POINTS EARNED | 990 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight:** Wednesday, 06/08/2022    Est. Travel Time: **1h 30m**    <u>Wanna Get Away®</u>

1

| FLIGHT # 2022 | DEPARTS **OAK 04:30**PM Oakland |  | ARRIVES **SAN 06:00**PM San Diego |
|---|---|---|---|

## Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - 28QV5D** | | | Visa ending in 7913 |
| Base Fare | $ | 165.00 | Date: June 6, 2022 |
| U.S. Transportation Tax | $ | 12.38 | **Payment Amount: $191.98** |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Flight Segment Tax | $ | 4.50 | |
| U.S. Passenger Facility Chg | $ | 4.50 | |
| **Total** | **$** | **191.98** | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262126546615

## All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and 6X Rapid Rewards® points. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.[6] If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now

 Don't miss out on automatic check-in

2

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

**Save up to 30% off base rates with Budget.®**

Earn up to 2,400 Rapid Rewards® points.

Budget®

Book car >



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in San Diego.

Book hotel >

**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262126546615: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN OAK WN SAN165.00USD165.00END ZP OAK4.50 XF OAK4.5

NLN0P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**



Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com®** on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at

3

Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.

² First and second checked bags. Weight and size limits apply.

³ Fare difference may apply.

⁴ Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

⁵ Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

4

**Tommy O'Reardon**

| | |
|---|---|
| From: | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| Sent: | Monday, June 6, 2022 4:09 PM |
| To: | Tommy O'Reardon |
| Subject: | You're going to San Diego on 06/08 (28SCZJ)! |

Here's your itinerary & receipt. See ya soon!

View our mobile site | View in browser

## Southwest's

Manage Flight | Flight Status | My Account

 **Travel notice**

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued <u>REAL ID</u> compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.

 **Hi Craig Wallace,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### JUNE 8

# OAK ✈ SAN

Oakland to San Diego

Confirmation # **28SCZJ**

Confirmation date: 06/06/2022

| | |
|---|---|
| **PASSENGER** | **Craig Wallace Straub** |
| RAPID REWARDS # | ▮▮▮▮▮▮ |
| TICKET # | 5262126546847 |
| EXPIRATION[1] | June 6, 2023 |
| EST. POINTS EARNED | 990 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Wednesday, 06/08/2022    Est. Travel Time: **1h 30m**    <u>Wanna Get Away®</u>

1

FLIGHT # 2022

**DEPARTS**
**OAK 04:30**PM
Oakland



**ARRIVES**
**SAN 06:00**PM
San Diego

## Payment information

| Total cost | | |
|---|---|---|
| **Air - 28SCZJ** | | |
| Base Fare | $ | 165.00 |
| U.S. Transportation Tax | $ | 12.38 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Flight Segment Tax | $ | 4.50 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| **Total** | **$** | **191.98** |

| Payment |
|---|
| Visa ending in 7913 |
| Date: June 6, 2022 |
| **Payment Amount: $191.98** |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262126546847

## All your perks, all in one place. (Plus a few reminders.)

  **Wanna Get Away® fare:** Your two bags fly free®², no change³ or cancel⁴ fees, and 6X Rapid Rewards® points. Learn more.

  Make sure you know when to arrive at your airport. Times vary by city.

  If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.⁶ If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff



Use our app to make changes to your trip, get a boarding pass, & more.

Download app now    Download app now

  **Don't miss out on automatic check-in**

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >



Save up to 30% off base rates with Budget.®

**Budget**

Earn up to 2,400 Rapid Rewards® points.

Book car >



Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Diego.

Book hotel >



Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262126546847: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN OAK WN SAN165.00USD165.00END ZP OAK4.50 XF OAK4.5

NLN0P2H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

### Need help?

### Contact us

Customer service | FAQs

### Connect with us

 

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at

3

Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

ᐧ All travel involving funds from this Confirmation Number must be completed by the expiration date.

ᐧ First and second checked bags. Weight and size limits apply.

ᐧ Fare difference may apply.

ᐧ Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

ᐧ Transfer your flight credit to another person. Both must be Rapid Rewards® Members and only one transfer permitted. The expiration date is 12 months from the date the ticket was booked. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2022 Southwest Airlines Co. All Rights Reserved.

4

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Alaska Airlines <Alaska.IT@alaskaair.com> |
| **Sent:** | Tuesday, June 7, 2022 7:28 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Confirmation Letter - UVXDJN 06/08/22 - from Alaska Airlines |

If you have trouble viewing this message, click here to request a plain text-only version of this email.



**UVXDJN**

You're all set. Thank you for booking with Alaska and we look forward to seeing you on board.

View full details about your flight reservation and fare.

| Departs | Arrives | Class | Traveler(s) |
|---|---|---|---|
| San Francisco ( SFO)<br>Wed, Jun 8<br>2:15 pm | New York-Kennedy ( JFK)<br>Wed, Jun 8<br>10:59 pm | H<br>(Coach) | Mary Montera |

is been selected for this flight.

iterials
has specific restrictions about hazardous materials in carry-on
lure to declare hazardous materials may result in civil and
ore information, visit: the FAA website.



Alaska Airlines Car Rentals POWERED BY CARTRAWLER

**Exclusive rates from leading car rental suppliers.**

AVIS  Budget  Alamo  Payless

FIND A CAR

es

am

500)

$1,337.21
$120.01
$120.01

el                    **USD $120.01**

arges

1

em charges

$82.78
$6.21
$88.99

des                                     $88.99

ial items                        USD $88.99

Visa card with number ************7913  on 06/07/2022.

ız Global Assistance

benefits and travel assistance services for your trip from
Learn more

w we will contact you with important travel information. Get
ırrivals, gate changes, cancelations and more.

Airlines, save time by checking in online 1 to 24 hours prior
o check in at one of our airport kiosks or at the ticket counter.

ıut minimum check-in times, required identification,
ıraveling with minors, please visit our website.



## Hotels  POWERE
ROCKET

Earn up to **10,000 miles**
night for stays worldwid

SEARCH HOTEL<

Sign up for email deals

vation

ur flight reservation and fare.

ıs 1-800-ALASKAAIR (1-800-252-7522)

ska Airlines flights, each traveler is limited to one carry-on
n. See our carry-on baggage page for the latest policies and

Airlines rules and fees apply for this itinerary. See the
details and exceptions.

ı Airlines® baggage service guarantee
ıur bags in 20 minutes guaranteed.

nformation about your consumer rights and our limitations

ew the contract of carriage applicable to your trip.

Our email deals features exclusive fare sales, discount codes and web specials tailored to yo
well as Alaska Airlines Mileage Plan offers and news.

Sign up

## Service requests

Alaska Airlines provides a meet and assist service for travelers who need assistance through
service online or over the phone.

View reservation

## InFlight service

We've equipped almost all of our fleet with inflight Wi-Fi so you can surf the web or stay pro
info, please see our onboard guide.

## For your security

Do you have a redress number? If so, and you did not provide it when you made your reserv
www.alaskaair.com or call reservations.

To learn more about redress numbers go to www.dhs.gov/trip.

## Destinations

View information for:
New York-Kennedy

## Contact us

Share your thoughts with us, contact us.

Need help? contact us.

@bholaw.com.
Requested at 06/07/2022 07:16 PM

### Why are you receiving this message?
Even if you've opted-out of marketing communications, we may still send you emails with need-to-know information
based on your upcoming travel or recent activity.

3

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
© 2021 Alaska Airlines. All rights reserved.

View our privacy notice or contact us.



**Tommy O'Reardon**

From:         Uber Receipts <noreply@uber.com>
Sent:         Wednesday, June 8, 2022 2:33 PM
To:           Tommy O'Reardon
Subject:      [Business] Your Tuesday evening trip with Uber

# Uber

Total **$21.10**
June 7, 2022

# Total                                          $21.10

→You earned 36 points on this trip

| | |
|---|---|
| Trip Fare | $14.78 |
| Subtotal | $14.78 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.57 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |
| Tip | $3.00 |

1

## Payments

| | | |
|---|---|---|
| **VISA** | **Visa ••••7913**<br>6/8/22 5:13 AM | $18.10 |
| **VISA** | **Visa ••••7913**<br>6/8/22 2:32 PM | $3.00 |

Trip ID: 69259e72-5635-4354-8a7b-6d9a12fd95b9

## Download PDF

 Uber Rewards

Base points ❓                                                                36

2 points per eligible $ on UberX

# You rode with Ahmed

**4.99 ★** Rating                          👤 Has passed a multi-step safety screen

License Plate: 8XZF674

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more >**

2

**6:17 PM**

1 Polk St, San Francisco, CA

**6:28 PM**

888 Howard St, San Francisco, CA



Report lost item >     Contact support >     My trips >

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Wednesday, June 8, 2022 6:30 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Wednesday evening trip with Uber |

Uber

Total **$24.94**
June 8, 2022

# Total

# $24.94

✦ You earned 49 points on this trip

| | |
|---|---|
| Trip fare | $18.15 |
| Subtotal | $18.15 |
| Marketplace Fee ❓ | $2.14 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| SAN Airport Pickup Surcharge | $3.50 |
| CA Driver Benefits ❓ | $0.50 |
| Access for All Fee ❓ | $0.10 |

**Download PDF**

1

 Uber Rewards

Base points ❓      49

2 points per eligible $ on UberX

# You rode with Abdifatah

**4.98 ★** Rating      👤 Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered
accident.

Learn more ›

2

**6:11 PM**

3665 N Harbor Dr, San
Diego, CA 92101, US

**6:29 PM**

653 Margarita Ave,
Coronado, CA 92118, USA



Report lost item ›          Contact support›          My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

3

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Wednesday, June 8, 2022 6:18 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | [Business] Your Wednesday afternoon trip with Uber |

# Uber

Total **$70.67**
June 8, 2022

# Total

# $70.67

You earned 131 points on this trip

| | |
|---|---|
| Trip Fare | $43.94 |
| Subtotal | $43.94 |
| Marketplace Fee ❓ | $9.20 |
| San Francisco City Tax ❓ | $0.88 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.30 |
| Tolls, Surcharges, and Fees ❓ | $10.80 |
| Tip | $5.00 |

1

## Payments

 **Visa ••••7913**                                          $70.67
6/8/22 6:17 PM

Trip ID: fc1dc8a2-b22c-451a-b332-71de0b77d58b

Download PDF

 Uber Rewards

Base points  ?                                                    131
2 points per eligible $ on Uber Comfort

# You rode with Jonathan

**4.98 ★** Rating                        🧍 Has passed a multi-step safety screen

License Plate: 8NSJ789

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

2

**2:31 PM**

888 Howard St, San Francisco, CA

**3:14 PM**

Terminal 2, Oakland International Airport (OAK), Oakland, CA



Report lost item ›          Contact support›          My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3

 **Southwest.**
Rapid Rewards'

 Manage your account online:
www.chase.com/Southwest

 Customer Service:
1-800-346-5638

 Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

*pd 7/19/22 or here*

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/07 | TST* Maxs Opera Cafe San Francisco CA | 233.63 |
| 06/08 | UBER  TRIP HELP.UBER.COM CA | 59.06 |
| 06/07 | THE CHIEFTAIN IRISH PU 415-6250436 CA | 151.14 |
| 06/08 | INTERCONTINENTAL SAN F SAN FRANCISCO CA | 10,225.31 |
| 06/08 | INTERCONTINENTAL SAN F SAN FRANCISCO CA | 10,071.53 |
| 06/08 | INTERCONTINENTAL SAN F SAN FRANCISCO CA | 37.76 |
| 06/08 | INTERCONTINENTAL SAN F SAN FRANCISCO CA | 2,268.06 |

**30 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice,
How to Avoid Interest on Purchases, and other important information, as applicable.

Chieftain Irish Pub & Restaurant
415-615-0916
www.thechieftain.com, info@thechieftain.
PHONE:

ORDER: 1979  Table A-2
*************************************
Purchase

| | |
|---|---|
| DATE: | 06/07/2022 |
| TIME: | 10:01 PM |
| TID | 755775970001 |
| CARD TYPE: | Visa |
| CARD NO: | XXXXXXXXXXXX1902 |
| ENTRY MODE | CHIP |
| CVM | SIGN |

| | |
|---|---|
| INVOICE | 0000014050 |
| SERVER | Viktoriia (14) |
| RESPONSE | APPROVED |
| AUTH CODE | 03248G |

EMV DETAILS

| | |
|---|---|
| MO E | CHIP |
| AID | A0000000031010 |
| TVR | 0080008000 |
| IAD | 06021203A02002 |
| TSI | E800 |
| ARC | Z3 |
| AMOUNT: | $126.14 |

GRATUTIY    _____

TOTAL:      _____

CUSTOMER COPY
======================================
Suggested Gratuity Amounts:
18.0%    22.71   $148.85
20.0%    25.23   $151.37
25.0%    31.54   $157.68

---

Max's Opera Cafe
601 Van Ness Ave.
San Francisco, CA 94102
415-771-7300

Server: Miguel P
Check #51                    Table 30
Ordered: .       6/7/22 1:43 PM

Credit Card               Swiped
Visa              xxxxxxxx1902
Time                   2:34 PM

Transaction Type            Sale
Authorization           Approved
Approval Code            03079G
Payment ID         RFYctLRxq9bs
Card Reader     MAGTEK_DYNAMAG

Subtotal          $146.50
18% Gratuity (18.00%)
                    $26.37
SF Health Mandate
                     $5.86
Sales Tax          $14.90
Amount            $193.63

+ Additional Tip:    _____

= Total:             _____

X_____
        TIMOTHY BLOOD

---------------------------------

Suggested Additional Tip:
+ 2%: (Tip $2.93  Total $196.56)
+ 3%: (Tip $4.40  Total $198.03)
+ 5%: (Tip $7.32  Total $200.95)
+ 7%: (Tip $10.26  Total $203.89)
Tip percentages are based on the check price
before taxes.

Merchant Copy

Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date:** June 8, 2022 at 11:38:25 AM PDT
**To:** Tim Blood <tblood@bholaw.com>
**Subject: [Business] Your Wednesday morning trip with Uber**

## Uber

Total **$59.06**
June 8, 2022

## Total                                     $59.06

| | |
|---|---|
| Trip Fare | $33.95 |
| Subtotal | $33.95 |
| Marketplace Fee ❓ | $6.12 |

1

| | |
|---|---|
| San Francisco City Tax  | $0.67 |
| Wait Time | $0.08 |
| Temporary Fuel Surcharge | $0.55 |
| CA Driver Benefits | $0.30 |
| Tolls, Surcharges, and Fees | $5.60 |
| Tip | $11.79 |

## Payments

**VISA**  **Visa ••••1902**                $59.06
6/8/22 11:38 AM

Trip ID: ae979cd6-6560-44e0-9421-5356a1c27e75

Download PDF

# You rode with HISHAM

**4.88 ★** Rating                    👤 Has passed a multi-step safety screen

License Plate: 8SHW253

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

**11:01 AM**

860 Howard St, San Francisco, CA

**11:21 AM**

780 McDonnell Rd, San Francisco, CA



Report lost item ›    Contact support›    My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

3



# INTERCONTINENTAL.
## SAN FRANCISCO

|  |  |  |  | 332 |  | 12-16-22 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Thomas O'Reardon**<br>**653 Margarita Ave**<br>**Coronado CA 92118**<br>**United States** | Folio No.         : **1307508**<br>A/R Number   :<br>Group Code   :<br>Company       :<br>Membership No.: **PC**    **338014354**<br>Invoice No.      : | Room No. : **3223**<br>Arrival       : **05-21-22**<br>Departure  : **06-08-22**<br>Conf. No.  : **44326548**<br>Rate Code : **IGCOR**<br>Page No.  : **1 of 4** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-21-22 | * Accommodation | 349.00 | |
| 05-21-22 | Occupancy Tax | 48.86 | |
| 05-21-22 | Business District Assessment | 7.85 | |
| 05-21-22 | California Tourism Assessmeı | 0.68 | |
| 05-22-22 | * Accommodation | 349.00 | |
| 05-22-22 | Occupancy Tax | 48.86 | |
| 05-22-22 | Business District Assessment | 7.85 | |
| 05-22-22 | California Tourism Assessmeı | 0.68 | |
| 05-23-22 | * Accommodation | 389.00 | |
| 05-23-22 | Occupancy Tax | 54.46 | |
| 05-23-22 | Business District Assessment | 8.75 | |
| 05-23-22 | California Tourism Assessmeı | 0.76 | |
| 05-24-22 | In Room Dining Food Dinner   Room# 3223 : CHECK# 1017317 | 52.97 | |
| 05-24-22 | * Accommodation | 459.00 | |
| 05-24-22 | Occupancy Tax | 64.26 | |
| 05-24-22 | Business District Assessment | 10.33 | |
| 05-24-22 | California Tourism Assessmeı | 0.90 | |
| 05-25-22 | * Accommodation | 469.00 | |
| 05-25-22 | Occupancy Tax | 65.66 | |
| 05-25-22 | Business District Assessment | 10.55 | |
| 05-25-22 | California Tourism Assessmeı | 0.91 | |
| 05-26-22 | Laundry                74053 | 68.00 | |
| 05-26-22 | * Accommodation | 359.00 | |
| 05-26-22 | Occupancy Tax | 50.26 | |
| 05-26-22 | Business District Assessment | 8.08 | |

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
### SAN FRANCISCO

|  |  |
|---|---|
| 332 | 12-16-22 |

| Thomas O'Reardon<br>653 Margarita Ave<br>Coronado CA 92118<br>United States | Folio No. : 1307508<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : PC    338014354<br>Invoice No. : | Room No. : 3223<br>Arrival : 05-21-22<br>Departure : 06-08-22<br>Conf. No. : 44326548<br>Rate Code : IGCOR<br>Page No. : 2 of 4 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-26-22 | California Tourism Assessmeı | 0.70 | |
| 05-27-22 | Bar 888 Dinner - Beer        Room# 3223 : CHECK# 0519522 | 16.21 | |
| 05-27-22 | * Accommodation | 349.00 | |
| 05-27-22 | Occupancy Tax | 48.86 | |
| 05-27-22 | Business District Assessment | 7.85 | |
| 05-27-22 | California Tourism Assessmeı | 0.68 | |
| 05-28-22 | * Accommodation | 369.00 | |
| 05-28-22 | Occupancy Tax | 51.66 | |
| 05-28-22 | Business District Assessment | 8.30 | |
| 05-28-22 | California Tourism Assessmeı | 0.72 | |
| 05-29-22 | Bar 888 Dinner - Beer        Room# 3223 : CHECK# 0519650 | 10.78 | |
| 05-29-22 | * Accommodation | 319.00 | |
| 05-29-22 | Occupancy Tax | 44.66 | |
| 05-29-22 | Business District Assessment | 7.18 | |
| 05-29-22 | California Tourism Assessmeı | 0.62 | |
| 05-30-22 | * Accommodation | 299.00 | |
| 05-30-22 | Occupancy Tax | 41.86 | |
| 05-30-22 | Business District Assessment | 6.73 | |
| 05-30-22 | California Tourism Assessmeı | 0.58 | |
| 05-31-22 | * Accommodation | 349.00 | |
| 05-31-22 | Occupancy Tax | 48.86 | |
| 05-31-22 | Business District Assessment | 7.85 | |
| 05-31-22 | California Tourism Assessmeı | 0.68 | |
| 06-01-22 | * Accommodation | 369.00 | |
| 06-01-22 | Occupancy Tax | 51.66 | |

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
## SAN FRANCISCO

| | 332 | 12-16-22 |
|---|---|---|

| | | |
|---|---|---|
| **Thomas O'Reardon** | Folio No.　　　：　**1307508** | Room No. :　**3223** |
| **653 Margarita Ave** | A/R Number　　： | Arrival　　　：　**05-21-22** |
| **Coronado CA 92118** | Group Code　　： | Departure :　**06-08-22** |
| **United States** | Company　　　： | Conf. No.　：　**44326548** |
| | Membership No. :　**PC**　338014354 | Rate Code :　**IGCOR** |
| | Invoice No.　　： | Page No.　：　**3 of 4** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-01-22 | Business District Assessment | 8.30 | |
| 06-01-22 | California Tourism Assessmer | 0.72 | |
| 06-02-22 | Laundry　　　　22153-736-A, 22153-736-B. 22153-886-A | 120.00 | |
| 06-02-22 | * Accommodation | 359.00 | |
| 06-02-22 | Occupancy Tax | 50.26 | |
| 06-02-22 | Business District Assessment | 8.08 | |
| 06-02-22 | California Tourism Assessmer | 0.70 | |
| 06-03-22 | Gift Shop Room Charge　　2 water | 3.98 | |
| 06-03-22 | Gift Shop Room Charge | 14.98 | |
| 06-03-22 | * Accommodation | 329.00 | |
| 06-03-22 | Occupancy Tax | 46.06 | |
| 06-03-22 | Business District Assessment | 7.40 | |
| 06-03-22 | California Tourism Assessmer | 0.64 | |
| 06-04-22 | Bar 888 Dinner - Food　　Room# 3223 : CHECK# 0519882 | 39.93 | |
| 06-04-22 | * Accommodation | 349.00 | |
| 06-04-22 | Occupancy Tax | 48.86 | |
| 06-04-22 | Business District Assessment | 7.85 | |
| 06-04-22 | California Tourism Assessmer | 0.68 | |
| 06-05-22 | Gift Shop Room Charge　　2 blue coffee286592 | 9.98 | |
| 06-05-22 | * Accommodation | 849.00 | |
| 06-05-22 | Occupancy Tax | 118.86 | |
| 06-05-22 | Business District Assessment | 19.10 | |
| 06-05-22 | California Tourism Assessmer | 1.66 | |
| 06-06-22 | * Accommodation | 1,089.00 | |
| 06-06-22 | Occupancy Tax | 152.46 | |

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c

# INTERCONTINENTAL.
## SAN FRANCISCO

|  |  | 332 | 12-16-22 |
|---|---|---|---|

| **Thomas O'Reardon**<br>**653 Margarita Ave**<br>**Coronado CA 92118**<br>**United States** | Folio No. : **1307508**<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : **PC    338014354**<br>Invoice No. : | Room No. : **3223**<br>Arrival : **05-21-22**<br>Departure : **06-08-22**<br>Conf. No. : **44326548**<br>Rate Code : **IGCOR**<br>Page No. : **4 of 4** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-06-22 | Business District Assessment | 24.50 | |
| 06-06-22 | California Tourism Assessmer | 2.12 | |
| 06-07-22 | * Accommodation | 1,089.00 | |
| 06-07-22 | Occupancy Tax | 152.46 | |
| 06-07-22 | Business District Assessment | 24.50 | |
| 06-07-22 | California Tourism Assessmer | 2.12 | |
| 06-08-22 | Visa | | 10,225.31 |
| | XXXXXXXXXXX1902 | | |
| 06-08-22 | Bar 888 Lunch - Food    Room# * : CHECK# 0510175 | 37.76 | |
| 06-08-22 | Visa | | 37.76 |
| | XXXXXXXXXXX1902 | | |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews.  We look forward to welcoming you back soon.

| **Total** | **10,263.07** | **10,263.07** |
|---|---|---|
| **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
### SAN FRANCISCO

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | 320 |  | 12-16-22 |

| | | | |
|---|---|---|---|
| **Thomas O'Reardon**<br>**653 Margarita Ave**<br>**Coronado CA 92118**<br>**United States** | Folio No.    :  **1307467**<br>A/R Number  :<br>Group Code  :<br>Company    :<br>Membership No.:  **PC**    **338014354**<br>Invoice No.  : | Room No. :  **1819**<br>Arrival    :  **05-21-22**<br>Departure  :  **06-08-22**<br>Conf. No.  :  **42450224**<br>Rate Code :  **IGCOR**<br>Page No.  :  **1 of 4** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-21-22 | * Accommodation | 349.00 | |
| 05-21-22 | Occupancy Tax | 48.86 | |
| 05-21-22 | Business District Assessment | 7.85 | |
| 05-21-22 | California Tourism Assessmei | 0.68 | |
| 05-22-22 | * Accommodation | 349.00 | |
| 05-22-22 | Occupancy Tax | 48.86 | |
| 05-22-22 | Business District Assessment | 7.85 | |
| 05-22-22 | California Tourism Assessmei | 0.68 | |
| 05-23-22 | Bar 888 Dinner - Food        Room# 1819 : CHECK# 0515789 | 93.21 | |
| 05-23-22 | * Accommodation | 389.00 | |
| 05-23-22 | Occupancy Tax | 54.46 | |
| 05-23-22 | Business District Assessment | 8.75 | |
| 05-23-22 | California Tourism Assessmei | 0.76 | |
| 05-24-22 | * Accommodation | 459.00 | |
| 05-24-22 | Occupancy Tax | 64.26 | |
| 05-24-22 | Business District Assessment | 10.33 | |
| 05-24-22 | California Tourism Assessmei | 0.90 | |
| 05-25-22 | * Accommodation | 469.00 | |
| 05-25-22 | Occupancy Tax | 65.66 | |
| 05-25-22 | Business District Assessment | 10.55 | |
| 05-25-22 | California Tourism Assessmei | 0.91 | |
| 05-26-22 | * Accommodation | 359.00 | |
| 05-26-22 | Occupancy Tax | 50.26 | |
| 05-26-22 | Business District Assessment | 8.08 | |
| 05-26-22 | California Tourism Assessmei | 0.70 | |

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
### SAN FRANCISCO

|  |  |  | 320 |  | 12-16-22 |
|--|--|--|-----|--|----------|

| Thomas O'Reardon<br>653 Margarita Ave<br>Coronado CA 92118<br>United States | Folio No. : 1307467<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : **PC**   **338014354**<br>Invoice No. : | Room No. : **1819**<br>Arrival : **05-21-22**<br>Departure : **06-08-22**<br>Conf. No. : **42450224**<br>Rate Code : **IGCOR**<br>Page No. : **2 of 4** |
|--|--|--|

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 05-27-22 | * Accommodation | 349.00 | |
| 05-27-22 | Occupancy Tax | 48.86 | |
| 05-27-22 | Business District Assessment | 7.85 | |
| 05-27-22 | California Tourism Assessmer | 0.68 | |
| 05-28-22 | * Accommodation | 369.00 | |
| 05-28-22 | Occupancy Tax | 51.66 | |
| 05-28-22 | Business District Assessment | 8.30 | |
| 05-28-22 | California Tourism Assessmer | 0.72 | |
| 05-29-22 | * Accommodation | 319.00 | |
| 05-29-22 | Occupancy Tax | 44.66 | |
| 05-29-22 | Business District Assessment | 7.18 | |
| 05-29-22 | California Tourism Assessmer | 0.62 | |
| 05-30-22 | * Accommodation | 299.00 | |
| 05-30-22 | Occupancy Tax | 41.86 | |
| 05-30-22 | Business District Assessment | 6.73 | |
| 05-30-22 | California Tourism Assessmer | 0.58 | |
| 05-31-22 | In Room Dining Food Dinner   Room# 1819 : CHECK# 1017662 | 45.28 | |
| 05-31-22 | * Accommodation | 349.00 | |
| 05-31-22 | Occupancy Tax | 48.86 | |
| 05-31-22 | Business District Assessment | 7.85 | |
| 05-31-22 | California Tourism Assessmer | 0.68 | |
| 06-01-22 | In Room Dining Food Dinner   Room# 1819 : CHECK# 1017705 | 44.56 | |
| 06-01-22 | * Accommodation | 369.00 | |
| 06-01-22 | Occupancy Tax | 51.66 | |
| 06-01-22 | Business District Assessment | 8.30 | |

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



INTERCONTINENTAL.
SAN FRANCISCO

|  |  | 320 |  | 12-16-22 |
| --- | --- | --- | --- | --- |

**Thomas O'Reardon**
**653 Margarita Ave**
**Coronado CA 92118**
**United States**

| Folio No. | : | **1307467** |
| --- | --- | --- |
| A/R Number | : | |
| Group Code | : | |
| Company | : | |
| Membership No. : | **PC** | 338014354 |
| Invoice No. | : | |

| Room No. : | **1819** |
| --- | --- |
| Arrival | : | **05-21-22** |
| Departure | : | **06-08-22** |
| Conf. No. | : | **42450224** |
| Rate Code : | **IGCOR** |
| Page No. | : | **3 of 4** |

| Date | Description | Charges | Credits |
| --- | --- | ---: | --- |
| 06-01-22 | California Tourism Assessmer | 0.72 | |
| 06-02-22 | * Accommodation | 359.00 | |
| 06-02-22 | Occupancy Tax | 50.26 | |
| 06-02-22 | Business District Assessment | 8.08 | |
| 06-02-22 | California Tourism Assessmer | 0.70 | |
| 06-03-22 | * Accommodation | 329.00 | |
| 06-03-22 | Occupancy Tax | 46.06 | |
| 06-03-22 | Business District Assessment | 7.40 | |
| 06-03-22 | California Tourism Assessmer | 0.64 | |
| 06-04-22 | * Accommodation | 349.00 | |
| 06-04-22 | Occupancy Tax | 48.86 | |
| 06-04-22 | Business District Assessment | 7.85 | |
| 06-04-22 | California Tourism Assessmer | 0.68 | |
| 06-05-22 | * Accommodation | 849.00 | |
| 06-05-22 | Occupancy Tax | 118.86 | |
| 06-05-22 | Business District Assessment | 19.10 | |
| 06-05-22 | California Tourism Assessmer | 1.66 | |
| 06-06-22 | * Accommodation | 1,089.00 | |
| 06-06-22 | Occupancy Tax | 152.46 | |
| 06-06-22 | Business District Assessment | 24.50 | |
| 06-06-22 | California Tourism Assessmer | 2.12 | |
| 06-07-22 | * Accommodation | 1,089.00 | |
| 06-07-22 | Occupancy Tax | 152.46 | |
| 06-07-22 | Business District Assessment | 24.50 | |
| 06-07-22 | California Tourism Assessmer | 2.12 | |

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
## SAN FRANCISCO

|  |  | 320 |  | 12-16-22 |
|---|---|---|---|---|

| Thomas O'Reardon | Folio No. | : **1307467** | Room No. : | **1819** |
|---|---|---|---|---|
| 653 Margarita Ave | A/R Number | : | Arrival : | **05-21-22** |
| Coronado CA 92118 | Group Code | : | Departure : | **06-08-22** |
| United States | Company | : | Conf. No. : | **42450224** |
|  | Membership No.: | **PC**   338014354 | Rate Code : | **IGCOR** |
|  | Invoice No. | : | Page No. : | **4 of 4** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-08-22   Visa |  |  | 10,071.53 |
|  | XXXXXXXXXXXX1902 |  |  |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews.  We look forward to welcoming you back soon.

| **Total** | **10,071.53** | **10,071.53** |
|---|---|---|
| **Balance** | **0.00** |  |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c


*Joint Juice*

# INTERCONTINENTAL.
## SAN FRANCISCO

|  |  |
|---|---|
| 28 | 06-08-22 |

| | | | |
|---|---|---|---|
| **Deborah Burk** | Folio No. : | Room No. : | **2519** |
| **United States** | A/R Number : | Arrival : | **06-06-22** |
| | Group Code : | Departure : | **06-08-22** |
| | Company : | Conf. No. : | **25275032** |
| | Membership No. : | Rate Code : | **IDME0** |
| | Invoice No. : | Page No. : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-06-22 | * Accommodation | 973.88 | |
| 06-06-22 | Occupancy Tax | 136.34 | |
| 06-06-22 | Business District Assessment | 21.91 | |
| 06-06-22 | California Tourism Assessmeɪ | 1.90 | |
| 06-07-22 | * Accommodation | 973.88 | |
| 06-07-22 | Occupancy Tax | 136.34 | |
| 06-07-22 | Business District Assessment | 21.91 | |
| 06-07-22 | California Tourism Assessmeɪ | 1.90 | |
| 06-08-22 | Visa | | 2,268.06 |
| | XXXXXXXXXXXX1902 | | |

| | | Charges | Credits |
|---|---|---|---|
| | **Total** | **2,268.06** | **2,268.06** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



THOMAS O'REARDON     $10,729.59

You've spent **$10,729.59** since Jun 09.
View Your Spending Report

## Recent Transactions (Since Jun 9. Closing Jul 8)

All Transactions      Category ⌄      Type ⌄

☐  Select All (2 Transactions)

DATE ⌄
DESCRIPTION

| | | | AMOUNT |
|---|---|---|---|
| ☐ Jun 18 | Credit | | -$10,729.59 |
| PAYMENT RECEIVED - THANK YOU | | | |
| ☐ Jun 8 | 2X Points | | $10,729.59 |
| INTERCONTINENTAL SANSAN FRANCISCO CA | | *grnt guice* | |

## Summary

| | TOTAL |
|---|---|
| Previous Balance | $0.00 |
| Payments & Credits | -$10,729.59 |
| New Charges | $10,729.59 |
| Total Balance | $0.00 |

🗩 Chat

**Previous Billing Period**



# INTERCONTINENTAL.
## SAN FRANCISCO

|  |  |
|---|---|
| 332 | 06-08-22 |

| | | | |
|---|---|---|---|
| Thomas O'Reardon | Folio No.        : 1307522 | Room No. : | **3211** |
| 653 Margarita Ave | A/R Number    : | Arrival       : | **05-21-22** |
| Coronado CA 92118 | Group Code    : | Departure  : | **06-08-22** |
| United States | Company        : | Conf. No.  : | **42557312** |
| | Membership No.: **PC    338014354** | Rate Code : | **IGCOR** |
| | Invoice No.     : | Page No.  : | **1 of 4** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-21-22 | * Accommodation | 349.00 | |
| 05-21-22 | Occupancy Tax | 48.86 | |
| 05-21-22 | Business District Assessment | 7.85 | |
| 05-21-22 | California Tourism Assessmeı | 0.68 | |
| 05-22-22 | * Accommodation | 349.00 | |
| 05-22-22 | Occupancy Tax | 48.86 | |
| 05-22-22 | Business District Assessment | 7.85 | |
| 05-22-22 | California Tourism Assessmeı | 0.68 | |
| 05-23-22 | * Accommodation | 389.00 | |
| 05-23-22 | Occupancy Tax | 54.46 | |
| 05-23-22 | Business District Assessment | 8.75 | |
| 05-23-22 | California Tourism Assessmeı | 0.76 | |
| 05-24-22 | In Room Dining Food Dinner   Room# 3211 : CHECK# 1017316 | 77.92 | |
| 05-24-22 | * Accommodation | 459.00 | |
| 05-24-22 | Occupancy Tax | 64.26 | |
| 05-24-22 | Business District Assessment | 10.33 | |
| 05-24-22 | California Tourism Assessmeı | 0.90 | |
| 05-25-22 | Laundry                            73492 | 96.00 | |
| 05-25-22 | In Room Dining Food Dinner   Room# 3211 : CHECK# 1017380 | 47.28 | |
| 05-25-22 | * Accommodation | 469.00 | |
| 05-25-22 | Occupancy Tax | 65.66 | |
| 05-25-22 | Business District Assessment | 10.55 | |
| 05-25-22 | California Tourism Assessmeı | 0.91 | |
| 05-26-22 | * Accommodation | 359.00 | |
| 05-26-22 | Occupancy Tax | 50.26 | |

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
### SAN FRANCISCO

|  |  |
|---|---|
| 332 | 06-08-22 |

| | | | |
|---|---|---|---|
| Thomas O'Reardon | Folio No. : 1307522 | Room No. : | 3211 |
| 653 Margarita Ave | A/R Number : | Arrival : | 05-21-22 |
| Coronado CA 92118 | Group Code : | Departure : | 06-08-22 |
| United States | Company : | Conf. No. : | 42557312 |
| | Membership No.: PC   338014354 | Rate Code : | IGCOR |
| | Invoice No. : | Page No. : | 2 of 4 |

| Date | Description | Charges | Credits |
|---|---|---:|---|
| 05-26-22 | Business District Assessment | 8.08 | |
| 05-26-22 | California Tourism Assessmen | 0.70 | |
| 05-27-22 | * Accommodation | 349.00 | |
| 05-27-22 | Occupancy Tax | 48.86 | |
| 05-27-22 | Business District Assessment | 7.85 | |
| 05-27-22 | California Tourism Assessmen | 0.68 | |
| 05-28-22 | Laundry                74910 | 101.00 | |
| 05-28-22 | * Accommodation | 369.00 | |
| 05-28-22 | Occupancy Tax | 51.66 | |
| 05-28-22 | Business District Assessment | 8.30 | |
| 05-28-22 | California Tourism Assessmen | 0.72 | |
| 05-29-22 | In Room Dining Food Dinner   Room# 3211 : CHECK# 1017566 | 95.73 | |
| 05-29-22 | * Accommodation | 319.00 | |
| 05-29-22 | Occupancy Tax | 44.66 | |
| 05-29-22 | Business District Assessment | 7.18 | |
| 05-29-22 | California Tourism Assessmen | 0.62 | |
| 05-30-22 | * Accommodation | 299.00 | |
| 05-30-22 | Occupancy Tax | 41.86 | |
| 05-30-22 | Business District Assessment | 6.73 | |
| 05-30-22 | California Tourism Assessmen | 0.58 | |
| 05-31-22 | In Room Dining Food Dinner   Room# 3211 : CHECK# 1017670 | 105.99 | |
| 05-31-22 | * Accommodation | 349.00 | |
| 05-31-22 | Occupancy Tax | 48.86 | |
| 05-31-22 | Business District Assessment | 7.85 | |
| 05-31-22 | California Tourism Assessmen | 0.68 | |

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
### SAN FRANCISCO

|  |  |
|---|---|
| 332 | 06-08-22 |

| | | | |
|---|---|---|---|
| **Thomas O'Reardon**<br>**653 Margarita Ave**<br>**Coronado CA 92118**<br>**United States** | Folio No. : **1307522**<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : **PC    338014354**<br>Invoice No. : | Room No. : **3211**<br>Arrival : **05-21-22**<br>Departure : **06-08-22**<br>Conf. No. : **42557312**<br>Rate Code : **IGCOR**<br>Page No. : **3 of 4** | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-01-22 | In Room Dining Food Dinner | Room# 3211 : CHECK# 1017714 | 73.63 | |
| 06-01-22 | Laundry | 16 pieces 22152950 | 94.00 | |
| 06-01-22 | * Accommodation | | 369.00 | |
| 06-01-22 | Occupancy Tax | | 51.66 | |
| 06-01-22 | Business District Assessment | | 8.30 | |
| 06-01-22 | California Tourism Assessmei | | 0.72 | |
| 06-02-22 | * Accommodation | | 359.00 | |
| 06-02-22 | Occupancy Tax | | 50.26 | |
| 06-02-22 | Business District Assessment | | 8.08 | |
| 06-02-22 | California Tourism Assessmei | | 0.70 | |
| 06-03-22 | * Accommodation | | 329.00 | |
| 06-03-22 | Occupancy Tax | | 46.06 | |
| 06-03-22 | Business District Assessment | | 7.40 | |
| 06-03-22 | California Tourism Assessmei | | 0.64 | |
| 06-04-22 | * Accommodation | | 349.00 | |
| 06-04-22 | Occupancy Tax | | 48.86 | |
| 06-04-22 | Business District Assessment | | 7.85 | |
| 06-04-22 | California Tourism Assessmei | | 0.68 | |
| 06-05-22 | * Accommodation | | 849.00 | |
| 06-05-22 | Occupancy Tax | | 118.86 | |
| 06-05-22 | Business District Assessment | | 19.10 | |
| 06-05-22 | California Tourism Assessmei | | 1.66 | |
| 06-06-22 | Laundry | 22157-276-A | 103.00 | |
| 06-06-22 | In Room Dining Food Dinner | Room# 3211 : CHECK# 1017095 | 46.56 | |
| 06-06-22 | * Accommodation | | 1,089.00 | |

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c



# INTERCONTINENTAL.
## SAN FRANCISCO

332                                    06-08-22

| Thomas O'Reardon | Folio No. | : 1307522 | Room No. : | 3211 |
|---|---|---|---|---|
| 653 Margarita Ave | A/R Number | : | Arrival : | 05-21-22 |
| Coronado CA 92118 | Group Code | : | Departure : | 06-08-22 |
| United States | Company | : | Conf. No. : | 42557312 |
| | Membership No. : PC   338014354 | | Rate Code : | IGCOR |
| | Invoice No. | : | Page No. : | 4 of 4 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-06-22 | Occupancy Tax | 152.46 | |
| 06-06-22 | Business District Assessment | 24.50 | |
| 06-06-22 | California Tourism Assessmei | 2.12 | |
| 06-07-22 | * Accommodation | 1,089.00 | |
| 06-07-22 | Occupancy Tax | 152.46 | |
| 06-07-22 | Business District Assessment | 24.50 | |
| 06-07-22 | California Tourism Assessmei | 2.12 | |
| 06-08-22 | American Express | | 10,729.59 |
| | XXXXXXXXXXXX1002 | | |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews.  We look forward to welcoming you back soon.

| | | |
|---|---|---|
| Total | 10,729.59 | 10,729.59 |
| Balance | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental San Francisco
888 Howard Street
San Francisco, CA 94103
Telephone: (415) 616-6500 Fax: (415) 616-6501

Safe Deposit Boxes: Pursuant to Cal Civ Code 1860, This shall serve as notice that the hotel keeps a fireproof safe, which is available, without c

| CRAIG STRAUB | | | |
|---|---|---|---|
| TRAVEL EXPENSES TO BE REIMBURSED RE: JOINT JUICE | | | |
| | | | |

| | | | |
|---|---|---|---|
| 5/23/22 | MARKET ON MARKET | 16.88 | ✓ |
| 5/23/22 | INTERCONTINENAL | 43.93 | ✓ |

| | | | |
|---|---|---|---|
| 5/24/22 | INTERCONTINENAL | 8.60 | ✓ |
| 5/24/22 | GO GO MARKET | 8.49 | ✓ |
| 5/26/22 | THE CHIEFTAIN IRISH PUB | 11.01 | ✓ |
| 5/28/22 | THE CHIEFTAIN IRISH PUB | 24.15 | ✓ |
| 5/30/22 | SOUTHWEST | 7.00 | ✓ |
| 5/30/22 | AMAZON.COM | 9.69 | ✓ |
| 5/30/22 | LYFT | 33.07 | ✓ |
| 6/1/22 | MARKET ON MARKET | 14.62 | ✓ |
| 6/2/22 | UBER | 9.93 | ✓ |
| 6/2/22 | WALGREENS | 42.98 | ✓ |
| 6/2/22 | MARKET ON MARKET | 25.99 | ✓ |
| 6/3/22 | INTERCONTINENAL | 19.38 | ✓ |

| | | | |
|---|---|---|---|
| 6/7/22 | INTERCONTINENAL | 9.78 | ✓ |
| 6/8/22 | THE CHIEFTAIN IRISH PUB | 24.34 | ✓ |
| 6/8/22 | REGENT SCHOOL CATERING | 6.19 | ✓ |

| | | | |
|---|---|---|---|
| 5/23/22 | UBER | 5.00 | ✓ |
| 5/24/22 | UBER | 10.99 | ✓ |

| | | | |
|---|---|---|---|
| 5/25/22 | UBER | 22.32 | ✓ |
| 5/25/22 | UBER | 11.09 | ✓ |
| 5/26/22 | SOUTHWEST | 74.00 | ✓ |
| 5/29/22 | UBER | 36.94 | ✓ |

| | | | |
|---|---|---|---|
| 6/7/22 | UBER | 23.93 | ✓ |

PD 6/21/22

✓ # 9185

MERRILL+ Visa Signature - 9752

**Balance Summary: 06/19/2022**



\* Available Credit includes purchases that have been authorized but have not yet posted to your account.

 **Important Payment Posting Information**
Payments may take up to two business days to post to your account and will be applied on the date they're received.

Go to: | June 04, 2022 ⌄ |

| Posting Date | Description | Amount | Balance |
|---|---|---|---|
| 06/03/2022 | IC SAN FRANCISCO FB SAN FRANCISCOCA | 19.38 | |
| 06/02/2022 | MARKET ON MARKET SAN FRANCISCOCA | 25.99 | |
| 06/02/2022 | WALGREENS #3185 SAN FRANCISCOCA | 42.98 | |
| 06/02/2022 | UBER TRIP HELP.UBER.COMCA | 9.93 | |
| 06/01/2022 | MARKET ON MARKET SAN FRANCISCOCA | 14.62 | |

Share Your Feedback

| Posting Date ↓ | Description | Amount | Balance |
|---|---|---|---|
| 05/30/2022 | LYFT *RIDE SAT 5PM LYFT.COM CA | 33.07 | |
| 05/30/2022 | AMAZON.COM*1R35O0I10 AMZNAMZN.COM/BILLWA | $9.69 | |
| 05/30/2022 | SOUTHWESTAIR*INFLIGHT DALLAS TX | 7.00 | |
| 05/28/2022 | THE CHIEFTAIN IRISH PU 415-6250436 CA | 24.15 | |
| 05/26/2022 | THE CHIEFTAIN IRISH PU 415-6250436 CA | 11.01 | |
| 05/24/2022 | GO GO MARKET & DELI SAN FRANCISCOCA | 8.49 | |
| 05/24/2022 | IC SAN FRANCISCO FB SAN FRANCISCOCA | 8.60 | |
| 05/23/2022 | IC SAN FRANCISCO FB SAN FRANCISCOCA | 43.93 | |
| 05/23/2022 | MARKET ON MARKET SAN FRANCISCOCA | 16.88 | |

Share Your Feedback

From:    Craig Straub
To:      Tommy O'Reardon
Subject: Joint Juice $9.69
Date:    Thursday, February 23, 2023 5:32:43 PM
Attachments: Screenshot 2023-02-23 at 5.31.53 PM.png

This message was sent from outside the company by someone with a display name matching a user in your organization. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

5:31                              .ıl �📶 🔋

←   🔍 Search Amazon         [◎]   🎤

# View order details

| Order date | May 27, 2022 |
|---|---|
| Order # | 113-0562945-7089836 |
| Order total | $9.69 (1 item) |

# Shipment details

FREE Prime Delivery

## Shipped

May 29, 2022



**The Arthritis Cure: The Medical Miracle That Can Halt, Reverse, And...**          $8.99

Qty: 1

Sold By: Amazon.com Services LLC

**Payment information**

**Daniela Rodriguez**

| | |
|---|---|
| **From:** | Craig Straub |
| **Sent:** | Wednesday, June 8, 2022 6:33 AM |
| **To:** | Daniela Rodriguez |
| **Subject:** | Fwd: Your receipt |

Blood Hurst & O'Reardon LLP
Sent from iPhone

Begin forwarded message:

> **From:** Craig Straub <craigstraub@yahoo.com>
> **Date:** May 23, 2022 at 11:56:29 PM PDT
> **To:** Craig Straub <cstraub@bholaw.com>
> **Subject: Fwd: Your receipt**

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 23, 2022 at 4:12:58 PM PDT
> **To:** craigstraub@yahoo.com
> **Subject: Your receipt**

## Uber

Cancellation Fee **$5.00**
May 23, 2022

## Total                                    $5.00

1

**3:49 PM**
Request accepted

**4:02 PM**
Request canceled



Golden



Report lost item ›    Contact support›    My trips ›

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1455 Market St
San Francisco, CA 94103

3

**Daniela Rodriguez**

| | |
|---|---|
| **From:** | Craig Straub |
| **Sent:** | Wednesday, June 8, 2022 6:32 AM |
| **To:** | Daniela Rodriguez |
| **Subject:** | Fwd: Your Monday afternoon trip with Uber |

Blood Hurst & O'Reardon LLP
Sent from iPhone

Begin forwarded message:

> **From:** Craig Straub <craigstraub@yahoo.com>
> **Date:** May 24, 2022 at 10:40:52 PM PDT
> **To:** Craig Straub <cstraub@bholaw.com>
> **Subject: Fwd: Your Monday afternoon trip with Uber**

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 24, 2022 at 3:05:08 AM PDT
> **To:** craigstraub@yahoo.com
> **Subject: Your Monday afternoon trip with Uber**

Uber

Total **$10.99**
May 23, 2022

Total                                          $10.99

1

| | |
|---|---|
| Trip Fare | $7.90 |

| | |
|---|---|
| Subtotal | $7.90 |
| Marketplace Fee  | $1.80 |
| San Francisco City Tax ❓ | $0.34 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |

**Payments**

**VISA** **Visa ••••9752**         $10.99
5/24/22 3:04 AM

Trip ID: 25216c3e-cc25-4895-a41a-b73d0bf15ed6

Download PDF

# You rode with Temesgen

**4.94 ★** Rating                  👤 Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

Rate or tip

License Plate: 7DIV970

2

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

**4:10 PM**

450 Golden Gate Ave, San Francisco, CA

**4:20 PM**

888 Howard St, San Francisco, CA

Pine St

Saint Francis Memorial Hospital

UNION SQUARE

Geary St

O'Farrell St

Larkin St

Hyde St

Mission St

Howard St

Folsom St

er's Cove

8th

Harrison St

**Report lost item ›**         **Contact support›**         **My trips ›**

Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

3

**Daniela Rodriguez**

| | |
|---|---|
| **From:** | Craig Straub |
| **Sent:** | Wednesday, June 8, 2022 6:31 AM |
| **To:** | Daniela Rodriguez |
| **Subject:** | Fwd: Your Wednesday morning trip with Uber |

Blood Hurst & O'Reardon LLP
Sent from iPhone

Begin forwarded message:

> **From:** Craig Straub <craigstraub@yahoo.com>
> **Date:** May 25, 2022 at 8:22:14 PM PDT
> **To:** Craig Straub <cstraub@bholaw.com>
> **Subject: Fwd: Your Wednesday morning trip with Uber**

> Sent from my iPhone

> Begin forwarded message:

>> **From:** Uber Receipts <noreply@uber.com>
>> **Date:** May 25, 2022 at 7:18:14 PM PDT
>> **To:** craigstraub@yahoo.com
>> **Subject: Your Wednesday morning trip with Uber**

Uber                                    Total **$22.32**
                                        May 25, 2022

Total                                   $22.32

| Trip Fare | $21.47 |
|---|---|

| Subtotal | $21.47 |
|---|---|
| Temporary Fuel Surcharge  | $0.55 |
| CA Driver Benefits | $0.30 |

**Payments**

| VISA **Visa ••••9752** | $22.32 |
|---|---|
| 5/25/22 7:17 PM | |

Trip ID: 6c706f99-7002-4b42-bc0d-44fbf180c43d

Download PDF

## You rode with Ali

4.99 ★ Rating      Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

Rate or tip

Issued on behalf of Ali

License Plate: 80822M2

When you ride with Uber, your trips are insured in case of a covered
accident.

Learn more 〉

2

**8:21 AM**

888 Howard St, San
Francisco, CA

**8:29 AM**

450 Golden Gate Ave, San
Francisco, CA



Report lost item >        Contact support>        My trips >

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

3

**Daniela Rodriguez**

| | |
|---|---|
| **From:** | Craig Straub |
| **Sent:** | Wednesday, June 8, 2022 6:30 AM |
| **To:** | Daniela Rodriguez |
| **Subject:** | Fwd: Your Wednesday morning trip with Uber |

Blood Hurst & O'Reardon LLP
Sent from iPhone

Begin forwarded message:

> **From:** Craig Straub <craigstraub@yahoo.com>
> **Date:** May 25, 2022 at 8:22:27 PM PDT
> **To:** Craig Straub <cstraub@bholaw.com>
> **Subject: Fwd: Your Wednesday morning trip with Uber**

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 25, 2022 at 7:03:39 PM PDT
> **To:** craigstraub@yahoo.com
> **Subject: Your Wednesday morning trip with Uber**

# Uber

Total **$11.09**
May 25, 2022

## Total                           $11.09

| Trip Fare | $7.99 |
|---|---|

| Subtotal | $7.99 |
|---|---|
| Marketplace Fee  | $1.80 |
| San Francisco City Tax | $0.35 |
| Temporary Fuel Surcharge | $0.55 |
| CA Driver Benefits | $0.30 |
| Tolls, Surcharges, and Fees | $0.10 |

**Payments**

| VISA | **Visa ••••9752** | $11.09 |
|---|---|---|
| | 5/25/22 7:03 PM | |

Trip ID: d3360cfd-9c90-4794-a622-982f099824b7

Download PDF

# You rode with Michael

**4.92 ★** Rating                    Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

Rate or tip

License Plate: 6ZRZ647

2

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

**8:07 AM**

200 McAllister St, San Francisco, CA

**8:13 AM**

888 Howard St, San Francisco, CA



**Report lost item ›**          **Contact support›**          **My trips ›**

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

3

## Daniela Rodriguez

| | |
|---|---|
| **From:** | Craig Straub |
| **Sent:** | Wednesday, June 8, 2022 6:30 AM |
| **To:** | Daniela Rodriguez |
| **Subject:** | Fwd: Craig Wallace Straub's 05/27 San Diego trip (43T97T): Your change is confirmed. |

This was $74 - see the details below

Blood Hurst & O'Reardon LLP
Sent from iPhone

Begin forwarded message:

> **From:** Southwest Airlines <southwestairlines@ifly.southwest.com>
> **Date:** May 26, 2022 at 12:27:50 PM PDT
> **To:** Craig Straub <cstraub@bholaw.com>
> **Subject: Craig Wallace Straub's 05/27 San Diego trip (43T97T): Your change is confirmed.**
> **Reply-To:** Southwest Airlines <no-reply@ifly.southwest.com>

Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

## Southwest             Manage Flight | Flight Status | My Account

### ⚠ Travel notice

**REAL ID:** Beginning May 3, 2023, TSA will require every Passenger to present a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States.



### Hi Craig Wallace,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

MAY 27

# SFO ✈ SAN

San Francisco to San Diego

Confirmation # **43T97T**

Confirmation date: 05/26/2022

PASSENGER          **Craig Wallace Straub**
RAPID REWARDS #
TICKET #              5262122859701
EXPIRATION*          May 14, 2023
EST. POINTS EARNED   1,808

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight:** | Friday, 05/27/2022 | Est. Travel Time: **1h 35m** | Anytime |
|---|---|---|---|

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 2318 | **SFO 06:05**PM San Francisco | **SAN 07:40**PM San Diego |

# Payment information

## Total cost

**Air - 43T97T**

| | | |
|---|---|---|
| Base Fare | $ | 399.78 |
| U.S. Transportation Tax | $ | 29.98 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| U.S. Flight Segment Tax | $ | 9.00 |
| Total | $ | 458.96 |

## Payment

Visa ending in 9752
Date: May 26, 2022

**Payment Amount: $74.00**

Flight Credit 43T97T
Date: May 26, 2022

**Payment Amount: $10.01**

Flight Credit 43T97T
Date: May 26, 2022

**Payment Amount: $21.99**

Credit from ticket: #5262119736800 to #5262122859701
Date: May 13, 2022

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262122859701

# All your perks, all in one place. (Plus a few reminders.)



**Anytime fare:** Your two bags fly free®², no change³ or cancel⁴ fees, 10X Rapid Rewards® points, and EarlyBird automatic check-in¹⁰ now included (New!). If you need to cancel your flight, no worries, Anytime fares are refundable.⁸ Learn more.

2

**Daniela Rodriguez**

| | |
|---|---|
| **From:** | Craig Straub |
| **Sent:** | Wednesday, June 8, 2022 6:28 AM |
| **To:** | Daniela Rodriguez |
| **Subject:** | Fwd: Your Sunday afternoon trip with Uber |

Blood Hurst & O'Reardon LLP
Sent from iPhone

Begin forwarded message:

> **From:** Craig Straub <craigstraub@yahoo.com>
> **Date:** May 29, 2022 at 11:00:48 PM PDT
> **To:** Craig Straub <cstraub@bholaw.com>
> **Subject: Fwd: Your Sunday afternoon trip with Uber**

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 29, 2022 at 3:53:15 PM PDT
> **To:** craigstraub@yahoo.com
> **Subject: Your Sunday afternoon trip with Uber**

Uber

Total **$36.94**
May 29, 2022

Total                                $36.94

1

| | |
|---|---|
| Trip Fare | $28.69 |

| | |
|---|---|
| Subtotal | $28.69 |
| Marketplace Fee ❓ | $1.80 |
| CA Driver Benefits ❓ | $0.30 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Tolls, Surcharges, and Fees ❓ | $5.60 |

Trip ID: b0165685-9391-4c56-9d0d-908b91849aeb

Download PDF

## You rode with Matthew

**4.98 ★** Rating                    👤 Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

Rate or tip

License Plate: 8PWL721

When you ride with Uber, your trips are insured in case of a covered
accident.

Learn more ⟩

2

**3:33 PM**

275 Domestic Terminals
Arrivals Level, San Francisco,
CA

**3:53 PM**

888 Howard St, San
Francisco, CA



**Report lost item ›**     **Contact support›**     **My trips ›**

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3



**From:** Craig Straub <craigstraub@yahoo.com>
**Date:** June 7, 2022 at 10:54:48 PM PDT
**To:** Craig Straub <cstraub@bholaw.com>
**Subject: Fwd: Your Tuesday evening trip with Uber**


Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** June 7, 2022 at 6:13:42 PM PDT
> **To:** craigstraub@yahoo.com
> **Subject: Your Tuesday evening trip with Uber**


## Uber

Total **$23.93**
June 7, 2022


# Total                    $23.93

1

| | |
|---|---|
| Trip Fare | $19.58 |
| Subtotal | $19.58 |
| Marketplace Fee ❓ | $1.80 |
| San Francisco City Tax ❓ | $0.75 |
| Wait Time ❓ | $0.85 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| CA Driver Benefits ❓ | $0.30 |
| Tolls, Surcharges, and Fees ❓ | $0.10 |

Trip ID: 2bde145c-fe5e-4c45-8861-727f1d632b3c

Download PDF

# You rode with Asmerom

4.92 ★ Rating               Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

Rate or tip

License Plate: 7PCJ070

When you ride with Uber, your trips are insured in case of a covered
accident.

Learn more ❯

2



**6:01 PM**

200 Larkin St, San Francisco, CA

**6:13 PM**

888 Howard St, San Francisco, CA

Report lost item >          Contact support>          My trips >

# Uber

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting **help.uber.com**

3