**EXHIBIT 13**

*Montera v. Premier Nutrition*, Case No. 3:16-CV-06980 RS
Blood Hurst & O'Reardon, LLP

Miscellaneous Costs: $1,882.22

| Description | Cost |
|---|---|
| Scientific Study Manuscripts | $545.20 |
| "Play Forever," Kevin Stone | $18.19 |
| "Trademark and Deceptive Advertising Surveys," Shari Diamond | $52.80 |
| New York State Library - GBL §§ 349, 350 Legislative History | $16.00 |
| CVN.com | $495.00 |
| National Institutes of Health - FOIA re GAIT Studies | $92.00 |
| ARC Document Solutions - Closing argument demonstratives | $342.60 |
| Joint Juice Product Samples Exemplars | $117.96 |
| Knee Joint Model – Trial Demonstrative | $34.77 |
| Specialized Legal Services Inc. – Courtroom delivery for trial | $168.00 |
| **TOTAL** | **$1,882.22** |

## Tommy O'Reardon

**From:**        support@metapress.com
**Sent:**        Thursday, March 14, 2013 11:05 AM
**To:**          Tommy O'Reardon
**Subject:**     MetaPress Purchase Email Notification (Order: 20130314-13046095)

Dear TOM OREARDON,

Thank you for purchasing from iospress.metapress.com.  By purchasing electronic content through our service, you have purchased the rights to access the contents on our website.

Please note that this purchase was made anonymously as a Guest.  Once your website session ends or the browser window is closed, you will no longer have access to the items you have purchased. To have access to the items in the future, you must associate your order to an account. Follow the link below and log in or register for a new account. The items will then be available in your account's Order History.

http://iospress.metapress.com/?gem2-elp5-cpw6

Purchase Information:
 Order Id  : 20130314-13046095
 Order Date: 3/14/2013 6:04 PM

Bill To:
 Name     . : TOM OREARDON
 Email       : toreardon@bholaw.com
 Phone       : 619-338-1100
 Address Line 1  : 701 B Street, Suite 1700
 City        : San Diego
 State / Province: CA
 Country     : United States

Order Summary:
 Title: Assessment of the effect of glucosamine sulfate and exercise on knee cartilage using magnetic resonance imaging in patients with knee osteoarthritis: A randomized controlled clinical trial
   Description    : Individual Article
   Unit Price    : USD 27.50

Subtotal    : USD 27.50
Total       : USD 27.50
Thanks again for using iospress.metapress.com!
The MetaPress Staff
support@metapress.com

1

**Tommy O'Reardon**

| From: | notifier@pubget.com |
|---|---|
| Sent: | Monday, March 18, 2013 6:47 PM |
| To: | Tommy O'Reardon |
| Subject: | Pubget.com order confirmation |

# Order confirmation

When your article is available for download you will receive a separate e-mail for each one ordered. Please allow up to 16 business hours to receive this e-mail, though most will be available much sooner. If you do not receive your download link within this timeframe please follow the instructions found here.

*You may check the status of your order at any time by visiting the following URL:*
*http://www.pubget.com/payments/show_status?id=171182880&hash=d68fa5c05fa9c75619771bb5b1408a56*

| Processing number | Order number | Order description | Estimated delivery time | Cost |
|---|---|---|---|---|
| 171182880 | 1590529 | Reprint for: Houpt JB. Effect of glucosamine hydrochloride in the treatment of pain of osteoarthritis of the knee. Journal Watch (General) 26:2423 (1999) | 8-10 business hours | $19.75 |
| | | | Total charge: | $19.75 |

Cheers,

The Pubget Team

1

This is an automated e-mail response. Please do not reply to this message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Thank you again for your order with Wiley Online Library.

-------------------------------------------------------------
Wiley Online Library is the dynamic online content service from John Wiley & Sons.
http://onlinelibrary.wiley.com

2

## Tommy O'Reardon

| | |
|---|---|
| **From:** | bmjorders@highwire.stanford.edu |
| **Sent:** | Tuesday, June 10, 2014 5:18 PM |
| **To:** | Tommy O'Reardon |
| **Cc:** | bmjhighwire@bma.org.uk; bmjjournals-pfa@highwire.org |
| **Subject:** | BMJ Journals Pay for Access Receipt |

```
=====================================================
```
This message was generated automatically by a computer.
There is no need to reply unless there is a problem.

If you received more than one copy of this message, please check the
Transaction IDs in each message.  If all Transaction IDs are the
same, you were charged only once.  Otherwise, please reply to this
message for assistance.
```
=====================================================
```

```
=====================================================
```
          This is your RECEIPT
```
=====================================================
```
You have successfully purchased 1 day temporary access to the Annals of the Rheumatic Diseases article listed below.

    Glucosamine and chondroitin for knee osteoarthritis: a double-blind
    randomised placebo-controlled clinical trial evaluating single and
    combination regimens
    Fransen et al.    Ann Rheum Dis, 0 (2014), p. annrheumdis-2013-203954v1
    http://ard.bmj.com/cgi/content/full/annrheumdis-2013-203954v1

TRANSACTION INFORMATION

    Purchase Type: Pay per Article
    Expiration Date: 12 Jun 2014 12:18 AM GMT
    Transaction ID: 3379149177
    Charged Amount:  USD 30.00
    Purchase Date: 11 Jun 2014 12:17 AM GMT
    Access Period: 1 day
    Email: toreardon@bholaw.com

If you lose access to your purchase before the expiration date and time shown above, please use the following link to
regain access:
http://ard.bmj.com/cgi/secure_ppvregain?resource_id=annrheumdis;annrheumdis-2013-
203954v1&order_id=3379149177&submit=Regain+Access&url=%2Fcgi%2Fcontent%2Ffull%2Fannrheumdis-2013-
203954v1

1

Please reply to this message if you have any questions about this purchase.
Please include the Transaction ID.

Thank you,

Ann Rheum Dis Online


=======================================================
        This is your RECEIPT
=======================================================


The BMJ Group is one of the world's most trusted providers of medical
information for doctors, researchers, health care workers and patients.
http://group.bmj.com/
This email and any attachments are confidential. If you have received this
email in error, please do not use it in anyway. Please also kindly notify
us immediately by reply and remove it from your system.

Any personal views expressed in this email are those of the individual and
may not represent those of the BMJ Group.

The recipient should check this email and any attachments for presence of
viruses. The BMJ Group accepts no liability for damage caused by any virus
transmitted by this email. Emails sent or received by the BMJ Group may be
monitored, including monitoring for size, traffic, distribution and
content.

BMJ Publishing Group Limited trading as BMJ Group.
A private limited company, registered in England and Wales under
registration number 03102371.
Registered office: BMA House, Tavistock Square, London WC1H 9JR, UK.

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Wiley Online Library <WileyOnlineLibrary@wiley.com> |
| **Sent:** | Wednesday, June 11, 2014 8:10 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Pay Per View Order Receipt |

Dear TOM OREARDON,

Thank you for your purchase with Wiley Online Library.

```
************************************************************
  YOUR BILLING INFORMATION
************************************************************
```

E-mail Address:     toreardon@bholaw.com
Billing Address:     701 B STREET, SUITE 1700

> SAN DIEGO
> CA
> 92101
> 840

Purchase Total:     $ 35.00

```
************************************************************
  YOUR ORDER DETAILS
************************************************************
```

Order Number: 164642134

| | |
|---|---|
| 24 Hour Online Access: | $ 35.00 |
| Discount Applied: | -$ 0.00 |
| Sales Tax: | $ 0.00 |
| | ======== |
| Total for this Order: | $ 35.00 |

ITEM:
Letter regarding article by Wu et al., 'Efficacies of different preparations of glucosamine for the treatment of osteoarthritis: a meta-analysis of randomised, double-blind, placebo-controlled trials'
International Journal of Clinical Practice Volume 67, Issue 12, December 2013, Pages: 1359–1360, L. Zhang Y.-Y. Gao X.-J. Lv Published Online : 19 NOV 2013 02:20AM EST, DOI : 10.1111/ijcp.12250

You now have 24 hours to access this content online.  To view or download your document, go to:
http://onlinelibrary.wiley.com/doi/10.1111/ijcp.12250/abstract
and click the Full Text link (PDF or HTML).

```
************************************************************
```
If you have any questions about this order please contact Wiley Online Library Customer Support:
http://journalshelp.wiley.com

Union Bank® Business Edition® Plus Visa®

Account Number:

## Account Summary

Previous Balance ............ ▮
Payments ...................... ▮
Other Credits ................. ▮
Purchases ...................... ▮
Balance Transfers .......... ▮
Cash Advances .............. ▮
Fees Charged ................. ▮
Interest Charged ............. ▮
New Balance .................. ▮

Statement Closing Date ....... 11/19/14
Days in Billing Cycle ...................... 30

Total Credit Limit ........... ▮
Available Credit ............. ▮
Cash Limit ..................... ▮
Available Cash .............. ▮

## Payment Information

New Balance ..................................... ▮
Minimum Payment Due ....................... ▮
Past Due Amount ............................... ▮
Payment Due Date ........................................ December 15, 2014

Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!

*TO M 12/3/14 #4380*

## Customer Service

Call: Toll Free 1-800-819-4249
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)

Save Time and Stamps by Paying Online!

Visit: www.firstbankcard.com/unionbank
Remit to: First Bankcard , P.O. Box 2818, Omaha, NE 68103-2818

## Rewards Summary

Total points earned this month............................ ▮
Bonus points earned this month........................... ▮
Total points redeemed this month.......................... ▮
Accumulated point total.......................... ▮
Points expiring next month.......................... ▮

Remember...
keep using your card to increase your rewards total - the more you charge, the more rewards you earn!

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 11-17 | 11-19 | 244921543226370099475087 | READCUBE ARTICLE READCUBE.COM MA *John Juce - article* | $35.00 |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.   (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 10.99% (v) | ▮ | 30 | $0.00 |
| Cash Advance | 19.99% (v) | ▮ | 30 | $0.00 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Elsevier Health Sciences <donotreply@elsevier.com> |
| **Sent:** | Thursday, June 25, 2015 11:42 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | ELSEVIER: Receipt for payment/ downloaded article |

June 25, 2015

THOMAS OREARDON
701 B STREET, SUITE 1700
SAN DIEGO CA  92101-8163

RECEIPT

SHIP-TO CUSTOMER

Account# 20461208-4
Invoice# 123358418

Dear Customer:

This is a receipt for payment of an online article in the journal
listed below.

THE AMERICAN JOURNAL OF
MEDICINE PAY PER VIEW
TOTAL COST - 30.00
TOTAL PAID - 30.00
DATE PAID - 06/24/15
CC CARD ENDING WITH - ****8435

TELEPHONE - (800)654-2452
        (314)447-8871
FAX    - (314)447-8029
EMAIL - JournalsCustomerservice-usa@elsevier.com

1

You may also write to us at:

ELSEVIER
Customer Service Department
3251 Riverport Lane
Maryland Heights, MO 63043

Thank you,


L112/ 1/20461208/

## Tommy O'Reardon

| | |
|---|---|
| **From:** | bmjorders@highwire.stanford.edu |
| **Sent:** | Tuesday, November 3, 2015 1:47 PM |
| **To:** | Tommy O'Reardon |
| **Cc:** | bmjhighwire@bma.org.uk; bmjjournals-pfa@highwire.org |
| **Subject:** | BMJ Journals Pay for Access Receipt |

```
========================================================
```
This message was generated automatically by a computer.
There is no need to reply unless there is a problem.

If you received more than one copy of this message, please check the
Transaction IDs in each message.  If all Transaction IDs are the
same, you were charged only once.  Otherwise, please reply to this
message for assistance.
```
========================================================
```

```
========================================================
```
        This is your RECEIPT
```
========================================================
```
You have successfully purchased 1 day temporary access to the Annals of the Rheumatic Diseases article listed below.

        What and what not to conclude from the results of the LEGS study?
        Helg    Ann Rheum Dis, 73 (7), p. e40
        http://ard.bmj.com/cgi/content/full/73/7/e40


TRANSACTION INFORMATION

        Purchase Type: Pay per Article
        Expiration Date: 4 Nov 2015 9:46 PM GMT
        Transaction ID: 4715186623
        Charged Amount:  USD 37.00
        Purchase Date: 3 Nov 2015 9:53 PM GMT
        Access Period: 1 day
        Email: toreardon@bholaw.com

If you lose access to your purchase before the expiration date and time shown above, please use the following link to regain access:
http://ard.bmj.com/cgi/secure_ppvregain?resource_id=annrheumdis;73/7/e40&order_id=4715186623&submit=Regain+Access&url=%2Fcgi%2Fcontent%2Ffull%2F73%2F7%2Fe40

1

Please reply to this message if you have any questions about this purchase.
Please include the Transaction ID.

Thank you,

Ann Rheum Dis Online

```
========================================================
          This is your RECEIPT
========================================================
```

The BMJ Group is one of the world's most trusted providers of medical
information for doctors, researchers, health care workers and patients.
http://group.bmj.com/
This email and any attachments are confidential. If you have received this
email in error, please do not use it in anyway. Please also kindly notify
us immediately by reply and remove it from your system.

Any personal views expressed in this email are those of the individual and
may not represent those of the BMJ Group.

The recipient should check this email and any attachments for presence of
viruses. The BMJ Group accepts no liability for damage caused by any virus
transmitted by this email. Emails sent or received by the BMJ Group may be
monitored, including monitoring for size, traffic, distribution and
content.

BMJ Publishing Group Limited trading as BMJ Group.
A private limited company, registered in England and Wales under
registration number 03102371.
Registered office: BMA House, Tavistock Square, London WC1H 9JR, UK.

2

## Tommy O'Reardon

| | |
|---|---|
| **From:** | bmjorders@highwire.stanford.edu |
| **Sent:** | Tuesday, November 3, 2015 1:59 PM |
| **To:** | Tommy O'Reardon |
| **Cc:** | bmjhighwire@bma.org.uk; bmjjournals-pfa@highwire.org |
| **Subject:** | BMJ Journals Pay for Access Receipt |

```
=======================================================
This message was generated automatically by a computer.
 There is no need to reply unless there is a problem.

If you received more than one copy of this message, please check the
Transaction IDs in each message.  If all Transaction IDs are the
same, you were charged only once.  Otherwise, please reply to this
message for assistance.
=======================================================


=======================================================
        This is your RECEIPT
=======================================================
```

You have successfully purchased 1 day temporary access to the Annals of the Rheumatic Diseases article listed below.

> Response to A. G. Helg's comments on the LEGS study
> Fransen and Day          Ann Rheum Dis, 73 (7), p. e41
> http://ard.bmj.com/cgi/content/full/73/7/e41

TRANSACTION INFORMATION

> Purchase Type: Pay per Article
> Expiration Date: 4 Nov 2015 9:59 PM GMT
> Transaction ID: 4715193045
> Charged Amount:  USD 37.00
> Purchase Date: 3 Nov 2015 10:06 PM GMT
> Access Period: 1 day
> Email: toreardon@bholaw.com

If you lose access to your purchase before the expiration date and time shown above, please use the following link to regain access:
http://ard.bmj.com/cgi/secure_ppvregain?resource_id=annrheumdis;73/7/e41&order_id=4715193045&submit=Regain+Access&url=%2Fcgi%2Fcontent%2Ffull%2F73%2F7%2Fe41

Please reply to this message if you have any questions about this purchase.
Please include the Transaction ID.

Thank you,

Ann Rheum Dis Online

========================================================
        This is your RECEIPT
========================================================

The BMJ Group is one of the world's most trusted providers of medical
information for doctors, researchers, health care workers and patients.
http://group.bmj.com/
This email and any attachments are confidential. If you have received this
email in error, please do not use it in anyway. Please also kindly notify
us immediately by reply and remove it from your system.

Any personal views expressed in this email are those of the individual and
may not represent those of the BMJ Group.

The recipient should check this email and any attachments for presence of
viruses. The BMJ Group accepts no liability for damage caused by any virus
transmitted by this email. Emails sent or received by the BMJ Group may be
monitored, including monitoring for size, traffic, distribution and
content.

BMJ Publishing Group Limited trading as BMJ Group.
A private limited company, registered in England and Wales under
registration number 03102371.
Registered office: BMA House, Tavistock Square, London WC1H 9JR, UK.

2



receipt

**Billed To:**
toreardon@bholaw.com
tommy
bho
SAN DIEGO, CA
92110
US

**Receipt Date:** 2016-08-17
**Billed To:** **** **** **** 6994 (Visa)

| Item | | Type | Unit Price |
|---|---|---|---|
| | Chondroitin sulfate plus glucosamine sulfate shows no superiority over placebo in a randomized, double-blind, placebo-controlled clinical trial in patients with knee osteoarthritis<br><br>**Jorge A. Roman-Blas, Santos Castañeda, Olga Sánchez-Pernaute, Raquel Largo, Gabriel Herrero-Beaumont**<br><br>*Arthritis & Rheumatology 2016*<br>*doi: 10.1002/art.39819* | Purchase | $38.00 |

Click to view article

| | |
|---|---|
| Subtotal: | $38.00 |
| Tax: | $0.00 |
| Order Total: | $38.00 |

Prices displayed in US Dollars

## This article has been synced to your ReadCube Library.

Download our free apps to enjoy enhanced features offline and on-the-go.

  

Labtiva Inc. | One Canal Park, Suite 1A. Cambridge. MA 02141 | VAT no: EU 826 0227 21
Privacy Policy | Terms of Use | Copyright © 2016 Labtiva Inc. All rights reserved

 readcube

receipt

**Billed To:**
toreardon@bholaw.com
tommy
bho
coronado, CA
92118
US

**Receipt Date:** 2017-06-19
**Billed To:** **** **** **** 2006 (American Express)

| Item | | Type | Unit Price |
|---|---|---|---|
|  Click to view article | Adsorption of Glycosaminoglycans to the Cell Surface Is Responsible for Cellular Donnan Effects<br><br>**Daniel Hagenfeld, Nadine Kathagen, Peter Prehm**<br><br>*Journal of Cellular Biochemistry 2014 Vol: 115 (7) :1334-1341.*<br>*doi: 10.1002/jcb.24791* | Rental | $6.00 |

| | | |
|---|---|---|
| | Subtotal: | $6.00 |
| | Tax: | $0.00 |
| | Order Total: | $6.00 |

Prices displayed in US Dollars

## This article has been synced to your ReadCube Library.

Download our free apps to enjoy enhanced features offline and on-the-go.

  

Digital Science & Research Solutions Inc. | 625 Massachusetts Avenue, Cambridge, MA 02139
VAT no: EU 826 0227 21 | Privacy Policy | Terms of Use
Copyright © 2017 Digital Science & Research Solutions Inc. All rights reserved

 readcube

receipt

**Billed To:**
toreardon@gmail.com
tommy o'reardon
bho
coronado, CA
92118
US

**Receipt Date:** 2017-06-19
**Billed To:** **** **** **** 2006 (American Express)

| Item | | Type | Unit Price |
|---|---|---|---|
| <br>Click to view article | Adsorption of Glycosaminoglycans to the Cell Surface Is Responsible for Cellular Donnan Effects<br><br>**Daniel Hagenfeld, Nadine Kathagen, Peter Prehm**<br><br>*Journal of Cellular Biochemistry 2014 Vol: 115 (7) :1334-1341.*<br>*doi: 10.1002/jcb.24791* | Purchase | $38.00 |

| | |
|---|---|
| Subtotal: | $38.00 |
| Tax: | $0.00 |
| Order Total: | $38.00 |

Prices displayed in US Dollars

## This article has been synced to your ReadCube Library.

Download our free apps to enjoy enhanced features offline and on-the-go.

  

Digital Science & Research Solutions Inc. | 625 Massachusetts Avenue. Cambridge, MA 02139
VAT no: EU 826 0227 21 | Privacy Policy | Terms of Use
Copyright © 2017 Digital Science & Research Solutions Inc. All rights reserved

## Tommy O'Reardon

| | |
|---|---|
| **From:** | BMJ Journals <store+bmjpg.ecommerce.highwire.org@foxycart.com> on behalf of BMJ Journals <bmj-feedback@highwire.org> |
| **Sent:** | Tuesday, July 11, 2017 1:23 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Your receipt for purchase from BMJ Journals |

View in your browser

Receipt

Thank you for your order. Please retain this receipt for your records.

## Order Summary:

**Merchant**
BMJ Journals

**Order #**
1291017462

**Date**
Tue 11 Jul 2017 09:23:06 PM BST

**Payment Method**
xxxx xxxx xxxx 0465

**Order Total**
$37.00

## Billing Information

**Billing Address**
tom O'Reardon
701 b street suite 1700
SAN DIEGO, CA 92101
United States

**Email**
toreardon@bholaw.com

## Items

1

| Item | Price | Qty | Total |
|---|---|---|---|
| | | Subtotal: | $37.00 |
| | | **Order Total:** | **$37.00** |
| **First-line analysis of the effects of treatment on progression of structural changes in knee osteoarthritis over 24 months: data from the osteoarthritis initiative progression cohort** | • | 1 | $37.00 |

- Purchased Content : http://ard.bmj.com/content/74/3/547
- article Published in *Annals of the Rheumatic Diseases*
- 24 hours Access

2

**Tommy O'Reardon**

| | |
|---|---|
| **From:** | admin@eurekaselect.com |
| **Sent:** | Thursday, July 27, 2017 6:43 PM |
| **To:** | Tommy O'Reardon |
| **Cc:** | leena@benthamscience.ae |
| **Subject:** | Your Order at BenthamScience |

# BenthamScience

Publisher of excellence for all Biomedical, Medical and Pharmaceutical Decision Makers

BenthamScience , AL

# Invoice / Receipt

## Thanks for your order, !

## Want to manage your order online?

If you need to check the status of your order, please visit our home page at BenthamScience and click on "My account" in the menu or login with the following link:

http://www.eurekaselect.com/user

### Purchasing Information:

**E-mail Address:**    toreardon@bholaw.com

**Billing Address:**                              **Shipping Address:**


**Billing Phone:**                              **Shipping Phone:**


**Order Grand Total: $58.00**

**Payment Method:**    Credit card

### Order Summary:

**Shipping Details:**

| | |
|---|---|
| **Invoice/Receipt #:** | 31415 |
| **Transaction no:** | 720911204584 |
| **Order Date:** | 07/27/2017 - 18:41 |
| **Shipping Method:** | Standard delivery |
| Products Subtotal: | $58.00 |
| | ------ |

**Total for this Order: $58.00**

**Products on order:**

**1 x Chondroitin Sulfate and Glucosamine as Disease Modifying Anti-Osteoarthritis Dru gs (DMOADs)**
   **Issue:11**
   **Volume:23**
   **Journal:Current Medicinal Chemistry - $58.00**
   SKU:

**Where can I get help with reviewing my order?**
To learn more about managing your orders on BenthamScience, please visit our help page.

Please note: This e-mail message is an automated notification. Please do not reply to this message. If you have any query, please write us at support@benthamscience.org

Thanks again for shopping with us.

**BenthamScience**
**Publisher of excellence for all Biomedical, Medical and Pharmaceutical Decision Makers**

2

## Tommy O'Reardon

| | |
|---|---|
| **From:** | NEJM Group <support@nejm.zendesk.com> |
| **Sent:** | Wednesday, December 28, 2022 5:02 AM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Request #676621: How would you rate the service you received? |

##- Please type your reply above this line -##

Hello THOMAS OREARDON,

We'd love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what your ticket was about:

## Mariellen Maguire (NEJM Group)

Dec 27, 2022, 7:57 AM EST

Dear Thomas,

Thank you for contacting us. Please find the receipt below for your for online access to an article that was published in the *New England Journal of Medicine:*



The **NEW ENGLAND JOURNAL of MEDICINE**

December 27, 2022

Thomas Oreardon

E-Mail: toreardon@bholaw.com

***RECEIPT***

Publication: *New England Journal of Medicine*

      *Single article access*

Amount:    $20.00 on August 4, 2017

Please accept this as your receipt of payment.

Mm

---

Please feel free to contact us if you have any further questions.  When responding to this e-mail please use the Reply feature as this will enable us to assist you promptly with your inquiry.

Sincerely,
Mariellen Maguire
Senior Customer Support Representative
NEJM Group
860 Winter St
Waltham MA  02451
1-800-843-6356
781-893-3800 ext. 7888
Fax 781-893-0413 nejmcust@mms.org

## THOMAS OREARDON

Dec 13, 2022, 3:28 PM EST

Below is the citation for the article I purchased. I have the article. Just hoping for the receipt showing $20. Thanks!

N Engl J Med 2006; 354:2184-2185
DOI: 10.1056/NEJMc060829

## THOMAS OREARDON

Dec 13, 2022, 3:23 PM EST

Hi - I purchased a comment for $20.00 on 8/3/17. I know it's a long time ago, but can you please email me the receipt?
Thanks! Tommy
email: toreardon@bholaw.com
first name: THOMAS
last name: OREARDON
suffix:
company:
country:
address1:
address2:
city:
state:
postal code:

This email is a service from NEJM Group. Delivered by Zendesk

## Tommy O'Reardon

| | |
|---|---|
| **From:** | Lippincott@wolterskluwer.com |
| **Sent:** | Monday, January 25, 2021 2:54 PM |
| **To:** | Tommy O'Reardon |
| **Subject:** | Purchase Confirmation |





### Wolters Kluwer Health | Lippincott Williams & Wilkins

### Thank you for your order!

Please print this email as a receipt.

Below is a summary of your order:

(Click on the title below to access the item.)

Order Number 6116152296806272403041
PAIN
July 1984,19,3,305-314
Research report: PDF Only
The use of the McGill Pain Questionnaire in assessing arthritis pain
Burckhardt, Carol S.

A total of $57.00 was billed to your credit card.

**Billed To:**
TOM OREARDON
501 West Broadway, Suite 1490
San Diego, CA US 92101

**Payment Information:**
Visa
xxxxxxxxxxxx7913

*All orders are subject to tax. Tax is charged according to the bill-to location. If you are tax-exempt, after the order is placed, you may contact Customer Service at 1 (800) 343-0064, select option 1, or email wkhealth-support@wolterskluwer.com and provide an exemption certificate from the state or country to which your order will be billed. You will then receive a refund of the tax amount for your order.

You are receiving this email as a result of actions taken on the Wolters Kluwer Health website. For all requests, please do not reply to this email. Instead, please contact Customer Service at 1-800-638-3030 or via email. Copyright © 2021 Wolters Kluwer. Published by Lippincott Williams & Wilkins. All rights reserved. The product and brand names, images and photos mentioned in this email are copyright protected.

# INVOICE

Springer Nature Customer Service Center LLC   FEI# 26-2544201
200 Hudson Street, Suite 503                          GST# 836145300
Jersey City, New Jersey 07311-1218                QST# 1218563852
customerservice@springernature.com
www.springernature.com

# SPRINGER NATURE

## Discover. Learn. Achieve.

| Our Reference No. | Finance Account No. | Customer Account No. | Purchase Order No. | | Date | Pages |
|---|---|---|---|---|---|---|
| > 1452239651 | > 2201122321 | > 3005106399 | > | | 05/24/2022 | 1 / 1 |

**Bill to**

CRAIG STRAUB
4033 HAINES STREET
SAN DIEGO CA 92109

**Ship to**

CRAIG STRAUB
4033 HAINES STREET
SAN DIEGO CA 92109

| Quantity | Product No. | Description | Unit Price | Discount | Amount |
|---|---|---|---|---|---|
| 1 | PPVJ | Journal article Pay-per View<br>Archives of Orthopaedic and Trauma Surge | 39.95 | 0.00 | 39.95 |

Services provided by the legal entity Springer Nature Customer Service
Center LLC, formerly known as Springer Customer Service Center LLC

| Delivery Method | | | Total Net Value of Goods | | 39.95 |
|---|---|---|---|---|---|
| Units | | | Delivery Charges | | 0.00 |
| WS_AGENT | Incoterms | DDP  Tax | Total Tax | | 0.00 |
| | | Weight      0.000 KG | | | |
| | | | Subtotal | | 39.95 |
| | | | Prepaid | | 39.95 |
| | | | TOTAL DUE    USD | | 0.00 |

**Settlement via webshop**

**Thank you for your business!**

**Questions regarding this order?**
> Tel: 800 - SPRINGERNATURE  (777-4643)
> Call us 24 hours a day, 7 days a week
> Email:customerservice@springernature.com
> Web:www.springernature.com

> Remittance to:
Springer Nature Customer Service Center LLC
P.O. Box 13301 | Newark | New Jersey 07101-3301

> Bank Details: Deutsche Bank Trust Co
Springer Nature Customer Service Center LLC
Swift: BKTRUS33
Acct: 00-460-699
Routing or Transit #: 021001033

In the event this account is forwarded to an
independent collector for collection, the purchaser,
shall be liable for all reasonable fees, not to exceed
25% of original amount owed.
General terms and conditions of payment can be
found at www.springer.com/policy.

> US Returns to: Springer Nature Returns Dept.
c/o IPS  Distribution Solutions Returns |1550 Heil Quaker
Blvd, Suite 200 | LaVergne, TN 37086
> Canadian returns to: c/o Georgetown Terminal Warehouse |
34 Armstrong  Ave. | Georgetown | Ontario L7G 4R9

SPRINGER NATURE

Discover. Learn. Achieve.

     

     

**amazon**.com

**Order Placed:** February 10, 2022
**Amazon.com order number:** 113-9599607-4392200
**Order Total:** $18.19

| Shipped on February 11, 2022 | |
| --- | --- |
| **Items Ordered** | **Price** |
| 1 of: *Play Forever: How to Recover From Injury and Thrive*, Stone, Kevin R. <br> Sold by: Amazon.com Services LLC <br><br> Condition: New | $16.88 |
| **Shipping Address:** <br> Thomas O'Reardon <br> 653 MARGARITA AVE <br> CORONADO, CA 92118-2320 <br> United States <br><br> **Shipping Speed:** <br> FREE Prime Delivery | |

| Payment information | |
| --- | --- |
| **Payment Method:** <br> Visa \| Last digits: 7913 <br><br> **Billing address** <br> Tommy O'Reardon Blood Hurst & O'Reardon LLP <br> 501 West Broadway, Suite 1490 <br> San Diego, CALIFORNIA 92101 <br> United States | Item(s) Subtotal: $16.88 <br> Shipping & Handling: $0.00 <br> ----- <br> Total before tax: $16.88 <br> Estimated tax to be collected: $1.31 <br> ----- <br> **Grand Total: $18.19** |
| **Credit Card transactions** | Visa ending in 7913: February 11, 2022: $18.19 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

amazon.com

Final Details for Order #112-6353844-2250627
Print this page for your records.

**Order Placed:** March 1, 2022
**Amazon.com order number:** 112-6353844-2250627
**Order Total:** $52.80

| Shipped on March 1, 2022 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Diamond, Shari Seidman<br>Sold by: Hemingway Books (seller profile)<br><br>Condition: Used - Good<br>Item shows signs of shelf wear and previous use. The item may contain light or moderate writing and/or highlighting. Worldwide shipping is available! | $49.00 |

**Shipping Address:**
Thomas O'Reardon
653 MARGARITA AVE
CORONADO, CA 92118-2320
United States

**Shipping Speed:**
FREE Prime Delivery

| Payment information | |
|---|---|
| **Payment Method:**<br>Visa \| Last digits: 7913 | Item(s) Subtotal: $49.00<br>Shipping & Handling: $0.00 |
| **Billing address**<br>Tommy O'Reardon Blood Hurst & O'Reardon LLP<br>501 West Broadway, Suite 1490<br>San Diego, CALIFORNIA 92101<br>United States | -----<br>Total before tax: $49.00<br>Estimated tax to be collected: $3.80<br>-----<br>**Grand Total: $52.80** |
| **Credit Card transactions** | Visa ending in 7913: March 1, 2022: $52.80 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates



New
York State
Library

222 Madison Ave
Albany, NY 12230

# Invoice

| Date | Invoice # |
|---|---|
| 6/24/2022 | 2157 |

**Bill To**

Thomas O'REARDON
Blood Hurst & O'Reardon
501 West Broadway, Suite 1490
San Diego, CA 92101

| Make check or money order payable in U.S. dollars to: The New York State Library | Mail to: New York State Library 222 Madison Ave Albany, NY 12230 | We do not accept credit cards. | Terms |
|---|---|---|---|
| | | | Net 30 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Print or digital copies 1.00 per page Bill Jacket L. 1989 c.65 | 16 | 1.00 | 16.00 |

| | Total | $16.00 |
|---|---|---|

| Balance Due | $16.00 |
|---|---|

| Phone # | E-mail | Web Site |
|---|---|---|
| 518-474-2645 | ill@nysed.gov | www.nysl.nysed.gov |

# Receipt

Invoice number    998F9B2-0001
Receipt number    2943-6429
Date paid          February 21, 2019
Payment method    Visa - 7913

**Courtroom Connect LLC**                                    **Bill to**
+1 877-838-9067                                             Tommy O'Reardon
orders@courtroomconnect.com                                toreardon@bholaw.com

## $99.00 paid on February 21, 2019

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| **CVN Archive Monthly**<br>Feb 21 – Mar 21, 2019 | 1 | $99.00 | $99.00 |
| | | Subtotal | $99.00 |
| | | Total | $99.00 |
| | | **Amount paid** | **$99.00** |

# Receipt

Invoice number    998F9B2-0002
Receipt number    2124-1490
Date paid        March 21, 2019
Payment method   Visa - 7913

**Courtroom Connect LLC**
+1 877-838-9067
orders@courtroomconnect.com

**Bill to**
Tommy O'Reardon
toreardon@bholaw.com

## $99.00 paid on March 21, 2019

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| **CVN Archive Monthly** <br> Mar 21 – Apr 21, 2019 | 1 | $99.00 | $99.00 |
| | | Subtotal | $99.00 |
| | | Total | $99.00 |
| | | **Amount paid** | **$99.00** |

# Receipt

Invoice number   998F9B2-0003
Receipt number   2365-3510
Date paid        April 21, 2019
Payment method   Visa - 7913

**Courtroom Connect LLC**                          **Bill to**
+1 877-838-9067                                    Tommy O'Reardon
orders@courtroomconnect.com                        toreardon@bholaw.com

## $99.00 paid on April 21, 2019

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| **CVN Archive Monthly** Apr 21 – May 21, 2019 | 1 | $99.00 | $99.00 |
| | Subtotal | | $99.00 |
| | Total | | $99.00 |
| | **Amount paid** | | **$99.00** |

# Receipt

Invoice number   998F9B2-0005
Receipt number   2180-6066
Date paid         April 20, 2022
Payment method   Visa - 7913

**Courtroom Connect LLC**                          **Bill to**
+1 877-838-9067                                    Tommy O'Reardon
orders@courtroomconnect.com                        toreardon@bholaw.com

## $99.00 paid on April 20, 2022

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| **CVN Archive Monthly**<br>Apr 20 – May 20, 2022 | 1 | $99.00 | $99.00 |
|  |  | Subtotal | $99.00 |
|  |  | Total | $99.00 |
|  |  | **Amount paid** | **$99.00** |

# Receipt

Invoice number   998F9B2-0004
Receipt number   2621-9400
Date paid        May 21, 2019
Payment method   Visa - 7913

**Courtroom Connect LLC**                                    **Bill to**
+1 877-838-9067                                              Tommy O'Reardon
orders@courtroomconnect.com                                 toreardon@bholaw.com

## $99.00 paid on May 21, 2019

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| **CVN Archive Monthly** May 21 – Jun 21, 2019 | 1 | $99.00 | $99.00 |
| | | Subtotal | $99.00 |
| | | Total | $99.00 |
| | | **Amount paid** | **$99.00** |

| National Institutes of Health<br>Invoice of Fee for Freedom of Information Act (FOIA) Services | FOIA Case #:<br>46761 | Date of<br>Invoice:<br>10/24/2017 |
|---|---|---|

**Instructions:**

**Electronic Payments:**
Automated Clearing House (ACH) electronic debit via Pay.gov:
For additional information, see https://www.pay.gov . If you need assistance using this site, please contact Pay.gov **Customer Service** at 1-800-624-1373.

**Check or money order payments:**
1. Please write the case number, shown at the top of this form on your check or money order.
2. Make your check or money order payable to DHHS/NIH.
3. Return one copy of this invoice with your check or money order payable to DHHS/NIH.

Mail to: **NIH FOIA**
**Building 31, Room 5B35**
**31 Center Drive, MSC 2107**
**Bethesda, MD 20892-2107**

Payment is due within 30 days from the date of this invoice. Interest will be charged after the due date.

**Requestor's Name, Organization, and Address:**

Craig Straub
Blood Hurst & O'Reardon, LLP
701 B Street, Suite 1700
San Diego, CA 92101

**Fee Category:**

☑ Commercial Use

☐ Education/Media

☐ Other

| FOIA Services | | # of Items<br>or Hours | Price per Item<br>or Hour | Subtotal | Allow.<br>(if app.) | Total |
|---|---|---|---|---|---|---|
| Reproduction | Standard Pages | | | | | |
| | CD/DVD | | | | | |
| Search Costs | Rate 1 | | | | | |
| | Rate 2 | | | | | |
| | Rate 3 | | | | | |
| Review Costs | Rate 1 | | | | | |
| | Rate 2 | 2 | $46.00 | $92.00 | | $92.00 |
| | Rate 3 | | | | | |
| Computer Costs<br>(Operators time &<br>search time) | Rate 1 | | | | | |
| | Rate 2 | | | | | |
| | Rate 3 | | | | | |
| Certification Record | | | | | | |
| Pay total of | | | | | | $92.00 |

| Invoice prepared by:<br>Robert L. Wymer | Phone number:<br>301-496-9737 | IC:<br>NIAMS |
|---|---|---|

**Notes:**

NIH 2927 (2/12)

## FOIA Invoice Payment Options:

Option 1:  Electronic Payment -- Go to https://www.pay.gov.

- Click on "Agency List" to locate the NIH page.
  " N" for NIH or "H" for Health and Human Services.

- Select "NIH FOIA Payments."
  Please fill in the form completely.
  Make sure you use the current case number from the invoice.
  Click "Submit Data."

- Enter Payment Information
  Select "Continue with ACH Payment."

- Review "Authorize Payment" and "Summary," check the box for
  the authorization and disclosure statement, and then press the
  "Submit Payment" button only once.  Print a copy for your records.

Option 2:   Personal check or money order via U.S. Mail, send to:

> NIH FOIA
> Building 31, Room 5B35
> 31 Center Drive, MSC 2107
> Bethesda, MD 20892
> Please include a copy of the invoice with your payment.

# Southwest.
## Rapid Rewards'

 Manage your account online:
www.chase.com/Southwest

Customer Service:
1-800-346-5636

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

*pd 7/19/22 or line*

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/09 | ARC DOCUMENT SOLUTIONS SAN FRANCISCO CA | 342.60 |

(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice.
How to Avoid Interest on Purchases, and other important information, as applicable.

**ARC**
100 Hooper Street, Suite 20
San Francisco, CA 94107
415 495-8700

COD

INVOICE NO.  **2588341**

INVOICE DATE  **06/09/22**

WORK ORDER#  **P2178491**

ATTN: GUEST DEBBIE BURK/TOMMY O'REARDON
HOTEL INTERCONTINENTAL
888 HOWARD ST
SAN FRANCISCO, CA 94103

SOLD TO:
Cust# 20001
CASH SALES - Hooper
100 Hooper St. Suite 20
SAN FRANCISCO, CA 94107

SHIP TO:

JOB DUE: 06/06/22 at 03:00PM          Delivery/Shipping

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| DEBBIE BURK/CASH SALES - Hooper | 619.987.4554 | | | Andy Villarosa | |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | MONTERA | | TESS SO | 001 |

| OP CODE | DESCRIPTION | NO. OF ORIGINALS | COPIES | SIZE | TOTAL UNITS | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2215.03 | ORDER PROCESSING | 1 | 1 | | 1 | EA | | 9.00 |
| 2215 | PRESENTATION COLOR - SETUP | 1 | 1 | | 1 | EA | | 15.00 |
| 2225.01 | DTS - 3/16" WHITE FOAMCORE | 2 | 1 | 36X48 | 24 | SF | | 168.00 |
| 4026.03 | MOUNTED BOARD EXTRA PACKAGING | 1 | 1 | 37X49 | 13 | SF | | 52.00 |
| 5201.Z1 | DELIVERY ZONE 1 | 1 | 1 | z1 | 1 | EA | | 29.50 |
| | WAIVED | | | | | | DISCOUNT | -29.50 |
| 5205 | FUEL SURCHARGE | 1 | 1 | | 1 | EA | | 9.00 |
| | WAIVED | | | | | | DISCOUNT | -9.00 |
| 2225.01 | DTS - 3/16" WHITE FOAMCORE | 1 | 1 | 36x48 | 12 | SF | | 71.40 |
| | Reprint due to updated file correction | | | | | | | |

-------------------------- ORDER NOTES --------------------------
The bell captain right inside the front door on Howard Street will hold the delivery for
us until we return to the hotel.
My cell phone number is (619) 987-4554 in case you have any questions.

Please mail payments to our NEW remit
address: PO Box 511579 Los Angeles, CA
90051-8134 Thank you

**For Billing Inquiries, please contact your local branch at 415 495-8700**
**For Account Inquiries and Payment Information, please call Annette Conzo at 626-541-9967**

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 315.40 | | 27.20 | 342.60 | 342.60 | 0.00 |

Invoices undisputed for 45 days are final.

2178491

**TERMS:**  C. O. D.
Remit To:  ARC Document Solutions, LLC. PO Box 511579 Los Angeles, CA 90051-8134
AC

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Union Bank® Business Edition® Plus Visa®

**Account Number:** ▮▮▮▮▮▮

Page 001 of 002

## Account Summary

Previous Balance ........ ▮
Payments ..................... ▮
Other Credits ................ ▮
Purchases .................... ▮
Balance Transfers ........ ▮
Cash Advances ............ ▮
Fees Charged ............... ▮
Interest Charged ........... ▮
New Balance ................ ▮

Statement Closing Date ....... 04/18/13
Days in Billing Cycle ....................... 30

Total Credit Limit .......... ▮
Available Credit ............. ▮
Cash Limit ..................... ▮
Available Cash ............. ▮

## Payment Information

New Balance ....................................................... ▮
Minimum Payment Due ..................................... ▮
Past Due Amount ............................................... ▮
Payment Due Date ............................................ May 15, 2013



Manage your business expenses with convenient online access.

- Make secure online payments
- Access current and historical statements, up to 7 years old
- Monitor monthly expenses

Login today to explore all the online possibilities!



_handwritten: TO    ML 5/8/13    # 3160_

## Customer Service

Call: Toll Free  1-800-819-4249
(TDD Telecommunications Device for the Deaf: 1-800-925-2833)

Save Time and Stamps
by Paying Online!

Visit: **www.firstbankcard.com/unionbank**

## Rewards Summary



Total points earned this month.....................................1,803
Bonus points earned this month...................................0
Total points redeemed this month.................................0
Accumulated point total................................................89,768
Points expiring next month............................................40

Remember...
keep using your card to
increase your rewards total -
the more you charge, the
more rewards you earn!

## Transaction Detail



| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 4-10 | 4-12 | 244450031011005189803179 | CVS PHARMACY #9268 LA JOLLA CA | _PRODUCTS_ $7.55 _JOINT JUICE_ |



Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 10.99% (v) | ▮ | 30 | $0.00 |
| Cash Advance | 19.99% (v) | ▮ | 30 | $0.00 |

**amazon**.com

Final Details for Order #112-5776375-1936259
Print this page for your records.

**Order Placed:** January 14, 2020
**Amazon.com order number:** 112-5776375-1936259
**Order Total:** $23.23

| Shipped on January 14, 2020 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Joint Juice Glucosamine and Chondroitin Supplement, Blue Acai, 8 fl oz Bottle, (24 Count)*<br>Sold by: Amazon.com Services LLC<br><br>Condition: New | $21.56 |

**Shipping Address:**
Tommy O'Reardon Blood Hurst & O'Reardon
501 W BROADWAY STE 1490
SAN DIEGO, CA 92101-3536
United States

**Shipping Speed:**
FREE Prime Delivery

| Payment information | |
|---|---|
| **Payment Method:**<br>Visa \| Last digits: 7913 | Item(s) Subtotal: $21.56<br>Shipping & Handling:   $0.00 |
| **Billing address**<br>Tommy O'Reardon Blood Hurst & O'Reardon<br>501 W BROADWAY STE 1490<br>SAN DIEGO, CA 92101-3536<br>United States | -----<br>Total before tax: $21.56<br>Estimated tax to be collected:   $1.67<br>-----<br>**Grand Total:$23.23** |
| **Credit Card transactions** | Visa ending in 7913: January 14, 2020: $23.23 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

amazon.com

### Final Details for Order #112-0711822-1848238
Print this page for your records.

**Order Placed:** May 19, 2022
**Amazon.com order number:** 112-0711822-1848238
**Order Total:** $62.48

---

**Shipped on May 19, 2022**

**Items Ordered**

2 of: *Joint Juice Glucosamine and Chondroitin Supplement, Cranberry Pomegranate, 8 fl oz Bottle, (24 Count)*
Sold by: Amazon.com Services LLC

**Price**
$14.38

Condition: New

**Shipping Address:**
Dolan Law Firm c/o Blood Hurst
1438 MARKET ST
SAN FRANCISCO, CA 94102-6004
United States

**Shipping Speed:**
FREE Prime Delivery

---

**Shipped on May 19, 2022**

**Items Ordered**

2 of: *Joint Juice Glucosamine and Chondroitin Supplement, Cranberry Pomegranate, 8 fl oz Bottle, (24 Count)*
Sold by: Amazon.com Services LLC

**Price**
$14.38

Condition: New

**Shipping Address:**
Dolan Law Firm c/o Blood Hurst
1438 MARKET ST
SAN FRANCISCO, CA 94102-6004
United States

**Shipping Speed:**
FREE Prime Delivery

---

**Payment information**

**Payment Method:**
Visa | Last digits: 7913

**Billing address**
Tommy O'Reardon Blood Hurst & O'Reardon LLP
501 West Broadway, Suite 1490
San Diego, CALIFORNIA 92101
United States

| | |
|---|---|
| Item(s) Subtotal: | $57.52 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $57.52 |
| Estimated tax to be collected: | $4.96 |
| | ----- |
| **Grand Total:** | **$62.48** |

**Credit Card transactions**

Visa ending in 7913: May 19, 2022: $62.48

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

**Tommy O'Reardon**

| | |
|---|---|
| From: | Rite Aid <no-reply@confirmation.riteaid.com> |
| Sent: | Monday, November 22, 2021 4:12 PM |
| To: | Tommy O'Reardon |
| Subject: | Rite Aid Shipping Confirmation For Order #107188426 |

     

Pharmacy    Shop    Coupons    Weekly Ad    Flu/Immunity

## Shipping Confirmation

Thomas,

You can track the progress of your package with tracking number located below. Remember, you can always check the status of your past orders by visiting RiteAid.com and logging into your account.

**Tracking Number:**

FedEx Tracking Number: **286452562917**

Package 1 of 1



| RECEIVED | SHIPPED | DELIVERED |
|---|---|---|
| 11-22-2021 | 11-22-2021 | 11-24-2021 |

# Order Details

Order #107188426

Placed on Nov 19, 2021, 6:43:48 PM

| Billing to: | Shipping to: |
|---|---|
| Thomas OReardon | Thomas O'Reardon |
| 655 West Broadway, Suite 1490 | 653 Margarita Ave |

San Diego, California, 92101
United States
T: 619 338 1100

Coronado, California, 92118-2320
United States
T: 619 944 9865

| Item | | Qty | Original Price | Discount | Price Paid |
|---|---|---|---|---|---|
|  | Joint Juice Glucosamine + Chondroitin Drink, Cran Pomegranate, 8 fl oz - 6 ct | Ordered: 3 | $5.49 | ($0.00) | $16.47 |

Payment Method: Credit/Debit Card

Subtotal: $16.47

KidCents: $0.00

Shipping & Handling: $6.95

Tax: $1.28

Grand Total: $24.70

At Rite Aid, we strive to provide our customers with the best possible online shopping experience. Because, *With Us, It's Personal.*

Thank you for shopping with us.

**The Rite Aid Online Store Team**

 Refill Prescriptions      Shop by Category      Mobile App

    

2

amazon.com

**Order Placed:** May 13, 2022
**Amazon.com order number:** 112-0359057-5840252
**Order Total: $34.47**

| Shipped on May 14, 2022 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Kouber Anatomical Medical Knee Joint with Ligaments Model,Life Size*<br>Sold by: Kouber Science (seller profile)<br><br>Condition: New | $31.99 |

**Shipping Address:**
Thomas O'Reardon
653 MARGARITA AVE
CORONADO, CA 92118-2320
United States

**Shipping Speed:**
FREE Prime Delivery

| Payment information | |
|---|---|
| **Payment Method:**<br>Visa \| Last digits: 7913 | Item(s) Subtotal: $31.99<br>Shipping & Handling:  $0.00<br>----- |
| **Billing address**<br>Tommy O'Reardon Blood Hurst & O'Reardon LLP<br>501 West Broadway, Suite 1490<br>San Diego, CALIFORNIA 92101<br>United States | Total before tax: $31.99<br>Estimated tax to be collected:  $2.48<br>-----<br>**Grand Total:$34.47** |
| **Credit Card transactions** | Visa ending in 7913: May 14, 2022:$34.47 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

 **Southwest.**
Rapid Rewards'

 Manage your account online:
www.chase.com/Southwest

 Customer Service:
1-800-346-5638

 Mobile: Download the
Chase Mobile® app today

*pd 7/19/22 or live*

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | | |
| 06/11 | SPECIALIZEDLEGALSERVINC SAN FRANCISCO CA | 168.00 |
| | | |

TIMOTHY G BLOOD
TRANSACTIONS THIS CYCLE (CARD 1902)
INCLUDING PAYMENTS RECEIVED

2022 Totals Year-t
Total fees charged in 2022
Total interest charged in 2022

Year-to-date totals do not reflect any
you may have rece

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 17.49%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 26.49%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 17.49%(v)(d) | - 0 - | - 0 - |

**30 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice,
How to Avoid Interest on Purchases, and other important information, as applicable.

**COURT INVOICE**

TAX ID: 94-3315956

## Specialized Legal Services, Inc.
### 1112 Bryant St., Suite 200 San Francisco, CA 94103
### Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| CREDIT | June 9, 2022 | P194555 |

**Bill To:**
Debbie Burk
Credit Card Client/Pre Paid Client          File No:
1112 Bryant Street
San Francisco, CA 94103

| | |
|---|---|
| Court: | **United States District Court** |
| Plaintiff: | **MONTERA** |
| Defendant: | **PREMIER** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| San Francisco - Zone 3    22 | | | 60.00 |
| Box Charge    22 | 9.00 | .00 | 108.00 |

**Documents: RETRIEVE 9 BOXES FROM JUDGE SEEBORG'S COURTROOM**

**Completed on 6/8/2022**

| | |
|---|---|
| TOTAL DUE | $ 168.00 |

Thank you for choosing Specialized Legal Services, Inc.!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| CREDIT | June 9, 2022 | P194555 |

Remit To:

**Specialized Legal Services, Inc.**
**1112 Bryant St., Suite 200**
**San Francisco, CA 94103**

TOTAL DUE:          $  168.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Specialized Legal Services, Inc.**

Order#:P194555/INVOICEC