**EXHIBIT 14**

*Montera v. Premier Nutrition*, Case No. 3:16-CV-06980 RS
Blood Hurst & O'Reardon, LLP

Class Notice and Outreach: $38,691.79

| Description | Cost |
|---|---|
| JND Legal Administration – Class Notice of Pendency | $29,691.81 |
| Top Class Actions | $8,000.00 |
| Facebook | $999.98 |
| **TOTAL** | **$38,691.79** |

## Receipt for BHO Law
Account ID: 600355694707014



**Invoice/Payment Date**
**Feb 4, 2022, 1:45 PM**

**Payment method**
**Visa · 7913**
Reference Number: N9MVQBP2S2

Paid

**Transaction ID**
4765782266871209-9245301

You're being billed because you reached your ▮▮▮▮ payment threshold.

**Product Type**
**Meta ads**

## Campaigns

**[01/25/2022] Promoting Joint Juice New York form created on Tue Jan 25, 2022 1:29pm**

From Jan 14, 2022, 12:00 AM to Feb 4, 2022, 1:45 PM

$366.48

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025-1452
United States

United States

## Receipt for BHO Law
Account ID: 600355694707014



Invoice/Payment Date
**Feb 5, 2022, 6:34 AM**

Payment method
**Visa · 7913**
Reference Number: CTNDEC32S2

Transaction ID
**4840935506022546-9249561**

Product Type
**Meta ads**

Paid

▬▬▬▬▬▬▬▬▬▬▬

Ad spend since Feb 4, 2022.

## Campaigns

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**[01/25/2022] Promoting Joint Juice New York form created on Tue Jan 25, 2022 1:29pm**
From Feb 4, 2022, 12:00 AM to Feb 4, 2022, 11:59 PM

$37.76

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025-1452
United States

United States

## Receipt for BHO Law
Account ID: 600355694707014



Invoice/Payment Date
**Feb 19, 2022, 5:11 AM**

Payment method
**Visa · 7913**
Reference Number: CZCC7DT2S2

Transaction ID
**4928174110632024-9336924**

Product Type
**Meta ads**

Paid

You're being billed because you reached your payment threshold.

## Campaigns

**[01/25/2022] Promoting Joint Juice New York form created on Tue Jan 25, 2022 1:29pm**                                                    $95.76
From Feb 4, 2022, 12:00 AM to Feb 19, 2022, 5:11 AM

**[02/14/2022] Promoting Joint Juice New York form created on Tue Jan 25, 2022 1:29pm**                                                   $343.17
From Feb 4, 2022, 12:00 AM to Feb 19, 2022, 5:11 AM

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025-1452
United States

United States

## ∞ Meta

### Receipt for BHO Law
Account ID: 600355694707014

Invoice/Payment Date
**Mar 5, 2022, 12:06 AM**

Payment method
**Visa · 7913**
Reference Number: U7DC9EXZR2

Transaction ID
**5047013405414753-9432200**

Product Type
**Meta ads**

Paid

Ad spend since Feb 18, 2022.

### Campaigns



**[02/14/2022] Promoting Joint Juice New York form created on Tue Jan 25, 2022 1:29pm**
From Feb 18, 2022, 12:00 AM to Feb 26, 2022, 11:59 PM

$156.81

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025-1452
United States

United States

 CLASS ACTION ADMINISTRATION

Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/26/2022 | 143016 |

**BILL TO**

Blood Hurst & O'Reardon
Thomas J. O'Reardon
501 West Broadway, Suite 1490
San Diego, CA 92101

| PROJECT | TERMS |
|---|---|
| JOT - Joint Juice New York Litigation | Deferred |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (Inception - December 31, 2021) | | |
| 23.5 | Case Website | 150.00 | 3,525.00 |
| 9.25 | Publish Notice | 255.00 | 2,358.75 |
| | Summary Notice Publication | 1,050.00 | 1,050.00 |
| 1 | Email Communications | 150.00 | 150.00 |
| 23 | Project management including interaction with counsel, implement notice plan, status reports, supervision of project team, systems support and database management, opt-out processing, resolution of issues, drafting affidavits | 180.00 | 4,140.00 |
| | Expenses: | | |
| | Domain Registration | 897.79 | 897.79 |
| 1 | Electronic Data Storage | 0.006 | 0.01 |
| 1 | PO Box | 150.00 | 150.00 |

| | |
|---|---|
| **Invoice Total** | $12,271.55 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$12,271.55



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/18/2022 | 143220 |

**BILL TO**

Blood Hurst & O'Reardon
Thomas J. O'Reardon
501 West Broadway, Suite 1490
San Diego, CA 92101

| PROJECT | TERMS |
|---------|-------|
| JOT - Joint Juice New York Litigation | Deferred |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - 31, 2022) | | |
| | Publish Notice | | |
| | Summary Notice Publication | 8,150.00 | 8,150.00 |
| 6.5 | Project management including interaction with counsel, implement notice plan, status reports, supervision of project team, systems support and database management, opt-out processing, resolution of issues, drafting affidavits | 215.00 | 1,397.50 |
| | Expenses: | | |
| 2,085 | Electronic Data Storage | 0.006 | 12.51 |
| 1 | PO Box | 150.00 | 150.00 |

| | | |
|---|---|---|
| | **Invoice Total** | $9,710.01 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$21,981.56



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/19/2022 | 144945 |

**BILL TO**

Blood Hurst & O'Reardon
Thomas J. O'Reardon
501 West Broadway, Suite 1490
San Diego, CA 92101

| | PROJECT | TERMS |
|---|---|---|
| | JOT - Joint Juice New York Litigation | Deferred |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - July 31, 2022) | | |
| 0.25 | Email Communications | 60.00 | 15.00 |
| 4.25 | Project Management | 180.00 | 765.00 |
| | Expenses: | | |
| 8 | Electronic Data Storage | 0.006 | 0.05 |
| 5 | PO Box | 150.00 | 750.00 |
| | Domain Renewal | 247.49 | 247.49 |

| | | | |
|---|---|---|---|
| | | **Invoice Total** | $1,777.54 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$27,367.86



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/27/2022 | 145160 |

**BILL TO**

Blood Hurst & O'Reardon
Thomas J. O'Reardon
501 West Broadway, Suite 1490
San Diego, CA 92101

| PROJECT | TERMS |
|---|---|
| JOT - Joint Juice New York Litigation | Deferred |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2022) | | |
| 3.75 | Case Website | 140.00 | 525.00 |
| 0.25 | Publish Notice | 265.00 | 66.25 |
| 1.75 | Project Management | 385.00 | 673.75 |
| | Expenses: | | |
| 2 | Electronic Data Storage | 0.006 | 0.01 |
| 1 | PO Box | 165.00 | 165.00 |

| | |
|---|---|
| **Invoice Total** | $1,430.01 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$28,797.87



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/26/2022 | 145389 |

**BILL TO**

Blood Hurst & O'Reardon
Thomas J. O'Reardon
501 West Broadway, Suite 1490
San Diego, CA 92101

| PROJECT | TERMS |
|---|---|
| JOT - Joint Juice New York Litigation | Deferred |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2022) | | |
| 0.25 | Project Management | 125.00 | 31.25 |
| | Expenses: | | |
| 2 | Electronic Data Storage | 0.006 | 0.01 |
| 1 | PO Box | 165.00 | 165.00 |
| | Domain Renewal | 105.15 | 105.15 |

| | |
|---|---|
| **Invoice Total** | $301.41 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$29,099.28



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2022 | 145630 |

**BILL TO**

Blood Hurst & O'Reardon
Thomas J. O'Reardon
501 West Broadway, Suite 1490
San Diego, CA 92101

| PROJECT | TERMS |
|---|---|
| JOT - Joint Juice New York Litigation | Deferred |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (October 1 - 31, 2022) | | |
| 0.25 | Project Management | 325.00 | 81.25 |
| | Expenses: | | |
| 2 | Electronic Data Storage | 0.006 | 0.01 |
| 1 | PO Box | 165.00 | 165.00 |

| | |
|---|---|
| **Invoice Total** | $246.26 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$29,345.54



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 12/23/2022 | 146340 |

**BILL TO**

Blood Hurst & O'Reardon
Thomas J. O'Reardon
501 West Broadway, Suite 1490
San Diego, CA 92101

| PROJECT | TERMS |
| --- | --- |
| JOT - Joint Juice New York Litigation | Deferred |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (November 1 - 30, 2022) | | |
| 0.25 | Email Communications | 65.00 | 16.25 |
| | Expenses: | | |
| 2 | Electronic Data Storage | 0.006 | 0.01 |
| 1 | PO Box | 165.00 | 165.00 |

| | Invoice Total | $181.26 |
| --- | --- | --- |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$29,526.80



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/25/2023 | 148174 |

**BILL TO**

Blood Hurst & O'Reardon
Thomas J. O'Reardon
501 West Broadway, Suite 1490
San Diego, CA 92101

| PROJECT | TERMS |
|---|---|
| JOT - Joint Juice New York Litigation | Deferred |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (December 1 - 31, 2022) | | |
| | Expenses: | | |
| 2 | Electronic Data Storage | 0.006 | 0.01 |
| 1 | PO Box | 165.00 | 165.00 |

| | Invoice Total | $165.01 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$29,691.81

4605 E Chandler Blvd, Suite 110-10
Phoenix, AZ  85048
(480) 353-7534
scott.hardy@topclassactions.com
www.TopClassActions.com



**TopClassActions**
.com

**BILL TO**
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA  92101

**INVOICE #** 1463
**DATE** 10/24/2016
**DUE DATE** 10/24/2016
**TERMS** Due on receipt

| ACTIVITY | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Joint Juice Class Action Investigation - Runs through 11/26/16 | 1 | 4,500.00 | 4,500.00 |

Please overnight payment to:

**BALANCE DUE** **$4,500.00**

Top Class Actions
4605 E Chandler Blvd.
Suite 110-10
Phoenix, AZ 85048

or wire payment to:

Bank of America, 15615 S Desert Foothills Pkwy, Phoenix, AZ 85048
Routing 026009593
Account 457000478007

Top Class Actions LLC's Federal Tax ID is 26-3350877.

THANK YOU!

11/2/16
#5679

**TCA AZ LLC**

4605 E. Chandler Blvd, Suite 110-10
Phoenix, AZ  85048
scott.hardy@topclassactions.com
www.topclassactions.com



# INVOICE

**BILL TO**

Blood Hurst & O'Reardon LLP
Blood Hurst & O'Reardon LLP
501 West Broadway, Suite
1490
San Diego, CA  92101

**INVOICE #** 1161
**DATE** 10/23/2018
**DUE DATE** 10/23/2018
**TERMS** Due on receipt

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 10/23/2018 | Glucosamine/Chondroitin | Glucosamine/Chondroitin | 1 | 4,500.00 | 4,500.00 |

BALANCE DUE                     **$4,500.00**



JOINT JUICE  1,500.
1,500.
1,500
———
4500.

pd 10/30/18
✓#7217

70 p1 6/3/20
on line

**UnionBank**

Union Bank® Business Visa® Credit Card
Statement Period: 04/20/20 through 05/20/20
Account Number: ▮▮▮▮

## Transactions

### Payments and Other Credits

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 05/06 | 7429435GF00XSWASY | PAYMENT - THANK YOU | |
| | | Total Payments and Credits this Period | |

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| | | | |
| 05/13 | 2469216GN2X4THTR6 | IN 'TCA AZ LLC    480-3537534  AZ | /Joint Juice  8,000 00 |

2000.

### Fees

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| | Total Fees This Period | | $0.00 |

### Interest Charged

| Trans Date | Reference Number | Description | Amount |
|---|---|---|---|
| 05/20 | | Interest Charge on Purchases | 0 00 |
| 05/20 | | Interest Charge on Cash Advances | 0.00 |
| | Total Interest This Period | | $0.00 |

## Year to Date Summary

| | |
|---|---|
| Total Fees Charged in 2020 | $0.00 |
| Total Interest Charged in 2020 | $0 00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 10.99% (v) | $0.00 | $0.00 |
| Cash Advances | 19.00% (v) | $0.00 | $0.00 |

(v) = Variable Rate (f) = Fixed Rate

## Important Messages

If you have been impacted by COVID-19 and need assistance with your Union Bank Credit Card, please visit www.unionbank.com/covid-19.

**Top Class Actions**

11201 N Tatum Blvd Ste 300 #212
AZ US
scott.hardy@topclassactions.com
www.topclassactions.com



# INVOICE

**BILL TO**

Tommy O'Reardon
Blood Hurst & O'Reardon LLP
501 West Broadway, Suite
1490
San Diego, CA  92101

**INVOICE #** 2118
**DATE** 05/12/2020
**DUE DATE** 05/12/2020
**TERMS** Due on receipt

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/12/2020 | Class Action Investigation | ███ Glucosamine False Advertising | 1 | 6,000.00 | 6,000.00 |

BALANCE DUE

**USD 6,000.00**