**EXHIBIT 15**

*Montera v. Premier Nutrition*, Case No. 3:16-CV-06980 RS
Blood Hurst & O'Reardon, LLP

Mediation Fees: $24,300.00

| Mediation Date | Mediator | Class Counsel's Cost |
|---|---|---|
| 12/3/13 | Martin Quinn (JAMS) | $3,275.00 |
| 4/9/15 | Hon. Carl J. West (Ret.) (JAMS) | $3,525.00 |
| 9/24/20 | Hon. Layn R. Phillips (Ret.) | $17,500.00 |
| **Total** | | **$24,300.00** |

# Phillips ADR

2101 E. Coast Highway, Suite 250
Corona del Mar, CA 92625
(949) 718-4547

Invoice submitted via email
to:

July 14, 2020
Invoice #18562

Blood Hurst & O'Reardon LLP
Timothy G.Blood
tblood@bholaw.com
Thonas J. O'Reardon
toreardon@bholaw.com

Craig M. Peters
cpeters@altairlaw.us

Carlson Lynch LLP
Todd D. Carpenter
tcarpenter@carlsonlych.com

Re:   Vincent D. Mullins v. Premier Nutrition Corp. Mediation
Client # 12579

|  | Amount |
|---|---|
| **Mediation Services** | **$35,000.00** |
| **Your responsibility of the split charges** | **$17,500.00** |
| **BALANCE DUE** | **$17,500.00** |

**Please remit payment using one of the following:**

| PLEASE SEND CHECK TO | WIRE INSTRUCTIONS |
|---|---|
| Phillips ADR Enterprises, P.C., | First Republic Bank |
| 2101 East Coast Highway, Suite 250 | 2800 East Coast Highway |
| Corona del Mar, CA 92625 | Corona del Mar, CA 92625 |
|  | Telephone (949) 721-0988 |
| FEDERAL TAX ID | Routing No. 321081669 |
| 47-1443680 | Account No. 8006571931 |
|  | SWIFT Code FRBBUS6S |

**PAYMENT DUE UPON RECEIPT OF INVOICE**

PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.



**JAMS**

**THE RESOLUTION EXPERTS®**

# INVOICE

| | **Invoice Date** | **Invoice Number** |
|---|---|---|
| | **09/06/13** | **0002983206-100** |

To: **Thomas J. O'Reardon, Esq.**
**Blood Hurst & O'Reardon LLP**
**701 'B' Street**
**Suite 1700**
**San Diego, CA 92101**

| | | SBC |
|---|---|---|
| Reference #: | **1100074630** | |
| Billing Specialist: | **Glenn Mason** | |
| Telephone: | **(949) 224-4654** | |
| Employer ID: | **68-0542699** | |

RE: **Mullins, Vincent D. vs. Premier Nutrition Corp. f/k/a Joint Juice, Inc.**

Representing: **Vincent D. Mullins**          Neutral(s): **Martin Quinn Esq.**

Hearing Type: **Mediation**                                    **Rep# 1**

| Date/Time | Description | Hours | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| 12/03/13 9:30:00AM | Martin Quinn Esq. Session Time | 8.00 | 6,000.00 | 2 | 3,000.00 |
| 09/06/13 | Case Management Fee | | | | 275.00 |
| | | | | Fees | 3,275.00 |
| | | | | Total | $ 3,275.00 |
| | | | Outstanding Balance as of 09/10/13 | | $ 3,275.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.

Page 1 of 1

**JAMS FEE AGREEMENT & CANCELATION POLICY**
**Please complete this form: sign, date, and return to Jo-El Fequiere either by email at jfequiere@jamsadr.com**
**or by fax at 213-620-0100.**

**Case Name: Mullins, Vincent D. vs. Premier Nutrition Corp. fka Joint Juice, Inc.**
**Ref. #: 1220050190**

**1.    Professional Fees**

Professional services for this matter, including but not limited to reading and other preparation time, the session time, extra session time, and any additional services or work, will be billed at the neutral's normal rate. Fees for unused scheduled time will not be refunded. The professional fees for Carl J. West are $6,500 per day (includes up to 8 hours of session time on the scheduled day and up to two hours of reading and research time); $4,000 per half day (includes up to 4 hours of session time on the scheduled day plus one hour of reading and research time); all additional time billed at $600 per hour.

**2.    Additional Fees**

*A.*    Case Management Fees: Each party will be charged an initial non-refundable Case Management Fee of $275. Please see attached Fee Schedule for policy on reassessment.
*B.*    Expenses are billed at cost.
*C.*    Travel: If travel is required and is not included in the neutral's rate, travel time is billed at the neutral's hourly rate. Travel expenses are billed at cost.
*D.*    Reading and Research Fees: Parties will be billed according to the neutral's fee schedule for reading and research time.

**3.    Cancelation and Rescheduling Policy**

According to the JAMS Fee Schedule, fees for hearing sessions are non-refundable if a session is canceled or rescheduled less than 14 days before the session date, unless the neutral's time is rescheduled with another matter. Cancelation and rescheduling fees will be paid by the canceling party(ies). Case Management Fees are non-refundable.

**4.    Payment**

*A.*    The parties agree to divide the professional fees and additional fees as follows:
50% to Blood Hurst & O'Reardon on behalf of Plaintiff Kathie Sonner and 50% to Arnold & Porter, LLP on behalf of Defendant Premier Nutrition Corp and as set forth in the neutral's Fee Schedule.
*B.*    Each party agrees to pay its share of the estimated fees and expenses to be received by JAMS at least 14 calendar days prior to the session and according to applicable deadlines. Unless it otherwise agrees, JAMS is not bound by agreements between or among the parties with respect to its fees.

By the signatures below, each participant, either directly or through counsel, hereby certifies that s/he has read this entire Agreement and agrees with all matters stated herein. This Agreement may be signed in counterparts.

Signed: _____   Signed: _____

Print Name: _Timothy G Blood_   Print Name: _____

For: _Plaintiff_   For: _____

Dated: _3/13/15_   Dated: _____



**THE RESOLUTION EXPERTS**

NOTICE TO ALL PARTIES                                          July 15, 2013

    RE:    **Mullins, Vincent D. vs. Premier Nutrition Corp. f/k/a Joint Juice, Inc.**
               Reference #: 1100074630

Dear Parties:

JAMS has received a request to administer a mediation for the above-referenced matter and has
tentatively scheduled a mediation as follows:

        DATE:      November 6, 2013 at 9:30 AM for 8 hours

        PLACE:     JAMS
                     Two Embarcadero Center
                     Suite 1500
                     San Francisco, CA 94111

        NEUTRAL:   Martin Quinn Esq.

To confirm the mediation, all counsel must agree to the above schedule and fee arrangement by signing
the enclosed fee agreement. A fee schedule is attached for your reference.

JAMS requires 14 days advance notice to cancel/continue any sessions; otherwise, the canceling or
continuing party will be responsible for the time reserved unless we can rebook it with another matter. If
we are successful rebooking the time, that portion of the session fees will be refunded.

Please sign the agreement and fax it to our office at 415-982-5287, no later than close of business on
Wednesday, July 17, 2013. Written confirmation will be sent from JAMS upon receipt of the fee
agreements from all counsel.

Please contact me directly at 415-774-2611 with any questions. Thank you for choosing JAMS.

Sincerely,

Sandra B. Chan
ADR Specialist
SChan@jamsadr.com
Fax# 415-982-5287

**JAMS FEE AGREEMENT & CANCELATION POLICY**
**Please complete this form: sign, date, and return to Sandra B. Chan either by email at SChan@jamsadr.com**
**or by fax at 415-982-5287.**

**Case Name:  Mullins, Vincent D. vs. Premier Nutrition Corp. f/k/a Joint Juice, Inc.**
**Ref. #:  1100074630**

### 1.    Professional Fees

Professional services for this matter, including but not limited to reading and other preparation time, the session time, extra session time, and any additional services or work, will be billed at the neutral's normal rate.  Fees for unused scheduled time will not be refunded.  The professional fees for Martin Quinn are $6,000 per 8 hour day (plus two hours of reading and research); $3,000 per half day (plus one hour of reading and research); all additional time billed at $600 per hour.

### 2.    Additional Fees

*A.*    Case Management Fees:  Each party will be charged an initial non-refundable Case Management Fee of $275.  Please see attached Fee Schedule for policy on reassessment.
*B.*    Expenses are billed at cost.
*C.*    Travel:  If travel is required and is not included in the neutral's rate, travel time is billed at the neutral's hourly rate.  Travel expenses are billed at cost.
*D.*    Reading and Research Fees:  Parties will be billed according to the neutral's fee schedule for reading and research time.

### 3.    Cancelation and Rescheduling Policy

According to the JAMS Fee Schedule, fees for hearing sessions are non-refundable if a session is canceled or rescheduled less than 14 days before the session date, unless the neutral's time is rescheduled with another matter. Cancelation and rescheduling fees will be paid by the canceling party(ies).  Case Management Fees are non-refundable.

### 4.    Payment

*A.*    The parties agree to divide the professional fees and additional fees as follows:
50%- Angel Garganta on behalf of Premier Nutrition and 50% Thomas O'Reardon on behalf of Vincent Mullins and as set forth in the neutral's Fee Schedule.
*B.*    Each party agrees to pay its share of the estimated fees and expenses to be received by JAMS at least 14 calendar days prior to the session and according to applicable deadlines. Unless it otherwise agrees, JAMS is not bound by agreements between or among the parties with respect to its fees.

By the signatures below, each participant, either directly or through counsel, hereby certifies that s/he has read this entire Agreement and agrees with all matters stated herein.  This Agreement may be signed in counterparts.

| | |
|---|---|
| Signed: _____ | Signed: _____ |
| Print Name: _Tommy O'Reardon_ | Print Name: _____ |
| For: _Plaintiff_ | For: _____ |
| Dated: _7/15/13_ | Dated: _____ |



# General Fee Schedule
*Martin  Quinn, Esq.*

## PROFESSIONAL FEES

**Daily Rate** ........................................................ **$6,000**
Includes up to 8 hours of session time on the scheduled day and up to 2 hours of reading and research time

**Half Day Rate** ............................................. ...**$3,000**
Includes up to 4 hours of session time on the scheduled day and up to 1 hour of reading and research time

- Other professional time, including additional session time, pre and post session reading and research, and conference calls, will be billed at $600 per hour.

- All travel expenses are billed at actual cost.

- Travel time will not be charged within the Bay Area.  Travel elsewhere in California will be billed at half the normal hourly rate.

## NON-REFUNDABLE CASE MANAGEMENT FEE

- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services including all administration through the duration of the case, document handling, and use of JAMS conference facilities including after hours and on-site business support.  Weekends and holidays are subject to additional charges.
- The Case Management Fee is reassessed on cases that continue beyond originally scheduled professional time.
- Professional fees include time spent for sessions and pre- and post-sessions reading and research time.

### Mediations

| *One day is defined as 10 hours of professional time* | *Fee* |
|---|---|
| **1-3 days**................................................................................ | $275 per party, per day |
| **Time in excess of initial 30 hours**...................................... | 10% of professional fees |

### Discovery, Court Reference and Contract Matters

| *One day is defined as 10 hours of professional time* | *Fee* |
|---|---|
| **1-3 days**................................................................................ | $400 per party, per day |
| **Time in excess of initial 30 hours**...................................... | 10% of professional fees |

### Arbitrations
See neutral's individual arbitration fee schedule.

## CANCELLATION/CONTINUANCE POLICY

| | *Cancellation/Continuance Period* | *Fee* |
|---|---|---|
| 1 day or less .......................................... | 14 days or more prior to session........................ | 100% REFUNDABLE, except for time incurred |
| 2 days or more ...................................... | 30 days or more prior to session........................ | 100% REFUNDABLE, except for time incurred |
| 3 days or more ...................................... | 45 days or more prior to session........................ | 100% REFUNDABLE, except for time incurred |
| Sessions of any length .......................... | Inside the cancellation/continuance period............ | NON-REFUNDABLE |

- Unused session time is non-refundable.
- Session fees are non-refundable if time scheduled (or a portion thereof) is cancelled or continued within the cancellation period unless the Neutral's time can be rescheduled with another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced. In all cases involving non-refundable time, the party causing the continuance or cancellation is responsible for the fees of all parties.
- A retainer for anticipated preparation and follow-up time is billed to the parties.  Any unused portion is refunded.
- All fees are due and payable upon receipt of invoice and payment must be received in advance of session. JAMS reserves the right to cancel your session if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.

JAMS agreement to render services is with the attorney, the party, and/or other representatives of the party.

San Francisco • San Jose • Santa Rosa • Walnut Creek • Sacramento
www.jamsadr.com • Updated 01/01/11