VENABLE LLP
Angel A. Garganta (SBN 163957)
Email: agarganta@venable.com
Steven E. Swaney (SBN 221437)
seswaney@venable.com
Amit Rana (SBN 291912)
arana@venable.com
Antonia I. Stabile (329559)
Email: aistabile@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755


Attorneys for Defendant
PREMIER NUTRITION COMPANY, LLC

[ADDITONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>Defendant. | Case No. 3:16-cv-06980-RS<br><br>Hon. Richard Seeborg<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S RENEWED MOTION FOR ATTORNEYS' FEES**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor<br><br>Complaint Filed:    December 5, 2016<br>Trial Date:          May 23, 2022 |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

Pursuant to Local Rule 6-1 and 6-2, Plaintiff Mary Beth Montera and Defendant Premier Nutrition Company, LLC ("Premier"), through their counsel, enter into this stipulation regarding the briefing schedule on Plaintiff's renewed motion for attorneys' fees as follows:

WHEREAS, on October 18, 2022, the Court denied Plaintiff's motion for attorneys' fees and reimbursement of expenses without prejudice and directed Plaintiff to refile its motion with contemporaneous time records (ECF No. 320);

WHEREAS, on April 4, 2023, Plaintiff filed her Renewed Motion for Award of Attorneys' Fees and Reimbursement of Nontaxed Expenses ("Motion") (ECF No. 328);

WHEREAS, the hearing on Plaintiff's Motion is scheduled for May 11, 2023;

WHEREAS, the Parties desire additional time to brief their respective positions on the Motion;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1.    The deadline for Premier to oppose Plaintiff's Motion shall be May 4, 2023;

2.    The deadline for Plaintiff to file its reply shall be May 18, 2023;

3.    The hearing on Plaintiff's motion for attorneys' fees and bill of costs shall be June 1, 2023, or as soon thereafter as the Court is available.


Dated:  April 14, 2023                         VENABLE LLP

                                              By:    /s/ Steven E. Swaney
                                                     Steven E. Swaney


                                              Attorneys for Defendant
                                              PREMIER NUTRITION COMPANY, LLC

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

Dated:  April 14, 2023

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON (247952)
PAULA R. BROWN (254142)


By:    /s/ Thomas J. O'Reardon
        Thomas J. O'Reardon

*Attorneys for Plaintiff*
Mary Beth Montera

**ORDER**

Pursuant to the above Joint Stipulation and Proposed Order Regarding Briefing and Hearing Schedule on Plaintiff's Renewed Motion for Attorneys' Fees, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

1. The deadline for Premier to oppose Plaintiff's Motion shall be May 4, 2023;

2. The deadline for Plaintiff to file its reply shall be May 18, 2023;

3. The hearing on Plaintiff's Motion shall be June 8, 2023 at 1:30 pm.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April 17, 2023

Hon. Richard Seeborg
United States District Court Judge