# Exhibit D

The Wayback Machine - https://web.archive.org/web/20190319140244/https://bholaw.com/professionals.html



**Content on this page requires a newer version of Adobe Flash Player.**



| HOME | THE FIRM | EXPERTISE | PROFESSIONALS | CASES & INVESTIGATIONS | CONTACT |   |

w

REPORT A CASE »

## CASE UPDATES

**Facebook Lawsuit**

Blood Hurst & O'Reardon has filed a class action lawsuit against Facebook concerning the recent breach of Facebook users' personal information. You do not need to do anything at this time to join as a class member. However, if you wish to contact us regarding this lawsuit, please **click here** to fill out the secure form and be sure to enter the word "Facebook" in the comments field.

**To learn more, click here**

_____

**Tacoma, Sequoia and Tundra Rusted Frame Settlement**

Blood Hurst & O'Reardon has reached a $3.4 billion settlement to have the frames of certain Toyota Tacoma, Sequoia and Tundra vehicles inspected for excessive rust corrosion. Corroded frames are dangerous and must be replaced, so we urge all class members to have their vehicles inspected. When excessive rust corrosion is found, Toyota will replace the frame. The vehicles covered are 2005-2010 Tacomas, 2007-2008 Tundras and 2005-2008 Sequoias. Inspections and frame replacements are at no charge to vehicle owners and lessees.

**To learn more, click here**

_____

**Align Probiotic Settlement**

Blood Hurst & O'Reardon has reached a settlement worth up to $30 million involving P&G's Align probiotic supplement. If you purchased Align you may be entitled to a cash refund of up to $49.26. To be eligible for a cash refund you must submit a claim form by May 16, 2018.

**To find out, click here**

_____

**Joint Juice Class Certified**

If you purchased the joint health supplement called Joint Juice, a class

## Attorney Profiles

### Timothy G. Blood

Email: tblood@bholaw.com
Phone: 619.338.1100
Fax: 619.338.1101
VCard

Mr. Blood is the firm's managing partner. His practice has focused on complex litigation, including class action litigation, since the early 1990's. Mr. Blood has tried class action cases and is highly regarded in the field of consumer protection law, including California's Unfair Competition Law and Consumers Legal Remedies Act.

Mr. Blood has represented millions of retail consumers, holders of life, automobile and homeowner insurance policies, mortgagors, credit card customers, homeowners, and victims of race discrimination. He practices in both state and federal courts throughout the country, and has represented the interests of consumers formally or informally before the Federal Trade Commission, the California Department of Justice, the California Legislative Analyst's Office and the California Department of Insurance. He has worked with the Federal Trade Commission to obtain record setting recoveries for consumers. In _In re Skechers Toning Shoes Prods. Liab. Litig._, Mr. Blood's work with the Federal Trade Commission resulted in the largest consumer recovery in a false advertising action in FTC history. More>

### Leslie E. Hurst

Email: lhurst@bholaw.com
Phone: 619.338.1100
Fax: 619.338.1101
VCard

Ms. Hurst is a co-founding partner of the firm. Prior to founding the firm, Ms. Hurst was a partner at Coughlin Stoia Geller Rudman & Robbins LLP and an associate at Milberg Weiss Bershad Hynes & Lerach LLP.

Her practice has focused on complex class action lawsuits, including federal multi-district litigation and California Judicial Council Coordinated Proceedings, with an emphasis on consumer fraud and insurance cases under California's consumer protection statutes. More>

### Thomas J. O'Reardon II

Email: toreardon@bholaw.com
Phone: 619.338.1100
Fax: 619.338.1101
VCard

Mr. O'Reardon is a co-founding partner of the firm. His practice focuses exclusively on complex class action lawsuits involving consumer fraud, insurance fraud and antitrust violations.  Mr. O'Reardon earned his Bachelor of Arts degree in Politics from Wake Forest University and his Juris Doctor degree from the University of San Diego. He is licensed to practice law in all California state courts, the United States Courts of Appeal for the Sixth, Eighth, Ninth and Eleventh Circuits, as well as the United States District Courts for the Southern, Central, Eastern and Northern Districts of California, and the United States District Court for the Eastern District of Arkansas.

Prior to founding the firm, Mr. O'Reardon worked at Coughlin Stoia Geller Rudman & Robbins LLP. There, Mr. O'Reardon worked on numerous complex class action litigation matters, including actions involving: annuity policies marketed and sold to senior citizens; insurer kickbacks known as "contingent commissions" in the property and casualty insurance brokerage industry; Sherman Act

action lawsuit alleges it does not work. You should know about the certified class action and the upcoming trial.

**To find out, click here**

---

**Active Advantage Settlement Reached**

A settlement has been reached regarding Active Advantage membership fees. Class members can receive full refunds of the membership fees and, funds permitting, up to three times more.

**To find out more, click here**

claims against the world's largest manufacturers of random access memory for computers; invasions of credit card holder's rights of privacy; false and deceptive advertising of consumer goods and wireless telephone services; automobile insurers' unlawful practices with respect to installment pay plans; and dangerous and defective products, including recalled children's toys. He was also part of the team representing the California Department of Insurance against five of the largest employee benefit insurance companies for violations relating to their failure to disclose payments of contingent commissions to brokers. As a result of the action, all five defendants agreed to sweeping changes in their disclosure practices. More>

### Paula R. Brown

Email: pbrown@bholaw.com
Phone: 619.338.1100
Fax: 619.338.1101
VCard

Paula R. Brown is an associate with the firm. Her practice focuses on complex class action litigation, including consumer and antitrust cases. Mrs. Brown earned her Bachelor of Arts degree in Political Science from the University of Washington in 2004 and graduated cum laude from California Western School of Law in 2007. While at California Western, Mrs. Brown was a member of the *California Western Law Review* and authored *Parent-Child Relationship Trumps Biology: California's Definition of Parent in the Context of Same-Sex Relationships*, 43 Cal. W. L. Rev. 235 (2006). She is a member of the California Bar and is licensed to practice before the United States District Courts for the Central, Southern and Northern Districts of California, the United States District Court for the Northern District of Illinois and the United States Courts of Appeals for the Eighth and Ninth Circuits. More>

©2016 Blood Hurst & O'Reardon LLP | Legal Advertising | Disclaimer          Website by Jane Did It