# Exhibit E

| Timekeeper | Title | Hours | Rate | Lodestar | Date | Description |
|---|---|---|---|---|---|---|
| Straub, Craig | Associate | 5.75 | $575.00 | $3,306.25 | 8/12/2022 | Edit and revise motion for attorneys fees in Montera including time searching, collecting, and summarizing case law. |
| O'Reardon, Thomas | Partner | 3.00 | $710.00 | $2,130.00 | 8/13/2022 | review judgment and order, and researching fee and expense case law |
| Blood, Timothy | Partner | 0.50 | $960.00 | $480.00 | 8/15/2022 | Strategy meeting regarding attorneys fees |
| O'Reardon, Thomas | Partner | 10.25 | $710.00 | $7,277.50 | 8/15/2022 | review bill of cost caselaw and rules; call with TB and CS about fee motion and legal issues; research expense recovery, 349 and 350 fees  common fund and percentage of value law |
| Straub, Craig | Associate | 9.50 | $575.00 | $5,462.50 | 8/15/2022 | Edit and revise motion for attorney fees and costs including time searching, collecting, and summarizing case law at direction of attorney Blood; call with attorney Blood and O'Reardon regarding motion. |
| Straub, Craig | Associate | 7.75 | $575.00 | $4,456.25 | 8/16/2022 | Edit and revise motion for attorneys fees and costs including time collecting and analyzing case law. |
| O'Reardon, Thomas | Partner | 3.00 | $710.00 | $2,130.00 | 8/16/2022 | meet with TB and CS about fee motion and research fee motion case law following verdict |
| Straub, Craig | Associate | 11.75 | $575.00 | $6,756.25 | 8/17/2022 | Edit and revise motion for attorneys fees and costs including time collecting and analyzing case law. |
| O'Reardon, Thomas | Partner | 7.25 | $710.00 | $5,147.50 | 8/18/2022 | work on bill of costs and expense motion, and research law on fee motions post verdict with fee shifting statutes and circulate analysis of same to TB and CS |
| Straub, Craig | Associate | 11.00 | $575.00 | $6,325.00 | 8/18/2022 | Edit and revise motion for attorneys fees and costs including time searching and summarizing the case history. |
| Straub, Craig | Associate | 9.00 | $575.00 | $5,175.00 | 8/19/2022 | Edit and revise motion for attorneys fees and costs including time searching and summarizing the case History; edit and revise case history of the motion along with other sections. |
| O'Reardon, Thomas | Partner | 9.00 | $710.00 | $6,390.00 | 8/19/2022 | continue working on fee and expense motion and bill of costs and research for bill of costs taxable vs nontaxable issues |
| Blood, Timothy | Partner | 1.25 | $960.00 | $1,200.00 | 8/19/2022 | Work on fee and expense reimbursement brief |
| O'Reardon, Thomas | Partner | 7.00 | $710.00 | $4,970.00 | 8/22/2022 | continue working on fee and expense motion and declaration, and bill of costs, and calls with Grace Jun about same and meet with TB about same |
| Blood, Timothy | Partner | 0.75 | $960.00 | $720.00 | 8/22/2022 | Telephone conference with G. Jun regarding fee and expense application and work on fee brief |
| Straub, Craig | Associate | 9.25 | $575.00 | $5,318.75 | 8/23/2022 | Edit and revise motion for attorneys fees and costs including time searching and summarizing the case History; edit and revise case history of the motion along with other sections. |
| Blood, Timothy | Partner | 8.00 | $960.00 | $7,680.00 | 8/23/2022 | Work on fee and expense brief |
| O'Reardon, Thomas | Partner | 8.50 | $710.00 | $6,035.00 | 8/23/2022 | continue working on fee and expense motion and bill of costs |
| Blood, Timothy | Partner | 3.25 | $960.00 | $3,120.00 | 8/24/2022 | Work on fee brief and related documents |
| O'Reardon, Thomas | Partner | 10.00 | $710.00 | $7,100.00 | 8/24/2022 | continue working on fee and expense motion and bill of costs |
| Straub, Craig | Associate | 11.00 | $575.00 | $6,325.00 | 8/24/2022 | Edit and revise motion for attorneys fees and costs including time searching and summarizing the case history; edit and revise case history of the motion along with other sections; edit and revise Blood declaration in support of motion; communication with Ms. Montera and edit and revise her declaration. |
| O'Reardon, Thomas | Partner | 8.00 | $710.00 | $5,680.00 | 8/25/2022 | work on bill of costs; research gross versus net caselaw and continue working on fee and expense motion; meet and confer with defense counsel about fee motion |
| Blood, Timothy | Partner | 5.00 | $960.00 | $4,800.00 | 8/25/2022 | Work on fee brief and related documents |
| Straub, Craig | Associate | 12.50 | $575.00 | $7,187.50 | 8/25/2022 | Edit and revise motion for attorneys fees and costs including time searching and summarizing case law on hourly rates; edit |
| Blood, Timothy | Partner | 6.00 | $960.00 | $5,760.00 | 8/26/2022 | Work on fee and expense brief |
| Straub, Craig | Associate | 12.00 | $575.00 | $6,900.00 | 8/26/2022 | Edit and revise motion for attorneys fees and costs including time searching and summarizing case law on hourly rates; edit and revise Blood declaration in support of motion; search, collect, and summarize case law regarding gross fund percentages for the motion; prepare motion and Blood decl for filing |
| Maytorena, Dafne | Paralegal | 6.00 | $280.00 | $1,680.00 | 8/26/2022 | Review, cite check and edit motion for attorneys' fees |
| O'Reardon, Thomas | Partner | 7.00 | $710.00 | $4,970.00 | 8/26/2022 | continue work on mtn for attys fees and expenses and circulate same and coordinate with JND to update notice website to include fee motion for class members |
| O'Reardon, Thomas | Partner | 7.00 | $710.00 | $4,970.00 | 9/6/2022 | continue review of expense info requested by defendant; review and approve stip to continue schedule on fee motion briefing; draft and circulate stip on  judgment allocation briefing |
| O'Reardon, Thomas | Partner | 11.00 | $710.00 | $7,810.00 | 9/26/2022 | work on bill of costs reply and circulate same to TB and CS; begin drafting the fee motion reply |
| Straub, Craig | Associate | 5.75 | $575.00 | $3,306.25 | 9/26/2022 | Edit and revise oppositions to bill of costs and plaintiff's motion for attorneys's fees. |
| Straub, Craig | Associate | 6.00 | $575.00 | $3,450.00 | 9/27/2022 | Edit and revise oppositions to bill of costs and plaintiff's motion for attorneys' fees. |
| O'Reardon, Thomas | Partner | 9.00 | $710.00 | $6,390.00 | 9/27/2022 | continue working on fee reply brief |
| Straub, Craig | Associate | 4.25 | $575.00 | $2,443.75 | 9/28/2022 | Edit and revise oppositions to bill of costs and plaintiff's motion for attorneys' fees including time spent searching, collecting, and summarizing case law. |
| Blood, Timothy | Partner | 3.50 | $960.00 | $3,360.00 | 9/28/2022 | Work on fee and cost reply briefs |
| O'Reardon, Thomas | Partner | 12.00 | $710.00 | $8,520.00 | 9/28/2022 | continue working on fee motion reply and circulate same to TB and CS; review TB edits to bill of cost reply and incorporate same |
| Straub, Craig | Associate | 5.50 | $575.00 | $3,162.50 | 9/29/2022 | Edit and revise oppositions to bill of costs and plaintiff's motion for attorneys' fees including time spent searching, collecting, and summarizing case law. |
| Blood, Timothy | Partner | 7.00 | $960.00 | $6,720.00 | 9/29/2022 | Work on fee and cost reply briefs |
| O'Reardon, Thomas | Partner | 11.00 | $710.00 | $7,810.00 | 9/29/2022 | continue working on fee motion reply and bill of cost reply and coordinate with TB and CS about same |
| Blood, Timothy | Partner | 7.00 | $960.00 | $6,720.00 | 9/30/2022 | Work on reply briefs in support  of fees, costs, and expenses. |
| O'Reardon, Thomas | Partner | 9.00 | $710.00 | $6,390.00 | 9/30/2022 | work on and finalize replies ISO bill of costs and mtn for attys fees and declarations iso same |
| Maytorena, Dafne | Paralegal | 3.00 | $280.00 | $840.00 | 9/30/2022 | Review, cite and edit reply ISO motion for fees and reply ISO bill of costs |
| Straub, Craig | Associate | 6.25 | $575.00 | $3,593.75 | 9/30/2022 | Edit and revise oppositions to bill of costs and plaintiffs motion for attorneys' fees including time spent searching, collecting, and summarizing case law; prepare documents and corresponding declaration and exhibits for filing. |
| Maytorena, Dafne | Paralegal | 0.25 | $280.00 | $70.00 | 10/18/2022 | Notify court of counsel appearance regarding hearing on attorney fees |
| O'Reardon, Thomas | Partner | 7.00 | $710.00 | $4,970.00 | 10/18/2022 | continue preparing outline and researching for hearing on renewed JMOL, and work on outline for fee and expense mtn hearing; review order on fees and call about same |
| Blood, Timothy | Partner | 0.50 | $960.00 | $480.00 | 10/18/2022 | Review and analyze order on motion for new trial, judgment, and fees motions, telephone conference with G. Iredale and T. O'Reardon regarding same. |
| **Total** | | **318.25** | | **$215,488.75** | | |