# Exhibit F

| Timekeeper | Title | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Blood | Partner | 12/3/13 | 12.00 | $960.00 | $11,520.00 | Prepare for and participate in mediation and travel to and from San Francisco |
| Blood | Partner | 12/12/13 | 9.00 | $960.00 | $8,640.00 | Travel to and from and attend initial status conference and prepare for same; Inform co-counsel of proceeding; Review scheduling order |
| O'Reardon | Partner | 6/5/14 | 4.75 | $710.00 | $3,372.50 | travel to San Fran and prepare for tomorrow's deposition of D Ritterbush |
| O'Reardon | Partner | 6/6/14 | 11.00 | $710.00 | $7,810.00 | take deposition of D Ritterbush and travel to SD |
| O'Reardon | Partner | 6/12/14 | 12.50 | $710.00 | $8,875.00 | continue preparing for stone depositoin tomonow and travel to san francisco for same |
| O'Reardon | Partner | 6/13/14 | 11.00 | $710.00 | $7,810.00 | take deposition of Dr. Stone and travel to SD |
| O'Reardon | Partner | 6/23/14 | 10.00 | $710.00 | $7,100.00 | travel to San Fran and have settlement meeting with defense counsel and travel to SD |
| Blood | Partner | 6/23/14 | 10.00 | $960.00 | $9,600.00 | Attend settlement meeting and travel to and from San Francisco; Telephone conference with A Levitt regarding status. |
| O'Reardon | Partner | 7/24/14 | 10.75 | $710.00 | $7,632.50 | continue preparing for tomorrow's deposition of Darcy Hom and travel to San Fran |
| O'Reardon | Partner | 7/25/14 | 13.00 | $710.00 | $9,230.00 | prepare for and take deposition of Darcy Hom and travel to SD |
| O'Reardon | Partner | 11/18/14 | 15.50 | $710.00 | $11,005.00 | travel to San Fran and attend Palumbo deposition and meet with Todd C to prepare for Palumbo deposition tomorrow |
| O'Reardon | Partner | 11/19/14 | 12.00 | $710.00 | $8,520.00 | attend palumbo deposition and travel to San Diego |
| O'Reardon | Partner | 12/5/14 | 12.00 | $710.00 | $8,520.00 | prepare for and travel to SF for Irving deposition, take deposition and travel to SD afterwards |
| Blood | Partner | 4/9/15 | 13.50 | $960.00 | $12,960.00 | Prepare for and participate in mediation; Travel to and from Los Angeles |
| O'Reardon | Partner | 4/9/15 | 13.50 | $710.00 | $9,585.00 | travel to LA and attend mediation |
| O'Reardon | Partner | 6/9/15 | 13.00 | $710.00 | $9,230.00 | travel to NY for deposition and prepare for Keegan deposition tomorrow |
| O'Reardon | Partner | 6/11/15 | 14.50 | $710.00 | $10,295.00 | take deposition of Hal Poret and travel to SD |
| O'Reardon | Partner | 6/30/15 | 10.50 | $710.00 | $7,455.00 | travel to Boston and prepare for Silbert deposition |
| Blood | Partner | 6/30/15 | 9.50 | $960.00 | $9,120.00 | Prepare and travel to Boston for expert deposition |
| O'Reardon | Partner | 7/2/15 | 16.00 | $710.00 | $11,360.00 | defend deposition of Dr. Silbert and travel to San Diego afterwards |
| Blood | Partner | 7/2/15 | 16.00 | $960.00 | $15,360.00 | Defend Silbert deposition and return from Boston |
| O'Reardon | Partner | 7/9/15 | 12.50 | $710.00 | $8,875.00 | travel to Indianapolis, meet with Dr. Willis and prepare for his deposition |
| Blood | Partner | 7/9/15 | 12.00 | $960.00 | $11,520.00 | Prepare for meeting with Dr. Willis in preparation for deposition, travel to Indianapolis and meet with Dr. Willis in preparation for deposition |
| O'Reardon | Partner | 7/10/15 | 16.00 | $710.00 | $11,360.00 | defend Dr. Willis deposition and travel to San Diego |
| Blood | Partner | 7/10/15 | 16.00 | $960.00 | $15,360.00 | Defend deposition of Dr. Willis and return to San Diego |
| O'Reardon | Partner | 7/27/15 | 8.00 | $710.00 | $5,680.00 | travel to and from OC and meet with Dr. Graboff to prepare for deposition; review science on hyal joint |
| Blood | Partner | 7/27/15 | 7.50 | $960.00 | $7,200.00 | Prepare for and meet with Dr. Graboff and travel to and from Huntington Beach |
| O'Reardon | Partner | 7/28/15 | 8.00 | $710.00 | $5,680.00 | travel to Irvine and defend deposition of Dr. Graboff |
| Blood | Partner | 7/28/15 | 8.00 | $960.00 | $7,680.00 | travel to and defend deposition of Dr. Graboff |
| Blood | Partner | 1/26/16 | 14.00 | $960.00 | $13,440.00 | Plan & Prepare for hearings on motions for class certification and summary judgment and travel to San Francisco |
| O'Reardon | Partner | 1/26/16 | 11.00 | $710.00 | $7,810.00 | continue preparing for MSJ/cert/daubert hearings and travel to SF for same |
| O'Reardon | Partner | 1/27/16 | 12.00 | $710.00 | $8,520.00 | attend and argue class cert/MSJ/Daubert motions and travel to SD |
| Blood | Partner | 1/27/16 | 12.00 | $960.00 | $11,520.00 | Prepare for and argue motions for class certification, summary judgment and evidentiary motions and return to San Diego |
| O'Reardon | Partner | 9/1/16 | 15.00 | $710.00 | $10,650.00 | travel to SF for CMC and settlement meeting, attend both and travel to SD |
| Blood | Partner | 9/1/16 | 12.50 | $960.00 | $12,000.00 | Prepare for, travel to and from and participate in settlement negotiations |
| Straub | Associate | 6/29/17 | 8.00 | $575.00 | $4,600.00 | Traveled to and from deposition of expert Dr. Silverman |
| O'Reardon | Partner | 6/29/17 | 8.00 | $710.00 | $5,680.00 | travel to LA and prepare for Silverman deposition (cancelled) and travel to SD afterwards |
| O'Reardon | Partner | 7/7/17 | 12.75 | $710.00 | $9,052.50 | prepare for and travel to SF for Choi deposition, take deposition and travel to SD afterwards |
| Blood | Partner | 7/12/17 | 11.00 | $960.00 | $10,560.00 | Prepare for expert depositions and travel to Boston, MA |
| O'Reardon | Partner | 7/12/17 | 12.00 | $710.00 | $8,520.00 | travel to Los Angeles and prepare for Silverman deposition; take Silverman deposition |
| Straub | Associate | 7/12/17 | 12.00 | $575.00 | $6,900.00 | Attended deposition of expert Silverman, including travel time |
| O'Reardon | Partner | 7/13/17 | 10.50 | $710.00 | $7,455.00 | travel to Boston and prepare for McAlindon deposition and meet with Dr. M about same |
| Blood | Partner | 7/13/17 | 11.00 | $960.00 | $10,560.00 | Prepare for expert depositions, meet with Dr. MacAlindon and return from Boston, MA |
| O'Reardon | Partner | 7/14/17 | 17.25 | $710.00 | $12,247.50 | defend McAlindon deposition in Boston and travel to San Diego and begin preparing for Poret deposition |
| O'Reardon | Partner | 7/18/17 | 14.00 | $710.00 | $9,940.00 | travel to New York and prepare for tomorrow's deposition of Hal Poret |
| O'Reardon | Partner | 7/28/17 | 12.75 | $710.00 | $9,052.50 | travel back and forth from SD to SF and take deposition of Dr. Grande; update memo on potential trial defenses |
| O'Reardon | Partner | 8/16/17 | 11.50 | $710.00 | $8,165.00 | travel to Boston and prepare for expert meetings tomorrow and meet with TB and CP to discuss trial strategy |
| Blood | Partner | 8/16/17 | 12.50 | $960.00 | $12,000.00 | Prepare for meetings with expert and meet with co-counsel; travel to Boston |
| O'Reardon | Partner | 8/17/17 | 16.00 | $710.00 | $11,360.00 | meet with experts in Boston and travel to SD and review scientific literature |
| Blood | Partner | 8/17/17 | 15.00 | $960.00 | $14,400.00 | Prepare for and meet with experts for trial prep, call with CFPB attorney and return to San Diego |
| Blood | Partner | 7/18/18 | 2.50 | $960.00 | $2,400.00 | Plan and Prepare for status conference and travel to San Francisco |
| Blood | Partner | 7/19/18 | 7.00 | $960.00 | $6,720.00 | Prepare for status conference, meet C. Peters for preparation, attend status conference and retmn to San Diego. |
| Blood | Partner | 9/19/18 | 2.75 | $960.00 | $2,640.00 | Plan & Prepare for status conference, including meeting with C. Peters and travel to San Francisco |
| Blood | Partner | 9/20/18 | 7.00 | $960.00 | $6,720.00 | Prepare for and attend status conference, conference with C. Peters regarding outcome and ongoing strategy and return to San Diego |

| | | | | | | |
|---|---|---|---|---|---|---|
| Brown | Partner | 8/20/19 | 4.50 | $660.00 | $2,970.00 | travel to San Francisco; deposition preparation of Eric Fishon |
| Brown | Partner | 8/23/19 | 7.00 | $660.00 | $4,620.00 | deposition of Bev Avery; travel back from San Francisco |
| Brown | Partner | 9/16/19 | 6.00 | $660.00 | $3,960.00 | travel to SF for plaintiff deposition; preparation w/ plaintiff dent |
| Brown | Partner | 9/19/19 | 8.00 | $660.00 | $5,280.00 | preparation for and defended plaintiff Trudeau deposition, travel back to San Diego |
| Brown | Partner | 9/24/19 | 5.00 | $660.00 | $3,300.00 | travel to san francisco for plaintiff deposition; deposition preparation w/plaintiff Spencer |
| Brown | Partner | 9/25/19 | 8.50 | $660.00 | $5,610.00 | preparation and defended plaintiff spencer deposition, travel back to san diego |
| Blood | Partner | 11/21/19 | 9.00 | $960.00 | $8,640.00 | Prepare for, travel to and from San Francisco and argue class certification motion. |
| O'Reardon | Partner | 1/8/20 | 11.50 | $710.00 | $8,165.00 | continue preparing for darcy horn deposition tomorrow and travel to San Fran for same; call with defense counsel about scheduling and follow up with co-counsel about same |
| O'Reardon | Partner | 1/9/20 | 11.00 | $710.00 | $7,810.00 | take deposition of darcy horn davenport and travel back to San Diego |
| O'Reardon | Partner | 1/15/20 | 9.25 | $710.00 | $6,567.50 | continue preparing for tomorrow's 30b6 deposition of Stritiz and calls throughout day with Amit R about sales data for same; travel to San Fran for depo |
| O'Reardon | Partner | 1/16/20 | 12.00 | $710.00 | $8,520.00 | take deposition of 30b6 nick stiritz and travel back to San Diego |
| Blood | Partner | 5/21/22 | 8.00 | $960.00 | $7,680.00 | Travel to San Francisco and trial and trial preparation |
| Straub | Associate | 5/21/22 | 9.25 | $575.00 | $5,318.75 | Travel to SF for trial; meeting with trial counsel regarding opening; search, collect, and summarize demonstratives for opening; collect and summarize depositions of McAlindon for trial counsel |
| O'Reardon | Partner | 6/4/22 | 9.75 | $710.00 | $6,922.50 | fly back to SF and meet with team and prepare for closing argument |
| Straub | Associate | 6/8/22 | 8.25 | $575.00 | $4,743.75 | Organize all trial materials to be shipped to BHO; travel to San Diego |

**TOTAL**            **745.00**       **$581,375.00**