# EXHIBIT D



# ECONOMICS AND TECHNOLOGY, INC.

ONE WASHINGTON MALL, 15th Floor
BOSTON, MASSACHUSETTS  02108  617-598-2200

August 31, 2017

Blood Hurst & O'Reardon, LLP
Attn: Timothy Blood
701 B Street, Stuite 1700
San Diego, CA 92101

In Reference To:  Joint Juice Litigation
Invoice # 201706785
Account # 2216.42831

**Week of**                     **Professional Services**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/14/2017 CBW | Attend meeting with counsel; review document production. | 3.00<br>675.00/hr | 2,025.00 |
| 8/21/2017 CBW | Review Deposition transcript, prepare errata; review Choi motion; prepare demonstratives. | 5.50<br>675.00/hr | 3,712.50 |
| 8/28/2017 CBW | Review Deposition transcript, prepare errata; review Defendant's MIL; prepare demonstratives; teleconference with T O'Reardon. | 2.25<br>675.00/hr | 1,518.75 |

| | | | |
|---|---|---|---|
| **For professional services** | | 10.75 | **$7,256.25** |
| **Previous balance** | | | $44,579.30 |
| Accounts receivable transactions | | | |
| 8/16/2017 Payment - Thank You. Check No. 6197 | | | ($44,579.30) |
| **Total payments and adjustments** | | | ($44,579.30) |
| **Please replenish Client funds with** | | | $10,000.00 |
| Balance due | | | $17,256.25 |

*handwritten: PM 9/6/17 # 6247*

Professional time is reported on a weekly basis, dates shown represent week beginning dates