# EXHIBIT E

BLOOD HURST & O'REARDON
701 B STREET

**1500**

**HEALTH INSURANCE CLAIM FORM**

SAN DIEGO CA 92101

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | |
|---|---|
| PICA | PICA |

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
MULLINS, VINCENT

**3. PATIENT'S BIRTH DATE** 01 01 01  **SEX** M☒ F☐

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
MULLINS, VINCENT

**5. PATIENT'S ADDRESS (No., Street)**

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS (No., Street)**

CITY / STATE

**8. PATIENT STATUS**
Single ☐  Married ☐  Other ☒

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code) ( )

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE / TELEPHONE (Include Area Code) ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** ☐ YES  ☒N NO

**a. INSURED'S DATE OF BIRTH** 01 01 01  **SEX** M☒ F☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M☐ F☐

**b. AUTO ACCIDENT?** PLACE (State) ☐ YES  ☐ NO

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** ☐ YES  ☒N NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☐ YES  ☒N NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE 08 27 15

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

**14. DATE OF CURRENT:** MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
BLOOD HURST & O'REARDON

17a. 0
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** ☐ YES  ☒N NO  **$ CHARGES** 0.00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)**
1. 99999
2.
3.
4.

**22. MEDICAID RESUBMISSION CODE** / ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 27 15 | 08 27 15 | 11 | 01 | C241 | | 1 | 1425.00 | 3. N | | N NPI | |
| REVIEW CORRECT SIGN DR. GRABOFF'S DEPO | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

pd 9/9/15 #4892

**25. FEDERAL TAX I.D. NUMBER** 330194026  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 967747

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☒Y YES ☐ NO

**28. TOTAL CHARGE** $ 1425.00

**29. AMOUNT PAID** $ 0.00

**30. BALANCE DUE** $ 1425.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
STEVEN R GRABOFF MD I
08 27 15

SIGNED  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Steven R Graboff M.D.
17742 Beach Blvd.Ste 355
Huntington Beach CA 92647

**33. BILLING PROVIDER INFO & PH #** ( 714 843 0019 )
STEVEN R GRABOFF MD INC
17742 BEACH BLVD., STE 355
HUNTINGTON BEACH, CA 92647
a. G45318  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)