BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Class Counsel*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-CV-06980 RS<br><br>**PLAINTIFF-APPELLANT'S NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES AND NON-TAXED EXPENSES ON APPEAL AND CROSS APPEAL**<br><br>**<u>CLASS ACTION</u>**<br><br>**Date:** January 9, 2025<br>**Time:** 1:30 p.m.<br>**Judge:** Richard Seeborg<br>**Courtroom:** 3, 17th Floor<br><br>Complaint Filed: December 5, 2016 |

Case No. 3:16-cv-06980-RS
MONTERA'S NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES AND EXPENSES

00220360

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **January 9, 2025**, at **1:30 p.m.**, in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff-Appellant Mary Beth Montera will and hereby does move this court for an order awarding attorney fees and nontaxable expenses incurred on appeal.

In accordance with Ninth Circuit rules, Montera's motion for attorney fees on appeal was filed in the Ninth Circuit Court of Appeal on October 31, 2023. On November 1, 2023, the panel granted Montera's unopposed request to transfer the fee motion to this court. The district court was advised of the transfer that same day. Dkt. 355.

This motion is based upon this notice of motion, Montera's motion for attorney fees and expenses (App. Dkt. 81-1), the declaration of Leslie E. Hurst (App. Dkt. 81-2), and the complete file and record in the Ninth Circuit Court of Appeal regarding the Montera's appeal and Premier's cross-appeal, Nos. 22-16375 and 22-16622, and such other evidence and argument as may be presented at or before the hearing on this motion.

Respectfully submitted,

Dated: November 4, 2024

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)

By:     *s/ Timothy G. Blood*
        TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Class Counsel*

IREDALE & YOO, APC
EUGENE G. IREDALE (75292)
105 W. F Street, Floor 4
San Diego, CA 92101
Tel: 619/233-1525
619/233-3221 (fax)
egiredale@iredalelaw.com

LYNCH CARPENTER, LLP
TODD D. CARPENTER (234464)
1350 Columbia Street, Suite 603
San Diego, CA  92101
Tel: 619/762-1910
619/756-6991 (fax)
todd@lcllp.com

*Additional Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2024.

s/ *Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
