UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BETH MONTERA,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>    Defendant. | Case No. 16-cv-06980-RS<br><br>**ORDER REOPENING CASE, VACATING JUDGMENT IN PART, AND SETTING SCHEDULE** |

On August 6, 2024, the Ninth Circuit entered a ruling affirming in part, reversing in part, and vacating and remanding in part the judgment entered on August 12, 2022. Dkt. No. 352. A mandate was issued under Rule 41(a) of the Federal Rules of Appellate Procedure on November 8, 2024. Dkt. No. 357. Based on the Ninth Circuit's ruling, this action is reopened and the final judgment in favor of appellee, Dkt. No. 294, is vacated in part. A status conference is set on January 30, 2025. A status conference statement is due on January 23, 2024.

**IT IS SO ORDERED**.

Dated: November 22, 2024

_____
RICHARD SEEBORG
Chief United States District Judge