**FAEGRE DRINKER BIDDLE & REATH LLP**
DAVID J.F. GROSS (SBN 290951)
*david.gross@faegredrinker.com*
AARON D. VAN OORT (*Pro Hac Vice*)
*aaron.vanoort@faegredrinker.com*
CHAD DROWN (*Pro Hac Vice*)
*chad.drown@faegredrinker.com*
KATE S. RAZAVI (*Pro Hac Vice*)
*kate.razavi@faegredrinker.com*
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000 | Fax:  (612) 766-1600

DAVID A. BELCHER (SBN 330166)
*david.belcher@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel:  (310) 203-4000 | Fax: (310) 229-1285

KATLYN M. MOSELEY (*Pro Hac Vice*)
*katlyn.moseley@faegredrinker.com*
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Tel:    (202) 842-5000 | Fax: (202) 842-8465

Attorneys for Defendant
 PREMIER NUTRITION COMPANY, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-cv-06980-RS<br><br>**DECLARATION OF DAVID A. BELCHER IN SUPPORT OF DEFENDANT PREMIER NUTRITION'S OPPOSITION TO PLAINTIFF'S MOTION FOR APPELLATE FEES**<br><br>**CLASS ACTION**<br><br>Date:         January 30, 2025<br>Time:         1:30 p.m.<br>Judge:       Hon. Richard Seeborg<br>Courtroom:   3 – 17th Floor<br><br>[Filed Concurrently with Defendant's Opposition to Plaintiff's Motion for Appellate Fees]<br><br>Complaint Filed:  December 5, 2016 |

I, David A. Belcher, declare as follows:

1.      I am an associate with Faegre Drinker Biddle & Reath LLP, counsel of record for Defendant Premier Nutrition Company, LLC ("Premier"). I make this declaration in support of Premier's Opposition to Plaintiff's Motion for Attorney's Fees and Non-Taxed Expenses on Appeal and Cross-Appeal. I have personal knowledge of the matters set forth in this declaration and if called as a witness, I could and would testify competently to them under oath.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of select entries from Exhibit 2 of the L. Hurst Declaration, filed alongside Plaintiff's Motion for Attorney's Fees, that relate to review or summary of trial transcripts.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of select entries from Exhibit 2 of the L. Hurst Declaration, filed alongside Plaintiff's Motion for Attorney's Fees, that relate to work on the opening brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of December, 2024, at Los Angeles, California.


                                        /s/ David A. Belcher
                                        David A. Belcher

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David A. Belcher
David A. Belcher

Attorney for Defendant
PREMIER NUTRITION COMPANY, LLC

3

# Exhibit 1

| No. | Date | Timekeeper | Services Category | Description | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|
| 1 | 10/11/2022 | Leslie Hurst | Obtaining and Reviewing Records | review and revise transcript order forms and designation of record form (NY Judgment) | 1.00 | $810.00 | $810.00 |
| 2 | 11/14/2022 | Leslie Hurst | Legal Research | review trial transcript and gather facts for summary of the case for opening brief; outline summary of facts; check with TJO for additional facts, testimony, exhibits | 6.00 | $810.00 | $4,860.00 |
| 3 | 11/16/2022 | Leslie Hurst | Legal Research | review trial transcripts for appeal | 3.00 | $810.00 | $2,430.00 |
| 4 | 11/17/2022 | Leslie Hurst | Legal Research | read/summarize trial transcripts for appeal (Montera) | 5.00 | $810.00 | $4,050.00 |
| 5 | 11/18/2022 | Leslie Hurst | Preparing Briefs | work on opening brief/ summarize trial transcript of McAlindon (Montera appeal) | 8.00 | $810.00 | $6,480.00 |
| 6 | 11/30/2022 | Leslie Hurst | Obtaining and Reviewing Records | review and summarize transcript for appeal (Montera) | 6.00 | $810.00 | $4,860.00 |
| 7 | 12/1/2022 | Leslie Hurst | Obtaining and Reviewing Records | review and summarize trial transcript for appeal; review trial exhibits and demonstratives (Montera) | 6.00 | $810.00 | $4,860.00 |
| 8 | 12/6/2022 | Leslie Hurst | Obtaining and Reviewing Records | review evidence and transcript; work on summary of trial testimony/evidence for opening brief (Montera) | 4.00 | $810.00 | $3,240.00 |

| No. | Date | Timekeeper | Services Category | Description | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|
| 9 | 1/31/2023 | Leslie Hurst | Preparing Briefs | work on opening brief; insert TB changes; review trial transcript for evidence cites (montera appeal) | 6.00 | $810.00 | $4,860.00 |
| | | | | TOTALS: | 45.00 | | $36,450.00 |

# Exhibit 2

| No. | Date | Timekeeper | Services Category | Description | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|
| 1 | 11/10/2022 | Leslie Hurst | Preparing Briefs | work on opening brief (montera) | 2.50 | $810.00 | $2,025.00 |
| 2 | 11/18/2022 | Leslie Hurst | Preparing Briefs | work on opening brief/ summarize trial transcript of McAlindon (Montera appeal) | 8.00 | $810.00 | $6,480.00 |
| 3 | 11/21/2022 | Leslie Hurst | Preparing Briefs | work on opening brief (statement of the case/review trial testimony) | 3.00 | $810.00 | $2,430.00 |
| 4 | 12/2/2022 | Leslie Hurst | Preparing Briefs | work on opening brief; review trial exhibits (Montera) | 6.00 | $810.00 | $4,860.00 |
| 5 | 12/5/2022 | Leslie Hurst | Preparing Briefs | work on opening brief (Montera) | 6.75 | $810.00 | $5,467.50 |
| 6 | 12/7/2022 | Leslie Hurst | Preparing Briefs | work on opening brief (Montera) | 5.00 | $810.00 | $4,050.00 |
| 7 | 12/8/2022 | Leslie Hurst | Preparing Briefs | work on opening brief (montera) | 5.00 | $810.00 | $4,050.00 |
| 8 | 1/11/2023 | Leslie Hurst | Preparing Briefs | work on opening brief (montera appeal) | 6.00 | $810.00 | $4,860.00 |
| 9 | 1/12/2023 | Leslie Hurst | Preparing Briefs | work on opening brief-legal argument (Montera) | 5.00 | $810.00 | $4,050.00 |
| 10 | 1/17/2023 | Leslie Hurst | Preparing Briefs | work on opening brief (montera appeal) | 6.75 | $810.00 | $5,467.50 |
| 11 | 1/18/2023 | Leslie Hurst | Preparing Briefs | work on opening brief (montera appeal) | 4.00 | $810.00 | $3,240.00 |
| 12 | 1/19/2023 | Leslie Hurst | Preparing Briefs | work on opening brief | 3.00 | $810.00 | $2,430.00 |
| 13 | 1/24/2023 | Leslie Hurst | Preparing Briefs | work on opening brief | 6.75 | $810.00 | $5,467.50 |
| 14 | 1/25/2023 | Leslie Hurst | Preparing Briefs | work on opening brief (montera) | 7.00 | $810.00 | $5,670.00 |
| 15 | 1/26/2023 | Leslie Hurst | Preparing Briefs | work on opening brief (montera) | 6.75 | $810.00 | $5,467.50 |

| No. | Date | Timekeeper | Services Category | Description | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|
| 16 | 1/30/2023 | Leslie Hurst | Preparing Briefs | work on opening brief; route to TB/TJO for comment (Montera) | 2.50 | $810.00 | $2,025.00 |
| 17 | 1/31/2023 | Leslie Hurst | Preparing Briefs | work on opening brief; insert TB changes; review trial transcript for evidence cites (montera appeal) | 6.00 | $810.00 | $4,860.00 |
| 18 | 2/1/2023 | Leslie Hurst | Preparing Briefs | work on opening brief | 6.00 | $810.00 | $4,860.00 |
| | | | | **TOTALS:** | **96.00** | | **$77,760.00** |