FAEGRE DRINKER BIDDLE & REATH LLP
DAVID J.F. GROSS (SBN 290951)
david.gross@faegredrinker.com
AARON D. VAN OORT (*Pro Hac Vice*)
aaron.vanoort@faegredrinker.com
CHAD DROWN (*Pro Hac Vice*)
chad.drown@faegredrinker.com
KATE S. RAZAVI (*Pro Hac Vice*)
kate.razavi@faegredrinker.com
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000 | Fax: (612) 766-1600

DAVID A. BELCHER (SBN 330166)
david.belcher@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel: (310) 203-4000 | Fax: (310) 229-1285

KATLYN M. MOSELEY (*Pro Hac Vice*)
katlyn.moseley@faegredrinker.com
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 842-5000 | Fax: (202) 842-8465

Attorneys for Defendant
PREMIER NUTRITION COMPANY, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-cv-06980-RS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT PREMIER NUTRITION CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION ON REMAND TO REASSESS STATUTORY DAMAGES AWARD**<br><br><u>**CLASS ACTION**</u><br><br>Date:      January 30, 2025<br>Time:     1:30 p.m.<br>Judge:    Hon. Richard Seeborg<br>Courtroom: 3 – 17th Floor<br><br>Complaint Filed: December 5, 2016 |

**REQUEST FOR JUDICIAL NOTICE**

Defendant Premier Nutrition Corporation ("Premier") requests that the Court take judicial notice of the following exhibits attached to the Declaration of David A. Belcher in support of Defendant's Request for Judicial Notice in support of its Opposition to Plaintiff's Motion to Reassess Statutory Damages Award ("Belcher Decl.").

- The New York Governor's bill jacket for New York Assembly Bill 1252-B, attached as **Exhibit 1** to the Belcher Declaration. *See* Belcher Decl., Ex. 1, Assemb. B. 1252-B, 1975–1976 Reg. Sess. (N.Y. 1975).

- A May 28, 1975 New York state senate debate transcript discussing CPLR Article 9, attached as **Exhibit 2** to the Belcher Declaration. *See* Belcher Decl., Ex 2, NYLS, Sen. Deb. Tr., ch. 207, pp. 5943–56 (N.Y. May 28, 1975).

- The New York Governor's bill jacket for New York Assembly Bill 7223-B, attached as **Exhibit 3** to the Belcher Declaration. *See* Belcher Decl., Ex. 3, Assemb. B. 7223-B, 1979–1980 Reg. Sess. (N.Y. 1979).

Federal Rule of Evidence 201 allows courts to take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonable be questioned. Fed. R. Evid. 201(b)(2).

Courts in this circuit regularly recognize that "[l]egislative history is properly a subject of judicial notice." *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) (granting motion for judicial notice of excerpts from a Senate Report); *see also, e.g.*, *Johnson v. Pluralsight, LLC*, 728 F. App'x 674, 676 (9th Cir. 2018) (granting motion to take judicial notice of five exhibits "pertain[ing] to the legislative history of" a California statute); *Aramark Facility Servs. v. Serv. Emps. Int'l Union*, *Loc. 1877, AFL CIO*, 530 F.3d 817, 826 (9th Cir. 2008) ("Both the parties and amicus cite various agency and legislative materials that are not part of the record. We treat these citations as requests for judicial notice and grant the requests.").

Judicial notice of these documents is proper here because Defendant cites and relies on the legislative history, which were procured, reviewed, and compiled by the New York State Library. There can, therefore, be no reasonably factual dispute as to their accuracy or contents. *See* Belcher.

1   Decl. at ¶ 5.

2       Rule 201 mandates that judicial notice be taken "if a party requests it and the court is supplied with the necessary information" and authorizes judicial notice "at any stage of the proceeding." Fed. R. Evid. 201(c), (d). As Premier Nutrition has: (i) explained and verified how it obtained the legislative history and (ii) appended the relevant documents that Premier received, there can be no dispute about what the documents include.

    For these reasons, Premier Nutrition respectfully requests that the Court take judicial notice of the attached legislative history documents in connection with its Opposition to Plaintiff's Motion on Remand to Reassess Statutory Damages.

Dated: January 6, 2025

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By:    /s/ *Aaron D. Van Oort*
    David J.F. Gross
    Aaron D. Van Oort *(Pro Hac Vice)*
    Chad Drown *(Pro Hac Vice)*
    Kate S. Razavi *(Pro Hac Vice)*
    David A. Belcher
    Katlyn M. Moseley *(Pro Hac Vice)*

Attorneys for Defendant
PREMIER NUTRITION COMPANY, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              /s/ *Aaron D. Van Oort*
                                              Aaron D. Van Oort