BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Class Counsel*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY BETH MONTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:16-CV-06980 RS<br><br>**SUPPLEMENTAL DECLARATION OF LESLIE E. HURST IN SUPPORT OF MONTERA'S MOTION FOR ATTORNEY FEES AND NON-TAXED EXPENSES ON APPEAL AND CROSS-APPEAL**<br><br>**CLASS ACTION**<br><br>**Date:**  **January 30, 2025**<br>**Time:**  **1:30 p.m.**<br>**Judge:**  **Richard Seeborg**<br>**Courtroom:**  **3, 17th Floor**<br><br>Complaint Filed:    December 5, 2016 |

00221711

BLOOD HURST & O' REARDON, LLP

I, LESLIE E. HURST, declare:

1.     I am a partner in the law firm Blood Hurst & O'Reardon, LLP, and counsel for Plaintiff-Appellant, Mary Beth Montera. I am admitted to practice in all courts in the State of California and in numerous federal district and circuit courts, including the Ninth Circuit Court of Appeals. I have personal knowledge of the matters set forth in this declaration and would be competent to testify as to them.

2.     As stated in my initial declaration at paragraph 17, to prepare the appellate briefs, I read the trial transcript. In recording my time, I described this work as "review and summary of trial transcript" or something similar thereto. Premier asserts that the review and summary of the trial transcript could and should have been done by an associate or paralegal. It could not.

3.     I did not spend my time creating rote page/line summaries of the trial transcript. That would have been an unproductive task and useless for my purposes. However, because I did not attend trial, I needed to read the transcript. Some segments could be read quickly. Other parts I read closely and took notes on the testimony, objections and rulings so I could later locate these passages easily because I knew they were relevant to the arguments and case summary I was developing for the appeal and in response to Premier's cross-appeal. This could not have been done by an associate or paralegal. I needed to read the trial transcript myself because I knew (or discovered as I read) the parts that I could or might use to develop Montera's case for the Ninth Circuit. Employing an associate to first summarize the trial transcript would not have given me the information I needed; it would have been duplicative and unproductive work.

4.     As regards billing in 15-minute increments, the general practice of attorneys at BHO is to not bill at all for small, short tasks that do not warrant work of 15 minutes. For instance, BHO attorneys meet every day to discuss and strategize on the cases concurrently being litigated, including very often the Joint Juice cases. And yet, these daily group attorney discussions are not billed for, thereby consistently

Case No. 3:16-cv-06980-RS

SUPPLEMENTAL DECLARATION OF LESLIE HURST ISO MOTION FOR ATTORNEY FEES

BLOOD HURST & O' REARDON, LLP

00221711

understating the time spent on the Joint Juice cases and on the *Montera* appeals. It is also the general practice of attorneys at BHO, including myself, to not bill for short tasks that do not warrant a 15-minute billing, such as reading emails, sending short responses to emails, reading ECF notifications, leaving and retrieving voice mail messages, and countless other short tasks that crop up and are dealt with often daily. I maintained this practice for my work on the appeals which is why my time records do not reflect billings for short tasks that take under 15 minutes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2025, at San Diego, California.

By:        s/  *Leslie E. Hurst*
           LESLIE E. HURST

BLOOD HURST & O' REARDON, LLP

00221711

2                    Case No. 3:16-cv-06980-RS

SUPPLEMENTAL DECLARATION OF LESLIE HURST ISO MOTION FOR ATTORNEY FEES

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 14, 2025.

s/  *Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BLOOD HURST & O' REARDON, LLP

00221711

3                                             Case No. 3:16-cv-06980-RS
SUPPLEMENTAL DECLARATION OF LESLIE HURST ISO MOTION FOR ATTORNEY FEES