# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 20, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

> Re:  Premier Nutrition Corporation, fka Joint Juice, Inc.
>      v. Mary Beth Montera, Individually and on Behalf of All Others Similarly Situated
>      No. 24-999
>      (Your No. 22-16375, 22-16622)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 17, 2025 and placed on the docket March 20, 2025 as No. 24-999.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst